| | |
|---|---|
| ROB BONTA<br>Attorney General of California<br>NICKLAS A. AKERS (SBN 211222)<br>BERNARD A. ESKANDARI (SBN 224395)<br>Supervising Deputy Attorney General<br>MEGAN O'NEILL (SBN 343535)<br>JOSHUA OLSZEWSKI-JUBELIRER (SBN 336428)<br>MARISSA ROY (SBN 318773)<br>Deputy Attorneys General<br>  455 Golden Gate Ave., 11th Fl.<br>  San Francisco, CA 94102<br>  Telephone: (415) 510-4400<br>  Fax: (415) 703-5480<br>  E-mail: Bernard.Eskandari@doj.ca.gov<br>*Attorneys for Plaintiff the People of the State of California* | *[List of additional counsel on signature page]* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STATE OF ARIZONA**, *ex rel.* KRIS MAYES, ATTORNEY GENERAL;<br><br>**THE PEOPLE OF THE STATE OF CALIFORNIA**;<br><br>**STATE OF COLORADO**, *ex rel.* PHILIP J. WEISER, ATTORNEY GENERAL;<br><br>**STATE OF CONNECTICUT**;<br><br>**STATE OF DELAWARE**, *ex rel.* KATHLEEN JENNINGS, ATTORNEY GENERAL OF THE STATE OF DELAWARE;<br><br>**STATE OF GEORGIA** *ex rel.* CHRISTOPHER M. CARR, ATTORNEY GENERAL OF THE STATE OF GEORGIA;<br><br>**STATE OF HAWAI'I**, *ex rel.* ANNE E. LOPEZ, ATTORNEY GENERAL;<br><br>**STATE OF IDAHO**, through ATTORNEY GENERAL RAÚL R. LABRADOR;<br><br>**THE PEOPLE OF THE STATE OF ILLINOIS**;<br><br>**STATE OF INDIANA**; | Case No. 4:23-cv-05448-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO DETERMINE WHETHER DEFENDANT META PLATFORMS, INC.'S MATERIALS SHOULD BE SEALED** |

1

Pls.' Admin. Mot. to Determine Whether Def. Meta Platform, Inc.'s Materials Should Be Sealed (4:23-cv-05448)

**STATE OF KANSAS**, *ex rel.* KRIS W. KOBACH, Attorney General;

**THE COMMONWEALTH OF KENTUCKY**;

**STATE OF LOUISIANA**;

**STATE OF MAINE**;

**OFFICE OF THE ATTORNEY GENERAL OF MARYLAND**;

**STATE OF MICHIGAN** *ex rel.* DANA NESSEL, ATTORNEY GENERAL;

**STATE OF MINNESOTA**, by its ATTORNEY GENERAL, KEITH ELLISON;

**STATE OF MISSOURI**, *ex rel.* ANDREW BAILEY, ATTORNEY GENERAL;

**STATE OF NEBRASKA** *ex rel.* MICHAEL T. HILGERS, ATTORNEY GENERAL;

**MATTHEW J. PLATKIN**, ATTORNEY GENERAL FOR THE **STATE OF NEW JERSEY**, AND **CARI FAIS**, ACTING DIRECTOR OF THE **NEW JERSEY DIVISION OF CONSUMER AFFAIRS**;

**THE PEOPLE OF THE STATE OF NEW YORK**, by LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK;

**STATE OF NORTH CAROLINA**, *ex rel.* JOSHUA H. STEIN, ATTORNEY GENERAL;

**STATE OF NORTH DAKOTA**, *ex rel.* DREW WRIGLEY, ATTORNEY GENERAL;

**STATE OF OHIO**, *ex rel.* ATTORNEY GENERAL DAVE YOST;

**STATE OF OREGON** *ex rel.* ELLEN F. ROSENBLUM, ATTORNEY GENERAL FOR THE STATE OF OREGON;

**COMMONWEALTH OF PENNSYLVANIA** BY ATTORNEY GENERAL MICHELLE A. HENRY;

2

Pls.' Admin. Mot. to Determine Whether Def. Meta Platform, Inc.'s Materials Should Be Sealed (4:23-cv-05448)

**STATE OF RHODE ISLAND**;

**STATE OF SOUTH CAROLINA**, *ex. rel.* ALAN M. WILSON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF SOUTH CAROLINA;

**STATE OF SOUTH DAKOTA** *ex rel.* MARTY J. JACKLEY, SOUTH DAKOTA ATTORNEY GENERAL;

**COMMONWEALTH OF VIRGINIA**, *ex rel.* JASON S. MIYARES, ATTORNEY GENERAL;

**STATE OF WASHINGTON**, *ex rel.* ROBERT W. FERGUSON, ATTORNEY GENERAL;

**STATE OF WEST VIRGINIA**, *ex rel.* PATRICK MORRISEY, ATTORNEY GENERAL; and

**STATE OF WISCONSIN**,

      **Plaintiffs**,

    v.

