# EXHIBIT A

The following paragraphs or pages (including specific lines, where applicable) in the Filing States' complaint contain or reference materials that Defendant Meta Platforms, Inc. has designated "Confidential":

| Paragraphs or pages (including specific lines, where applicable) |
| --- |
| Pg. II, lines 6-7 |
| ¶ 2, lines 18-19 |
| ¶ 6, lines 23-26, 1-2 |
| ¶ 8, lines 17-19 |
| ¶ 42 |
| ¶ 43, lines 4-7 |
| ¶ 57 |
| ¶ 59 |
| ¶ 60 |
| ¶ 66 |
| ¶ 68, lines 12-14 |
| ¶ 69 |
| ¶ 70 |
| ¶ 71 |
| ¶ 72 |
| ¶ 73 |
| ¶ 77, line 23 |
| ¶ 78 |
| ¶ 79 |
| ¶ 80 |
| ¶ 81 |
| ¶ 82, lines 26-27 |
| ¶ 83 |
| ¶ 84 |
| ¶ 96, lines 26-28 |
| ¶ 100 |
| ¶ 101 |
| ¶ 106 |
| ¶ 108 |
| ¶ 109, lines 6-7 |
| ¶112 |

1

Exh. A to Pls.' Admin. Mot.
(4:23-cv-05448)

| | |
|---|---|
| ¶ 113 | |
| ¶ 114 | |
| ¶ 115 | |
| ¶ 116 | |
| ¶ 119, lines 21-22, 25-26 | |
| ¶ 127 | |
| ¶ 132 | |
| ¶ 135 | |
| ¶ 136 | |
| ¶ 140 | |
| ¶ 141 | |
| ¶ 142 | |
| ¶ 143 | |
| ¶ 144 | |
| ¶ 145 | |
| ¶ 146 | |
| ¶ 147 | |
| ¶ 148 | |
| ¶ 149 | |
| ¶ 160 | |
| ¶ 162 | |
| ¶ 163 | |
| ¶ 164 | |
| ¶ 178 | |
| ¶ 179 | |
| ¶ 180 | |
| ¶ 181 | |
| ¶ 182 | |
| ¶ 186 | |
| ¶ 195 | |
| ¶ 196 | |
| ¶ 197 | |
| ¶ 198 | |
| ¶ 199 | |
| ¶ 200 | |
| ¶ 201 | |
| ¶ 202 | |
| ¶ 203 | |
| ¶ 204 | |

2

Exh. A to Pls.' Admin. Mot.
(4:23-cv-05448)

| | |
|---|---|
| ¶ 205 | |
| Fn. 12 | |
| ¶ 206 | |
| ¶ 208 | |
| ¶ 209 | |
| ¶ 210 | |
| ¶ 211 | |
| ¶ 212 | |
| ¶ 213 | |
| ¶ 214 | |
| ¶ 215 | |
| ¶ 216 | |
| ¶ 217 | |
| ¶ 218 | |
| ¶ 219, lines 22-24 | |
| ¶ 221 | |
| ¶ 228, lines 9-10 | |
| ¶ 229 | |
| ¶ 230 | |
| ¶ 231 | |
| ¶ 232 | |
| ¶ 233 | |
| ¶ 234 | |
| ¶ 235 | |
| ¶ 236 | |
| ¶ 237 | |
| ¶ 238 | |
| ¶ 239 | |
| ¶ 240 | |
| ¶ 241 | |
| ¶ 242 | |
| ¶ 243 | |
| ¶ 244 | |
| ¶ 245 | |
| ¶ 246 | |
| ¶ 247 | |
| ¶ 248 | |
| ¶ 249 | |
| ¶ 250 | |

3

Exh. A to Pls.' Admin. Mot.
(4:23-cv-05448)

