| 1 | ROB BONTA
Attorney General of California
| 2 | NICKLAS A. AKERS (SBN 211222)
BERNARD ESKANDARI (SBN 224395)
| 3 | Supervising Deputy Attorney General
MEGAN O'NEILL (SBN 343535)
| 4 | JOSHUA OLSZEWSKI-JUBELIRER (SBN 336428)
MARISSA ROY (SBN 318773)
| 5 | Deputy Attorneys General
  455 Golden Gate Ave., 11th Fl.
| 6 |   San Francisco, CA 94102
  Telephone: (415) 510-4400
| 7 |   Fax: (415) 703-5480
  E-mail: Bernard.Eskandari@doj.ca.gov
| 8 | *Attorneys for Plaintiff the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STATE OF ARIZONA**, *ex rel.* KRIS MAYES, ATTORNEY GENERAL; | |
| **THE PEOPLE OF THE STATE OF CALIFORNIA**; | Case No. 4:23-cv-05448-YGR |
| **STATE OF COLORADO**, *ex rel.* PHILIP J. WEISER, ATTORNEY GENERAL; | Hon. Yvonne Gonzalez Rogers |
| **STATE OF CONNECTICUT**; | **DECLARATION OF BERNARD A. ESKANDARI IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO DETERMINE WHETHER DEFENDANT META PLATFORMS, INC.'S MATERIALS SHOULD BE SEALED** |
| **STATE OF DELAWARE**, *ex rel.* KATHLEEN JENNINGS, ATTORNEY GENERAL OF THE STATE OF DELAWARE; | |
| **STATE OF GEORGIA** *ex rel.* CHRISTOPHER M. CARR, ATTORNEY GENERAL OF THE STATE OF GEORGIA; | |
| **STATE OF HAWAI'I**, *ex rel.* ANNE E. LOPEZ, ATTORNEY GENERAL; | |
| **STATE OF IDAHO**, through ATTORNEY GENERAL RAÚL R. LABRADOR; | |
| **THE PEOPLE OF THE STATE OF ILLINOIS**; | |
| **STATE OF INDIANA**; | |

1

Eskandari Decl. in support of Pls.' Admin. Mot.
(4:23-cv-05448)

| | |
|---|---|
| 1 | **STATE OF KANSAS**, *ex rel.* KRIS W. KOBACH, Attorney General; |
| 2 | |
| 3 | **THE COMMONWEALTH OF KENTUCKY**; |
| 4 | |
| 5 | **STATE OF LOUISIANA**; |
| 6 | **STATE OF MAINE**; |
| 7 | **OFFICE OF THE ATTORNEY GENERAL OF MARYLAND**; |
| 8 | **STATE OF MICHIGAN** *ex rel.* DANA NESSEL, ATTORNEY GENERAL; |
| 9 | |
| 10 | **STATE OF MINNESOTA**, by its ATTORNEY GENERAL, KEITH ELLISON; |
| 11 | **STATE OF MISSOURI**, *ex rel.* ANDREW BAILEY, ATTORNEY GENERAL; |
| 12 | |
| 13 | **STATE OF NEBRASKA** *ex rel.* MICHAEL T. HILGERS, ATTORNEY GENERAL; |
| 14 | **MATTHEW J. PLATKIN**, ATTORNEY GENERAL FOR THE **STATE OF NEW JERSEY**, AND **CARI FAIS**, ACTING DIRECTOR OF THE **NEW JERSEY DIVISION OF CONSUMER AFFAIRS**; |
| 15 | |
| 16 | |
| 17 | **THE PEOPLE OF THE STATE OF NEW YORK**, by LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK; |
| 18 | |
| 19 | |
| 20 | **STATE OF NORTH CAROLINA**, *ex rel.* JOSHUA H. STEIN, ATTORNEY GENERAL; |
| 21 | |
| 22 | **STATE OF NORTH DAKOTA**, *ex rel.* DREW WRIGLEY, ATTORNEY GENERAL; |
| 23 | **STATE OF OHIO**, *ex rel.* ATTORNEY GENERAL DAVE YOST; |
| 24 | |
| 25 | **STATE OF OREGON** *ex rel.* ELLEN F. ROSENBLUM, ATTORNEY GENERAL FOR THE STATE OF OREGON; |
| 26 | |
| 27 | **COMMONWEALTH OF PENNSYLVANIA** BY ATTORNEY GENERAL MICHELLE A. HENRY; |
| 28 | |

2

Eskandari Decl. in support of Pls.' Admin. Mot.
(4:23-cv-05448)

**STATE OF RHODE ISLAND**;

**STATE OF SOUTH CAROLINA**, *ex. rel.* ALAN M. WILSON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF SOUTH CAROLINA;

**STATE OF SOUTH DAKOTA** *ex rel.* MARTY J. JACKLEY, SOUTH DAKOTA ATTORNEY GENERAL;

**COMMONWEALTH OF VIRGINIA**, *ex rel.* JASON S. MIYARES, ATTORNEY GENERAL;

**STATE OF WASHINGTON**, *ex rel.* ROBERT W. FERGUSON, ATTORNEY GENERAL;

**STATE OF WEST VIRGINIA**, *ex rel.* PATRICK MORRISEY, ATTORNEY GENERAL; and

**STATE OF WISCONSIN**,

                  **Plaintiffs**,

                  v.

**META PLATFORMS, INC.**;

**INSTAGRAM, LLC**;

**META PAYMENTS, INC.**; and

**META PLATFORMS TECHNOLOGIES, LLC**,

                  **Defendants**.

I, Bernard A. Eskandari, declare and state as follows:

    1.     I am a Supervising Deputy Attorney General in the Consumer Protection Section of the Public Rights Division of the California Department of Justice and counsel for the People of the State of California in this action. I am a member in good standing of the State Bar of California. I make this declaration based on my own personal knowledge. If called upon to

3

Eskandari Decl. in support of Pls.' Admin. Mot.
(4:23-cv-05448)

testify, I could and would testify completely to the truth of the matters stated herein.

2. I submit this declaration, as required by Civil Local Rule 7-11, in support of Plaintiffs' Administrative Motion to Determine Whether Defendant Meta Platforms Inc.'s Materials Should Be Sealed.

3. The Filing States' complaint [Dkt. No. 1] contains and refers to materials produced by Defendant Meta Platforms, Inc. ("Meta") in the course of the Filing States' investigation and designated by Meta as "Confidential." Filing States have agreed to file their complaint containing these materials or references conditionally under seal, to the extent allowed by the Local Rules.

4. The Filing States take no position at this time on whether, and do not concede that, any of the referenced material satisfies the requirements for filing under seal.

5. As required by Civil Local Rule 79-5, the Filing States have filed a redacted version of their complaint on the public docket. An unredacted version is attached to this motion as Exhibit B, with highlights to indicate where redactions are made in the redacted version of the complaint.

6. This motion is being filed contemporaneously with the opening of this case and the filing of the Filing States' complaint. Accordingly, Meta (and other Defendants) had yet to appear when the Filing States filed their conditionally redacted complaint, and therefore counsel was unable to confer with Defendants to obtain a stipulation.

7. Further, because Meta (nor any Defendant) has yet to appear, the Filing States will serve this motion and related documents on Defendants consistent with Rule 4 of the Federal Rules of Civil Procedure and file a separate proof, following service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 24, 2023, in Los Angeles, California.

_____
BERNARD A. ESKANDARI

4

Eskandari Decl. in support of Pls.' Admin. Mot.
(4:23-cv-05448)