IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STATE OF ARIZONA**, *ex rel.* KRIS MAYES, ATTORNEY GENERAL; | Case No. 4:23-cv-05448-YGR |
| **THE PEOPLE OF THE STATE OF CALIFORNIA**; | Hon. Yvonne Gonzalez Rogers |
| **STATE OF COLORADO**, *ex rel.* PHILIP J. WEISER, ATTORNEY GENERAL; | **[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO DETERMINE WHETHER DEFENDANT META PLATFORMS INC.'S MATERIALS SHOULD BE SEALED** |
| **STATE OF CONNECTICUT**; | |
| **STATE OF DELAWARE**, *ex rel.* KATHLEEN JENNINGS, ATTORNEY GENERAL OF THE STATE OF DELAWARE; | |
| **STATE OF GEORGIA** *ex rel.* CHRISTOPHER M. CARR, ATTORNEY GENERAL OF THE STATE OF GEORGIA; | |
| **STATE OF HAWAIʻI**, *ex rel.* ANNE E. LOPEZ, ATTORNEY GENERAL; | |
| **STATE OF IDAHO**, through ATTORNEY GENERAL RAÚL R. LABRADOR; | |
| **THE PEOPLE OF THE STATE OF ILLINOIS**; | |
| **STATE OF INDIANA**; | |
| **STATE OF KANSAS**, *ex rel.* KRIS W. KOBACH, Attorney General; | |

1

**THE COMMONWEALTH OF KENTUCKY**;

**STATE OF LOUISIANA**;

**STATE OF MAINE**;

**OFFICE OF THE ATTORNEY GENERAL OF MARYLAND**;

**STATE OF MICHIGAN** *ex rel.* DANA NESSEL, ATTORNEY GENERAL;

**STATE OF MINNESOTA**, by its ATTORNEY GENERAL, KEITH ELLISON;

**STATE OF MISSOURI**, *ex rel.* ANDREW BAILEY, ATTORNEY GENERAL;

**STATE OF NEBRASKA** *ex rel.* MICHAEL T. HILGERS, ATTORNEY GENERAL;

**MATTHEW J. PLATKIN**, ATTORNEY GENERAL FOR THE **STATE OF NEW JERSEY**, AND **CARI FAIS**, ACTING DIRECTOR OF THE **NEW JERSEY DIVISION OF CONSUMER AFFAIRS**;

**THE PEOPLE OF THE STATE OF NEW YORK**, by LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK;

**STATE OF NORTH CAROLINA**, *ex rel.* JOSHUA H. STEIN, ATTORNEY GENERAL;

**STATE OF NORTH DAKOTA**, *ex rel.* DREW WRIGLEY, ATTORNEY GENERAL;

**STATE OF OHIO**, *ex rel.* ATTORNEY GENERAL DAVE YOST;

**STATE OF OREGON** *ex rel.* ELLEN F. ROSENBLUM, ATTORNEY GENERAL FOR THE STATE OF OREGON;

**COMMONWEALTH OF PENNSYLVANIA** BY ATTORNEY GENERAL MICHELLE A. HENRY;

**STATE OF RHODE ISLAND**;

2

[Proposed] Order Re: Pls. Admin. Mot. (4:23-cv-05448)

| | |
|---|---|
| 1 | |
| 2 | **STATE OF SOUTH CAROLINA**, *ex. rel.* ALAN M. WILSON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF |
| 3 | THE STATE OF SOUTH CAROLINA; |
| 4 | **STATE OF SOUTH DAKOTA** *ex rel.* MARTY J. JACKLEY, SOUTH DAKOTA |
| 5 | ATTORNEY GENERAL; |
| 6 | **COMMONWEALTH OF VIRGINIA**, *ex rel.* JASON S. MIYARES, |
| 7 | ATTORNEY GENERAL; |
| 8 | **STATE OF WASHINGTON**, *ex rel.* ROBERT W. FERGUSON, ATTORNEY |
| 9 | GENERAL; |
| 10 | **STATE OF WEST VIRGINIA**, *ex rel.* PATRICK MORRISEY, ATTORNEY |
| 11 | GENERAL; and |
| 12 | **STATE OF WISCONSIN**, |
| 13 | Plaintiffs, |
| 14 | v. |
| 15 | **META PLATFORMS, INC.**; |
| 16 | **INSTAGRAM, LLC**; |
| 17 | **META PAYMENTS, INC.**; and |
| 18 | **META PLATFORMS TECHNOLOGIES, LLC**, |
| 19 | |
| 20 | **Defendants**. |
| 21 | |

