Rob Bonta
Attorney General of California
Nicklas A. Akers (SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 224395)
Supervising Deputy Attorney General
Megan O'Neill (SBN 343535)
Joshua Olszewski-Jubelirer (SBN 336428)
Marissa Roy (SBN 318773)
Deputy Attorneys General
  1515 Clay Street, Suite 2000
  Oakland, CA 94612-0550
  Telephone: (510) 879-1300
  Fax: (510) 622-2270
  E-mail: Joshua.OlszewskiJubelirer@doj.ca.gov
*Attorneys for Plaintiff the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STATE OF ARIZONA**, *ex rel.* KRIS MAYES, ATTORNEY GENERAL;<br><br>**THE PEOPLE OF THE STATE OF CALIFORNIA**;<br><br>**STATE OF COLORADO**, *ex rel.* PHILIP J. WEISER, ATTORNEY GENERAL;<br><br>**STATE OF CONNECTICUT**;<br><br>**STATE OF DELAWARE**, *ex rel.* KATHLEEN JENNINGS, ATTORNEY GENERAL OF THE STATE OF DELAWARE;<br><br>**STATE OF GEORGIA** *ex rel.* CHRISTOPHER M. CARR, ATTORNEY GENERAL OF THE STATE OF GEORGIA;<br><br>**STATE OF HAWAIʻI**, *ex rel.* ANNE E. LOPEZ, ATTORNEY GENERAL;<br><br>**STATE OF IDAHO**, through ATTORNEY GENERAL RAÚL R. LABRADOR;<br><br>**THE PEOPLE OF THE STATE OF ILLINOIS**; | Case No. 4:23-cv-05448-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**CERTIFICATE OF SERVICE OF PLAINTIFFS' ADMINISTRATIVE MOTION TO DETERMINE WHETHER DEFENDANT META PLATFORMS, INC.'S MATERIALS SHOULD BE SEALED AND ATTACHED DOCUMENTS** |

1

| | |
|---|---|
| 1 | **STATE OF INDIANA**; |
| 2 | **STATE OF KANSAS**, *ex rel.* KRIS W. KOBACH, Attorney General; |
| 3 | |
| 4 | **THE COMMONWEALTH OF KENTUCKY**; |
| 5 | **STATE OF LOUISIANA**; |
| 6 | **STATE OF MAINE**; |
| 7 | **OFFICE OF THE ATTORNEY GENERAL OF MARYLAND**; |
| 8 | |
| 9 | **STATE OF MICHIGAN** *ex rel.* DANA NESSEL, ATTORNEY GENERAL; |
| 10 | **STATE OF MINNESOTA**, by its ATTORNEY GENERAL, KEITH ELLISON; |
| 11 | |
| 12 | **STATE OF MISSOURI**, *ex rel.* ANDREW BAILEY, ATTORNEY GENERAL; |
| 13 | **STATE OF NEBRASKA** *ex rel.* MICHAEL T. HILGERS, ATTORNEY GENERAL; |
| 14 | |
| 15 | **MATTHEW J. PLATKIN**, ATTORNEY GENERAL FOR THE **STATE OF NEW JERSEY**, AND **CARI FAIS**, ACTING DIRECTOR OF THE **NEW JERSEY DIVISION OF CONSUMER AFFAIRS**; |
| 16 | |
| 17 | |
| 18 | **THE PEOPLE OF THE STATE OF NEW YORK**, by LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK; |
| 19 | |
| 20 | **STATE OF NORTH CAROLINA**, *ex rel.* JOSHUA H. STEIN, ATTORNEY GENERAL; |
| 21 | |
| 22 | **STATE OF NORTH DAKOTA**, *ex rel.* DREW WRIGLEY, ATTORNEY GENERAL; |
| 23 | |
| 24 | **STATE OF OHIO**, *ex rel.* ATTORNEY GENERAL DAVE YOST; |
| 25 | **STATE OF OREGON** *ex rel.* ELLEN F. ROSENBLUM, ATTORNEY GENERAL FOR THE STATE OF OREGON; |
| 26 | |
| 27 | |
| 28 | |

2

Certificate of Service of Pls.' Admin. Mot.
(4:23-cv-05448)

|   |   |
|---|---|
| 1 | **COMMONWEALTH OF PENNSYLVANIA** BY ATTORNEY GENERAL MICHELLE A. HENRY; |
| 2 | |
| 3 | |
| 4 | **STATE OF RHODE ISLAND**; |
| 5 | **STATE OF SOUTH CAROLINA**, *ex. rel.* ALAN M. WILSON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF SOUTH CAROLINA; |
| 6 | |
| 7 | **STATE OF SOUTH DAKOTA** *ex rel.* MARTY J. JACKLEY, SOUTH DAKOTA ATTORNEY GENERAL; |
| 8 | |
| 9 | **COMMONWEALTH OF VIRGINIA**, *ex rel.* JASON S. MIYARES, ATTORNEY GENERAL; |
| 10 | |
| 11 | **STATE OF WASHINGTON**, *ex rel.* ROBERT W. FERGUSON, ATTORNEY GENERAL; |
| 12 | |
| 13 | **STATE OF WEST VIRGINIA**, *ex rel.* PATRICK MORRISEY, ATTORNEY GENERAL; and |
| 14 | |
| 15 | **STATE OF WISCONSIN**, |
| 16 | Plaintiffs, |
| 17 | v. |
| 18 | **META PLATFORMS, INC.**; |
| 19 | **INSTAGRAM, LLC**; |
| 20 | **META PAYMENTS, INC.**; and |
| 21 | **META PLATFORMS TECHNOLOGIES, LLC**, |
| 22 | |
| 23 | Defendants. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

3

Certificate of Service of Pls.' Admin. Mot.
(4:23-cv-05448)

I hereby certify that on October 24, 2023, I served the following documents on Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC via electronic mail to Christian Pistilli of Covington & Burling LLP at cpistilli@cov.com:

- Plaintiffs' Administrative Motion to Determine Whether Defendant Meta Platforms, Inc.'s Materials Should Be Sealed;
- Exhibit A to Plaintiffs' Administrative Motion to Determine Whether Defendant Meta Platforms, Inc.'s Materials Should Be Sealed;
- Exhibit B to Plaintiffs' Administrative Motion to Determine Whether Defendant Meta Platforms, Inc.'s Materials Should Be Sealed – (Unredacted) Complaint for Injunctive and Other Relief;
- Declaration of Bernard A. Eskandari in Support of Plaintiffs' Administrative Motion to Determine Whether Defendant Meta Platforms, Inc.'s Materials Should Be Sealed; and,
- [Proposed] Order Re: Plaintiffs' Administrative Motion to Determine Whether Defendant Meta Platforms Inc.'s Materials Should Be Sealed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 25, 2023, in California.

JOSHUA OLSZEWSKI-JUBELIRER

4

Certificate of Service of Pls.' Admin. Mot.
(4:23-cv-05448)