AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Arizona, et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:23-cv-05448-YGR |
| Meta Platforms, Inc. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of North Dakota, ex rel. Drew H. Wrigley, Attorney General.

Date:   10/30/2023

/s/ Elin S. Alm
*Attorney's signature*

Elin S. Alm, ND Bar No. 05924
*Printed name and bar number*

Consumer Protection & Antitrust Division
Office of the North Dakota Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
*Address*

ealm@nd.gov
*E-mail address*

(701) 328-5570
*Telephone number*

(701) 328-5568
*FAX number*