AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| People of the State of California et. al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-cv-05448 |
| Meta Platforms, Inc. et. al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The People of the State of Illinois.

Date: 10/31/2023

/s/ Hanan Malik
*Attorney's signature*

Hanan Malik (IL ARDC # 6316543)
*Printed name and bar number*

Office of the Illinois Attorney General
100 W. Randolph Street, 12th floor
Chicago, IL 60601
*Address*

hanan.malik@ilag.gov
*E-mail address*

(872) 272-0764
*Telephone number*

*FAX number*