AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| State of Arizona, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:23-cv-05448-YGR |
| Meta Platforms, Inc. et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Hawai‘i                                          .

Date: 10/31/2023

/s/ Bryan C. Yee
*Attorney's signature*

Bryan C. Yee HI # 4050
*Printed name and bar number*

Department of the Attorney General
425 Queen Street
Honolulu, HI  96813
*Address*

bryan.c.yee@hawaii.gov
*E-mail address*

(808) 586-1180
*Telephone number*

(808) 586-1205
*FAX number*