UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STATE OF ARIZONA, *et al.*

    *Plaintiff*,

v.

META PLATFORMS, INC. *et al.*

    *Defendants*.

CASE NO. 4:23-cv-05448-YGR

## APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear as counsel for Plaintiff State of Indiana.

        Respectfully submitted,

        THEODORE E. ROKITA
        Indiana Attorney General
        Attorney No. 18857-49

Date: October 31, 2023    By:    *s/Corinne Gilchrist*
                                Corinne Gilchrist, 27115-53
                                Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 233-6143
Fax:     (317) 232-7979
Email:  Corinne.Gilchrist@atg.in.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

*s/ Corinne Gilchrist*
Corinne Gilchrist
Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 233-6143
Fax:     (317) 232-7979
Email:  Corinne.Gilchrist@atg.in.gov