UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

STATE OF ARIZONA, *et al.*

        *Plaintiff*,

   v.

META PLATFORMS, INC. *et al.*

        *Defendants*.

CASE NO. 4:23-cv-05448-YGR

## **APPEARANCE OF COUNSEL**

To the Clerk of this Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear as counsel for Plaintiff State of Indiana.

                Respectfully submitted,

                THEODORE E. ROKITA
                Indiana Attorney General
                Attorney No. 18857-49

Date: October 31, 2023      By:   *s/Mark M. Snodgrass*
                                       Mark M. Snodgrass, 27115-53
                                       Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 234-6784
Fax:     (317) 232-7979
Email:  Mark.Snodgrass@atg.in.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

*s/ Mark M. Snodgrass*
Mark M. Snodgrass
Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 234-6784
Fax:     (317) 232-7979
Email:  Mark.Snodgrass@atg.in.gov