**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STATE OF ARIZONA, ET AL,**<br><br>     Plaintiff(s),<br><br>     v.<br><br>**META PLATFORMS, INC. ET AL,**<br><br>     Defendant(s). | **Case No.:** 4:23-cv-5448-YGR<br><br>**MISCELLANEOUS ORDER RE SEALING** |

The Court is in receipt of the pro se Motion to Intervene as Plaintiff-Intervenor which was mailed to the Court. Movant included an "Exhibit 1" which comprised three pages of pornographic material. The clerk of the court is instructed to docket the motion, but not to file Exhibit 1 on the docket which shall be maintained under seal.

**IT IS SO ORDERED**.

Date: November 1, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**