




FROM: Conghua Yan
2140 E Southlake Blvd. L-439
Southlake, TX 76092

TO: United States District Court
450 Golden Gate Ave.
BOX 36060
San Francisco, CA 94102-3489

RECEIVED
OCT 3 0 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# PRIORITY ★ MAIL ★



**INSURED***

## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*



PS00001000014

EP14F July 2013
OD: 12.5 x 9.5


UNITED STATES POSTAL SERVICE®

* Domestic only.   * For International shipments, the maximum weight is 4 lbs.