AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California ▾

| | | |
|---|---|---|
| State of Rhode Island | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:23-cv-05448-YGR |
| Meta Platforms, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Rhode Island                                                                                     .

Date:     11/01/2023

/s/ Stephen Provazza
*Attorney's signature*

Stephen Provazza (Bar #10435)
*Printed name and bar number*

150 South Main Street
Providence, RI 02903

*Address*

sprovazza@riag.ri.gov
*E-mail address*

(401) 274-4400
*Telephone number*

(401) 222-3016
*FAX number*