AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| People of the State of California, et al.<br>*Plaintiff*<br>v.<br>Meta Platforms, Inc., et al.<br>*Defendant* | )<br>)<br>)  Case No. 4:23-cv-05448-YGR<br>)<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Matthew J. Platkin, Attorney General for the State of New Jersey, and Cari Fais, Acting Director of the New Jersey Division of Consumer Affairs

Date: 11/2/2023

s/ Thomas Huynh
*Attorney's signature*

Thomas Huynh (NJ Bar No. 200942017)
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

Thomas.Huynh@law.njoag.gov
*E-mail address*

609-712-2806
*Telephone number*

973-648-3879
*FAX number*
