AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| STATE OF NEBRASKA ex rel. MICHAEL T. HILGERS, ATTORNEY GENERAL _____ *Plaintiff* v. META PLATFORMS, INC.; INSTAGRAM, LLC, META PAYMENTS, INC.; and META PLATFORMS TECHNOLOGIES, LLC _____ *Defendant* | ) ) ) ) ) )  Case No. |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*


_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*