| | |
|---|---|
| 1 | Ashley M. Simonsen, SBN 275203 |
| 2 | COVINGTON & BURLING LLP |
|   | 1999 Avenue of the Stars |
| 3 | Los Angeles, CA 90067 |
|   | Telephone: (424) 332-4800 |
| 4 | Facsimile: (424) 332-4749 |
|   | Email: asimonsen@cov.com |
| 5 | |

*Attorneys for Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *et al.*, | Case No. 4:23-cv-05448-YGR |
| Plaintiffs, | Honorable Yvonne Gonzalez Rogers |
| v. | **NOTICE OF APPEARANCE OF ASHLEY M. SIMONSEN** |
| META PLATFORMS, INC., *et al.*, | |
| Defendants. | |

# NOTICE OF APPEARANCE OF
# ASHLEY M. SIMONSEN AS COUNSEL FOR META PLATFORMS, INC., ET AL.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Ashley M. Simonsen of the law firm Covington & Burling LLP, located at 1999 Avenue of the Stars, Suite 3500, Los Angeles, CA 90067-4643, telephone number (424) 332-4800, facsimile number (424) 332-4749, email address asimonsen@cov.com, hereby enters an appearance in this matter on behalf of Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC.  Ms. Simonsen hereby requests to be added to the docket and the electronic service list in this matter.

DATED:  November 2, 2023

COVINGTON & BURLING LLP

By: /s/ Ashley M. Simonsen
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*