AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| People of the State of California, et al. <br> *Plaintiff* <br> v. <br> Meta Platforms, Inc., et al. <br> *Defendant* | ) ) ) ) ) ) )   Case No. 4:23-cv-05448-YGR |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Matthew J. Platkin, Attorney General for the State of New Jersey, and Cari Fais, Acting Director of the New Jersey Division of Consumer Affairs

Date: 11/2/2023

s/ Kashif T. Chand
*Attorney's signature*

Kashif T. Chand (NJ Bar No. 016752008)
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

Kashif.Chand@law.njoag.gov
*E-mail address*

(973) 648-2052
*Telephone number*

973-648-3879
*FAX number*