AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of Arizona, et al., | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 4:23-cv-05448-YGR |
| Meta Platforms, Inc., et al., | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Minnesota, by its Attorney General, Keith Ellison.

Date:   11/03/2023

/s/ James Van Buskirk
*Attorney's signature*

James Van Buskirk (MN No. 0392513)
*Printed name and bar number*

Minnesota Attorney General's Office
445 Minnesota Street, Suite 1200
St. Paul, MN 55101
*Address*

james.vanbuskirk@ag.state.mn.us
*E-mail address*

(651) 757-1150
*Telephone number*

(651) 296-7438
*FAX number*