Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*

*Additional parties and counsel listed on signature pages*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.*, No. 4:23-cv-05448-YGR | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**STIPULATED REQUEST TO ENLARGE TIME TO FILE PAPERS RELATED TO PLAINTIFFS' ADMIN. MOTION TO DETERMINE WHETHER DEFENDANT META PLATFORMS, INC.'S MATERIALS SHOULD BE SEALED** |

Pursuant to Civil Local Rules 6-1(b) and 6-2, the Parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court enlarge the time for the Parties to file an omnibus sealing stipulation and any omnibus motions on sealing disputes related to Plaintiffs' Administrative Motion to Determine Whether Defendant Meta Platforms, Inc.'s Materials Should Be Sealed ("Sealing Motion") (Dkt. 6)[1] to November 22, 2023, and the time for filing any oppositions to omnibus motions on sealing disputes to December 13, 2023. The Parties declare in support of this request:

---

[1] References to the docket in Case No. 4:23-cv-05448-YGR are denoted "Dkt." References to the MDL docket, Case No. 4:22-md-03047-YGR, are denoted "MDL Dkt."

1. On October 24, 2023, Plaintiffs filed their Complaint (Dkt. 1) and Sealing Motion. On October 25, 2023, the case was added to this MDL;

2. The 217-page Complaint contains hundreds of paragraphs that are fully or partially provisionally filed under seal and redacted publicly because they contain information designated confidential by Meta Platforms, Inc. pursuant to a Confidentiality Agreement between the Parties that was entered during Plaintiffs' pre-suit investigation involving Defendants. Under that Confidentiality Agreement, Plaintiffs were obligated to file this information provisionally under seal and Defendants would have 30 days to move for a protective order to maintain the information's confidentiality;

3. Under the Court's Order Setting Sealing Procedures, the Parties have 14 days from the filing of the Complaint to file an omnibus sealing stipulation and any omnibus motions on remaining sealing disputes relating to the Complaint, the Parties have five business days to file any oppositions, and the Parties have five business days to file any replies, *see* MDL Dkt. 341 § II.A.;

4. Defendants require additional time to analyze whether and to what extent moving to seal the confidential information in the Complaint is warranted and/or confer with Plaintiffs to narrow or eliminate disputes over this issue;

5. The Parties do not seek to enlarge the five-business-day deadline to respond to any oppositions provided by the Court's Order Setting Sealing Procedures;

6. The Parties have not previously sought extensions of these deadlines; and

7. Extending these deadlines will not affect any other deadline fixed by the Court.

THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the Parties stipulate and respectfully request that the Court extend the Parties' deadline to file an omnibus sealing stipulation and any omnibus motions on sealing disputes related to the Complaint to November 22, 2023 and extend the Parties' deadline to file any oppositions to omnibus motions on sealing disputes to December 13, 2023.

**IT IS SO STIPULATED AND AGREED.**

| | | |
|---|---|---|
| 1 | DATED: November 3, 2023 | Respectfully submitted, |

**COVINGTON & BURLING LLP**

*/s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email:  pajones@cov.com
Email:  pschmidt@cov.com

Emily Johnson Henn, SBN 269482
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800
Email:  ehenn@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*

**KRIS MAYES**
Attorney General
State of Arizona

*/s/ Vince Rabago*
Vince Rabago (AZ No. 015522 CA No. 167033), *pro hac vice*
Chief Counsel - Consumer Protection and Advocacy Section
Nathan Whelihan (AZ No. 037560),
*pro hac vice app. forthcoming, if required*
Assistant Attorney General
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-3725
Fax:    (602) 542-4377
Vince.Rabago@azag.gov
Nathan.Whelihan@azag.gov

