**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.*, No. 4:23-cv-05448-YGR | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO ENLARGE TIME TO FILE PAPERS RELATED TO PLAINTIFFS' ADMIN. MOTION TO DETERMINE WHETHER DEFENDANT META PLATFORMS, INC.'S MATERIALS SHOULD BE SEALED** |

The Parties' Stipulated Request to Enlarge Time to File Papers Related To Plaintiffs' Admin. Motion to Determine Whether Defendant Meta Platforms, Inc.'s Materials Should Be Sealed is GRANTED as follows:

1. The time to file any omnibus sealing stipulation and any omnibus motions on sealing disputes related to Plaintiffs' Administrative Motion to Determine Whether Defendant Meta Platforms, Inc.'s Materials Should Be Sealed is extended to November 22, 2023; and

2. The time for filing any oppositions to omnibus motions on sealing disputes is extended to December 13, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1

1
2   DATED:
                                        _____
3                                       Hon. Yvonne Gonzalez Rogers
                                        United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28