AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| People of the State of California, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    4:23-cv-05448-YGR |
| Meta Platforms, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of Nebraska ex rel. Michael T. Higlers, Attorney General                    .

Date:     11/03/2023

/s/ Colin P. Snider
*Attorney's signature*

Colin P. Snider (NE #27724)
*Printed name and bar number*

Nebraska Attorney General's Office
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509
*Address*

colin.snider@nebraska.gov
*E-mail address*

(402) 471-7759
*Telephone number*

(402) 471-4725
*FAX number*