AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| People of the State of California et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:23-cv-05448-YGR |
| Meta Platforms, Inc. et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Maine.

Date:  11/06/2023

/s/ Michael Devine
*Attorney's signature*

Michael Devine, Bar No. 5048 (Maine)
*Printed name and bar number*

Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
*Address*

michael.devine@maine.gov
*E-mail address*

(207) 626-8800
*Telephone number*

(207) 287-3145
*FAX number*