AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| People of the State of California, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:23-CV-5448 |
| Meta Platforms, Inc., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
State of South Dakota.

Date: November 7, 2023

/s/ Jessica LaMie
*Attorney's signature*

Jessica LaMie  4831
*Printed name and bar number*

Office of Attorney General
1302 E. Highway 14, Suite 1
Pierre, SD 57501

*Address*

jessica.lamie@state.sd.us
*E-mail address*

(605) 773-3215
*Telephone number*

(605) 773-4106
*FAX number*