1

[*Submitting Counsel on Signature Page*]

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION

12

MDL No. 3047

Case No. 4:22-md-03047-YGR

13

**STATUS UPDATE REGARDING
PLAINTIFF STATES' LEADERSHIP**

This Document Relates to:

14

4:23-cv-05448-YGR

Judge: Hon. Yvonne Gonzalez Rogers

15

Magistrate Judge: Hon. Peter H. Kang

16

17

The Plaintiff States submit the following update regarding the States' Leadership in

18

advance of the November 16, 2023, case management conference.

19

20

I.     **The States are uniquely situated in this action.**

21

Unlike the private plaintiffs represented by Plaintiffs' Leadership, the States are distinct

22

sovereign entities. State sovereignty is a fundamental and long-recognized core principle of state

23

and federal law. *See, e.g., Franchise Tax Bd. of California v. Hyatt*, 139 S.Ct. 1485, 1493-94

24

(2019). The States' Attorneys General are authorized by constitutions, statutes, and common law

25

to act as the chief law officers of their respective states.[1] As such, they are authorized to represent

26

27

[1] *See, e.g.,* Ariz. Rev. Stat. § 41-192; Cal. Const. art. V, § 13; Colo. Rev. Stat. § 24-31-101(1)(b);
Conn. Gen. Stat. § 3-125; 29 Del. Code Ann. § 2504; Ga. Const. Art. V, § III, Para. IV; Ga. Code
Ann. § 45-15-3; Haw. Rev. Stat. § 26-7; Ill. Const. art. V, § 15; 15 ILCS 205/1 et seq.; 815 ILCS

28

1

the States in civil actions to enforce and vindicate public rights to protect their residents and to punish and deter misconduct within their borders and jurisdiction. The mandate of the Attorneys General includes the representation of states in enforcing the federal and state consumer protection laws raised in the States' Complaint. (Case No. 4:23-cv-05448, Doc. 1). The States' sovereign nature and the unique constitutional and statutory role of the Attorneys General does not allow or contemplate a court's appointment of private counsel to represent the States' interests.

In addition to the States being a different type of plaintiff altogether, the States' consumer protection enforcement claims are also "fundamentally different from a class action or other representative litigation." *Payne v. Nat'l Collections Sys., Inc.*, 91 Cal. App. 4th 1037, 1045 (2001). The States' enforcement action is designed to protect the public, rather than benefit private parties. *City & Cnty. of San Francisco v. PG & E Corp.*, 433 F.3d 1115, 1125-26 (9th Cir. 2006) (quoting *People v. Pac. Land Rsch. Co.*, 569 P.2d 125, 129 (Cal. 1977)). This is clear in the remedies States are authorized to pursue for consumer protection claims: injunctive relief, which can deter and prevent future misconduct, and civil penalties paid to the government, which deter and punish misconduct. States may seek restitution for individuals, but the scope of relief authorized for states' claims is much broader than repayment for individual harms, which is the primary object for private plaintiffs. *See Pac. Land Rsch. Co.*, 569 P.2d at 129. Because the nature of government consumer protection claims and the relief the States may seek here are fundamentally different from the claims alleged and relief sought by the private plaintiffs, municipalities, and school districts represented by Plaintiffs' Leadership, the States require their own distinct Leadership Structure to represent their interests here.

---

505/7; Ind. Code § 4-6-1-6; Ky. Rev. Stat. Ann. 15.020(3); La. Const. art. IV, § 8; Md. Const. art. V, § 3; Minn. Stat. § 8.01; N.C. Gen. Stat. §§ 114-1 to 114-2; Ohio Rev. Code § 109.02; Or. Rev. Stat. § 180.010 et seq.; 71 Pa. Stat. Ann. § 732-101 et seq; 73 Pa. Stat. Ann. § 201–1 *et seq.;* R.I. Gen. Laws 1956 § 42-9-2(a); S.D. Codified Laws 1-11-1; Va. Code Ann. §§ 2.2-500, 59.1-203; Wash. Rev. Code § 43.10.030; Wash. Const. art. III, § 21; Wisc. Const. art. VI, § 3; Wis. Stat. §§ 100.18(11)(d), 165.25(1m); *see also State v. Broad River Power Co.*, 157 S.C. 1, 153 S.E. 537, 560 (1929).

