AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| People of the State of California, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    4:23-cv-05448 |
| Meta Platforms, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Arizona, ex rel, Kris Mayes, Attorney General                                                    .

Date:     11/16/2023

/s/ Nathan Whelihan
*Attorney's signature*

Nathan Whelihan, SBN 037560
*Printed name and bar number*

Arizona Attorney General's Office
2005 N. Cenral Avenue
Phoenix, AZ 85004

*Address*

nathan.whelihan@azag.gov
*E-mail address*

(602) 542-7748
*Telephone number*

(602) 542-4377
*FAX number*