


Retail

RDC 07

U.S. POSTAGE PAID
PME 1-Day
GRAPEVINE, TX 76051
NOV 16, 2023
$28.75
R2304M114873-32

**UNITED STATES POSTAL SERVICE** — **PRIORITY MAIL EXPRESS**

EI 607 347 459 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( ) 214-228-1886
Conghua Yan
2140 E Southlake Blvd.
L-439
Southlake, TX 76092

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)

TO: (PLEASE PRINT)   PHONE ( )
United States District Court
450 Golden Gate Ave. Box 36060
San Francisco, CA 94102-3489
ZIP + 4® (U.S. ADDRESSES ONLY)
9 4 1 0 2 - 3 4 8 9

◀ PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 76051
Scheduled Delivery Date: 11/17/23
Postage: $28.75
Date Accepted: 11/16/23
Scheduled Delivery Time: ☑ 6:00 PM
Time Accepted: 4:44 ☑ PM
☑ Flat Rate
Total Postage & Fees: $28.75

**DELIVERY (POSTAL SERVICE USE ONLY)**

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

**PRIORITY MAIL EXPRESS**
"4"

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP



PS10001000006
EP13F Oct 2018
OD: 12 1/2 x 9 1/2



* Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
† Money Back Guarantee for U.S. destinations only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EPT13F © U.S. Postal Service; October 2018; All rights reserved.

This envelope is made from post-consumer waste. Please recycle - again.






**PRIORITY® MAIL EXPRESS**

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

RECEIVED
NOV 17 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

PS10001000006

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

* Money back guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
* For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.