Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.;
Instagram, LLC; Meta Payments, Inc.; and
Meta Platforms Technologies, LLC*

*Additional parties and counsel listed on
signature pages*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.*, No. 4:23-cv-05448-YGR | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**OMNIBUS STIPULATION REGARDING SEALING MATERIAL IN THE STATES' COMPLAINT** |

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Setting Sealing Procedures (MDL Dkt. 341)[1], Plaintiff States (the "States") and Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (collectively, "Meta") submit this Omnibus Stipulation Regarding Sealing Material in the States' Complaint.

Meta requests that the portions of the States' Complaint (Dkt. 1) listed in the following table be maintained under seal and redacted in any publicly filed copy.  The States, in the interest of avoiding a dispute on this limited issue before the Court in the current procedural posture, do not oppose the sealing and redaction of the below-listed portions of the Complaint at this time.  These portions of the Complaint contain the names of certain current and former Meta employees.  The States do not waive their ability, and reserve all rights, to challenge in the future the propriety of sealing these or other names in court filings.

The Parties agree that the portions of the Complaint not listed in the chart may be unsealed.[2]

| Paragraph and Lines to Be Sealed | Basis for Sealing |
| --- | --- |
| ¶ 115 (from after "Science" to before "reflected") | The portions of the Complaint referenced in this chart are the names of current and former Meta employees.  Meta contends that, at this procedural posture, there are compelling reasons to seal those names.  *See, e.g., Murphy v. Kavo Am. Corp.*, 2012 WL 1497489, at *1 (N.D. Cal. Apr. 27, 2012) (granting motion to seal "employee-identifying information" because "[e]mployees and former employees who are not parties to this litigation have privacy interests in their personnel information, and in other sensitive identifying information") (Gonzalez Rogers, J.); *see also, e.g., Am. Auto. Ass'n of N. California, Nevada &* |
| ¶ 229 (from after "including" to before ", current Director") | |
| ¶ 229 (from after "Science, and" to before "discussed") | |
| ¶ 229 (from after "girls." to before "questioned") | |
| ¶ 236 (from after "employee" to before "noted") | |
| ¶ 372 (from after "at Meta)" to before "suggested") | |
| ¶ 372 (from after "Management" to before "concluded") | |
| ¶ 380 (from after "researchers: '" to before "': 'Turning") | |
| ¶ 380 (from after "teens.'" to before "': 'Yeah") | |
| ¶ 416 (from after "researcher" to before "sent") | |
| ¶ 449 (before "wrote to") | |
| ¶ 450 (before ", Research Director") | |
| ¶ 549 (from after "Manager" to before "noted") | |
| ¶ 549 (from after "share.'" to before "further") | |
| ¶ 585 (from after "March 2020," to before "noted") | |
| ¶ 587 (from after "In 2020," to before "indicated") | |

[1] References to the docket in Case No. 4:23-cv-05448-YGR are denoted "Dkt."  References to the MDL docket, Case No. 4:22-md-03047-YGR, are denoted "MDL Dkt."

[2] Meta does not waive, and expressly reserves, its right to move to seal other material from, or derived from, documents quoted, paraphrased, characterized, or otherwise cited in the Complaint.  The confidentiality or appropriateness of sealing material other than that cited in the Complaint is not currently at issue, and Meta does not waive any right with respect to that material.

| | |
|---|---|
| ¶ 617 (from after "September 2020," to before ", Director" | *Utah v. Gen. Motors LLC*, 2019 WL 1206748, at *2 (N.D. Cal. Mar. 14, 2019); *Opperman v. Path, Inc.*, 2017 WL 1036652, at *4 (N.D. Cal. Mar. 17, 2017); *Hunt v. Cont'l Cas. Co.*, 2015 WL 5355398, at *2 (N.D. Cal. Sept. 14, 2015).   Sealing these names is also consistent with the approach this Court took in sealing names of Meta employees in the Personal Injury Plaintiffs' Master Complaint.  *See* MDL Dkt. 189. |
| ¶ 617 (from after "safe.'" to before "further") | |
| ¶ 692 (from after "researcher" to before "noted") | |
| ¶ 717 (from after "Science" to before ", a Meta") | |
| ¶ 718 (from after "employee" to before "stated") | |
| ¶ 737 (from after "September 2021," to before "instructed") | |
| ¶ 770 (from after "Engineer" to before "noted") | |
| ¶ 773 (from after "Mosseri and" to before ", then Facebook") | |
| ¶ 774 (from after "Instagram" to before "wrote") | |
| ¶ 774 (from after "2021," to before "wrote") | |
| ¶ 775 (from after "year," to before the next comma and from after that comma to before "and others") | The States do not oppose the sealing of these names in the Complaint at this time. |
| ¶ 778 (from after "2021," to before "noted") | |
| ¶ 781 (from after "January 2021," to before "discussed" | |
| ¶ 786 (from after "Researcher" to before "suggests") | |
| ¶ 817 (from after "employee" to before "reported") | |
| ¶ 824 (to before "stated") | |

