# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.*, No. 4:23-cv-05448-YGR | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER ON OMNIBUS STIPULATION REGARDING SEALING MATERIAL IN THE STATES' COMPLAINT** |

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Setting Sealing Procedures (MDL Dkt. 341)[1], the Court rules as follows on the Parties' Omnibus Stipulation Regarding Sealing Material in the States' Complaint (Dkt. 1):

| Document | Paragraph and Lines to Be Redacted | Action to Be Taken | Court's Order |
|---|---|---|---|
| Complaint | ¶ 115 (from after "Science" to before "reflected") | Redact specified portion | |
| Complaint | ¶ 229 (from after "including" to before ", current Director") | Redact specified portion | |
| Complaint | ¶ 229 (from after "Science, and" to before "discussed") | Redact specified portion | |
| Complaint | ¶ 229 (from after "girls." to before "questioned") | Redact specified portion | |
| Complaint | ¶ 236 (from after "employee" to before "noted") | Redact specified portion | |
| Complaint | ¶ 372 (from after "at Meta)" to before "suggested") | Redact specified portion | |
| Complaint | ¶ 372 (from after "Management" to before "concluded") | Redact specified portion | |
| Complaint | ¶ 380 (from after "researchers: '" to before ": 'Turning") | Redact specified portion | |
| Complaint | ¶ 380 (from after "teens.'" to before ": 'Yeah") | Redact specified portion | |
| Complaint | ¶ 416 (from after "researcher" to before "sent") | Redact specified portion | |
| Complaint | ¶ 449 (before "wrote to") | Redact specified portion | |
| Complaint | ¶ 450 (before ", Research Director") | Redact specified portion | |
| Complaint | ¶ 549 (from after "Manager" to before "noted") | Redact specified portion | |
| Complaint | ¶ 549 (from after "share.'" to before "further") | Redact specified portion | |
| Complaint | ¶ 585 (from after "March 2020," to before "noted") | Redact specified portion | |
| Complaint | ¶ 587 (from after "In 2020," to before "indicated") | Redact specified portion | |
| Complaint | ¶ 617 (from after "September 2020," to before ", Director" | Redact specified portion | |
| Complaint | ¶ 617 (from after "safe.'" to before | Redact specified | |

---

[1] References to the docket in Case No. 4:23-cv-05448-YGR are denoted "Dkt." References to the MDL docket, Case No. 4:22-md-03047-YGR, are denoted "MDL Dkt."

| | | | |
|---|---|---|---|
| | "further") | portion | |
| Complaint | ¶ 692 (from after "researcher" to before "noted") | Redact specified portion | |
| Complaint | ¶ 717 (from after "Science" to before ", a Meta") | Redact specified portion | |
| Complaint | ¶ 718 (from after "employee" to before "stated") | Redact specified portion | |
| Complaint | ¶ 737 (from after "September 2021," to before "instructed") | Redact specified portion | |
| Complaint | ¶ 770 (from after "Engineer" to before "noted") | Redact specified portion | |
| Complaint | ¶ 773 (from after "Mosseri and" to before ", then Facebook") | Redact specified portion | |
| Complaint | ¶ 774 (from after "Instagram" to before "wrote") | Redact specified portion | |
| Complaint | ¶ 774 (from after "2021," to before "wrote") | Redact specified portion | |
| Complaint | ¶ 775 (from after "year," to before the next comma and from after that comma to before "and others") | Redact specified portion | |
| Complaint | ¶ 778 (from after "2021," to before "noted") | Redact specified portion | |
| Complaint | ¶ 781 (from after "January 2021," to before "discussed" | Redact specified portion | |
| Complaint | ¶ 786 (from after "Researcher" to before "suggests") | Redact specified portion | |
| Complaint | ¶ 817 (from after "employee" to before "reported") | Redact specified portion | |
| Complaint | ¶ 824 (to before "stated") | Redact specified portion | |

**SO ORDERED.**

DATED: _____

Hon. Yvonne Gonzalez Rogers
United States District Judge