IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV 24 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| The People of the State of California, et al<br><br>Plaintiffs,<br><br>v.<br><br>Meta Platforms, Inc. et al<br><br>Defendants. | ) <br>) <br>) <br>) <br>) <br>) Case No. [4:23-cv-05448-YGR]<br>) <br>) <br>) <br>) <br>) |

## MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

### I. INTRODUCTION

TO THE HONORABLE JUDGE OF NORTHERN DISTRICT OF CALIFORNIA:

COMES NOW, Conghua Yan, the Plaintiff-Intervenor, respectfully requests the Court to grant permission for electronic case filing. In support of this motion, Conghua Yan states as follows:

**Background**

1. I am representing myself pro se and have sought intervention in the above-captioned matter.

**Request for Electronic Filing Privileges**

1. I respectfully request the Court's permission to file documents electronically through the Court's electronic filing system. This request aims to ensure more efficient, timely filing and management of court documents and to provide timely access to filed documents.

**Technical Competence**

1.      I affirm that I have access to the necessary technology and am competent in using computers and the internet. I commit to adhering to the Court's electronic filing procedures and requirements.

2.      I have previous experience with ECF, having filed at least 20 documents in prior Federal cases without any issues.

3.      Fulfilling the court's deadlines has been a significant financial burden, with costs for mailing documents to relevant parties and the court averaging around $30 each. This expense is unsustainable, especially when considering the need to reach out to all 33 Attorneys General by mail.

4.      Additionally, traveling to a mailing facility to drop off physical copies is a time-consuming and energy-intensive task.

5.      The lack of electronic filing privileges has placed me, a pro se Plaintiff-Intervenor, at a disadvantage compared to other parties.

6.      It is foreseeable that the decision on the prior motion for intervention could lead to subsequent legal actions, such as a motion to reconsider or an appeal. Granting electronic filing capacity would facilitate smoother management of any future actions.

### Consent to Electronic Service

1.      I consent to accept service electronically through the electronic filing system and understand that this will be the primary method for receiving notifications and documents from the Court.

### Conclusion

Granting permission for electronic case filing will not prejudice any party and will contribute to a more efficient management of this case.

WHEREFORE, Plaintiff-Intervenor respectfully requests that this Court grant the motion for permission for electronic case filing.

For the foregoing reasons, Plaintiff-Intervenor's Motion should be granted.

Respectfully Submitted,

/s/ Conghua Yan    *[signature]* Nov/19/2023

[Conghua Yan]
[2140 E Southlake Blvd, Suite L-439]
[Southlake, Texas 76092]
[214-228-1886]
[arnold200@gmail.com]

## CERTIFICATE OF SERVICE

On (November 19th, 2023) I, Conghua Yan, hereby certify that I have served the forgoing document on all counsels and/or pro se parties of record in a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Nov/19/2023

/s/ Conghua Yan

Conghua Yan, Pro Se Plaintiff

[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092] [214-228-1886]

[arnold200@gmail.com]