IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFONIA

**FILED**
NOV 24 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

The People of the State of California, et al )
)
Plaintiffs, )
)
v. ) Case No. [4:23-cv-05448-YGR]
)
Meta Platforms, Inc. et al )
)
Defendants. )
)

Clerk of Court
United States District Court
Northern District of California
Re: [4:23-cv-05448-YGR]

Dear Clerk of Court,

I am writing in reference to the above-captioned matter. Enclosed with this letter, please find two documents related to the case:

1. **MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING** - This document is a formal motion intended for the judge's consideration.
2. **Certificate of Service for Prior Filing** *REPLY TO STATES' RESPONSE TO PRO SE MOTION TO INTERVENE* - This certificate verifies that I have served the required parties with the previously filed documents as per the Court's rules and regulations.

I respectfully submit these documents for filing with the United States District Court for the Northern District of California. Please acknowledge receipt of these documents and process them as per the Court's procedures.

Should there be any issues or further information required regarding these submissions, please do not hesitate to contact me.

Thank you for your attention to these matters.

Respectfully submitted,

/s/ Conghua Yan     *[signature]* Nov/19/2023

[Conghua Yan]
[2140 E Southlake Blvd, Suite L-439]
[Southlake, Texas 76092]
[214-228-1886]
[arnold200@gmail.com]

## CERTIFICATE OF SERVICE

On (November 17th, 2023) I, Conghua Yan, hereby certify that I have served the forgoing document on all counsels and/or pro se parties of record in a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

_Nov/17/2023_ _[signature]_  /s/ Conghua Yan

Conghua Yan, Pro Se Plaintiff

[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092] [214-228-1886]

[arnold200@gmail.com]