

CERTIFIED MAIL
9589 0710 5270 1426 9913 37

PM KELLER, TX 76248
NOV 20, 2023
94102
$14.00
RDC 03
R2305K142844-01

**UNITED STATES POSTAL SERVICE**

PRIORITY MAIL

FROM: Conghua Yan
2140 E Southlake Blvd,
Suite L-439
Southlake, Texas 76092

TO: Intake,
United States District Court
450 Golden Gate Ave.
Box 36060
San Francisco CA 94102-3489

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

RECEIVED
NOV 24 2023
CLERK, U.S. DISTRICT COURT

**TRACKED ■ INSURED**

PS00001000014
EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

RECEIVED
NOV 24 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.