AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| People of the State of California, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:23-cv-05448-YGR |
| Meta Platforms, Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of North Carolina.

Date: 11/30/2023

*Attorney's signature*

Charles G. White, NC State Bar #57735
*Printed name and bar number*

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
*Address*

cwhite@ncdoj.gov
*E-mail address*

(919) 716-6889
*Telephone number*

(919) 716-6050
*FAX number*