IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| People of the State of California, et al., | ) MDL No. 3047 |
| Plaintiffs | ) Case No. 4:23-cv-05448-YGR |
| v. | ) Honorable Yvonne Gonzalez Rogers |
| Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, | ) **NOTICE OF CHANGE IN COUNSEL** |

**COMES NOW** Michaela J. Hohwieler, counsel for the State of Nebraska, ex rel. Michael T. Hilgers, Attorney General and hereby files this Notice of Change in Counsel as she is no longer affiliated with the Nebraska Attorney General's Office.

All future pleadings and correspondence should be directed to Colin P. Snider, existing attorney of record for the State of Nebraska, ex rel. Michael T. Hilgers, Attorney General.

Dated this 2nd day of January, 2024.

        STATE OF NEBRASKA, ex rel.,
        MICHAEL T. HILGERS,
        ATTORNEY GENERAL, Plaintiff

BY:   */s/ Michaela J. Hohwieler*
        Michaela J. Hohwieler, #26826
        Assistant Attorney General
        Nebraska Attorney General's Office
        2115 State Capitol
        Lincoln, NE 68509-8920
        Tel: (402) 471-2811
        michaela.hohwieler@nebraska.gov