AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

People of the State of California, et al.
*Plaintiff*
v.

Meta Platforms, Inc., et al.
*Defendant*

Case No. 4:23-cv-05448-YGR

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Matthew J. Platkin, Attorney General for the State of New Jersey, and Cari Fais, Acting Director of the New Jersey Division of Consumer Affairs

Date: 1/24/2024

s/ [signature]
*Attorney's signature*

373452021   (NJ Bar No. )
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

Mandy.Wang@law.njoag.gov
*E-mail address*