AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| People of the State of California, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:23-cv-05448-YGR |
| | ) | |
| Meta Platforms, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Matthew J. Platkin, Attorney General for the State of New Jersey, and Cari Fais, Acting Director of the New Jersey Division of Consumer Affairs

Date: 1/31/2024

*Gina F. Pittore*
*Attorney's signature*

GINA F. PITTORE
N.J. Bar No. 323552019
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

GINA.PITTORE@LAW.NJOAG.GOV
*Email Address*