AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| People of the State of California | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:23-cv-05448-YGR |
| Meta Platforms, Inc. et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Connecticut.

Date: 02/01/2024

/s/ Krislyn M. Launer
*Attorney's signature*

Krislyn M. Launer, CT juris # 440789
*Printed name and bar number*
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106

*Address*

krislyn.launer@ct.gov
*E-mail address*

(860) 808-5150
*Telephone number*

(860) 808-5389
*FAX number*