AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| People of the State of California, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:23-cv-05448-YGR |
| Meta Platforms, Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

People of the State of Illinois.

Date: 02/05/2024

/s/ Matthew C. Davies
*Attorney's signature*

Matthew C. Davies, IL ARDC 6299608
*Printed name and bar number*
Office of the Illinois Attorney General
115 S. LaSalle St.
26th Floor
Chicago, IL 60603
*Address*

matthew.davies@ilag.gov
*E-mail address*

(773) 590-7807
*Telephone number*

(312) 814-2593
*FAX number*