✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ **District of** __California__

People of the State of California
                Plaintiff (s),

V.

Meta Platforms, Inc., et al.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 4:23-cv-05448

Notice is hereby given that, subject to approval by the court, __State of Arizona, ex rel Kris Mayes__ substitutes
(Party (s) Name)

__Laura Dilweg__, State Bar No. __036066__ as counsel of record in
(Name of New Attorney)

place of __Vince Rabago, AZ Bar No. 015522, CA Bar No. 167033__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Laura Dilweg
    Address:    Arizona Attorney General's Office, 2005 N. Central Ave., Phoenix, AZ 85004
    Telephone:    (602) 542-5487    Facsimile  (602) 542-4377
    E-Mail (Optional):    laura.dilweg@azag.gov

I consent to the above substitution.
Date: 2/5/2024

State of Arizona
_(Signature of Party (s))_

I consent to being substituted.
Date: 2/5/2024

Vince Rabago
_(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: 2/5/2024

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**