AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| State of Arizona, et al.<br>*Plaintiff*<br>v.<br>Meta Platforms, Inc., et al.<br>*Defendant* | )<br>)<br>) Case No. 4:23-cv-05448-YGR<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Commonwealth of Kentucky.

Date: 02/21/2024

/s/ Matthew Cocanougher
*Attorney's signature*

Matthew C. Cocanougher (KYBN 94292)
*Printed name and bar number*

Kentucky Office of the Attorney General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
*Address*

matthew.cocanougher@ky.gov
*E-mail address*

(502) 892-8538
*Telephone number*

(502) 573-8317
*FAX number*