AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

| | |
|---|---|
| State of Arizona, et al., <br> *Plaintiff* <br> v. <br> Meta Platforms, Inc., et al. <br> *Defendant* | Case No. 4:23-cv-05448-YGR |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Minnesota, by its Attorney General, Keith Ellison.

Date: 02/23/2024

/s/ Caitlin Micko
*Attorney's signature*

Caitlin Micko (MN No. 0395388)
*Printed name and bar number*

Minnesota Attorney General's Office
445 Minnesota Street, Suite 1200
St. Paul, MN 55101
*Address*

caitlin.micko@ag.state.mn.us
*E-mail address*

(651) 724-9180
*Telephone number*

(651) 296-7438
*FAX number*