

TAIMING ZHANG
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

******************AUTO**SCF 940
UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVE STE 36060
SAN FRANCISCO CA 94102-3432

PL1 T2  P7 S218

**RECEIVED**

MAR 11 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA