Clear Form

RECEIVED

MAR 11 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Taiming Zhang
MOVANT

~~Plaintiff,~~

CASE NO. 4:23-cv-05448, 05885

~~vs.~~

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
**(Non-prisoner cases only)**

~~Defendant.~~

I, Taiming Zhang _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?          Yes \_\_\_ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

LDC7864A11A0AAA.000218.34.37.000000

1  and wages per month which you received.

2  I have never in my life been employed.

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7    a.    Business, Profession or              Yes ____ No ✔

8           self employment?

9    b.    Income from stocks, bonds,           Yes ____ No ✔

10          or royalties?

11   c.    Rent payments?                       Yes ____ No ✔

12   d.    Pensions, annuities, or              Yes ____ No ✔

13          life insurance payments?

14   e.    Federal or State welfare payments,   Yes ____ No ✔

15          Social Security or other govern-

16          ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  _____

20  _____

21  3.    Are you married?                      Yes ____ No ✔

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____ Net $_____

26  4.    a.    List amount you contribute to your spouse's support:$ _____

27        b.    List the persons other than your spouse who are dependent upon you for support

28              and indicate how much you contribute toward their support.  (NOTE: For minor

-2-

LDC7864A11A0AAA.000218.35.37.000000

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.      Do you own or are you buying a home?          Yes ____ No ✔

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.      Do you own an automobile?                          Yes ____ No ✔

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.      Do you have a bank account?  Yes ✔ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: Bank of China _____

_____

Present balance(s):  $ 0 _____

Do you own any cash?  Yes ____ No ✔ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated

market value.)                                                       Yes ____ No ✔

_____

8.      What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ 500 _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.      Do you have any other debts? (List current obligations, indicating amounts and to whom

they are payable.  Do not include account numbers.)

no _____

- 3 -

LDC7864A11A0AAA.000218.36.37.000000

10.   Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes _____ No ✔

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

Feb 28, 2024

DATE                              SIGNATURE OF APPLICANT

I am medically depressed and anxious thanks to the harms by Andrew Joseph Bonomolo and others. I live on my elderly mom's pension. I only have expenses on food.

- 4 -