

TAIMING ZHANG
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

*****************AUTO**SCF 940

UNITED STATES DISTRICT COURT          PL1 T2  P7 S218
450 GOLDEN GATE AVE STE 36060
SAN FRANCISCO CA 94102-3432

RECEIVED

MAR 11 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA