AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| People of the State of California, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:23-cv-05448-YGR |
| Meta Platforms, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Virginia.

Date:   03/12/2024

/s/ Richard S. Schweiker, Jr.
*Attorney's signature*

Richard S. Schweiker, Jr. (VA State Bar # 34258)
*Printed name and bar number*

Office of the Attorney General of Virginia
202 N. 9th Street
Richmond, VA  23219
*Address*

rschweiker@oag.state.va.us
*E-mail address*

(804) 786-5643
*Telephone number*

(804) 786-0122
*FAX number*