IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| People of the State of California, et al., | ) MDL No. 3047 |
| Plaintiffs | ) Case No. 4:23-cv-05448-YGR |
| v. | ) Honorable Yvonne Gonzalez Rogers |
| Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, | ) **NOTICE OF CHANGE IN COUNSEL** |

**COMES NOW** James Van Buskirk, counsel for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison, and hereby files this Notice of Change in Counsel as he has resigned his position with the Minnesota Attorney General's Office and ceased to be involved with the above-referenced case.

All future pleadings and correspondence should be directed to Assistant Attorney General Caitlin Micko, existing attorney of record for the State of Minnesota, by its Attorney General, Keith Ellison.

Dated this 13th day of March, 2024.

                                       STATE OF MINNESOTA, by its
                                       ATTORNEY GENERAL,
                                       KEITH ELLISON, Plaintiff

BY:   */s/ James Van Buskirk*
            James Van Buskirk (MN Bar No. 0392513),
            *pro hac vice*
            Assistant Attorney General
            Office of the Minnesota Attorney General
            445 Minnesota Street, Suite 1200
            St. Paul, MN 55101-2130
            Tel: (651) 757-1150
            james.vanbuskirk@ag.state.mn.us