IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

|  |  |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | ) MDL No. 3047 ) ) Case No. 4:22-md-03047-YGR (PHK) ) Case No. 4:23-cv-05448-YGR ) |
| THIS FILING RELATES TO: | ) Honorable Peter H. Kang ) |
| ALL ACTIONS | ) **MOTION TO** ) **WITHDRAW AS COUNSEL** ) ) |

**COMES NOW** Gina F. Pittore, of the State of New Jersey, Office of the Attorney General, Division of Law, and hereby withdraws herself as counsel for Plaintiff, Matthew J. Platkin, Attorney General for the State of New Jersey, and Cari Fais, Acting Director of the New Jersey Division of Consumer Affairs pursuant to Local Rule 11-5(a).  All future pleadings and correspondence should be directed to all other attorneys of record for the State of New Jersey in this case.  Any questions or concerns regarding this motion should be directed to Thomas.Huynh@law.njoag.gov.

Date:  04/08/2024

*Gina F. Pittore*
*Attorney's signature*

GINA F. PITTORE
N.J. Bar No. 323552019
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

GINA.PITTORE@LAW.NJOAG.GOV
*Email Address*