AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| People of the State of California et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:23-cv-05448-YGR |
| Meta Platforms, Inc. et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Virginia.

Date: 04/24/2024

/s/ Joelle E. Gotwals
*Attorney's signature*

Joelle E. Gotwals (Va. State Bar No. 76779)
*Printed name and bar number*

Office of the Attorney General of Virginia
202 N. 9th Street
Richmond, VA 23219
*Address*

jgotwals@oag.state.va.us
*E-mail address*

(804) 786-8789
*Telephone number*

(804) 786-0122
*FAX number*