IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Case No. 4:23-cv-05448-YGR | Case Nos.:   4:23-cv-05448-YGR<br>              4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL** |

    **COMES NOW** R. Duane Harlow, of the Wisconsin Department of Justice, and hereby withdraws as counsel for Plaintiff, State of Wisconsin, in the above-captioned litigation. All future pleadings and correspondence should be directed to all other attorneys of record for the State of Wisconsin in this case.

    Dated: June 4, 2024.

                                            **JOSHUA L. KAUL**
                                            Attorney General
                                            State of Wisconsin

                                            */s/ R. Duane Harlow*
                                            R. Duane Harlow
                                            Assistant Attorney General
                                            WI State Bar #1025622, *pro hac vice*
                                            Wisconsin Department of Justice
                                            Post Office Box 7857
                                            Madison, Wisconsin 53707-7857
                                            (608) 266-2950
                                            harlowd@doj.state.wi.us

                                            *Attorneys for Plaintiff State of Wisconsin*