KWAME RAOUL
Attorney General, State of Illinois
SUSAN ELLIS
GREG GRZESKIEWICZ
JACOB GILBERT
DANIEL EDELSTEIN, *pro hac vice*
KEVIN WHELAN, *pro hac vice*
MATTHEW DAVIES, *pro hac vice*
ADAM SOKOL
EMILY MARÍA MIGLIORE
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, Illinois 60603
Telephone: 312-814-8554
Email: daniel.edelstein@ilag.gov

*Attorneys for Plaintiff the People of the State of Illinois*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| *People of the State of California, et al.* | MDL No. 3047 |
| v. | Case Nos. 4:23-cv-05448-YGR |
| *Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC* | 4:23-cv-05885-YGR |
| -------------------------------------------------- | **NOTICE OF WITHDRAWAL AS COUNSEL** |
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Judge: Honorable Yvonne Gonzalez Rogers |
| | Honorable Peter H Kang |
| THIS DOCUMENT RELATES TO: 4:23-cv-05448, 4:23-cv-05885 | |

**NOW COMES** Daniel Edelstein, of the Illinois Attorney General's Office, and hereby withdraws as counsel for Plaintiff, People of the State of Illinois by and through Attorney General Kwame Raoul, in the above-captioned litigation. All further pleadings and correspondence should be directed to all other attorneys of record for the State of Illinois in this case.

Dated: June 14, 2024

**STATE OF ILLINOIS**
Kwame Raoul
Attorney General

*/s/ Daniel Edelstein*

Daniel Edelstein (IL Bar No. #6328692)
Assistant Attorney General
Consumer Fraud Bureau
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: (312) 814-8554
daniel.edelstein@ilag.gov

*Attorney for Plaintiff People of the State of Illinois by and through Attorney General Kwame Raoul*