AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

People of the State of California
             Plaintiff (s),

V.

Meta Platforms, Inc., et al.
             Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:23-cv-5448

Notice is hereby given that, subject to approval by the court, __State of South Dakota__ substitutes
(Party (s) Name)

__Bret Leigh Nance__, State Bar No. __5613__ as counsel of record in
(Name of New Attorney)

place of __Jessica LaMie, South Dakota Bar No. 4813__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Bret Leigh Nance
    Address: 1302 E. Highway 14, Suite 1, Pierre, SD 57501
    Telephone: (605) 773-3215      Facsimile (605) 773-4106
    E-Mail (Optional): bretleigh.nance@state.sd.us

I consent to the above substitution.
Date: 6/27/2024

State of South Dakota
_[signature]_
(Signature of Party (s))

I consent to being substituted.
Date: 6/27/2024

Jessica LaMie
_[signature]_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/27/2024

_[signature: Bret Leigh...]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____      _____
                                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]