AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| People of the State of California | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:23-cv-05448 |
| Meta Platforms, Inc et all | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Louisiana

Date:  07/22/2024

*Attorney's signature*

Asyl Nachabe, Louisiana Bar Roll No. 38846
*Printed name and bar number*

Louisiana Department of Justice
1885 N. Third St., 4th Floor
Baton Rouge, LA 70802

*Address*

NachabeA@ag.louisiana.gov
*E-mail address*

(225) 326-6435
*Telephone number*

(225) 326-6499
*FAX number*