1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9
10

11

People of the State of California, et al.

v.

Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC

-----------------------------------------------------

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

4:23-cv-05448.

MDL No. 3047

Case No.: 4:23-cv-05448-YGR

**DECLARATION OF MEGAN O'NEILL IN SUPPORT OF STATE ATTORNEYS GENERAL'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL INFORMATION**

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

12
13
14
15
16
17
18
19
20

21    I, MEGAN O'NEILL, declare and state as follows:

22         1.    I am a Deputy Attorney General in the Consumer Protection Section of the California

23    Department of Justice. I am a member of good standing of the State Bar of California. I make this

24    declaration based on my own personal knowledge.  If called upon to testify, I could and would testify

25    completely to the truth of the matters stated herein.

26         2.    I submit this declaration, as required by Civil Local Rule 7-11, in support of the State

27    Attorneys General's Administrative Motion for Leave to File Supplemental Information.

28

DECLARATION OF MEGAN O'NEILL IN SUPPORT OF STATE ATTORNEYS GENERAL'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL INFORMATION
4:23-CV-05448-YGR

3.    On July 17, 2024, Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc. ("Meta") sent a Notice of Intent to Serve Subpoenas and attached copies of ten subpoenas to the Notice.

4.    On July 23, 2024, Meta sent a Notice of Intent to Serve Subpoenas and attached copies of six subpoenas to the Notice.

5.    On July 24, 2024, Meta sent a Notice of Intent to Serve Subpoenas and attached copies of ten subpoenas to the Notice.

6.    The State AGs seek leave to submit Meta's Notices of Intent to Serve Subpoenas and attached copies of subpoenas through their concurrently filed Administrative Motion for Leave to File Supplemental Information.

7.    The State AGs submit this declaration in lieu of a stipulation because Meta has indicated that it opposes the State AGs' Administrative Motion for Leave to File Supplemental Information.

DATED: July 24, 2024

*/s/ Megan O'Neill*
MEGAN O'NEILL
Deputy Attorney General

DECLARATION OF MEGAN O'NEILL IN SUPPORT OF STATE ATTORNEYS GENERAL'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL INFORMATION
4:23-CV-05448-YGR