[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al. | MDL No. 3047 |
| v. | Case No.: 4:23-cv-05448-YGR |
| Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC | |
| ------------------------------------------------------ | **STATE ATTORNEYS GENERAL'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL INFORMATION** |
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: | Judge: Hon. Yvonne Gonzalez Rogers |
| 4:23-cv-05448. | Magistrate Judge: Hon. Peter H. Kang |

Under Civil Local Rule 7-11 and 7-3(d), the State Attorneys General ("State AGs") submit this Administrative Motion for Leave to File Supplemental Information to bring to the Court's attention relevant events occurring since the State AGs and Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC ("Meta") submitted their Joint Statement and Joint Supplemental Letter Brief Regarding State Agency Discovery, *see* Dkt. Nos. 685, 738, and since the Court heard oral argument on March 21, 2024 and May 6, 2024.

Attached as Exhibit A is Meta's July 17, 2024 Notice of Intent to Serve Subpoenas, along with copies of subpoenas directed at the California Department of Child Support Services; the California

Department of Education; the California Mental Health Services Oversight and Accountability Commission; the Colorado Behavioral Health Administration; the Colorado Department of Education; the Kentucky Department for Behavioral Health, Developmental and Intellectual Disabilities; the Kentucky Department of Education; the New Jersey Department of Education; the New Jersey Department of Health; and the New Jersey Governor's Council on Mental Health Stigma.

Attached as Exhibit B is Meta's July 23, 2024 Notice of Intent to Serve Subpoenas, along with copies of subpoenas directed at the Georgia Department of Behavioral Health and Developmental Disabilities, the Georgia Department of Education, the Maine Department of Education, the Maine Department of Health & Human Services, the Maryland Center for School Safety, and the Maryland Department of Human Services.

Attached as Exhibit C is Meta's July 24, 2024 Notice of Intent to Serve Subpoenas, along with copies of subpoenas directed at the Arizona Department of Child Safety, the Arizona Department of Education, the Arizona Department of Health Services, the Idaho Department of Education, the Idaho Health & Welfare Department, the Indiana Commission on Improving the Status of Children, the Indiana Department of Education, the Indiana Department of Health, the Louisiana Department of Education, and the Louisiana Department of Health.

The State AGs seek to provide the supplemental information attached as Exhibits A, B, and C to ensure a complete and accurate record. Meta previously identified each of the twenty-six entities noted above as entities encompassed in the dispute regarding state agency discovery. *See* Dkt. 738-1.

The State AGs have consulted with counsel for Meta, which opposes the State AGs' filing of this Motion and may file an Opposition pursuant to Local Rule 7-11(b).

DATED: July 24, 2024

Respectfully submitted,

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Bianca E. Miyata*
Bianca E. Miyata, CO Reg. No. 42012,
*pro hac vice*

Senior Assistant Attorney General
Lauren M. Dickey, CO Reg. No. 45773, *pro hac vice*
First Assistant Attorney General
Megan Paris Rundlet, CO Reg. No. 27474
Senior Assistant Solicitor General
Elizabeth Orem, CO Reg. No. 58309
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General
State of California

*/s/ Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer
(CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.ONeill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice app. forthcoming*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*

Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiff New Jersey Division of Consumer Affairs*

**ATTESTATION**

I, Megan O'Neill, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: July 24, 2024

                                        */s/ Megan O'Neill*
                                        MEGAN O'NEILL
                                        Deputy Attorney General