[*Submitting Counsel on Signature Page*]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br><br>    v.<br><br>Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC<br><br>------------------------------------------------------<br><br>Office of the Attorney General, State of Florida, Department of Legal Affairs<br><br>    v.<br><br>Meta Platforms, Inc., Instagram, LLC., Meta Payments, Inc.<br><br>------------------------------------------------------<br><br>State of Montana, *ex rel.* Austin Knudsen, Attorney General<br><br>    v.<br><br>Meta Platforms, Inc., Instagram, LLC, Facebook Holdings, LLC, Facebook Operations, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, Siculus, Inc.<br><br>------------------------------------------------------<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448; 4:23-cv-05885; 4:24-cv-00805 | MDL No. 3047<br><br>Case No.: 4:23-cv-05448-YGR<br>            4:23-cv-05885-YGR<br>            4:24-cv-00805-YGR<br><br>**DECLARATION OF MEGAN O'NEILL IN SUPPORT OF STATE ATTORNEYS GENERAL'S SECOND ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL INFORMATION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

1

DECLARATION OF MEGAN O'NEILL IN SUPPORT OF STATE ATTORNEYS GENERAL'S SECOND ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL INFORMATION
4:23-CV-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

I, MEGAN O'NEILL, declare and state as follows:

1. I am a Deputy Attorney General in the Consumer Protection Section of the California Department of Justice. I am a member of good standing of the State Bar of California. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify completely to the truth of the matters stated herein.

2. I submit this declaration, as required by Civil Local Rule 7-11, in support of the State Attorneys General's Second Administrative Motion for Leave to File Supplemental Information.

3. On July 29, 2024, Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC ("Meta") sent a Notice of Intent to Serve Subpoenas and attached copies of 26 subpoenas to the Notice.

4. On July 30, 2024, Meta sent a Notice of Intent to Serve Subpoenas and attached copies of two subpoenas to the Notice.

5. On July 31, 2024, Meta sent a Notice of Intent to Serve Subpoenas and attached copies of twelve subpoenas to the Notice.

6. On August 1, 2024, Meta sent a Notice of Intent to Serve Subpoenas and attached copies of fourteen subpoenas to the Notice.

7. On August 9, 2024, Meta sent a Notice of Intent to Serve Subpoenas and attached copies of three subpoenas to the Notice.

8. The subpoenas directed to state agencies differ from Meta's earlier Requests for Production of Documents served on the State AGs which had purported to demand the State AGs to produce documents in the possession of numerous state agencies, including these agencies. The subpoenas contain new requests directed to the agencies, while also repeating a subset of the prior Requests for Production of Documents.

9. Additionally, on August 6, 2024, Meta provided to counsel from the Massachusetts Office of the Attorney General its Notice of Intent to Serve Subpoena *Duces Tecum* for Production on six

Massachusetts entities in *Commonwealth of Massachusetts v. Meta Platforms, Inc.*, Massachusetts Superior Court No. 2384CV02397-BLS1.

10. The State AGs seek leave to submit Meta's Notices of Intent to Serve Subpoenas through their concurrently filed Second Administrative Motion for Leave to File Supplemental Information.

11. On August 19, 2024, counsel for Meta wrote that "Meta takes no position on" the State AGs' Second Administrative Motion for Leave to File Supplemental Information.

12. The State AGs submit this declaration in lieu of a stipulation because Meta has indicated that it takes no position on the State AGs' Administrative Motion for Leave to File Supplemental Information.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 19, 2024, in San Francisco, California.

                                         */s/ Megan O'Neill*
                                         MEGAN O'NEILL
                                         Deputy Attorney General