[*Submitting Counsel on Signature Page*]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br><br>    v.<br><br>Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC<br><br>-------------------------------------------------<br><br>Office of the Attorney General, State of Florida, Department of Legal Affairs<br><br>    v.<br><br>Meta Platforms, Inc., Instagram, LLC., Meta Payments, Inc.<br><br>-------------------------------------------------<br><br>State of Montana, *ex rel.* Austin Knudsen, Attorney General<br><br>    v.<br><br>Meta Platforms, Inc., Instagram, LLC, Facebook Holdings, LLC, Facebook Operations, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, Siculus, Inc.<br><br>-------------------------------------------------<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448; 4:23-cv-05885; 4:24-cv-00805 | MDL No. 3047<br><br>Case No.: 4:23-cv-05448-YGR<br>            4:23-cv-05885-YGR<br>            4:24-cv-00805-YGR<br><br>**DECLARATION OF MEGAN O'NEILL IN SUPPORT OF STATE ATTORNEYS GENERAL'S THIRD ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL INFORMATION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

1

DECLARATION OF MEGAN O'NEILL IN SUPPORT OF STATE ATTORNEYS GENERAL'S THIRD ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL INFORMATION
4:23-CV-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

I, MEGAN O'NEILL, declare and state as follows:

1. I am a Deputy Attorney General in the Consumer Protection Section of the California Department of Justice. I am a member of good standing of the State Bar of California. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify completely to the truth of the matters stated herein.

2. I submit this declaration, as required by Civil Local Rule 7-11, in support of the State Attorneys General's Third Administrative Motion for Leave to File Supplemental Information.

3. On August 28, 2024, Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC ("Meta") sent a Notice of Intent to Serve Subpoenas and attached copies of 39 subpoenas to the Notice.

4. On August 30, 2024, Meta sent a Notice of Intent to Serve Subpoenas and attached copies of 18 subpoenas to the Notice.

5. The subpoenas directed to state agencies differ from Meta's earlier Requests for Production of Documents served on the State AGs which had purported to demand the State AGs produce documents in the possession of numerous state agencies, including these agencies. The subpoenas contain new requests directed to the agencies, while also repeating a subset of the prior Requests for Production of Documents.

6. The State AGs seek leave to submit Meta's Notices of Intent to Serve Subpoenas through their concurrently filed Third Administrative Motion for Leave to File Supplemental Information.

7. On September 4, 2024, counsel for Meta wrote that "Meta takes no position on" the State AGs' Third Administrative Motion for Leave to File Supplemental Information.

8. The State AGs submit this declaration in lieu of a stipulation because Meta has indicated that it takes no position on the State AGs' Third Administrative Motion for Leave to File Supplemental Information.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on September 4, 2024, in San Francisco, California.

*/s/ Megan O'Neill*
MEGAN O'NEILL
Deputy Attorney General