# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br><br>　　v.<br><br>Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC<br><br>-------------------------------------------------------<br><br>Office of the Attorney General, State of Florida, Department of Legal Affairs<br><br>　　v.<br><br>Meta Platforms, Inc., Instagram, LLC., Meta Payments, Inc.<br><br>-------------------------------------------------------<br><br>State of Montana, *ex rel.* Austin Knudsen, Attorney General<br><br>　　v.<br><br>Meta Platforms, Inc., Instagram, LLC, Facebook Holdings, LLC, Facebook Operations, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, Siculus, Inc.<br><br>-------------------------------------------------------<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448; 4:23-cv-05885; 4:24-cv-00805 | MDL No. 3047<br><br>Case No.: 4:23-cv-05448-YGR<br>　　　　　  4:23-cv-05885-YGR<br>　　　　　  4:24-cv-00805-YGR<br><br>**[PROPOSED] ORDER GRANTING STATE ATTORNEYS GENERAL'S THIRD ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL INFORMATION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

1

Pursuant to Civil Local Rules 7-11, 7-12, and 7-3(d), the Court grants the State Attorneys General's Third Administrative Motion for Leave to File Supplemental Information.

**IT IS SO ORDERED.**

DATED this ___ day of _____, 2024.

_____
PETER H. KANG
UNITED STATES MAGISTRATE JUDGE