DREW H. WRIGLEY
Attorney General of North Dakota
ELIN S. ALM, pro hac vice
CHRISTOPHER G. LINDBLAD, pro hac vice
Office of Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Telephone (701) 328-5570
E-mail: ealm@nd.gov

*Attorneys for Plaintiff State of North Dakota,
ex rel. Drew H. Wrigley, Attorney General*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br><br>v.<br><br>Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC<br><br>--------------------------------------------------<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Case No. 4:23-cv-05448-YGR | MDL No. 3047<br><br>Case No.: 4:23-cv-05448-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Action Filed: 10/24/2023 |

To:   The Clerk of Court and All Parties of Record

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff State of North Dakota, ex rel. Drew H. Wrigley, Attorney General hereby files this Notice of Voluntary Dismissal Without Prejudice and voluntarily withdraws from this action without prejudice and without costs to any party.

Dated: October 16, 2024

        DREW H. WRIGLEY
        Attorney General
        State of North Dakota

/s/ Elin S. Alm
Elin S. Alm, pro hac vice
(ND Bar No. 05924)
Director/Assistant Attorney General
Christopher G. Lindblad, pro hac vice
(ND Bar No. 06480)
Assistant Attorney General
Consumer Protection and Antitrust Division
Office of Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Telephone (701) 328-5570
ealm@nd.gov
clindblad@nd.gov

*Attorneys for Plaintiff State of North Dakota, ex rel. Drew H. Wrigley, Attorney General*