AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJURY PRODUCTS LIABILITY LITIGATION ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   4:22-md-03047-YGR |
| ) | 4:23-cv-05448-YGR |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Colorado, ex rel. Philip J. Weiser, Attorney General                                   .

Date:   10/18/2024

/s/ Shannon Stevenson
*Attorney's signature*

Shannon Stevenson #35542
*Printed name and bar number*
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203

*Address*

Shannon.Stevenson@coag.gov
*E-mail address*

(720) 508-6000
*Telephone number*

*FAX number*