AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJURY PRODUCTS LIABILITY LITIGATION ) *Plaintiff* ) v. ) *Defendant* ) | Case No.   4:22-md-03047-YGR<br>4:23-cv-05448-YGR |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Colorado, ex rel. Philip J. Weiser, Attorney General.

Date: 10/23/2024

/s/ *Krista Batchelder*
*Attorney's signature*

Krista Batchelder, #45066
*Printed name and bar number*

Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
*Address*

Krista.Batchelder@coag.gov
*E-mail address*

(720) 508-6000
*Telephone number*

*FAX number*