James P. Rouhandeh (*pro hac vice*)
rouhandeh@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

Paul W. Schmidt (*pro hac vice*)
pschmidt@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Meta Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Instagram, LLC; and Siculus, Inc.*

*Additional counsel listed on signature pages*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR<br>            4:23-cv-05448-YGR<br>            4:23-cv-05885-YGR<br><br>Judge Yvonne Gonzalez Rogers<br><br>**NOTICE OF APPEAL** |

| | |
|---|---|
| 1 | People of the State of California, *et al.*, |
| 2 | |
| 3 | Plaintiffs, |
| 4 | - against - |
| 5 | Meta Platforms, Inc., *et al.*, |
| 6 | Defendants. |
| 7 | |
| 8 | Office of the Attorney General, State of Florida, Department of Legal Affairs, |
| 9 | Plaintiffs, |
| 10 | - against - |
| 11 | Meta Platforms, Inc., *et al.*, |
| 12 | Defendants. |
| 13 | |
| 14 | School District and Local Government Entities, |
| 15 | Plaintiffs, |
| 16 | - against - |
| 17 | Meta Platforms, Inc., *et al.*, |
| 18 | Defendants. |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN, pursuant to Federal Rule of Appellate Procedure 4(a), that Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Meta Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Instagram, LLC; and Siculus, Inc. (the "Meta Defendants"), hereby appeal to the United States Court of Appeals for the Ninth Circuit from (1) the collateral Order Largely Denying in Part Defendants' Motion to Dismiss, entered in the above-captioned actions on October 15, 2024 (Dkt. No. 1214 in Case No. 4:22-md-03047; Dkt. No. 123 in Case No. 4:23-cv-05448; and Dkt. No. 38 in Case No. 4:23-cv-05885), and (2) the collateral Order Granting in Part and Denying in Part Defendants' Motion to Dismiss entered in Case No. 4:22-md-03047 on October 24, 2024 (Dkt. No. 1267), to the extent that they denied the Meta Defendants' motions to dismiss claims for failure to warn of alleged risks relating to certain platform features as barred by statutory immunity from suit pursuant to Section 230 of the Communications Decency Act (47 U.S.C. § 230) ("Section 230") when claims targeting the same underlying platform features are barred by Section 230.

| | | |
|---|---|---|
| 1 | Dated: November 14, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | DAVIS POLK & WARDWELL LLP |
| 4 | | /s/ James P. Rouhandeh |
| 5 | | James P. Rouhandeh (*pro hac vice*)<br>rouhandeh@davispolk.com |
| 6 | | Antonio J. Perez-Marques (*pro hac vice*)<br>antonio.perez@davispolk.com |
| 7 | | Caroline Stern (*pro hac vice*)<br>caroline.stern@davispolk.com |
| 8 | | Corey M. Meyer (*pro hac vice*)<br>corey.meyer@davispolk.com |
| 9 | | 450 Lexington Avenue<br>New York, New York 10017 |
| 10 | | Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800 |
| 11 | | |
| 12 | | COVINGTON & BURLING LLP |
| 13 | | /s/ Paul W. Schmidt |
| 14 | | Paul W. Schmidt (*pro hac vice*)<br>pschmidt@cov.com |
| 15 | | Phyllis A. Jones (*pro hac vice*)<br>pajones@cov.com |
| 16 | | Mark W. Mosier (*pro hac vice*)<br>mmosier@cov.com |
| 17 | | One CityCenter |
| 18 | | 850 Tenth Street, NW<br>Washington, DC 20001-4956 |
| 19 | | Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291 |
| 20 | | |
| 21 | | *Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Meta Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Instagram, LLC; and Siculus, Inc.* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**REPRESENTATION STATEMENT**

Pursuant to Fed. R. App. P. 12(b) and Circuit Rule 3-2(b), undersigned counsel hereby states that the parties to the actions in Case Nos. 4:22-md-03047-YGR, 4:23-cv-05448-YGR, and 4:23-cv-05885-YGR, along with the names, addresses, and telephone numbers of their respective counsel, are set forth in Attachments A, B, and C.

Dated: November 14, 2024

DAVIS POLK & WARDWELL LLP

/s/ *James P. Rouhandeh*
James P. Rouhandeh (*pro hac vice*)
rouhandeh@davispolk.com
Antonio J. Perez-Marques (*pro hac vice*)
antonio.perez@davispolk.com
Caroline Stern (*pro hac vice*)
caroline.stern@davispolk.com
Corey M. Meyer (*pro hac vice*)
corey.meyer@davispolk.com
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

COVINGTON & BURLING LLP

/s/ *Paul W. Schmidt*
Paul W. Schmidt (*pro hac vice*)
pschmidt@cov.com
Phyllis A. Jones (*pro hac vice*)
pajones@cov.com
Mark W. Mosier (*pro hac vice*)
mmosier@cov.com
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Meta Payments Inc.; Meta Platforms Technologies f/k/a Facebook Technologies, LLC; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Instagram, LLC; and Siculus, Inc.*