Attachment B

**4:23-cv-05448-YGR** People of the State of California v. Meta Platforms, Inc. et al
Yvonne Gonzalez Rogers, presiding
**Date filed:** 10/24/2023
**Date of last filing:** 11/12/2024

# Attorneys

| | | |
|---|---|---|
| **Joshua Daniel Abram**<br>North Carolina Department of Justice<br>114 W. Edenton St.<br>Raleigh, NC 27603<br>919-716-6015<br>jabram@ncdoj.gov<br>*Assigned: 01/25/2024*<br>*ATTORNEY TO BE NOTICED* | representing | **State of North Carolina, ex rel**<br>**Joshua H. Stein Attorney General**<br><br>NC Department of Justice<br>PO Box 629<br>Raleigh, NC 27602<br>*(Plaintiff)* |
| **Nicklas A. Akers**<br>California Department of Justice<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004<br>(415) 510-3364<br>(415) 703-5480 (fax)<br>nicklas.akers@doj.ca.gov<br>*Assigned: 10/24/2023*<br>*ATTORNEY TO BE NOTICED* | representing | **People of the State of California**<br>*(Plaintiff)* |
| **Elin Alm**<br>North Dakota Attorney General's<br>Office<br>Consumer Protection and Antitrust<br>Division<br>1050 E. Interstate Avenue, Suite 200<br>Bismarck, ND 58503<br>(701) 328-5570<br>ealm@nd.gov<br>*Assigned: 10/30/2023* | representing | **State of North Dakota, ex rel.**<br>**Drew H. Wrigley**<br><br>Office of Attorney General<br>1720 Burlington Drive, Suite C<br>Bismarck, ND 58504<br>701-328-5570<br>701-328-5568 (fax)<br>*TERMINATED: 10/17/2024*<br>*(Plaintiff)* |
| **Kevin L Anderson**<br>NC Department of Justice<br>114 W. Edenton St.<br>Raleigh, NC 27516<br>919-716-6006<br>kander@ncdoj.gov | representing | **State of North Carolina, ex rel**<br>**Joshua H. Stein Attorney General**<br><br>NC Department of Justice<br>PO Box 629 |

*Assigned: 11/13/2023*
*ATTORNEY TO BE NOTICED*

Raleigh, NC 27602
*(Plaintiff)*

**Amanda Eliane Bacoyanis**
Illinois Attorney General's Office
100 W. Randolph St.
Ste 13th Floor
Chicago, IL 60601              representing
773-590-7862
amanda.bacoyanis@ilag.gov
*Assigned: 11/27/2023*
*ATTORNEY TO BE NOTICED*

**People Of The State Of Illinois**

Illinois Attorney General's Office
100 W. Randolph St
12th floor
Chicago
Chicago, IL 60601
United Sta
*(Plaintiff)*

**Scott Barnhart**
Office of the Indiana Attorney General
302 West Washington Street, 5th Floor
Indianapolis, IN 46204
(317) 232-6309                representing
scott.barnhart@atg.in.gov
*Assigned: 10/31/2023*
*ATTORNEY TO BE NOTICED*

**State of Indiana**
302 W Washington Street
Fifth Floor
Indianapolis, IN 46204
*(Plaintiff)*

**Krista Batchelder**
Department of Law
Business and Licensing
1300 Broadway, 8th Floor
Denver, CO 80203
720-508-6384                 representing
720-508-6037 (fax)
krista.batchelder@coag.gov
*Assigned: 10/23/2024*
*ATTORNEY TO BE NOTICED*

**Colorado State of**

Colorado Department of Law
1300 Broadway, 7th Floor
Denver, CO 80203
United Sta
(720) 508-6651
bianca.miyata@coag.gov
*(Plaintiff)*

**Lauren Bidra**
Connecticut Office of the Attorney
General
165 Capitol Avenue
Hartford, CT 06106
Hartford, CT 06106           representing
860-808-5306
lauren.bidra@ct.gov
*Assigned: 11/01/2023*
*ATTORNEY TO BE NOTICED*

**State of Connecticut**

165 Capitol Avenue
Hartford, CT 06106
*(Plaintiff)*

representing

**Sarah Boyce**
Norht Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27690
(919) 716-6788
sboyce@ncdoj.gov
  *Assigned: 11/05/2023*
  *ATTORNEY TO BE NOTICED*

**State of North Carolina, ex rel
Joshua H. Stein Attorney General**

NC Department of Justice
PO Box 629
Raleigh, NC 27602
*(Plaintiff)*

**Jonathan Robert Burns**
Pennsylvania Office of Attorney
General
Pennsylvania Office of Attorney
General
15th Floor Strawberry Square
Harrisburg, PA 17120
717-645-7269
jburns@attorneygeneral.gov
  *Assigned: 11/06/2023*
  *ATTORNEY TO BE NOTICED*

representing

**Commonwealth of Pennsylvania**
Strawberry Square, 14th Floor
Harrisburg, PA 17120
7177874530
tmurphy@attorneygeneral.gov
*(Plaintiff)*

**Kashif Taraq Chand**
New Jersey Division of Law
Data Privacy & Cybersecurity Section
124 Halsey Street
5th Floor
Newark, NJ 07101
908-705-3958
kashif.chand@law.njoag.gov
  *Assigned: 11/03/2023*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**State of New Jersey**

New Jersey Attorney General Office,
Division of Law
124 Halsey Street
5th Floor
P.O. Box 45029
Newark, NJ 07101
973-648-2052
973-648-3879 (fax)
kashif.chand@law.njoag.gov
*(Plaintiff)*

**Kunal Choksi**
NC Department of Justice
Consumer Protection
114 W. Edenton St.
Raleigh, NC 27603
919-716-6032
kchoksi@ncdoj.gov
  *Assigned: 11/03/2023*
  *ATTORNEY TO BE NOTICED*

representing

**State of North Carolina, ex rel
Joshua H. Stein Attorney General**

NC Department of Justice
PO Box 629
Raleigh, NC 27602
*(Plaintiff)*

**Matthew C. Cocanougher**
Kentucky Office of the Attorney

representing

**Commonwealth of Kentucky**

General
Office of Consumer Protection
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
502-892-8538
502-573-8317 (fax)
matthew.cocanougher@ky.gov
  *Assigned: 02/21/2024*
  *ATTORNEY TO BE NOTICED*

