Attachment C

**4:23-cv-05885-YGR** Office of the Attorney General, State of Florida, Department of Legal Affairs v.
Meta Platforms, Inc. et al
Yvonne Gonzalez Rogers, presiding
**Date filed:** 11/14/2023
**Date of last filing:** 11/12/2024

# Attorneys

**Victoria Ann Butler**
Florida Office of The Attorney
General
Consumer Protection Division
3507 E. Frontage Rd., Suite 325
Tampa
Tampa, FL 33607
813-287-7950
victoria.butler@myfloridalegal.com
  *Assigned: 10/24/2023*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Office of the Attorney General, State
of Florida, Department of Legal
Affairs**
*(Plaintiff)*

**John Matthew Guard**
Florida Attorney General
Executive Staff
PL-01, The Capitol
Tallahassee, FL 32399
850-245-0140
john.guard@myfloridalegal.com
  *Assigned: 10/24/2023*
  *ATTORNEY TO BE NOTICED*

representing

**Office of the Attorney General, State
of Florida, Department of Legal
Affairs**
*(Plaintiff)*

**Timothy Channing Hester**
Covington & Burling LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001-4956
(202) 662-5324
(202) 778-5324 (fax)
thester@cov.com
  *Assigned: 06/18/2024*
  *ATTORNEY TO BE NOTICED*

representing

**Meta Platforms, Inc.**
*(Defendant)*

representing

**Phyllis Alene Jones**
Covington Burling LLP
One City Center
850 Tenth Street NW
Washington, DC 20001
(202) 662-5868
(202) 778-5868 (fax)
pajones@cov.com
  *Assigned: 12/22/2023*
  *ATTORNEY TO BE NOTICED*

**Instagram LLC**
*(Defendant)*

**Meta Platforms, Inc.**
*(Defendant)*

**Corey M. Meyer**
Davis Polk & Wardwell LLP
450 Lexington Ave.
New York
New York, NY 10017
212-450-4675
corey.meyer@davispolk.com
  *Assigned: 11/12/2024*
  *ATTORNEY TO BE NOTICED*

representing

**Instagram LLC**
*(Defendant)*

**Meta Payments Inc**
*(Defendant)*

**Meta Platforms, Inc.**
*(Defendant)*

**Antonio J. Perez-Marques**
Davis Polk and Wardwell LLP
450 Lexington Avenue
New York, NY 10017
212-450-4000
antonio.perez@davispolk.com
  *Assigned: 11/12/2024*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Instagram LLC**
*(Defendant)*

**Meta Payments Inc**
*(Defendant)*

**Meta Platforms, Inc.**
*(Defendant)*

**James P. Rouhandeh**
Davis Polk and Wardwell LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000                    representing    **Instagram LLC**
rouhandeh@davispolk.com                           *(Defendant)*
 *Assigned: 11/12/2024*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Meta Payments Inc**
*(Defendant)*

**Meta Platforms, Inc.**
*(Defendant)*

**Nathan E. Shafroth**
Covington & Burling LLP
Salesforce Tower
415 Mission St
San Francisco, CA 94105            representing    **Instagram LLC**
(415) 591-6000                                    *(Defendant)*
(415) 591-6091 (fax)
nshafroth@cov.com
 *Assigned: 06/06/2024*
 *ATTORNEY TO BE NOTICED*

**Meta Payments Inc**
*(Defendant)*

**Meta Platforms, Inc.**
*(Defendant)*

**Caroline Stern**                 representing    **Instagram LLC**
Davis Polk & Wardwell LLP                          *(Defendant)*
450 Lexington Avenue
New York, NY 10017
212-450-4881
caroline.stern@davispolk.com
 *Assigned: 11/12/2024*
 *ATTORNEY TO BE NOTICED*

**Meta Payments Inc**
*(Defendant)*

**Meta Platforms, Inc.**
*(Defendant)*

**Donna Cecilia Valin**
Florida Office of The Attorney
General
Consumer Protection
135 W. Central Blvd.
Orlando, FL 32801
407-845-5399
donna.valin@myfloridalegal.com
  *Assigned: 10/24/2023*
  *ATTORNEY TO BE NOTICED*

representing

**Office of the Attorney General, State of Florida, Department of Legal Affairs**
*(Plaintiff)*