[*Submitting Counsel on Signature Page*]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 <br><br> Case No. 4:22-md-03047-YGR <br> 4:23-cv-05448-YGR <br> 4:23-cv-05885-YGR <br> 4:24-cv-00805-YGR |
| THIS DOCUMENT RELATES TO: | |
| People of the State of California, et al. <br>     v. <br> Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC | **NOTICE OF WITHDRAWAL** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Magistrate Judge: Hon. Peter H. Kang |
| ------------------------------------------------- | |
| Office of the Attorney General, State of Florida, Department of Legal Affairs <br>     v. <br> Meta Platforms, Inc., Instagram, LLC., Meta Payments, Inc. | |
| ------------------------------------------------- | |
| State of Montana, ex rel. Austin Knudsen, Attorney General <br>     v. <br> Meta Platforms, Inc., Instagram, LLC, Facebook Holdings, LLC, Facebook Operations, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, Siculus, Inc. | |

Bianca Miyata withdraws herself as counsel for Plaintiff State of Colorado ex. rel. Philip J. Weiser, Attorney General. All future pleadings and correspondence should be directed to all other attorneys of record for the State of Colorado in the above captioned matter.

Dated: December 2, 2024                                                     Respectfully submitted,

**PHILIP J. WEISER**
Attorney General
State of Colorado

<u>/s/ Bianca Miyata</u>
Bianca E. Miyata, CO Reg. No. 42012, *pro hac vice*
Krista Batchelder, CO Reg. No. 45066, *pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309
Danny Rheiner, CO Reg. No. 48821
Assistant Attorney Generals
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6384
krista.batchelder@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*