IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Case No. 4:23-cv-05448-YGR | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES IN META'S AMENDED ANSWER TO THE MULTISTATE ATTORNEYS GENERAL COMPLAINT**<br><br>**Hearing:**<br>Date:  March 21, 2025<br>Time:  9:00 AM<br>Place:  Oakland Courthouse, Courtroom 1<br>Judge: Hon. Yvonne Gonzalez Rogers |

The State Attorneys General's Motion to Strike Certain Affirmative Defenses in Meta's Amended Answer to the Multistate Attorneys General Complaint is GRANTED and Affirmative Defenses ¶¶ 1, 11, 14, 24, 41, 46, 47, and 50 are stricken from the Amended Answer.

DATED:

                                                    Hon. Yvonne Gonzalez Rogers
                                                    United States District Judge