FILED

FEB 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN RE: PEOPLE OF THE STATE OF CALIFORNIA. <hr> PEOPLE OF THE STATE OF CALIFORNIA,<br><br>         Plaintiff - Petitioner,<br><br>  v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND,<br><br>         Respondent,<br><br>META PLATFORMS, INC.; et al.,<br><br>         Defendants - Real Parties in Interest,<br><br>and<br><br>STATE OF KENTUCKY; et al.,<br><br>         Plaintiffs - Real Parties in Interest. | No. 25-584<br><br>D.C. Nos.<br>22-MD-3047-YGR<br>4:23-cv-05448-YGR<br>Northern District of California, Oakland<br><br>ORDER |

Before: CANBY, M. SMITH, and FORREST, Circuit Judges.

   Resolution of the petition for a writ of mandamus and the request for a stay of the magistrate judge's September 6, 2024 discovery order are stayed pending the

district court's resolution of the September 20, 2024 objections.

Within seven days after the district court's ruling on the pending objections, petitioner must file a status report and/or a request for appropriate relief.

The clerk will serve this order on the district judge.