*[Submitting Counsel on Signature Page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br><br>    v.<br><br>Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; Meta Platforms Technologies, LLC, | MDL No.   3047<br><br>Case Nos.   4:22-md-03047-YGR-PHK<br>               4:23-cv-05448-YGR<br><br>**NOTICE BY STATE OF WISCONSIN IN RESPONSE TO ORDER DATED MARCH 6, 2025 (DKT. NO. 1741)** |
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448. | Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

     The State of Wisconsin hereby submits the following notice as required under the Court's Order Re State Attorneys General's Motion for Relief from Magistrate Judge's Order on State Agency Discovery, dated March 6, 2025 (Dkt. No. 1741). Specifically, the Court ordered "[t]he Wisconsin AG [to] file a notice on the docket within 24 hours . . . to clarify whether it will continue to represent the Governor for remainder of this litigation." (Dkt. No. 1741 at 50–51.)

     The undersigned, on behalf of the Wisconsin Attorney General and the Wisconsin

1    Department of Justice, hereby confirms that the AG does not represent the Wisconsin Governor in

2    this litigation. (*See* Dkt. No. 1168 at 47:1–8 & n.22; Dkt. No. 1194 at 26:1–11).

3

4    Dated: March 7, 2025                                    Respectfully submitted,

5

6                                                            **JOSHUA L. KAUL**
                                                             Attorney General State of Wisconsin
7

8                                                            */s/ Colin R. Stroud*
                                                             Colin R. Stroud
9                                                            Assistant Attorney General
                                                             WI State Bar #1119457, *pro hac vice*
10                                                           Wisconsin Department of Justice
                                                             Post Office Box 7857
11                                                           Madison, Wisconsin 53707-7857
                                                             (608) 261-9224
12                                                           stroudcr@doj.state.wi.us

13                                                           *Attorneys for Plaintiff State of Wisconsin*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

3       I hereby certify that on March 7, 2025, I electronically filed the foregoing document with

4   the Clerk of the Court using the CM/ECF system.

5                                                   By:  */s/ Colin R. Stroud*

6                                                         Colin R. Stroud

7

8                                                         *Attorney for the State of Wisconsin*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28