1  [*Submitting Counsel on Signature Page*]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *People of the State of California, et al.,*<br><br>v.<br><br>*Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC.*<br><br>--------------------------------------------------------<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448 | Case Nos.:   4:23-cv-05448-YGR<br>             4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>[~~PROPOSED~~] ORDER GRANTING STATE ATTORNEY GENERALS' MOTION TO REISSUE RULE 45 SUBPOENA<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

   Pursuant to Civil Local Rule 6-3 and Fed. R. Civ. P. 16(b)(4), the Court grants the State Attorney General Plaintiffs' Motion to Reissue Rule 45 Subpoena to Mindshare Media Ltd (aka Group M Worldwide, LLC, d/b/a Mindshare).

   **IT IS SO ORDERED.**

   DATED: April 18, 2025

_____
United States Magistrate Judge Peter H. Kang

[~~PROPOSED~~] ORDER RE: THE STATE ATTORNEYS GENERALS' MOTION TO REISSUE SUBPOENA

- 1 -

CASE Nos.: 4:23-CV-05488-YGR
4:22-MD-03047-YGR