Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (650) 632-4800
Email:  asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.;
Instagram, LLC; Meta Payments, Inc.; and
Meta Platforms Technologies, LLC*

[Additional Parties and counsel listed on signature pages]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| *People of the State of California, et al.*, <br><br> Plaintiffs <br><br> v. <br><br> *Meta Platforms, Inc., et al.*, <br><br> Defendants. | Case No. 4:23-cv-05448-YGR <br><br> **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Magistrate Judge: Hon. Peter H. Kang |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff the State of Missouri *ex rel.* Andrew Bailey, Attorney General and Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc. and Meta Platforms Technologies, LLC, by and through their undersigned counsel, hereby stipulate to the dismissal of the State of Missouri's complaint, without prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own costs and fees.

Dated:  April 25, 2025                              Respectfully submitted,

                                                             **ANDREW BAILEY**
                                                             Attorney General
                                                             State of Missouri

    */s/Michael Schwalbert*
Michael Schwalbert, *pro hac vice*
Assistant Attorney General
Consumer Protection Section
Missouri Attorney General's Office
815 Olive Street | Suite 200
Saint Louis, Missouri 63101
michael.schwalbert@ago.mo.gov
Phone: 314-340-7888
Fax: 314-340-7981

*Attorneys for Plaintiff State of Missouri*

**COVINGTON & BURLING LLP**

   */s/ Ashley M. Simonsen*
Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (650) 632-4800
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*

**<u>ATTESTATION</u>**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: April 25, 2025

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen