UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 15 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| IN RE: PEOPLE OF THE STATE OF CALIFORNIA.<br><br>_____<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>      Plaintiff - Petitioner,<br><br> v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND,<br><br>      Respondent,<br><br>META PLATFORMS, INC.; et al.,<br><br>      Defendants - Real Parties in Interest,<br><br>and<br><br>STATE OF KENTUCKY; et al.,<br><br>      Plaintiffs - Real Parties in Interest. | No. 25-584<br><br>D.C. Nos.<br>22-MD-3047-YGR<br>4:23-cv-05448-YGR<br>Northern District of California, Oakland<br><br>ORDER |

Before: RAWLINSON, BADE, and KOH, Circuit Judges.

The States' requests for a stay of the magistrate judge's order pending appeal, dkt. nos. 1 and 8, are GRANTED IN PART. Specifically, the stay shall apply to Arizona, California, Colorado, Connecticut, Hawaiʻi, Illinois, Indiana, Kentucky, Maine, Maryland, Minnesota, New Jersey, New York, North Carolina, Ohio, Oregon, South Dakota, Virginia, Washington, and West Virginia. *See Nken v. Holder*, 556 U.S. 418, 434 (2009). The stay shall not apply to Delaware, Kansas, Louisiana, Nebraska, Rhode Island, South Carolina, and Wisconsin because the district court has already granted them the relief they sought from this court; their mandamus petitions are therefore likely moot. *See In re United States*, 791 F.3d 945, 951–52 (9th Cir. 2015). Lastly, the stay shall not apply to Pennsylvania because it has not shown a likelihood of success on the merits. *See Nken*, 556 U.S. at 434; *see also* 71 Pa. Stat. and Cons. Stat. Ann. § 732-208 (West 2025).