1    [*Parties and Counsel Listed on Signature Pages*]

2

3

4

5

6

7

8

9              **IN THE UNITED STATES DISTRICT COURT**

10           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12   IN RE: SOCIAL MEDIA ADOLESCENT          MDL No. 3047
     ADDICTION/PERSONAL INJURY
     PRODUCTS LIABILITY LITIGATION           Case Nos. 4:22-md-03047-YGR-PHK
13                                                      4:23-cv-05448-YGR
     THIS DOCUMENT RELATES TO:
14                                           **META AND STATE AGS'
     *People of the State of California, et al. v. Meta*   STIPULATION AND [PROPOSED]
15   *Platforms, Inc., et al.*              ORDER EXTENDING CERTAIN
                                            EXPERT AND RELATED PRETRIAL
16                                          DEADLINES AND OTHER PRETRIAL
                                            DEADLINES**
17
                                            Judge: Hon. Yvonne Gonzalez Rogers
18
                                            Magistrate Judge: Hon. Peter H. Kang
19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the State Attorneys General ("State AGs")

2    and Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms

3    Technologies, LLC (collectively, "Meta," and together, the "Parties"), through their undersigned counsel,

4    hereby stipulate as follows:

5        1.    By stipulation of the Parties and Order of the Court (ECF 1955 and 2139), the expert

6    discovery deadlines relating to four AG-specific experts—Adam Alter, Ravi Iyer, Carl Saba, and Patrick

7    McDaniel—were extended to the dates reflected in the second column of the chart below.

8        2.    The Parties have met and conferred over several weeks and agree, subject to Court

9    approval, to extend by approximately ten weeks the deadline for the Saba and McDaniel opening

10   reports, to allow time for the production of certain discovery that the State AGs intend to incorporate

11   into those reports—specifically, (1) certain data related to the average daily time spent by Meta's users

12   that the Parties have negotiated for Meta to produce, (2) certain updated cost data, (3) testimony related

13   to the interpretation of data related to underage reporting and enforcement, and (4) geographic location

14   data for accounts found in certain of Meta's soft-matching tables.  Meta estimates that it can produce

15   this discovery according to the following schedule:

16       a.    Testimony on Topic 7 of the State AGs' Fourth Amended Rule 30(b)(6) Notice: by no

17             later than October 10, 2025.

18       b.    Geographic location data for certain soft-matched accounts: September 26, 2025.

19       c.    Average daily time spent data, samples of underlying data, and verified Interrogatory

20             response: October 10, 2025.

21       3.    The Parties also agree, subject to Court approval, to extend by approximately seven to

22   eight weeks the deadlines for (a) Meta's reports responsive to these two State AG expert reports; (b) the

23   rebuttal reports corresponding to these two expert reports; and (c) the close of expert discovery as

24   related to these two reports and any related responsive and rebuttal reports, as reflected in the chart

25   below.

26       4.    The Parties also agree, subject to Court approval, to extend by approximately three weeks

27   the deadline for Meta's reports responsive to the Alter report; (b) the rebuttal reports corresponding to

28

1    this expert report; and (c) the close of expert discovery as related to this expert report and any related

2    responsive and rebuttal reports, as reflected in the chart below.

3        5.        Finally, in light of these agreed-upon extensions, the Parties further agree, subject to

4    Court approval, to extend the deadlines for Rule 702 motions as to the four AG-specific experts named

5    in paragraph 1 and dispositive motions as to the State AGs' claims.

6        6.        This Court has previously extended expert report, Rule 702 motion, dispositive motion,

7    and pretrial deadlines, on agreement of all parties to the MDL as part of an MDL-wide schedule

8    extension, *see* ECF 1159, and again as to the four State AG-specific experts involved in this extension

9    on agreement of the State AGs and Meta, *see* ECF 1955, with a later, further agreed-upon extension of

10   expert report deadlines for Saba and McDaniel, *see* ECF 2139.

11       7.        To the extent the discovery listed in paragraph 2 is not produced by October 10, 2025, or

12   the productions are incomplete or incorrect, the Parties agree to promptly meet and confer regarding

13   further adjustments to the expert discovery schedule, including the possible reduction of time within

14   which Meta will have to serve responsive reports to the McDaniel and Saba opening expert reports.

