[*Submitting Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448-YGR | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**STIPULATED AND [PROPOSED] ORDER OF DISMISSAL OF CERTAIN META DEFENDANTS** |

Pursuant to Civil L.R. 7-12, Plaintiffs in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (the "State AGs") and Defendants Meta Platforms, Inc.; Meta Payments Inc.; and Meta Platforms Technologies, LLC (the "Meta Defendants") hereby jointly submit this stipulation of dismissal, with prejudice, of the Plaintiffs claims against certain Meta Defendants in *In re Social Media Adolescent Addiction / Personal Injury Products Liability Litigation,* MDL No. 3047 and *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (together, "this Matter").

The State AGs and Meta Defendants agree and stipulate as follows:

1. Meta Platforms Inc. stipulates that it is the corporate parent of Meta Payments Inc. (*fka* Facebook Payments Inc.) and Meta Platforms Technologies, LLC (*fka* Facebook Technologies, LLC) (together, the "Meta Subsidiaries").

2. Meta Platforms Inc. agrees not to assert as a defense to liability in this Matter that it is not responsible for any actions or inactions alleged by the State AGs as wrongful on the grounds that such actions or inactions were taken in whole or in part by either or both of the Meta Subsidiaries.

3. Meta Platforms Inc. agrees not to assert as a basis for resisting payment of any monetary judgment or resisting compliance with any court order mandating injunctive or equitable relief that it does not exercise control or ownership over the assets of the Meta Subsidiaries.

4. In consideration of the foregoing, the State AGs' claims against the Meta Subsidiaries in the Matter shall be, and hereby are, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

Dated: January 14, 2026　　　　　　　　　COVINGTON & BURLING LLP

　　　　　　　　　　　　　　　　　　　　By: */s/ Ashley M. Simonsen*
　　　　　　　　　　　　　　　　　　　　Ashley M. Simonsen, SBN 275203
　　　　　　　　　　　　　　　　　　　　COVINGTON & BURLING LLP
　　　　　　　　　　　　　　　　　　　　1999 Avenue of the Stars
　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067
　　　　　　　　　　　　　　　　　　　　Telephone: (424) 332-4800
　　　　　　　　　　　　　　　　　　　　Facsimile: + 1 (424) 332-4749
　　　　　　　　　　　　　　　　　　　　Email: asimonsen@cov.com

　　　　　　　　　　　　　　　　　　　　Phyllis A. Jones, *pro hac vice*
　　　　　　　　　　　　　　　　　　　　Paul W. Schmidt, *pro hac vice*
　　　　　　　　　　　　　　　　　　　　COVINGTON & BURLING LLP

| | |
|---|---|
| 1 | One City Center |
| 2 | 850 Tenth Street, NW |
| | Washington, DC 20001-4956 |
| 3 | Telephone: + 1 (202) 662-6000 |
| | Facsimile: + 1 (202) 662-6291 |
| 4 | Email: pajones@cov.com |
| 5 | |
| | DAVIS POLK & WARDWELL LLP |
| 6 | James P. Rouhandeh, *pro hac vice* |
| | Antonio J. Perez-Marques, *pro hac vice* |
| 7 | Caroline Stern, *pro hac vice* |
| | Corey M. Meyer, *pro hac vice* |
| 8 | DAVIS POLK & WARDWELL LLP |
| | 450 Lexington Avenue |
| 9 | New York, New York 10017 |
| | Telephone: (212) 450-4000 |
| 10 | Facsimile: (212) 701-5800 |
| | rouhandeh@davispolk.com |
| 11 | antonio.perez@davispolk.com |
| | caroline.stern@davispolk.com |
| 12 | corey.meyer@davispolk.com |
| 13 | |
| | *Attorneys for Defendants Meta Platforms, Inc.,* |
| 14 | *Meta Payments, Inc.; and Meta Platforms* |
| | *Technologies, LLC.* |
| 15 | |

