UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case Nos. 4:22-md-03047-YGR<br>4:23-cv-05448-YGR<br><br>MDL No. 3047<br><br>**ORDER REGARDING APPEARANCE FOR ORAL ARGUMENT AT 1/26 HEARING** |

The Court is in receipt of the email submitted to the Court on January 22, 2026 by Ashley Simonsen, counsel for defendants, titled "Case No. 22-md-03047-YGR (PHK):  Attendance List - Monday, January 26, 2026 CMC/Hearings," listing counsel who intend to appear in person at the MDL CMC/Hearings on January 26, 2026.  The Court hereby **ORDERS** the Kentucky Attorney General's office to appear for oral argument at the hearing set for Monday, January 26, 2026 to address disputed points of Kentucky law.

**IT IS SO ORDERED.**

Dated: January 23, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

1