# Exhibit 1

CONFIDENTIAL

Page 1

```
 1            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2
 3    Case No. 4:22-MD-03047-YGR
 4    MDL No. 3047
 5    - - - - - - - - - - - - - - - - - -X
      IN RE:  SOCIAL MEDIA ADOLESCENT    :
 6    ADDICTION/PERSONAL INJURY          :
      PRODUCTS LIABILITY LITIGATION      :
 7    - - - - - - - - - - - - - - - - - -X
      This Document Relates to:          :
 8                                       :
      People of the State of California, :
 9    et al. vs. Meta Platforms,         :
      Inc., et al.                       :
10                                       :
      - - - - - - - - - - - - - - - - - -X
11
12
13         Videotaped deposition of DR. NICOLE TAYLOR
      taken at the Office of the Attorney General, 165
14    Capitol Avenue, Hartford, Connecticut, before
      Clifford Edwards, Certified Shorthand Reporter and
15    Notary Public, in and for the State of Connecticut
      on June 5, 2025, at 9:30 a.m. EST.
16
17
18
19
20
21
22
23
24
25
```

```
 1       A      Can you please clarify that?
 2       Q      Sure.  Are there any other programs that
 3   you have responsibility for in the Office of
 4   Behavioral Health and Well-being that you would
 5   consider to be evidence-based programs?
 6       A      We contract for providers who implement
 7   evidence-based programs.
 8       Q      Okay.  Is that a criteria that you use to
 9   select providers?
10       A      It is not.
11       Q      Is that something you look for in
12   providers?
13       A      It is not.
14       Q      Are you aware of any evidence-based
15   research relating to social media use of youth in
16   Connecticut?
17       A      Not that I can recall.
18       Q      Okay.  And have you ever collected any
19   data showing that Facebook or Instagram caused
20   mental health harms in youth in Connecticut?
21       A      Not that I can recall.
22       Q      Are you aware of the State of Connecticut
23   collecting any data showing that Facebook or
24   Instagram caused mental health harms in youth?
25       A      Not that I can recall.
```

CONFIDENTIAL

Page 118

1              C E R T I F I C A T E
2          I hereby certify that I am a Notary Public,
3    in and for the State of Connecticut, duly
4    commissioned and qualified to administer oaths.
5          I further certify that the deponent named in
6    the foregoing deposition was by me duly sworn, and
7    thereupon testified as appears in the foregoing
8    deposition; that said deposition was taken by me
9    stenographically in the presence of counsel and
10   reduced to typewriting under my direction, and the
11   foregoing is a true and accurate transcript of the
12   testimony.
13         I further certify that I am neither of
14   counsel nor attorney to any of the parties to said
15   suit, nor am I an employee of any party to said
16   suit, nor of any counsel in said suit, nor am I
17   interested in the outcome of said cause.
18         Witness my hand and seal as Notary Public
19   this 9th day of June, 2025.
20
21         _____
22                Clifford Edwards
23   Connecticut Notary Public No. SNPC.0129714
24   My commission expires: 9/30/2026
25