# Exhibit 2

Page 1

          UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
                        - - -
IN RE: SOCIAL MEDIA       : Case No.
ADOLESCENT                : 4:22-MD-03047-YGR(PHK)
ADDICTION/PERSONAL        : MDL No. 3047
INJURY PRODUCTS           :
LIABILITY LITIGATION,     :
                          :
This Document Relates to:
People of the State of    :
California, et al., v.    :
Meta Platforms, Inc,      :
et al.,                   :
Case No. 4:23-cv-05448    :


                        - - -
                AUGUST 28, 2025
                        - - -


             Videotape deposition of
SHERIDEN BLACK, taken pursuant to notice,
was held at the law offices of The
Brandywine Building, 1000 North West
Street, Wilmington, Delaware 19801,
commencing at 9:18 a.m., on the above
date, before Amanda Dee Maslynsky-Miller,
a Court Reporter and Certified Realtime
Reporter.
                        - - -


  Job No. MDLG7530939

Page 270

BY ATTORNEY PATEL:

Q.    You don't recall what specifically?

A.    What the article specifically says has been positive.

Q.    Okay.  I'm just -- to take us back to the original question.

There was -- there has not been a study conducted by the State of Delaware that shows that social media causes teen mental health issues?

ATTORNEY COSTA:  Object to form.  Scope.

THE WITNESS:  Not that I'm aware of.

BY ATTORNEY PATEL:

Q.    I'm showing you what's been marked as Exhibit-31, which is House Bill 3.

- - -

(Whereupon, Exhibit Delaware-Black-31, METADEAG-30(b)(6)PUBLICDOC-001-00006721-723, House Bill 3, was

Page 338

CERTIFICATE

I HEREBY CERTIFY that the witness was duly sworn by me and that the deposition is a true record of the testimony given by the witness.

*Amanda Miller*

Amanda Maslynsky-Miller

Certified Realtime Reporter

Dated:  September 10, 2025

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)