# Exhibit 3

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 4:22-MD-03047-YGR (PHK)
MDL No. 3047

IN RE:  SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY PRODUCTS
LIABILITY LITIGATION
_____

PEOPLE OF THE
STATE OF CALIFORNIA,

    PLAINTIFFS,

vs.

META PLATFORMS, INC.,

    DEFENDANTS.
_____

    DEPOSITION OF: ROBBIE FLETCHER, Ed.D.
  CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
_____

The videotaped deposition of Robbie Fletcher, Ed.D.
was taken before Janine N. Leroux, Stenographic
Court Reporter and Notary Public in and for the
State of Kentucky, at 300 Sower Boulevard,
Frankfort, Kentucky, commencing on July 1st, 2025,
at the approximate hour of 8:59 a.m.

Job No. MDLG7390160-1

Page 48

what you said.

Q.    And in your role as Commissioner, have you ever collected any data showing that Facebook or Instagram caused mental health harms in adolescents?

A.    I personally have not asked anyone to collect that type of data.

Q.    Are you aware of any KDE data showing that Facebook or Instagram caused mental health harms in adolescents?

A.    I'm not aware of any data.

Q.    Are you aware of any data showing that Facebook or Instagram caused mental health harms in teens?

A.    I'm sure there is data, but as far as can I recite a specific report or anything of that nature, I cannot.

Q.    And when you say I'm sure that there is data showing that Facebook or Instagram caused mental health harms in teens, what makes you say that?

A.    I've seen headlines.

Q.    And when you say that you've seen headlines, were those headlines specific to Facebook or Instagram and their impact on mental

CONFIDENTIAL

Page 113

STATE OF KENTUCKY        )

                         )

COUNTY OF MONTGOMERY   )

        I, JANINE N. LEROUX, Court Reporter and Notary Public in and for the State of Kentucky at Large, certify that the facts stated in the caption hereto are true, and that at the time and place stated in said caption the witness named in the caption hereto personally appeared before me.

        I further certify that after being duly sworn by me the witness was examined by counsel for the parties, and that said testimony was taken in stenotype by me and later reduced to computer-aided transcription, and that the foregoing is a true record of the testimony given by said witness.

        The foregoing deposition has been submitted to the witness for reading and signing.

_____

JANINE LEROUX - COURT REPORTER

NOTARY PUBLIC STATE-AT-LARGE

MY COMMISSION EXPIRES: NOVEMBER 26, 2027

NOTARY ID KYNP1406