# Exhibit 4

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT    ) Case No.
ADDICTION/PERSONAL INJURY         ) 4:22-md-03047-YGR
PRODUCTS LIABILITY LITIGATION     )
_____) MDL No. 3047
                                  )
THIS DOCUMENT RELATES TO:         )
                                  )
People of the State of            )
California, et al. v. Meta        )
Platforms, Inc., et al.,          )
                                  )
Case No.: 4:23-cv-05448           )
_____)


VIDEOTAPED DEPOSITION OF MELANIE BARTON

Monday, June 30, 2025

Columbia, South Carolina

9:02 a.m.


Reported by:  Christine A. Taylor, RPR


Job No. MDLG7432662

Page 55

A.    On South Carolina teens?

Q.    Correct.

A.    No.

Q.    That arose from the Office of the Governor?

A.    No.

Q.    Have you seen any data from any study at the Education Oversight Committee concerning the impact of social media on teens?

A.    No.

Q.    You just mentioned data from a national study.  Which national study?

A.    The -- The Anxious Generation, the PEZA study.

Q.    Thank you.  Are you aware of any data showing that Facebook's or Instagram's features caused mental health harms to South Carolina teens?

A.    Specific to South Carolina teens, no.

Q.    And specific to the features of Facebook and Instagram?

A.    Not to South Carolina teens specifically.

Q.    You mentioned a moment ago that there are a lot of factors that can impact teen mental

CERTIFICATE OF REPORTER

I, Christine A. Taylor, Registered Professional Reporter and Notary Public for the State of South Carolina at Large, do hereby certify:

That the foregoing deposition was taken before me on the date and at the time and location stated in this transcript; that the deponent was duly sworn to testify to the truth, the whole truth and nothing but the truth; that the testimony of the deponent and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed; that the foregoing deposition as typed is a true, accurate and complete record of the testimony of the deponent and of all objections made at the time of the examination to the best of my ability.

I further certify that I am neither related to nor counsel for any party to the cause pending or interested in the events thereof.  Witness my hand, this 14th

_____

Christine A. Taylor,
Registered Professional Reporter
Notary Public
State of South Carolina at Large
My Commission expires:
April 6, 2031