1    [*Submitting Counsel on Signature Page*]

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   | IN RE: SOCIAL MEDIA ADOLESCENT | MDL No. 3047 |
     | ADDICTION/PERSONAL INJURY | |

12   | PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR |

13   THIS DOCUMENT RELATES TO:      **TEMPORARY SEALING MOTION RE
                                    STATE ATTORNEYS GENERAL'S**

14   4:23-cv-05448                  **MOTIONS FOR PARTIAL SUMMARY
                                    JUDGMENT**

15
                                    Judge: Hon. Yvonne Gonzalez Rogers
16
                                    Magistrate Judge: Hon. Peter H. Kang
17

18           Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the State

19   Attorneys General submit this Temporary Sealing Motion regarding their Motion for Partial

20   Summary Judgment. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a

21   forthcoming omnibus stipulation or omnibus motion.

22

23   | Docket No. | Document | Whether document contains a Party's Confidential Information |
     |---|---|---|

24

25

26   | ECF No. 249-1 | State Attorneys General's Motion for Partial Summary Judgment | Temporarily filing under seal because document contains information that Meta may consider to be confidential |

27

28

1

| ECF No. 249-2 | Declaration of Matthew Cocanougher | Not filed under seal |
|---|---|---|
| ECF No. 249-3 | Exhibit 1 to the Motion. Stipulation at ECF No. 2628. | Not filed under seal |
| ECF No. 249-4 | Exhibit 2 to the Motion. Transcript of the 30(b)(6) Deposition of A.H. taken on June 16-17, 2025. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-5 | Exhibit 3 to the Motion. Meta's responses to State AGs' 1st Set of Requests for Admission, May 8, 2025. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-6 | Exhibit 4 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-030-00000058. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-7 | Exhibit 5 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-287-00003183. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-8 | Exhibit 6 to the Motion. Meta's responses to N.J.'s April 10, 2023 Demand for Statements Under Oath, May 22, 2023, beginning with the Bates number AG-MDL3047-020615. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-9 | Ex. 7 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-053-00012709. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-10 | Ex. 8 to the transcript of the 30(b)(6) Deposition of A.H. taken on June 16-17, 2025. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-11 | Ex. 9 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number | Temporarily filing under seal because document contains information that |

| | | META3047MDL-155-00009593. | Meta may consider to be confidential |
|---|---|---|---|
| ECF No. 249-12 | | Ex. 10 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-037-00083064. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-13 | | Ex. 11 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-020-00656153. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-14 | | Ex. 12 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-146-00072943. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-15 | | Ex. 13 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-146-00072869. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-16 | | Ex. 14 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-091-00022408. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-17 | | Ex. 15 to the Motion. Ex. 26 of the transcript of the 30(b)(6) Deposition of A.H. taken on June 16-17, 2025. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-18 | | Ex. 16 to the Motion. Corrected Report of Patrick McDaniel. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |

3

| ECF No. 249-19 | Exhibit 17 to the Motion. Transcript of the 30(b)(6) Deposition of L.B. taken on June 26, 2025. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
|---|---|---|
| ECF No. 249-20 | Exhibit 18 to the Motion. Transcript of the Deposition of L.B. taken on December 10, 2025. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-21 | Ex. 19 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-014-00405380. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-22 | Exhibit 20 to the Motion. The amended errata of the transcript of the 30(b)(6) Deposition of L.B. taken on June 26, 2025. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-23 | Ex. 21 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-118-000000459. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-24 | Ex. 22 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-072-01245074. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-25 | Ex. 23 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-047-01202953. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-26 | Ex. 24 to the Motion. Meta's responses to State AGs' 3rd Set of Requests for Admission, May 2, 2025. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |

4

| ECF No. 249-27 | Ex. 25 to the Motion. Meta's responses to State AGs' 1st Set of Requests for Admission, February 11, 2025. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| --- | --- | --- |
| ECF No. 249-28 | Ex. 26 to the Motion. Meta's response to State AGs' 30(b)(6) written questions, July 25, 2024. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-29 | Ex. 27 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-068-00000001. | Not filed under seal |
| ECF No. 249-30 | Ex. 28 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-072-01498784. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-31 | Ex. 29 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-040-00000322. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-32 | Ex. 30 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-098-00016127. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-33 | Ex. 31 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-098-00010191. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-34 | Ex. 32 to the Motion. Excerpts of a document produced in this litigation by Meta beginning | Temporarily filing under seal because document contains information that |

