[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**DECLARATION OF MATTHEW COCANOUGHER IN SUPPORT OF STATE ATTORNEYS GENERAL'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

I, Matthew Cocanougher, of full age and duly sworn according to law, declare:

I am an Assistant Attorney General in the Office of Consumer Protection of the Kentucky Office of the Attorney General. I am a member in good standing in the Kentucky Bar Association. I am admitted pro hac vice in this Court. I submit this Declaration in support of the State AGs' Motion for Partial Summary Judgment. I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

The following paragraphs in this declaration identify the exhibits referenced and/or cited in the State AGs' Motion for Partial Summary Judgment.

1. Attached hereto as Exhibit 1 is a true and accurate copy of ECF No. 2628, Stipulation Regarding Certain Aspects of the State AGs' COPPA Claim.

2. Attached hereto as Exhibit 2 is a true and accurate copy of excerpts of the transcript of the 30(b)(6) Deposition of Allison Hartnett taken on June 16-17, 2025.

3. Attached hereto as Exhibit 3 is a true and accurate copy of excerpts of written discovery amended responses and objections served by Meta in response to State AGs' 1st Set of Requests for Admission, May 8, 2025.

4. Attached hereto as Exhibit 4 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-030-00000058.

5. Attached hereto as Exhibit 5 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-287-00003183.

6. Attached hereto as Exhibit 6 is a true and accurate copy of written discovery amended responses and objections served by Meta in response to New Jersey's April 10, 2023 Demand for Statements Under Oath, May 22, 2023, beginning with the Bates number AG-MDL3047-020615.

7. Attached hereto as Exhibit 7 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-053-00012709.

8. Attached hereto as Exhibit 8 is a true and accurate copy of Exhibit 6 to the transcript of the 30(b)(6) Deposition of Allison Hartnett taken on June 16-17, 2025.

9. Attached hereto as Exhibit 9 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-155-00009593.

10. Attached hereto as Exhibit 10 is a true and accurate copy of excerpts of a document produced in

this litigation by Meta beginning with the Bates number META3047MDL-037-00083064.

11. Attached hereto as Exhibit 11 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-020-00656153.

12. Attached hereto as Exhibit 12 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-146-00072943.

13. Attached hereto as Exhibit 13 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-146-00072869.

14. Attached hereto as Exhibit 14 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-091-00022408.

15. Attached hereto as Exhibit 15 is a true and accurate copy of Exhibit 26 to the transcript of the 30(b)(6) Deposition of Allison Hartnett taken on June 16-17, 2025.

16. Attached hereto as Exhibit 16 is a true and accurate copy of excerpts of the Corrected Report of Patrick McDaniel.

17. Attached hereto as Exhibit 17 is a true and accurate copy of excerpts of the transcript of the 30(b)(6) Deposition of Lars Backstrom taken on June 26, 2025.

18. Attached hereto as Exhibit 18 is a true and accurate copy of excerpts of the transcript of the Deposition of Lars Backstrom taken on December 10, 2025.

19. Attached hereto as Exhibit 19 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-014-00405380.

20. Attached hereto as Exhibit 20 is a true and accurate copy of the amended errata of the transcript of the 30(b)(6) Deposition of Lars Backstrom taken on June 26, 2025.

21. Attached hereto as Exhibit 21 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-118-000000459.

22. Attached hereto as Exhibit 22 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-072-01245074.

23. Attached hereto as Exhibit 23 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-047-01202953.

24. Attached hereto as Exhibit 24 is a true and accurate copy of excerpts of written discovery amended responses and objections served by Meta in response to State AGs' 3rd Set of Requests for Admission, May 2, 2025.

25. Attached hereto as Exhibit 25 is a true and accurate copy of excerpts of written discovery amended responses and objections served by Meta in response to State AGs' 1st Set of Requests for Admission, February 11, 2025.

26. Attached hereto as Exhibit 26 is a true and accurate copy of excerpts of written discovery responses and objections served by Meta in response to State AGs' 30(b)(6) written questions, July 25, 2024.

27. Attached hereto as Exhibit 27 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-068-00000001.

28. Attached hereto as Exhibit 28 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-072-01498784.

29. Attached hereto as Exhibit 29 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-040-00000322.

30. Attached hereto as Exhibit 30 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-098-00016127.

31. Attached hereto as Exhibit 31 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-098-00010191.

32. Attached hereto as Exhibit 32 is a true and accurate copy of excerpts of a document produced in

this litigation by Meta beginning with the Bates number META3047MDL-072-01230259.

33. Attached hereto as Exhibit 33 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-098-00035791.

34. Attached hereto as Exhibit 34 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-053-00012614.

35. Attached hereto as Exhibit 35 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-129-00090783.

36. Attached hereto as Exhibit 36 is a true and accurate copy of excerpts of the transcript of the Deposition of Karina Newton taken on February 27, 2025.

37. Attached hereto as Exhibit 37 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-050-00309895.

38. Attached hereto as Exhibit 38 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-053-00012709.

39. Attached hereto as Exhibit 39 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-111-00135412.

40. Attached hereto as Exhibit 40 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-065-00153090.

41. Attached hereto as Exhibit 41 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-146-00072994.

42. Attached hereto as Exhibit 42 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-037-00076549.

43. Attached hereto as Exhibit 43 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-034-00455332.

44. Attached hereto as Exhibit 44 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-047-00945193.

45. Attached hereto as Exhibit 45 is a true and accurate copy of Ex. 27 of the transcript of the 30(b)(6) Deposition of Allison Hartnett taken on June 16-17, 2025.

46. Attached hereto as Exhibit 46 is a true and accurate copy of Ex. 12 of the transcript of the 30(b)(6) Deposition of Allison Hartnett taken on June 16-17, 2025.

47. Attached hereto as Exhibit 47 is a true and accurate copy of Ex. 13 of the transcript of the 30(b)(6) Deposition of Allison Hartnett taken on June 16-17, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 27, 2026 in Danville, Kentucky.

/s/ Matthew Cocanougher
Matthew Cocanougher
Assistant Attorney General
Kentucky Office of the Attorney General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300