

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-01-23 09:20:11 EST | |
| **Mark:** | INSTAGRAM | *INSTAGRAM* |
| **US Serial Number:** | 85426271 | **Application Filing Date:** Sep. 19, 2011 |
| **US Registration Number:** | 4170675 | **Registration Date:** Jul. 10, 2012 |
| **Register:** | Principal | |
| **Mark Type:** | Service Mark | |
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. |
| **Status:** | The registration has been renewed. | |
| **Status Date:** | Jan. 10, 2023 | |
| **Publication Date:** | Apr. 24, 2012 | |

### Mark Information

### Related Properties Information

### Goods and Services

### Basis Information (Case Level)

### Current Owner(s) Information

### Attorney/Correspondence Information

### Prosecution History

### TM Staff and Location Information

### Assignment Abstract Of Title Information - Click to Load

### Proceedings - Click to Load

Feedback

Case 4:23-cv-05448-YGR    Document 249-53    Filed 01/30/26    Page 3 of 3