

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**STATUS**   **DOCUMENTS**   **MAINTENANCE**                                                     **Back to Search**        Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2026-01-23 09:21:53 EST |
| Mark: | INSTA |

# INSTA

| | | | |
|---|---|---|---|
| US Serial Number: | 86638028 | Application Filing Date: | May 21, 2015 |
| US Registration Number: | 5061916 | Registration Date: | Oct. 18, 2016 |
| Filed as TEAS RF: | Yes | Currently TEAS RF: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| Status: | A Section 8 declaration has been accepted. | | |
| Status Date: | Apr. 13, 2023 | | |
| Publication Date: | Aug. 18, 2015 | | |

## Mark Information

## Related Properties Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Case 4:23-cv-05448-YGR     Document 249-54     Filed 01/30/26     Page 3 of 3