Captured at: 01/26/2026 02:45 PM    URL: https://who.is/whois/instagram.com

who.is                                                      WHOIS   RDAP   DNS   Uptime   Domain Events   Website Monitoring   Login

# WHOIS Domain Lookup

Look up registration details, contacts, and nameservers for any domain name

[ Enter a domain name... ]    [ Search ]

## instagram.com
WHOIS Information
IP Address: 157.240.229.174

[ Whois ] [ RDAP ] [ DNS Records ] [ Uptime ] [ Diagnostics ] [ 🔒 Hide Contact Info ]
[ Refresh Data ]

The domain instagram.com is registered. You can still try to buy it here.

### Registrar Information
Registrar
RegistrarSafe, LLC

WHOIS Server
whois.registrarsafe.com

Referral URL
http://www.registrarsafe.com

### Important Dates
Created
6/4/2004

Updated
6/25/2025

Expires
6/4/2034

### Nameservers

| Hostname | IP Address |
| --- | --- |
| a.ns.instagram.com | 129.134.30.12 |
| b.ns.instagram.com | 129.134.31.12 |
| c.ns.instagram.com | 185.89.218.12 |
| d.ns.instagram.com | 185.89.219.12 |

### Domain Status

clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited

clientTransferProhibited https://icann.org/epp#clientTransferProhibited

clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited

serverDeleteProhibited https://icann.org/epp#serverDeleteProhibited

serverTransferProhibited https://icann.org/epp#serverTransferProhibited

serverUpdateProhibited https://icann.org/epp#serverUpdateProhibited

clientDeleteProhibited https://www.icann.org/epp#clientDeleteProhibited

clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited

clientUpdateProhibited https://www.icann.org/epp#clientUpdateProhibited

serverDeleteProhibited https://www.icann.org/epp#serverDeleteProhibited

serverTransferProhibited https://www.icann.org/epp#serverTransferProhibited

serverUpdateProhibited https://www.icann.org/epp#serverUpdateProhibited

## Contact Information

### Registrant Contact

| | |
|---|---|
| Name<br>Domain Admin | Organization<br>Instagram LLC |
| Address<br>Menlo Park, CA<br>US | |
| Phone<br>+1.6505434800 | Email<br>domain [at] fb [dot] com |

### Admin Contact

| | |
|---|---|
| Name<br>Domain Admin | Organization<br>Instagram LLC |
| Address<br>Menlo Park, CA<br>US | |
| Phone<br>+1.6505434800 | Email<br>domain [at] fb [dot] com |

### Tech Contact

| | |
|---|---|
| Name<br>Domain Admin | Organization<br>Instagram LLC |
| Address<br>Menlo Park, CA<br>US | |
| Phone<br>+1.6505434800 | Email<br>domain [at] fb [dot] com |

## Similar Domains

- insta01.uz
- insta02.com
- insta100.com
- insta---112.com
- insta118.ir
- insta---119k1.com
- insta-159.ru
- insta1.ch
- insta1.cl
- insta-1.com

## Raw WHOIS Data

Raw WHOIS responses from registry and registrar servers.

Raw Registry WHOIS Data

Raw Registrar WHOIS Data

**About WHOIS**

WHOIS is a query and response protocol used for querying databases that store registered users of Internet resources, including domain names and IP addresses.

The protocol provides essential information about domain ownership, administrative contacts, and technical details that are invaluable for domain management and security purposes.

Overview   FAQ   Terms   Contact

© 2026 who.is All rights reserved.