## ∞ Meta

Home            Domain Lookup

## Lookup registration data

**Domain Name**

[Instagram.com]

**LOOKUP**

### Domain information

Domain Name: instagram.com

Status: client delete prohibited, client transfer prohibited, client update prohibited, server delete prohibited, server transf…

Created: 2004-06-04T13:37:18Z

Expires: 2034-06-04T13:37:18Z

Nameservers: a.ns.instagram.com, b.ns.instagram.com, c.ns.instagram.com, d.ns.instagram.com

### Registrant Information

Name: Domain Admin

Email: domain@fb.com

Organisation: Instagram LLC

Address: 1601 Willow Rd, Menlo Park, CA, 94025

### Registrar Information

Name: RegistrarSafe, LLC

IANA ID: 3237

### Abuse Complaints

Email: **abusecomplaints@registrarsafe.com**

Phone: tel:+1.6503087004

> Access to RegistrarSafe, LLC RDAP information is provided to assist persons in determining the contents of a domain name registration record in the RegistrarSafe, LLC registry database. The data in this record is provided by RegistrarSafe, LLC for informational purposes only, and RegistrarSafe, LLC does not guarantee its accuracy. This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or RegistrarSafe, LLC except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. RegistrarSafe, LLC reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy

Raw Response ⌄

## Contact Us

**General Inquiries**

For general inquiries regarding the company, please email us at **info@registrarsec.com**.

**Resources for the Meta Family of Apps**

Facebook: **https://www.facebook.com/help/**

Instagram: **https://help.instagram.com/**

WhatsApp: **https://faq.whatsapp.com/**

Meta Quest: **https://www.meta.com/help/quest/**

Law Enforcement Authorities: **https://about.meta.com/actions/safety/audiences/law/**

Brand Rights Protection for Businesses: **https://business.facebook.com/brand-rights-protection/**

**Customer Support for Domain Names**
Please email us at **info@registrarsec.com.**

**Mailing Address**
RegistrarSEC, LLC / RegistrarSafe, LLC
1601 Willow Road
Menlo Park, CA 94025
Phone: +1 650 308 7004
**Primary Contact** Daniel Madden
**Officers:** Katherine R. Kelly - CEO, President and Secretary; Raj Singh - Assistant Secretary
**Member:** Meta Platforms, Inc.

---

∞ Meta

Legals

Terms of use

Privacy policy

↑ BACK TO TOP

© 2026 Com Laude Ltd.                                                                                                                          Support