1  James P. Rouhandeh, *pro hac vice*
2  Antonio J. Perez-Marques, *pro hac vice*
   Caroline Stern, *pro hac vice*
3  Corey M. Meyer, *pro hac vice*
   DAVIS POLK & WARDWELL LLP
4  450 Lexington Avenue
   New York, New York 10017
5  Telephone: (212) 450-4000
   Facsimile: (212) 701-5800
6  Email:   rouhandeh@davispolk.com
7           antonio.perez@davispolk.com
            caroline.stern@davispolk.com
8           corey.meyer@davispolk.com

9  *Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*
10

11
                         **UNITED STATES DISTRICT COURT**
12
                     **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13
                                   **OAKLAND DIVISION**
14

15

16 | IN RE: SOCIAL MEDIA ADOLESCENT        | MDL No. 3047
17 | ADDICTION/PERSONAL INJURY
     PRODUCTS LIABILITY LITIGATION         | Case Nos. 4:22-md-03047-YGR-PHK
18                                         |            4:23-cv-05448-YGR
     THIS DOCUMENT RELATES TO:
19                                         | **DECLARATION OF ANTONIO
     *People of the State of California, et al. v.* | **PEREZ-MARQUES IN SUPPORT OF
20   *Meta Platforms, Inc., et al.*         | **META'S MOTION TO EXCLUDE
                                            | **EXPERT TESTIMONY OF ADAM
21                                          | **ALTER AND RAVI IYER**

22                                          | Judge: Hon. Yvonne Gonzalez Rogers
                                            | Magistrate Judge: Hon. Peter H. Kang
23
                                            | Date: April 15, 2026
24                                          | Time: 1:00 PM
                                            | Place: Courtroom 1, 4th Floor
25

26

27

28

I, Antonio J. Perez-Marques, declare as follows:

1. I am a partner with the law firm Davis Polk & Wardwell LLP, counsel of record for Defendants Meta Platforms, Inc. and Instagram, LLC (together, "Meta"). I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Meta's Motion to Exclude Expert Testimony of Adam Alter and Ravi Iyer, filed concurrently herewith.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the August 1, 2025 Trial Report of Adam Alter.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the August 1, 2025 Trial Report of Ravi Iyer.

5. Attached hereto as **Exhibit 3** is a true and correct copy of relevant excerpts of the December 12, 2025 deposition of Adam Alter.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a 2022 academic article titled *Algorithmic Advice as a Credence Good* by Jan Biermann, John Horton, and Johannes Walter.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the Expert Report of Professor Adam Alter, filed in the case *O'Connor v. Ford*, 1:19-cv-05045 (N.D. Ill. Sept. 8, 2023).

8. Attached hereto as **Exhibit 6** is a true and correct copy of relevant excerpts of the October 17, 2025 Expert Report of Bruce Isaacson.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the November 21, 2025 Rebuttal Trial Report of Adam Alter.

10. Attached hereto as **Exhibit 8** is a true and correct copy of relevant excerpts of the November 5, 2025 deposition of Ravi Iyer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of January, 2026 in New York, New York.

                                          */s/ Antonio J. Perez-Marques*
                                          Antonio J. Perez-Marques