James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Kathryn S. Benedict, *pro hac vice pending*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    rouhandeh@davispolk.com
          antonio.perez@davispolk.com
          caroline.stern@davispolk.com
          kathryn.benedict@davispolk.com
          corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>          4:23-cv-05448-YGR<br><br>**DECLARATION OF JAMES P. ROUHANDEH IN SUPPORT OF META'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date:  April 15, 2026<br>Time:  1:00 PM<br>Place: Courtroom 1, 4th Floor |

# DECLARATION OF JAMES P. ROUHANDEH

I, James P. Rouhandeh, declare as follows:

1. I am a partner with the law firm Davis Polk & Wardwell LLP, counsel of record for Defendants Meta Platforms, Inc. and Instagram, LLC (together, "Meta"). I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Meta's Notice of Motion and Motion for Summary Judgment, filed concurrently herewith.

3. Attached hereto as **Exhibit 1** is a true and correct copy of relevant excerpts of the testimony of Antigone Davis before the United States Senate Subcommittee on Consumer Protection, Product Safety, and Data Security on September 30, 2021.

4. Attached hereto as **Exhibit 2** is a true and correct copy of relevant excerpts of the testimony of Mark Zuckerberg before the United States House of Representatives Subcommittee on Communications and Technology and Subcommittee on Consumer Protection and Commerce on March 25, 2021.

5. Attached hereto as **Exhibit 3** is a true and correct copy of relevant excerpts of the testimony of Adam Mosseri before the United States Senate Subcommittee on Consumer Protection, Product Safety, and Data Security on December 8, 2021.

6. Attached hereto as **Exhibit 4** is a true and correct copy of relevant excerpts of the testimony of Mark Zuckerberg before the Senate Judiciary Committee on November 17, 2020.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the State Attorneys General's Fourth Supplemental Response to Defendant Meta Platforms, Inc.'s First Set of Interrogatories dated January 7, 2026.

8. Attached hereto as **Exhibit 6** is a true and correct copy of *'The bleakest of worlds': how Molly Russell fell into a vortex of despair on social media* published on The Guardian's website on September 30, 2022.

9. Attached hereto as **Exhibit 7** is a true and correct copy of META3047MDL-003-00163420.

1

DECLARATION OF JAMES P. ROUHANDEH IN SUPPORT OF META'S MOTION FOR SUMMARY JUDGMENT
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

1  10. Attached hereto as **Exhibit 8** is a true and correct copy of META3047MDL-006-00000353.

2  11. Attached hereto as **Exhibit 9** is a true and correct copy of relevant excerpts of META3047MDL-004-00012792.

12. Attached hereto as **Exhibit 10** is a true and correct copy of META3047MDL-003-00187313.

13. Attached hereto as **Exhibit 11** is a true and correct copy of META3047MDL-003-00122750.

14. Attached hereto as **Exhibit 12** is a true and correct copy of META3047MDL-003-00052162.

15. Attached hereto as **Exhibit 13** is a true and correct copy of META3047MDL-004-00007205 and relevant excerpts of one of its attachments, META3047MDL-004-00007207.

16. Attached hereto as **Exhibit 14** is a true and correct copy of META3047MDL-014-00310568.

17. Attached hereto as **Exhibit 15** is a true and correct copy of relevant excerpts of META3047MDL-014-00394440.

18. Attached hereto as **Exhibit 16** is a true and correct copy of relevant excerpts of the transcript of Facebook, Inc.'s Fourth Quarter 2019 Results Conference Call on January 29, 2020.

19. Attached hereto as **Exhibit 17** is a true and correct copy of relevant excerpts of the transcript of Facebook, Inc.'s Third Quarter 2020 Results Conference Call on October 29, 2020.

20. Attached hereto as **Exhibit 18** is a true and correct copy of relevant excerpts of *Instagram is Building a Team to Stop People from Feeling Bad on Instagram* published on Quartz's website on April 3, 2018.

21. Attached hereto as **Exhibit 19** is a true and correct copy of *Instagram to Test Hiding Like Counts in US, Which Could Hurt Influencers* published on TechCrunch's website on November 8, 2019.

2

DECLARATION OF JAMES P. ROUHANDEH IN SUPPORT OF META'S MOTION FOR SUMMARY JUDGMENT
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

22. Attached hereto as **Exhibit 20** is a true and correct copy of relevant excerpts of *Raising the Standard for Protecting Teens and Supporting Parents Online* published on Instagram's website on December 7, 2021.

