# EXHIBIT 4

# Senate Judiciary Committee Holds Hearing on Censorship and the 2020 Election

CQ Transcriptions

November 17, 2020 Tuesday

Copyright 2020 CQ-Roll Call, Inc.     All Rights Reserved

All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of CQ Transcriptions. You may not alter or remove any trademark, copyright or other notice from copies of the content.

## Body

Senate Judiciary Committee Holds Hearing On Censorship And The 2020 Election

November 17, 2020 10:00 A.M.

SPEAKERS:

SEN. LINDSEY GRAHAM (R-S.C.), CHAIRMAN

SEN. CHARLES E. GRASSLEY (R-IOWA)

SEN. JOHN CORNYN (R-TEXAS)

SEN. MIKE LEE (R-UTAH)

SEN. TED CRUZ (R-TEXAS)

SEN. BEN SASSE (R-NEB.)

SEN. JOSH HAWLEY (R-MO.)

SEN. THOM TILLIS (R-N.C.)

SEN. JONI ERNST (R-IOWA)

SEN. MICHAEL D. CRAPO (R-IDAHO)

SEN. JOHN KENNEDY (R-LA.)

SEN. MARSHA BLACKBURN (R-TENN.)

SEN. DIANNE FEINSTEIN (D-CALIF.), RANKING MEMBER

SEN. PATRICK J. LEAHY (D-VT.)

SEN. RICHARD J. DURBIN (D-ILL.)

SEN. SHELDON WHITEHOUSE (D-R.I.)

SEN. AMY KLOBUCHAR (D-MINN.)

to, instead insisting we reverse our enforcement action. We did not have a practice around retroactively overturning prior enforcements, and in a sense it demonstrated that we needed one, and so we created one we believe is fair and appropriate.

I hope this illustrates the rationale behind our actions and demonstrate our ability to take feedback, admit mistakes and make changes all transparently to the public. We acknowledge there are still concerns around how we moderate content and specifically our use of section 230. Three weeks ago we proposed three solutions to address the concerns raised, and they all focus on services that decide to moderate or remove content. It could be expansions to section 230, new legislative frameworks or commitment to industrywide self-regulation best practices.

Requiring one moderation process and practices to be published; two, a straightforward process to appeal decisions; and three, best efforts around algorithmic choice are suggestions to address the concerns we all have going forward. And they are all achievable in short order.

It's critical, as we consider these solutions, we optimize for new startups and independent developers. Doing so ensures a level playing field that increases the probability of competing ideas to help solve problems going forward. We mustn't entrench the largest companies any further.

Finally, before I close, I wanted to share some reflections on what we saw during the U.S. presidential election. We focused on addressing attempts to undermine civic integrity, providing informative context and product changes to encourage greater conversation. We updated our civic integrity policy to address misleading or disputed information that undermines confidence in the election, causes voter intimidation or suppression or confusion about how to vote or misrepresents affiliation or election outcomes.

More than a year ago, the public asked us to offer additional context to help make potentially misleading information more apparent. We did exactly that, applying labels to over 300,000 tweets from October 27 to November 11, which represented about 2.2 percent of all U.S. election related tweets. We also changed how our product works in order to help increase context and encourage more thoughtful consideration before tweets are shared broadly. We're continuing to assess the impact of these product changes to inform our long-term roadmap. Thank you for the time. I look forward to a productive discussion focused on solutions.

GRAHAM: Thank you, Mr. Dorsey. Mr. Zuckerberg.

ZUCKERBERG: Thank you, Chairman Graham, Ranking Member Blumenthal and members of the committee. At last year's hearing--at last month's hearing I spoke about the role internet platforms play in supporting democracy, keeping people safe and upholding fundamental values like free expression. People have deeply held beliefs about these issues and can reach very different conclusions about the right balance. We try to do what's best for our community and the world, acknowledging that there are difficult trade-offs. I believe that some of these trade-offs and decisions would be better made through a democratic process, and I look forward to discussing that today.

