# EXHIBIT 17

**Facebook, Inc. (FB)**
**Third Quarter 2020 Results Conference Call**
October 29th, 2020

**Operator**

Good afternoon. My name is Mike, and I will be your conference operator today. At this time, I would like to welcome everyone to the Facebook Third Quarter 2020 Earnings Conference Call. All lines have been placed on mute to prevent any background noise. After the speakers' remarks, there will be a question and answer session.

If you would like to ask a question during that time, please press star then the number one on your telephone keypad. This call will be recorded. Thank you very much. Ms. Deborah Crawford, Facebook's Vice President of Investor Relations, you may begin.

**Deborah Crawford, VP, Investor Relations**

Thank you. Good afternoon and welcome to Facebook's Third Quarter 2020 Earnings Conference Call. Joining me today to discuss our results are Mark Zuckerberg, CEO; Sheryl Sandberg, COO; and Dave Wehner, CFO.

Before we get started, I would like to take this opportunity to remind you that our remarks today will include forward-looking statements. Actual results may differ materially from those contemplated by these forward-looking statements.

Factors that could cause these results to differ materially are set forth in today's press release, and in our quarterly report on form 10-Q filed with the SEC. Any forward-looking statements that we make on this call are based on assumptions as of today and we undertake no obligation to update these statements as a result of new information or future events.

During this call we may present both GAAP and non-GAAP financial measures. A reconciliation of GAAP to non-GAAP measures is included in today's earnings press release. The press release and an accompanying investor presentation are available on our website at investor.fb.com.

And now, I'd like to turn the call over to Mark.

**Mark Zuckerberg, CEO**

Thanks everyone for joining us today. I hope you're all staying safe and doing well.

We had another strong quarter as people and businesses continue to rely on our services to stay connected and create economic opportunity, especially during these tough times. Now 2.5 billion people around the world use one or more of our apps each day, more than 200 million businesses use our free tools, and there are more than 10 million active advertisers across our services. Most of these are small businesses, which otherwise would have a much harder time moving online and reaching customers during this pandemic -- and that's something I'm really proud of.

**Sheryl Sandberg, COO**

Thanks Mark, and hi everyone. I join Mark in thanking all of you for joining us today.

This was a strong quarter for us as more businesses shifted online to reach customers, tell their stories, and sell virtually. Our total ad revenue for Q3 was $21.2B, which is a 22% year-over-year increase. Our largest verticals were eCommerce, Retail, and CPG – and we continue to see broad growth across sectors as advertisers continue to optimize for measurable objectives like sales and website visits.

The digital transformation has been underway for years, but the pandemic has accelerated it dramatically. As Mark said, we now have more than 200 million businesses using our free tools across our platform every month to create virtual storefronts and communicate with customers. We also now have more than 10 million active advertisers across our services every month – the vast majority of which are small and medium-sized businesses. These businesses rely on personalized advertising to reach potential customers and grow. According to the U.S. Census Bureau, before the pandemic, eCommerce's share of U.S. retail sales was steadily increasing by an average of 1 percentage point a year for the past 4 years. This share leapt by 4 percentage points in Q2 alone – that's 4 years of change in less than 100 days. That doesn't mean we will continue to see sustained acceleration – this may simply be future growth being pulled forward. But it is increasingly clear that the economic recovery will be driven by businesses finding customers and selling online.

As the number of businesses going digital accelerates during the pandemic, we have accelerated our efforts to support them. On the product side, our teams have been working around the clock to build new tools that make operating online simple and efficient. This quarter we released Facebook Business Suite, a new interface for businesses to manage their Pages and Profiles across our apps – helping them save time and stay up to date with customers. We also expanded Facebook and Instagram Shops, Instagram Checkout, and launched the Facebook Shop tab, so businesses can showcase their products and consumers can discover brands and buy things they love. And with more and more businesses using live streaming when they can't host events in person, we introduced Paid Online Events to help them generate revenue.

On WhatsApp, there are now more than 40 million people viewing a Business Catalog every month, so we created a new shopping button to make it even easier for people to discover a catalog and find something they'd like to buy. Soon, you'll also be able to click a WhatsApp icon on a Facebook Shop to chat directly with the business.

As well as improving our products, we are also helping business owners learn the skills they need to thrive online. Our Business Resource Hub provides training to small businesses on everything from getting set up online to engaging with customers – and has been visited tens of millions of times since its launch just in March. As the needs of our community evolve, our training changes too. We launched a new partnership with Coursera to train job seekers in skills like social marketing that are becoming ever more critical in a digital economy. We have also built on the success of our Summer of Support training program, which reached more than 17 million people, by launching a new three-month Season of Support to help businesses make the most of the holidays. This includes our Buy Black Friday initiative to support Black-owned businesses and their communities.

