[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR<br>4:23-cv-05448-YGR<br><br>**TEMPORARY SEALING MOTION RE STATE ATTORNEYS GENERAL'S PRELIMINARY WITNESS LIST**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |
| THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | |

    Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the State Attorneys General submit this Temporary Sealing Motion regarding their Preliminary Witness List. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 258 | State AGs' Preliminary Witness List | Temporarily filing under seal because document contains information that Meta may consider to be confidential |

**Dated: February 9, 2026**

Respectfully submitted,

| | |
|---|---|
| **PHILIP J. WEISER** <br> Attorney General <br> State of Colorado | **ROB BONTA** <br> Attorney General <br> State of California |
| */s/ Lauren M. Dickey* <br> Lauren M. Dickey (CO Reg. No. 45773) <br> First Assistant Attorney General <br> Megan Paris Rundlet (CO Reg. No. 27474) <br> Senior Assistant Solicitor General <br> Elizabeth Orem (CO Reg. No. 58309) <br> Assistant Attorney General <br> Colorado Department of Law <br> Ralph L. Carr Judicial Center <br> Consumer Protection Section <br> 1300 Broadway, 7th Floor <br> Denver, CO 80203 <br> Phone: (720) 508-6651 <br> lauren.dickey@coag.gov <br><br> *Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General* | */s/ Megan O'Neill* <br> Nicklas A. Akers (CA SBN 211222) <br> Senior Assistant Attorney General <br> Bernard Eskandari (CA SBN 244395) <br> Emily Kalanithi (CA SBN 256972) <br> Supervising Deputy Attorneys General <br> Megan O'Neill (CA SBN 343535) <br> Nayha Arora (CA SBN 350467) <br> Joshua Olszewski-Jubelirer <br> (CA SBN 336428) <br> Marissa Roy (CA SBN 318773) <br> Brendan Ruddy (CA SBN 297896) <br> Deputy Attorneys General <br> California Department of Justice <br> Office of the Attorney General <br> 455 Golden Gate Ave., Suite 11000 <br> San Francisco, CA 94102-7004 <br> Phone: (415) 510-4400 <br> Fax: (415) 703-5480 <br> megan.oneill@doj.ca.gov <br><br> *Attorneys for Plaintiff the People of the State of California* |

| | |
|---|---|
| **RUSSELL COLEMAN** <br> Attorney General <br> Commonwealth of Kentucky <br><br> /s/ *Matthew Cocanougher* <br> J. Christian Lewis (KY Bar No. 87109), *pro hac vice* <br> Philip Heleringer (KY Bar No. 96748), *pro hac vice* <br> Zachary Richards (KY Bar No. 99209), *pro hac vice app. forthcoming* <br> Daniel I. Keiser (KY Bar No. 100264), *pro hac vice* <br> Matthew Cocanougher (KY Bar No. 94292), *pro hac vice* <br> Assistant Attorneys General <br> 1024 Capital Center Drive, Ste. 200 <br> Frankfort, KY 40601 <br> Christian.Lewis@ky.gov <br> Philip.Heleringer@ky.gov <br> Zach.Richards@ky.gov <br> Daniel.Keiser@ky.gov <br> Matthew.Cocanougher@ky.gov <br> Phone: (502) 696-5300 <br> Fax: (502) 564-2698 <br><br> *Attorneys for Plaintiff the Commonwealth of Kentucky* | **MATTHEW J. PLATKIN** <br> Attorney General <br> State of New Jersey <br><br> By: */s/ Thomas Huynh* <br> Kashif T. Chand (NJ Bar No. 016752008), *pro hac vice* <br> Assistant Attorney General <br> Thomas Huynh (NJ Bar No. 200942017), *Pro hac vice* <br> Assistant Section Chief, Deputy Attorney General <br> Verna J. Pradaxay (NJ Bar No. 335822021), *Pro hac vice* <br> Mandy K. Wang (NJ Bar No. 373452021), *Pro hac vice* <br> Deputy Attorneys General <br> New Jersey Office of the Attorney General, Division of Law <br> 124 Halsey Street, 5th Floor <br> Newark, NJ 07101 <br> Tel: (973) 648-2052 <br> Kashif.Chand@law.njoag.gov <br> Thomas.Huynh@law.njoag.gov <br><br> *Attorneys for Plaintiffs Jennifer Davenport, Acting Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs* |

## **ATTESTATION**

I, Mandy K. Wang, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: February 6, 2026                    */s/ Mandy K. Wang*