1  James P. Rouhandeh, *pro hac vice*
   Antonio J. Perez-Marques, *pro hac vice*
2  Caroline Stern, *pro hac vice*
   Corey M. Meyer, *pro hac vice*
3  DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
4  New York, New York 10017
   Telephone: (212) 450-4000
5  Facsimile: (212) 701-5800
   Email:   rouhandeh@davispolk.com
6          antonio.perez@davispolk.com
           caroline.stern@davispolk.com
7          corey.meyer@davispolk.com
8
   *Attorneys for Defendants Meta Platforms, Inc. and*
9  *Instagram, LLC*

10 *Additional counsel listed on signature pages*

11 **UNITED STATES DISTRICT COURT**

12 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13 **OAKLAND DIVISION**

14

15 IN RE: SOCIAL MEDIA ADOLESCENT          MDL No. 3047
   ADDICTION/PERSONAL INJURY
16 PRODUCTS LIABILITY LITIGATION           Case Nos. 4:22-md-03047-YGR-PHK
                                                      4:23-cv-05448-YGR
17 THIS DOCUMENT RELATES TO:
                                           **NOTICE OF META DEFENDANTS'**
18 *People of the State of California, et al. v.*  **WITHDRAWAL OF JURY TRIAL**
   *Meta Platforms, Inc., et al.*          **DEMAND**
19
                                           Judge: Hon. Yvonne Gonzalez Rogers
20                                         Magistrate Judge: Hon. Peter H. Kang

21

22

23 TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

24        NOTICE IS HEREBY GIVEN that defendants Meta Platforms, Inc. and Instagram, LLC

25 (together, "Meta") hereby withdraws its demand for a jury trial.

26

1   Pursuant to the briefing schedule set forth by the Court at the February 11, 2026 Case
2   Management Conference, Meta will brief the issues in support of its withdrawal of its jury trial
3   demand commencing on March 3, 2026.

Dated:  February 17, 2026

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

*/s/ James P. Rouhandeh*

James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

COVINGTON & BURLING LLP

Ashley M. Simonsen, SBN 275203
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-2749
asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Phyllis A. Jones, *pro hac vice*
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
pschmidt@cov.com
pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*