James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   rouhandeh@davispolk.com
         antonio.perez@davispolk.com
         caroline.stern@davispolk.com
         corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. and
Instagram, LLC*

*Additional counsel listed on signature pages*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>**META'S TEMPORARY SEALING MOTION (META'S REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF ADAM ALTER AND RAVI IYER)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Defendants Meta Platforms, Inc. and Instagram, LLC ("Meta") file this Temporary Sealing Motion regarding Meta's Motion to Exclude Expert Testimony of Adam Alter and Ravi Iyer (ECF No. 281).  Pursuant to the Order at ECF No. 341, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 281-1 | Meta's Reply in Support of Motion to Exclude Expert Testimony of Adam Alter and Ravi Iyer | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 281-2 | Declaration of Antonio J. Perez-Marques in Support of Meta's Reply in Support of Motion to Exclude Expert Testimony of Adam Alter and Ravi Iyer | Not filed under seal |
| ECF No. 281-3 | Exhibit 9, Excerpts of Kevin Lane Keller and Vanitha Swaminathan, *Strategic Brand Management: Building, Measuring, and Managing Brand Equity* 2020 (5th ed.) | Not filed under seal |
| ECF No. 281-4 | Exhibit 10, Excerpts of J.N. Kapferer, *The New Strategic Brand Management: Creating and Sustaining Brand Equity Long Term* 2008 (4th ed.) | Not filed under seal |
| ECF No. 281-5 | Exhibit 11, Excerpts of Ravi Iyer Deposition Transcript (November 5, 2025) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

Dated:  March 27, 2026

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

*/s/ Antonio J. Perez-Marques*

James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

COVINGTON & BURLING LLP

Ashley M. Simonsen, SBN 275203
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-2749
asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Phyllis A. Jones, *pro hac vice*
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
pschmidt@cov.com
pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

META'S TEMPORARY SEALING MOTION (META'S REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF ADAM ALTER AND RAVI IYER) - Case Nos. 4:22-MD-03047-YGR, 4:23-CV-05448-YGR

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing and its attachments will be served electronically on counsel for Plaintiffs to the email addresses that were designated by counsel for that purpose.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated:  March 27, 2026

/s/ Antonio J. Perez-Marques
Antonio J. Perez-Marques

3