James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    rouhandeh@davispolk.com
          antonio.perez@davispolk.com
          caroline.stern@davispolk.com
          corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>**DECLARATION OF ANTONIO PEREZ-MARQUES IN SUPPORT OF META'S MOTION TO EXCLUDE EXPERT TESTIMONY OF ADAM ALTER AND RAVI IYER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

I, Antonio J. Perez-Marques, declare as follows:

1. I am a partner with the law firm Davis Polk & Wardwell LLP, counsel of record for Defendants Meta Platforms, Inc. and Instagram, LLC (together, "Meta"). I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Meta's Reply in Support of Motion to Exclude Expert Testimony of Adam Alter and Ravi Iyer, filed concurrently herewith.

3. Attached hereto as **Exhibit 9** is a true and correct copy of relevant excerpts of a 2020 textbook titled *Strategic Brand Management: Building, Measuring, and Managing Brand Equity* (5th ed.) by Kevin Lane Keller and Vanitha Swaminathan.

4. Attached hereto as **Exhibit 10** is a true and correct copy of relevant excerpts of a 2008 textbook titled *The New Strategic Brand Management: Creating and Sustaining Brand Equity Long Term* (4th ed.) by J.N. Kapferer.

5. Attached hereto as **Exhibit 11** is a true and correct copy of relevant excerpts of the November 5, 2025 deposition of Ravi Iyer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of March, 2026 in New York, New York.

/s/ Antonio J. Perez-Marques

Antonio J. Perez-Marques

DECLARATION OF ANTONIO J. PEREZ-MARQUES IN SUPPORT OF META'S REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF ADAM ALTER AND RAVI IYER - Case Nos. 4:22-MD-03047-YGR, 4:23-CV-05448-YGR