# EXHIBIT 9

GLOBAL
EDITION

# Strategic
# Brand Management

## *Building, Measuring, and Managing Brand Equity*

FIFTH EDITION

Kevin Lane Keller

Vanitha Swaminathan



them utility through consistent product performance and appropriate pricing, promotion, and distribution programs and actions. To the extent that consumers realize advantages and benefits from purchasing brands, and as long as they derive satisfaction from product consumption, they are likely to continue to buy them.

These benefits may not be purely functional in nature. Brands can serve as symbolic devices, allowing consumers to project their self-image. Certain brands are associated with certain types of people and thus reflect different values or traits. Consuming such products is a means by which consumers can communicate to others—or even to themselves—the type of person they are or would like to be.[9]

Some branding experts believe that for some people, certain brands even play a religious role of sorts and substitute for religious practices and help reinforce self-worth.[10] The cultural influence of brands is profound, and much interest has been generated in recent years in understanding the interplay between consumer culture and brands.[11]

Brands can also play a significant role in signaling certain product characteristics to consumers. Researchers have classified products and their associated attributes or benefits into three major categories: search goods, experience goods, and credence goods.[12]

- For *search goods* like grocery produce, consumers can evaluate product attributes like sturdiness, size, color, style, design, weight, and ingredient composition by visual inspection.
- For *experience goods* like automobile tires, consumers cannot assess product attributes like durability, service quality, safety, and ease of handling or use so easily by inspection, and actual product trial and experience is necessary.
- For *credence goods* like insurance coverage, consumers may rarely learn product attributes.

Given the difficulty of assessing and interpreting product attributes and benefits for experience and credence goods, brands may be particularly important signals of quality and other characteristics to consumers for these types of products.[13]

Brands can reduce the risks in product decisions. Consumers may perceive many different types of risks in buying and consuming a product:[14]

- *Functional risk:* The product does not perform up to expectations.
- *Physical risk:* The product poses a threat to the physical well-being or health of the user or others.
- *Financial risk:* The product is not worth the price paid.
- *Social risk:* The product results in embarrassment from others.
- *Psychological risk:* The product affects the mental well-being of the user.
- *Time risk:* The failure of the product results in an opportunity cost of finding another satisfactory product.

Consumers can certainly handle these risks in a number of ways, but one way is obviously to buy well-known brands, especially those with which consumers have had favorable past experiences. Thus, brands can be a very important risk-handling device, especially in business-to-business settings where risks can sometimes have quite profound implications.

In summary, to consumers, the special meaning that brands take on can change their perceptions and experiences with a product. The identical product may be evaluated differently depending on the brand identification or attribution it carries. Brands take on unique, personal meanings to consumers that facilitate their day-to-day activities and enrich their lives. As consumers' lives become more complicated, rushed, and time-starved, the ability of a brand to simplify decision-making and reduce risk is invaluable.

## Firms

Brands also provide a number of valuable functions to their firms.[15] Fundamentally, they serve an identification purpose, to simplify product handling or tracing. Operationally, brands help organize inventory and accounting records. A brand also offers the firm legal protection for unique features or aspects of the product. A brand can retain intellectual property rights, giving legal title to the brand owner.[16] The brand name can be protected through registered trademarks; manufacturing processes can be protected through patents; and packaging can be protected through copyrights and designs. These intellectual property rights ensure that the firm can safely invest in the brand and reap the benefits of a valuable asset.

former marketing professor at Wharton Business School, "If you went to your kitchen, your bedroom, your bathroom, your living room, and you went through all the stuff that was in there—it could all be Warby-ed."[65]

More broadly, branding has become part of the everyday vernacular and it is not uncommon to hear people of all walks of life talk about branding and branding concepts. Although the interest in branding has many positive consequences, people don't always seem to understand how branding works or apply branding concepts correctly. This is particularly true, given the changes taking place with the growth of digital marketing and social media marketing. For branding success, an appreciation of and aptitude for using appropriate branding concepts—a focus of this book—is critical.

