# EXHIBIT 10

"New exciting ideas and perspectives on brand building!"
**Philip Kotler**

**4TH EDITION**

# THE *NEW* STRATEGIC BRAND MANAGEMENT

**Creating and sustaining brand equity long term**

# J N KAPFERER



**KOGAN PAGE**

in fact correlated with many valuable image dimensions. Awareness carries a reassuring message: although it is measured at the individual level, brand awareness is in fact a collective phenomenon. When a brand is known, each individual knows it is known. This leads to spontaneous inferences. As is shown in Table 1.4, awareness is mostly correlated with aspects such as high quality, trust, reliability, closeness to people, a good quality/price ratio, accessibility and traditional styling. However it has a zero correlation with innovativeness, superior class, style, seduction: if aspects such as these are key differentiation facets of the brand, they must be earned on their own merit.

**Table 1.4**   How brand awareness creates value and image dimensions (correlations between awareness and image)

| | |
|---|---|
| Good quality/price ratio | 0.52 |
| Trust | 0.46 |
| Reliable | 0.44 |
| Quality | 0.43 |
| Traditional | 0.43 |
| Best | 0.40 |
| Down to earth | 0.37 |
| Client oriented | 0.37 |
| Friendly | 0.35 |
| Accessible | 0.32 |
| Distinct | 0.31 |
| A leader | 0.29 |
| Popular | 0.29 |
| Fun | 0.29 |
| Original | 0.27 |
| Energetic | 0.25 |
| Friendly | 0.25 |
| Performing | 0.22 |
| Seductive | 0.08 |
| Innovative | 0.02 |

(Base: 9,739 persons, 507 brands)
*Source*: Schuiling and Kapferer, 2004

## Transparent and opaque products

At this stage it is interesting to remind ourselves of the classifications drawn up by Nelson (1970) and by Darby and Kami (1973).

These authors make the distinction between three types of product characteristics:

- the qualities which are noticed by contact, before buying;

- the qualities which are noticed uniquely by experience, thus after buying;

- credence qualities which cannot be verified even after consumption and which you have to take on trust.

The first type of quality can be seen in the decision to buy a pair of men's socks. The choice is made according to the visible characteristics: the pattern, the style, the material, the feel, the elasticity and the price. There is hardly a need for brands in this market. In fact those that do exist only have a very small market share and target those people who are looking for proof of durability (difficult to tell before buying) or those who wish to be fashionable. This is how Burlington socks work as a hallmark of chic style. Producers' brands do exist but their differential advantage compared to distributors' brands (Marks & Spencer or C&A) is weak, especially if the latter have a good style department and offer a wide variety at a competitive price.

A good example of the second type of quality is the automobile market. Of course, performance, consumption and style can all be assessed before buying, as can the availability of options and the interior space. However, road-holding, the pleasure of driving, reliability and quality cannot be entirely appreciated during a test drive. The response comes from brand image; that is, the collective representation which is shaped over time by the accumulated experiences of oneself, of close relations, by word of mouth and advertising.

Finally, in the market for upmarket cars, the feeling that you have made it, that feeling of fulfilment and personal success through owning a BMW is typically the result of pure faith. It cannot be substantiated by any of the

534  BIBLIOGRAPHY

Cohen, M, Eliashberg, J and Ho, T (1997) An anatomy of a decision support system for developing and launching line extensions, *Journal of Marketing Research*, **34** (1), Feb, pp 117–29

Collins, J and Porras, J (1994) *Built to Last,* Harper Business, London

Conseil National de la Comptabilité (1989) La formation du capital commercial dans 1'entreprise, 27.A.89.16, Sep

Cooper, M (1989a) The basis of brand evaluation, *Accountancy*, Mar, p 32

Cooper, M (1989b) Brand valuation in the balance, *Accountancy*, Jul, p 28

Corstjens, J and Corstjens, M (1995) *Store Wars: The battle for mindspace and shelfspace*, Wiley, London

Corstjens, M (1999) *Store Wars*, Wiley, Chichester

Corstjens M and Lal, R (2000) Building store loyalty through store brands, *Journal of Marketing Research*, **37** (3)

Coumau, J B, Gagne, J-F and Josserand, E (2005) *Manager par la marque (Brand management)*, Editions d'Organisation, Paris

Crimmins, J (1992) Better measurement and management of brand value, *Journal of Advertising Research*, Jul/Aug, **32** (4), pp 11–19

Cross, R and Smith, J (1994) *Customer Bonding*, NTC Business Books

Crozier, M (1989) *L'Entreprise à l'Ecoute: apprendre le management post-industriel*, InterEditions, Paris

Dacin, P and Smith, D (1994) The effect of brand portfolio characteristics on consumer evaluations of brand extensions, *Journal of Marketing Research*, **31**, May, pp 229–42

Danziger, P (2004) *Why People Buy Things They Do Not Need*, Kaplan, New York

Darby, M and Kami, E (1973) Free competition and the optimal amount of fraud, *Journal of Law and Economics*, **16** (1), pp 67–88

Davidson, J H (1987) *Offensive Marketing*, Gower Press, London

Davis, S (2000) *Brand Asset Management*, Jossey-Bass, San Francisco, CA

Dawar, N (2002) How brand reputation affects the relationship of advertising and brand equity outcomes, *Journal of Advertising Research*

Dawar, N and Anderson, P (1992) Determining the order and direction of multiple brand extensions, Working Paper no 92/36/MKT, INSEAD

