James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Kathryn S. Benedict, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    rouhandeh@davispolk.com
          antonio.perez@davispolk.com
          caroline.stern@davispolk.com
          kathryn.benedict@davispolk.com
          corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. and
Instagram, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>          4:23-cv-05448-YGR<br><br>**REPLY DECLARATION OF JAMES P. ROUHANDEH IN SUPPORT OF META'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO STATE ATTORNEYS GENERAL'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date:   April 15, 2026<br>Time:  1:00 PM<br>Place:  Courtroom 1, 4th Floor |

**DECLARATION OF JAMES P. ROUHANDEH**

I, James P. Rouhandeh, declare as follows:

1.      I am a partner with the law firm Davis Polk & Wardwell LLP, counsel of record for Defendants Meta Platforms, Inc. and Instagram, LLC (together, "Meta").  I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

2.      I submit this declaration in support of Meta's Reply in Support of Motion for Summary Judgment and Opposition to State Attorneys General's Cross-Motion for Partial Summary Judgment, filed concurrently herewith.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of relevant excerpts of the Trial Report of Bradley Zicherman, MD, dated May 16, 2025.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of relevant excerpts of the transcript of the deposition of Bradley Zicherman on August 27, 2025.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of META3047MDL-003-00158978.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of relevant excerpts of the transcript of the deposition of Mark Zuckerberg on March 27, 2025.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of relevant excerpts of the transcript of the deposition of Antigone Davis on March 5, 2025.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of relevant excerpts of the transcript of the deposition of Adam S. Mosseri on March 17, 2025.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of relevant excerpts of the testimony of Mark Zuckerberg before the Senate Judiciary Committee on November 17, 2020.

10.      Attached hereto as **Exhibit 8** is a true and correct copy of relevant excerpts of the testimony of Antigone Davis before the United States Senate Subcommittee on Consumer Protection, Product Safety, and Data Security on September 30, 2021.

11.      Attached hereto as **Exhibit 9** is a true and correct copy of relevant excerpts of the Trial Report of Mitch Prinstein, Ph.D., dated May 16, 2025.

12. Attached hereto as **Exhibit 10** is a true and correct copy of relevant excerpts of META3047MDL-019-00011453.

13. Attached hereto as **Exhibit 11** is a true and correct copy of relevant excerpts of the transcript of the deposition of Carl S. Saba on March 2, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of March, 2026 in New York, New York.


/s/ James P. Rouhandeh
James P. Rouhandeh

DECLARATION OF JAMES P. ROUHANDEH IN SUPPORT OF META'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO STATE AGS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR