# EXHIBIT 8

S. Hrg. 117–719

# PROTECTING KIDS ONLINE: FACEBOOK, INSTAGRAM, AND MENTAL HEALTH HARM

# HEARING

BEFORE THE

SUBCOMMITTEE ON CONSUMER PROTECTION,
PRODUCT SAFETY, AND DATA SECURITY

OF THE

## COMMITTEE ON COMMERCE, SCIENCE, AND TRANSPORTATION UNITED STATES SENATE

ONE HUNDRED SEVENTEENTH CONGRESS

FIRST SESSION

————

SEPTEMBER 30, 2021

————

Printed for the use of the Committee on Commerce, Science, and Transportation



Available online: http://www.govinfo.gov

————

U.S. GOVERNMENT PUBLISHING OFFICE

53–125 PDF                    WASHINGTON : 2023

19

The problem is Instagram itself. According to Facebook's own research, teen users consistently blamed Instagram for increases in their anxiety and depression. In fact, 32 percent of teen girls said when they felt bad about their bodies, Instagram made them feel worse. And 6 percent of American teen users trace their desire to kill themselves to Instagram. For teens Instagram is worse than a popularity contest in a high school cafeteria because everyone can immediately see who is the most popular or who is the least popular. Instagram is that first childhood cigarette, meant to get teens hooked early, exploiting the peer pressure of popularity, and ultimately endangering their health.

Facebook is just like big tobacco, pushing a product that they know is harmful to the health of young people, pushing it to them early, all so Facebook can make money. IG stands for Instagram, but it also stands for insta-greed. The last thing we should allow Facebook to do is push young kids to use Instagram. Ms. Davis, will you commit that Facebook will not launch any platforms targeting kids 12 and under that includes features such as like buttons and follow accounts that allow children to quantify popularity. Yes or no?

Ms. DAVIS. Senator Markey, I would like to actually take a second to disagree with your comparison. Our products actually add value and offer—enrich teens' lives. They enable them to connect with their friends, with their family. And actually during COVID, during the pandemic——

Senator MARKEY. I appreciate that. I appreciate that. Senators just have limited time in the question and answer period. I have a question to you. Will you stop launching, will you promise not to launch a site that includes features such as like buttons and follower accounts that allow children to quantify popularity? That is a yes or no.

Ms. DAVIS. Senator Markey, those are the kinds of features that we will be talking about with our experts, trying to understand, in fact, what is most age appropriate and what isn't age appropriate? And we will discuss those features with them, of course.

Senator MARKEY. Well, let me just say this. We are talking about 12 year olds. We are talking about 9 year olds. If you need to do more research on this, you should fire all the people who you are paid to do your research up until now, because this is pretty obvious and it is pretty obvious to every mother and father in our country, because all recent scientific studies by child development experts found that not getting enough likes on social media significantly reduces adolescents' feelings of self-worth. Here is another threat to young people on Instagram.

The app is full of images and videos of popular influencers who peddle products while they flaunt their lavish lifestyles to users. Ms. Davis, will you commit that Facebook will not launch any platforms targeting kids that host influencer marketing, commercial content that children may be incapable of identifying as advertisements? Yes or no?

Ms. DAVIS. Senator that is actually one of the questions that we will be working with, with our experts as well. I do think it is important to point out that our app Messenger Kids, a messaging app for young kids under 13 doesn't show ads at all. And that was

20

based on the feedback that we got from parents and from our experts.

Senator MARKEY. I will just say this, it is not acceptable that you don't have answers for these questions right now. These are the obvious problems that exist. In television, we don't allow the host of a program to hawk a product to a child. It is illegal. You know, I am the author of those laws, so I know it is illegal. And the same thing is true here.

Why Facebook just can't say flat out, no, we won't allow influencers to be trying to push a child toward buying something because that child has now seen a video is just, again, completely and totally unacceptable, because we know the children lack the cognitive ability to decipher whether something is an advertisement and influencer marketing is inherently manipulative to kids. The same thing was true on television, it is true over here. We have to move the same values from television over to the Internet or else the same exploitative policies will be adopted by marketers.

