Message
_____

**From:** ██████████ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=███████████████]

**Sent:** 2/10/2020 9:45:55 PM

**To:** ██████ ██████@fb.com]; ███████ ████@fb.com]; Andrew Bocking ██████@fb.com]; ██████ ██████@fb.com]; ██████ ███████@fb.com]; ███████ █████@fb.com]; Guillermo Spiller █████@fb.com]; ███████ ████████@fb.com]; Denise Moreno ██████████@fb.com]; ██████ ██████@fb.com]; ████████ ████████@fb.com]; ████████ █████@fb.com]

**CC:** ████████ ████████@fb.com]

**Subject:** Re: [AC Priv] Age enforcement - proposed fix to changing DoB on Profile escalation

**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png; image006.png; image007.png; image008.png; image009.png; image010.png; image011.png; image012.png

Just wanted to update this thread – the team is ready to launch the checkpoint (line in green on the earlier plan) globally tomorrow, Feb 11. Pls lmk if questions/concerns.



**From:** ████████ ████████@fb.com>
**Date:** Wednesday, December 4, 2019 at 8:14 PM
**To:** ████████ █████@fb.com>, Andrew Bocking ████████@fb.com>, ████████ ████████@fb.com>, ████████ ████████@fb.com>, ████████ ██████████@fb.com>, ████████ ████████@fb.com>, Guillermo Spiller ██████@fb.com>, ████████ ████████@fb.com>, Denise Moreno ██████████@fb.com>, ████████ ████████@fb.com>, ██ ████████ ████████@fb.com>, ████████ ██████@fb.com>
**Cc:** ████████ ████████@fb.com>
**Subject:** Re: [AC Priv] Age enforcement - proposed fix to changing DoB on Profile escalation

Our first rev of the modal concept put the confirmation on a second screen which was the same number of steps as the current inline checkbox. Since then, we played with adding a little more friction to the process (while trying to keep the UX simple) by having the user:

1) change the DOB
2) show modal screen with age checkbox
3) confirm age via checkbox
4) submit form again

This tweak should show some gains and is worth testing. Check out the design here (FYI It's still WIP and does not have the approved content). Will circle back with timeline after some further team discussions



**From:** ████████ ██████@fb.com>
**Date:** Wednesday, December 4, 2019 at 4:12 PM
**To:** Andrew Bocking ████████@fb.com>, ████████ ████████@fb.com>, ████████@fb.com>, ████████ ████████@fb.com>, ████████ ████████@fb.com>, Guillermo Spiller █████@fb.com>, ████████ ████████@fb.com>, Denise Moreno ██████████@fb.com>, ██████ █████@fb.com>, ████████ ████████@fb.com>, ████████ ████████@fb.com>, ████████ █████@fb.com>
**Cc:** ████████████████@fb.com>
**Subject:** Re: [AC Priv] Age enforcement - proposed fix to changing DoB on Profile escalation

+ ████████ who now manages this space in Ops.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-287-00003183

**From:** Andrew Bocking ██████@fb.com>
**Date:** Monday, December 2, 2019 at 4:48 PM
**To:** ████████ ██████████@fb.com>, ██████ ████████@fb.com>, ████
████ ██████@fb.com>, ████████ ██████@fb.com>, Guillermo Spiller █████@fb.com>, ██
██████ ██████@fb.com>, Denise Moreno █████████@fb.com>, ██████ ████████@fb.com>,
████████ █████@fb.com>, ████████ ████████@fb.com>, █████████ ████████@fb.com>
**Cc:** ████████ █████████@fb.com>
**Subject:** Re: [AC Priv] Age enforcement - proposed fix to changing DoB on Profile escalation

Thanks for the update!

@████ – where can we learn more about the confirmation screens + timelines for them? Seems pretty urgent/important given the highlight (+checkbox only mitigating 30%).

