*HIGHLY CONFIDENTIAL (COMPETITOR)*

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

*Additional counsel listed on signature pages*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 3047<br>Civil Case No.  4:22-md-03047-YGR:<br>Honorable Yvonne Gonzalez Rogers<br><br>**META DEFENDANTS' THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND INTERROGATORY** |

Defendants Meta Platforms, Inc., Facebook Payments, Inc., Siculus, Inc., Facebook Operations, LLC, and Instagram, LLC, (collectively, "Defendants" or "Meta"), by and through their attorneys, Covington & Burling, LLP, submit their third supplemental responses and objections to Plaintiffs' Interrogatory No. 2 ("Interrogatory") served on May 16, 2024. Meta's responses to the Interrogatory are made to the best of its current knowledge, information, and belief. Meta reserves the right to supplement or amend any of its responses should future investigation indicate that such supplementation or amendment is necessary.

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    METATNAG-044-00000453

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL-118-00000459

including, for example, liking a particular piece of content. Prediction models utilize input signals as inputs to calculate predictions.

The Appendix includes information about signals used by six of Meta's ranking and recommendation systems. These systems are (1) Facebook Feed, (2) Facebook In-Feed Recommendations, (3) Facebook Pages You May Like, (4) Facebook Suggested Groups, (5) Instagram In-Feed Recommendations, and (6) Instagram Reels. These systems are involved in ranking or recommending content to users.

Each section of the Appendix to this response includes information about certain predictions, and for each such prediction, certain input signals that inform those predictions. For the purposes of this Interrogatory, we provide, where applicable, ten examples of predictions that influence a system's final-stage ranking and recommendation of content to users and five examples of input signals for each such prediction. To the extent the information could be located following a reasonable investigation to date, for each such prediction and input signal listed, Meta provides the following information: name of the signal, alphanumeric ID of the signal, description of the signal, and the name of the team at Meta that maintains the signal. In addition, regarding the weighting of each system's predictions, Meta provides a folder path to the system's value model in Meta's source code.

## III.    Generators[2]

Meta's First Supplemental Response ("First Supplement") to this Interrogatory discussed subsystems called "generators." Some of Meta's systems use generators during an early stage of

---

[2] The information provided in this section is subject to the limitations regarding, among other things, reliability, completeness, temporality, and geographic scope as stated in Section I of this Response.

META DEFENDANTS' THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND INTERROGATORY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    METATNAG-044-00000468

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL-118-00000474

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

### O.    Instagram Search[22]

### 1.    Recommender: Search Typeahead

Code Path to Final-Stage-Ranking Value Model:          N/A

Approximate count of the number of predictions not listed below:          0

| Identified Predictions Used in this System | | | | |
|---|---|---|---|---|
| | **Prediction Name** | **Model ID** | **Team** | **Plain-Language Description** |
| | Accounts | ■■■■■ | ■■■■■■ | How likely the user is to click an account that appears after the user starts typing in the search bar, and takes an additional action such as following the account or clicking to like a post |
| | **Identified Input Signals** | | | |
| | | **Input Name** | **Feature ID** | **Plain-Language Description** |
| | | ■■■■■■■ | ■■■ | How many times the suggestion that appears after the user starts typing in the search bar has been clicked compared to the number of times those actions have been taken on all suggestions of the same type by people performing the same search in the user's country |
| | | ■■■■■■ | ■ | The user's Instagram social graph and account owner's Instagram social graph |

---

[22] The information provided in this section is subject to the limitations regarding, among other things, reliability, completeness, temporality, and geographic scope as stated in Section I of this Response ("Limitations Regarding, Among Other Things, Reliability, Completeness, Temporality, and Geographic Scope").

Consolidated Appendix page 164 of 172

META3047MDL-118-00000649    METATNAG-044-0000643

HIGHLY CONFIDENTIAL (COMPETITOR)

| | | | | | |
|---|---|---|---|---|---|
| | | | ██████████████ | ████ | How many times the user has viewed the account's story |
| | | | ██████████████ | ████ | How many times the user has visited the account's profile |
| | | | ██████████████ | ████ | The similarity between the words used in the user's search and those in the account's username or profile name |

| Prediction Name | Model ID | Team | Plain-Language Description |
|---|---|---|---|
| Keywords | ████████ | ████████████ | How likely the user is to click a suggested keyword that appears after the user starts typing in the search bar, and takes an additional action such as saving a post or following an account |

| | Identified Input Signals | | |
|---|---|---|---|
| | **Input Name** | **Feature ID** | **Plain-Language Description** |
| | ██████████████ | ████████ | How many times the account has been clicked and subsequently acted upon, compared to the number of times those actions have been taken on all accounts by people performing the same search globally, in the user's country, region, and city |
| | ██████████████ | ████████ | How many times a search result has been clicked after clicking on the suggested keyword |
| | ██████████████ | ████████ | The similarity between the words used in the user's search and those in the suggested keyword, including exact match |

Consolidated Appendix page 165 of 172

META DEFENDANTS' THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND INTERROGATORY

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

META3047MDL-118-00000650

METATNAG-044-00000644