META:HCMOL-ESD-00309891

Ex. 37

PR Report

| Requisition ID | Requisition Status | Open Flag | Supplier | Supplier Loc | Supplier Requisitioner | Req PO R | PO Line | PO Sched | Operating Unit | Company | Cost Center | Project | Account | Atlas Tk | Requisition Description | Requisition Line Description | PB Part Num | Supplier Part | Catalog Type | Approver N | Req Line Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Ex. 37

PR Report

This page contains a very large, dense spreadsheet/tabular data export that is illegible at the available resolution. The individual cell values cannot be reliably transcribed.

Ex. 37

PR Report

Ex. 37

Ex. 37

PR Report

Ex. 37

PR Report

Ex. 37

Ex. 37

PR Report

Ex. 37

PR Report

This page contains a large spreadsheet of financial data with numerous columns (labeled Z, AA, AB, AC, AD, AE, AF, AG, AH, AI, AJ, AK, AL, AM, AN, AO, AP, AQ, AR, AS, AT, AU, AV, AW, AX, AY, AZ, BA, BB, BC, BD, BE, BF, BG, BH, BI) and hundreds of rows. The data is too dense and small to transcribe reliably.

Ex. 37

PR Report

METABOOK7MDL-DSD-00009895

Ex. 37

Ex. 37

Ex. 37

PR Report

Ex. 37

Ex. 37

META7647MDL-DSD-00000895

Ex. 37

Ex. 37

Ex. 37

META0347405-0-0-DSD-00000895

Ex. 37

PR Report

Ex. 37

Ex. 37

PR Report

META83476DIC-DSD-00209892

Ex. 37

PR Report

Ex. 37

PR Report

Ex. 37

PR Report

Ex. 37
META8347MDL-GSF00000895
PR Report