Message
_____

**From:**      ▆▆▆▆▆▆▆ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=▆▆▆▆▆▆▆]

**Sent:**      5/29/2019 11:12:01 PM

**To:**      ▆▆▆▆▆ ▆@fb.com]; ▆▆▆▆▆▆ ▆@fb.com]; ▆▆▆▆▆▆ ▆@fb.com]; ▆▆▆▆ ▆@fb.com]; ▆▆▆ ▆@fb.com]; ▆▆▆▆▆ ▆@fb.com]

**Subject:**      Message summary [{"otherUserFbId":null,"threadFbId":2235656673190009}]

**Attachments:**      sticker.png


▆▆▆▆ (5/29/2019 10:41:36 PDT):
>Hi ▆▆▆, I am ▆▆▆▆▆ DS in community integrity. ▆▆▆▆ and I are working on a new metric measuring undesirable accounts prevalence across all family map.

▆▆▆▆ (5/29/2019 10:42:16 PDT):
>We were asked by ▆▆ in our metric review meeting last week: how we integrate our family map accounting with Space project

▆▆▆▆ (5/29/2019 10:44:35 PDT):
> ▆▆▆▆ told me you are the PM leading the space. Thus I have a few questions for you: 1. can you confirm the propagation is happening today only from FB-> IG and FB-> WA? what about FB -> FB? 2. In the pipeline and dash I found from FB-> IG we count CEI, CT and Grooming, from FB-> WA we count these three plus human trafficking and sextortion. Any reasons why the list are slightly different?

▆▆▆▆ (5/29/2019 10:46:38 PDT):
> ▆▆▆ is our PM driving space in our team.

▆▆▆▆ (5/29/2019 10:47:09 PDT):
> ▆▆▆ is on PTO these days.

▆▆▆▆ (5/29/2019 10:47:29 PDT):
>Hi ▆▆▆, I am ▆▆▆▆▆ DS in community integrity. ▆▆▆▆ and I are working on a new metric measuring undesirable accounts prevalence across all family map.

▆▆▆▆ (5/29/2019 10:47:34 PDT):
>We were asked by ▆▆ in our metric review meeting last week: how we integrate our family map accounting with Space project

▆▆▆▆ (5/29/2019 10:47:42 PDT):
>I have a few questions for you: 1. can you confirm the propagation is happening today only from FB-> IG and FB-> WA? what about FB -> FB? 2. In the pipeline and dash I found from FB-> IG we count CEI, CT and Grooming, from FB-> WA we count these three plus human trafficking and sextortion. Any reasons why the list are slightly different?

▆▆▆▆▆▆▆ (5/29/2019 12:07:18 PDT):
>1. Yes. For additional propagation refer to the read-out deck - https://fb.workplace.com/groups/257922311483129/permalink/352679612007398/   2. No good reason!  They were done independently, ad-hoc, by different teams last year. There was lot of ad-hoc/temp solutions put in place last year. SPACE team is working on a long-term sustainable product and moving all temp/ad-hoc solutions to this platform.

▆▆▆▆ (5/29/2019 14:30:49 PDT):
>Thank you!

▆▆▆▆ (5/29/2019 14:31:25 PDT):
> ▆▆▆, are you using dim_family_users in ffdp to identify associated IG/WA accounts or you build your own logic?

▆▆▆▆ (5/29/2019 14:38:21 PDT):
>We are following two kinds of matching logics: (1) user hard link (2) Soft match where UIG has the matching confidence > 0.99

▆▆▆▆ (5/29/2019 14:39:22 PDT):
>People with both FB accounts and IG accounts may have multiple IG accounts, but from the data in your table we have same number of IG accounts being propagated as the number of FB accounts for CEI and Grooming. Thus ▆▆▆▆ and I are curious why these two are the same.

