# Exhibit 9

Message
_____

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮ [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN▮▮▮▮▮▮▮▮▮▮▮▮▮▮] |
| **Sent:** | 6/19/2019 6:44:13 PM |
| **To:** | ▮▮▮▮▮▮@fb.com]; ▮▮▮▮▮▮@fb.com]; ▮▮▮▮▮▮@fb.com] |
| **CC:** | Guy Rosen ▮▮▮@fb.com] |
| **Subject:** | RE: Forbes: FBI And DHS Blunders Reveal Names Of Child Abuse Victims Via Facebook IDs |

Ah yes, great point. There are probably many other ways to get those information once you have the UIDs. Looks like there is no much we can do that is clean. Thanks everyone!

Best,

▮▮▮

**From:** ▮▮▮▮▮▮@fb.com>
**Sent:** Wednesday, June 19, 2019 11:21 AM
**To:** ▮▮▮▮▮▮@fb.com>; ▮▮▮▮▮▮@fb.com>; ▮▮▮▮▮▮@fb.com>
**Cc:** Guy Rosen ▮▮▮@fb.com>
**Subject:** Re: Forbes: FBI And DHS Blunders Reveal Names Of Child Abuse Victims Via Facebook IDs

Agree with ▮▮▮. It might be possible to block the /fbid redirect with SI_TAKE_DOWN_THE_SITE or a code change with a sitevar lookup, but I suspect there are dozens or hundreds of different ways to look someone up given their UID. E.g., /profile.php?id=$fbid

Sadly, the only real mitigation is to delete their accounts and create new ones.

**From:** ▮▮▮▮▮▮
**Sent:** Wednesday, June 19, 2019 11:07:39 AM
**To:** ▮▮▮▮▮▮; ▮▮▮▮▮▮; ▮▮▮▮▮▮
**Cc:** Guy Rosen
**Subject:** RE: Forbes: FBI And DHS Blunders Reveal Names Of Child Abuse Victims Via Facebook IDs

Thanks ▮▮▮! I think this is referring to a numeric FBID. Looks like people are going to facebook.com/fbid to access their public profile and identity information.

Do you know if it is possible to block access to facebook.com/fbid for certain users? Would that break a lot of things, or that is just always a redirect to the actual profile?

Best,

▮▮▮

**From:** ▮▮▮▮▮▮@fb.com>
**Sent:** Wednesday, June 19, 2019 11:02 AM
**To:** ▮▮▮▮▮▮@fb.com>; ▮▮▮▮▮▮@fb.com>; ▮▮▮▮▮▮@fb.com>
**Cc:** Guy Rosen <▮▮▮@fb.com>
**Subject:** Re: Forbes: FBI And DHS Blunders Reveal Names Of Child Abuse Victims Via Facebook IDs

HIGHLY CONFIDENTIAL (COMPETITOR)

As a short term mitigation, the accounts could be deactivated which will prevent them from showing up on the site (and should help prevent de-anonymization).

If this refers to swapping the numeric FBID, that doesn't sound possible to me. They would probably need to create a new FB account and start from scratch.

If this refers to the alphanumeric username, then yes that's probably doable.

--

██████

---

**From:** ████████████@fb.com>
**Date:** Wednesday, June 19, 2019 at 10:48 AM
**To:** ██████████████@fb.com>, ████████████████@fb.com>, █████████ <██████@fb.com>
**Cc:** Guy Rosen ██████@fb.com>
**Subject:** RE: Forbes: FBI And DHS Blunders Reveal Names Of Child Abuse Victims Via Facebook IDs

+████████████████

Hey team, please see below. Is there any way we could swap out a person's FBID cleanly? Feel free to loop in other people who might know.

Alternatively, is there a clean way that we could block the access to the vanity ID url for certain users?

Thanks!

Best,

██████

---

**From:** Guy Rosen ██████@fb.com>
**Sent:** Wednesday, June 19, 2019 10:18 AM
**To:** Antigone Davis ████████@fb.com>; ████████████████@fb.com>; ████████████████@fb.com>
**Cc:** ████████████████@fb.com>; Andrea Saul ██████@fb.com>; ████████████████@fb.com>
**Subject:** Re: Forbes: FBI And DHS Blunders Reveal Names Of Child Abuse Victims Via Facebook IDs

> PRIV

---

**From:** Antigone Davis
**Sent:** Wednesday, June 19, 2019 10:15:37 AM
**To:** ████████████
**Cc:** ██████████; Andrea Saul; ██████████; Guy Rosen
**Subject:** Re: Forbes: FBI And DHS Blunders Reveal Names Of Child Abuse Victims Via Facebook IDs

> **PRIV**

On Jun 19, 2019, at 12:02 PM, ████████████████@fb.com> wrote:

