# Exhibit 12



# Teen Mental Health Deep Dive

Wendy Gross, Marketing Insights
████████████ Product Marketing

CONFIDENTIAL                    META3047MDL_REPROD_VOL025                    META3047MDL-003-00109173

# Seven key takeaways

1. Teens generally agree on the definition of mental health, what issues fall into the category of mental health, and the language to describe feeling unwell.

2. 82% of teens have felt at least one emotional issue in the past month. One in five has thought about suicide or self-injury.

3. Teens say Instagram has had a positive impact on their mental health, but those who are unsatisfied with their lives are more negatively affected by the app.

4. Harm on Instagram falls into three major categories: social comparison, social pressure, and negative interactions with other people.

5. Teens feel they have to cope alone, but they want help.

6. Product suggestions include personalized Explore and Feed, better time spent tools, and opting out of personally triggering ad categories.

7. Outreach suggestions include a page about feeling good about yourself, content to help teens talk about these issues, and parents education.

CONFIDENTIAL

META3047MDL-003-00109176

# Teens want help controlling the time they spend on the app

- Teens talk about the amount of time they spend on Instagram as one of the "worst" aspects of their relationship to the app.

- They have an addicts' narrative about their use -- it can make them feel good, feel bad. They wish they could spend less time caring about it, but they can't help themselves.

- Teens recognize the amount of time they spend online isn't good for them but at the same time know they lack the willpower to control the time spent themselves

Time spent tools



Q: Now you're going to see some things that Instagram could do to help teens. Please select your top 3 for what Instagram should do.
US n = 1296; UK n = 1308

CONFIDENTIAL

META3047MDL_REPROD_VOL025            META3047MDL-003-00109221