# Exhibit 15



# When User-Engagement ≠ User-Value

TOM CUNNINGHAM · THURSDAY, DECEMBER 10, 2020 · READING TIME: 11 MINUTES

(originally written in 2019, published in Dec 2020).

**Three broad reasons why increasing user-engagement might not increase user-value:**

- **First, when the product *stretches* value out** – i.e., it spreads value thinly, to maximize engagement.

- **Second, when the product is misleading** – i.e., we make promises about value without fulfilling them.

- **Third, when users' choices don't represent their own be** when they have self-control problems

Haugen_00010114

Confidential

CONFIDENTIAL

META3047MDL-207-00010114



## Notes

+ Write No

████████ Hmm I don't know of anything specifically, haven't been in ecosystem for a while now. I also think focus has moved away from timespent, but there might be something around sessions. ████████ would probably be aware if anything like this was happening 😊

Like · Reply · 17w

████████ Hmm we have not goaled on time spent for a while now (for many of the reasons Tom describes in his post). We do goal on sessions, howevern and are in the midst of exploring the possibility for guardrails for sessions, so stay tuned for a post on that i... See More

Like · Reply · 17w · Edited     👍 1

Write a reply...     ☺

**Moira Burke** ████████, and █████ followed up on some of the research you cited about self-control to identify heuristics indicating problematic use (cases where people feel like they can't control their time on FB), including no-engagement late-night sessions, lots of 15-second sessions, etc. These may be helpful for informing metric guardrails. https://fb.workplace.com/notes/carlos-diuk/a-behavioral-heuristic-of-problematic-use/629327054508774/

Like · Reply · 17w     👍❤ 3

████████ █████████ - some important thinking re: I-R efforts

Like · Reply · 17w · Edited     👍 1

████████ cc ████████ ████████ - this note is arguing for fewer sessions being better for overall experience

Like · Reply · 17w     👍 3

↳ 👤 ████████████ replied · 2 Replies

████████ A lot of (3) sounds like addiction. Addiction (as I was taught!) is characterized by a dissociation between "liking" and "wanting." The addict self-reports that they do drugs because they like it, but generally it can be revealed that addicts don't like the drug as much as they used to, before they were addicted. However they want it more, and compulsively seek it, despite suffering harm. Mapping to Tom's thinking here, wanting can be proxied by engagement, but liking is more like the value we're after. These dissociate all the time, and it can happen to anyone.

Addiction is challenging to define, and usually refers to behavior that persists despite adverse consequences. It seems clear from what's presented here that some of our users are addicted to our products. And I worry that driving sessions incentivizes us to make our product more addictive, without providing much more value. How to keep someone returning over and over to the same behavior each day? Intermittent rewards are most effective (think slot machines), reinforcing behaviors that become especially hard to extinguish -- even when they provide little reward, or cease providing reward at all.

Like · Reply · 17w     👍 1

████████ How do you define user value? Is it enough to say that "People spend a huge share of their time on Facebook apps"; therefore, they must be receiving some value? What's a more precise definition?

Like · Reply · 17w

Write a comment...

Chats     6 ∧

MacBook Pro

Haugen_00010127

Confidential

CONFIDENTIAL                                        META3047MDL-207-00010127