# Exhibit 20

| Message |
| --- |

| **From:** | Jennifer Guadagno (Google Docs) [comments-noreply@docs.google.com] |
| **Sent:** | 5/19/2020 4:50:20 PM |
| **To:** | Margaret Stewart [████████@fb.com] |
| **Subject:** | A/C Priv Evolving the Responsibility dimensions |

## Jennifer Guadagno added comments to the following document



A/C Priv Evolving the Responsibility dimensions

New

2 comments

## Comments

Does the product allow for easily available controls to change the user experience if a person is experiencing a negative impact or harm? Does the product provide the transparency needed for people to make decisions with intentionality and clarity?

 ████████

Shouldn't these be part of autonomy? This can feel like a really nebulous dimensions so I think we're best served by keeping the questions as concrete as possible.

 ████████

These were developed by the Well being team and are items they consider in their work so I rather not change them.

 Jennifer Guadagno

As noted in response above the first three bullet points are addressing issues of "problematic use" and autonomy/control. If there's a way you want to be more explicit about it let us know and we can work with you all on re-working

 ████████

Thanks +████████@fb.com -- I added some more wording to directly link it to "problematic use," but I think most product teams don't understand that this is a euphemism for screen addiction or similar issues. Is there wording you could add that could be more specific? This is meant to be a tool to help product teams anticipate the risks of their products, and I fear that teams will just gloss over this section if the questions are too vague.

 Margaret Stewart

We should avoid the term "addiction". Problematic use is the term the company uses so we should probably work on educating them on that versus sing the other terms which have legal risk ad also are not accurate (ie "addiction" is a specific medical term that is misapplied in the gen pop context).

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-050-00128242

Agreed ~ ███@fb.com would welcome your suggestions on how to be more specific in the wording here without using loaded/inaccurate terms like "addiction." (I think most people interpret "problematic use" as a generic term for any harmful or unintended use.)

Jennifer Guadagno

**New**

Agreed to avoid using "addiction" and that problematic use is the term we've been using internally and started to externally. Your additions look good. If you want to add more specifics around problematic use here is our definition of it that you could include something around:

We define problematic use as experiencing both of the following issues "very often" or "all of the time":
- Lack of control or feelings of guilt over FB use
- Negative impact in at least one of the following areas: productivity, sleep, parenting, or relationships

Jennifer Guadagno

**New**

When we originally drafted these principles we had them bucketed into two areas - the first three bullets being about problematic use/autonomy & control. If it's helpful to explain the concept of Problematic use we could bucket them again with Problematic use/Autonomy & Control as the header with a description, with the three bullets to follow. If that's of interest let me know and can work on revising

ReplyOpen

## Guiding Questions

Did you consider having a bullet explicitly about "screen addiction"/"time well spent"? I imagine it's a touchy subject internally and hard to disentangle from growth metrics, but it's such a core critique of our platform.

~ ███@fb.com any thoughts on this? OK to add?

**PRIV**

~ ███@fb.com ~any thoughts on ███ comments about screen time and addiction?

Margaret Stewart

The term we use officially is problematic use, but it is a very touchy subject.

Jennifer Guadagno

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-050-00128243