# Exhibit 25

Case 4:23-cv-05448-YGR    Document 317-10    Filed 05/02/26    Page 2 of 3

5/18/23, 2:14 PM    Facebook's Measurement Strategy for Problematic Use [Well-Being]: Survey & First Results [October 2019] | Workplace

**Facebook's Measurement Strategy for Pro...**



· Last edited November 14, 2019 · 11 minute read



# Facebook's Measurement Strategy for Problematic Use [Well-Being]: Survey & First Results [October 2019]

PoC: ▓▓▓▓▓, ▓▓▓, ▓▓▓

  **Definition**:  We define problematic use as experiencing **both** of the following issues "very often" or "all the time":

1. Lack of control or feelings of guilt over Facebook use.

2. Negative impact in at least one of the following areas: sleep, parenting, social relationships, or productivity.

By: ▓▓▓▓ & ▓▓▓▓ **[Internal definition]**

**Executive Summary:** We have made significant headway in our measurement strategy:

- We have a survey to detect problematic use that is deeply rooted in external academic as well as internal quantitative and qualitative user experience research.

https://fb.workplace.com/notes/765566194001682/

HIGHLY CONFIDENTIAL (COMPETITOR)                                    META3047MDL-004-00003641

- Under the extended measurement framework, problematic use appears to affect 12.5% of people. Another 11% of people report negative life impact 'very often' but only 'sometimes' lacking control.

- Problematic use is highest in PH (~25%), IN (~23%), and MX (~14%) → this suggests we may need a global approach to the problem. The US falls in middle of the pack (~10%) Note that we see quite a bit of between-country variability. We may need to prioritize certain countries and might even have to consider whether different solutions are needed to address problematic use in different countries.



Countries by prevalence of problematic use

- Different domains of problematic use are correlated (~0.4- 0.5 range of correlation) but sufficiently distinct.

- Most negatively impactful concerns:

  - (1) **sleep issues due to losing track of time** (15%)

  - (2) **difficulty managing time on FB** (14%)

  - (3) **parents concerns that their FB use could neg. affect their kids** (8% - lower prevalence because it only affects parents, but a possible opportunity area for us [Around 20 % of parents affected])

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-004-00003646