# Exhibit 27

Message

**From:** ████████ [████████@fbworkmail.com]
**Sent:** 2/12/2020 2:47:59 PM
**To:** Instagram Community Team [████████████@mail.workplace.com]
**BCC:** Shruti Bhutada ████@fb.mail.onmicrosoft.com]
**Subject:** [Instagram Community Team] Community RYSK (10)

████████ tagged you and 17 others in a post in Instagram Community Team.

████████ posted in Instagram Community Team
February 12 at 6:47 AM

## Community RYSK (10)

The following 10 insights are important for our shared awareness and we believe are Research You Should Know (RYSK).

1. **Mental Health Deep Dive: Hard Life Moments** - Social comparison stands out as a high reach, moderate intensity issue where teens w support and perceive IG as having more of a role than in many other of the 23 challenging life moments surveyed that include mental healt events, and interpersonal areas. *(Shruti Bhutada & Shilpa Mody, Well-Being)*

2. **Social Comparison** - Teenage girls are 8x more likely to engage with negative social comparison (NSC) than adult men on IG. 1 in 3 te girls report IG makes their body image issues worse. NSC can cause or is correlated with other issues around: body image, self-esteem, loneliness, and depression. *(Shruti Bhutada, Well-Being)*

3. **Churn & Negative Experiences** - Negative experiences are 1 of 6 key reasons why people stop using Instagram, other reasons include competitive apps, problematic use, uninteresting content or not perceiving having anything to share. Social comparison, inappropriate cont and unwanted contact are top negative experiences reported among churned users. (████████████ & ████████, *Growth*)

4. **Churn & Competition** - TikTok and Snapchat are most likely alternatives for entertainment while Twitter is most likely alternative for stay up to date with public figures. This is based on surveying users who churned from IG and analyzing the main intent they reported when last using Instagram as well as the social media app they currently use for that intent. (████████████ & ████████, *Growth*)

We believe the following **10 highlights** are Research You Should Know (RYSK)

1. **Mental Health Deep Dive: Hard Life Moments**

Shruti Bhutada and Shilpa Mody surveyed 22,410 users across United States, Japan, Brazil, Indonesia, Turkey and India (stratified across markets) between the ages of 13 to 65+ in order to understand how people perceived Instagram's role (for better or worse) among 23 challenging life moments that included mental health, life events, and interpersonal areas.

1. **Prioritization:** Social comparison stands out as a high reach, moderate intensity issue, where users want support.

2. **Impact of IG**: Across issues, a majority of users felt that Instagram either had no impact or made things better. Over 30% of users acr age cohorts felt that Instagram made problematic use worse. ~ 30% of teen girls also felt that Instagram made dissatisfaction with thei body worse.

3. **Expectation of support**: Teens generally felt that it was important for Instagram to support people when they were having a hard time irrespective of the issue. Adults had stronger opinions re problematic use, social comparison, SSI and sadness/depression.

4. **Usage during distress**: Most users used Instagram to distract themselves when they were having a hard time. Most also wished Instagram had given them better control of what they saw and helped connect them with people who had had a similar experience

HIGHLY CONFIDENTIAL (COMPETITOR)