**META PLATFORMS, INC.**;

**INSTAGRAM, LLC**;

**META PAYMENTS, INC.**; and

**META PLATFORMS TECHNOLOGIES, LLC**,

      **Defendants**.

Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs Arizona; the People of the State of California ("California"); Colorado; Connecticut; Delaware; Georgia; Hawai'i; Idaho; the People of the State of Illinois, by and through Attorney General Kwame Raoul; Indiana; Kansas; Kentucky; Louisiana; Maine; Office of the Attorney General of Maryland; Michigan; State of Minnesota, by its Attorney General, Keith Ellison; Missouri; Nebraska; Matthew J. Platkin,

3

Pls.' Admin. Mot. to Determine Whether Def. Meta Platform, Inc.'s Materials Should Be Sealed (4:23-cv-05448)

Attorney General for the State of New Jersey, and Cari Fais, Acting Director of the New Jersey Division of Consumer Affairs; New York; North Carolina; North Dakota, ex rel. Drew H. Wrigley, Attorney General; Ohio; Oregon; Pennsylvania; Rhode Island; South Carolina; South Dakota; Virginia; Washington; West Virginia; and Wisconsin (collectively, "Filing States") submit this administrative motion to consider whether materials designated as confidential by Defendant Meta Platforms, Inc. ("Meta") should be sealed, specifically certain allegations included in the Filing States' complaint [Dkt. No. 1], identified in Exhibit A.

The Filing States' complaint contains and refers to materials produced by Meta during the course of the Filing States' investigation and designated by Meta as "Confidential." The Filing States have agreed to file their complaint against Meta conditionally under seal, to the extent allowed by the Local Rules. The portions of the Complaint that contain materials or references to materials that Meta has designated as "Confidential" are identified in the table in Exhibit A.

Therefore, in accordance Civil Local Rule 79-5(f), the Filing States move the Court to determine whether the portions of the Complaint designated in Exhibit A should be sealed. Meta solely bears the burden of establishing that any or all of the referenced material is sealable. The Filing States take no position at this time on whether, and do not concede that, any of the referenced material satisfies the requirements for filing under seal.

As required by Civil Local Rule 79-5(f), the Filing States have filed a redacted version of the complaint on the public docket. An unredacted version containing highlighting where redactions were made in the redacted version of the complaint is attached as Exhibit B and provisionally filed under seal. In support of this motion, the Filing States include the Declaration of Bernard A. Eskandari, counsel to California.

Finally, under the Local Rules, a motion for an order for Administrative Relief must include, among other things, a proposed order (concurrently filed with this motion) and either a stipulation under Civil Local Rule 7-12 or a declaration that explains why a stipulation could not be obtained. In this case, this motion is being filed contemporaneously with the opening of this case and the filing of the Filing States' complaint. Accordingly, Meta (and other Defendants) had yet to appear when the Filing States filed their conditionally redacted complaint, and therefore

4

Pls.' Admin. Mot. to Determine Whether Def. Meta Platform, Inc.'s Materials Should Be Sealed (4:23-cv-05448)

counsel was unable to confer with Defendants to obtain a stipulation. Counsel to California concurrently files his declaration attesting to these facts in support of this motion. Further, because Meta (nor any Defendant) has yet to appear, the Filing States will serve this motion and related documents on Defendants consistent with Rule 4 of the Federal Rules of Civil Procedure and file a separate proof of service upon doing so.