| | |
|---|---|
| 1 | ¶ 252, lines 10-11 |
| 2 | ¶ 254 |
| | ¶ 255, lines 24-25 |
| 3 | ¶ 256 |
| 4 | ¶ 257 |
| | ¶ 258 |
| 5 | ¶ 259 |
| 6 | ¶ 260 |
| 7 | ¶ 261, lines 19, 21-22 |
| | ¶ 262 |
| 8 | ¶ 263 |
| 9 | ¶ 264 |
| | ¶ 265, lines 3-5 |
| 10 | ¶ 266 |
| 11 | ¶ 267 |
| 12 | ¶ 268 |
| | ¶ 269 |
| 13 | ¶ 270 |
| 14 | ¶ 271 |
| | ¶ 272 |
| 15 | ¶ 273, lines 14-18 |
| 16 | ¶ 274 |
| 17 | ¶ 275 |
| | ¶ 276 |
| 18 | ¶ 277 |
| 19 | ¶ 278 |
| | ¶ 279 |
| 20 | ¶ 280 |
| 21 | ¶ 281 |
| | ¶ 282 |
| 22 | ¶ 283 |
| 23 | ¶ 285 |
| 24 | ¶ 286 |
| | ¶ 287 |
| 25 | ¶ 289 |
| 26 | ¶ 290 |
| | ¶ 291 |
| 27 | ¶ 292 |
| 28 | ¶ 293 |

4

Exh. A to Pls.' Admin. Mot.
(4:23-cv-05448)

| | |
|---|---|
| ¶ 294 | |
| ¶ 295 | |
| ¶ 296 | |
| ¶ 297 | |
| ¶ 298 | |
| ¶ 300, lines 17-18 | |
| ¶ 304 | |
| ¶ 305 | |
| ¶ 306 | |
| ¶ 307 | |
| ¶ 308 | |
| ¶ 312 | |
| ¶ 316, lines 21-22 | |
| ¶ 317, lines 24-25 | |
| ¶ 318 | |
| ¶ 319 | |
| ¶ 320 | |
| ¶ 321 | |
| ¶ 322 | |
| ¶ 323 | |
| ¶ 324 | |
| ¶ 328 | |
| ¶ 338 | |
| ¶ 339 | |
| ¶ 340 | |
| ¶ 341 | |
| ¶ 342 | |
| ¶ 343 | |
| ¶ 344 | |
| ¶ 346 | |
| ¶ 347 | |
| ¶ 348 | |
| ¶ 349 | |
| ¶ 350 | |
| ¶ 351 | |
| ¶ 352 | |
| ¶ 353 | |
| ¶ 354 | |
| ¶ 355 | |

5

Exh. A to Pls.' Admin. Mot.
(4:23-cv-05448)

| | |
|---|---|
| ¶ 356 | |
| ¶ 357 | |
| ¶ 358 | |
| ¶ 359 | |
| ¶ 360 | |
| ¶ 361 | |
| ¶ 362, line 1 | |
| ¶ 363, lines 2-4 | |
| ¶ 364 | |
| ¶ 365 | |
| ¶ 366 | |
| ¶ 367 | |
| ¶ 368, lines 23-25 | |
| ¶ 369 | |
| ¶ 371, lines 12-13 | |
| ¶ 372 | |
| ¶ 379, lines 23-25 | |
| ¶ 380 | |
| ¶ 385, lines 17-19 | |
| ¶ 386 | |
| ¶ 391 | |
| ¶ 392 | |
| ¶ 395 | |
| ¶ 399 | |
| ¶ 400 | |
| ¶ 402 | |
| ¶ 403 | |
| ¶ 404 | |
| ¶ 405 | |
| ¶ 406 | |
| ¶ 407 | |
| ¶ 408 | |
| ¶ 409 | |
| ¶ 416 | |
| ¶ 417 | |
| ¶ 418, lines 6-10 | |
| ¶ 419, lines 14-16 | |
| ¶ 419, lines 19-21 | |
| ¶ 420 | |

6

Exh. A to Pls.' Admin. Mot.
(4:23-cv-05448)

| | |
|---|---|
| ¶ 421 | |
| ¶ 422 | |
| ¶ 423 | |
| ¶ 424 | |
| ¶ 425, lines 20-21 | |
| ¶ 426 | |
| ¶ 428 | |
| ¶ 436 | |
| ¶ 437 | |
| ¶ 438, lines 13-15 | |
| ¶ 439, lines 18-19 | |
| ¶ 440 | |
| ¶ 443 | |
| ¶ 448, lines 18-19 | |
| ¶ 449 | |
| ¶ 450 | |
| ¶ 451 | |
| ¶ 452 | |
| ¶ 453 | |
| ¶ 454 | |
| ¶ 455 | |
| ¶ 456 | |
| Pg. 73, lines 22-23 | |
| ¶ 458, lines 26-28 | |
| ¶ 460, lines 5-7 | |
| ¶ 463 | |
| ¶ 467 | |
| ¶ 468 | |
| ¶ 469 | |
| ¶ 470 | |
| ¶ 471 | |
| ¶ 475 | |
| ¶ 476 | |
| ¶ 477 | |
| ¶ 478 | |
| ¶ 479 | |
| ¶ 482 | |
| ¶ 483, lines 18-19 | |
| ¶ 484 | |