Having considered the Motion and accompanying Declaration and Exhibits, the Court considers whether to seal the paragraphs designated below. The Court rules as follows:

| Paragraph | Ruling |
|---|---|
| Pg. II, lines 6-7 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 2, lines 18-19 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 6, lines 23-26, 1-2 | __ GRANT / __ DENY / __ OTHER: |

3

[Proposed] Order Re: Pls. Admin. Mot. (4:23-cv-05448)

| | |
|---|---|
| ¶ 8, lines 17-19 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 42 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 43, lines 4-7 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 57 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 59 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 60 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 66 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 68, lines 12-14 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 69 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 70 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 71 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 72 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 73 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 77, line 23 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 78 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 79 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 80 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 81 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 82, lines 26-27 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 83 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 84 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 96, lines 26-28 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 100 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 101 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 106 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 108 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 109, lines 6-7 | __ GRANT / __ DENY / __ OTHER: |
| ¶112 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 113 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 114 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 115 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 116 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 119, lines 21-22, 25-26 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 127 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 132 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 135 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 136 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 140 | __ GRANT / __ DENY / __ OTHER: |

4

[Proposed] Order Re: Pls. Admin. Mot. (4:23-cv-05448)

| | |
|---|---|
| ¶ 141 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 142 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 143 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 144 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 145 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 146 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 147 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 148 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 149 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 160 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 162 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 163 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 164 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 178 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 179 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 180 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 181 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 182 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 186 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 195 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 196 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 197 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 198 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 199 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 200 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 201 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 202 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 203 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 204 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 205 | __ GRANT / __ DENY / __ OTHER: |
| Fn. 12 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 206 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 208 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 209 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 210 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 211 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 212 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 213 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 214 | __ GRANT / __ DENY / __ OTHER: |

5

[Proposed] Order Re: Pls. Admin. Mot. (4:23-cv-05448)

| | |
|---|---|
| ¶ 215 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 216 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 217 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 218 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 219, lines 22-24 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 221 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 228, lines 9-10 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 229 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 230 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 231 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 232 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 233 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 234 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 235 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 236 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 237 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 238 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 239 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 240 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 241 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 242 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 243 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 244 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 245 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 246 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 247 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 248 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 249 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 250 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 252, lines 10-11 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 254 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 255, lines 24-25 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 256 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 257 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 258 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 259 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 260 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 261, lines 19, 21-22 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 262 | __ GRANT / __ DENY / __ OTHER: |

6

[Proposed] Order Re: Pls. Admin. Mot. (4:23-cv-05448)

| | |
|---|---|
| ¶ 263 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 264 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 265, lines 3-5 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 266 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 267 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 268 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 269 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 270 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 271 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 272 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 273, lines 14-18 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 274 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 275 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 276 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 277 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 278 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 279 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 280 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 281 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 282 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 283 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 285 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 286 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 287 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 289 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 290 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 291 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 292 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 293 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 294 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 295 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 296 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 297 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 298 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 300, lines 17-18 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 304 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 305 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 306 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 307 | __ GRANT / __ DENY / __ OTHER: |

7

[Proposed] Order Re: Pls. Admin. Mot. (4:23-cv-05448)

| ¶ 308 | __ GRANT / __ DENY / __ OTHER: |
|---|---|
| ¶ 312 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 316, lines 21-22 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 317, lines 24-25 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 318 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 319 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 320 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 321 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 322 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 323 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 324 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 328 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 338 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 339 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 340 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 341 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 342 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 343 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 344 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 346 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 347 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 348 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 349 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 350 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 351 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 352 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 353 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 354 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 355 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 356 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 357 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 358 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 359 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 360 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 361 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 362, line 1 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 363, lines 2-4 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 364 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 365 | __ GRANT / __ DENY / __ OTHER: |

8

[Proposed] Order Re: Pls. Admin. Mot. (4:23-cv-05448)

| | |
|---|---|
| ¶ 366 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 367 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 368, lines 23-25 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 369 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 371, lines 12-13 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 372 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 379, lines 23-25 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 380 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 385, lines 17-19 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 386 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 391 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 392 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 395 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 399 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 400 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 402 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 403 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 404 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 405 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 406 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 407 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 408 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 409 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 416 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 417 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 418, lines 6-10 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 419, lines 14-16 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 419, lines 19-21 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 420 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 421 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 422 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 423 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 424 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 425, lines 20-21 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 426 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 428 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 436 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 437 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 438, lines 13-15 | __ GRANT / __ DENY / __ OTHER: |