*Attorneys for Plaintiff State of Arizona*

**ROB BONTA**
Attorney General
State of California

*/s/ Joshua Olszewski-Jubelirer*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (CA SBN 244395)
Supervising Deputy Attorney General
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer
(CA SBN 336428)
Marissa Roy (CA SBN 318773)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
1515 Clay Street, Suite 2000
Oakland, CA 94612-0550
Phone: (510) 879-1300
Fax: (510) 622-2270
Joshua.OlszewskiJubelirer@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**PHILIP J. WEISER**
Attorney General
State of Colorado

 /s/ Bianca E. Miyata
Bianca E. Miyata, CO Reg. No. 42012,
*pro hac vice*
Senior Assistant Attorney General
Lauren M. Dickey, CO Reg. No. 45773
First Assistant Attorney General
Megan Paris Rundlet, CO Reg. No. 27474
Senior Assistant Solicitor General
Elizabeth Orem, CO Reg. No. 58309
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*


**WILLIAM TONG**
Attorney General
State of Connecticut

/s/ Lauren H. Bidra
Lauren H. Bidra
(CT Juris No. 440552), *pro hac vice*
Special Counsel for Media and Technology
Matthew Fitzsimmons
(CT Juris No. 426834), *pro hac vice*
Chief Counsel
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, Connecticut 06106
Phone: 860-808-5306
Fax: 860-808-5593
Lauren.Bidra@ct.gov
Matthew.Fitzsimmons@ct.gov

*Attorneys for Plaintiff State of Connecticut*


**KATHLEEN JENNINGS**
Attorney General
State of Delaware

/s/ Dashiell Raj Radosti
Owen Lefkon
Director of Fraud and Consumer Protection
Marion Quirk, *pro hac vice*
Director of Consumer Protection
Dashiell Radosti (DE Bar 7100*)*, *pro hac vice*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8800
Dashiell.Radosti@delaware.gov

*Attorneys for Plaintiff State of Delaware*


**CHRISTOPHER M. CARR**
Attorney General
State of Georgia

/s/ Melissa M. Devine
Melissa M. Devine (GA Bar No. 403670),
*pro hac vice*
Assistant Attorney General
Office of the Attorney General of the State of Georgia
2 Martin Luther King Jr. Drive, SE, Ste. 356
Atlanta, GA 30334
Phone: (404) 458-3765
Fax: (404) 651-9108
mdevine@law.ga.gov

*Attorneys for Plaintiff State of Georgia*

**ANNE E. LOPEZ**
Attorney General
State of Hawai'i

*/s/ Christopher T. Han*
BRYAN C. YEE (HI JD No. 4050),
*pro hac vice*
Supervising Deputy Attorney General
CHRISTOPHER T. HAN (HI JD No. 11311),
*pro hac vice*
Deputy Attorney General
Department of the Attorney General
Commerce and Economic Development
Division
425 Queen Street
Honolulu, Hawai'i 96813
Phone: (808) 586-1180
Bryan.c.yee@hawaii.gov
Christopher.t.han@hawaii.gov

*Attorneys for Plaintiff State of Hawai'i*

**RAÚL R. LABRADOR**
Attorney General
State of Idaho

By:    */s/ Nathan Nielson*
Stephanie N. Guyon (ID Bar No. 5989)
Nathan H. Nielson (ID Bar No. 9234),
*pro hac vice*
Deputy Attorneys General
Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
(208) 334-2424
stephanie.guyon@ag.idaho.gov
nathan.nielson@ag.idaho.gov