**II.     The States have closely coordinated their investigation and filing of the complaint against the Meta Defendants and will continue doing so during this litigation.**

State Attorneys General routinely collaborate in multistate coalitions to enforce state and federal consumer protection laws related to widespread issues of business misconduct that impact multiple jurisdictions. Through these coordinated efforts, the Attorneys General have effectuated reform in major areas such as the automotive, tobacco, and mortgage industries. When working in multistate coalitions in the consumer protection space, Attorneys General frequently coordinate on investigative efforts, discovery, litigation, settlement negotiations, and cost allocation.

Just so here. On October 24, 2023, thirty-three State Attorneys General filed a joint complaint in this Court, in coordination with eight additional State Attorneys General[2] who filed complaints against Meta in their respective state courts. Additionally, the Florida Attorney General filed in a similar enforcement action in federal court in Florida, which has since been conditionally transferred to this Court. The States, using previously established procedures, communication channels, and administrative supports for sharing documents and work product, have successfully operated in close coordination with each other to investigate the Meta Defendants' conduct. This multistate work has included the establishment of committees within the multistate coalition, delegation of roles, and cooperation to achieve common goals. The States would like to operate similarly within and throughout the litigation using established structures to manage discovery efforts, litigation responsibilities, approval structures, and cost allocation, where appropriate, among the States.

The States developed their States' Leadership to operate generally in parallel with the Plaintiffs' Leadership Structure approved by this Court and with the structure described in Section 10.22 of the Manual for Complex Litigation (Fourth). In allocating roles within the Leadership Structure, the States also considered the need to create a geographically and politically diverse representation of its members. The States have conferred and are in agreement regarding the Structure and allocation of their roles herein and have established procedures for

---

[2] The District of Columbia, Massachusetts, Mississippi, New Hampshire, Oklahoma, Tennessee, Utah, and Vermont filed lawsuits alleging state consumer protection law violations in their respective state courts.

reviewing and approving action taken on their behalf by the States' Co-Lead Counsel. The States' Leadership Structure will allow for coordination with the other parties to this litigation, including the Plaintiffs' Leadership, as appropriate to maintain efficiency and a speedy and just resolution of this litigation.

**III.      The States have implemented a three-part leadership structure.**

The States will organize themselves as follows:

**A.      States' Co-Lead Counsel**

The States' Co-Lead Counsel will include Bianca Miyata (Senior Assistant Attorney General, Consumer Fraud, Colorado), Megan O'Neill (Deputy Attorney General, Consumer Protection, California), and Chris Lewis (Commissioner, Consumer & Senior Protection, Kentucky). To the extent that additional or substitute Co-Leads are needed later in the action, the Plaintiff States may designate such additional or substitute Co-Lead Counsel.  The States' Co-Lead Counsel will be responsible for coordinating the activities of the States during the course of this litigation, with assistance, support and direction from the Steering Committee described below.

**B.      States' Liaison Counsel**

Bianca Miyata (Colorado) and Megan O'Neill (California), with and through delegated staff from their respective offices, will also be designated as Liaison Counsel to provide an efficient point of contact with the States for the Court and other parties, including for purposes of scheduling.

**C.      States' Steering Committee**

To maintain a nimble yet representative decision-making body, the States' Steering Committee will include the States' Co-Lead Counsel as well as five additional members from different States. To the extent that substitute or additional counsel are needed later in the action, the Co-Leads may designate such additions or substitutions.