Pursuant to this case's sealing procedures, a Proposed Order implementing this stipulation and a copy of the States' Complaint with the redactions agreed by the Parties listed above are attached.

**IT IS SO STIPULATED AND AGREED.**

DATED:  November 22, 2023                    Respectfully submitted,

**COVINGTON & BURLING LLP**

*/s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW

1   Washington, DC 20001-4956
    Telephone: + 1 (202) 662-6000
2   Facsimile: + 1 (202) 662-6291
    Email:  pajones@cov.com
3   Email:  pschmidt@cov.com

4
    Emily Johnson Henn, SBN 269482
5   COVINGTON & BURLING LLP
    3000 El Camino Real
6   5 Palo Alto Square, 10th Floor
    Palo Alto, CA 94306
7   Telephone: + 1 (650) 632-4700
    Facsimile: +1 (650) 632-4800
8   Email:  ehenn@cov.com

9
    *Attorneys for Defendants Meta Platforms, Inc.;*
10  *Instagram, LLC; Meta Payments, Inc.; and Meta*
    *Platforms Technologies, LLC*
11

12

13

14

15  **KRIS MAYES**                          **ROB BONTA**
    Attorney General                        Attorney General
16  State of Arizona                        State of California

17  */s/ Vince Rabago*                      */s/ Joshua Olszewski-Jubelirer*
    Vince Rabago (AZ No. 015522 CA No.      Nicklas A. Akers (CA SBN 211222)
18  167033), *pro hac vice*                 Senior Assistant Attorney General
    Chief Counsel - Consumer Protection and Bernard Eskandari (CA SBN 244395)
19  Advocacy Section                        Supervising Deputy Attorney General
    Nathan Whelihan (AZ No. 037560),        Megan O'Neill (CA SBN 343535)
20  *pro hac vice app. forthcoming, if required* Joshua Olszewski-Jubelirer
    Assistant Attorney General              (CA SBN 336428)
21  Arizona Attorney General's Office       Marissa Roy (CA SBN 318773)
    2005 North Central Avenue               Deputy Attorneys General
22  Phoenix, AZ 85004                       California Department of Justice
    Phone: (602) 542-3725                   Office of the Attorney General
23  Fax:    (602) 542-4377                  1515 Clay Street, Suite 2000
    Vince.Rabago@azag.gov                   Oakland, CA 94612-0550
24  Nathan.Whelihan@azag.gov                Phone: (510) 879-1300
                                            Fax: (510) 622-2270
25                                          Joshua.OlszewskiJubelirer@doj.ca.gov
    *Attorneys for Plaintiff State of Arizona*
26

27                                          *Attorneys for Plaintiff the People of the State of*
                                            *California*
28

**PHILIP J. WEISER**
Attorney General
State of Colorado

_/s/ Bianca E. Miyata_
Bianca E. Miyata (CO Reg. No. 42012),
*pro hac vice*
Senior Assistant Attorney General
Lauren M. Dickey (CO Reg. No. 45773)
First Assistant Attorney General
Megan Paris Rundlet (CO Reg. No. 27474)
Senior Assistant Solicitor General
Elizabeth Orem (CO Reg. No. 58309)
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.
Philip J. Weiser, Attorney General*

**WILLIAM TONG**
Attorney General
State of Connecticut

_/s/ Lauren H. Bidra_
Lauren H. Bidra
(CT Juris No. 440552), *pro hac vice*
Special Counsel for Media and Technology
Matthew Fitzsimmons
(CT Juris No. 426834), *pro hac vice*
Chief Counsel
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, Connecticut 06106
Phone: 860-808-5306
Fax: 860-808-5593
Lauren.Bidra@ct.gov
Matthew.Fitzsimmons@ct.gov