Office of the Kentucky Attorney
General
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
502-696-5300
502-573-8317 (fax)
*(Plaintiff)*

**Laura E Coombe**
Arizona Attorney General's Office
2005 N. Central Ave.
Phoenix, AZ 85004                    representing
602-542-5487
Laura.Dilweg@azag.gov
  *Assigned: 02/06/2024*
  *ATTORNEY TO BE NOTICED*

**State of Arizona**
*(Plaintiff)*

**Matthew Charles Davies**
Illinois Attorney General's Office
115 S. LaSalle St.
Consumer Fraud - 26th Floor
Chicago, IL 60603                    representing
773-590-7807
matthew.davies@ilag.gov
  *Assigned: 02/05/2024*
  *ATTORNEY TO BE NOTICED*

**People Of The State Of Illinois**

Illinois Attorney General's Office
100 W. Randolph St
12th floor
Chicago
Chicago, IL 60601
United Sta
*(Plaintiff)*

**Melissa Devine**
Georgia Department of Law
Consumer Protection Division
2 Martin Luther King, Jr. Drive, SE
Suite 356
Atlanta, GA 30334                    representing
404-458-3765
mdevine@law.ga.gov
  *Assigned: 10/30/2023*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**State of Georgia ex rel.**
**Christopher M. Carr**
2 Martin Luther King, Jr. Drive SE
Suite 356
Atlanta, GA 30334
4044583765
mdevine@law.ga.gov
*(Plaintiff)*

**Michael T. Devine**          representing
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006

**State of Maine**

Office of the Maine Attorney
General

207-626-8829
michael.devine@maine.gov
 *Assigned: 11/03/2023*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

6 State House Station
Augusta, ME 04333-0006
christina.moylan@maine.gov
*(Plaintiff)*

**Lauren Dickey**
Colorado Department of Law
1300 Broadway
Denver, CO 80203
720-508-6120
lauren.dickey@coag.gov
 *Assigned: 10/31/2023*
 *ATTORNEY TO BE NOTICED*

representing

**Colorado State of**

Colorado Department of Law
1300 Broadway, 7th Floor
Denver, CO 80203
United Sta
(720) 508-6651
bianca.miyata@coag.gov
*(Plaintiff)*

**Sarah M. Dietz**
Kansas Attorney General's Office
Consumer Protection Division
120 SW 10th Avenue, 2nd Floor
Topeka
Topeka, KS 66612
785-296-3751
785-291-3699 (fax)
sarah.dietz@ag.ks.gov
 *Assigned: 10/30/2023*
 *ATTORNEY TO BE NOTICED*

representing

**State of Kansas**

Office of the Kansas Attorney
General
120 SW 10th Ave
Second Floor
Topeka, KS 66612
United Sta
785-296-3751
sarah.dietz@ag.ks.gov
*(Plaintiff)*

**Alexia M Diorio**
Washington State Attorney General's
Office
800 5th Ave
Ste 2000
Seattle, WA 98104
206-389-2061
alexia.diorio@atg.wa.gov
 *Assigned: 11/03/2023*
 *ATTORNEY TO BE NOTICED*

representing

**State of Washington**

Washington State Attorney General's
Office
800 5th Ave
Ste 2000
Seattle, WA 98104
(206) 464-7744
*(Plaintiff)*

**John J. Dunbar**
Oregon Dept. of Justice
Financial Fraud/Consumer Protection
100 SW Market Street
Suite 1025
Portland, OR 97205
971-673-1880

representing

**State of Oregon**
*(Plaintiff)*

john.dunbar@doj.oregon.gov
*Assigned: 10/29/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Edelstein**
Illinois Attorney General's Office
115 S. LaSalle St.
26th Floor
Chicago, IL 60603
312-814-8554
daniel.edelstein@ilag.gov
*Assigned: 02/05/2024*
*TERMINATED: 06/17/2024*

representing

**People of the State of California**
*(Plaintiff)*

**State of Arizona**
*(Plaintiff)*

**State of Idaho**
*(Plaintiff)*

**State of South Dakota**
*(Plaintiff)*

**State of Minnesota, by its Attorney General, Keith Ellison**
*(Plaintiff)*

**State of Connecticut**

165 Capitol Avenue
Hartford, CT 06106
*(Plaintiff)*

**People Of The State Of Illinois**

Illinois Attorney General's Office
100 W. Randolph St
12th floor
Chicago
Chicago, IL 60601
United Sta
*(Plaintiff)*

**Commonwealth of Kentucky**

Office of the Kentucky Attorney
General
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
502-696-5300
502-573-8317 (fax)
*(Plaintiff)*

**State of Kansas**

Office of the Kansas Attorney
General
120 SW 10th Ave
Second Floor
Topeka, KS 66612
United Sta
785-296-3751
sarah.dietz@ag.ks.gov
*(Plaintiff)*

**State of New Jersey**

New Jersey Attorney General Office,
Division of Law
124 Halsey Street
5th Floor
P.O. Box 45029
Newark, NJ 07101
973-648-2052
973-648-3879 (fax)
kashif.chand@law.njoag.gov
*(Plaintiff)*

**Colorado State of**

Colorado Department of Law
1300 Broadway, 7th Floor
Denver, CO 80203
United Sta
(720) 508-6651
bianca.miyata@coag.gov
*(Plaintiff)*

**State of Rhode Island**
150 South Main Street
Providence, RI 02903
401-274-4400
sprovazza@riag.ri.gov
*(Plaintiff)*

**Wisconsin, State of**

Wisconsin Department of Justice
17 West Main Street
PO Box 7857
Madison, WI 53703
608-266-2950
608-294-2907 (fax)
harlowrd@doj.state.wi.us
*(Plaintiff)*

**State of North Dakota, ex rel.
Drew H. Wrigley**

Office of Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504
701-328-5570
701-328-5568 (fax)
*TERMINATED: 10/17/2024*
*(Plaintiff)*