15       8.        Should all of the discovery described in paragraph 2 be produced prior to October 10,

16   2025, then the schedule will be advanced accordingly per the timetable in the chart below.

17       9.        Should the State AGs serve the Saba or McDaniel opening expert reports prior to

18   November 21, 2025, then the schedule will be advanced accordingly per the timetable in the chart

19   below.

20       10.       Therefore, the Parties agree, subject to the Court's approval, that the following deadlines

21   will apply:

22

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Exchange Preliminary Witness Lists | **September 10, 2025** | **September 24, 2025** (for Meta witnesses only; Parties to meet and confer immediately following October 24, 2025 CMC regarding |

META AND STATE AGS' STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING CERTAIN EXPERT AND RELATED PRETRIAL
DEADLINES AND OTHER PRETRIAL DEADLINES

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| | | timing for exchange of preliminary witness lists for State witnesses)[1] |
| Non-Case Specific and Causation Experts: Plaintiffs' Opening Reports | **August 1, 2025** (for the opening reports of Alter and Iyer)<br><br>**September 12, 2025** (for the opening reports of McDaniel and Saba) | **N/A** (already passed)<br><br>**November 21, 2025** (for the opening reports of McDaniel and Saba), *or approximately 6 weeks after production of complete data* |
| Supplemental Opening Expert Report of Patrick McDaniel | **September 19, 2025** | ***Deadline vacated in light of later proposed opening report deadline above*** |
| Non-Case Specific and Causation Experts: Defendants' Responsive Reports | **September 26, 2025** (for Meta's responsive reports to the Alter and Iyer reports)<br><br>**October 24, 2025** (for Meta's responsive reports to the McDaniel and Saba reports) | **September 26, 2025** (for Meta's responsive reports to the Iyer report)<br><br>**October 17, 2025** (for Meta's responsive reports to the Alter report)<br><br>**December 19, 2025** (for Meta's responsive reports to the McDaniel and Saba reports), *or approximately 4 weeks after Opening Reports* |
| Non-Case Specific and Causation Experts: Plaintiffs' Rebuttal Reports | **October 24, 2025** (for the State AGs' rebuttal reports in response to Meta's responsive reports to the Alter and Iyer reports)<br><br>**November 14, 2025** (for the State AGs' rebuttal reports in response to Meta's responsive reports to the McDaniel and Saba reports) | **October 24, 2025** (for the State AGs' rebuttal reports in response to Meta's responsive reports to the Iyer report)<br><br>**November 21, 2025** (for the State AGs' rebuttal reports in response to Meta's responsive reports to the Alter report)<br><br>**January 16, 2026** (for the State AGs' rebuttal reports in response to Meta's responsive reports to the McDaniel report), *or approximately 4 weeks after Responsive Reports*<br><br>**January 23, 2026** (for the State AGs' rebuttal reports in response to Meta's responsive reports to the Saba report), *or approximately 5 weeks after Responsive Reports* |
| Close of Expert Discovery | **November 7, 2025** (for depositions of Alter, Iyer, Meta's | **November 7, 2025** (for depositions of Iyer, Meta's responsive experts, and any AG rebuttal experts) |

---

[1] The term "Meta witnesses" refers to current and former employees of Meta. The term "State witnesses" refers to current and former employees of State AGs and state agencies. *See* ECF 1696.

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN EXPERT AND RELATED PRETRIAL
DEADLINES AND OTHER PRETRIAL DEADLINES