| | | |
|---|---|---|
| 16 | **KRIS MAYES** | **ROB BONTA** |
| | Attorney General | Attorney General |
| 17 | State of Arizona | State of California |
| 18 | | |
| | */s/ Reagan Healey* | */s/ Megan O'Neill* |
| 19 | Reagan Healey (AZ No. 038733), *pro hac vice* | Nicklas A. Akers (CA SBN 211222) |
| | Assistant Attorney General | Senior Assistant Attorney General |
| 20 | Arizona Attorney General's Office | Bernard Eskandari (SBN 244395) |
| | 2005 North Central Avenue | Emily Kalanithi (SBN 256972) |
| 21 | Phoenix, AZ 85004 | Supervising Deputy Attorneys General |
| | Phone: (602) 542-3725 | Nayha Arora (CA SBN 350467) |
| 22 | Fax: (602) 542-4377 | David Beglin (CA SBN 356401) |
| 23 | Reagan.Healey@azag.gov | Megan O'Neill (CA SBN 343535) |
| | | Joshua Olszewski-Jubelirer (CA SBN |
| 24 | *Attorney for Plaintiff State of Arizona* | 336428) |
| | | Marissa Roy (CA SBN 318773) |
| 25 | | Brendan Ruddy (CA SBN 297896) |
| 26 | | Deputy Attorneys General |
| | | California Department of Justice |
| 27 | | Office of the Attorney General |
| | | 455 Golden Gate Ave., Suite 11000 |
| 28 | | San Francisco, CA 94102-7004 |

| | |
|---|---|
| **PHILIP J. WEISER**<br>Attorney General<br>State of Colorado<br><br>*/s/ Krista Batchelder*<br>Krista Batchelder, (CO Reg.45066), *pro hac vice*<br>Deputy Solicitor General<br>Shannon Stevenson (CO Reg. 35542), *pro hac vice*<br>Solicitor General<br>Elizabeth Orem (CO Reg. 58309), *pro hac vice*<br>Assistant Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Judicial Center<br>Consumer Protection Section<br>1300 Broadway, 7th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6384<br>krista.batchelder@coag.gov<br>Shannon.stevenson@coag.gov<br>Elizabeth.orem@coag.gov<br><br>*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*<br><br>**KATHLEEN JENNINGS**<br>Attorney General<br>State of Delaware<br><br>*/s/ Ryan Costa*<br>Marion Quirk (DE Bar 4136), *pro hac vice*<br>Director of Consumer Protection<br>Ryan Costa (DE Bar 5325), *pro hac vice*<br>Deputy Director of Consumer Protection<br>Delaware Department of Justice<br>820 N. French Street, 5th Floor<br>Wilmington, DE 19801<br>Phone: (302) 683-8811<br>Marion.Quirk@delaware.gov<br>Ryan.Costa@delaware.gov<br><br>*Attorneys for Plaintiff State of Delaware, ex rel. Kathleen Jennings, Attorney General for the State of Delaware* | Phone: (415) 510-4400<br>Fax: (415) 703-5480<br>Megan.ONeill@doj.ca.gov<br><br>*Attorneys for Plaintiff the People of the State of California*<br><br><br>**WILLIAM TONG**<br>Attorney General<br>State of Connecticut<br><br>*/s/ Rebecca Borné*<br>Rebecca Borné<br>(CT Juris No. 446982), pro hac vice<br>Tess E. Schneider<br>(CT Juris No. 444175), *pro hac vice*<br>Krislyn M. Launer<br>(CT Juris No. 440789), *pro hac vice*<br>Assistant Attorneys General<br>Connecticut Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, Connecticut 06106<br>Phone: 860-808-5306<br>Fax: 860-808-5593<br>Rebecca.Borne@ct.gov<br>Tess.Schneider@ct.gov<br>Krislyn.Launer@ct.gov<br><br>*Attorneys for Plaintiff State of Connecticut* |