5

| | | with the Bates number META3047MDL-072-01230259. | Meta may consider to be confidential |
|---|---|---|---|
| ECF No. 249-35 | Ex. 33 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-098-00035791. | | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-36 | Ex. 34 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-053-00012614. | | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-37 | Ex. 35 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-129-00090783. | | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-38 | Ex. 36 to the Motion. Excerpts of the transcript of the Deposition of Karina Newton taken on February 27, 2025 | | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-39 | Ex. 37 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-050-00309895. | | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-40 | Ex. 38 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-053-00012709. | | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-41 | Ex. 39 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number | | Temporarily filing under seal because document contains information that |

6

| | | META3047MDL-111-00135412. | Meta may consider to be confidential |
|---|---|---|---|
| | ECF No. 249-42 | Ex. 40 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-065-00153090. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| | ECF No. 249-43 | Ex. 41 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-146-00072994. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| | ECF No. 249-44 | Ex. 42 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-037-00076549. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| | ECF No. 249-45 | Ex. 43 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-034-00455332. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| | ECF No. 249-46 | Ex. 44 to the Motion. Excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-047-00945193. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| | ECF No. 249-47 | Ex. 45 to the Motion. Ex. 27 of the transcript of the 30(b)(6) Deposition of A.H. taken on June 16-17, 2025. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| | ECF No. 249-48 | Ex. 46 to the Motion. Ex. 12 of the transcript of the 30(b)(6) Deposition of A.H. taken on June 16-17, 2025. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |

7

| | | |
|---|---|---|
| ECF No. 249-49 | Ex. 47 to the Motion. Ex. 13 of the transcript of the 30(b)(6) Deposition of A.H. taken on June 16-17, 2025. | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 249-50 | Declaration of Kate Gooler | Not filed under seal |
| ECF No. 249-51 | Ex. A to Declaration of Kate Gooler. Instagram, Terms of Use. | Not filed under seal |
| ECF No. 249-52 | Ex. B to Declaration of Kate Gooler. Internet archive snapshot of Instagram Terms of Use. | Not filed under seal |
| ECF No. 249-53 | Ex. D to Declaration of Kate Gooler. U.S. Trademark Registration No. 4170675. | Not filed under seal |
| ECF No. 249-54 | Ex. E to Declaration of Kate Gooler. U.S. Trademark Registration No. 5061916 | Not filed under seal |
| ECF No. 249-55 | Ex. F to Declaration of Kate Gooler. Trademark Registration No. 5019151 | Not filed under seal |
| ECF No. 249-56 | Ex. G to Declaration of Kate Gooler. U.S. Trademark Reg. Nos. 4146057, 4170675 | Not filed under seal |
| ECF No. 249-57 | Ex. I to Declaration of Kate Gooler. Apple App Store, Instagram, https://apps.apple.com/us/app/instagram/id389801252 | Not filed under seal |
| ECF No. 249-58 | Ex. J to Declaration of Kate Gooler. FTC, Complying with COPPA: Frequently Asked Questions, FAQ A-12, https://www.ftc.gov/business-guidance/resources/complying-coppa-frequently-asked-questions | Not filed under seal |
| ECF No. 249-59 | Ex. K to Declaration of Kate Gooler. FTC, Complying with COPPA: Frequently Asked Questions, FAQ H-3 | Not filed under seal |
| ECF No. 249-60 | Ex. L to Declaration of Kate Gooler. *Meta's Cox on Building AI Into the Product* | Not filed under seal |

8

| | | |
|---|---|---|
| | *Suite*, Bloomberg (May 9, 2024), https://www.bloomberg.com/news/videos/2024-05-09/meta-scox-on-building-ai-into-the-product-suite-video, at 6:09-6:29 | |
| ECF No. 249-61 | Declaration of Catherine Diaz | Not filed under seal |
| ECF No. 249-62 | Ex. A to Declaration of Catherine Diaz. WHOIS domain lookup for Instagram.com. | Not filed under seal |
| ECF No. 249-63 | Ex. B to Declaration of Catherine Diaz. Registration data for Instagram.com. | Not filed under seal |
| ECF No. 249-64 | Ex. C to Declaration of Catherine Diaz. Registration data for Instagram.com. | Not filed under seal |

**Dated: January 30, 2026**

1    Respectfully submitted,

2

3    **PHILIP J. WEISER**                              **ROB BONTA**
     Attorney General                                 Attorney General
4    State of Colorado                                 State of California