23. Attached hereto as **Exhibit 21** is a true and correct copy of relevant excerpts of an Instagram webpage titled *About*.

24. Attached hereto as **Exhibit 22** is a true and correct copy of relevant excerpts of *Continuing to Keep Instagram Safe and Secure* published on Instagram's website on December 15, 2019.

25. Attached hereto as **Exhibit 23** is a true and correct copy of relevant excerpts of *Shedding More Light on How Instagram Works* published on Instagram's website on June 8, 2021.

26. Attached hereto as **Exhibit 24** is a true and correct copy of relevant excerpts of *Recommendations on Instagram* published on Instagram's Help Center webpage.

27. Attached hereto as **Exhibit 25** is a true and correct copy of a Facebook post beginning with "We just announced our quarterly results . . ." by Mark Zuckerberg on January 31, 2018.

28. Attached hereto as **Exhibit 26** is a true and correct copy of a Facebook post beginning with "I want to share a note I wrote to everyone at our company . . ." by Mark Zuckerberg on October 5, 2021.

29. Attached hereto as **Exhibit 27** is a true and correct copy of relevant excerpts of *Giving People More Control on Instagram and Facebook* published on Instagram's website on May 26, 2021.

30. Attached hereto as **Exhibit 28** is a true and correct copy of relevant excerpts of *New Time Management Tools on Instagram and Facebook* published on Instagram's website on August 1, 2018.

31. Attached hereto as **Exhibit 29** is a true and correct copy of relevant excerpts of *Measuring Prevalence of Violating Content on Facebook* published on Meta's website on May 23, 2019.

32. Attached hereto as **Exhibit 30** is a true and correct copy of META3047MDL-003-00079927.

33. Attached hereto as **Exhibit 31** is a true and correct copy of relevant excerpts of *Community Standards Enforcement Report, Fourth Quarter 2020* published on Meta's website on February 11, 2021.

34. Attached hereto as **Exhibit 32** is a true and correct copy of relevant excerpts of *What Our Research Really Says About Teen Well-Being and Instagram* published on Meta's website on September 26, 2021.

35. Attached hereto as **Exhibit 33** is a true and correct copy of relevant excerpts of *Continuing to Make Instagram Safer for the Youngest Members of Our Community* published on Instagram's website on March 17, 2021.

36. Attached hereto as **Exhibit 34** is a true and correct copy of relevant excerpts of *Meta's Best Interest of the Child Framework* published on Meta's Trust, Transparency & Control Labs website and last updated on November 4, 2025.

37. Attached hereto as **Exhibit 35** is a true and correct copy of relevant excerpts of a Facebook post beginning "Fifteen years ago today, I launched the first version of the Facebook website. . ." by Mark Zuckerberg on February 4, 2019.

38. Attached hereto as **Exhibit 36** is a true and correct copy of relevant excerpts of *Our Progress Addressing Challenges and Innovating Responsibly* published on Meta's website on September 21, 2021.

39. Attached hereto as **Exhibit 37** is a true and correct copy of *The WSJ Report Ignores Our Approach to Well-Being Research* published on Meta's website on November 5, 2021.

40. Attached hereto as **Exhibit 38** is a true and correct copy of *Giving Teens and Parents More Ways to Manage Their Time on Our Apps* published on Meta's website on June 27, 2023.

41. Attached hereto as **Exhibit 39** is a true and correct copy of relevant excerpts of *Community Standards Enforcement Report, November 2019 Edition* published on Meta's website on November 13, 2019.

4

Declaration of James P. Rouhandeh in Support of Meta's Motion For Summary Judgment
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

42. Attached hereto as **Exhibit 40** is a true and correct copy of *Community Standards Enforcement Report, Fourth Quarter 2020* published on Meta's website on February 11, 2021.

43. Attached hereto as **Exhibit 41** is a true and correct copy of relevant excerpts of *Community Standards Enforcement Report, Third Quarter 2021* published on Meta's website on November 9, 2021.

44. Attached hereto as **Exhibit 42** is a true and correct copy of *Working to Keep Facebook Safe* published on Meta's website on July 17, 2018.

45. Attached hereto as **Exhibit 43** is a true and correct copy of relevant excerpts of *How Do We Know Someone Is Old Enough to Use Our Apps?* published on Meta's website on July 27, 2021.

46. Attached hereto as **Exhibit 44** is a true and correct copy of relevant excerpts of *Hard Questions: How Do We Measure Our Efforts to Keep Bad Content off Facebook* published on Meta's website on May 15, 2018.