But first, I want to update you on our efforts during the election. At Facebook, we took our responsibility to protect the integrity of this election very seriously. In 2016 we began to face new kinds of threats, and after years of preparation we were ready to defend against them. We built sophisticated systems to protect against election interference that combined artificial intelligence, significant human review and partnerships with the intelligence community, law enforcement and other tech platforms. We've taken down more than 100 networks of bad actors who are trying to coordinate and interfere globally. We established a network of independent fact checkers that covers more than 60 languages. We made political advertising more transparent on Facebook than anywhere else, including TV, radio and email. And we introduced new policies to combat voter suppression and misinformation.

Still, the pandemic created new challenges, how to handle misinformation about COVID and voting by mail, how to prepare people for the reality that results would take time and how to handle if someone prematurely declared victory or refused to accept the result. So in September we updated our policies again to reflect these realities of voting in 2020 and make sure that we were taking precautions given these unique circumstances. We worked with the local election officials to remove false claims about polling conditions that might lead to voter suppression. We partnered with Reuters and the National Election Pool to provide reliable information about results. We attached

voting information to posts by candidates on both sides and additional context to posts trying to delegitimize the outcome.

We locked down new political ads in the week before the election to prevent misleading claims from spreading when they couldn't be rebutted. We strengthened our enforcement against malicious and conspiracy networks like QAnon to prevent them from using our platforms to organize violence or civil unrest. Altogether, I believe this was the largest election integrity effort by any private company in recent times. This is what people expect of us. And I'm glad that from what we've seen so far, our systems performed well. But election interference remains an ongoing threat that will never fully be solved. So we continue to improve with each election.

But our integrity work is really only half the story. We also ran an unprecedented civic engagement program to encourage people to take part in our democracy. We ran the largest voter information campaign in history. 140 million people visited our voting information center including more than 33 million on Election Day alone. We estimate that we helped more than 4.5 million people register to vote and helped states recruit 100,000 poll workers. This was done in a transparent and nonpartisan way as part of our ongoing commitment to supporting the civic process.

And on top of these efforts by Facebook, my wife Priscilla and I personally donated $400 million to support election officials around the country in making sure that they have the infrastructure they needed to enable everyone to vote safely during this pandemic. In my last testimony I said that people would judge us by our performance during this election, and I believe that the full story is not only how we handle bad behavior on our platforms, but also how we encouraged civic engagement more broadly. I'm proud of the work we've done to support our democracy, and I look forward to discussing this.

I also welcome the opportunity to discuss internet regulation. I believe we are well overdue to update the rules for the internet around content, elections, privacy and data portability. There are important questions here, including who should be responsible for what people say online. For any system to work, I believe there needs to be a transparent process that people feel they can trust. And this will be difficult, especially since our country is so divided. But I believe it's the only way to address these issues for the long-term. The challenges that we face are deeper than any one platform.

[*]ZUCKERBERG: They're about how we want to balance basic social equity that we all care about like free expression, public safety and privacy. This is why I believe we would benefit from clearer guidance from elected officials and I look forward to discussing this today.

GRAHAM: Well, thank you both. We'll have one round and seven minutes as always; I'll try to be a little bit liberal with the time cause this is very important topic. So let's just get right into it. Mr. Dorsey, you can go first and then Mr. Zuckerberg. When you heard Senator Blumenthal's opening statement and mine, what did you get from it?

DORSEY: Well, I think you--you pointed out that we are facing something that feels impossible. We are--we are required to help increase the health of the public conversation while at the same ensuring that as many people as possible can participate. And in order to do so we need to make policies so that people feel safe and they feel free to express themselves. To minimize the threats of abuse, of harassment, of misleading information, of organized campaigns to artificially amplify or influence a particular conversation.

And that policy creation that enforcement is challenging but also it is more or less opaque to the public and that's where I think we have a gap. We have transparency around our policies. We do not have transparency around how we operate content moderation, the rationale behind it, the reasoning. And as we look forward we have more and more of our decisions of our operations moving to algorithms which are have a difficult time explaining whey they make decisions. Bringing transparencies round those decisions. And that is why we believe that we should have more choice in how these algorithms are applied to our content--whether we use them at all so we can turn them on and off. And have clarity around the outcomes that they are projecting and how they affect our experience.

GRAHAM: Thank you. Mr. Zuckerberg, very quickly, please. What did you hear?