==While we continue to invest in helping businesses, we are equally focused on keeping our platform safe.==
Last month, we took an important step by agreeing – along with YouTube and Twitter – to a common set of definitions of hate speech and other harmful content. This was done in partnership with the World Federation of Advertisers and the Global Alliance for Responsible Media. There's more work to do, but we're headed in the right direction as we continue to develop industry-wide standards.

I want to acknowledge that despite these strong results we face significant headwinds which Dave will talk about more. There is an important debate taking place about the way companies use data, including for online advertising. We welcome this debate and have been advocating for new rules for the internet in a range of areas – from privacy and harmful content to election integrity and data portability. While we face greater scrutiny than ever before, we are also experiencing more demand from businesses for both our free and paid tools – especially our personalized ad products.

As this debate continues, it is important that we don't lose sight of the hugely important role personalized ads play for small businesses. Small businesses can't afford the broad, mass marketing campaigns that big brands can. A good example is Glamnetic, a beauty brand specializing in magnetic eyelashes, started in a one-bedroom apartment in Los Angeles a little more than a year ago. Co-founders Ann and Kevin post photos and videos on Instagram and Facebook, and use personalized ads to reach people they think might like their products – including women between 18-50 who are interested in beauty and cosmetics. They also advertise to people who have visited their website, made possible by personalized ads technology, which helps them identify customer hot spots to focus on – like California, New York, Texas, Ohio, and several southern states. They saw a 9 times increase in revenue in Q3 vs 2019, and doubled their revenue month-over-month. While so many businesses are struggling this year, this has helped them to grow from 5 employees to 35.

There are countless stories like Ann and Kevin's among the over 10 million advertisers on our platform. For many small and medium-sized businesses, personalized advertising – which uses data safely and in a privacy protected way – is the secret ingredient that makes their success possible. These businesses have the potential to be the driving force of the economic recovery in the months and years ahead, as long as they can continue to rely on the data-driven tools they use day in and day out.

We are living in a time of deep uncertainty. The next few months or quarters will continue to be precarious for so many businesses. Whatever happens, we will remain focused on keeping people connected and supporting businesses as they make the transition online.

I want to close by saying how grateful I am to our partners – big and small, old and new – around the world and to our incredible teams who are working hard every day to make a real and very positive difference in people's lives.

Now, here's Dave.

**Dave Wehner, CFO**

Thanks Sheryl, and good afternoon everyone.

Let's start with our community metrics.

In September, we estimate that approximately 2.5 billion people used at least one of our services on a daily basis, and that approximately 3.2 billion people used at least one of our services on a monthly basis.

Facebook daily active users reached 1.82 billion, up 12% or 197 million compared to last year. DAUs represented approximately 66% of the 2.74 billion monthly active users in September. MAUs grew by 291 million or 12% compared to last year.

Turning to the financials. All comparisons are on a year-over-year basis unless otherwise noted.

Q3 total revenue was $21.5 billion, up 22% or 21% on a constant currency basis. We benefited from a currency tailwind and had foreign exchange rates remained constant with Q3 of last year, total revenue would have been $114 million lower. Q3 ad revenue was $21.2 billion, up 22% or 21% on a constant currency basis.

The acceleration in advertising revenue growth from Q2 to Q3 was largely driven by strong advertiser demand resulting from the accelerated shift from offline to online commerce that we saw in connection with the pandemic. We are seeing particular strength among small and medium sized businesses. We are proud of the role that our services are playing in helping people stay connected and businesses reach consumers during these challenging and uncertain times.

On a user geography basis, year-over-year ad revenue growth rates improved in all regions compared to Q2. Asia-Pacific and Europe were strongest and grew 30% and 25%, respectively. Both regions benefited from currency tailwinds. US & Canada grew 20%. Rest of World grew 12% and was impacted by foreign currency headwinds.

In Q3, the total number of ad impressions served across our services increased 35% and the average price per ad decreased 9%. Impression growth was driven by both Facebook and Instagram.

The decline in average price per ad was primarily driven by the ongoing mix shift towards geographies and Stories ads which monetize at lower rates, although year-over-year pricing trends improved from the second quarter due to broad improvements in advertiser demand coupled with slower impression growth.

Other revenue was $249 million, down 7%, primarily due to the timing of a new product launch as we transitioned to Quest 2 which we began selling in the fourth quarter.

Turning now to expenses.

Q3 total expenses were $13.4 billion, up 28% compared to last year. In terms of the specific line items:
- Cost of revenue increased 33%, driven primarily by infrastructure related investments including both depreciation and operational expenditures.
- R&D increased 34%, driven primarily by hiring and investments in our innovation efforts, notably Facebook Reality Labs, as well as core product.
- Marketing & Sales increased 11%, a slower growth rate than prior quarters due to a slowdown in consumer marketing and hiring.
- Lastly, G&A expenses increased 33%, driven primarily by higher legal related expenses.

7