## NOTES

1. For general background and in-depth research on a number of branding issues, consult the *Journal of Brand Management* and *Journal of Brand Strategy*, Henry Stewart publications.
2. Interbrand Group, *World's Greatest Brands: An International Review* (New York: John Wiley, 1992).
3. Adrian Room, *Dictionary of Trade Greatest Brands: An International Review* (New York: John Wiley, 1992); Adrian Room, *Dictionary of Trade Name Origins* (London: Routledge & Kegan Paul, 1982).
4. The second through fifth levels are based on a conceptualization in Theodore Levitt, "Marketing Success Through Differentiation—of Anything," *Harvard Business Review* (January–February 1980): 83–91.
5. Theodore Levitt, "Marketing Myopia," *Harvard Business Review* (July–August 1960): 45–56.
6. Drake Baer, "Timeless Branding Lessons From A Young Steve Jobs," *Fast Company*, August 12, 2013, https://www.fastcompany.com/3015526/timeless-branding-lessons-from-a-young-steve-jobs.
7. Thomas J. Madden, Frank Fehle, and Susan M. Fournier, "Brands Matter: An Empirical Demonstration of the Creation of Shareholder Value through Brands," *Journal of the Academy of Marketing Science* 34, no. 2 (2006): 224–235; Frank Fehle, Susan M. Fournier, Thomas J. Madden, and David G. Shrider, "Brand Value and Asset Pricing," *Quarterly Journal of Finance & Accounting* 47, no. 1 (2008): 59–82.
8. Jacob Jacoby, Jerry C. Olson, and Rafael Haddock, "Price, Brand Name, and Product Composition Characteristics as Determinants of Perceived Quality," *Journal of Consumer Research* 3, no. 4 (1971): 209–216; Jacob Jacoby, George Syzbillo, and Jacqueline Busato-Sehach, "Information Acquisition Behavior in Brand Choice Situations," *Journal of Marketing Research* 11 (1977): 63–69.
9. Susan Fournier, "Consumers and Their Brands: Developing Relationship Theory in Consumer Research," *Journal of Consumer Research* 24, no. 3 (1997): 343–373.
10. Susan Fournier, "Consumers and Their Brands: Developing Relationship Theory in Consumer Research," *Journal of Consumer Research* 24, no. 3 (1997): 343–373; Aric Rindfleisch, Nancy Wong, and James E. Burroughs, "God and Mammon: The Influence of Religiosity on Brand Connections," in *The Connected Customer: The Changing Nature of Consumer and Business Markets*, eds. Stefan H. K. Wuyts, Marnik G. Dekimpe, Els Gijsbrechts, and Rik Pieters (Mahwah, NJ: Lawrence Erlbaum, 2010), 163–201; Ron Shachar, Tülin Erdem, Keisha M. Cutright, and Gavan J. Fitzsimons, "Brands: The Opiate of the Nonreligious Masses?," *Marketing Science* 30 (January–February 2011): 92–110.
11. For an excellent example of the work being done on culture and branding, consult the following: Grant McCracken, *Culture and Consumption II: Markets, Meaning and Brand Management* (Bloomington, IN: Indiana University Press, 2005) and Grant McCracken, *Chief Culture Officer: How to Create a Living, Breathing Corporation* (New York: Basic Books, 2009). For a broader discussion of culture and consumer behavior, see Eric J. Arnould and Craig J. Thompson, "Consumer Culture Theory (CCT): Twenty Years of Research," *Journal of Consumer Research* 31 (March 2005): 868–882.
12. Philip Nelson, "Information and Consumer Behavior," *Journal of Political Economy* 78 (1970): 311–329; and Michael R. Darby and Edi Karni, "Free Competition and the Optimal Amount of Fraud," *Journal of Law and Economics* 16 (April 1974): 67–88.
13. Allan D. Shocker and Richard Chay, "How Marketing Researchers Can Harness the Power of Brand Equity." Presentation to New Zealand Marketing Research Society, August 1992.
14. Ted Roselius, "Consumer Ranking of Risk Reduction Methods," *Journal of Marketing* 35 (January 1971): 56–61.
15. Leslie de Chernatony and Gil McWilliam, "The Varying Nature of Brands as Assets," *International Journal of Advertising* 8 (1989): 339–349.
16. Constance E. Bagley and Diane W. Savage, *Managers and the Legal Environment: Strategies for the 21st Century*, 6th ed. (Mason, OH: Southwestern-Cengage Learning, 2010).
17. Tülin Erdem and Joffre Swait, "Brand Equity as a Signaling Phenomenon," *Journal of Consumer Psychology* 7, no. 2 (1998): 131–157.
18. Charles Bymer, "Valuing Your Brands: Lessons from Wall Street and the Impact on Marketers," ARF Third Annual Advertising and Promotion Workshop, February 5–6, 1991.
19. Elisabeth Sullivan, "Building a Better Brand," *Marketing News* 15 (September 2009): 14–17.
20. The Infosys Phenomenon," www.imd.org, 2007; "Winning in the Flat World," www.itsma.com, 2007; "Infosys' Slower Revenue Growth Outlook Slams Shares," http://www.reuters.com/article/2012/04/13/us-infosys-result-idUSBRE83C08220120413, April 13, 2012.