De Chernatony, L (1996) Integrated brand building using brand taxonomies, *Marketing Intelligence and Planning*, **14** (7), pp 40–45

De Chernatony, L and McDonald, M (1994) *Creating Powerful Brands,* Butterworth-Heinemann, Oxford

Defever, P (1989) L'utilisation de la communication électronique sur les lieux de vente, *Revue francaise du marketing*, **123** (3), pp 5–15

Degon, R (l994) La marque et le prix, *Journée IREP La Marque*, Sep, pp 28–38

DeJean, J (2006) *The Essence of Style*, Free Press, New York

Dhalla, N K (1978) Assessing the long term value of advertising, *Business Review*, **56**, Jan–Feb, pp 87–95

Diefenbach, J (1987) The corporate identity as the brand, in *Branding: A key marketing tool*, ed J Murphy, McGraw-Hill, London

Donaton, S (2004) *Madison and Vine*, Crain Communication, Chicago

Dru, J-M (1996) *Disruption*, Wiley, New York

Dru, J-M (2002) *Beyond Disruption*, Wiley, New York

Dubois, B and Paternault, C (1995) Understanding the world of international luxury brands, *Journal of Advertising Research*, **35** (4), Jul–Aug, pp 69–76

Durand, G (1964) *L'imagination symbolique*, PUP, Paris

Durand, G (1969) *Les Structures Anthropologiques de l'Imaginaire*, Bordas, Paris

540   BIBLIOGRAPHY

McKinsey Corp (1990) *The Luxury Industry*, McKinsey, Paris

McWilliam, G (1989) Managing the brand manager, in *Brand Valuation*, ed J Murphy, Hutchinson Business Books, London, pp 154–65

Meffert, H and Bruhn, M (1984) *Marken Strategien in Wettbewerb Gabler*, Wiesbaden

Melin, B (1990) Comment evaluer les marques, Research paper, under the direction of J-N Kapferer, HEC, June, Jouy-en-Josas

Meyers-Levy, J (1989) Investigating dimensions of brand names that influence the perceived familiarity of brands, *Advances in Consumer Research*, **16**, pp 258–63

Michel, G (2000) *La Stratégie d'Extension de Marque (Brand extension strategy),* Vuibert, Paris

Micheli, J A (2006) *The Starbucks Experience*, McGraw Hill, New York

Milligan, A (2004) *Brand it Like Beckham*, Cyan, London

Miniard, Sirdeshmukh and Innis (1992) Peripheral persuasion and brand choice, *Journal of Consumer Research*, **19**, Sep, pp 226–39

Moingeon, B and Soenen, G (2003) *Corporate and organizational identities*, Routledge, London

Mongibeaux, J F (1990) Contrefaçons et contremarques, *Revue de l'ENA*, Sep–Oct

Moore, E, Wilkie, W and Lutz, R (2002) Passing the torch: intergenerational influences as sources of brand equity, *Journal of Marketing*, **66** (2), Apr, pp 17–37

Moore, J (2006) *Tribal Knowledge*, Kaplan, Chicago

Moorhouse, M (1989) Brand accounting, in *Brand Valuation*, ed J Murphy, Hutchinson Business Books, London, pp 143–53

Moss, G D (2007) *Pharmaceuticals: Where's the brand logic?*, Haworth, New York

Muller, M and Mainz, A (1989) Brands, bids and balance sheets: putting a price on protected products, *Acquisitions Monthly*, Apr, **24**, pp 26–27

Muniz, A and O'Guinn, T (2001) Brand community, *Journal of Consumer Research*, **27** (4), March, pp 412–32

Murphy, J (1989) *Brand Valuation*, Hutchinson Business Books, London

Murphy, J (1990) *Brand Strategy*, Director Books, London

Nedungadi, P and Hutchinson, J W (1985) The prototypicality of brands, in *Advances in Consumer Research*, 12, ed E Hirschman and M Holbrook, Association for Consumer Research, pp 498–503

Nelson, P (1970) Information and consumer behavior, J*ournal of Political Economy*, **78** (2), pp 311–329

Neuhaus, C F and Taylor, J R (1972) Variables affecting sales of family-branded products, *Journal of Marketing Research,* **14**, Nov, pp 419–22

Neyrinck, J (2000) *Les paradoxes du marketing*, Editions d'Organisation, Paris

Nielsen, (1992) *Category Management*, NTC Business Books

Nohria, N and Hansen, M (2003) Organising multinational companies, Harvard Business School Globalization Conference Proceedings

Norman, D A (2004) *Emotional Design*, Basic Books, London

Nussenbaum, M (1990) Comment évaluer les marques, *Option Finance,* 7 May, **113**, pp 20–2

Nussenbaum, M (2003) Juste valeur et actifs incorporels, *Revue d'Economie Financière*, 71, pp 71–86

Olins, W (1978) *The Corporate Personality*, Mayflower, New York

Olins, W (1989) *Corporate Identity*, Thames and Hudson, London

Oliver, T (1987) The wide world of branding, in *Branding: A key marketing tool*, ed J Murphy, McGraw-Hill, London

Parameswaran, M G (2001) *Brand Building Advertising,* Tata McGraw-Hill, New Delhi

Pariente, S (1989) *La concurrence dans les relations industrie–commerce*, Institut du commerce et de la consommation, Paris

Park, C W, Javorskey, B J and MacInnis, D J (1986) Strategic brand concept–image management, *Journal of Marketing*, **50** (Oct) pp l35–45