Research also finds that your algorithms send teen users into a spiral of harmful content, including misinformation about COVID and ads for diet pills and appetite suppressants. Ms. Davis, will you commit that Facebook will not launch any platforms targeting children that employ algorithms promoting this dangerous content?

Ms. DAVIS. Thank you, Senator Markey. We actually don't allow weight loss ads to be shown to people under the age of 18 already.

Senator MARKEY. OK, well, that is reassuring because that content shouldn't exist anywhere on your platform. Your platforms, however, from my perspective, are actively promoting these materials and we can't let that happen to kids. So you seem to disagree with whether or not you are doing that. But my research says that you are. So that is also something that I think we should just codify. If Facebook has taught us anything, it is that self-regulation is not an option.

We need rules, rules that are federally mandated, that have to be adhered to by companies. And that is why today I am reintroducing the Kids Internet Design and Safety Act, the KIDS Act, partnering with Senator Blumenthal, who I thank for working with me on this bill. Our legislation bans damaging website design features like follower counts, auto play, and push alerts that are harmful to kids, limits advertising and commercial content like product placement and influencer marketing to kids and prohibits amplification of harmful and violent content to kids.

Ms. Davis, do you agree that Congress needs to pass this legislation and enact these critical safeguards for children online, yes, or no?

Ms. DAVIS. Senator Markey, I think our company has made its position really well known, that we believe it is time for the update of Internet regulations and we would be happy to talk to you and work with you on that.

Senator MARKEY. OK, well, do you support this legislation?

Ms. DAVIS. I would be happy to follow up most certainly.

Senator MARKEY. Well, your company has had this legislation in your possession for months and you are testifying here today before the Committee that we would have to pass this legislation. And again, I just feel that, you know, delay and obfuscation is the legis-

21

lative strategy of Facebook, especially since Facebook has spent millions of dollars on a marketing campaign calling on Congress to pass Internet regulations. And Facebook purports to be committed to children's well-being.

So it is simply wrong that you will not support this legislation to enact protections on kids—for kids online. That is the only conclusion I can reach since you have had it in preparation for this hearing for a long period of time. So we know that Facebook's top priority is its bottom line. Congress has to step in. We have an obligation to enact a bold agenda for young people online. And that means passing the KIDS Act to take on big tech's damaging and coercive tactics to hook kids.

Two, updating the Child Online Privacy Protection Act, to finally give young people up to the age of 16 a privacy bill of rights for the 21st century, and passing my CAMRA Act to launch a major research project at the National Institutes of Health on the effects of tech on children. It is time for us to do this. We cannot wait. This is a crisis, and we must act. Let me now turn and recognize Senator Thune.

### STATEMENT OF HON. JOHN THUNE, U.S. SENATOR FROM SOUTH DAKOTA

Senator THUNE. Thank you, Mr. Chair. I, along with many of my colleagues, are deeply concerned about the lack of consumer transparency and limited accountability of big tech companies. Consumers have become increasingly troubled about the way that their information is used by social media platforms and how these sites decide what news and information we see. Because of the secrecy with which platforms protect their algorithms and content moderation practices, which largely has been and continues to be a black box, consumers have little or no idea how the information they see has been shaped by the sites that they're visiting.

I have introduced two bipartisan bills to address these issues, platform accountability and consumer transparency with a PACT Act, and the Filter Bubble Transparency Act. The PACT Act would increase transparency around the content moderation process and provide the consumers more due process when a platform like Facebook removes posts. And the Filter Bubble Transparency Act would give consumers the option to engage with Internet platforms without being manipulated by opaque algorithms. And I would like to, Ms. Davis, just very briefly discuss those with you today.

The *Wall Street Journal* recently revealed that Facebook overhauled its algorithm in 2018 in an effort to boost, "meaningful social interactions, or MSI, meant to strengthen bonds between friends and family." Instead, the overhauled algorithm rewarded outrage and sensationalism, making Facebook's platform an angrier place.

Mr. Zuckerberg reportedly resisted proposed fixes because he was worried it would hurt Facebook's objective to make users engage more with Facebook. Ms. Davis, should consumers be able to use Facebook and Instagram without being manipulated by algorithms designed to keep them engaged on the platform?

Ms. DAVIS. Respectfully, Senator, that is not how we think about—think about our news feed. In fact, our news feed is de-