Andrew

**From:** ████████████ ██████████@fb.com>
**Date:** Monday, December 2, 2019 at 2:41 PM
**To:** ████████████@fb.com>, Andrew Bocking ████████@fb.com>, ████████
██████@fb.com>, ████████ ██████@fb.com>, Guillermo Spiller █████@fb.com>, ██
██████ ██████@fb.com>, Denise Moreno █████████@fb.com>, ██████ ████████@fb.com>,
████████ █████@fb.com>, ████████ ████████@fb.com>, █████████ ████████@fb.com>
**Cc:** ████████ █████████@fb.com>
**Subject:** Re: [AC Priv] Age enforcement - proposed fix to changing DoB on Profile escalation

+████ ████for Ops

Quick status update:
- Checkbox launched globally to 95% on 11/26 – observed 30% drop in u13 DoB change attempts, which translates into 2.3-3M global annual MAP impact (vs ~3.2-4M earlier)
- Working team's consensus is to:
  - Launch checkpoint globally this week, pending remaining product/eng work and ops readiness (the capacity now is 2.6k/day, will need to go to 12-16k/day + likely 35 day backlog of 591K accounts) @████ @████ @ ███
  - Continue to build and test potential confirmation screen designs – based on early design outcomes, Profile team believes the incremental MAP impact would be immaterial @████

Pls add on if I missed anything.

████

**From:** ████████████ ██████████@fb.com>
**Date:** Friday, November 22, 2019 at 11:39 AM
**To:** ████████ ██████@fb.com>, Andrew Bocking ████████@fb.com>, ████████
██████@fb.com>, ████████ ██████@fb.com>, Guillermo Spiller █████@fb.com>, ██
██████ ██████@fb.com>, Denise Moreno █████████@fb.com>, ██████ ████████@fb.com>,
████████ █████@fb.com>, ████████ ████████@fb.com>
**Cc:** ████████ █████████@fb.com>
**Subject:** Re: [AC Priv] Age enforcement - proposed fix to changing DoB on Profile escalation

Decision:
- Launch checkbox now, no checkpoint @█████
- Follow up on time to build the age confirmation screen @████ @███████, @██████ to provide input – start building in parallel
- Follow up on data preservation @███████
- Ensure staffing to handle the volume increase @███████, @█████████
- Next week: share numbers on checkbox impact @████
- Week of Dec 2: launch checkpoint <u>globally</u> (pending @████████'s guidance, likely including all users from the last 35 days)

---

**From:** ████████████ <████████@fb.com>
**Date:** Friday, November 22, 2019 at 8:37 AM
**To:** Andrew Bocking ████████@fb.com>, ████████████████████████@fb.com>, ████████████████@fb.com>, ████████████████████████@fb.com>, Guillermo Spiller ████████@fb.com>, ████████████████████@fb.com>, Denise Moreno ████████████████@fb.com>
**Cc:** ████████████████@fb.com>, ████████████████████@fb.com>, ████████████████████@fb.com>
**Subject:** Re: [AC Priv] Age enforcement - proposed fix to changing DoB on Profile escalation

Hi Andrew, we rerun the numbers. For FB the rate from checkpointed to appeal clear is ~8.5%, which breaks down as below:

Appeal rate: 48% (proportion of checkpointed users who appeal)
Appeal clear rate: 17.5% (proportion of appeals successfully cleared)

Answering your second question we never looked into whether stuck accounts end up creating a SUMA account.

M

---



**From:** Andrew Bocking ████████@fb.com>
**Date:** Thursday, November 21, 2019 at 5:23 PM
**To:** ████████████████@fb.com>, ████████████████████@fb.com>, ████████████████@fb.com>, ████████████████████████@fb.com>, Guillermo Spiller ████████@fb.com>, ████████████████@fb.com>, Denise Moreno ████████████████@fb.com>
**Cc:** ████████████████@fb.com>, ████████████████████@fb.com>, ████████████████████@fb.com>
**Subject:** Re: [AC Priv] Age enforcement - proposed fix to changing DoB on Profile escalation

Thanks - that would be helpful. Have we ever looked into whether those stuck create a SUMA account?

---



**From:** ████████████████@fb.com>
**Sent:** Thursday, November 21, 2019 9:19:58 AM
**To:** ████████████████@fb.com>; ████████████████@fb.com>; ████████████████████@fb.com>; Andrew Bocking ████████@fb.com>; Guillermo Spiller ████████@fb.com>; ██████████████████@fb.com>; Denise Moreno ████████████████@fb.com>
**Cc:** ████████████████@fb.com>; ████████████████████@fb.com>; ████████████████████@fb.com>
**Subject:** Re: [AC Priv] Age enforcement - proposed fix to changing DoB on Profile escalation

We did some analysis in the past and we saw a combination of two factors:

1. Very low appeal rate from FB users (i.e. very few users who land in the U13 checkpoint even appeal. We don't see the same behavior for IG accounts in the same checkpoint)
2. Once people appeal, the clear rate is low. The appeal is solely ID-based and has non negligible friction (particularly for teens who we believe are more likely to land in this checkpoint)

I can share numbers later on but we need to rerun few queries to make sure they are still up to date.