▆▆▆▆ (5/29/2019 14:39:45 PDT):
>Only exception is CT

▆▆▆▆ (5/29/2019 14:40:02 PDT):
>CT have more IG accounts than FB account taken down, which makes more sense to me

CONFIDENTIAL           META3047MDL-047-00945193

███████ (5/29/2019 14:41:04 PDT):
>Can you send me the queries?

███████ (5/29/2019 14:42:08 PDT):
>https://fburl.com/daiquery/ifq8d3i4

███████ (5/29/2019 14:42:30 PDT):
>It would be great to have you review! Thank you

███████ (5/29/2019 14:49:44 PDT):
>The dashboard might also be helpful
https://our.intern.facebook.com/intern/unidash/dashboard/signal_sharing_topline_metrics/main/.

███████ (5/29/2019 14:54:27 PDT):
>Hi ████, I am a little bit confused on which table I should use and the best way to aggregate it

███████ (5/29/2019 14:57:12 PDT):
>1. Should I use cross_disable_fb_to_ig or the table power the dash: bi_red_level_user_disables? 2. In the dash the grooming session shows no data, but in the cross_disable_fb_to_ig table and the logic ████ send me we do action on grooming.

███████ (5/29/2019 15:00:52 PDT):
>cross_disable_fb_to_ig is what we logged in prod.

███████ (5/29/2019 15:01:04 PDT):
>We have grooming actions.

███████ (5/29/2019 15:12:38 PDT):
>Sorry I think I'm confused.
>1. How does cross disabling work?  If we have a FB account that's violating which has two IG accounts, do we disable both?  In the logged data, numbers on FB and IG seem to look the same.  Is this because it's a 1 to 1 relationship where if we find a violating FB, we always disable 1 violating IG?
>2. What is the difference in the data source for the dash (bi_red_level_user_disables) versus the cross_disable_fb_to_ig
>3. Where is the best place to get grooming data?

███████ (5/29/2019 15:12:56 PDT):
>I'm looking to set up time to discuss tomorrow but calendars look crazy so hoping we can do this async
:)

███████ (5/29/2019 15:14:05 PDT):
>I am in London, which might be the reason for crazy calendar. :P

███████ (5/29/2019 15:14:21 PDT):
>I am in London this week, I mean.

███████ (5/29/2019 15:15:16 PDT):
>Let's see if we can get it resolved over chat if possible - we owe ████ an answer by EOW

███████ (5/29/2019 15:22:51 PDT):
>Hi ████, then can you or ██████ check my query using cross_disable_fb_to_ig? It's a short one, just not sure whether that is the right way to sum up data from different days

███████ (5/29/2019 15:23:22 PDT):
>https://fburl.com/daiquery/ifq8d3i4This one

███████ (5/29/2019 15:31:01 PDT):
>1. If both IG accounts are hard linked or >0.99 confidence soft matched, then both will be disabled. For the concern, we can spot check some FBIDs (e.g., in the UIG portal or some family table).
>2. In the cross app disable code, we log to cross_disable_fb_to_ig. This should be the ground truth for cross app disable from FB to IG.
>3. cross_disable_fb_to_ig

███████ (5/29/2019 15:32:15 PDT):
>do you have what you need? :)

███████ (5/29/2019 15:32:47 PDT):
>Just need one more thing, ██████ or ██████ confirming I am querying the data right

███████ (5/29/2019 15:34:05 PDT):
>If I want to get all disable fb accounts from 3/10-5/28, is 'ds between '2019/3/10' and '2019/5/28'  ' the right logic?

███████ (5/29/2019 15:34:25 PDT):
>or should I use logging time instead

███████ (5/29/2019 15:37:01 PDT):

META3047MDL-047-00945194

>The query looks correct.

███████ (5/29/2019 15:38:20 PDT):
>The cross app disable happens immediately after FB disable.

███████ (5/29/2019 15:38:46 PDT):
>Both should work.

██████████ (5/29/2019 15:39:31 PDT):

shared: sticker.png

███████ (5/29/2019 16:12:01 PDT):
>Thanks a lot █████!!