> **PRIV**

HIGHLY CONFIDENTIAL (COMPETITOR)

**From:** ███████████ @fb.com>
**Date:** Wednesday, June 19, 2019 at 11:56 AM
**To:** Andrea Saul ███ @fb.com>
**Cc:** Antigone Davis ███████ @fb.com>, Guy Rosen ███ @fb.com>, ███████████ @fb.com>
**Subject:** Re: Forbes: FBI And DHS Blunders Reveal Names Of Child Abuse Victims Via Facebook IDs

## PRIV

On Jun 19, 2019, at 8:55 AM, Andrea Saul <saul@fb.com> wrote:

# PRIV

Begin forwarded message:

> **From:** ███████████ @fb.com>
> **Date:** June 19, 2019 at 8:44:12 AM PDT
> **To:** Strategic Response Comms ███████ @fb.com>
> **Subject: Forbes: FBI And DHS Blunders Reveal Names Of Child Abuse Victims Via Facebook IDs**
>
> **FBI And DHS Blunders Reveal Names Of Child Abuse Victims Via Facebook IDs**
> **Forbes**
>
> The U.S. government is revealing the identities of global victims of child abuse, *Forbes* has discovered.
>
> Investigators at the FBI and the DHS have failed to conceal minor victims' identities in court documents where they disclosed a combination of teenagers' initials and their Facebook identifying numbers—a unique code linked to Facebook accounts. *Forbes* discovered it was possible to quickly find their real names and other personal information by simply entering the ID number after "facebook.com/", which led to the minors' accounts.
>
> In two cases unsealed this month, multiple identities were easily retrievable by simply copying and pasting the Facebook IDs from the court filings into the Web address. (*Forbes* is withholding names and other information from the court documents to protect the victims' identities.)
>
> In one recently unsealed case in Nebraska, an FBI search warrant application not only provided the initials and Facebook ID number, but detailed explicit conversations between a then 14-year-old female minor and a 28-year-old male. In graphic personal private chats, they discussed sexual acts with one another. Facebook had provided the chats in a tip to the National Center for Missing & Exploited Children (NCMEC), which then handed the information to the police. Investigators then requested, and successfully obtained, data from the social media giant for both the male and the minor's accounts.
>
> The same chats were disclosed in an unsealed complaint against the perpetrator, which also provided the initials and Facebook ID of the minor. (She was 14 at the time but is now 16.) That complaint also notes that the victim sent 27 explicit

HIGHLY CONFIDENTIAL (COMPETITOR)

images of herself deemed to be "child pornography" to the groomer. The perpetrator pleaded guilty to his crimes and was sentenced to 36 months in prison in early 2018.

In another search warrant application, a DHS investigator in Wisconsin disclosed three Facebook IDs of girls investigators believed to be targets of grooming in the Philippines. It was alleged that a 63-year-old man used the social media site to find and groom them. The man indicated he planned to visit the Philippines and had "expressed an interest in engaging in sexual activity with minor females." Again the private Facebook chats of those apparent minors were disclosed in the warrant.

The government later found that the suspect, who has not yet been charged, had indeed travelled to the Philippines on multiple occasions, most recently in January. Manila-based investigators then contacted four individuals who said they'd been molested by the alleged perpetrator, with one minor saying they'd talked with him over Facebook though he'd used another identity, according to the warrant application. The government didn't disclose whether or not any of the Facebook IDs it published were of individuals who were physically assaulted.

*Forbes* contacted the DOJ on the two cases but had not received a response to requests for comment at the time of publication. The documents for both investigations remain unsealed.

### 'DOJ failure to protect abused children'

The DOJ is now coming under fire for not protecting children's identities. "Any time information is released, protecting the victim's identity has to be of the utmost importance. In Canadian courts, this type of information would not be released for public consumption nor should it be," said Signy Arnason, associate executive director at the Canadian Centre for Child Protection.

"I am amazed. Allowing anything to go into the public domain that would allow a child victim to be identified is absolutely forbidden. Pretty sure that if anything like that were to happen in the U.K. the persons responsible would find themselves in very hot water," added John Carr, a consultant who previously worked with Microsoft and the U.K. government on child exploitation and internet safety.

Seamus Hughes, a part-time consultant on searching U.S. court filings database Pacer, has found similar cases where real identities of victims have been inadvertently exposed in public documents. "It's a problem that unfortunately occurs with too much regularity. DOJ must take seriously their responsibility to redact the victim's personal information," says Seamus, whose day job is deputy director of the Program on Extremism at George Washington University.

Hughes says he's contacted attorneys' offices across three different districts alerting them to the issue in the last six months. He's had no response.

 | facebook | Communications
@fb.com |

HIGHLY CONFIDENTIAL (COMPETITOR)