Dated: October 24, 2023                                        Respectfully submitted,

| | |
|---|---|
| **KRIS MAYES**<br>Attorney General<br>State of Arizona<br><br>*/s/ Vince Rabago*<br>Vince Rabago (AZ No. 015522 CA No. 167033) *pro hac vice app. forthcoming, if required*<br>Chief Counsel - Consumer Protection and Advocacy Section<br>Nathan Whelihan (AZ No. 037560) *pro hac vice app. forthcoming, if required*<br>Assistant Attorney General<br>Arizona Attorney General's Office<br>2005 North Central Avenue<br>Phoenix, AZ 85004<br>Phone: (602) 542-3725<br>Fax:    (602) 542-4377<br>Vince.Rabago@azag.gov<br>Nathan.Whelihan@azag.gov<br><br>*Attorneys for Plaintiff State of Arizona* | **ROB BONTA**<br>Attorney General<br>State of California<br><br> */s/ Bernard A. Eskandari*<br>Nicklas A. Akers (CA SBN 211222)<br>Senior Assistant Attorney General<br>Bernard A. Eskandari (CA SBN 244395)<br>Supervising Deputy Attorney General<br>Megan O'Neill (CA SBN 343535)<br>Joshua Olszewski-Jubelirer<br>(CA SBN 336428)<br>Marissa Roy (CA SBN 318773)<br>Deputy Attorneys General<br>California Department of Justice<br>Office of the Attorney General<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102-7004<br>Phone: (415) 510-4400<br>Fax: (415) 703-5480<br>Bernard.Eskandari@doj.ca.gov<br><br>*Attorneys for Plaintiff the People of the State of California* |

5

Pls.' Admin. Mot. to Determine Whether Def. Meta Platform, Inc.'s Materials Should Be Sealed (4:23-cv-05448)

| | | |
|---|---|---|
| 1 | **PHILIP J. WEISER** | **KATHLEEN JENNINGS** |
| | Attorney General | Attorney General |
| 2 | State of Colorado | State of Delaware |
| 3 | /s/ Bianca E. Miyata | /s/ Dashiell Raj Radosti |
| 4 | Bianca E. Miyata, CO Reg. No. 42012, | Owen Lefkon |
| | *pro hac vice app. forthcoming, if required* | Director of Fraud and Consumer Protection |
| 5 | Senior Assistant Attorney General | Marion Quirk |
| | Lauren M. Dickey, CO Reg. No. 45773 | Director of Consumer Protection |
| 6 | First Assistant Attorney General | Dashiell Radosti (DE Bar 7100*), pro hac* |
| 7 | Megan Paris Rundlet, CO Reg. No. 27474 | *vice app. forthcoming, if required* |
| | Senior Assistant Solicitor General | Deputy Attorney General, |
| 8 | Elizabeth Orem, CO Reg. No. 58309 | Delaware Department of Justice |
| | Assistant Attorney General | 820 N. French Street, 5th Floor |
| 9 | Colorado Department of Law | Wilmington, DE 19801 |
| | Ralph L. Carr Judicial Center | Phone: (302) 683-8800 |
| 10 | Consumer Protection Section | Dashiell.Radosti@delaware.gov |
| 11 | 1300 Broadway, 7th Floor | *Attorneys for Plaintiff State of Delaware* |
| | Denver, CO 80203 | |
| 12 | Phone: (720) 508-6651 | **CHRISTOPHER M. CARR** |
| | bianca.miyata@coag.gov | Attorney General |
| 13 | | State of Georgia |
| 14 | *Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General* | /s/ Melissa M. Devine |
| 15 | | Melissa M. Devine (GA Bar No. 403670), |
| | | *pro hac vice app. forthcoming, if required* |
| 16 | **WILLIAM TONG** | Assistant Attorney General |
| | Attorney General | Office of the Attorney General of the State |
| 17 | State of Connecticut | of Georgia |
| 18 | | 2 Martin Luther King Jr. Drive, SE, Ste. 356 |
| | /s/ Lauren H. Bidra | Atlanta, GA 30334 |
| 19 | Lauren H. Bidra (CT Juris No. 440552) | Phone: (404) 458-3765 |
| | Special Counsel for Media and Technology | Fax: (404) 651-9108 |
| 20 | *Pro hac vice app. forthcoming, if required* | mdevine@law.ga.gov |
| | Matthew Fitzsimmons (CT Juris No. | |
| 21 | 426834) | *Attorneys for Plaintiff State of Georgia* |
| 22 | Chief Counsel | |
| | *Pro hac vice app. forthcoming, if required* | |
| 23 | Connecticut Office of the Attorney General | |
| | 165 Capitol Avenue | |
| 24 | Hartford, Connecticut 06106 | |
| 25 | Phone: 860-808-5306 | |
| | Fax: 860-808-5593 | |
| 26 | Lauren.Bidra@ct.gov | |
| | Matthew.Fitzsimmons@ct.gov | |
| 27 | | |
| 28 | *Attorneys for Plaintiff State of Connecticut* | |