7

Exh. A to Pls.' Admin. Mot.
(4:23-cv-05448)

| | |
|---|---|
| 1 | ¶ 485 |
| 2 | ¶ 486 |
| 3 | ¶ 487 |
| | ¶ 488 |
| 4 | ¶ 489 |
| 5 | ¶ 491 |
| | ¶ 492 |
| 6 | ¶ 493 |
| 7 | ¶ 494 |
| | ¶ 495 |
| 8 | ¶ 496 |
| 9 | ¶ 497 |
| 10 | ¶ 498, lines 12-14 |
| | ¶ 499, lines 18-22 |
| 11 | ¶ 500 |
| 12 | ¶ 502 |
| | ¶ 503 |
| 13 | ¶ 504 |
| 14 | ¶ 505 |
| | ¶ 506 |
| 15 | ¶ 526, lines 19-21 |
| 16 | ¶ 528 |
| | ¶ 530 |
| 17 | ¶ 533, lines 1-2 |
| 18 | ¶ 535, line 5 |
| 19 | ¶ 535, line 6 |
| | ¶ 539 |
| 20 | Pg. 91, lines 1-13 |
| 21 | ¶ 540 |
| | ¶ 541 |
| 22 | ¶ 542 |
| 23 | ¶ 543 |
| 24 | ¶ 544 |
| | ¶ 545 |
| 25 | ¶ 546 |
| 26 | ¶ 547 |
| | Pg. 92, lines 17-25 |
| 27 | ¶ 548 |
| 28 | ¶ 549 |

8

| | |
|---|---|
| ¶ 550 | |
| ¶ 551 | |
| ¶ 552, lines 13-16 | |
| ¶ 553 | |
| ¶ 554 | |
| ¶ 555 | |
| ¶ 556 | |
| ¶ 557 | |
| ¶ 558 | |
| ¶ 559 | |
| ¶ 560 | |
| ¶ 561 | |
| ¶ 563 | |
| ¶ 564, lines 28, 1-2 | |
| ¶ 568 | |
| ¶ 569 | |
| ¶ 570 | |
| ¶ 571 | |
| ¶ 572 | |
| ¶ 573 | |
| ¶ 574, lines 3-7 | |
| ¶ 583 | |
| ¶ 584, lines 12-13 | |
| ¶ 585 | |
| ¶ 586 | |
| ¶ 587 | |
| ¶ 592, lines 18-20 | |
| ¶ 597, lines 13-15, 16-17 | |
| ¶ 599 | |
| ¶ 601 | |
| ¶ 602 | |
| ¶ 603 | |
| ¶ 606 | |
| ¶ 609 | |
| ¶ 610 | |
| ¶ 612 | |
| ¶ 613 | |
| ¶ 614 | |
| ¶ 615 | |

9

Exh. A to Pls.' Admin. Mot.
(4:23-cv-05448)

| | |
|---|---|
| 1 | ¶ 616 |
| 2 | ¶ 617 |
| 3 | ¶ 618 |
| | ¶ 619 |
| 4 | ¶ 620 |
| 5 | ¶ 621 |
| | ¶ 622 |
| 6 | ¶ 623 |
| 7 | ¶ 624 |
| | ¶ 625 |
| 8 | ¶ 626 |
| 9 | ¶ 627 |
| | ¶ 628 |
| 10 | ¶ 629, line 9 |
| 11 | ¶ 630, lines 18-19 |
| | ¶ 638, lines 1-2 |
| 12 | ¶ 645 |
| 13 | ¶ 646 |
| | ¶ 647 |
| 14 | Pg. 108, lines 18-19 |
| 15 | ¶ 648, lines 22-23 |
| 16 | ¶ 649 |
| | Pg. 109, lines 1-11 |
| 17 | ¶ 650 |
| 18 | ¶ 651 |
| | Pg. 110, lines 1-12 |
| 19 | ¶ 652 |
| 20 | ¶ 653 |
| 21 | ¶ 654 |
| | ¶ 655 |
| 22 | ¶ 656, lines 26-27 |
| 23 | Pg. 111, lines 1-2 |
| 24 | ¶ 657 |
| | ¶ 658 |
| 25 | ¶ 659 |
| 26 | ¶ 660, lines 12-13 |
| | ¶ 661 |
| 27 | ¶ 662 |
| 28 | ¶ 663 |