9

[Proposed] Order Re: Pls. Admin. Mot. (4:23-cv-05448)

| | |
|---|---|
| ¶ 439, lines 18-19 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 440 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 443 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 448, lines 18-19 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 449 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 450 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 451 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 452 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 453 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 454 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 455 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 456 | __ GRANT / __ DENY / __ OTHER: |
| Pg. 73, lines 22-23 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 458, lines 26-28 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 460, lines 5-7 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 463 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 467 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 468 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 469 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 470 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 471 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 475 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 476 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 477 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 478 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 479 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 482 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 483, lines 18-19 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 484 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 485 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 486 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 487 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 488 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 489 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 491 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 492 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 493 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 494 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 495 | __ GRANT / __ DENY / __ OTHER: |

10

[Proposed] Order Re: Pls. Admin. Mot. (4:23-cv-05448)

| | |
|---|---|
| ¶ 496 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 497 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 498, lines 12-14 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 499, lines 18-22 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 500 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 502 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 503 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 504 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 505 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 506 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 526, lines 19-21 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 528 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 530 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 533, lines 1-2 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 535, line 5 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 535, line 6 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 539 | __ GRANT / __ DENY / __ OTHER: |
| Pg. 91, lines 1-13 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 540 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 541 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 542 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 543 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 544 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 545 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 546 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 547 | __ GRANT / __ DENY / __ OTHER: |
| Pg. 92, lines 17-25 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 548 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 549 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 550 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 551 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 552, lines 13-16 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 553 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 554 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 555 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 556 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 557 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 558 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 559 | __ GRANT / __ DENY / __ OTHER: |

11

[Proposed] Order Re: Pls. Admin. Mot. (4:23-cv-05448)

| | |
|---|---|
| ¶ 560 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 561 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 563 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 564, lines 28, 1-2 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 568 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 569 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 570 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 571 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 572 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 573 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 574, lines 3-7 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 583 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 584, lines 12-13 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 585 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 586 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 587 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 592, lines 18-20 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 597, lines 13-15, 16-17 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 599 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 601 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 602 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 603 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 606 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 609 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 610 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 612 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 613 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 614 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 615 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 616 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 617 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 618 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 619 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 620 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 621 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 622 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 623 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 624 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 625 | __ GRANT / __ DENY / __ OTHER: |

12

[Proposed] Order Re: Pls. Admin. Mot. (4:23-cv-05448)