*Attorneys for Plaintiff State of Idaho*

**KWAME RAOUL**
Attorney General
State of Illinois

By:    */s/ Hanan Malik*
**Susan Ellis**, Chief, Consumer Protection
Division (IL Bar No. 6256460)
**Greg Grzeskiewicz**, Chief, Consumer Fraud
Bureau (IL Bar No. 6272322)
**Jacob Gilbert**, Deputy Chief, Consumer Fraud
Bureau (IL Bar No. 6306019)
**Daniel Edelstein**, Supervising Attorney,
Consumer Fraud Bureau (IL Bar No. 6328692),
*pro hac vice*
**Adam Sokol**, Senior Assistant Attorney
General, Consumer Fraud Bureau (IL Bar No. 6216883)
**Hanan Malik**, Assistant Attorney General,
Consumer Fraud Bureau (IL Bar No. 6316543),
*pro hac vice*
**Emily María Migliore**, Assistant Attorney
General, Consumer Fraud Bureau (IL Bar No. 6336392)
**Kevin Whelan**, Assistant Attorney General,
Consumer Fraud Bureau (IL Bar No. 6321715),
*pro hac vice*
**Office of the Illinois Attorney General**
100 W. Randolph Street
Chicago, Illinois 60601
312-814-2218
Susan.Ellis@ilag.gov
Greg.Grzeskiewicz@ilag.gov
Jacob.Gilbert@ilag.gov
Daniel.Edelstein@ilag.gov
Adam.Sokol@ilag.gov
Hanan.Malik@ilag.gov
Emily.Migliore@ilag.gov
Kevin.Whelan@ilag.gov

*Attorneys for Plaintiff the People of the State of Illinois*

| | |
|---|---|
| **THEODORE E. ROKITA**<br>Attorney General<br>State of Indiana<br><br>/s/ *Scott L. Barnhart*<br>Scott L. Barnhart (IN Atty No. 25474-82),<br>*pro hac vice*<br>Chief Counsel and Director of Consumer Protection<br>Corinne Gilchrist (IN Atty No. 27115-53),<br>*pro hac vice*<br>Section Chief, Consumer Litigation<br>Mark M. Snodgrass (IN Atty No. 29495-49),<br>*pro hac vice*<br>Deputy Attorney General<br>Office of the Indiana Attorney General<br>Indiana Government Center South<br>302 West Washington St., 5th Floor<br>Indianapolis, IN 46203<br>Telephone: (317) 232-6309<br>Scott.Barnhart@atg.in.gov<br>Corinne.Gilchrist@atg.in.gov<br>Mark.Snodgrass@atg.in.gov<br><br>*Attorneys for Plaintiff State of Indiana* | **DANIEL J. CAMERON**<br>Attorney General<br>Commonwealth of Kentucky<br><br>/s/ *J. Christian Lewis*<br>J. Christian Lewis (KY Bar No. 87109),<br>*Pro hac vice*<br>Philip Heleringer (KY Bar No. 96748),<br>*Pro hac vice*<br>Gregory B. Ladd (KY Bar No. 95886),<br>*Pro hac vice*<br>Zachary Richards (KY Bar No. 99209),<br>*Pro hac vice app. forthcoming*<br>Daniel I. Keiser (KY Bar No. 100264),<br>*Pro hac vice app. forthcoming*<br>Assistant Attorneys General<br>1024 Capital Center Drive<br>Suite 200<br>Frankfort, KY 40601<br>Christian.Lewis@ky.gov<br>Philip.Heleringer@ky.gov<br>Greg.Ladd@ky.gov<br>Zach.Richards@ky.gov<br>Daniel.Keiser@ky.gov<br>Phone: (502) 696-5300<br>Fax: (502) 564-2698<br><br>*Attorneys for Plaintiff the Commonwealth of Kentucky* |
| **KRIS W. KOBACH**<br>Attorney General<br>State of Kansas<br><br>/s/   *Sarah M. Dietz*<br>Sarah Dietz, Assistant Attorney General<br>(KS Bar No. 27457), *pro hac vice*<br>Office of the Kansas Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, Kansas 66612<br>Telephone: (785) 296-3751<br>sarah.dietz@ag.ks.gov<br><br>*Attorney for Plaintiff State of Kansas* | |