**D.      States' Working Group**

The remaining States will be assigned to the States' Working Group. The Working Group States will provide feedback to the States' Steering Committee regarding substantive and

4

1   dispositive decisions and perform work in support of the States' Co-Leads and States' Steering

2   Committee when requested.

3

4

5   Dated: November 14, 2023                    Respectfully submitted,

6

7   **KRIS MAYES**                              **ROB BONTA**
    Attorney General                            Attorney General
8   State of Arizona                            State of California

9                                                _/s/ Bernard Eskandari_
                                                Nick A. Akers (CA SBN 211222)
10  Vince Rabago (AZ No. 015522 CA No.          Senior Assistant Attorney General
    167033) _pro hac vice_                      Bernard Eskandari (SBN 244395)
11  Chief Counsel - Consumer Protection and     Supervising Deputy Attorney General
    Advocacy Section                            Megan O'Neill (CA SBN 343535)
12  Nathan Whelihan (AZ No. 037560) _pro hac_   Joshua Olszewski-Jubelirer
    _vice_                                      (CA SBN 336428)
13  Assistant Attorney General                  Marissa Roy (CA SBN 318773)
    Arizona Attorney General's Office           Deputy Attorneys General
14  2005 North Central Avenue                   California Department of Justice
    Phoenix, AZ 85004                           Office of the Attorney General
15  Phone: (602) 542-3725                       455 Golden Gate Ave., Suite 11000
    Fax:    (602) 542-4377                      San Francisco, CA 94102-7004
16  Vince.Rabago@azag.gov                       Phone: (415) 510-4400
    Nathan.Whelihan@azag.gov                    Fax: (415) 703-5480
17                                              Bernard.Eskandari@doj.ca.gov
18  _Attorneys for Plaintiff State of Arizona_
19                                              _Attorneys for Plaintiff the People of the State_
                                                _of California_
20

21

22

23

24

25

26

27

28

5

1

**PHILIP J. WEISER**
Attorney General
State of Colorado

2

3

 _/s/ Bianca E. Miyata_____
Bianca E. Miyata, CO Reg. No. 42012,
*pro hac vice*
Senior Assistant Attorney General
Lauren M. Dickey, CO Reg. No. 45773
First Assistant Attorney General
Megan Paris Rundlet, CO Reg. No. 27474
Senior Assistant Solicitor General
Elizabeth Orem, CO Reg. No. 58309
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

4

5

6

7

8

9

10

11

12

13

14

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

15

16

**WILLIAM TONG**
Attorney General
State of Connecticut

17

18

*/s/ Lauren H. Bidra*
Lauren H. Bidra (CT Juris No. 440552)
Special Counsel for Media and Technology
*Pro hac vice*
Matthew Fitzsimmons (CT Juris No. 426834)
Chief Counsel
*Pro hac vice*
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, Connecticut 06106
Phone: 860-808-5306
Fax: 860-808-5593
Lauren.Bidra@ct.gov
Matthew.Fitzsimmons@ct.gov

19

20

21

22

23

24

25

26

27

*Attorneys for Plaintiff State of Connecticut*

28

**KATHLEEN JENNINGS**
Attorney General
State of Delaware

*/s/ Dashiell Raj Radosti*
Owen Lefkon
Director of Fraud and Consumer Protection
Marion Quirk
Director of Consumer Protection
Dashiell Radosti (DE Bar 7100*), pro hac vice*
Deputy Attorney General,
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8800
Dashiell.Radosti@delaware.gov

*Attorneys for Plaintiff State of Delaware*

**CHRISTOPHER M. CARR**
Attorney General
State of Georgia

*/s/ Melissa M. Devine*
Melissa M. Devine (GA Bar No. 403670),
*pro hac vice*
Assistant Attorney General
Office of the Attorney General of the State of Georgia
2 Martin Luther King Jr. Drive, SE, Ste. 356
Atlanta, GA 30334
Phone: (404) 458-3765
Fax: (404) 651-9108
mdevine@law.ga.gov