*Attorneys for Plaintiff State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General
State of Delaware

_/s/ Dashiell Raj Radosti_
Owen Lefkon
Director of Fraud and Consumer Protection
Marion Quirk, *pro hac vice*
Director of Consumer Protection
Dashiell Radosti (DE Bar 7100), *pro hac vice*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8800
Dashiell.Radosti@delaware.gov

*Attorneys for Plaintiff State of Delaware*

**CHRISTOPHER M. CARR**
Attorney General
State of Georgia

_/s/ Melissa M. Devine_
Melissa M. Devine (GA Bar No. 403670),
*pro hac vice*
Assistant Attorney General
Office of the Attorney General of the State of
Georgia
2 Martin Luther King Jr. Drive, SE, Ste. 356
Atlanta, GA 30334
Phone: (404) 458-3765
Fax: (404) 651-9108
mdevine@law.ga.gov

*Attorneys for Plaintiff State of Georgia*

1   **ANNE E. LOPEZ**
    Attorney General
2   State of Hawai'i

3   */s/ Christopher T. Han*
    Bryan C. Yee (HI JD No. 4050),
4   *pro hac vice*
    Supervising Deputy Attorney General
5   Christopher T. Han (HI JD No. 11311),
    *pro hac vice*
6   Deputy Attorney General
    Department of the Attorney General
7   Commerce and Economic Development
    Division
8   425 Queen Street
    Honolulu, Hawai'i 96813
9   Phone: (808) 586-1180
    Bryan.c.yee@hawaii.gov
10  Christopher.t.han@hawaii.gov

11
    *Attorneys for Plaintiff State of Hawai'i*
12

13  **RAÚL R. LABRADOR**
    Attorney General
14  State of Idaho

15  By:      */s/ Nathan Nielson*
    Stephanie N. Guyon (ID Bar No. 5989)
16  Nathan H. Nielson (ID Bar No. 9234),
    *pro hac vice*
17  Deputy Attorneys General
    Attorney General's Office
18  P.O. Box 83720
    Boise, ID 83720-0010
19  (208) 334-2424
    stephanie.guyon@ag.idaho.gov
20  nathan.nielson@ag.idaho.gov

21
    *Attorneys for Plaintiff State of Idaho*
22

23  **KWAME RAOUL**
    Attorney General
    State of Illinois

    By:      */s/ Hanan Malik*
    Susan Ellis, Chief, Consumer Protection
    Division (IL Bar No. 6256460)
    Greg Grzeskiewicz, Chief, Consumer Fraud
    Bureau (IL Bar No. 6272322)
    Jacob Gilbert, Deputy Chief, Consumer Fraud
    Bureau (IL Bar No. 6306019)
    Daniel Edelstein, Supervising Attorney,
    Consumer Fraud Bureau (IL Bar No. 6328692),
    *pro hac vice*
    Adam Sokol, Senior Assistant Attorney
    General, Consumer Fraud Bureau (IL Bar No.
    6216883)
    Hanan Malik, Assistant Attorney General,
    Consumer Fraud Bureau (IL Bar No. 6316543),
    *pro hac vice*
    Emily María Migliore, Assistant Attorney
    General, Consumer Fraud Bureau (IL Bar No.
    6336392)
    Kevin Whelan, Assistant Attorney General,
    Consumer Fraud Bureau (IL Bar No. 6321715),
    *pro hac vice*
    Office of the Illinois Attorney General
    100 W. Randolph Street
    Chicago, Illinois 60601
    312-814-2218
    Susan.Ellis@ilag.gov
    Greg.Grzeskiewicz@ilag.gov
    Jacob.Gilbert@ilag.gov
    Daniel.Edelstein@ilag.gov
    Adam.Sokol@ilag.gov
    Hanan.Malik@ilag.gov
    Emily.Migliore@ilag.gov
    Kevin.Whelan@ilag.gov

    *Attorneys for Plaintiff the People of the State of
    Illinois*

24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THEODORE E. ROKITA**
Attorney General
State of Indiana

*/s/ Scott L. Barnhart*
Scott L. Barnhart (IN Atty No. 25474-82),
*pro hac vice*
Chief Counsel and Director of Consumer
Protection
Corinne Gilchrist (IN Atty No. 27115-53),
*pro hac vice*
Section Chief, Consumer Litigation
Mark M. Snodgrass (IN Atty No. 29495-49),
*pro hac vice*
Deputy Attorney General
Office of the Indiana Attorney General
Indiana Government Center South
302 West Washington St., 5th Floor
Indianapolis, IN 46203
Telephone: (317) 232-6309
Scott.Barnhart@atg.in.gov
Corinne.Gilchrist@atg.in.gov
Mark.Snodgrass@atg.in.gov