**State of Louisiana**

Louisiana Department of Justice
1885 N 3rd Street
Baton Rouge, LA 70802
(225) 326-6438
(225) 326-6499 (fax)
MughalA@ag.louisiana.gov
*(Plaintiff)*

**State of Georgia ex rel.
Christopher M. Carr**
2 Martin Luther King, Jr. Drive SE
Suite 356
Atlanta, GA 30334
4044583765

mdevine@law.ga.gov
*(Plaintiff)*

**Office of the Attorney General of Maryland**

Office of the Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202
410-576-7226
410-576-6566 (fax)
estern@oag.state.md.us
*(Plaintiff)*

**State of Nebraska, ex rel. Michael T. Hilgers, Attorney General**
2115 State Capitol
Lincoln, NE 68509
United Sta
4024711928
michaela.hohwieler@nebraska.gov
*(Plaintiff)*

**State of Ohio ex rel. Attorney General Dave Yost**
30 East Broad Street
14th Floor
Columbus, OH 43215
614-466-1031
*(Plaintiff)*

**State of Indiana**
302 W Washington Street
Fifth Floor
Indianapolis, IN 46204
*(Plaintiff)*

**Attorney State of Hawaii**

Office of the Attorney General
425 Queen Street
Honolulu, HI 96813
808-586-1180
808-586-1205 (fax)

bryan.c.yee@hawaii.gov
*(Plaintiff)*

**State of Maine**

Office of the Maine Attorney
General
6 State House Station
Augusta, ME 04333-0006
christina.moylan@maine.gov
*(Plaintiff)*

**State of Washington**

Washington State Attorney General's
Office
800 5th Ave
Ste 2000
Seattle, WA 98104
(206) 464-7744
*(Plaintiff)*

**State of Delaware**
820 N. French St 5th Floor
Wilmington, DE 19801
United Sta
*(Plaintiff)*

**State of Michigan, ex rel. Dana
Nessel, Attorney General**

Michigan Department of Attorney
General
P.O. Box 30736
Lansing, MI 48909
*(Plaintiff)*

**State of South Carolina ex rel.
Alan Wilson**
PO Box 11549
Columbia, SC 29211
8037340536
8037340097 (fax)
annasmith@scag.gov
*(Plaintiff)*

**State of North Carolina, ex rel Joshua H. Stein Attorney General**

NC Department of Justice
PO Box 629
Raleigh, NC 27602
*(Plaintiff)*

**Commonwealth of Pennsylvania**
Strawberry Square, 14th Floor
Harrisburg, PA 17120
7177874530
tmurphy@attorneygeneral.gov
*(Plaintiff)*

**Bernard Ardavan Eskandari**
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013                    representing    **People of the State of California**
(213) 269-6348                                           *(Plaintiff)*
bernard.eskandari@doj.ca.gov
  *Assigned: 10/24/2023*
  *ATTORNEY TO BE NOTICED*

**Alex Finkelstein**                                     **People of the State of New York**
NYS Office of The Attorney General
Executive Division
The Capitol                                              New York State Office of the
Albany, NY 12224                         representing    Attorney General
212-416-6129                                             28 Liberty 20th Floor
alex.finkelstein@ag.ny.gov                               New York, NY 10005
  *Assigned: 10/15/2024*                                 joel.marrero@ag.ny.gov
  *ATTORNEY TO BE NOTICED*                               *(Plaintiff)*

**Corinne Gilchrist**                    representing    **State of Indiana**
Office of the Indiana Attorney General                   302 W Washington Street
Consumer Protection                                      Fifth Floor
302 W Washington St                                      Indianapolis, IN 46204
Ste IGCS, 5th Floor                                      *(Plaintiff)*
Indianapolis, IN 46204
317-233-6143
corinne.gilchrist@atg.in.gov
  *Assigned: 10/31/2023*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Joelle Gotwals**
Office of the Attorney General
202 N. 9th St
Richmond, VA 23219
804-786-8789                          representing        **Commonwealth of Virginia**
jgotwals@oag.state.va.us                                  *(Plaintiff)*
  *Assigned: 04/24/2024*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Parrell D. Grossman**
Office of Attorney General of North                       **State of North Dakota, ex rel.**
Dakota                                                    **Drew H. Wrigley**
Consumer Protection & Antitrust
Division                                                  Office of Attorney General
1720 Burlington Drive                                     1720 Burlington Drive, Suite C
Suite C                               representing        Bismarck, ND 58504
Bismarck, ND 58504-7736                                   701-328-5570
701-328-5570                                              701-328-5568 (fax)
701-328-5568 (fax)                                        *TERMINATED: 10/17/2024*
pgrossman@nd.gov                                          *(Plaintiff)*
  *Assigned: 10/30/2023*

**Stephanie Nicole Guyon**
Office of the Idaho Attorney General
Consumer Protection
954 W. Jefferson Street, 2nd Floor
Boise, ID 83720                                           **State of Idaho**
(208) 334-4135                        representing        *(Plaintiff)*
(208) 334-4151 (fax)
stephanie.guyon@ag.idaho.gov
  *Assigned: 11/27/2023*
  *ATTORNEY TO BE NOTICED*

**Christopher Han**
Dept. of the Attorney General                             **Attorney State of Hawaii**
Commerce & Economic Development
Div.                                                      Office of the Attorney General
425 Queen Street                                          425 Queen Street
Honolulu, HI 96813                    representing        Honolulu, HI 96813
808-586-1180                                              808-586-1180
christopher.t.han@hawaii.gov                              808-586-1205 (fax)
  *Assigned: 10/31/2023*                                  bryan.c.yee@hawaii.gov
  *LEAD ATTORNEY*                                         *(Plaintiff)*
  *ATTORNEY TO BE NOTICED*

**Richard Duane Harlow**                    representing    **Wisconsin, State of**
Wisconsin Department of Justice
Public Protection Unit                                      Wisconsin Department of Justice
17 West Main Street                                        17 West Main Street
PO Box 7857                                                PO Box 7857
Madison, WI 53707-7857                                     Madison, WI 53703
608-266-2950                                               608-266-2950
harlowrd@doj.state.wi.us                                   608-294-2907 (fax)
  *Assigned: 10/31/2023*                                   harlowrd@doj.state.wi.us
  *TERMINATED: 06/05/2024*                                 *(Plaintiff)*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