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| | responsive experts, and any AG rebuttal experts)<br><br>**December 5, 2025** (for depositions of McDaniel, Saba, Meta's responsive experts, and any AG rebuttal experts) | **December 19, 2025** (for depositions of Alter, Meta's responsive experts, and any AG rebuttal experts)<br><br>**January 30, 2026** (for depositions of McDaniel, Saba, Meta's responsive experts, and any AG rebuttal experts), *or approximately 1 to 2 weeks after Rebuttal Reports* |
| Dispositive and Rule 702 (Daubert) Motions: Opening Briefs | **December 12, 2025** (for (a) Meta's and the State AGs' dispositive motions as to the State AGs' claims and Meta's defenses to those claims and (b) Meta's and the State AGs' Rule 702 motions as to the State AGs' four AG-specific experts and Meta's responsive experts), *or 4 weeks after the Close of Expert Discovery, whichever is sooner* | **January 30, 2026** (for (a) Meta's and the State AGs' dispositive motions as to the State AGs' claims and Meta's defenses to those claims and (b) Meta's and the State AGs' Rule 702 motions as to Alter and Iyer, Meta's responsive experts, and any AG rebuttal experts)<br><br>**February 13, 2026** (for Meta's and the State AGs' Rule 702 motions as to McDaniel and Saba, Meta's responsive experts, and any AG rebuttal experts), *or 2 weeks after the Close of Expert Discovery as to McDaniel and Saba* |
| Dispositive and Rule 702 (*Daubert*) Motions: Opposition Briefs | **January 23, 2026** (for (a) the State AGs' and Meta's oppositions to dispositive motions as to the State AGs' claims and Meta's defenses to those claims and (b) the State AGs' and Meta's oppositions to Rule 702 motions as to the State AGs' four AG-specific experts and Meta's responsive experts), *or approximately 4 weeks after Opening Briefs, whichever is sooner* | **February 27, 2026** (for (a) Meta's and the State AGs' oppositions to dispositive motions as to the State AGs' claims and Meta's defenses to those claims and (b) Meta's and the State AGs' Rule 702 oppositions as to Alter and Iyer, Meta's responsive experts, and any AG rebuttal experts)<br><br>**March 6, 2026** (for Meta's and the State AGs' Rule 702 oppositions as to McDaniel and Saba, Meta's responsive experts, and any AG rebuttal experts), *or 3 weeks after Opening Briefs as to McDaniel and Saba* |
| Dispositive and Rule 702 (*Daubert*) Motions: Reply Briefs | **February 20, 2026** (for (a) Meta's and the State AGs' replies in support of dispositive motions as to the State AGs' claims and Meta's defenses to those claims and (b) Meta's and the State | **March 27, 2026** (for (a) Meta's and the State AGs' replies in support of dispositive motions as to the State AGs' claims and Meta's defenses to those claims and (b) Meta's and the State AGs' replies in support of Rule |

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN EXPERT AND RELATED PRETRIAL DEADLINES AND OTHER PRETRIAL DEADLINES

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
|  | AGs' replies in support of Rule 702 motions as to the State AGs' four AG-specific experts and Meta's responsive experts), *or approximately 4 weeks after Opposition Briefs, whichever is sooner* | 702 motions as to Alter and Iyer, Meta's responsive experts, and any AG rebuttal experts)<br><br>**March 27, 2026** (for Meta's and the State AGs' replies in support of Rule 702 motions as to McDaniel and Saba, Meta's responsive experts, and any AG rebuttal experts), *or 3 weeks after Opposition Briefs as to McDaniel and Saba* |

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

DATED: September 10, 2025          By:  */s/ Megan O'Neill*

**ROB BONTA**
Attorney General
State of California

Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN EXPERT AND RELATED PRETRIAL DEADLINES AND OTHER PRETRIAL DEADLINES

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV

7

DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General
and the New Jersey Division of Consumer Affairs
Matthew J. Platkin, Attorney General for the State of
New Jersey, and Elizabeth Harris, Acting Director of
the New Jersey Division of Consumer Affairs*

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN EXPERT AND RELATED PRETRIAL
DEADLINES AND OTHER PRETRIAL DEADLINES

By: */s/ James P. Rouhandeh*

**DAVIS POLK & WARDWELL LLP**

James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

**COVINGTON & BURLING LLP**

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc.;
Instagram, LLC; Meta Payments, Inc.; and Meta
Platforms Technologies, LLC*

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN EXPERT AND RELATED PRETRIAL
DEADLINES AND OTHER PRETRIAL DEADLINES

1

## **SIGNATURE CERTIFICATION**

2      Under Civ. L.R. 5-1(h)(3), I, Megan O'Neill, hereby attest that all signatories listed, and on

3   whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

4   DATED: September 10, 2025                    */s/ Megan O'Neill*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN EXPERT AND RELATED PRETRIAL
DEADLINES AND OTHER PRETRIAL DEADLINES

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: September 11, 2025

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN EXPERT AND RELATED PRETRIAL
DEADLINES AND OTHER PRETRIAL DEADLINES