| | |
|---|---|
| **ANNE E. LOPEZ**<br>Attorney General<br>State of Hawaiʻi<br><br>*/s/ Douglas S. Chin*<br>Christopher J.I. Leong (HI JD No. 9662), *pro hac vice*<br>Supervising Deputy Attorney General<br>Kelcie K. Nagata (HI JD No. 10649), *pro hac vice*<br>Deputy Attorney General<br>Department of the Attorney General<br>Commerce and Economic Development Division<br>425 Queen Street<br>Honolulu, Hawaiʻi 96813<br>Phone: (808) 586-1180<br>Christopher.ji.leong@hawaii.gov<br>Kelcie.k.nagata@hawaii.gov<br>Douglas S. Chin (HI JD No. 6465), *pro hac vice*<br>John W. Kelly (HI JD No. 9907), *pro hac vice*<br>Special Deputy Attorney General<br>Starn O'Toole Marcus & Fisher<br>733 Bishop Street, Suite 1900<br>Honolulu, Hawaiʻi 96813<br>Phone: (808) 537-6100<br>dchin@starnlaw.com<br>jkelly@starnlaw.com<br><br>*Attorneys for Plaintiff State of Hawaiʻi*<br><br>**THEODORE E. ROKITA**<br>Attorney General<br>State of Indiana<br>*/s/ Scott L. Barnhart*<br>Scott L. Barnhart (IN Atty No. 25474-82)<br>*pro hac vice*<br>Chief Counsel and Director of Consumer Protection<br>Corinne Gilchrist (IN Atty No. 27115-53)<br>*pro hac vice*<br>Section Chief, Consumer Litigation<br>Mark M. Snodgrass (IN Atty No. 29495-49)<br>*pro hac vice*<br>Deputy Attorney General<br>Office of the Indiana Attorney General<br>Indiana Government Center South<br>302 West Washington St., 5th Floor<br>Indianapolis, IN 46203<br>Telephone: (317) 232-6309<br>Scott.Barnhart@atg.in.gov | **RAÚL R. LABRADOR**<br>Attorney General<br>State of Idaho<br><br>By: */s/ James Simeri*<br>James Simeri (ID Bar No. 12332)<br>Deputy Attorney General<br>Attorney General's Office<br>P.O. Box 83720<br>Boise, ID 83720-0010<br>(208) 334-4114<br>james.simeri@ag.idaho.gov<br><br>*Attorneys for Plaintiff State of Idaho*<br><br>**KWAME RAOUL**<br>Attorney General<br>State of Illinois<br><br>*/s/ Matthew Davies*<br>Susan Ellis, Chief, Consumer Protection Division (IL Bar No. 6256460)<br>Greg Grzeskiewicz, Chief, Consumer Fraud Bureau (IL Bar No. 6272322)<br>Jacob Gilbert, Deputy Chief, Consumer Fraud Bureau (IL Bar No. 6306019)<br>Matthew Davies, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6299608), *pro hac vice*<br>Daniel B. Roth, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6290613)<br>Meera Khan, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6345895)<br>Office of the Illinois Attorney General<br>115 S. LaSalle Street<br>Chicago, Illinois 60603<br>312-814-2218<br>Susan.Ellis@ilag.gov<br>Greg.Grzeskiewicz@ilag.gov<br>Jacob.Gilbert@ilag.gov<br>Matthew.Davies@ilag.gov<br>Daniel.Roth@ilag.gov<br>Meera.Khan@ilag.gov<br><br>*Attorneys for Plaintiff the People of the State of Illinois* |

Corinne.Gilchrist@atg.in.gov
Mark.Snodgrass@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

**KRIS W. KOBACH**
Attorney General
State of Kansas
*/s/ Sarah Dietz*
Sarah Dietz, Assistant Attorney General
(KS Bar No. 27457), *pro hac vice*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-3751
sarah.dietz@ag.ks.gov

*Attorney for Plaintiff State of Kansas*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

/s/ *J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109),
*pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*pro hac vice*
Zachary Richards (KY Bar No. 99209),
*pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*pro hac vice*
Matthew Cocanougher (KY Bar No. 94292), *pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**LIZ MURRILL**
Attorney General
State of Louisiana

*/s/ Asyl Nachabe*
Asyl Nachabe (LA Bar No. 38846)
*pro hac vice*
Assistant Attorney General
Louisiana Department of Justice
Office of the Attorney General
Public Protection Division
Complex Litigation Section
1885 N 3rd Street, 4th Floor
Baton Rouge, LA 70802
Tel: (225) 326-6435
NachabeA@ag.louisiana.gov
*Attorney for State of Louisiana*

**AARON M. FREY**
Attorney General
State of Maine

*/s/ Michael Devine*
Michael Devine (Maine Bar No. 5048),
*pro hac vice*
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8829
michael.devine@maine.gov
*Attorney for Plaintiff State of Maine*

**ANTHONY G. BROWN**
Attorney General
State of Maryland

/s/ *Elizabeth J. Stern*
Philip D. Ziperman (Maryland CPF No. 9012190379), *pro hac vice*
Deputy Chief, Consumer Protection Division
Elizabeth J. Stern (Maryland CPF No. 1112090003), *pro hac vice*
Assistant Attorney General
Office of the Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417 (Mr. Ziperman)
Phone: (410) 576-7226 (Ms. Stern)
Fax: (410) 576-6566
pziperman@oag.state.md.us
estern@oag.state.md.us

*Attorneys for Plaintiff Office of the Attorney General of Maryland*

**MICHAEL T. HILGERS**
Attorney General
State of Nebraska

/s/ *Anna M. Anderson*
Anna M. Anderson (NE #28080), *pro hac vice*
Benjamin J. Swanson (NE #27675), *pro hac vice*
Assistant Attorneys General
Nebraska Attorney General's Office
1445 K Street, Room 2115
Lincoln, NE 68509
(402) 471-6034
anna.anderson@nebraska.gov
benjamin.swanson@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*