5    */s/ Krista Batchelder*                           */s/ Megan O'Neill*
     Krista Batchelder, (CO Reg.45066), *pro hac vice*  Nicklas A. Akers (CA SBN 211222)
6    Deputy Solicitor General                          Senior Assistant Attorney General
7    Shannon Stevenson (CO Reg. 35542), *pro hac*       Bernard Eskandari (CA SBN 244395)
     *vice*                                             Emily Kalanithi (CA SBN 256972)
8    Solicitor General                                 Supervising Deputy Attorneys General
     Elizabeth Orem (CO Reg. 58309), *pro hac vice*     Megan O'Neill (CA SBN 343535)
9    Assistant Attorney General                        Nayha Arora (CA SBN 350467)
     Colorado Department of Law                         Joshua Olszewski-Jubelirer
10   Ralph L. Carr Judicial Center                     (CA SBN 336428)
11   Consumer Protection Section                       Marissa Roy (CA SBN 318773)
     1300 Broadway, 7ᵗʰ Floor                          Brendan Ruddy (CA SBN 297896)
12   Denver, CO 80203                                  Deputy Attorneys General
     Phone: (720) 508-6384                             California Department of Justice
13   krista.batchelder@coag.gov                        Office of the Attorney General
14   Shannon.stevenson@coag.gov                        455 Golden Gate Ave., Suite 12490
     Elizabeth.orem@coag.gov                           San Francisco, CA 94102-7004
15                                                     Phone: (415) 510-4400
     *Attorneys for Plaintiff State of Colorado, ex rel.*  Fax: (415) 703-5480
16   *Philip J. Weiser, Attorney General*              megan.oneill@doj.ca.gov

17                                                     *Attorneys for Plaintiff the People of the State*
                                                       *of California*
18

19

20

21

22

23

24

25

26

27

28

1   **RUSSELL COLEMAN**                      **JENNIFER DAVENPORT**
2   Attorney General                        Acting Attorney General
    Commonwealth of Kentucky                State of New Jersey
3
    /s/ *Matthew Cocanougher*               By: /s/ *Kashif T. Chand*
4   J. Christian Lewis (KY Bar No. 87109),  Kashif T. Chand (NJ Bar No. 016752008),
    *pro hac vice*                          *Pro hac vice*
5   Philip Heleringer (KY Bar No. 96748),   Assistant Attorney General
    *pro hac vice*                          Thomas Huynh (NJ Bar No. 200942017),
6   Zachary Richards (KY Bar No. 99209),    *Pro hac vice*
7   *pro hac vice app. forthcoming*         Assistant Section Chief, Deputy Attorney
    Daniel I. Keiser (KY Bar No. 249264),   General
8   *pro hac vice*                          Verna J. Pradaxay (NJ Bar No. 335822021),
    Matthew Cocanougher (KY Bar No. 94292), *Pro hac vice*
9   *pro hac vice*                          Mandy K. Wang (NJ Bar No. 373452021),
    Assistant Attorneys General             *Pro hac vice*
10  1024 Capital Center Drive, Ste. 200     Deputy Attorneys General
11  Frankfort, KY 40601                     New Jersey Office of the Attorney General,
    Christian.Lewis@ky.gov                  Division of Law
12  Philip.Heleringer@ky.gov                124 Halsey Street, 5th Floor
    Zach.Richards@ky.gov                    Newark, NJ 07101
13  Daniel.Keiser@ky.gov                    Tel: (973) 648-2052
    Matthew.Cocanougher@ky.gov              Kashif.Chand@law.njoag.gov
14  Phone: (502) 696-5300                   Thomas.Huynh@law.njoag.gov
15  Fax: (502) 564-2698                     Verna.Pradaxay@law.njoag.gov
                                            Mandy.Wang@law.njoag.gov
16  *Attorneys for Plaintiff the Commonwealth of*
    *Kentucky*                              *Attorneys for Plaintiffs Jennifer Davenport,*
17                                          *Acting Attorney General for the State of New*
                                            *Jersey, and Jeremy E. Hollander, Acting*
18                                          *Director of the New Jersey Division of*
19                                          *Consumer Affairs*
20
21
22                        **ATTESTATION**
23
24      I, Matthew Cocanougher, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the
    concurrence to the filing of this document has been obtained from each signatory hereto.
25
    DATED: January 30, 2026                 /s/ *Matthew Cocanougher*
26
27
28

                                    11