47. Attached hereto as **Exhibit 45** is a true and correct copy of relevant excerpts of *Our Commitment to Safety* published on Meta's website on August 11, 2020.

*48.* Attached hereto as **Exhibit 46** is a true and correct copy of *Breadth & Depth: Why I'm Optimistic About Facebook's Responsible Innovation Efforts* published on Meta's website on June 17, 2021.

49. Attached hereto as **Exhibit 47** is a true and correct copy of relevant excerpts of *How Meta Is Working to Provide Safe, Age-Appropriate Experiences for Teens* published on Meta's website on January 9, 2023.

50. Attached hereto as **Exhibit 48** is a true and correct copy of relevant excerpts of *New Protections to Give Teens More Age-Appropriate Experiences on Our Apps* published on Meta's website on January 9, 2024.

51. Attached hereto as **Exhibit 49** is a true and correct copy of relevant excerpts of *Introducing Stricter Message Settings for Teens on Instagram and Facebook* published on Meta's website on January 25, 2024.

52. Attached hereto as **Exhibit 50** is a true and correct copy of relevant excerpts of *Our Work to Help Provide Young People with Safe, Positive Experiences* published on Meta's website on January 31, 2024.

53. Attached hereto as **Exhibit 51** is a true and correct copy of relevant excerpts of *Preventing Suicide and Self-Harm Content Spreading Online* published on Meta's website on September 12, 2024.

54. Attached hereto as **Exhibit 52** is a true and correct copy of relevant excerpts of *Introducing Instagram Teen Accounts: Built-In Protections for Teens, Peace of Mind for Parents* published on Meta's website on September 17, 2024.

55. Attached hereto as **Exhibit 53** is a true and correct copy of relevant excerpts of Meta's 2024 Responsible Business Practices Report.

56. Attached hereto as **Exhibit 54** is a true and correct copy of relevant excerpts of *Reshape Your Instagram With a Recommendations Reset* published on Meta's website on November 19, 2024.

57. Attached hereto as **Exhibit 55** is a true and correct copy of relevant excerpts of *An Update on How We Are Doing at Enforcing Our Community Standards* published on Meta's website on May 23, 2019.

58. Attached hereto as **Exhibit 56** is a true and correct copy of relevant excerpts of *Prevalence* published on Meta's website and last updated on March 6, 2025.

59. Attached hereto as **Exhibit 57** is a true and correct copy of relevant excerpts of Meta's Community Standards Policy on Bullying and Harassment published on Meta's website.

60. Attached hereto as **Exhibit 58** is a true and correct copy of *The Facebook Files, Part 2: 'We Make Body Image Issues Worse'* published on The Wall Street Journal's website on September 14, 2021.

61. Attached hereto as **Exhibit 59** is a true and correct copy of *You and the Algorithm: It Takes Two to Tango* published on Medium's website on March 31, 2021.

62. Attached hereto as **Exhibit 60** is a true and correct copy of *Instagram Bans 'Cosmetic Surgery' Filters* published on the BBC's website on October 23, 2019.

*63.* Attached hereto as **Exhibit 61** is a true and correct copy of *This Is the Guy Who's Taking Away the Likes* published on The New York Times's website on January 17, 2020.

64. Attached hereto as **Exhibit 62** is a true and correct copy of relevant excerpts of *Instagram Introduces Mandatory 'Teen Accounts' with Built-In Limits, Parental Controls* published on ABC News's website on September 17, 2024.

65. Attached hereto as **Exhibit 63** is a true and correct copy of relevant excerpts of Meta's Data Policy published on Instagram's website.

66. Attached hereto as **Exhibit 64** is a true and correct copy of relevant excerpts of META3047MDL-030-00000058.

67. Attached hereto as **Exhibit 65** is a true and correct copy of relevant excerpts of the State Attorneys General's Second Supplemental Response to Defendant Meta Platforms, Inc.'s First Set of Interrogatories dated April 10, 2025.

68. Attached hereto as **Exhibit 66** is a true and correct copy of META3047MDL-003-00170183.

69. Attached hereto as **Exhibit 67** is a true and correct copy of *More Than 40 Attorneys General Ask Facebook to Abandon Plans to Build Instagram for Kids* published on CNBC's website on May 10, 2021.

70. Attached hereto as **Exhibit 68** is a true and correct copy of a transcript of an interview of Adam Mosseri on CBS on June 26, 2019.

71. Attached hereto as **Exhibit 69** is a true and correct copy of relevant excerpts of *9 Horrifying Facts From the Facebook Whistleblower's New* 60 Minutes *Interview* published on Gizmodo's website on October 3, 2021.