Senate Judiciary Committee Holds Hearing on Censorship and the 2020 Election

ZUCKERBERG: Senator I--I heard that there are issues around content moderation as well as other areas and frankly, I'm optimistic from the statements that we may be able to move forward and hopefully update some of the-- the rules from the internet around these areas. I have been encouraging and hoping that we would do this for--for a couple of years. And from your opening statements it sounds like there may be now enough common ground on views that real progress can be made here.

GRAHAM: So from my point of view the question for us is when it comes time to flagged content as being reliable or not reliable do either one of you believe that the government should do that? Is that a solution where the government sets a regulatory scheme that talks about what should be up and what should be down?

DORSEY: I don't believe so. I--I think that would be very challenging.

GRAHAM: OK. Do you agree with that, Mr. Zuckerberg?

ZUCKERBERG: Senator, for certain types of illegal content I think it may be appropriate for--for there to be clear rules around that. But outside of clear harms in--including things like child exploitation and--and areas like that, terrorism I--I would agree with your sentiment that that's not something that government should be siding on a piece of content by piece of content basis.

GRAHAM: So if we take the government out of the picture at least in noncriminal areas--should we leave it up to the industry to come up with best business practices in terms of how to moderate content?

DORSEY: (INAUDIBLE) I think we need to align around the problem that we are trying to solve. And there are many solutions to solving those problems. I think we also have to focus our efforts on what is going to have the greatest impact. And we believe that the greatest impact is going to be found in how we deal with algorithms, how we use those algorithms. Cause they are responsible for showing us what we see or what we don't see. And they need to be--there needs to be more choice in--in their use.

GRAHAM: Do you agree to that, Mr. Zuckerberg?

ZUCKERBERG: Senator, I think that--that there is a role for regulation on the process even if not defining on a piece of content by piece of content basis. One of the areas that I've advocated for is regulation around transparency. That goes beyond just--just about what the policies are and--and what the process is but also goes towards the results. You know, as an example of this every quarter Facebook releases a community standards enforcement report it's basically a transparency report that breaks down each category of harm--potentially harmful content that we track ranging from terrorism to child exploitation content to incitement of violence to pornography (INAUDIBLE)--

GRAHAM: Yes, if I may--I don't mean to interrupt but who sets those community standards? How are they set by the company?

ZUCKERBERG: Senator, we have a policy team that consults with a number of different stakeholders and outside groups to make sure we are getting feedback from broad swaths of our community (INAUDIBLE)--

GRAHAM: Is that--is that publicly known?

ZUCKERBERG: Senator, I believe so and our head of--of content policy has testified publicly multiple times.

GRAHAM: OK. So when it comes to fact checking will you send us a list of people you use to fact check?

ZUCKERBERG: Senator, yes. We work with a number of independent organizations that are accredited by the--the Pointer Institute. And they include Reuters, the Associated Press, Agence France Presse(PH) United States, USA Today, FactCheck.org, Science Feedback, PolitiFact, Check Your Fact, Lead Stories and the Dispatch in the United States.

Senate Judiciary Committee Holds Hearing on Censorship and the 2020 Election

GRAHAM: OK I think it's important for the public to know who sets community standards, how they're set, who does the fact checking, who you rely upon to do that. I think that would go a long way to people having a better understanding of the decisions you make.

Mr. Zuckerberg, do you believe your product can be addictive?

ZUCKERBERG: Senator, I--==we certainly do not design the product in that way==. We design the product to be as useful and meaningful as possible. We take steps--

GRAHAM: That's not my question. My question is there seems to be an ample body of growing medical evidence that social media sites have an addictive nature to them. Do you agree with that?

ZUCKERBERG: Senator, I don't think the research has been conclusive but it is an area that we care about and study. We certainly do not want our products to be addictive. We want people to use them because they're meaningful. And we take steps to make sure this is the case. So, for example, we don't give the team that's running newsfeed a goal around how much time people spend on our products which goes counter to a lot of the--the memes and misinformation out there on how we operate.

But my goal is to help people connect and find content and interactions that are going to be meaningful to them on our service. And our view is that if--if that is what we deliver over the long-term and people find our services useful then they'll use them more. But I--I don't think that company should be optimizing to just encourage people to spend as much time as possible on them.

GRAHAM: Time is about up. Have you seen the movie, Social Dilemma?

ZUCKERBERG: Senator, I'm familiar with it.

GRAHAM: OK. Have you seen it, Mr. Dorsey?