---

**From:** ███████████ ████████████@fb.com>
**Date:** Thursday, November 21, 2019 at 4:29 PM
**To:** ███████████ ████████@fb.com>, ████████████ ████████████████@fb.com>, Andrew Bocking ████████@fb.com>, Guillermo Spiller ████████@fb.com>, ████████████ ████████████@fb.com>, Denise Moreno ████████████@fb.com>, ████████████ ████████████@fb.com>
**Cc:** ████████ ████████@fb.com>, ████████ ████████████@fb.com>, ████████████ ████████@fb.com>
**Subject:** Re: [AC Priv] Age enforcement - proposed fix to changing DoB on Profile escalation

On #4 and #5, we are *hoping* to mitigate around half of the impact with this change. 2.6% of age changes on mobile are to u13 vs. 1.3% on www. This is super biased and hard to say how much of this is due to the checkbox, but this is our best way to quickly estimate what kind of impact it would have before running a test.

There's three main areas where we could work try to mitigate this impact:

1. Promote the edit birthday feature less. It currently sits right under current work, education, contact info and city, meaning when a user goes to change where they live, work, etc. they have a good chance to see birthday with an edit button.
2. Be more explicit than a checkbox like a confirmation screen, etc. to make sure users are really aware of what they are doing
3. Optimize the checkpoint <- I have not looked into checkpoint clear rate yet, @████████████ could you share some high level understanding of why it's so low? Is it completions or decisions that cause the dropoff?

I think the main question is how much do we do before we ship vs. after we ship. We can use the 15 min to discuss.

Thanks,
███

---



**From:** ████████████ ████████@fb.com>
**Date:** Thursday, November 21, 2019 at 3:32 PM
**To:** ████████████ ████████████████@fb.com>, Andrew Bocking ████████@fb.com>, Guillermo Spiller ████████@fb.com>, ████████████ ████████████@fb.com>, Denise Moreno ████████████@fb.com>, ████ ████████ ████████████@fb.com>, ████████ ████████@fb.com>
**Cc:** ████████ ████████@fb.com>, ████████ ████████████@fb.com>, ████████████ ████████@fb.com>
**Subject:** Re: [AC Priv] Age enforcement - proposed fix to changing DoB on Profile escalation

Sorry for splitting thread. Was sending from an airplane and I guess my email didn't go through until this morning. Pasting on top of ████████'s much more detailed response to keep everything in the same place.

Yes, I believe the primary way you clear a checkpoint is by providing ID.

HIGHLY CONFIDENTIAL (COMPETITOR)

**From:** Andrew Bocking ███████@fb.com>
**Date:** Thursday, November 21, 2019 at 10:22 AM
**To:** ███████@fb.com" ███████@fb.com>, ████████████████ ████████████@fb.com>, Guillermo Spiller ███████@fb.com>, ████████████ ███████████@fb.com>, Denise Moreno ███████████@fb.com>, ████ ████████████████@fb.com>
**Cc:** ███████ ███████@fb.com>, ███████████ ████████@fb.com>, ████████ ████████@fb.com>, ████████████ ████████@fb.com>
**Subject:** Re: [AC Priv] Age enforcement - proposed fix to changing DoB on Profile escalation

Is an ID required in all/most cases? Just wondering why clear rates are so low.

---

**From:** ████████████ ████████@fb.com>
**Sent:** Thursday, November 21, 2019 7:20:54 AM
**To:** Andrew Bocking ███████@fb.com>; ████████████ ███████████@fb.com>; Guillermo Spiller ███████@fb.com>; ████████████ ███████████@fb.com>; Denise Moreno ███████████@fb.com>; ████ ████████ ████████@fb.com>
**Cc:** ███████ ███████@fb.com>; ████████████ ████████@fb.com>; ████████ ████████@fb.com>; ████████████ ████████@fb.com>
**Subject:** Re: [AC Priv] Age enforcement - proposed fix to changing DoB on Profile escalation

(*new*) #6 – Who can provide more insights on the actual checkpoint experience? Is it awful for people to get through if they did this accidentally?