6

Pls.' Admin. Mot. to Determine Whether Def. Meta Platform, Inc.'s Materials Should Be Sealed (4:23-cv-05448)

| | |
|---|---|
| **ANNE E. LOPEZ**<br>Attorney General<br>State of Hawaiʻi<br><br>/s/ *Bryan C. Yee*<br>BRYAN C. YEE (HA JD No. 4050)<br>Supervising Deputy Attorney General<br>CHRISTOPHER T. HAN (HA JD No. 11311), *pro hac vice app. forthcoming, if required*<br>Deputy Attorney General<br>Department of the Attorney General<br>Commerce and Economic Development Division<br>425 Queen Street<br>Honolulu, Hawaiʻi 96813<br>Phone: (808) 586-1180<br>Bryan.c.yee@hawaii.gov<br>Christopher.t.han@hawaii.gov<br><br>*Attorneys for Plaintiff State of Hawaiʻi*<br><br>**RAÚL R. LABRADOR**<br>Attorney General<br>State of Idaho<br><br>By:   /s/ *Nathan Nielson*<br>Stephanie N. Guyon (ID Bar No. 5989)<br>*pro hac vice app. forthcoming, if required*<br>Nathan H. Nielson (ID Bar No. 9234)<br>*pro hac vice app. forthcoming, if required*<br>Deputy Attorneys General<br>Attorney General's Office<br>P.O. Box 83720<br>Boise, ID 83720-0010<br>(208) 334-2424<br>stephanie.guyon@ag.idaho.gov<br>nathan.nielson@ag.idaho.gov<br><br>*Attorneys for Plaintiff State of Idaho* | **KWAME RAOUL**<br>Attorney General<br>State of Illinois<br><br>By:   /s/ *Susan Ellis*<br>**Susan Ellis**, Chief, Consumer Protection Division (IL Bar No. 6256460)<br>**Greg Grzeskiewicz**, Chief, Consumer Fraud Bureau (IL Bar No. 6272322)<br>**Jacob Gilbert**, Deputy Chief, Consumer Fraud Bureau (IL Bar No. 6306019)<br>**Daniel Edelstein**, Supervising Attorney, Consumer Fraud Bureau (IL Bar No. 6328692)<br>**Adam Sokol**, Senior Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6216883)<br>**Hanan Malik**, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6316543)<br>**Emily María Migliore**, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6336392)<br>**Kevin Whelan**, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6321715)<br>**Office of the Illinois Attorney General**<br>100 W. Randolph Street<br>Chicago, Illinois 60601<br>312-814-2218<br>Susan.Ellis@ilag.gov<br>Greg.Grzeskiewicz@ilag.gov<br>Jacob.Gilbert@ilag.gov<br>Daniel.Edelstein@ilag.gov<br>Adam.Sokol@ilag.gov<br>Hanan.Malik@ilag.gov<br>Emily.Migliore@ilag.gov<br>Kevin.Whelan@ilag.gov<br>*(pro hac vice applications forthcoming, if required)*<br><br>*Attorneys for Plaintiff the People of the State of Illinois* |

7

Pls.' Admin. Mot. to Determine Whether Def. Meta Platform, Inc.'s Materials Should Be Sealed (4:23-cv-05448)

| | | |
|---|---|---|
| 1 | **THEODORE E. ROKITA** <br> Attorney General | **DANIEL J. CAMERON** <br> Attorney General |
| 2 | State of Indiana | Commonwealth of Kentucky |

**THEODORE E. ROKITA**
Attorney General
State of Indiana

/s/ Scott L. Barnhart
Scott L. Barnhart (IN Atty No. 25474-82)
*pro hac vice app. forthcoming, if required*
Chief Counsel and Director of Consumer Protection
Corinne Gilchrist (IN Atty No. 27115-53)
*pro hac vice app. forthcoming, if required*
Section Chief, Consumer Litigation
Mark M. Snodgrass (IN Atty No. 29495-49)
*pro hac vice app. forthcoming, if required*
Deputy Attorney General
Office of the Indiana Attorney General
Indiana Government Center South
302 West Washington St., 5th Floor
Indianapolis, IN 46203
Telephone: (317) 232-6309
Scott.Barnhart@atg.in.gov
Corinne.Gilchrist@atg.in.gov
Mark.Snodgrass@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