10

Exh. A to Pls.' Admin. Mot.
(4:23-cv-05448)

| | |
|---|---|
| Page 112, lines 3-4 | |
| ¶ 665 | |
| ¶ 666 | |
| ¶ 667, lines 15, 17 | |
| ¶ 668 | |
| ¶ 670 | |
| ¶ 671 | |
| ¶ 672 | |
| ¶ 673 | |
| ¶ 674 | |
| ¶ 675 | |
| ¶ 676 | |
| ¶ 677 | |
| ¶ 679 | |
| ¶ 680 | |
| ¶ 681 | |
| ¶ 682, lines 23-26 | |
| ¶ 683 | |
| ¶ 684 | |
| ¶ 685, lines 14-16 | |
| ¶ 686 | |
| ¶ 687 | |
| ¶ 688 | |
| Pg. 116, lines 4-5 | |
| ¶ 689 | |
| ¶ 690 | |
| ¶ 691 | |
| ¶ 692 | |
| ¶ 693 | |
| ¶ 694 | |
| ¶ 695 | |
| ¶ 696, lines 7-8 | |
| ¶ 697, lines 10-17 | |
| ¶ 698 | |
| ¶ 700 | |
| ¶ 701 | |
| ¶ 708 | |
| ¶ 710 | |
| ¶ 711, line 12 | |

11

Exh. A to Pls.' Admin. Mot.
(4:23-cv-05448)

| | |
|---|---|
| ¶ 712, lines 17-18 |
| ¶ 713 |
| ¶ 714 |
| ¶ 715 |
| ¶ 716 |
| ¶ 717 |
| ¶ 718 |
| ¶ 719 |
| ¶ 720 |
| ¶ 721 |
| ¶ 722 |
| ¶ 723, lines 4-5, 7-10 |
| ¶ 724 |
| ¶ 726 |
| ¶ 727 |
| ¶ 728 |
| ¶ 729, lines 5-8 |
| Pg. 122, lines 16-17 |
| ¶ 732 |
| ¶ 733 |
| ¶ 734 |
| ¶ 735 |
| ¶ 736 |
| ¶ 737, lines 10-13 |
| ¶ 738 |
| ¶ 739 |
| ¶ 740 |
| ¶ 741 |
| ¶ 742 |
| ¶ 743, lines 10-11 |
| ¶ 749, lines 17-18 |
| ¶ 751 |
| ¶ 752 |
| ¶ 753 |
| ¶ 754 |
| ¶ 770, lines 8-13 |
| ¶ 772 |
| ¶ 773 |
| ¶ 774 |

12

Exh. A to Pls.' Admin. Mot.
(4:23-cv-05448)

| | |
|---|---|
| ¶ 775 | |
| ¶ 776 | |
| ¶ 777 | |
| ¶ 778, lines 23-25 | |
| ¶ 779 | |
| ¶ 780 | |
| ¶ 781 | |
| ¶ 782 | |
| ¶ 783 | |
| ¶ 784 | |
| ¶ 785 | |
| ¶ 786 | |
| ¶ 789 | |
| ¶ 790 | |
| ¶ 791 | |
| ¶ 804 | |
| ¶ 805 | |
| ¶ 809 | |
| ¶ 813 | |
| ¶ 814 | |
| ¶ 815 | |
| ¶ 816 | |
| ¶ 817 | |
| ¶ 818 | |
| ¶ 820 | |
| ¶ 821 | |
| ¶ 822, lines 21-22 | |
| ¶ 823 | |
| ¶ 824 | |
| ¶ 825 | |
| ¶ 826 | |
| ¶ 827 | |
| ¶ 836, line 6 | |
| ¶ 846.c, lines 17-18 | |
| ¶ 881, line 11 | |
| ¶ 947.c, lines 9-10 | |
| ¶ 959.c, lines 1-2 | |
| ¶ 1001, lines 25-26 | |
| ¶ 1002, lines 3-4 | |

13

Exh. A to Pls.' Admin. Mot.
(4:23-cv-05448)

| ¶ 1005, lines 22-24 |
| ¶ 1012.c, lines 12-13 |