| | | |
|---|---|---|
| 1 | ¶ 626 | __ GRANT / __ DENY / __ OTHER: |
| 2 | ¶ 627 | __ GRANT / __ DENY / __ OTHER: |
| | ¶ 628 | __ GRANT / __ DENY / __ OTHER: |
| 3 | ¶ 629, line 9 | __ GRANT / __ DENY / __ OTHER: |
| 4 | ¶ 630, lines 18-19 | __ GRANT / __ DENY / __ OTHER: |
| | ¶ 638, lines 1-2 | __ GRANT / __ DENY / __ OTHER: |
| 5 | ¶ 645 | __ GRANT / __ DENY / __ OTHER: |
| 6 | ¶ 646 | __ GRANT / __ DENY / __ OTHER: |
| 7 | ¶ 647 | __ GRANT / __ DENY / __ OTHER: |
| | Pg. 108, lines 18-19 | __ GRANT / __ DENY / __ OTHER: |
| 8 | ¶ 648, lines 22-23 | __ GRANT / __ DENY / __ OTHER: |
| 9 | ¶ 649 | __ GRANT / __ DENY / __ OTHER: |
| | Pg. 109, lines 1-11 | __ GRANT / __ DENY / __ OTHER: |
| 10 | ¶ 650 | __ GRANT / __ DENY / __ OTHER: |
| 11 | ¶ 651 | __ GRANT / __ DENY / __ OTHER: |
| 12 | Pg. 110, lines 1-12 | __ GRANT / __ DENY / __ OTHER: |
| | ¶ 652 | __ GRANT / __ DENY / __ OTHER: |
| 13 | ¶ 653 | __ GRANT / __ DENY / __ OTHER: |
| 14 | ¶ 654 | __ GRANT / __ DENY / __ OTHER: |
| | ¶ 655 | __ GRANT / __ DENY / __ OTHER: |
| 15 | ¶ 656, lines 26-27 | __ GRANT / __ DENY / __ OTHER: |
| 16 | Pg. 111, lines 1-2 | __ GRANT / __ DENY / __ OTHER: |
| 17 | ¶ 657 | __ GRANT / __ DENY / __ OTHER: |
| | ¶ 658 | __ GRANT / __ DENY / __ OTHER: |
| 18 | ¶ 659 | __ GRANT / __ DENY / __ OTHER: |
| 19 | ¶ 660, lines 12-13 | __ GRANT / __ DENY / __ OTHER: |
| | ¶ 661 | __ GRANT / __ DENY / __ OTHER: |
| 20 | ¶ 662 | __ GRANT / __ DENY / __ OTHER: |
| 21 | ¶ 663 | __ GRANT / __ DENY / __ OTHER: |
| 22 | Page 112, lines 3-4 | __ GRANT / __ DENY / __ OTHER: |
| | ¶ 665 | __ GRANT / __ DENY / __ OTHER: |
| 23 | ¶ 666 | __ GRANT / __ DENY / __ OTHER: |
| 24 | ¶ 667, lines 15, 17 | __ GRANT / __ DENY / __ OTHER: |
| | ¶ 668 | __ GRANT / __ DENY / __ OTHER: |
| 25 | ¶ 670 | __ GRANT / __ DENY / __ OTHER: |
| 26 | ¶ 671 | __ GRANT / __ DENY / __ OTHER: |
| | ¶ 672 | __ GRANT / __ DENY / __ OTHER: |
| 27 | ¶ 673 | __ GRANT / __ DENY / __ OTHER: |
| 28 | ¶ 674 | __ GRANT / __ DENY / __ OTHER: |

13

[Proposed] Order Re: Pls. Admin. Mot. (4:23-cv-05448)

| | |
|---|---|
| ¶ 675 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 676 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 677 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 679 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 680 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 681 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 682, lines 23-26 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 683 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 684 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 685, lines 14-16 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 686 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 687 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 688 | __ GRANT / __ DENY / __ OTHER: |
| Pg. 116, lines 4-5 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 689 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 690 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 691 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 692 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 693 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 694 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 695 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 696, lines 7-8 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 697, lines 10-17 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 698 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 700 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 701 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 708 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 710 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 711, line 12 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 712, lines 17-18 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 713 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 714 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 715 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 716 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 717 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 718 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 719 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 720 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 721 | __ GRANT / __ DENY / __ OTHER: |

14

[Proposed] Order Re: Pls. Admin. Mot. (4:23-cv-05448)

| | |
|---|---|
| ¶ 722 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 723, lines 4-5, 7-10 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 724 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 726 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 727 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 728 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 729, lines 5-8 | __ GRANT / __ DENY / __ OTHER: |
| Pg. 122, lines 16-17 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 732 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 733 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 734 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 735 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 736 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 737, lines 10-13 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 738 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 739 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 740 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 741 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 742 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 743, lines 10-11 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 749, lines 17-18 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 751 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 752 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 753 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 754 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 770, lines 8-13 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 772 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 773 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 774 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 775 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 776 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 777 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 778, lines 23-25 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 779 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 780 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 781 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 782 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 783 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 784 | __ GRANT / __ DENY / __ OTHER: |

| | |
|---|---|
| ¶ 785 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 786 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 789 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 790 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 791 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 804 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 805 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 809 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 813 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 814 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 815 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 816 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 817 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 818 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 820 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 821 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 822, lines 21-22 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 823 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 824 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 825 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 826 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 827 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 836, line 6 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 846.c, lines 17-18 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 881, line 11 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 947.c, lines 9-10 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 959.c, lines 1-2 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 1001, lines 25-26 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 1002, lines 3-4 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 1005, lines 22-24 | __ GRANT / __ DENY / __ OTHER: |
| ¶ 1012.c, lines 12-13 | __ GRANT / __ DENY / __ OTHER: |

**IT IS SO ORDERED.**

DATED this ___ day of _____, 2023.

_____

16

[Proposed] Order Re: Pls. Admin. Mot. (4:23-cv-05448)