4

STIPULATED REQUEST TO ENLARGE TIME TO FILE PAPERS RELATED TO PLAINTIFFS' ADMIN. MOTION TO DETERMINE WHETHER DEFENDANT META PLATFORMS, INC.'S MATERIALS SHOULD BE SEALED
4:22-md-03047-YGR

| | |
|---|---|
| **JEFF LANDRY** <br> Attorney General <br> State of Louisiana <br><br> /s/ *Arham Mughal* <br> Arham Mughal (LA Bar No. 38354), *pro hac vice* <br> L. Christopher Styron (LA Bar No. 30747), *pro hac vice* <br> Assistant Attorneys General <br> Louisiana Department of Justice <br> Office of the Attorney General <br> Public Protection Division <br> Consumer Protection Section <br> 1885 N 3rd Street, 4th Floor <br> Baton Rouge, LA 70802 <br> Tel: (225) 326-6438 <br> MughalA@ag.louisiana.gov <br> StyronL@ag.louisiana.gov <br><br> *Attorneys for State of Louisiana* | **ANTHONY G. BROWN** <br> Attorney General <br> State of Maryland <br><br> /s/ *Elizabeth J. Stern* <br> Philip D. Ziperman (Maryland CPF No. 9012190379), *pro hac vice* <br> Deputy Chief, Consumer Protection Division <br> Elizabeth J. Stern (Maryland CPF No. 1112090003), *pro hac vice* <br> Assistant Attorney General <br> Office of the Attorney General of Maryland <br> 200 St. Paul Place <br> Baltimore, MD 21202 <br> Phone: (410) 576-6417 (Mr. Ziperman) <br> Phone: (410) 576-7226 (Ms. Stern) <br> Fax: (410) 576-6566 <br> pziperman@oag.state.md.us <br> estern@oag.state.md.us <br><br> *Attorneys for Plaintiff Office of the Attorney General of Maryland* |
| **AARON M. FREY** <br> Attorney General <br> State of Maine <br><br> /s/ *Michael Devine* <br> Michael Devine, Maine Bar No. 5048, *pro hac vice* <br> Laura Lee Barry Wommack, Maine Bar No. 10110, *pro hac vice* <br> Assistant Attorneys General <br> Office of the Maine Attorney General <br> 6 State House Station <br> Augusta, ME 04333 <br> (207) 626-8800 <br> michael.devine@maine.gov <br> lauralee.barrywommack@maine.gov <br><br> *Attorneys for Plaintiff State of Maine* | **DANA NESSEL** <br> Attorney General <br> State of Michigan <br><br> /s/ *Daniel J. Ping* <br> Daniel J. Ping (P81482), *pro hac vice* <br> Assistant Attorney General <br> Michigan Department of Attorney General <br> Corporate Oversight Division <br> P.O. Box 30736 <br> Lansing, MI 48909 <br> 517-335-7632 <br> PingD@michigan.gov <br><br> *Attorneys for Plaintiff State of Michigan* |

5

STIPULATED REQUEST TO ENLARGE TIME TO FILE PAPERS RELATED TO PLAINTIFFS' ADMIN. MOTION TO DETERMINE WHETHER DEFENDANT META PLATFORMS, INC.'S MATERIALS SHOULD BE SEALED
4:22-md-03047-YGR