*Attorneys for Plaintiff State of Georgia*

COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF

**ANNE E. LOPEZ**
Attorney General
State of Hawai'i

*/s/ Bryan C. Yee*
BRYAN C. YEE (HI JD No. 4050)
Supervising Deputy Attorney General
CHRISTOPHER T. HAN (HI JD No.
11311), *Pro hac vice*
Deputy Attorney General
Department of the Attorney General
Commerce and Economic Development
Division
425 Queen Street
Honolulu, Hawai'i 96813
Phone: (808) 586-1180
Bryan.c.yee@hawaii.gov
Christopher.t.han@hawaii.gov

*Attorneys for Plaintiff State of Hawai'i*


**RAÚL R. LABRADOR**
Attorney General
State of Idaho

By:      */s/ Nathan Nielson*
Stephanie N. Guyon (ID Bar No. 5989)
*pro hac vice*
Nathan H. Nielson (ID Bar No. 9234)
*pro hac vice*
Deputy Attorneys General
Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
(208) 334-2424
stephanie.guyon@ag.idaho.gov
nathan.nielson@ag.idaho.gov

*Attorneys for Plaintiff State of Idaho*


**KWAME RAOUL**
Attorney General
State of Illinois

By:      */s/ Susan Ellis*
**Susan Ellis**, Chief, Consumer Protection
Division (IL Bar No. 6256460),
*pro hac vice*
**Greg Grzeskiewicz**, Chief, Consumer Fraud
Bureau (IL Bar No. 6272322),
*pro hac vice*
**Jacob Gilbert**, Deputy Chief, Consumer
Fraud Bureau (IL Bar No. 6306019),
*pro hac vice*
**Daniel Edelstein**, Supervising Attorney,
Consumer Fraud Bureau (IL Bar No.
6328692),
*pro hac vice*
**Adam Sokol**, Senior Assistant Attorney
General, Consumer Fraud Bureau (IL Bar
No. 6216883),
*pro hac vice*
**Hanan Malik**, Assistant Attorney General,
Consumer Fraud Bureau (IL Bar No.
6316543),
*pro hac vice*
**Emily María Migliore**, Assistant Attorney
General, Consumer Fraud Bureau (IL Bar
No. 6336392),
*pro hac vice*
**Kevin Whelan**, Assistant Attorney General,
Consumer Fraud Bureau (IL Bar No.
6321715),
*pro hac vice*
**Office of the Illinois Attorney General**
100 W. Randolph Street
Chicago, Illinois 60601
312-814-2218
Susan.Ellis@ilag.gov
Greg.Grzeskiewicz@ilag.gov
Jacob.Gilbert@ilag.gov
Daniel.Edelstein@ilag.gov
Adam.Sokol@ilag.gov
Hanan.Malik@ilag.gov
Emily.Migliore@ilag.gov
Kevin.Whelan@ilag.gov

7

*Attorneys for Plaintiff the People of the State of Illinois*

**THEODORE E. ROKITA**
Attorney General
State of Indiana

*/s/ Scott L. Barnhart*
Scott L. Barnhart (IN Atty No. 25474-82)
*pro hac vice*
Chief Counsel and Director of Consumer
Protection
Corinne Gilchrist (IN Atty No. 27115-53)
*pro hac vice*
Section Chief, Consumer Litigation
Mark M. Snodgrass (IN Atty No. 29495-49)
*pro hac vice*
Deputy Attorney General
Office of the Indiana Attorney General
Indiana Government Center South
302 West Washington St., 5th Floor
 Indianapolis, IN 46203
Telephone: (317) 232-6309
Scott.Barnhart@atg.in.gov
Corinne.Gilchrist@atg.in.gov
Mark.Snodgrass@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

**KRIS W. KOBACH**
Attorney General
State of Kansas

*/s/   Sarah M. Dietz*
Sarah Dietz, Assistant Attorney General
(KS Bar No. 27457), *pro hac vice*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-3751
sarah.dietz@ag.ks.gov