*Attorneys for Plaintiff State of Indiana*


**KRIS W. KOBACH**
Attorney General
State of Kansas

*/s/   Sarah M. Dietz*
Sarah Dietz, Assistant Attorney General
(KS Bar No. 27457), *pro hac vice*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-3751
sarah.dietz@ag.ks.gov

*Attorney for Plaintiff State of Kansas*


**DANIEL J. CAMERON**
Attorney General
Commonwealth of Kentucky

*/s/ J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109),
*pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*pro hac vice*
Gregory B. Ladd (KY Bar No. 95886),
*pro hac vice*
Zachary Richards (KY Bar No. 99209),
*pro hac vice app. forthcoming*
Daniel I. Keiser (KY Bar No. 100264),
*pro hac vice app. forthcoming*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Greg.Ladd@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**JEFF LANDRY**
Attorney General
State of Louisiana

/s/ *Arham Mughal*
Arham Mughal (LA Bar No. 38354),
*pro hac vice*
L. Christopher Styron (LA Bar No. 30747),
*pro hac vice*
Assistant Attorneys General
Louisiana Department of Justice
Office of the Attorney General
Public Protection Division
Consumer Protection Section
1885 N 3rd Street, 4th Floor
Baton Rouge, LA 70802
Tel: (225) 326-6438
MughalA@ag.louisiana.gov
StyronL@ag.louisiana.gov

*Attorneys for State of Louisiana*

**AARON M. FREY**
Attorney General
State of Maine

/s/ *Michael Devine*
Michael Devine, Maine Bar No. 5048,
*pro hac vice*
Laura Lee Barry Wommack, Maine Bar No.
10110, *pro hac vice*
Assistant Attorneys General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800
michael.devine@maine.gov
lauralee.barrywommack@maine.gov

*Attorneys for Plaintiff State of Maine*

**ANTHONY G. BROWN**
Attorney General
State of Maryland

/s/ *Elizabeth J. Stern*
Philip D. Ziperman (Maryland CPF No.
9012190379), *pro hac vice*
Deputy Chief, Consumer Protection Division
Elizabeth J. Stern (Maryland CPF No.
1112090003), *pro hac vice*
Assistant Attorney General
Office of the Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417 (Mr. Ziperman)
Phone: (410) 576-7226 (Ms. Stern)
Fax: (410) 576-6566
pziperman@oag.state.md.us
estern@oag.state.md.us

*Attorneys for Plaintiff Office of the Attorney
General of Maryland*

**DANA NESSEL**
Attorney General
State of Michigan

/s/ *Daniel J. Ping*
Daniel J. Ping (P81482), *pro hac vice*
Assistant Attorney General
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
517-335-7632
PingD@michigan.gov

*Attorneys for Plaintiff State of Michigan*

OMNIBUS STIPULATION REGARDING SEALING MATERIAL IN THE STATES' COMPLAINT
4:22-md-03047-YGR

**KEITH ELLISON**
Attorney General
State of Minnesota

*/s/ James Van Buskirk*
James Van Buskirk (MN Bar No. 0392513),
*pro hac vice*
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel: (651) 757-1150
james.vanbuskirk@ag.state.mn.us

*Attorney for Plaintiff State of Minnesota, by its
Attorney General, Keith Ellison*

**ANDREW BAILEY**
Attorney General
State of Missouri

By: */s/ Michael Schwalbert*
Michael Schwalbert, *pro hac vice*
Assistant Attorney General
Consumer Protection Section
Missouri Attorney General's Office
815 Olive Street | Suite 200
Saint Louis, Missouri 63101
michael.schwalbert@ago.mo.gov
Phone: 314-340-7888
Fax: 314-340-7981

*Attorney for Plaintiff State of Missouri, ex rel.
Andrew Bailey, Attorney General*

**MICHAEL T. HILGERS**
Attorney General
State of Nebraska

*/s/ Michaela J. Hohwieler*
Michaela J. Hohwieler (NE #26826)
Assistant Attorney General
*pro hac vice*
Colin P. Snider (NE #27724)
Assistant Attorney General
*pro hac vice*
Nebraska Attorney General's Office
2115 State Capitol Building
Lincoln, NE 68509
Phone: (402) 471-3840
Email: michaela.hohwieler@nebraska.gov
Email: colin.snider@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