**John Hail Heyburn**                                      **Commonwealth of Kentucky**
Office of the Kentucky Attorney
General                                                    Office of the Kentucky Attorney
700 Capital Avenue                                         General
Suite 118                                   representing   1024 Capital Center Drive
Frankfort, KY 40601-3449                                   Suite 200
502-696-5300                                               Frankfort, KY 40601
jack.heyburn@ky.gov                                        502-696-5300
  *Assigned: 10/17/2023*                                   502-573-8317 (fax)
  *ATTORNEY TO BE NOTICED*                                 *(Plaintiff)*


**Michaela Hohwieler**                                     **State of Nebraska, ex rel. Michael**
Nachawati Law Group                                        **T. Hilgers, Attorney General**
5489 Blair Road                                            2115 State Capitol
Dallas, TX 75231                                           Lincoln, NE 68509
308-882-1497                                representing   United Sta
mlutz00@gmail.com                                          4024711928
  *Assigned: 11/02/2023*                                   michaela.hohwieler@nebraska.gov
  *TERMINATED: 01/02/2024*                                 *(Plaintiff)*


**Thomas Huynh**                                           **State of New Jersey**
New Jersey Office of the Attorney
General                                                    New Jersey Attorney General Office,
Division of Law                                            Division of Law
124 Halsey Street                                          124 Halsey Street
P.O. Box 45029                                             5th Floor
Newark, NJ 07102                            representing   P.O. Box 45029
609-712-2806                                               Newark, NJ 07101
thomas.huynh@law.njoag.gov                                 973-648-2052
  *Assigned: 11/02/2023*                                   973-648-3879 (fax)
  *ATTORNEY TO BE NOTICED*                                 kashif.chand@law.njoag.gov
                                                           *(Plaintiff)*

**Phyllis Alene Jones**                 representing     **Instagram, LLC**
Covington Burling LLP                                   *(Defendant)*
One City Center
850 Tenth Street NW
Washington, DC 20001
(202) 662-5868
(202) 778-5868 (fax)
pajones@cov.com
   *Assigned: 12/22/2023*
   *ATTORNEY TO BE NOTICED*

                                                        **Meta Payments, Inc.**
                                                        *(Defendant)*

                                                        **Meta Platforms Technologies,
                                                        LLC**
                                                        *(Defendant)*

                                                        **Meta Platforms, Inc.**
                                                        *(Defendant)*

**Joseph Kevin Kanada**                                 **State of Washington**
Office of The Attorney General
800 5th Avenue                                          Washington State Attorney General's
Seattle, WA 98104                                       Office
206-389-3843                                            800 5th Ave
206-587-5636 (fax)          representing                Ste 2000
joe.kanada@atg.wa.gov                                   Seattle, WA 98104
   *Assigned: 11/08/2023*                               (206) 464-7744
   *LEAD ATTORNEY*                                      *(Plaintiff)*
   *ATTORNEY TO BE NOTICED*

**Daniel Keiser**                                       **Commonwealth of Kentucky**
Office of the Kentucky Attorney
General                                                 Office of the Kentucky Attorney
Office of Consumer Protection                           General
1024 Capital Center Drive                               1024 Capital Center Drive
Suite 200                                               Suite 200
Frankfort, KY 40601         representing                Frankfort, KY 40601
502-696-5644                                            502-696-5300
daniel.keiser@ky.gov                                    502-573-8317 (fax)
   *Assigned: 01/17/2024*                               *(Plaintiff)*
   *ATTORNEY TO BE NOTICED*

                                        representing

**Clark Cassidy Kirkland, Jr**
South Carolina Attorney General's
Office
PO Box 11549
Columbia, SC 29211
803-734-0097
ckirkland@scag.gov
*Assigned: 11/02/2023*
*ATTORNEY TO BE NOTICED*

**State of South Carolina ex rel.
Alan Wilson**
PO Box 11549
Columbia, SC 29211
8037340536
8037340097 (fax)
annasmith@scag.gov
*(Plaintiff)*

**Alexandra Kory**
Office of the Attorney General
800 Fifth Avenue
Ste 2000
Seattle, WA 98104          representing
206-516-2997
alexandra.kory@atg.wa.gov
*Assigned: 11/03/2023*
*ATTORNEY TO BE NOTICED*

**State of Washington**

Washington State Attorney General's
Office
800 5th Ave
Ste 2000
Seattle, WA 98104
(206) 464-7744
*(Plaintiff)*

**Nathaniel Kosslyn**
NYS Office of The Attorney General
Bureau of Internet and Technology
28 Liberty Street
Ste Floor 20
New York, NY 10005          representing
212-416-6578
nathaniel.kosslyn@ag.ny.gov
*Assigned: 10/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**People of the State of New York**

New York State Office of the
Attorney General
28 Liberty 20th Floor
New York, NY 10005
joel.marrero@ag.ny.gov
*(Plaintiff)*

**Jessica LaMie**
Office of the Attorney General South
Dakota
1302 E. Highway 14
Suite 1
Pierre, SD 57501          representing
605-773-3215
jessica.lamie@state.sd.us
*Assigned: 11/07/2023*
*TERMINATED: 09/04/2024*
*ATTORNEY TO BE NOTICED*

**State of South Dakota**
*(Plaintiff)*

**Greg Ladd**                representing
The Commonwealth of Kentucky

**Commonwealth of Kentucky**

Office of the Attorney General
1024 Capital Center Drive
Ste 200
Lexington, KY 40601
859-618-9956
greg.ladd@ky.gov
  *Assigned: 11/03/2023*
  *ATTORNEY TO BE NOTICED*

Office of the Kentucky Attorney
General
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
502-696-5300
502-573-8317 (fax)
*(Plaintiff)*