**KEITH ELLISON**
Attorney General
State of Minnesota

/s/ *Caitlin Micko*
Caitlin Micko (MN Bar No. 0395388)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101
Tel: (651) 724-9180
Caitlin.micko@ag.state.mn.us

*Attorney for State of Minnesota, by its Attorney General, Keith Ellison*

| | |
|---|---|
| **MATTHEW J. PLATKIN**<br>Attorney General<br>State of New Jersey<br><br>By: /s/ *Kashif T. Chand*<br>Kashif T. Chand (NJ Bar No. 016752008),<br>*Pro hac vice*<br>Assistant Attorney General<br>Thomas Huynh (NJ Bar No. 200942017),<br>*Pro hac vice*<br>Assistant Section Chief, Deputy Attorney General<br>Verna J. Pradaxay (NJ Bar No. 335822021),<br>*Pro hac vice*<br>Mandy K. Wang (NJ Bar No. 373452021),<br>*Pro hac vice*<br>Deputy Attorneys General<br>New Jersey Office of the Attorney General,<br>Division of Law<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Tel: (973) 648-2052<br>Kashif.Chand@law.njoag.gov<br>Thomas.Huynh@law.njoag.gov<br>Verna.Pradaxay@law.njoag.gov<br>Mandy.Wang@law.njoag.gov<br><br>*Attorneys for Plaintiffs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs*<br><br>**LETITIA JAMES**<br>Attorney General<br>State of New York<br><br>/s/ Nathaniel Kosslyn<br>Nathaniel Kosslyn, Assistant Attorney General (NY Bar No. 5773676), *pro hac vice*<br>nathaniel.kosslyn@ag.ny.gov<br>Alex Finkelstein, Assistant Attorney General (NY Bar No. 5609623), *pro hac vice*<br>alex.finkelstein@ag.ny.gov<br>New York Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>(212) 416-8000 | **JEFF JACKSON**<br>Attorney General<br>State of North Carolina<br><br>/s/ *Charles White*<br>Charles G. White (N.C. State Bar No. 57735),<br>*pro hac vice*<br>Assistant Attorney General<br>Kunal Choksi<br>Senior Deputy Attorney General<br>Josh Abram<br>Special Deputy Attorney General<br>N.C. Department of Justice<br>Post Office Box 629<br>Raleigh, North Carolina 27602<br>Telephone: (919) 716-6889<br>Facsimile: (919) 716-6050<br>E-mail: cwhite@ncdoj.gov<br>*Attorneys for Plaintiff State of North Carolina*<br><br>**DAVE YOST**<br>OHIO ATTORNEY GENERAL<br><br>/s/ Kevin R. Walsh<br>Melissa G. Wright (0077843)<br>Section Chief, Consumer Protection Section<br>Melissa.Wright@ohioago.gov<br>Melissa S. Smith (0083551)<br>Asst. Section Chief, Consumer Protection Section<br>Melissa.S.Smith@ohioago.gov<br>Michael S. Ziegler (0042206)<br>Principal Assistant Attorney General<br>Michael.Ziegler@ohioago.gov<br>Kevin R. Walsh (0073999)<br>Senior Assistant Attorney General<br>Kevin.Walsh@ohioago.gov<br>30 East Broad Street, 14th Floor<br>Columbus, Ohio 43215<br>614-466-1031 |