72. Attached hereto as **Exhibit 70** is a true and correct copy of *Social Media Apps are 'Deliberately' Addictive to Users* published on the BBC's website on July 4, 2018.

73. Attached hereto as **Exhibit 71** is a true and correct copy of relevant excerpts of the transcript of the deposition of Sayed Otaru on June 29, 2025.

74. Attached hereto as **Exhibit 72** is a true and correct copy of relevant excerpts of META3047MDL-278-00005350.

75. Attached hereto as **Exhibit 73** is a true and correct copy of relevant excerpts of the Trial Rebuttal Report of Sriraman Venkataraman, Ph.D. dated October 17, 2025.

76. Attached hereto as **Exhibit 74** is a true and correct copy of relevant excerpts of Meta's 2024 Form 10-K.

77. Attached hereto as **Exhibit 75** is a true and correct copy of relevant excerpts of the transcript of the deposition of Antigone Davis on March 4, 2025.

78. Attached hereto as **Exhibit 76** is a true and correct copy of relevant excerpts of the transcript of the deposition of Allison L. Hartnett on June 16, 2025.

79. Attached hereto as **Exhibit 77** is a true and correct copy of relevant excerpts of the transcript of the deposition of Allison L. Hartnett on June 17, 2025.

80. Attached hereto as **Exhibit 78** is a true and correct copy of relevant excerpts of the Rebuttal Expert Report of Dr. Nasir Memon dated July 9, 2025.

81. Attached hereto as **Exhibit 79** is a true and correct copy of relevant excerpts of the Trial Report of Patrick McDaniel dated November 21, 2025.

82. Attached hereto as **Exhibit 80** is a true and correct copy of relevant excerpts of META3047MDL-040-00000365.

83. Attached hereto as **Exhibit 81** is a true and correct copy of relevant excerpts of the Trial Report of Bradley Zicherman, MD dated May 16, 2025.

84. Attached hereto as **Exhibit 82** is a true and correct copy of relevant excerpts of the transcript of the deposition of Amos Hartston on August 7, 2025.

85. Attached hereto as **Exhibit 83** is a true and correct copy of relevant excerpts of the transcript of the deposition of Mark Wolfe on September 25, 2025.

86. Attached hereto as **Exhibit 84** is a true and correct copy of relevant excerpts of the Trial Report of Adam L. Alter, Ph.D. dated August 1, 2025.

87. Attached hereto as **Exhibit 85** is a true and correct copy of relevant excerpts of the transcript of the deposition of Adam L. Alter on December 12, 2025.

88. Attached hereto as **Exhibit 86** is a true and correct copy of the Tolling Agreement by and between Meta Platforms, Inc. and certain State Attorneys General executed beginning on July 18, 2022.

89. Attached hereto as **Exhibit 87** is a true and correct copy of the Second Amendment to the Tolling Agreement by and between Meta Platforms, Inc. and certain State Attorneys General executed beginning on June 22, 2023.

90. Attached hereto as **Exhibit 88** is a true and correct copy of relevant excerpts of *Report a Child Under 13 on Instagram* published on Instagram's Help Center webpage.

*91.* Attached hereto as **Exhibit 89** is a true and correct copy of relevant excerpts of *Facebook's Effort to Attract Preteens Goes Beyond Instagram Kids, Documents Show* published on The Wall Street Journal's website on September 28, 2021.

92. Attached hereto as **Exhibit 90** is a true and correct copy of relevant excerpts of Meta's Community Standards Policy on Suicide, Self-Injury, and Eating Disorders published on Meta's website.

93. Attached hereto as **Exhibit 91** is a true and correct copy of relevant excerpts of the Expert Report of Carl S. Saba, MBA, CVA, ASA, ABV dated November 21, 2025.

94. Attached hereto as **Exhibit 92** is a true and correct copy of relevant excerpts of the State Attorneys General's Response to Meta Defendants' First Set of Interrogatories dated June 3, 2024.

95. Attached hereto as **Exhibit 93** is a true and correct copy of relevant excerpts of the State Attorneys General Response to Defendant Meta Platforms, Inc.'s Second Set of Interrogatories dated December 23, 2024.

1    I declare under penalty of perjury under the laws of the United States of America that the
2    foregoing is true and correct.
3    Executed on this 30th day of January, 2026 in New York, New York.

                                          */s/ James P. Rouhandeh*
                                          James P. Rouhandeh