DORSEY: No. I have not.

GRAHAM: I would encourage both of you to see it. So here is what we are going to do on the committee over time I hope--is to ask the question more directly, are these social media sites addictive? Do they have a public health component that needs to be addressed? For years, we thought tobacco was a great thing. We found out, tobacco is not such a great thing.

The medical science around these websites are becoming very concerning to me particularly among children and that you can manipulate how many times you watch. And you can set these media sites up so that people will constantly interact. So to both of you, I appreciate you coming before the committee. We got a long way to go. I don't think the government needs to regulate what we think or what we say. But we've got to up our game here and I'll end with this last question-- Did both of you support change to 230 reform to section 230?

ZUCKERBERG: Senator, I do.

GRAHAM: Mr. Dorsey?

DORSEY: Yes.

ZUCKERBERG: Thank you. Senator Blumenthal?

BLUMENTHAL: Thank you, Mr. Chairman.

[*]BLUMENTHAL: Let me bring this down to very practical terms. We're in the middle of another election. This election in Georgia could determine, in fact, which party controls the United States Senate. I'm concerned that both of your companies are in fact backsliding or retrenching, that you are failing to take action against dangerous

9

disinformation, exactly the same kind of voter suppression tactics that existed in the last election, and that you are in fact reducing content modification.

The fighting words and hate speech in the last election could inflame violent and send poll workers into hiding, discourage people from coming to the polls, we have to expect the same kinds of malign tactics. In fact, they are already visible. And I'm going to ask, Mr. Chairman, that these post and tweets be entered into the record, if there's an objection, that are aimed at delegitimizing the election in January.

My question to you is will you commit to the same kind of robust content modification playbook in this coming election including fact checking, labeling, reducing the spread of misinformation, and other steps even for politicians in the runoff elections ahead?

ZUCKERBERG: Senator, our policy is to have a similar approach in the upcoming Georgia special elections that we took during the--the general election.

BLUMENTHAL: Mr. Dorsey?

DORSEY: Yes, we do. We--and we intend to learn from what we experience with the selection and bring all that learning going forward to making it more robust.

BLUMENTHAL: During the past election, there was rampant disinformation on social media in Spanish speaking sites repeating QAnon conspiracies and false claims of election rigging. In my view, you need to do better. Will you commit to taking steps to improve content modification for Spanish-speaking communities before the Georgia runoff?

ZUCKERBERG: Senator, this is something that we are--we are already working on and worked on ahead of the general election. We have multiple fact checkers who focus on the--on Spanish as--as a language. And we made sure that we translated our voter information center into Spanish, which we showed at the top of--of Facebook and--and Instagram to everyone who uses those products in Spanish in--in the U.S. Those are a couple of the steps that we've taken, and we're certainly committed to focusing on this.

DORSEY: And yes, we will, and in partnership with Latinx civil rights groups.

BLUMENTHAL: I'd like to know, and perhaps you could submit to me within one week, what additional steps you're going to take because this Georgia runoff is underway. And as I've indicated, I've seen a backsliding and retrenchment that is very deeply troubling that have enabled the spread of this disinformation, the restarting of certain algorithms, for example, that promote or amplify misinformation is very, very troubling. And I think--I want to know within a week what additional steps you are taking to enhance the efforts to stop this kind of amplification and spread.

Let me ask about Facebook community standards, which banned language that "Incites or facilitates serious violence." As you know, on November 5th, Stephen Bannon in a Facebook Live video, called for beheadings of Dr. Fauci and FBI Director Wray for not acting more favorably toward President Trump. Twitter banned Bannon for these remarks.

You removed the video, Mr. Zuckerberg, but on Thursday you reportedly told Facebook employees that Bannon had not violated enough policies that he should be banned from Facebook. My question to you is how many times is Steve Bannon allowed to call for the murder of government officials before Facebook suspends his account?

ZUCKERBERG: Senator, as you say, the content in question did violate our policies and we took it down. Having a content violation does not automatically mean your content--your--your account gets taken down, and the number of strikes varies depending on the amount--the--the type of offense. So, if people are posting terrorist content or child exploitation content, then the first time that they do it, then we will--we will take down their account.

For other things, it's--it's multiple. I'd be happy to follow up afterwards. We--we try not to disclose--