*CO does a quick visual inspection to see if it looks like it's obviously a mistake—described here. After that they are checkpointed and I believe generally have to provide ID to get out.*

**From:** ████████████████ ██████████████████@fb.com>
**Date:** Wednesday, November 20, 2019 at 11:38 PM
**To:** Andrew Bocking ███████@fb.com>, Guillermo Spiller ███████@fb.com>, ████████████ ██████@fb.com>, Denise Moreno ███████████@fb.com>, ████████████ ████████████@fb.com>, ████████████ █████████@fb.com>
**Cc:** ███████ ███████@fb.com>, ████████ ████████@fb.com>, ████████████ ████████@fb.com>, ████████@fb.com" ███████@fb.com>
**Subject:** Re: [AC Priv] Age enforcement - proposed fix to changing DoB on Profile escalation

Great – we'll set up 15 mins for this group to discuss live.

On #6

The best estimate for checkpoint pass through rate we have is 7% based on community reported u13 checkpoint (current state) – that's what @████ used for MAP impact calcs. The flows are below, and @████████ (who runs this on Integrity) – pls chime in, if anything's missing.

**www checkpoint**

**Please Verify Your Information**

[FB Only] Expand All FAQs

You can see this contact form because you are using the internal tool. Please make sure that logged out users can see the form as well by testing properly. The current visibility settings on the form is: CHECKPOINT

Your account has been locked because we need to confirm your age. Please complete the form below within 28 days to regain access to your account. If you don't confirm your age within 28 days, your account will be deleted. Please keep in mind that you won't be able to access your account without completing this step.

First name

Ex: John

Last name

Ex: Smith

Date of birth

+ Add year

Please provide a photo or scan of an ID that confirms your age. The ID must match the information listed on the account. Once we confirm your age, we'll delete your ID from our servers. Learn more about why we require ID and the different types of ID we accept below.

## Submitting ID

What types of ID does Facebook accept?

How do I upload my ID to Facebook?

Why am I being asked to upload an ID to Facebook?

What happens to my ID after I send it to Facebook?

Your ID(s)

Saved as JPEGs, if possible. You may attach up to 3 files.

Choose Files   No file chosen

We may encrypt and store your ID for up to one year to improve our automated systems for detecting fake IDs. Your ID will be stored securely and will not be visible to anyone on Facebook.

If you don't want Facebook to use your ID to improve our automated systems for detecting fake IDs, you can adjust your Identity Confirmation Settings. If you turn this option off, the copy of your ID will be deleted within 30 days of submission or when you turned this option off.

Visit the Help Center to learn more about what happens to your ID after you send it to us.

**Mobile checkpoint**

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-287-00003188

## Please Verify Your Information

Your account has been locked because we need to confirm your age. Please complete the form below within 28 days to regain access to your account. If you don't confirm your age within 28 days, your account will be deleted. Please keep in mind that you won't be able to access your account without completing this step.

First name

Ex: John

Last name

Ex: Smith

Date of birth

2019    January    1

Please provide a photo or scan of an ID that confirms your age. The ID must match the information listed on the account. Once we

Please provide a photo or scan of an ID that confirms your age. The ID must match the information listed on the account. Once we confirm your age, we'll delete your ID from our servers. Learn more about why we require ID and the different types of ID we accept below.

### Submitting ID

○ What types of ID does Facebook accept?

○ How do I upload my ID to Facebook?

○ Why am I being asked to upload an ID to Facebook?

○ What happens to my ID after I send it to Facebook?

○ What happens to my ID after I send it to Facebook?

Your ID(s)

Saved as JPEGs, if possible. You may attach up to 3 files.

Choose Files   No file chosen

We may encrypt and store your ID for up to one year to improve our automated systems for detecting fake IDs. Your ID will be stored securely and will not be visible to anyone on Facebook.

If you don't want Facebook to use your ID to improve our automated systems for detecting fake IDs, you can adjust your Identity Confirmation Settings. If you turn this option off, the copy of your ID will be deleted within 30 days of submission or when you turned this option off.

Visit the Help Center to learn more about what happens to your ID after you send it to us.

**From:** Andrew Bocking ▮▮▮▮▮▮@fb.com>
**Date:** Wednesday, November 20, 2019 at 5:37 PM
**To:** ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮@fb.com>, Guillermo Spiller ▮▮▮▮▮▮@fb.com>, ▮▮▮▮▮▮▮▮

HIGHLY CONFIDENTIAL (COMPETITOR)

███████@fb.com>, Denise Moreno ██████████@fb.com>, ████████ ██████████@fb.com>
**Cc:** ██████ ████████@fb.com>, ████████ ████████@fb.com>, ████████ ████████@fb.com>, ████████ ████████@fb.com>, ████████ ████████@fb.com>
**Subject:** Re: [AC Priv] Age enforcement - proposed fix to changing DoB on Profile escalation

Thanks – super helpful!

For #4 - @████ @████ do we not have any estimates given the comparison to WWW?

For #5 – Based on answer to #4, would be good to know @████ @████ if there's anything else we should consider doing short term?

(*new*) #6 – Who can provide more insights on the actual checkpoint experience? Is it awful for people to get through if they did this accidentally?

If easier we can also discuss live for 15min in the next 2 days.

I'd personally rather just get to a good conclusion here on making sure we don't have a bunch of accidental checkpoints and then rollout this change Globally.

Andrew

**From:** ████████████ ████████████@fb.com>
**Date:** Wednesday, November 20, 2019 at 5:05 PM
**To:** Andrew Bocking ████████@fb.com>, Guillermo Spiller ████████@fb.com>, ████████████ ████████@fb.com>, Denise Moreno ██████████@fb.com>, ████████ ██████████@fb.com>
**Cc:** ██████ ████████@fb.com>, ████████ ████████@fb.com>, ████████ ████████@fb.com>, ████████ ████████@fb.com>, ████████ ████████@fb.com>
**Subject:** Re: [AC Priv] Age enforcement - proposed fix to changing DoB on Profile escalation

Thanks so much for your quick reactions Andrew! Pls see the responses in line *in green* below. Happy to set up time for this group to discuss live too.

**From:** Andrew Bocking ████████@fb.com>
**Date:** Wednesday, November 20, 2019 at 4:43 PM
**To:** ████████████ ████████████@fb.com>, Guillermo Spiller ████████@fb.com>, ████████████ ████████@fb.com>, Denise Moreno ██████████@fb.com>, ████████ ██████████@fb.com>
**Cc:** ██████ ████████@fb.com>, ████████ ████████@fb.com>, ████████ ████████@fb.com>, ████████ ████████@fb.com>, ████████ ████████@fb.com>
**Subject:** Re: [AC Priv] Age enforcement - proposed fix to changing DoB on Profile escalation

Hey ████████ –

+@Guillermo @████ @Denise to review as well.

Thanks for the summary!

Questions that may be tough to align on via email:

HIGHLY CONFIDENTIAL (COMPETITOR)                                    META3047MDL-287-00003190

1. How quickly would this need to ship in US? FYI we're at risk for negative MAP growth in Q4 in US&CA region due to other Integrity classifier launches in September. *It's an ongoing bleeding, but there's no specific target date – it's just as soon as possible. And thank you, super helpful perspective.*

2. Why are we planning to limit to US in this proposal? *The highest legal risk is in the US given COPPA and FTC. The idea was to strike middle ground between mitigating legal risk asap and containing MAP impact.*

3. When does a decision need to be made + when do we need to ship? *No specific date for either, but asap for both.*

4. Can you better explain the "checkbox" that's on WWW but not on mobile? Is that what triggers the legal requirement for enforcement? I'm unclear on what this checkbox means here… and how it fits into the calculation for the impact to MAP/yr.
   *The checkbox is the extra UI friction to make sure people don't accidentally change their age to u13. Today, on www you have 2 steps (1.select your DoB 2. Confirm your age via the checkbox), while on mobile it's just 1 step (select your DoB). The proposed UI change is to add the 2nd step on mobile as well.*
   *The overall MAP impact is likely to go down with the introduction of the 2nd step on mobile as it will prevent more people from accidentally changing their DoB to u13 – but we don't' know by how much.*

5. Why do we think it will take till Q1, 2020 to do anything to make sure people don't do this by accident and get stuck? @███ you said we had ideas here? *The 2ns UI step – the checkbox on mobile – was what ███, ██████, and ███ proposed for the immediate launch. Q1 was a high level estimate of how long it'd take to test the impact of other options (eg moving DoB change setting to another place).*

Thanks,
Andrew

**From:** ████████████ ███████████@fb.com>
**Date:** Wednesday, November 20, 2019 at 4:03 PM
**To:** Andrew Bocking ███████@fb.com>
**Cc:** ███████ ████████@fb.com>, ███████ ██████@fb.com>, ████████
████████@fb.com>, ███████ ███████@fb.com>, █████████ ███████@fb.com>, ███████
███████@fb.com>
**Subject:** [AC Priv] Age enforcement - proposed fix to changing DoB on Profile escalation

Hi Andrew – we would love to get your reaction to our recommended approach to fixing the issue with the profile DoB change flow on FB. The summary is below, the details are here.

Thank you so much!

███████

**Context**
Currently on FB, when a user attempts to change their age to under 13, a checkbox to confirm the age is shown on www (not on mobile), an error is generated, and the action is logged in the table "edit_birthday" (userid, new age, old age, and the error message are stored for 35 days). No enforcement action is taken. Checkpointing these users could result in ~126k/year in the US (~3.4M/year globally) MAP impact.

**Proposed Solution**
1. Adjust mobile DoB change flow by adding a checkbox to confirm you age after DoB change attempt on mobile (note: www already has the checkbox) and launch it globally now

HIGHLY CONFIDENTIAL (COMPETITOR)

2. Send to checkpoint those confirming their age is u13 in the US now – **estimated MAP impact 664/day or 126k/year**
3. Test flow options (Profile team), roll out best flow and checkpoint to RoW in Q1'20

**Current www flow (has checkbox, no checkpoint)**



**Current mobile flow (no checkbox, no checkpoint)**



**Proposed mobile flow (add checkbox globally, checkpoint routing TBD)**

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-287-00003194



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-287-00003195



Note: There are further optimizations that could add friction to the DoB change process. Testing those would be part of Profile redesign, which is in progress, and in the Profile team's scope.

## Decision options (B recommended)

| | Options | Option A | Option B (RECOMMENDED) | Option C |
|---|---|---|---|---|
| 1 | Description | Launch checkpoint globally now | Launch checkpoint in US now, test/adjust the flow and roll out checkpoint globally in Q1'20 | Test/adjust the flow, launch checkpoint globally in Q1'20 |
| 2 | MAP impact estimated | 3.4M/year (18k/day) | 126K/year in US (664/day), TBD ROW | TBD, aim for <3.4M/year globally |
| 3 | Pros | - Consistency<br>- Fastest compliance fix<br>- Min additional resource investment | - Fastest compliance fix<br>- Contained immediate growth impact | - Potential for lowest MAP impact<br>- Consistency |
| 4 | Cons | Highest immediate growth hit | Additional resource investment<br>- Potential for slowdown<br>- Potential for inconsistency globally | - No immediate compliance fix<br>- Highest additional resource investment<br>- Potential for slowdown |
| 5 | | | | |
| 6 | In favor | Policy, Legal (TBC) | Legal (TBC), Profile | |
| 7 | "Could live with" | Profile | Policy | Profile |
| 8 | Against | | | Policy, Legal (TBC) |

Integrity is fine with any option.

HIGHLY CONFIDENTIAL (COMPETITOR)

**META3047MDL-287-00003183**

## Metadata

| All Custodians | Bocking_Andrew; | SEMANTIC |
|---|---|---|
| All Paths | /Bocking_Andrew/Top of Personal Folders/Inbox | SEMANTIC |
| Confidentiality | HIGHLY CONFIDENTIAL (COMPETITOR) | SEMANTIC |
| Date Sent | 02/10/2020 9:45 pm | SEMANTIC |
| From | ███████ █████████ @fb.com> | SEMANTIC |
| Primary Date | 02/10/2020 9:45 pm | DOC_TYPE_ALIAS |
| To | ████ ████ @ ████ ████ @fb.com>; ███████ Bocking ███ >; @fb.com>; piller @fb.co ███ █ █ █ @fb.com ████ @fb.com>; @fb.com>; Denise Moreno @fb.com> █ ████ ████ @fb.com>; ████ @fb.com>; ████ █ @fb.com> | SEMANTIC |