**KRIS W. KOBACH**
Attorney General
State of Kansas

/s/   Sarah M. Dietz
Sarah Dietz, Assistant Attorney General
(KS Bar No. 27457), *pro hac vice application forthcoming, if required*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-3751
sarah.dietz@ag.ks.gov

*Attorney for Plaintiff State of Kansas*

**DANIEL J. CAMERON**
Attorney General
Commonwealth of Kentucky

 /s/ J. Christian Lewis
J. CHRISTIAN LEWIS (KY Bar No. 87109), *Pro hac vice application forthcoming, if required*
PHILIP HELERINGER (KY Bar No. 96748), *Pro hac vice application forthcoming, if required*
GREGORY B. LADD (KY Bar No. 95886), *Pro hac vice application forthcoming, if required*
ZACHARY RICHARDS (KY Bar No. 99209), *Pro hac vice application forthcoming, if required*
ASSISTANT ATTORNEYS GENERAL
1024 CAPITAL CENTER DRIVE SUITE 200
FRANKFORT, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
GREG.LADD@KY.GOV
ZACH.RICHARDS@KY.GOV
PHONE: (502) 696-5300
FAX: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

8

Pls.' Admin. Mot. to Determine Whether Def. Meta Platform, Inc.'s Materials Should Be Sealed (4:23-cv-05448)

| | |
|---|---|
| **JEFF LANDRY**<br>Attorney General<br>State of Louisiana<br><br>/s/ *Arham Mughal*<br>Arham Mughal (LA Bar No. 38354), *pro hac vice app. forthcoming, if required*<br>L. Christopher Styron (LA Bar No. 30747), *pro hac vice app. forthcoming, if required*<br>Assistant Attorneys General<br>Louisiana Department of Justice<br>Office of the Attorney General<br>Public Protection Division<br>Consumer Protection Section<br>1885 N 3rd Street, 4th Floor<br>Baton Rouge, LA 70802<br>Tel: (225) 326-6438<br>MughalA@ag.louisiana.gov<br>StyronL@ag.louisiana.gov<br><br>*Attorneys for State of Louisiana*<br><br>**AARON M. FREY**<br>Attorney General<br>State of Maine<br><br>/s/ Brendan F.X. O'Neil<br>Brendan F.X. O'Neil, Maine Bar No. 9900, *pro hac vice app. forthcoming, if required*<br>Michael Devine, Maine Bar No. 5048<br>Laura Lee Barry Wommack, Maine Bar No. 10110<br>Assistant Attorneys General<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>(207) 626-8800<br>brendan.oneil@maine.gov<br>michael.devine@maine.gov<br>lauralee.barrywommack@maine.gov<br><br>*Attorneys for Plaintiff State of Maine* | **ANTHONY G. BROWN**<br>Attorney General<br>State of Maryland<br><br>/s/ *Elizabeth J. Stern*<br>Philip D. Ziperman (Maryland CPF No. 9012190379), *pro hac vice app. forthcoming, if required*<br>Deputy Chief, Consumer Protection Division<br>Elizabeth J. Stern (Maryland CPF No. 1112090003), *pro hac vice app. forthcoming, if required*<br>Assistant Attorney General<br>Office of the Attorney General of Maryland<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Phone: (410) 576-6417 (Mr. Ziperman)<br>Phone: (410) 576-7226 (Ms. Stern)<br>Fax: (410) 576-6566<br>pziperman@oag.state.md.us<br>estern@oag.state.md.us<br><br>*Attorneys for Plaintiff Office of the Attorney General of Maryland*<br><br>**DANA NESSEL**<br>Attorney General<br>State of Michigan<br><br>/s/ Daniel J. Ping<br>Daniel J. Ping (P81482), *pro hac vice app. forthcoming, if required*<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>Corporate Oversight Division<br>P.O. Box 30736<br>Lansing, MI 48909<br>517-335-7632<br>PingD@michigan.gov<br><br>*Attorneys for Plaintiff State of Michigan* |

9

Pls.' Admin. Mot. to Determine Whether Def. Meta Platform, Inc.'s Materials Should Be Sealed (4:23-cv-05448)

| | |
|---|---|
| **KEITH ELLISON**<br>Attorney General<br>State of Minnesota<br><br>*/s/ James Van Buskirk*<br>JAMES VAN BUSKIRK (MN Bar No. 0392513), *pro hac vice app. forthcoming, if required*<br>Assistant Attorney General<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1200<br>St. Paul, MN 55101-2130<br>Tel: (651) 757-1150<br>james.vanbuskirk@ag.state.mn.us<br><br>*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison*<br><br>**ANDREW BAILEY**<br>Attorney General<br>State of Missouri<br><br>By:  */s/ Michael Schwalbert*<br>Michael Schwalbert, MO Bar #63229, *pro hac vice app. forthcoming, if required*<br>Assistant Attorney General<br>Consumer Protection Section<br>Missouri Attorney General's Office<br>815 Olive Street | Suite 200<br>Saint Louis, Missouri 63101<br>michael.schwalbert@ago,mo.gov<br>Phone: 314-340-7888<br>Fax: 314-340-7981<br><br>*Attorney for Plaintiff State of Missouri, ex rel. Andrew Bailey, Attorney General* | **MICHAEL T. HILGERS**<br>Attorney General<br>State of Nebraska<br><br>*/s/ Michaela J. Hohwieler*<br>Michaela J. Hohwieler (NE #26826)<br>Assistant Attorney General<br>*pro hac vice app. forthcoming, if required*<br>Colin P. Snider (NE #27724)<br>Assistant Attorney General<br>*pro hac vice app. forthcoming, if required*<br>Nebraska Attorney General's Office<br>2115 State Capitol Building<br>Lincoln, NE 68509<br>Phone: (402) 471-3840<br>Email: michaela.hohwieler@nebraska.gov<br>Email: colin.snider@nebraska.gov<br><br>*Attorneys for Plaintiff State of Nebraska*<br><br>**MATTHEW J. PLATKIN**<br>Attorney General<br>State of New Jersey<br><br>By: */s/ Kashif T. Chand*<br>Kashif T. Chand (NJ Bar No. 016752008), *pro hac vice app. forthcoming, if required*<br>Chief, Deputy Attorney General<br>New Jersey Office of the Attorney General, Division of Law<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Tel: (973) 648-2052<br>Kashif.Chand@law.njoag.gov<br><br>*Attorneys for Plaintiff New Jersey Division of Consumer Affairs* |

10

Pls.' Admin. Mot. to Determine Whether Def. Meta Platform, Inc.'s Materials Should Be Sealed (4:23-cv-05448)

| | | |
|---|---|---|
| 1 | **LETITIA JAMES** | **JOSHUA H. STEIN** |
| | Attorney General | Attorney General |
| 2 | State of New York | State of North Carolina |
| 3 | | |
| | /s/ *Christopher D'Angelo* | /s/ *Kevin Anderson* |
| 4 | Christopher D'Angelo, Chief Deputy | Kevin Anderson (N.C. Bar No. 22635), *pro* |
| | Attorney General, Economic Justice | *hac vice app. forthcoming, if required* |
| 5 | Division (NY Bar No. 4348744) | Senior Counsel |
| 6 | Christopher.D'Angelo@ag.ny.gov | Sarah G. Boyce |
| | Kim Berger, Chief, Bureau of Internet and | Deputy Attorney General & General Counsel |
| 7 | Technology (NY Bar No. 2481679) | Jasmine McGhee |
| | Kim.Berger@ag.ny.gov | Senior Deputy Attorney General |
| 8 | Clark Russell, Deputy Chief, Bureau of | Josh Abram |
| | Internet and Technology (NY Bar No. | Kunal Choksi |
| 9 | 2848323) | Special Deputy Attorneys General |
| | Clark.Russell@ag.ny.gov | Charles G. White |
| 10 | Nathaniel Kosslyn, Assistant Attorney | Assistant Attorney General |
| 11 | General (NY Bar No. 5773676) | N.C. Department of Justice |
| | Nathaniel.Kosslyn@ag.ny.gov | Post Office Box 629 |
| 12 | New York State Office of the Attorney | Raleigh, North Carolina 27602 |
| | General | Telephone: (919) 716-6006 |
| 13 | 28 Liberty Street | Facsimile: (919) 716-6050 |
| | New York, NY 10005 | kander@ncdoj.gov |
| 14 | (212) 416-8262 | |
| 15 | *Pro hac vice applications forthcoming, if* | *Attorneys for Plaintiff State of North* |
| | *required* | *Carolina* |
| 16 | | |
| 17 | *Attorneys for Plaintiff the People of the State* | |
| | *of New York* | |

11

| | | |
|---|---|---|
| 1 | **DREW H. WRIGLEY** | **DAVE YOST** |
| | Attorney General | Attorney General |
| 2 | State of North Dakota | State of Ohio |
| 3 | | |
| | By: /s/ Elin S. Alm | /s/ Kevin R. Walsh |
| 4 | Elin S. Alm (ND Bar No. 05924) | Melissa G. Wright (Ohio Bar No. 0077843) |
| | *pro hac vice app. forthcoming, if required* | Section Chief, Consumer Protection Section |
| 5 | Assistant Attorney General | Melissa.Wright@ohioago.gov |
| | Parrell D. Grossman (ND Bar No. 04684) | Melissa S. Smith (Ohio Bar No. 0083551) |
| 6 | Director, Consumer Protection and Antitrust | Asst. Section Chief, Consumer Protection |
| 7 | Division | Section |
| | Office of Attorney General | Melissa.S.Smith@ohioago.gov |
| 8 | 1720 Burlington Drive, Suite C | Michael S. Ziegler (Ohio Bar No. 0042206) |
| | Bismarck, ND 58504-7736 | Principal Assistant Attorney General |
| 9 | Telephone (701) 328-5570 | Michael.Ziegler@ohioago.gov |
| | ealm@nd.gov | Kevin R. Walsh (Ohio Bar No. 0073999) |
| 10 | pgrossman@nd.gov | Kevin.Walsh@ohioago.gov |
| 11 | | Senior Assistant Attorney General |
| | *Attorneys for Plaintiff State of North Dakota,* | 30 East Broad Street, 14th Floor |
| 12 | *ex rel. Drew H. Wrigley, Attorney General* | Columbus, Ohio 43215 |
| | | Tel: 614-466-1031 |
| 13 | | *(pro hac vice application forthcoming, if* |
| 14 | | *required)* |
| 15 | | *Attorneys for State of Ohio, ex rel. Attorney* |
| | | *General Dave Yost,* |
| 16 | | |
| 17 | | **ELLEN F. ROSENBLUM** |
| | | Attorney General |
| 18 | | State of Oregon |
| 19 | | |
| | | /s/ *Jordan M. Roberts* |
| 20 | | Jordan M. Roberts (Oregon Bar No. |
| 21 | | 115010), *pro hac vice app. forthcoming, if* |
| | | *required* |
| 22 | | Assistant Attorney General |
| | | Oregon Department of Justice |
| 23 | | Consumer Protection Section |
| | | 100 SW Market Street |
| 24 | | Portland, Oregon 97201 |
| 25 | | Telephone:    (971) 673-1880 |
| | | Facsimile:    (971) 673-1884 |
| 26 | | E-mail: jordan.m.roberts@doj.state.or.us |
| 27 | | *Attorneys for State of Oregon, ex rel. Ellen* |
| | | *F. Rosenblum, Attorney General for the* |
| 28 | | *State of Oregon* |

12

Pls.' Admin. Mot. to Determine Whether Def. Meta
Platform, Inc.'s Materials Should Be Sealed (4:23-cv-05448)

| | |
|---|---|
| **MICHELLE A. HENRY**<br>Attorney General<br>Commonwealth of Pennsylvania<br><br>/s/ Timothy R. Murphy<br>TIMOTHY R. MURPHY<br>Senior Deputy Attorney General (PA Bar No. 321294)<br>Email: tmurphy@attorneygeneral.gov<br>JONATHAN R. BURNS<br>Deputy Attorney General (PA Bar No. 315206)<br>Email: jburns@attorneygeneral.gov<br>Pennsylvania Office of Attorney General<br>Strawberry Square, 14th Floor<br>Harrisburg, PA 17120<br>Tel: 717.787.4530<br>*(pro hac vice application forthcoming, if required)*<br><br>*Attorneys for Plaintiff the Commonwealth of Pennsylvania*<br><br><br>**PETER F. NERONHA**<br>Attorney General<br>State of Rhode Island<br><br>/s Stephen N. Provazza<br>Stephen N. Provazza (R.I. Bar No. 10435), *pro hac vice app. forthcoming*<br>Special Assistant Attorney General<br>Rhode Island Office of the Attorney General<br>150 South Main St.<br>Providence, RI 02903<br>Phone: 401-274-4400<br>Email: SProvazza@riag.ri.gov<br><br>*Attorneys for Plaintiff State of Rhode Island* | **ALAN WILSON**<br>Attorney General<br>State of South Carolina<br><br>/s/ Anna C. Smith<br>C. HAVIRD JONES, JR.<br>Senior Assistant Deputy Attorney General<br>JARED Q. LIBET<br>Assistant Deputy Attorney General<br>ANNA C. SMITH (SC Bar No. 104749), *pro hac vice app. forthcoming, if required*<br>Assistant Attorney General<br>CLARK C. KIRKLAND, JR.<br>Assistant Attorney General<br>**OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA**<br>P.O. Box 11549<br>Columbia, South Carolina 29211<br>Tel: (803) 734-0536<br>annasmith@scag.gov<br><br>*Attorneys for Plaintiff the State of South Carolina, ex rel. Alan M. Wilson, in His Official Capacity as Attorney General of the State of South Carolina*<br><br><br>**MARTY J. JACKLEY**<br>Attorney General<br>State of South Dakota<br><br>/s/ Jessica M. LaMie<br>By: Jessica M. LaMie) (SD Bar No. 4831), *pro hac vice application forthcoming, if required*<br>Assistant Attorney General<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501-8501<br>Telephone: (605) 773-3215<br>Jessica.LaMie@state.sd.us<br><br>*Attorneys for Plaintiff State of South Dakota* |

13

Pls.' Admin. Mot. to Determine Whether Def. Meta Platform, Inc.'s Materials Should Be Sealed (4:23-cv-05448)

| | |
|---|---|
| **JASON S. MIYARES**<br>Attorney General<br>Commonwealth Of Virginia<br><br>*/s/ Joelle E. Gotwals*<br>Steven G. Popps<br>Deputy Attorney General<br>Richard S. Schweiker, Jr.<br>Senior Assistant Attorney General and Section Chief<br>Joelle E. Gotwals (VSB No. 76779), *pro hac vice app. forthcoming, if required*<br>Assistant Attorney General<br>Office of the Attorney General of Virginia<br>Consumer Protection Section<br>202 N. 9th Street<br>Richmond, Virginia 23219<br>Telephone:   (804) 786-8789<br>Facsimile:   (804) 786-0122<br>E-mail: jgotwals@oag.state.va.us<br><br>*Attorneys for the Plaintiff Commonwealth of Virginia*<br>*ex rel. Jason S. Miyares, Attorney General* | **ROBERT W. FERGUSON**<br>Attorney General<br>State of Washington<br><br>*/s/ Joseph Kanada*<br>Joseph Kanada (WA Bar No. 55055), *pro hac vice app. forthcoming, if required*<br>Alexandra Kory<br>Rabi Lahiri<br>Gardner Reed<br>Alexia Diorio<br>Assistant Attorneys General<br>Washington State Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 389-3843<br>Joe.Kanada@atg.wa.gov<br><br>*Attorneys for Plaintiff State of Washington*<br><br>**PATRICK MORRISEY**<br>Attorney General<br>State of West Virginia<br><br>*/s/ Laurel K. Lackey*<br>Laurel K. Lackey (WVSB No. 10267), *pro hac vice app. forthcoming, if required*<br>Abby G. Cunningham (WVSB No. 13388)<br>Assistant Attorneys General<br>Office of the Attorney General<br>Consumer Protection & Antitrust Division<br>Eastern Panhandle Office<br>269 Aikens Center<br>Martinsburg, West Virginia 25404<br>(304) 267-0239<br>laurel.k.lackey@wvago.gov<br><br>*Attorneys for Plaintiff State of West Virginia,*<br>*ex rel. Patrick Morrisey, Attorney General* |

14

Pls.' Admin. Mot. to Determine Whether Def. Meta Platform, Inc.'s Materials Should Be Sealed (4:23-cv-05448)

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

/s/ R. Duane Harlow
R. DUANE HARLOW
Assistant Attorney General
WI State Bar #1025622, *pro hac vice app*
*forthcoming, if required*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-2950
harlowrd@doj.state.wi.us

*Attorneys for Plaintiff State of Wisconsin*

15

Pls.' Admin. Mot. to Determine Whether Def. Meta Platform, Inc.'s Materials Should Be Sealed (4:23-cv-05448)

\* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

16

Pls.' Admin. Mot. to Determine Whether Def. Meta Platform, Inc.'s Materials Should Be Sealed (4:23-cv-05448)