| | |
|---|---|
| **KEITH ELLISON**<br>Attorney General<br>State of Minnesota<br><br>*/s/ James Van Buskirk*<br>JAMES VAN BUSKIRK (MN Bar No. 0392513), *pro hac vice*<br>Assistant Attorney General<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1200<br>St. Paul, MN 55101-2130<br>Tel: (651) 757-1150<br>james.vanbuskirk@ag.state.mn.us<br><br>*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison*<br><br>**ANDREW BAILEY**<br>Attorney General<br>State of Missouri<br><br>By: */s/ Michael Schwalbert*<br>Michael Schwalbert, *pro hac vice*<br>Assistant Attorney General<br>Consumer Protection Section<br>Missouri Attorney General's Office<br>815 Olive Street \| Suite 200<br>Saint Louis, Missouri 63101<br>michael.schwalbert@ago.mo.gov<br>Phone: 314-340-7888<br>Fax: 314-340-7981<br><br>*Attorney for Plaintiff State of Missouri, ex rel. Andrew Bailey, Attorney General* | **MICHAEL T. HILGERS**<br>Attorney General<br>State of Nebraska<br><br>*/s/ Michaela J. Hohwieler*<br>Michaela J. Hohwieler (NE #26826)<br>Assistant Attorney General<br>*pro hac vice*<br>Colin P. Snider (NE #27724)<br>Assistant Attorney General<br>*pro hac vice*<br>Nebraska Attorney General's Office<br>2115 State Capitol Building<br>Lincoln, NE 68509<br>Phone: (402) 471-3840<br>Email: michaela.hohwieler@nebraska.gov<br>Email: colin.snider@nebraska.gov<br><br>*Attorneys for Plaintiff State of Nebraska*<br><br>**MATTHEW J. PLATKIN**<br>Attorney General<br>State of New Jersey<br><br>By: *Kashif T. Chand*<br>Kashif T. Chand (NJ Bar No. 016752008), *pro hac vice*<br>Section Chief, Deputy Attorney General<br>Thomas Huynh (NJ Bar No. 200942017), *pro hac vice*<br>Assistant Section Chief, Deputy Attorney General<br>New Jersey Office of the Attorney General, Division of Law<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Tel: (973) 648-2052<br>Kashif.Chand@law.njoag.gov<br>Thomas.Huynh@law.njoag.gov<br><br>*Attorneys for Plaintiffs State of New Jersey and the New Jersey Division of Consumer Affairs* |

6

STIPULATED REQUEST TO ENLARGE TIME TO FILE PAPERS RELATED TO PLAINTIFFS' ADMIN. MOTION TO DETERMINE WHETHER DEFENDANT META PLATFORMS, INC.'S MATERIALS SHOULD BE SEALED
4:22-md-03047-YGR

| | |
|---|---|
| **LETITIA JAMES**<br>Attorney General<br>State of New York<br><br>*/s/ Christopher D'Angelo*<br>Christopher D'Angelo, Chief Deputy Attorney General, Economic Justice Division<br>(NY Bar No. 4348744), *pro hac vice*<br>Christopher.D'Angelo@ag.ny.gov<br>Clark Russell, Deputy Chief, Bureau of Internet and Technology<br>(NY Bar No. 2848323), *pro hac vice*<br>Clark.Russell@ag.ny.gov<br>Nathaniel Kosslyn, Assistant Attorney General<br>(NY Bar No. 5773676), *pro hac vice app. forthcoming, if required*<br>Nathaniel.Kosslyn@ag.ny.gov<br>New York State Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>(212) 416-8262<br><br>*Attorneys for Plaintiff the People of the State of New York* | **JOSHUA H. STEIN**<br>Attorney General<br>State of North Carolina<br><br>*/s/ Kevin Anderson*<br>Kevin Anderson (N.C. Bar No. 22635),<br>*pro hac vice*<br>Senior Counsel<br>Sarah G. Boyce<br>Deputy Attorney General & General Counsel<br>Jasmine S. McGhee<br>Senior Deputy Attorney General<br>Josh Abram<br>Kunal Choksi<br>Special Deputy Attorneys General<br>Charles G. White<br>Assistant Attorney General<br>N.C. Department of Justice<br>Post Office Box 629<br>Raleigh, North Carolina 27602<br>Telephone: (919) 716-6006<br>Facsimile: (919) 716-6050<br>kander@ncdoj.gov<br><br>*Attorneys for Plaintiff State of North Carolina* |

| | |
|---|---|
| **DREW H. WRIGLEY**<br>Attorney General<br>State of North Dakota<br><br>By: /s/ *Elin S. Alm*<br>Elin S. Alm, *pro hac vice*<br>(ND Bar No. 05924)<br>Assistant Attorney General<br>Parrell D. Grossman, *pro hac vice*<br>(ND Bar No. 04684)<br>Director, Consumer Protection and Antitrust Division<br>Christopher G. Lindblad, *pro hac vice*<br>(ND Bar No. 06480)<br>Assistant Attorney General<br>Consumer Protection and Antitrust Division<br>Office of Attorney General<br>1720 Burlington Drive, Suite C<br>Bismarck, ND 58504-7736<br>Telephone (701) 328-5570<br>ealm@nd.gov<br>pgrossman@nd.gov<br>clindblad@nd.gov<br><br>*Attorneys for Plaintiff State of North Dakota, ex rel. Drew H. Wrigley, Attorney General* | **DAVE YOST**<br>Attorney General<br>State of Ohio<br><br>/s/ *Kevin R. Walsh*<br>Melissa G. Wright (Ohio Bar No. 0077843)<br>Section Chief, Consumer Protection Section<br>Melissa.Wright@ohioago.gov<br>Melissa S. Smith (Ohio Bar No. 0083551)<br>Asst. Section Chief, Consumer Protection Section<br>Melissa.S.Smith@ohioago.gov<br>Michael S. Ziegler (Ohio Bar No. 0042206)<br>Principal Assistant Attorney General<br>Michael.Ziegler@ohioago.gov<br>Kevin R. Walsh (Ohio Bar No. 0073999), *pro hac vice*<br>Kevin.Walsh@ohioago.gov<br>Senior Assistant Attorney General<br>30 East Broad Street, 14th Floor<br>Columbus, Ohio 43215<br>Tel: 614-466-1031<br><br>*Attorneys for State of Ohio, ex rel. Attorney General Dave Yost,*<br><br>**ELLEN F. ROSENBLUM**<br>Attorney General<br>State of Oregon<br><br>/s/ *Jordan M. Roberts*<br>Jordan M. Roberts (Oregon Bar No. 115010), *pro hac vice*<br>Assistant Attorney General<br>Oregon Department of Justice<br>Consumer Protection Section<br>100 SW Market Street<br>Portland, Oregon 97201<br>Telephone:    (971) 673-1880<br>Facsimile:    (971) 673-1884<br>E-mail: jordan.m.roberts@doj.state.or.us<br><br>*Attorneys for State of Oregon, ex rel. Ellen F. Rosenblum, Attorney General for the State of Oregon* |

| | |
|---|---|
| **MICHELLE A. HENRY**<br>Attorney General<br>Commonwealth of Pennsylvania<br><br>*/s/ Timothy R. Murphy*<br>TIMOTHY R. MURPHY<br>Senior Deputy Attorney General<br>(PA Bar No. 321294), *pro hac vice*<br>Email: tmurphy@attorneygeneral.gov<br>JONATHAN R. BURNS<br>Deputy Attorney General<br>(PA Bar No. 315206), *pro hac vice*<br>Email: jburns@attorneygeneral.gov<br>Pennsylvania Office of Attorney General<br>Strawberry Square, 14th Floor<br>Harrisburg, PA 17120<br>Tel: 717.787.4530<br><br>*Attorneys for Plaintiff the Commonwealth of Pennsylvania*<br><br>**PETER F. NERONHA**<br>Attorney General<br>State of Rhode Island<br><br>  */s/ Stephen N. Provazza*<br>Stephen N. Provazza (R.I. Bar No. 10435), *pro hac vice*<br>Special Assistant Attorney General<br>Rhode Island Office of the Attorney General<br>150 South Main St.<br>Providence, RI 02903<br>Phone: 401-274-4400<br>Email: SProvazza@riag.ri.gov<br><br>*Attorneys for Plaintiff State of Rhode Island* | **ALAN WILSON**<br>Attorney General<br>State of South Carolina<br><br>*/s/ Anna C. Smith*<br>C. HAVIRD JONES, JR.<br>Senior Assistant Deputy Attorney General<br>JARED Q. LIBET (S.C. Bar No. 74975), *pro hac vice*<br>Assistant Deputy Attorney General<br>ANNA C. SMITH (SC Bar No. 104749), *pro hac vice*<br>Assistant Attorney General<br>CLARK C. KIRKLAND, JR.<br>(CA SBN 272522)<br>Assistant Attorney General<br>**OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA**<br>P.O. Box 11549<br>Columbia, South Carolina 29211<br>Tel: (803) 734-0536<br>annasmith@scag.gov<br><br>*Attorneys for Plaintiff the State of South Carolina, ex rel. Alan M. Wilson, in His Official Capacity as*<br>*Attorney General of the State of South Carolina*<br><br>**MARTY J. JACKLEY**<br>Attorney General<br>State of South Dakota<br><br>*/s/ Jessica M. LaMie*<br>By: Jessica M. LaMie) (SD Bar No. 4831), *pro hac vice*<br>Assistant Attorney General<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501-8501<br>Telephone: (605) 773-3215<br>Jessica.LaMie@state.sd.us<br><br>*Attorneys for Plaintiff State of South Dakota* |

| | |
|---|---|
| **JASON S. MIYARES**<br>Attorney General<br>Commonwealth Of Virginia<br><br>*/s/ Joelle E. Gotwals*<br>Steven G. Popps<br>Deputy Attorney General<br>Richard S. Schweiker, Jr.<br>Senior Assistant Attorney General and Section Chief<br>Joelle E. Gotwals (VSB No. 76779),<br>*pro hac vice*<br>Assistant Attorney General<br>Office of the Attorney General of Virginia<br>Consumer Protection Section<br>202 N. 9th Street<br>Richmond, Virginia 23219<br>Telephone:   (804) 786-8789<br>Facsimile:    (804) 786-0122<br>E-mail: jgotwals@oag.state.va.us<br><br>*Attorneys for the Plaintiff Commonwealth of Virginia*<br>*ex rel. Jason S. Miyares, Attorney General* | **PATRICK MORRISEY**<br>Attorney General<br>State of West Virginia<br><br>*/s/ Laurel K. Lackey*<br>Laurel K. Lackey (WVSB No. 10267),<br>*pro hac vice*<br>Abby G. Cunningham (WVSB No. 13388)<br>Assistant Attorneys General<br>Office of the Attorney General<br>Consumer Protection & Antitrust Division<br>Eastern Panhandle Office<br>269 Aikens Center<br>Martinsburg, West Virginia 25404<br>(304) 267-0239<br>laurel.k.lackey@wvago.gov<br><br>*Attorneys for Plaintiff State of West Virginia, ex rel. Patrick Morrisey, Attorney General* |
| **ROBERT W. FERGUSON**<br>Attorney General<br>State of Washington<br><br>*/s/ Alexandra Kory*<br>Joseph Kanada<br>Alexandra Kory (WA Bar No. 49889),<br>*pro hac vice*<br>Rabi Lahiri<br>Gardner Reed<br>Alexia Diorio<br>Assistant Attorneys General<br>Washington State Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 389-3843<br>Joe.Kanada@atg.wa.gov<br><br>*Attorneys for Plaintiff State of Washington* | **JOSHUA L. KAUL**<br>Attorney General<br>State of Wisconsin<br><br>*/s/ R. Duane Harlow*<br>R. DUANE HARLOW<br>Assistant Attorney General<br>WI State Bar #1025622, *pro hac vice*<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>(608) 266-2950<br>harlowrd@doj.state.wi.us<br><br>*Attorneys for Plaintiff State of Wisconsin* |

## ATTESTATION

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: November 3, 2023          By:   /s/ *Ashley M. Simonsen*
                                                         Ashley M. Simonsen