*Attorney for Plaintiff State of Kansas*

**DANIEL J. CAMERON**
Attorney General
Commonwealth of Kentucky

 */s/ J. Christian Lewis*
J. CHRISTIAN LEWIS (KY Bar No.
87109), *Pro hac vice*
PHILIP HELERINGER (KY Bar No.
96748), *Pro hac vice*
GREGORY B. LADD (KY Bar No. 95886),
*Pro hac vice*
ZACHARY RICHARDS (KY Bar No.
99209), *Pro hac vice*
ASSISTANT ATTORNEYS GENERAL
1024 CAPITAL CENTER DRIVE SUITE
200
FRANKFORT, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
GREG.LADD@KY.GOV
ZACH.RICHARDS@KY.GOV
PHONE: (502) 696-5300
FAX: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

8

**JEFF LANDRY**
Attorney General
State of Louisiana

*/s/ Arham Mughal*
Arham Mughal (LA Bar No. 38354), *pro hac vice*
L. Christopher Styron (LA Bar No. 30747), *pro hac vice*
Assistant Attorneys General
Louisiana Department of Justice
Office of the Attorney General
Public Protection Division
Consumer Protection Section
1885 N 3rd Street, 4th Floor
Baton Rouge, LA 70802
Tel: (225) 326-6438
MughalA@ag.louisiana.gov
StyronL@ag.louisiana.gov

*Attorneys for State of Louisiana*


**AARON M. FREY**
Attorney General
State of Maine

/s/ Brendan F.X. O'Neil
Brendan F.X. O'Neil, Maine Bar No. 9900, *pro hac vice*
Michael Devine, Maine Bar No. 5048
Laura Lee Barry Wommack, Maine Bar No. 10110
Assistant Attorneys General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800
brendan.oneil@maine.gov
michael.devine@maine.gov
lauralee.barrywommack@maine.gov

*Attorneys for Plaintiff the State of Maine*


**ANTHONY G. BROWN**
Attorney General
State of Maryland

*/s/ Elizabeth J. Stern*
Philip D. Ziperman (Maryland CPF No. 9012190379), *pro hac vice*
Deputy Chief, Consumer Protection Division
Elizabeth J. Stern (Maryland CPF No. 1112090003), *pro hac vice*
Assistant Attorney General
Office of the Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417 (Mr. Ziperman)
Phone: (410) 576-7226 (Ms. Stern)
Fax: (410) 576-6566
pziperman@oag.state.md.us
estern@oag.state.md.us

*Attorneys for Plaintiff Office of the Attorney General of Maryland*


**DANA NESSEL**
Attorney General
State of Michigan

*/s/ Daniel J. Ping*
Daniel J. Ping (P81482)
Assistant Attorney General
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
517-335-7632
PingD@michigan.gov

*Attorneys for Plaintiff State of Michigan*

9

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KEITH ELLISON**
Attorney General
State of Minnesota

*/s/ James Van Buskirk*
JAMES VAN BUSKIRK (MN Bar No.
0392513), *pro hac vice*
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel: (651) 757-1150
james.vanbuskirk@ag.state.mn.us

*Attorney for Plaintiff State of Minnesota, by
its Attorney General, Keith Ellison*

**ANDREW BAILEY**
Attorney General
State of Missouri

By:_*/s/ Michael Schwalbert*_____
Michael Schwalbert, MO Bar #63229, *pro
hac vice*
Assistant Attorney General
Consumer Protection Section
Missouri Attorney General's Office
815 Olive Street | Suite 200
Saint Louis, Missouri 63101
michael.schwalbert@ago.mo.gov
Phone: 314-340-7888
Fax: 314-340-7981

*Attorney for Plaintiff State of Missouri, ex
rel. Andrew Bailey, Attorney General*

**MICHAEL T. HILGERS**
Attorney General
State of Nebraska

*/s/ Michaela J. Hohwieler*
Michaela J. Hohwieler (NE #26826)
Assistant Attorney General
*pro hac vice*
Colin P. Snider (NE #27724)
Assistant Attorney General
*pro hac vice*
Nebraska Attorney General's Office
2115 State Capitol Building
Lincoln, NE 68509
Phone: (402) 471-3840
Email: michaela.hohwieler@nebraska.gov
Email: colin.snider@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

By: */s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*pro hac vice*
Chief, Deputy Attorney General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov

*Attorneys for Plaintiff New Jersey Division
of Consumer Affairs*

10

**LETITIA JAMES**
Attorney General
State of New York

/s/ *Christopher D'Angelo*
Christopher D'Angelo, Chief Deputy
Attorney General, Economic Justice
Division (NY Bar No. 4348744)
Christopher.D'Angelo@ag.ny.gov
Kim Berger, Chief, Bureau of Internet and
Technology (NY Bar No. 2481679)
Kim.Berger@ag.ny.gov
Clark Russell, Deputy Chief, Bureau of
Internet and Technology (NY Bar No.
2848323)
Clark.Russell@ag.ny.gov
Nathaniel Kosslyn, Assistant Attorney
General (NY Bar No. 5773676)
Nathaniel.Kosslyn@ag.ny.gov
New York State Office of the Attorney
General
28 Liberty Street
New York, NY 10005
(212) 416-8262
*Pro hac vice*

*Attorneys for Plaintiff the People of the State
of New York*

**JOSHUA H. STEIN**
Attorney General
State of North Carolina

/s/ *Kevin Anderson*
Kevin Anderson (N.C. Bar No. 22635), *pro
hac vice*
Senior Counsel
Sarah G. Boyce
Deputy Attorney General & General Counsel
Jasmine McGhee
Senior Deputy Attorney General
Josh Abram
Kunal Choksi
Special Deputy Attorneys General
Charles G. White
Assistant Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6006
Facsimile: (919) 716-6050
kander@ncdoj.gov

*Attorneys for Plaintiff State of North
Carolina*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DREW H. WRIGLEY**
Attorney General
State of North Dakota

By:  /s/ Elin S. Alm
Elin S. Alm (ND Bar No. 05924)
*pro hac vice*
Assistant Attorney General
Parrell D. Grossman (ND Bar No. 04684)
Director, Consumer Protection and Antitrust
Division
Office of Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Telephone (701) 328-5570
ealm@nd.gov
pgrossman@nd.gov

*Attorneys for Plaintiff State of North Dakota,*
*ex rel. Drew H. Wrigley, Attorney General*

**DAVE YOST**
Attorney General
State of Ohio

 /s/ Kevin R.Walsh
Melissa G. Wright (Ohio Bar No. 0077843)
Section Chief, Consumer Protection Section
Melissa.Wright@ohioago.gov
Melissa S. Smith (Ohio Bar No. 0083551)
Asst. Section Chief, Consumer Protection
Section
Melissa.S.Smith@ohioago.gov
Michael S. Ziegler (Ohio Bar No. 0042206)
Principal Assistant Attorney General
Michael.Ziegler@ohioago.gov
Kevin R. Walsh (Ohio Bar No. 0073999)
Kevin.Walsh@ohioago.gov
Senior Assistant Attorney General
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
Tel: 614-466-1031
*(pro hac vice)*

*Attorneys for State of Ohio, ex rel. Attorney*
*General Dave Yost,*

**ELLEN F. ROSENBLUM**
Attorney General
State of Oregon

 /s/ Jordan M. Roberts
Jordan M. Roberts (Oregon Bar No.
115010), *pro hac vice*
Assistant Attorney General
Oregon Department of Justice
Consumer Protection Section
100 SW Market Street
Portland, Oregon 97201
Telephone:      (971) 673-1880
Facsimile:      (971) 673-1884
E-mail: jordan.m.roberts@doj.state.or.us

*Attorneys for State of Oregon, ex rel. Ellen*
*F. Rosenblum, Attorney General for the*
*State of Oregon*

12

1

2

**MICHELLE A. HENRY**
Attorney General
Commonwealth of Pennsylvania

3

4

5

6

7

8

9

10

11

*/s/ Timothy R. Murphy*
TIMOTHY R. MURPHY
Senior Deputy Attorney General (PA Bar
No. 321294)
Email: tmurphy@attorneygeneral.gov
JONATHAN R. BURNS
Deputy Attorney General (PA Bar No.
315206)
Email: jburns@attorneygeneral.gov
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Tel: 717.787.4530
*(pro hac vice)*

12

*Attorneys for Plaintiff the Commonwealth of
Pennsylvania*

13

14

15

**PETER F. NERONHA**
Attorney General
State of Rhode Island

16

17

18

19

20

21

 */s Stephen N. Provazza*
Stephen N. Provazza (R.I. Bar No. 10435),
*pro hac vice*
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main St.
Providence, RI 02903
Phone: 401-274-4400
Email: SProvazza@riag.ri.gov

22

*Attorneys for Plaintiff State of Rhode Island*

23

24

25

26

27

28

**ALAN WILSON**
Attorney General
State of South Carolina

/s/ Anna C. Smith
C. HAVIRD JONES, JR.
Senior Assistant Deputy Attorney General
JARED Q. LIBET
Assistant Deputy Attorney General
ANNA C. SMITH (SC Bar No. 104749), *pro
hac vice*
Assistant Attorney General
CLARK C. KIRKLAND, JR.
Assistant Attorney General
**OFFICE OF THE ATTORNEY
GENERAL OF SOUTH CAROLINA**
P.O. Box 11549
Columbia, South Carolina 29211
Tel: (803) 734-0536
annasmith@scag.gov

*Attorneys for Plaintiff the State of South
Carolina, ex rel. Alan M. Wilson, in His
Official Capacity as*
*Attorney General of the State of South
Carolina*


**MARTY J. JACKLEY**
Attorney General
State of South Dakota

/s/ Jessica M. LaMie
By: Jessica M. LaMie) (SD Bar No. 4831),
*pro hac vice*
Assistant Attorney General
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Jessica.LaMie@state.sd.us

*Attorneys for Plaintiff State of South Dakota*

13

**JASON S. MIYARES**
Attorney General
Commonwealth Of Virginia

*/s/ Joelle E. Gotwals*
Steven G. Popps
Deputy Attorney General
Richard S. Schweiker, Jr.
Senior Assistant Attorney General and
Section Chief
Joelle E. Gotwals (VSB No. 76779), *pro hac vice*
Assistant Attorney General
Office of the Attorney General of Virginia
Consumer Protection Section
202 N. 9th Street
Richmond, Virginia 23219
Telephone:      (804) 786-8789
Facsimile:       (804) 786-0122
E-mail: jgotwals@oag.state.va.us

*Attorneys for the Plaintiff Commonwealth of Virginia*
*ex rel. Jason S. Miyares, Attorney General*

**ROBERT W. FERGUSON**
Attorney General
State of Washington

*/s/ Joseph Kanada*
Joseph Kanada (WA Bar No. 55055), *pro hac vice*
Alexandra Kory
Rabi Lahiri
Gardner Reed
Alexia Diorio
Assistant Attorneys General
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 389-3843
Joe.Kanada@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

**PATRICK MORRISEY**
Attorney General
State of West Virginia

*/s/ Laurel K. Lackey*
Laurel K. Lackey (WVSB No. 10267), *pro hac vice*
Abby G. Cunningham (WVSB No. 13388)
Assistant Attorneys General
Office of the Attorney General
Consumer Protection & Antitrust Division
Eastern Panhandle Office
269 Aikens Center
Martinsburg, West Virginia 25404
(304) 267-0239
laurel.k.lackey@wvago.gov

*Attorneys for Plaintiff State of West Virginia,*
*ex rel. Patrick Morrisey, Attorney General*

14

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

/s/ R. Duane Harlow
R. DUANE HARLOW
Assistant Attorney General
WI State Bar #1025622, *pro hac vice*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-2950
harlowrd@doj.state.wi.us

*Attorneys for Plaintiff State of Wisconsin*

15

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.