By: */s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*pro hac vice*
Assistant Section Chief, Deputy Attorney
General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov

*Attorneys for Plaintiffs State of New Jersey and
the New Jersey Division of Consumer Affairs*

**LETITIA JAMES**
Attorney General
State of New York

*/s/ Christopher D'Angelo*
Christopher D'Angelo, Chief Deputy Attorney
General, Economic Justice Division
(NY Bar No. 4348744), *pro hac vice*
Christopher.D'Angelo@ag.ny.gov
Clark Russell, Deputy Chief, Bureau of Internet
and Technology
(NY Bar No. 2848323), *pro hac vice*
Clark.Russell@ag.ny.gov
Nathaniel Kosslyn, Assistant Attorney General
(NY Bar No. 5773676), *pro hac vice app.*
*forthcoming, if required*
Nathaniel.Kosslyn@ag.ny.gov
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8262

*Attorneys for Plaintiff the People of the State of
New York*

**JOSHUA H. STEIN**
Attorney General
State of North Carolina

*/s/ Kevin Anderson*
Kevin Anderson (N.C. Bar No. 22635),
*pro hac vice*
Senior Counsel
Sarah G. Boyce
Deputy Attorney General & General Counsel
Jasmine S. McGhee
Senior Deputy Attorney General
Josh Abram
Kunal Choksi
Special Deputy Attorneys General
Charles G. White
Assistant Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6006
Facsimile: (919) 716-6050
kander@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*

<div style="columns:2">

**DREW H. WRIGLEY**
Attorney General
State of North Dakota

By: /s/ Elin S. Alm
Elin S. Alm, *pro hac vice*
(ND Bar No. 05924)
Assistant Attorney General
Parrell D. Grossman, *pro hac vice*
(ND Bar No. 04684)
Director, Consumer Protection and Antitrust
Division
Christopher G. Lindblad, *pro hac vice*
(ND Bar No. 06480)
Assistant Attorney General
Consumer Protection and Antitrust Division
Office of Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Telephone (701) 328-5570
ealm@nd.gov
pgrossman@nd.gov
clindblad@nd.gov

*Attorneys for Plaintiff State of North Dakota, ex
rel. Drew H. Wrigley, Attorney General*

**DAVE YOST**
Attorney General
State of Ohio

_/s/ Kevin R. Walsh_____
Melissa G. Wright (Ohio Bar No. 0077843)
Section Chief, Consumer Protection Section
Melissa.Wright@ohioago.gov
Melissa S. Smith (Ohio Bar No. 0083551)
Asst. Section Chief, Consumer Protection
Section
Melissa.S.Smith@ohioago.gov
Michael S. Ziegler (Ohio Bar No. 0042206)
Principal Assistant Attorney General
Michael.Ziegler@ohioago.gov
Kevin R. Walsh (Ohio Bar No. 0073999),
*pro hac vice*
Kevin.Walsh@ohioago.gov
Senior Assistant Attorney General
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
Tel: 614-466-1031

*Attorneys for State of Ohio, ex rel. Attorney
General Dave Yost*

**ELLEN F. ROSENBLUM**
Attorney General
State of Oregon

_/s/ Jordan M. Roberts_
Jordan M. Roberts (Oregon Bar No. 115010),
*pro hac vice*
Assistant Attorney General
Oregon Department of Justice
Consumer Protection Section
100 SW Market Street
Portland, Oregon 97201
Telephone:      (971) 673-1880
Facsimile:      (971) 673-1884
E-mail: jordan.m.roberts@doj.state.or.us

*Attorneys for State of Oregon, ex rel. Ellen F.
Rosenblum, Attorney General for the State of
Oregon*

</div>

1
2

**MICHELLE A. HENRY**
Attorney General
Commonwealth of Pennsylvania

3

*/s/ Timothy R. Murphy*
Timothy R. Murphy
Senior Deputy Attorney General
(PA Bar No. 321294), *pro hac vice*
Email: tmurphy@attorneygeneral.gov
Jonathan R. Burns
Deputy Attorney General
(PA Bar No. 315206), *pro hac vice*
Email: jburns@attorneygeneral.gov
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Tel: 717.787.4530

4
5
6
7
8
9
10
11

*Attorneys for Plaintiff the Commonwealth of Pennsylvania*

12
13
14

**PETER F. NERONHA**
Attorney General
State of Rhode Island

15
16

*/s/ Stephen N. Provazza*
Stephen N. Provazza (R.I. Bar No. 10435),
*pro hac vice*
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main St.
Providence, RI 02903
Phone: 401-274-4400
Email: SProvazza@riag.ri.gov

17
18
19
20
21

*Attorneys for Plaintiff State of Rhode Island*

22
23
24
25
26
27
28

**ALAN WILSON**
Attorney General
State of South Carolina

*/s/ Anna C. Smith*
C. Havird Jones, Jr.
Senior Assistant Deputy Attorney General
Jared Q. Libet (S.C. Bar No. 74975),
*pro hac vice*
Assistant Deputy Attorney General
Anna C. Smith (SC Bar No. 104749),
*pro hac vice*
Assistant Attorney General
Clark C. Kirkland, Jr. (CA SBN 272522)
Assistant Attorney General
**OFFICE OF THE ATTORNEY**
**GENERAL OF SOUTH CAROLINA**
P.O. Box 11549
Columbia, South Carolina 29211
Tel: (803) 734-0536
annasmith@scag.gov

*Attorneys for Plaintiff the State of South Carolina, ex rel. Alan M. Wilson, in His Official Capacity as*
*Attorney General of the State of South Carolina*

**MARTY J. JACKLEY**
Attorney General
State of South Dakota

*/s/ Jessica M. LaMie*
By: Jessica M. LaMie (SD Bar No. 4831),
*pro hac vice*
Assistant Attorney General
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Jessica.LaMie@state.sd.us

*Attorneys for Plaintiff State of South Dakota*

1

**JASON S. MIYARES**
Attorney General

2
Commonwealth Of Virginia

3
*/s/ Joelle E. Gotwals*

4
Steven G. Popps
Deputy Attorney General

5
Richard S. Schweiker, Jr.
Senior Assistant Attorney General and Section

6
Chief
Joelle E. Gotwals (VSB No. 76779),

7
*pro hac vice*

8
Assistant Attorney General
Office of the Attorney General of Virginia

9
Consumer Protection Section
202 N. 9th Street

10
Richmond, Virginia 23219

11
Telephone:     (804) 786-8789
Facsimile:     (804) 786-0122

12
E-mail: jgotwals@oag.state.va.us

13
*Attorneys for the Plaintiff Commonwealth of*

14
*Virginia*
*ex rel. Jason S. Miyares, Attorney General*

15

16
**ROBERT W. FERGUSON**
Attorney General

17
State of Washington

18
*/s/ Joseph Kanada*

19
Joseph Kanada (WA Bar No. 55055),
*pro hac vice*

20
Alexandra Kory (WA Bar No. 49889),
*pro hac vice*

21
Rabi Lahiri

22
Gardner Reed
Alexia Diorio

23
Assistant Attorneys General
Washington State Office of the Attorney

24
General
800 Fifth Avenue, Suite 2000

25
Seattle, WA 98104

26
(206) 389-3843
Joe.Kanada@atg.wa.gov

27

28
*Attorneys for Plaintiff State of Washington*

**PATRICK MORRISEY**
Attorney General
State of West Virginia

*/s/ Laurel K. Lackey*
Laurel K. Lackey (WVSB No. 10267),
*pro hac vice*
Abby G. Cunningham (WVSB No. 13388)
Assistant Attorneys General
Office of the Attorney General
Consumer Protection & Antitrust Division
Eastern Panhandle Office
269 Aikens Center
Martinsburg, West Virginia 25404
(304) 267-0239
laurel.k.lackey@wvago.gov

*Attorneys for Plaintiff State of West Virginia, ex rel. Patrick Morrisey, Attorney General*

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

*/s/ R. Duane Harlow*
R. Duane Harlow
Assistant Attorney General
WI State Bar #1025622, *pro hac vice*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-2950
harlowrd@doj.state.wi.us

*Attorneys for Plaintiff State of Wisconsin*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


DATED:   November 22, 2023             By:    */s/ Ashley M. Simonsen*
                                                    Ashley M. Simonsen

OMNIBUS STIPULATION REGARDING SEALING MATERIAL IN THE STATES' COMPLAINT
4:22-md-03047-YGR