**Rabi Lahiri**
Washington State Attorney General's
Office
800 5th Avenue
Suite 2000
Seattle, WA 98104
206-389-3866
rabi.lahiri@atg.wa.gov
  *Assigned: 11/21/2023*
  *ATTORNEY TO BE NOTICED*

representing

**State of Washington**

Washington State Attorney General's
Office
800 5th Ave
Ste 2000
Seattle, WA 98104
(206) 464-7744
*(Plaintiff)*

**Krislyn Mina Launer**
Office of the Attorney General
Collections/Child Support
165 Capitol Avenue
4th Floor
Hartford, CT 06106
860-808-5150
860-808-5389 (fax)
krislyn.launer@ct.gov
  *Assigned: 02/01/2024*
  *ATTORNEY TO BE NOTICED*

representing

**State of Connecticut**

165 Capitol Avenue
Hartford, CT 06106
*(Plaintiff)*

**John Christian Lewis**
Kentucky Office of The Attorney
General
Office of Consumer Protection
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
502-696-5300
502-573-8317 (fax)
christian.lewis@ky.gov
  *Assigned: 10/30/2023*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Commonwealth of Kentucky**

Office of the Kentucky Attorney
General
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
502-696-5300
502-573-8317 (fax)
*(Plaintiff)*

**Jared Libet**
Office of the South Carolina Attorney
General
Consumer Protection and Antitrust
P.O. Box 11549
Columbia, SC 29211
803-734-5251
jlibet@scag.gov
  *Assigned: 11/02/2023*
  *ATTORNEY TO BE NOTICED*

representing

**State of South Carolina ex rel.
Alan Wilson**
PO Box 11549
Columbia, SC 29211
8037340536
8037340097 (fax)
annasmith@scag.gov
*(Plaintiff)*

**Christopher Glenn Lindblad**
Office of Attorney General
Consumer Protection & Antitrust
Division
1720 Burlington Drive
Suite C
Bismarck, ND 58504-7736
701-328-5570
701-328-5568 (fax)
clindblad@nd.gov
  *Assigned: 10/31/2023*

representing

**State of North Dakota, ex rel.
Drew H. Wrigley**

Office of Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504
701-328-5570
701-328-5568 (fax)
*TERMINATED: 10/17/2024*
*(Plaintiff)*

**Hanan Malik**
Illinois Attorney General's Office
115 South LaSalle Street
23rd Floor
Chicago, IL 60603
872-272-0764
hanan.malik@ilag.gov
  *Assigned: 10/31/2023*
  *ATTORNEY TO BE NOTICED*

representing

**People Of The State Of Illinois**

Illinois Attorney General's Office
100 W. Randolph St
12th floor
Chicago
Chicago, IL 60601
United Sta
*(Plaintiff)*

**Jasmine McGhee**
NC Department of Justice
NC
114 West Edenton Street
Raleigh, NC 27713
919-716-6781
jmcghee@ncdoj.gov
  *Assigned: 11/15/2023*
  *ATTORNEY TO BE NOTICED*

representing

**State of North Carolina, ex rel
Joshua H. Stein Attorney General**

NC Department of Justice
PO Box 629
Raleigh, NC 27602
*(Plaintiff)*

**Ashley Meskill**
Office of the Attorney General
165 Capitol Avenue

representing

**State of Connecticut**

165 Capitol Avenue

Hartford, CT 06106                                    Hartford, CT 06106
860-808-5270                                          *(Plaintiff)*
860-808-1709 (fax)
ashley.meskill@ct.gov
 *Assigned: 02/02/2024*
 *ATTORNEY TO BE NOTICED*

**Corey M. Meyer**
Davis Polk & Wardwell LLP
450 Lexington Ave.
New York
New York, NY 10017                  representing          **Instagram, LLC**
212-450-4675                                              *(Defendant)*
corey.meyer@davispolk.com
 *Assigned: 11/12/2024*
 *ATTORNEY TO BE NOTICED*


                                                          **Meta Payments, Inc.**
                                                          *(Defendant)*


                                                          **Meta Platforms Technologies,
                                                          LLC**
                                                          *(Defendant)*


                                                          **Meta Platforms, Inc.**
                                                          *(Defendant)*

**Caitlin Micko**
Minnesota Attorney General's Office
445 Minnesota Street, Suite 1200
Saint Paul, MN 55101                                      **State of Minnesota, by its Attorney**
651-724-9180                        representing          **General, Keith Ellison**
caitlin.micko@ag.state.mn.us                              *(Plaintiff)*
 *Assigned: 02/27/2024*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


**Emily Migliore**                  representing          **People Of The State Of Illinois**
Office of the Illinois Attorney General
Consumer Fraud Bureau                                     Illinois Attorney General's Office
100 W. Randolph St.                                       100 W. Randolph St
Ste 12th Floor                                            12th floor
Chicago, IL 60601                                         Chicago
312-881-0488                                              Chicago, IL 60601
emily.migliore@ilag.gov

*Assigned: 11/16/2023*                                        United Sta
*ATTORNEY TO BE NOTICED*                                      *(Plaintiff)*

**Bianca Miyata**                                             **Colorado State of**
Colorado Department of Law
1300 Broadway, 6th floor                                      Colorado Department of Law
Denver, CO 80203                                              1300 Broadway, 7th Floor
720-508-6651                    representing                  Denver, CO 80203
bianca.miyata@coag.gov                                        United Sta
 *Assigned: 10/31/2023*                                       (720) 508-6651
 *LEAD ATTORNEY*                                              bianca.miyata@coag.gov
 *ATTORNEY TO BE NOTICED*                                     *(Plaintiff)*

**Arham Mughal**
Louisiana Department of Justice,
Office of Attorney General                                    **State of Louisiana**
Public Protection Division, Consumer
Protection Section                                            Louisiana Department of Justice
1885 North 3rd Street                                         1885 N 3rd Street
4th Floor                       representing                  Baton Rouge, LA 70802
Baton Rouge, LA 70802                                         (225) 326-6438
225-326-6471                                                  (225) 326-6499 (fax)
mughala@ag.louisiana.gov                                      MughalA@ag.louisiana.gov
 *Assigned: 10/30/2023*                                       *(Plaintiff)*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Timothy Ryan Murphy**
Office of Attorney General
PA                                                            **Commonwealth of Pennsylvania**
1600 Arch Street                                              Strawberry Square, 14th Floor
3rd Floor                                                     Harrisburg, PA 17120
Philadelphia                                                  7177874530
Philadelphia, PA 19103          representing                  tmurphy@attorneygeneral.gov
215-560-2446                                                  *(Plaintiff)*
tmurphy@attorneygeneral.gov
 *Assigned: 11/06/2023*
 *ATTORNEY TO BE NOTICED*

**Asyl Nachabe**                   representing               **State of Louisiana**
Louisiana Department of Justice
Consumer Protection                                           Louisiana Department of Justice
1885 N. Third St.                                             1885 N 3rd Street
Baton Rouge, LA 70802                                         Baton Rouge, LA 70802
225-326-6435                                                  (225) 326-6438
nachabea@ag.louisiana.gov                                     (225) 326-6499 (fax)

*Assigned: 07/22/2024*
*ATTORNEY TO BE NOTICED*                  MughalA@ag.louisiana.gov
                                          *(Plaintiff)*

**Bret Leigh Nance**
Office of the Attorney General South
Dakota
1302 US-14 E
Pierre, SD 57501                representing    **State of South Dakota**
512-944-3142                                   *(Plaintiff)*
bretleigh.nance@state.sd.us
 *Assigned: 08/30/2024*
 *ATTORNEY TO BE NOTICED*


**Nathan Nielson**
Idaho Office of Attorney General
Consumer Protection Division
954 W. Jefferson Street
P.O. Box 83720
Ste Second Floor
Boise, ID 83720-0010            representing    **State of Idaho**
208-334-4543                                   *(Plaintiff)*
nathan.nielson@ag.idaho.gov
 *Assigned: 11/03/2023*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


**Megan O'Neill**
455 Golden Gate Avenue
11th Floor
San Francisco, CA 94102
415-510-3508                    representing    **People of the State of California**
megan.oneill@doj.ca.gov                        *(Plaintiff)*
 *Assigned: 10/25/2023*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


**Joshua Edward Olszewski-Jubelirer**
California Department of Justice
1515 Clay Street
Suite 2000
Oakland, CA 94612               representing    **People of the State of California**
510-879-0170                                   *(Plaintiff)*
joshua.olszewskijubelirer@doj.ca.gov
 *Assigned: 10/25/2023*
 *ATTORNEY TO BE NOTICED*

**Elizabeth Anne Orem**
Colorado Department of Law
1300 Broadway
Ste 7th Floor
Denver, CO 80203
720-508-6209
beth.orem@coag.gov
  *Assigned: 10/31/2023*
  *ATTORNEY TO BE NOTICED*

representing

**Colorado State of**

Colorado Department of Law
1300 Broadway, 7th Floor
Denver, CO 80203
United Sta
(720) 508-6651
bianca.miyata@coag.gov
*(Plaintiff)*

**Antonio J. Perez-Marques**
Davis Polk and Wardwell LLP
450 Lexington Avenue
New York, NY 10017
212-450-4000
antonio.perez@davispolk.com
  *Assigned: 11/12/2024*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Instagram, LLC**
*(Defendant)*

**Meta Payments, Inc.**
*(Defendant)*

**Meta Platforms Technologies, LLC**
*(Defendant)*

**Meta Platforms, Inc.**
*(Defendant)*

**Daniel John Ping**
Michigan Department of Attorney
General
Corporate Oversight Division
525 W. Ottawa
P.O. Box 30736
Lansing, MI 48909
517-335-7632
pingd@michigan.gov
  *Assigned: 11/14/2023*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**State of Michigan, ex rel. Dana Nessel, Attorney General**

Michigan Department of Attorney
General
P.O. Box 30736
Lansing, MI 48909
*(Plaintiff)*

**Gina Pittore**
124 Halsey Street

representing

**State of New Jersey**

Newark, NJ 07101
845-323-8333
gina.f.pittore@gmail.com
*Assigned: 01/31/2024*
*TERMINATED: 04/09/2024*

New Jersey Attorney General Office,
Division of Law
124 Halsey Street
5th Floor
P.O. Box 45029
Newark, NJ 07101
973-648-2052
973-648-3879 (fax)
kashif.chand@law.njoag.gov
*(Plaintiff)*

**Verna J Pradaxay**
New Jersey Office of the Attorney
General
Data Privacy and Cybersecurity
124 Halsey St.
5th Floor
Newark, NJ 07101
609-712-2828
verna.pradaxay@law.njoag.gov
*Assigned: 01/19/2024*
*ATTORNEY TO BE NOTICED*

representing

**State of New Jersey**

New Jersey Attorney General Office,
Division of Law
124 Halsey Street
5th Floor
P.O. Box 45029
Newark, NJ 07101
973-648-2052
973-648-3879 (fax)
kashif.chand@law.njoag.gov
*(Plaintiff)*

**Stephen Nicholas Provazza**
Rhode Island Office of the Attorney
General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 222-2995 (fax)
SProvazza@riag.ri.gov
*Assigned: 11/02/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**State of Rhode Island**
150 South Main Street
Providence, RI 02903
401-274-4400
sprovazza@riag.ri.gov
*(Plaintiff)*

**Marion Quirk**
Delaware Department of Justice
Consumer Protection Unit
820 N French Street
Wilmington, DE 19801
302-683-8810
marion.quirk@delaware.gov
*Assigned: 11/03/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**State of Delaware**
820 N. French St 5th Floor
Wilmington, DE 19801
United Sta
*(Plaintiff)*

**Vince Rabago**                           representing    **State of Arizona**
Office of the Arizona Attorney General                     *(Plaintiff)*
Consumer Protection and Advocacy
Section
2005 N. Central Ave.
Phoenix, AZ 85004
602-542-7731
602-542-4377 (fax)
vince.rabago@azag.gov
  *Assigned: 11/03/2023*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


**Dashiell Radosti**
Delaware Department of Justice,
Consumer Protection Unit
820 N. French St                           **State of Delaware**
Fifth Floor                                820 N. French St 5th Floor
Wilmington                                 Wilmington, DE 19801
Wilmington, DE 19801    representing        United Sta
561-234-6212                               *(Plaintiff)*
dashiell.radosti@delaware.gov
  *Assigned: 11/13/2023*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


**Gardner Urquidi Reed**                   **State of Washington**
Washington State Attorney General's
Office
Consumer Protection Division               Washington State Attorney General's
800 5th Ave                                Office
Ste 2000                  representing      800 5th Ave
Seattle, WA 98104                          Ste 2000
206-543-4150                               Seattle, WA 98104
gardner.reed@atg.wa.gov                    (206) 464-7744
  *Assigned: 11/03/2023*                   *(Plaintiff)*
  *ATTORNEY TO BE NOTICED*


**Daniel Rheiner**        representing      **Colorado State of**
Office of the Attorney General
State Services Section                     Colorado Department of Law
1300 Broadway                              1300 Broadway, 7th Floor
6th Floor                                  Denver, CO 80203
Denver, CO 80203                           United Sta
720-508-6570                               (720) 508-6651
danny.rheiner@coag.gov                     bianca.miyata@coag.gov
                                           *(Plaintiff)*

*Assigned: 10/23/2024*
*ATTORNEY TO BE NOTICED*

**Zachary J Richards**
Kentucky Office of the Attorney
General
Consumer Protection
1024 Capital Center Drive, Suite 200
Suite 200
Frankfort, KY 40601
502-696-5519
zach.richards@ky.gov
  *Assigned: 09/05/2024*
  *ATTORNEY TO BE NOTICED*

representing

**Commonwealth of Kentucky**

Office of the Kentucky Attorney
General
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
502-696-5300
502-573-8317 (fax)
*(Plaintiff)*

**Jordan Roberts**
Oregon Department of Justice
Civil Enforcement Division
100 SW Market St.
Portland, OR 97201
503-934-4400
503-378-5017 (fax)
jordan.m.roberts@doj.state.or.us
  *Assigned: 03/13/2024*
  *TERMINATED: 10/24/2024*

representing

**State of Oregon**
*(Plaintiff)*

**James P. Rouhandeh**
Davis Polk and Wardwell LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
rouhandeh@davispolk.com
  *Assigned: 11/12/2024*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Instagram, LLC**
*(Defendant)*

**Meta Payments, Inc.**
*(Defendant)*

**Meta Platforms Technologies,
LLC**
*(Defendant)*

**Meta Platforms, Inc.**
*(Defendant)*

**Marissa Roy**
California Department of Justice
Consumer Protection Section
300 S. Spring St.
Los Angeles, CA 90013                    representing    **People of the State of California**
213-269-6730                                             *(Plaintiff)*
marissa.roy@doj.ca.gov
 *Assigned: 10/25/2023*
 *ATTORNEY TO BE NOTICED*


**Megan Paris Rundlet**                                  **Colorado State of**
Colorado Department of Law
1300 Broadway                                            Colorado Department of Law
Ste 10th Floor                                           1300 Broadway, 7th Floor
Denver, CO 80203          representing                   Denver, CO 80203
720-508-6606                                             United Sta
megan.rundlet@coag.gov                                   (720) 508-6651
 *Assigned: 10/31/2023*                                  bianca.miyata@coag.gov
 *ATTORNEY TO BE NOTICED*                                *(Plaintiff)*


**Richard S. Schweiker, Jr**
Office of the Attorney General of
Virginia
Consumer Protection Section
202 N. 9th Street
Richmond, VA 23219                       representing    **Commonwealth of Virginia**
804-786-5643                                             *(Plaintiff)*
804-786-0122 (fax)
rschweiker@oag.state.va.us
 *Assigned: 03/12/2024*
 *ATTORNEY TO BE NOTICED*


**Ashley Margaret Simonsen**
Covington and Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
(424) 332-4800                           representing    **Instagram, LLC**
(424) 332-4749 (fax)                                     *(Defendant)*
asimonsen@cov.com
 *Assigned: 11/02/2023*
 *ATTORNEY TO BE NOTICED*


                                                         **Meta Payments, Inc.**
                                                         *(Defendant)*

**Meta Platforms Technologies, LLC**
*(Defendant)*

**Meta Platforms, Inc.**
*(Defendant)*

| | | |
|---|---|---|
| **Anna Catherine Smith**<br>Office of the South Carolina Attorney General<br>P.O. Box 11549<br>Columbia, SC 29211<br>803-734-0536<br>annasmith@scag.gov<br>*Assigned: 10/31/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **State of South Carolina ex rel. Alan Wilson**<br>PO Box 11549<br>Columbia, SC 29211<br>8037340536<br>8037340097 (fax)<br>annasmith@scag.gov<br>*(Plaintiff)* |
| **Colin P. Snider**<br>Nebraska Attorney General's Office<br>2115 State Capitol<br>Lincoln, NE 68509<br>(402) 471-7759<br>colin.snider@nebraska.gov<br>*Assigned: 11/03/2023*<br>*ATTORNEY TO BE NOTICED* | representing | **State of Nebraska, ex rel. Michael T. Hilgers, Attorney General**<br>2115 State Capitol<br>Lincoln, NE 68509<br>United Sta<br>4024711928<br>michaela.hohwieler@nebraska.gov<br>*(Plaintiff)* |
| **Mark Snodgrass**<br>Indiana State Attorney General's Office<br>302 W Washington St<br>5th Floor<br>Indianapolis, IN 46204<br>317-234-6784<br>Mark.Snodgrass@atg.in.gov<br>*Assigned: 10/31/2023*<br>*ATTORNEY TO BE NOTICED* | representing | **State of Indiana**<br>302 W Washington Street<br>Fifth Floor<br>Indianapolis, IN 46204<br>*(Plaintiff)* |
| **Caroline Stern**<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>212-450-4881<br>caroline.stern@davispolk.com<br>*Assigned: 11/12/2024*<br>*ATTORNEY TO BE NOTICED* | representing | **Instagram, LLC**<br>*(Defendant)* |

**Meta Payments, Inc.**
*(Defendant)*

**Meta Platforms Technologies, LLC**
*(Defendant)*

**Meta Platforms, Inc.**
*(Defendant)*

| | | |
|---|---|---|
| **Elizabeth Stern**<br>Office of the Attorney General- State of Maryland<br>200 St. Paul Place<br>Baltimore, MD 21202<br>410-576-7226<br>estern@oag.state.md.us<br>*Assigned: 10/31/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Office of the Attorney General of Maryland**<br><br>Office of the Attorney General of Maryland<br>200 St. Paul Place<br>Baltimore, MD 21202<br>410-576-7226<br>410-576-6566 (fax)<br>estern@oag.state.md.us<br>*(Plaintiff)* |
| **Shannon Wells Stevenson**<br>Colorado Department of Law<br>1300 Broadway Street<br>Denver, CO 80203<br>720-508-6749<br>shannon.stevenson@coag.gov<br>*Assigned: 10/18/2024*<br>*ATTORNEY TO BE NOTICED* | representing | **Colorado State of**<br><br>Colorado Department of Law<br>1300 Broadway, 7th Floor<br>Denver, CO 80203<br>United Sta<br>(720) 508-6651<br>bianca.miyata@coag.gov<br>*(Plaintiff)* |
| **Colin R. Stroud**<br>Wisconsin Department of Justice<br>Public Protection Unit<br>P.O. Box 7857<br>17 West Main Street<br>Madison, WI 53707<br>608-261-9224<br>stroudcr@doj.state.wi.us<br>*Assigned: 05/31/2024*<br>*ATTORNEY TO BE NOTICED* | representing | **Wisconsin, State of**<br><br>Wisconsin Department of Justice<br>17 West Main Street<br>PO Box 7857<br>Madison, WI 53703<br>608-266-2950<br>608-294-2907 (fax)<br>harlowrd@doj.state.wi.us<br>*(Plaintiff)* |
| | representing | |

**Lonnie Christopher Styron**
Louisiana Office of the Attorney
General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70802
225-326-6468
styronl@ag.louisiana.gov
  *Assigned: 06/21/2024*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**State of Louisiana**

Louisiana Department of Justice
1885 N 3rd Street
Baton Rouge, LA 70802
(225) 326-6438
(225) 326-6499 (fax)
MughalA@ag.louisiana.gov
*(Plaintiff)*

**James Van Buskirk**
Minnesota Attorney General's Office
445 Minnesota Street
Suite 1200
St. Paul, MN 55101
651-757-1150                    representing
james.vanbuskirk@ag.state.mn.us
  *Assigned: 11/03/2023*
  *TERMINATED: 03/14/2024*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**State of Minnesota, by its Attorney
General, Keith Ellison**
*(Plaintiff)*

**Kevin C Wallace**
NYS Office of The Attorney General
28 Liberty Street
New York, NY 10005
212-416-6376                    representing
kevin.wallace@ag.ny.gov
  *Assigned: 10/21/2024*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**People of the State of New York**

New York State Office of the
Attorney General
28 Liberty 20th Floor
New York, NY 10005
joel.marrero@ag.ny.gov
*(Plaintiff)*

**Kevin Robert Walsh**
Ohio Attorney General's Office
615 W. Superior Avenue
Ste 11th Floor
Cleveland, OH 44113
216-787-3447                    representing
kevin.walsh@ohioago.gov
  *Assigned: 11/02/2023*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**State of Ohio ex rel. Attorney
General Dave Yost**
30 East Broad Street
14th Floor
Columbus, OH 43215
614-466-1031
*(Plaintiff)*

representing

**Mandy K. Wang**
New Jersey Office of the Attorney
General
Division of Law
124 Halsey St.
5th Fl.
Newark, NJ 07101
732-318-2649
mandy.wang@law.njoag.gov
  *Assigned: 01/24/2024*
  *ATTORNEY TO BE NOTICED*

**State of New Jersey**

New Jersey Attorney General Office,
Division of Law
124 Halsey Street
5th Floor
P.O. Box 45029
Newark, NJ 07101
973-648-2052
973-648-3879 (fax)
kashif.chand@law.njoag.gov
*(Plaintiff)*

**Kevin James Whelan**
Office of the Illinois Attorney General
Consumer Fraud Bureau
100 W Randolph St.
Chicago, IL 60601
312-814-3740
kevin.whelan@ilag.gov
  *Assigned: 11/02/2023*
  *ATTORNEY TO BE NOTICED*

representing

**People Of The State Of Illinois**

Illinois Attorney General's Office
100 W. Randolph St
12th floor
Chicago
Chicago, IL 60601
United Sta
*(Plaintiff)*

**Nathan E. Whelihan**
Arizona Attorney General's Office
Consumer Protection and Advocacy
2005 N. Central Avenue
Phoenix, AZ 85004
602-542-7748
602-542-4377 (fax)
Nathan.Whelihan@azag.gov
  *Assigned: 11/03/2023*
  *ATTORNEY TO BE NOTICED*

representing

**State of Arizona**
*(Plaintiff)*

**Charles G. White, II**
North Carolina Department of Justice
Consumer Protection Division
P.O. Box 629
Raleigh, NC 27602
919-716-6889
cwhite@ncdoj.gov
  *Assigned: 11/30/2023*
  *ATTORNEY TO BE NOTICED*

representing

**State of North Carolina, ex rel
Joshua H. Stein Attorney General**

NC Department of Justice
PO Box 629
Raleigh, NC 27602
*(Plaintiff)*

**Bryan C. Yee**
State of Hawaii - Department of the

representing

**Attorney State of Hawaii**

Attorney General                          Office of the Attorney General
Commerce & Economic Development            425 Queen Street
425 Queen Street                           Honolulu, HI 96813
Honolulu, HI 96814                         808-586-1180
(808) 586-1180                             808-586-1205 (fax)
(808) 586-1205 (fax)                       bryan.c.yee@hawaii.gov
bryan.c.yee@hawaii.gov                     *(Plaintiff)*
  *Assigned: 10/31/2023*
  *ATTORNEY TO BE NOTICED*