| | |
|---|---|
| **DAN RAYFIELD**<br>Attorney General<br>State of Oregon<br><br>/s/ John Dunbar<br>John J. Dunbar (Oregon Bar No. 842100)<br>Assistant Attorney General<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, Oregon 97201<br>Telephone: (971) 673-1880<br>Facsimile:  (971) 673-1884<br>E-mail: john.dunbar@doj.oregon.gov<br><br>*Attorneys for State of Oregon ex rel. Dan Rayfield, Attorney General* | **PETER F. NERONHA**<br>Attorney General<br>State of Rhode Island<br><br>*/s/ Stephen N. Provazza*<br>Stephen N. Provazza (R.I. Bar No. 10435), *pro hac vice*<br>Assistant Attorney General<br>Rhode Island Office of the Attorney General<br>150 South Main St.<br>Providence, RI 02903<br>Phone: 401-274-4400<br>Email: SProvazza@riag.ri.gov<br><br>*Attorneys for Plaintiff State of Rhode Island* |
| **DAVID W. SUNDAY, JR.**<br>Attorney General<br>Commonwealth of Pennsylvania<br><br>*/s/ Jonathan R. Burns*<br>Jonathan R. Burns<br>Senior Deputy Attorney General<br>(PA Bar No. 315206), *pro hac vice*<br>Pennsylvania Office of Attorney General<br>Strawberry Square, 14th Floor<br>Harrisburg, PA 17120<br>(717) 645-7269<br>jburns@attorneygeneral.gov<br><br>*Attorneys for Plaintiff the Commonwealth of Pennsylvania* | **ALAN WILSON**<br>Attorney General<br>State of South Carolina<br><br>*/s/ Anna C. Smith*<br>C. Havird Jones, Jr.<br>Senior Assistant Deputy Attorney General<br>Jared Q. Libet (S.C. Bar No. 74975), *pro hac vice*<br>Assistant Deputy Attorney General<br>Anna C. Smith (SC Bar No. 104749), *pro hac vice*<br>Assistant Attorney General<br>Office of the South Carolina Attorney General<br>Post Office Box 11549<br>Columbia, South Carolina 29211<br>jlibet@scag.gov<br>annasmith@scag.gov<br>803-734-0536<br><br>*Attorneys for Plaintiff the State of South Carolina,*<br>*ex rel. Alan M. Wilson, in His Official Capacity as*<br>*Attorney General of the State of South Carolina* |

| | |
|---|---|
| MARTY J. JACKLEY<br>Attorney General<br>State of South Dakota<br>  /s/ Amanda Miiller<br>By: Amanda Miiller (SD Bar No. 4271)<br>Deputy Attorney General<br>1302 East SD Hwy 1889, Suite 1<br>Pierre, SD 57501-8501<br>Telephone: (605) 773-3215<br>Amanda.Miiller@state.sd.us<br><br>*Attorneys for Plaintiff State of South Dakota*<br><br>**JASON S. MIYARES**<br>Attorney General<br>Commonwealth Of Virginia<br><br>*/s/ Joelle E. Gotwals*<br>Steven G. Popps<br>Chief Deputy Attorney General<br>Thomas J. Sanford<br>Deputy Attorney General<br>Richard S. Schweiker, Jr.<br>Senior Assistant Attorney General and Section Chief<br>Joelle E. Gotwals (VSB No. 76779),<br>Senior Assistant Attorney General<br>*pro hac vice*<br>Chandler P. Crenshaw (VSB No. 93452)<br>Assistant Attorney General<br>*pro hac vice*<br>Office of the Attorney General of Virginia<br>Consumer Protection Section<br>202 N. 9th Street<br>Richmond, Virginia 23219<br>Telephone:    (804) 786-8789<br>Facsimile:    (804) 786-0122<br>E-mail: jgotwals@oag.state.va.us<br><br>*Attorneys for the Plaintiff Commonwealth of Virginia*<br>*ex rel. Jason S. Miyares, Attorney General* | **NICHOLAS W. BROWN**<br>Attorney General State of Washington<br><br>*/s/ Claire McNamara*<br>Claire McNamara (WA Bar No. 50097)<br>Gardner Reed (WA Bar No. 55630)<br>Assistant Attorneys General<br>Washington State Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 340-6783<br>claire.mcnamara@atg.wa.gov<br>gardner.reed@atg.wa.gov<br><br>*Attorneys for Plaintiff State of Washington*<br><br>**JOHN B. MCCUSKEY**<br>Attorney General<br>State of West Virginia<br><br>*/s/ Laurel K. Lackey*<br><br>Laurel K. Lackey (WVSB No. 10267)<br>Abby G. Cunningham (WVSB No. 13388)<br>Assistant Attorneys General<br>Office of the Attorney General<br>Consumer Protection & Antitrust Division<br>Eastern Panhandle Office<br>269 Aikens Center<br>Martinsburg, West Virginia 25404<br>Telephone: (304) 267-0239<br>Email: laurel.k.lackey@wvago.gov<br>abby.g.cunningham@wvago.gov<br><br>*Attorneys for Plaintiff State of West Virginia, ex rel. John B. McCuskey, Attorney General* |

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

/s/ Brittany Copper
Brittany A. Copper
Assistant Attorney General
WI State Bar # 1142446, *pro hac vice*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1795
Brittany.copper@wisdoj.gov

*Attorneys for Plaintiff State of Wisconsin*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2025

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge