# Exhibit 29

Product Foundation

# Problematic Use of Facebook: User Journey, Personas & Opportunity Mapping

███████ UXR, Well-being | March 2020

In partnership with Insitum and Convo

Personas created in collaboration with Sean Ryan



Artwork by Noma Bar

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029779
META3047MDL-087-00030017

# TL;DR

In Q4 2019 we conducted 24 in-person 1:1 interviews with 'problematic' Facebook users in the US, Brazil and India to determine which opportunities the team should pursue around excessive/problematic use of Facebook in 2020.

We tested 13 concepts crafted to address various problematic use (PU) sub-areas: sleep, productivity, relationships, parenting, loss of control, guilt.

## Our Findings

**01 Over 10 triggers contribute to the potential for problematic use (PU) but only 3 user attitudes associated with PU:** Lack of guilt, low self-control, and high pressure for giving timely replies.

**02 We removed 2 PU impact areas and added 2 more. This research uncovered 2 new PU impact areas, Safety Risks and Regretful Spending,** to add to Productivity, Sleep, Relationships, and Parenting. Fear of Missing Out (FOMO) and Loss of Control Over Time Spent (LCOTS) are not impacts. FOMO is one of the 10 triggers. LCOTS *is* PU, not a trigger nor an impact.

**03 Most selected Productivity as their top PU priority area for FB to pursue. A loss of productivity (delayed work/chores, being late to appointments) affects sleep and relationships.** Sleep and Parenting were the next most voted areas.

**04 6 of 13 concepts were highly rated for reducing PU across multiple impact areas. Two concepts (Time-to-Complete, You're All Caught Up) posed a risk of exacerbating PU for those with FOMO.** Highly rated concepts provided situational awareness, sense of control, customization, transparency and a sense of completion.

## Our Recommendations

Focus product opportunities around mitigating these user attitudes: increasing self-control and awareness and reducing pressure to respond. Use 3 identified PU personas for follow-up sprint or brainstorm.

Ideate on solutions for Safety and Regretful Spending impacts. Eliminate Loss of Control Over Time Spent and FOMO as sub-topics to focus on for development.

Focus on Productivity as the main PU sub-area for future development because fixing it will benefit most other impact areas. Also consider a follow-up study with the updated list of impact areas and re-assess priority.

Recommend pursuing the top 6 concepts and brainstorming around the 6 identified opportunity areas: Increase PU awareness, increase focused sessions, communicating Availability, encouraging restfulness, supporting healthy commitments, and removing time sensitivity.

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029780
META3047MDL-087-00030018

# Overview

01 **Context**

02 **Goals & Methods**

03 **Understanding the Current PU Experience**

04 **PU Personas**

05 **PU Concept Feedback**

06 **PU Opportunity Areas**

Source: "WB 2020 H1 Plan",



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029781
META3047MDL-087-00030019



**01**

# Context

- Facebook Well-being strategy
- Definition of Problematic Use
- Problematic Use prevalence
- Why should we care?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029782
META3047MDL-087-00030020

### Definition
# Problematic Use

We define Problematic Use (PU) as experiencing **both** of the following issues "very often" or "all the time":

- **Lack of control** or **feelings of guilt** over Facebook use.
- **Negative impact** in at least one of the following areas: productivity, sleep, parenting, or relationships.

This is sometimes referred to as "social media addiction" externally.

Source: "WB 2020 H1 Plan", ███████████



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029783
META3047MDL-087-00030021

## Strategy
# Facebook Well-being

- **The best external research indicates that Facebook's impact on people's well-being\* is negative.** FB can have a negative effect when people feel a lack of control over the experience or when use undermines other aspects of life.

- We've identified **3 drivers** that might be contributing to negative well-being\*\*: Problematic Use, Loneliness, and Social Comparison

- In H2 2019, we conducted foundational research to unpack **Problematic Use** (PU). This report presents our findings on PU, specifically.

" I spend too much time on social networks and Facebook. I could study more, I could read a book, I could exercise. Because I spend too much time on Facebook, I waste my time and I don't do useful things...

~ P3, 22 (f) Brazil

\*\* Well-Being Wiki: https://our.internmc.facebook.com/intern/wiki/Well-Being_Wiki/
Source: "WB 2020 H1 Plan", ███████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029784
META3047MDL-087-00030022



# Problematic use affects about 12.5% of people on Facebook.

The rate is especially high in some countries like the Philippines (25%) and India (23%). The US falls in the middle of countries surveyed (~10%).



Source: "Facebook's Measurement Strategy for Problematic Use [Well-Being]: Survey & First Results", Anneke Buffone

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029785
META3047MDL-087-00030023

# Why should we care?
# Problematic Use

- **People perceive the impact.** In a comparative survey with competitors, people perceived lower well-being and higher problematic use on Facebook compared to any other service. (Twitter, YouTube, IG, WA, Snapchat, Reddit, World of Warcraft) [1]

- **There is increasing industry activity in this space.** Apple and Google continue to invest in this space, generating a steady series of announcements. Pinterest and Instagram also have well-being offerings. *See our Competitive Audit* [2].

- **Tightening of standards and regulations.** The World Health Organization (WHO) is revising its internet disease standards/definitions, potentially considering inclusion of problematic/excessive use. In Aug 2019, US lawmakers announced the first potential legislation banning addictive features on social media apps: *The Social Media Addiction Reduction Technology (SMART) Act* [1].

- **Concerns over deactivation/deletion.** A PU survey found that problematic users were **4x more likely** to consider D&D compared to those without PU (20% vs. 5%). [3]

**Sources:** (1) "WB 2020 H1 Plan"; ▮▮▮ (2) Competitive Audit, ▮▮▮ (3) "Facebook's Measurement Strategy for Problematic Use [Well-Being]: Survey & First Results" ▮▮▮

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029786
META3047MDL-087-00030024

**02**

# Goals & Methods



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029787
META3047MDL-087-00030025

Goals

# PU Strategic Research

Identify new opportunities to minimize problematic use.







## 1. UNDERSTAND THE CURRENT PU EXPERIENCE

Understand people's current issues related to problematic use with FB and any steps they have taken to assert control

## 2. PU PERSONA DEVELOPMENT

Understand who is experiencing problematic use and how it is manifesting in their lives.

## 3. PU OPPORTUNITY MAPPING

Gather feedback on PU-related concepts. Identify opportunities to mitigate the negative effects of Facebook on problematic use.

 Facebook App Research      **10**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029788
META3047MDL-087-00030026

Methods

# PU Strategic Research

PU strategic research was conducted in parallel with tactical work from June to November 2019.





| Ideation | Concept Refinement | Concept Testing |
|---|---|---|
| June | July - Sept | Oct - Nov |

- Held a **1-day design workshop to ideate around 4 subcategories of Problematic Use**: Sleep disruption, fear of missing out (FOMO), relationship impacts, and loss of productivity.
- Conducted a **"Competitive Scavenger Hunt"** to spur more ideation
- **Generated 100+ ideas!**

- **Grouped the ideas into 16 themes**
- **Rated each "theme"** across 3 key dimensions: FB feasibility, FB responsibility, and Impact on PU.
- **Identified top concepts** for each theme.

- Created **13 paper mocks** of the top concepts for global qualitative testing.
- Ran the first study in **NYC** (US) Oct 17-18[th]
- **Iterated** on the discussion guide and concepts; resubmitted translations.
- Conducted research in Sao Paulo (BR) Nov 4-6[th] and **Mumba**i (IN) Nov 12-14[th].



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029789
META3047MDL-087-00030027

Methods

# PU Concept Testing

- Conducted twenty-four **60-minute 1:1 interviews with problematic FB users** in New York City (US), São Paulo (Brazil), and Mumbai, (India)

- **Gathered feedback on 12-13\* problematic use concepts:** 5 concepts that centered around Quiet Mode + 8 others

     

Q. Quiet Mode | Q1. Post Quiet Mode Digest | Q2. Facebook-free Events | Q3. Family Quiet Mode | Q4. Accountability buddies | R. Encouraging Breaks (Time Alert) | S. Choose Your Circle

     

T. You're all caught up | U. Grouped Notifications | V. Public Status Indicator (OOO) | W. Wind-down mode | X. Dark mode | Y. Time to complete

\* One concept, Accountability Buddies, was split into 2 (Accountability Buddies, Family Quiet Mode) after NYC.

 Facebook App Research    12

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029790
META3047MDL-087-00030028

Methods

# PU Concept Testing (1 of 2)

During the interview, participants:

1.  **Rated each concept on a scale of 1–5 helpfulness scale** (1 = not at all helpful and 5 = very helpful)

2.  **Determined a limit line** for ideas they considered helpful/not.



Steps 1 & 2

\* One concept, Accountability Buddies, was split into 2 after NYC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029791
META3047MDL-087-00030029

Methods

# PU Concept Testing (2 of 2)

3. **Ranked their top 5 ideas** (less > more helpful for PU)

4. **Selected which ideas** (above the limit line) **might help each PU area** (e.g. sleep)

5. **Ranked top 3 PU areas** they'd like Facebook to focus on.

\* One concept, Accountability Buddies, was split into 2 after NYC.



Step 3: Rank top 5 ideas

Step 4: Select ideas that fit each PU area

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029792
META3047MDL-087-00030030

## Participants
# PU Concept Testing

- **Daily Facebook users**
- **50% parents** of children under 18
- **Ages 19–54**
- Self-reported having at least **2 of 7 identified PU issues**
  - Lack of control over time spent
  - Sleep disruption
  - Fear of missing out (FOMO)
  - Interference with close relationships
  - Lack of productivity
  - Feeling guilty or ashamed over time spent
  - Parents' negative impact on their children
- **Open to interventions**

New York, US

Mumbai, India

São Paulo, Brazil

Facebook App Research   15

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029793
META3047MDL-087-00030031

## Methods

# PU Street Intercepts

- Conducted 25 15-minute interviews with **general Facebook users** in Sao Paulo (12) and Mumbai (13). [No intercepts in NYC]

- Discussed participants' **experience with PU factors** (control over time spent, FOMO) and sub-areas (parenting, sleep, relationships, productivity, safety).

- Asked about any **actions** they've taken, **ideas** about possible solutions from Facebook and who they think is **responsible** for PU resolution.

**Goal**: Contextualize the 1:1 interview feedback. Get a sense of how our screened PU participants compared to a broader population.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029794
META3047MDL-087-00030032

Participants
# PU Concept Testing 1:1s



## Gender


## Age


## Interest in Solutions


## Phone


## Household


## Facebook Use


Facebook App Research   17

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029795
META3047MDL-087-00030033

Participants

# PU Intercepts

- Total of 25 intercepts (12 in Brazil, 13 in India)

- Mix of gender (12 male, 11 female)

- 9 were parents

- 18 – 58 years old

- **There was a noticeable contrast between those screened for PU in the 1:1s and the gen pop participants we talked to during street intercepts:** The 1:1 participants evidenced moderate to extreme PU while most intercept participants were mild or could only cite examples from friends or relatives.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029796
META3047MDL-087-00030034



03

# Understanding the Current PU Experience

- What are people's **current issues** related to problematic use with FB?
- Who do they consider **responsible** for remedying PU behavior?
- What **steps have people taken**, if any, to assert control over PU?

19

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029797
META3047MDL-087-00030035

# All participants could relate to problematic use.

- India 1:1 participants were less aware of PU than the US and Brazil, but all were experiencing life impacts.
- Intercept participants who did not have PU knew people who did.

**Opportunity**: Potential for a broader PR win even if specific solutions are for those with PU.



***The time I spend is not healthy, it's like an addiction.*** *Opening the app every half hour, it's not healthy."*

**P4, 24 (f) Brazil**



*"When you have a beer on the weekend, you drink it. You have to. It's the same thing with Facebook."*

**P7, 32 (m) Brazil**



*"I love Facebook. It's done great things, but there is a dark side to it and **you can get into this rabbit hole and might not get out.** I think younger generation is in that hole."*

**P2, 45-54 (m) US**

 Facebook App Research    **20**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029798
META3047MDL-087-00030036

# If they had PU, they seemed to have it on many social media apps.

Most of those who fit the definition of problematic use were on multiple social media apps: Instagram, Twitter, Snapchat, WhatsApp, and more.

**Opportunity**: Create holistic solutions across multiple apps to tackle PU.



"I open Facebook, Instagram, Pinterest, WhatsApp, Snapchat, and Twitter every day, several times a day."

**P1, 29 (f) Brazil** (recruiting screener)



In my free time I'm on my mobile, WhatsApp, Facebook. Instagram and Snapchat not as much. Mostly WhatsApp and Facebook. I've been using them the longest... **I spend 3-4 hours a day for both WhatsApp and Facebook.** In the night I spend more time on it.

**P3 40 (f) India**

 Facebook App Research    21

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029799
META3047MDL-087-00030037

# Those who had loss of control but did not feel guilt saw a difference between time "spent" time "wasted".

- FB was useful for fulfilling social obligations and staying informed: Maintaining relationships, showing care for others and passing time (called "time pass" in India).

- For them, "wasted time" referred to consuming low quality content or activities like reading long posts, memes, videos, etc.

- They did wish they could curb the "wasted" portion and instead spend time with others, sleeping, exercising, being productive, etc.

**Opportunity:** Help low guilt problematic users notice and reduce their "wasted" time.



*I've got some good things on FB so that's the reason why I've devoted so much time on it... This is something that I'm confessing to myself I want to devote time to my loved ones;* **FB is helping me to take care of my social obligations.**"

**P6, 35 (m), India**



"*[I spend my time]* **60% useful and 40% useless** *[things] because you can't control what is there [newsfeed] and so you see everything.*"

**P3, 22 (f) Brazil**



"*I will feel I've spent 3 hours - so many hours!* **So, it's a positive...** **The more time I spend I feel great!** *So many posts and videos I've seen is great. My work is getting done, my posts are done, I've done everything.*"

**P5, 22 (f) India**

 Facebook App Research    **22**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029800
META3047MDL-087-00030038

# Most saw it as the <u>user's</u> responsibility to control their FB use.

- Many compared FB to other inventions that have driven "addictive" behavior in their day (e.g. television).
- Some actively seeking solutions did think FB should be doing more.
- However, most welcomed Facebook creating tools to help.

**Opportunity**: Delight people by exceeding expectations.



*"It's not Facebook's problem, it's my mindset."*

**P1, 35-44 (m) US**



*It's ours only...how will they take responsibility? It's like if the phone is used in day and night, it's not THEIR responsibility. It's on us. no one else can do anything to it."*

**P4, 30 (m) India**



*"It's great for FB to be helping with controlling use."*

**P4, 24 (f), Brazil**

 Facebook App Research    23

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029801
META3047MDL-087-00030039

Current PU Experience

# Problematic Use Journey Map

    

## Triggers

- Notifications
- Entertaining content
- Videos (e.g. auto-play)
- Groups
- Fear of missing out (FOMO)
- Mystery of the algorithm
- Marketplace/Ads
- Recent post/comment
- Time-bound content
- Boredom/free time

## Attitudes

- Self-control: Do I have to look now? Can I wait?
- Awareness/guilt: How is my FB use affecting myself and others? Do I feel guilty?
- Pressure for timely replies: Do I feel a cultural, personal, or business need to respond?



## Problematic Use

Loss of control over time spent on Facebook

## Life Impacts

- Loss of productivity
- Sleep disruption
- Relationship impacts
- Parents feel they are neglecting their kids
- Safety risks
- Regretful spending

## Remediation Tactics

- Increase awareness (time trackers)
- Set controls (iOS ScreenTime, turn off notifications)
- Add friction (logout, physical distance)
- Reduce posting/ commenting frequency
- Leave FB (deactivate, delete the app)

 Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029802
META3047MDL-087-00030040



Current PU Experience

# We heard about 10+ triggers contributing to PU habits.

- **Notifications** – Getting too many minor/irrelevant notifications. Try to only look at important ones but get sucked into longer sessions.

- **Entertaining content** - Many said they'd open FB with a clear intent (like checking the news, a specific group, or work-related posts), then get distracted by something entertaining

- **Videos** – Easy to get immersed (especially before bedtime). Auto-play exacerbates the issue.

- **Groups** – Get exponentially more notifications, engaged in chat threads

- **Fear of missing out** (FOMO) – Worry about missing important world news or updates in their social circles.

- **Mystery of the algorithm** – Uncertainty over if they will see posts from those they want; if they can find a post again later.

- **Marketplace / Ads** – Vigilance of buyers/sellers, sales, lower resistance to purchasing at night

- **Recently post/comment** – Higher curiosity to see responses

- **Ephemeral content** (e.g. Stories, birthdays) - Catch it before it's gone

- **Boredom/free time** – Desire to fill downtime or "time pass"



*Red dots are toxic on the home screen.*

P4, 25-34 (m) US



*People liking things can be addictive. I feel compelled to see who liked it. I think it's a bad habit because [I'm] always checking.*

P2, 45-54 (m) US



*The algorithm doesn't always know what I want to see. I have to do the work to find what I want to see.*

P7, 35-44 (f) US



*What bothers me the most is getting so entertained; I lose track of time. Especially with the videos. Wow, I spend a lot of time on the videos because they start automatically and when I realize it, I'm already watching.*

P1, 29 (f) Brazil


Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029803
META3047MDL-087-00030041



Current PU Experience

# 3 attitudes (low self-control, lack of guilt and high pressure to reply) were gateways to PU.



*I'm very anxious and curious.* **If I get a notification, I already want to open it on the same second.** *And if I'm without internet, but still appears a notification (because I passed by some Wi-Fi), then I'm even more anxious to find a place with internet. It bothers me".*

**P6, 34 (m) Brazil**

- **Self-control**: Problematic Users found it incredibly difficult avoiding notifications compared to those without PU (i.e. most intercept participants)



**I check right away** *when I get a notification, like a compulsion.*

**P2, 49 (f) Brazil**

- **Awareness / guilt**: How aware they were about their use of Facebook and how it's affecting themselves or others. Many mentioned parents, partners and friends complaining about their use, but it didn't always sink in. Feelings of guilt were an indicator of higher awareness.



*"I don't feel so **guilty**."*

**P3, 40 (f) India**

- **Pressure for timely replies**: Some people felt a strong need to respond to messages due to cultural norms, personal beliefs, or business needs.



*If I don't give a reply **they keep on messaging** and messaging.*

**P4, 30 (m) India**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029804
META3047MDL-087-00030042



Current PU Experience

# PU was essentially defined as a loss of control over time spent on Facebook.

- **The majority intended to have a quick look**, but would get hooked by something on FB, losing all track of time.

- People who used FB for a **mix of personal and professional** (e.g. "Side Hustle Sam" persona) struggled at keeping focus on the work-related posts and not getting distracted by personal FB content.



*I'm on Facebook everyday, every moment. Literally, every moment; just not when I'm in the shower. It's a habit, I just have been doing this for a few years... I lose the notion of time."*

P3, 22 (f) Brazil


Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029805
META3047MDL-087-00030043

Current PU Experience



# All problematic users were experiencing <u>multiple</u> life impacts.

- **Loss of productivity** - (1) <u>Giving up</u>. The person won't do the task/ activity outside FB. (2) <u>Postponing the beginning</u>. The person will take more time to start the task/ activity off FB. (3) <u>Extending the duration</u>. The person will take more time to complete the task because will stop to check FB.

- **Sleep disruption** – (1) <u>Delaying/reducing sleep</u> hours due to loss of time control; (2) <u>Waking up and checking FB</u> prolonging a return to sleep; and (3) Sleep loss due to <u>disturbing content</u>, like politics or violence.

- **Relationship impacts** - People together but separately on their phones. And a false sense of closeness created by seeing updates on FB, but fewer offline visits.

- **Parents neglecting their kids** – Parents focused more on FB than caring for or bonding with their children. Or refrained from reprimanding kids for risk of later "retaliation" on their own use.

- **Safety risks** – Loss of situational awareness around environmental dangers (moving vehicles, pickpockets).

- **Regretful purchases** – Spending money on things they didn't need.



*I was late to my cousin's wedding because I was watching a video. He's my godfather so it was a shame. Why were you late? I was on Facebook; I forgot the time.*

**P3, 22 (f) Brazil**



*Sometimes **I don't pay the attention I should to my son**. I love to play with him, and the phone sometimes distracts me".*

**P7, 32 (m) Brazil**



*One day **I was stepping out of the train**. I should've been in the middle, but I was on the edge only. I was on my phone. A person kind of pushed me inside. I got saved! After that, I just sit and do it.*

**P4, 30 (m) India**



*Sometimes **I lose sleep**. If I have to wake up at 6am and I'm on FB at night, **I look at the phone and it's 2am**. Sometimes I'm so involved that I go on and it's hard to wake up the next morning.*

**P5, 20 (f) Brazil**


Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029806
META3047MDL-087-00030044



Current PU Experience

# Only a few had attempted remediation tactics, and <u>none had found a full solution</u>. Most flailed with fruitless tactics or resorted to extreme measures.

- **Increasing awareness** – More tech savvy users sought out phone level or 3rd party apps to help them be more objective about the time they are spending. Setting alerts and seeing reports of daily or weekly usage. Many were frustrated that this data relied on them to "pull" it and happened after the fact.

- **Setting controls** – Adopting phone level or 3rd party features to control their use. Many mentioned iOS ScreenTime, setting alarms, or turning off notifications.

- **Adding friction** – Creating barriers to use, such as turning off the Internet, logging out of their account or putting their phone in another room, or piling phones together.

- **Reduce posting/ commenting frequency** – A few mentioned they'd stopped posting as much to reduce the draw to look at responses.

- **Leave FB** – Many mentioned they'd taken the extreme measure of deleting the app or deactivating at least once to curb use.



*I turn off notifications. I don't want them to be poppin' up on me. If I commented on your picture, then I get a notification from people commenting who aren't even my friends.*

P3, 45-54 (m) US



*Apple tells you how much time you're on so I'm trying to track that to minimize it.*

P2, 45-54 (m) US



*I tried to set up a certain time to spend on FB, but it was impossible.*

P3, 22 (f) Brazil



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029807
META3047MDL-087-00030045

04

# PU Personas



- Who is experiencing problematic use?
- Are there different types problematic users we should design for?
- If so, what are the key challenges for each group?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029808
META3047MDL-087-00030046

# Problematic User Persona Framework

## The PU 2x2

We examined all 24 concept testing 1:1 participants across 12 continuums, such as passive consumption <> active consumption.

- A clear pattern emerged across 2 key variables: **Awareness of PU Impacts x Self-control.**
- Each of the quadrants included 5 – 10 participants.
- The lower right quadrant only had 1 participant, not enough to construct a full persona.

*See links to full personas in the description.*



 31

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029809
META3047MDL-087-00030047

# Problematic User Persona Framework

## The PU 2x2

**Why are people with "Lower Awareness of PU Impacts" included in this framework?**

These participants admitted to losing control over time on Facebook (often 2-4 hrs/day) and were experiencing 2+ negative life impacts (sleep, productivity...) BUT were less aware of the impacts on their lives and those of others.

Many in this quadrant felt little/no guilt over their use and only tried weak corrective behaviors, like physical distance.



  32

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029810
META3047MDL-087-00030048



PU Personas
# Side Hustler Sam

## BIO

Sam is 43 and lives in NYC with his wife and 2 sons (10 and 13). He is construction manager by day but devotes all his spare time to his true passion: music. Sam's created a side business promoting events for local jazz clubs on FB and IG. He is active on the platform, posting and commenting about his and other events.

## How does problematic use manifest?

- **Rabbit-holing:** Opens FB to quickly check his business but gets sidetracked with a friend's birthday or a funny meme. He lost a construction bid once because he was engrossed in FB. His family nags him about being on FB.

- **Feels guilty**: Sam feels trapped; he wants to continue the business but feels awful when he loses track of time and it impacts his work, sleep, and relationships.

- **Desperately seeking solutions**: He's using time tracking apps and turned off all FB notifications at the device level. He opens FB every couple of hours but now stresses about not being as prompt as he'd like responding to customers.



Facebook App Research    **33**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029811
META3047MDL-087-00030049

PU Personas

# Side Hustler Sam

**Why are business-related users included in this framework? Wouldn't we consider that positive engagement?**

Most academic literature does not include business-related use as "excessive use" because it would be modeling/capturing high engagement which is not problematic.

We kept them in this model because, for these individuals, recent business posts were triggers and they felt pressure to respond quickly. We are not referring their work-related use as problematic; <u>we are referring to their loss of control over **personal** use as problematic.</u>



 Facebook App Research    34

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029812
META3047MDL-087-00030050

PU Personas

# Groupie Gustavo

## BIO

Gustavo is 31 and lives in Sao Paulo with his wife, son (2), and daughter (6). He owns a small chain of electronic stores and is quite active in the local business community. He loves debating politics, which often takes shape in FB Groups. His large extended family also uses FB groups to stay connected. As a hobby, he repairs small electronics and sells them on Marketplace.

## How does problematic use manifest?

- **Not present at work**: The constant stream of notifications from his political Groups distract him. He'll be talking to a customer and his eyes wander to his phone, dividing his attention.

- **Feels guilty:** He likes FB for keeping up with his social circle but feels guilty when it takes him away from his parental duties.

- **Losing sleep by spending too much time late night on FB.** He uses FB at night to catch up, but he will often get lost in group threads or a stream of auto played videos—before he knows it, it's 3am and he needs to open the store at 7am.



 Facebook App Research    **35**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029813
META3047MDL-087-00030051



PU Personas

# Unaware Uditi

## BIO

Uditi is a 27-year-old fashion student a local university in Mumbai. She lives with her parents and older brother. Her parents are low tech, not on social media. Uditi can't imagine life before Facebook, as it's her main way to keep up with friends, stay informed on world events and be entertained. She enjoys following fashion blogs and influencers on Facebook, IG, and Twitter.

## How does problematic use manifest?



- **Impulsive**: She must look at notifications as soon as she gets them. Once she was looking at FB on the train platform and came close to getting hit! She was lucky someone shoved her out of the way in time.
- **FOMO**: She scrolls endlessly through her feed, Watch, Stories, and Groups. She worries about missing important posts, which gets tricky now with over 800 friends.
- **Impacting her productivity:** During exams she tried to focus but was distracted by constant notifications. She had to pull an all-nighter to finish, was exhausted the next day and didn't perform well.
- **Angering others:** People are complaining but she dismisses them.

 Facebook App Research    **36**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029814
META3047MDL-087-00030052



## Side Hustler Sam



## Groupie Gustavo



## Unaware Uditi

PU Personas

# How could Facebook help?

- **Help him separate professional and personal use**. Offer a more direct path to work-related content vs personal distractions on NF (e.g. Customized notifications from his events, Grouped Notifications, Choose Your Circle).

- **Help him feel responsive yet focused** on work or family (e.g. Status Indicators)

- **Increase his awareness** when he's rabbit holing on personal content (e.g. Time spent alerts/reminders, usage graphs, pause points)

- **Inform him when he's spending excessive time** on FB, especially Groups or Marketplace (e.g. Pause Points, Time-based alerts, detailed usage graphs, large clock)

- **Reduce his temptation** to immediately check notifications when he should be focused (e.g. Scheduled Quiet Mode, Customized notifications)

- **Explore ways to reduce or better organize his notifications** from Groups & Marketplace (e.g. Customized notifications, Grouped Notifications)

- **Increase her awareness** of the time she spends and how it's impacting her life (e.g. Time-based alerts, usage graphs, pause points, session counter)

- **Add friction to frequent sessions** (e.g. Quiet Mode, Scheduled Quiet Mode, Accountability Buddies)

- **Discourage late night use** (e.g. Scheduled Quiet Mode, Content Controls, Blue > Yellow Light Switch, large clock)

- **Increase her sense of control over her NF** (e.g. Choose Your Circle, You're All Caught Up, Grouped Notifications)

Facebook Problematic Use Opportunity Mapping 2019

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029815
META3047MDL-087-00030053



05

# PU Concept Feedback

- What was the reaction to the idea of Facebook working on reducing PU issues?
- Which PU area(s) should we prioritize for future development?
- What are the benefits and drawbacks of each concept?
- Which PU areas would each concept be most useful for?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029816
META3047MDL-087-00030054

PU Concept Testing Feedback

# People were pleasantly surprised that Facebook was working on PU.

- Most 'Sams' were actively seeking solutions and relieved that FB was working on it.
- Most 'Gustavos' and 'Uditis' had little expectation of Facebook resolving PU, but after seeing the concepts really liked the ideas and encouraged them to be pursued.



*It's great for Facebook to be helping with controlling use.*

**P5, 20 (f) Brazil**



*I think we could always be better users. I like that Facebook is trying to help people control the quality of the experience. I see a lot of polarization. People thinking that Facebook is wonderful or terrible. more and more, this can help us.*

**P1, 29 (f) Brazil**

 Facebook App Research    **39**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029817
META3047MDL-087-00030055

01

# 9 of 13 PU concepts were rated as helpful for mitigating PU.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029818
META3047MDL-087-00030056

PU Concept Testing Feedback

# 5 Concepts were consistently selected in the Top 3.

The highest rated concepts were ones that provided awareness, control and customization.



Top 3 Rated Concepts by Country

* Family Quiet Mode became a separate concept from Accountability Buddies after the US sessions. Only shown to Brazil and India.



Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029819
META3047MDL-087-00030057

PU Concept Testing Feedback

# 9 of 13 concepts were often rated people's Top 5 and served specific use cases. However, 2 of the 9 favored concepts (Time–to-Complete, You're All Caught Up) might fuel more PU for people with FOMO.**



Top Rated Concepts Across All 3 Locations

Although, "Public Status Indicator" was only favored by some, it addressed different needs around maintaining social contracts/being polite.

Only Accountability Buddies, "Facebook Free" Events, Family Quiet Mode and Dark Mode got consistently low 'helpfulness' ratings.

\* Family Quiet Mode became a separate concept from Accountability Buddies after the US sessions. Only shown to Brazil and India.

\*\* See Slide 44 for more details.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029820
META3047MDL-087-00030058

PU Concept Testing Feedback

# The same 9 concepts also received the highest individual perceived 'helpfulness' ratings.



Average Perceived Helpfulness Rating

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029821
META3047MDL-087-00030059

PU Concept Testing Feedback

# 2 concepts designed to reduce FOMO backfired.

We showed 2 concepts targeted at reducing FOMO: *You're All Caught Up* (pause points) and *Time-to-Complete* (increasing time transparency).

Both were liked by people with FOMO but their reactions suggested these features might exacerbate the problem. For example, many saw *Time-to-Complete* as a challenge to review their feed until seeing *You're All Caught Up*



*"I would maybe consider it a challenge to scroll down until I find this message."*

P5, 20 (f) Brazil





You're All Caught Up          Time-to-Complete

44

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029822
META3047MDL-087-00030060

PU Concept Testing Feedback

# 6 of 13 concepts were well liked and considered helpful in reducing PU across multiple impact areas.

     

| **Encouraging Breaks** | **Grouped Notifications** | **Choose Your Circle** | **Wind-down Mode** | **Quiet Mode** | **Public Status Indicator** |
|---|---|---|---|---|---|
| People freely admitted that they lose track of time using FB. A gentle, objective reminder of their time usage would be helpful to get them back on track again. | Helps prioritize which notifications to see, and thus manage time spent on FB. | Liked seeing content from only those they wished to allowing them to spend time efficiently and not get lost in endless scrolling. | Helps reduce peoples' personal triggers for sleep disruption. Most topics chosen related to excessively engaging content, like videos or their topics of interest like traveling. | Helps reduce the temptation of checking notifications during 'inappropriate' times. Scheduled QM is especially useful since it's automated. | Immediately reduces the expectation of quick replies, particularly relevant for people that use FB for professional purposes, like being viewed as "polite" or are in social circles with strong pressure to respond. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029823
META3047MDL-087-00030061

## 02

# Most selected Productivity as their top PU priority area for FB to pursue.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029824
META3047MDL-087-00030062

PU Concept Testing Feedback

# Most chose Productivity (7) or Control Over Time Spent (5) as their top PU priority area for FB.

Sleep (3) and Relationships (3) were tied for 3rd. 2 of the 6 parents prioritized Parenting.

If Facebook could only work on one of these topics, which would you want them to focus on?



We have since found that Control Over Time Spent = PU (in general) and FOMO is more of a contributing factor than a PU impact area. As such, **we suggest Productivity (#1) or Sleep (#2) as the PU area priority.**

* Guilt was not discussed as a specific PU area in the US sessions. In discussion, we found that "guilt" in India represented a guilt over untimely replies to FB friends, not guilt over PU issues



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029825
META3047MDL-087-00030063

PU Concept Testing Feedback

# When looking at priorities by persona, Productivity and Control Over Time Spent were important to all 3 groups.

The Sams were especially interested in Control Over Time Spent. Gustavos were spread across most PU areas. Uditis were most concerned with Productivity. Sleep was more important for Sams and Gustavos. This reinforces Uditis' lack of self-awareness as FOMO and Sleep were key issues for them but not selected as top PU areas.





\* Guilt was not discussed as a specific PU area in the US sessions. In discussion, we found that "guilt" in India represented a guilt over untimely replies to FB friends, not guilt over PU issues

Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029826
META3047MDL-087-00030064

03

# All concepts were selected as helpful for reducing PU across multiple areas.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029827
META3047MDL-087-00030065

PU Concept Testing Feedback

# All concepts were selected as helpful across multiple PU areas.

What does this mean for us? Regardless of which PU area we choose, we can likely leverage many of these ideas!

Which PU area(s) would this concept help with?



Legend:
- ■ Productivity
- ■ Control over Time Spent
- ▨ Sleep
- ■ Relationships*
- ■ FOMO
- ▨ Parenting
- ▨ Guilt*

n = 24

Quiet Mode, and Encouraging Breaks, were brought up the most often, followed by Choose Your Circle, You're All Caught Up, and Time-to-Complete.

\* Guilt and Relationships topics were not discussed during this part of the US sessions.

 Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029828
META3047MDL-087-00030066

PU Concept Testing Feedback

# For each PU area, 7 to13 concepts were viewed as potentially helpful.

Nearly all concepts were bucketed under Control Over Time Spent (13) and Guilt (12). A high number also were said to fit Productivity (10), Relationships (10) and Sleep (9).

Which concept(s) would address this PU area?



n = 24

* Guilt and Relationships topics were not discussed during this part of the US sessions.


Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029829
META3047MDL-087-00030067

# Most chose Quiet Mode, Encouraging Breaks and Time-to-Complete for improving <u>Productivity.</u>





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029830
META3047MDL-087-00030068

PU Concept Testing Feedback

# Most chose Quiet Mode, Encouraging Breaks and Wind-down Mode for improving <u>Sleep</u>.

Text here.





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029831
META3047MDL-087-00030069

PU Concept Testing Feedback

# Quiet Mode was the main concept selected for helping <u>Parenting</u>, followed by Family Quiet Mode and Encouraging Breaks.

Note: Both parents and non-parents were asked this question.  All 8 in  India, 5 in Brazil, 4 in US.



n = 17

**Only showed data for these 3 top rated PU areas.** Graphs on all 7 PU Areas can be found in the Appendix.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029832
META3047MDL-087-00030070

04

# Detailed Concept Feedback

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029833
META3047MDL-087-00030071

PU Concept Testing

# 13 Problematic Use Concepts




Q. Quiet Mode



Q1. Post Quiet Mode Digest



Q2. Facebook-free Events



Q3. Family Quiet Mode



Q4. Accountability buddies



R. Encouraging Breaks (Time Alert)



S. Choose Your Circle



T. You're all caught up



U. Grouped Notifications



V. Public Status Indicator (OOO)



W. Wind-down mode



X. Dark mode



Y. Time to complete

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029834
META3047MDL-087-00030072

# Q. Quiet Mode

... the ability to mute
your FB notifications for a
specified amount of time (e.g.
next 2 hours or 3 days)

Scheduled QM: The ability to
schedule repeated QMs
throughout your week (e.g.
during work, sleep time,
dinnertime, etc.)

### 6th HELPFUL FOR PU
### 6th MOST LIKED

**Manage Your Time**

**Quiet Mode**
Mute push notifications and turn off notification dots. The next time you open the app on this device you'll get a reminder that Quiet Mode is on.

Quiet Mode
Off

Scheduled Quiet Mode

10:00 PM – 7:00 AM
Monday – Friday

9:00 AM – 5:00 PM
Monday – Friday

Add Schedule

Your notifications will still be visible in your notifications shortcut. Email and text notifications won't be affected.

**Daily Time Reminder**
Get a reminder after you've used Facebook for the amount of time you choose.

**QM was well received, especially Scheduled Quiet Mode, for helping them reduce the temptation of checking notifications during 'inappropriate' times. It was the highest favored among the QM variations (Q1, Q2, Q3, Q4).**



*When you're sleeping or doing something important, you can put on the Quiet Mode, during exam I can switch this mode on! It will be helpful.*

**P8, 19 (m) India**


Note: Quiet Mode & Scheduled Quiet Mode are part of a "Your Time on Facebook v2" launch in March 2020!

## WHICH PU AREAS DO THEY THINK IT WILL HELP?



## COMPATIBLE PERSONAS



HIGH PU
AWARENESS

LOW SELF-
CONTROL

HIGH SELF-
CONTROL

LOW PU
AWARENESS

Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029835
META3047MDL-087-00030073

# Q. Quiet Mode

## BENEFITS

- **Encouraging healthy sleep practices.** Having preset downtimes especially useful for mitigating Sleep disruption.
- **Set it and forget it.** Scheduled QM lifts the onus on the user to find/set do not disturb.
- **Possible use situations**: Sleep time, wake up time, work hours, family time, during a commitment, on weekends.

## DRAWBACKS

- **Unexpected friction**. Some only expected QM to mute notifications, not having an interstitial upon opening FB.
- **Hard to find**. Quiet Mode (now) still requires the person to find and set this setting, which may be tough if buried in Settings.
- **Requires multiple steps.** Silencing only FB was useful for some who like to keep other apps working normally. For others, they wanted a more holistic solution to silence multiple apps.

## RECOMMENDATIONS

- **Add easy-to-find shortcuts** to Quiet Mode during times of day they are most likely to need it (e.g. after 10 pm).
- **Extend Quiet Mode features** to Messenger and Family of Apps.
- **Surface positive results** of their QM use (e.g. How has using QM improved their sleep hours).





> *That's good, because sometimes I want to sleep, and I go to sleep too late. **It would automatically stop me from seeing notifications.** If I see notifications, then I want to check it. but if I don't get them, then I won't want to check it."*
>
> **P3, 22 (f) Brazil**

Facebook Problematic Use Opportunity Mapping 2019

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029836
META3047MDL-087-00030074

# Q1. Post Quiet Mode Digest

## WHICH PU AREAS DO THEY THINK IT WILL HELP?

5th HELPFUL FOR PU
5th MOST LIKED

A summary of content that happened while you were off Facebook, making it easier to catch up on what happened while you were off.



**Many saw having a condensed summary of their notifications at the start of their day or after a prolonged absence (QM) from Facebook might reduce concerns over FOMO. They would know exactly what happened while away. It might have the similar benefits to Grouped Notifications if they could customize the updates.**

> *So I'm not missing anything. I had a good night's sleep, got some rest, and go online in the morning to see what went on. Would want to see posts, friend requests.*
>
> **P6, 34 (m) Brazil**

**Quiet Mode**
Welcome back! It can sometimes be overwhelming to step away so to make it easier here are a few things you might want to see:

4 comments on your post

1 new friend request from Ana Nyugen

5 posts in Cat Ladies of America

Continue



COMPATIBLE PERSONAS

HIGH PU AWARENESS

LOW SELF-CONTROL          HIGH SELF-CONTROL

LOW PU AWARENESS

Facebook + INSITUM | Project Uncomfortable | Confidential Facebook App Research INSITUM 2019

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029837
META3047MDL-087-00030075

PU CONCEPT TESTING

# Q1. Post Quiet Mode Digest

## BENEFITS

- **A FOMO reducer.** Those with FOMO were relieved to quickly know what they missed while on Quiet Mode.

- **A friendly welcome.** Many considered it a clean, less overwhelming way to enter FB and decide how to proceed. Some wanted this every time instead of just after returning from QM.

- **Pleasing aesthetics**. Many specifically liked the graphics: Simple, friendly, positive.

## DRAWBACKS

- **Possibly redundant**. Some found this less valuable than Grouped Notifications as they expected to have notifications when they returned.

- **Depended on customization.** Most said they would want to choose which updates appeared.

Suggested prioritization:
1. Friends/Family notifications
2. Interactions on their Profile
3. Groups
4. Work related posts
5. News

## RECOMMENDATIONS

- **Suggest prioritization** of notifications based on user's views or posts but leave it open to customization.

 

*Posts from friends is what I would like to see. And groups, comments. Everything else would be in notifications anyway. But my friend's posts, that's important.*

**P3, 22 (f) Brazil**

 

*I'm already getting notifications, so it's redundant.*

**P4, 30 (m) India**

Facebook Problematic Use Opportunity Mapping 2019

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029838
META3047MDL-087-00030076

# Q2. "Facebook Free" Events

## 9th HELPFUL FOR PU
## 11th MOST LIKED

The option to link Quiet Mode to Events. An event organizer could promote the use of QM during the hours stated in the event description, or attendees could request that other attendees use QM. If you open FB during the event, it would show that you're in QM.

**WHICH PU AREAS DO THEY THINK IT WILL HELP?**



Many saw this concept as 'going too far' enforcing a personal control more socially. A few would use it depending on the event, but some events are made for networking and having FB on Silent Mode could affect it.

**Quiet Mode**
Virginia, quiet mode with **Bollywood Movie Night** is over in

# 1 hr 23 min

The organizer has designated this as a Facebook-free event. You'll be in Quiet Mode on Facebook until the event is over.

Manage Quiet Mode



*It may be a good idea, but **it has to be talked about and it has to see the audience and the situation**. Sometimes you are in an event that is important to share, and people see that you are sharing. Including for networking. It is important to have social proof.*

**P1, 29 (f) Brazil**

**COMPATIBLE PERSONAS**




Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029839
META3047MDL-087-00030077

PU CONCEPT TESTING

# Q2. "Facebook Free" Events

## BENEFITS

- **Being more present.** Some saw value in being able to enjoy an event.





> *I would use it. Once I went to a concert and I was filming the and watching it on the screen! This is not good, and it's crazy.*
>
> **P4, 24 (f) Brazil**

## DRAWBACKS

- **Many (especially in the US) saw this as 'going too far'.** Many didn't like the idea of forcing QM on others.
- **Many saw QM as a personal control and this was trying to make it social.** They thought people should rely on self-control.
- **Effects Unclear.** Did not understand that they could still get past the interstitial if necessary. Some wanted the option to check their phones and post while at an event.

## RECOMMENDATIONS

- Reconsider this feature. Look into alternative ways to encourage offline interactions or develop a more relatable use case.





> *A little overstepping their bounds. I'll agree to it because I'm a nice guy but its a little nervy for them to tell me what I can and can't do with my phone, infringing on my personal decision making.*
>
> **P8, 45-54 (m) US**

Facebook Problematic Use Opportunity Mapping 2019

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029840
META3047MDL-087-00030078

## Q3. Family Quiet Mode

**11th HELPFUL FOR PU**
**12th MOST LIKED**

The ability to invite a family member to be in a Quiet Mode with you for a timeframe of your choosing. For the first US studies, this was called "Quiet Mode Buddies" and included friends and family.



**WHICH PU AREAS DO THEY THINK IT WILL HELP?**



**This was one of the lowest rated features in US and Brazil but rated fairly well in India or for families where boundaries exist for social media. It should be used after a verbal agreement among the family.**



*I'm not saying this is gonna change the way I use FB after this but if you want to enjoy the moment this is going to help you.*

**P7, 32 (m) Brazil**

**COMPATIBLE PERSONAS**



HIGH PU AWARENESS

LOW SELF-CONTROL          HIGH SELF-CONTROL

LOW PU AWARENESS

Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029841
META3047MDL-087-00030079

# Q3. Family Quiet Mode

## BENEFITS

- **Resonated well in families that already set boundaries for Social Media usage.** It could be used to guarantee this agreement.

- **Power dynamics.** Some felt comfortable imposing rules on family members, but not on friends.

- **Ok for others (not me).** A few mentioned it would be useful to restrict others in their lives: a boyfriend, parents, or kids.

## DRAWBACKS

- **Unlikely to work on without prior social contracts.** Many said it relied on an agreement in place to ensure compliance.



> *This is a good option, a very good option. **For my husband this should be there!** We can invite anyone, make our family group. (Would you use?) Yes, definitely. We can spend time together. Spend time with the family.*
>
> **P3, 40 (f) India**

## RECOMMENDATIONS

- Consider pursuing this idea for those that already have a verbal agreement to spend X amount of time off social media.

- Help families that do not have agreements help in making one.



> *It's not going to work, sorry! Not for my kids...They'll say are you crazy, are you mad, mom? No way. Knowing my kids, it's nicer to agree, come up with an agreement before. If there's no agreement, they'd be using their phones anyway.*
>
> **P2, 49 (f) Brazil**

Facebook Problematic Use Opportunity Mapping 2019

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029842
META3047MDL-087-00030080

# Q4. Accountability Buddies

## 8th HELPFUL FOR PU
## 10th MOST LIKED

The ability to invite around you to be in a "Quiet Mode" together for a timeframe of your choosing. For the first US studies, this was called "Quiet Mode Buddies" and included friends and family.



**Be in the Moment, Together**
Quiet Mode is a tool that helps you manage your time on Facebook. Choose a Quiet Mode buddy to help you keep on track.

Invite a Friend

This was one of the lowest rated features. Most felt it was overstepping by forcing others into Quiet Mode. Some with strong friendship ties liked this tool for encouraging more presence when together.

> "
> Yeah.. this is better [than family quiet mode]. You can say anything, but they won't judge you. They are your friends. Helpful to live in the present moment. During nights out this would be very helpful. My college friends come over sometimes, but they are all on their cell phones.
>
> **P8, 19 (m) India**

## WHICH PU AREAS DO THEY THINK IT WILL HELP?



## COMPATIBLE PERSONAS



Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029843
META3047MDL-087-00030081

# Q4. Accountability Buddies

## BENEFITS

- **Fits an unresolved need.** Those who consider using this resource already have an objective in mind and the kind of situation they could use it in.
- **Easier with friends.** For some, asking friends to enter an agreement like this was easier than with family.
- **Possible use situations:** Dinner parties, Meeting with friends, Study groups, dates

## DRAWBACKS

- **Personal choice.** Many still wanted the option to check FB and post while with friends.
- **Reliant on strength of relationship.** Least liked feature in Brazil. Those who try to use it could be seen as rude or invasive. So this resource requires a high level of openness or intimacy between who suggests and the accountability buddy.

## RECOMMENDATIONS

- Participants compared this resource with when their friends request cell phone be left in a pile when they arrive for a dinner party. So this resource could have a similar approach.



" *A friend, Ingrid, she doesn't spend as much time as I do. She lives behind me. We would use this when we are all sitting together, because we have the habit of using the phone when we are all together."*

**P4, 24 (f)  Brazil**

Facebook Problematic Use Opportunity Mapping 2019

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029844
META3047MDL-087-00030082

## R. Encouraging Breaks

**WHICH PU AREAS DO THEY THINK IT WILL HELP?**



### 1st HELPFUL FOR PU
### 1st MOST LIKED

The ability to have alerts come up to remind you to take a break from Facebook.

**This was the most useful and liked tool for PU. People freely admitted that they often lost track of time using Facebook. A gentle, objective reminder of their time usage would be helpful to get them back on track again.**

> " This is good. [This reminder] should be there. We don't realize the time, you know? How long we're using it. This is GOOD.
>
> **P3, 40, female, India**

> " I would prefer FB to tell me the time instead of choose. If I can choose, then it's not going to work. They have research to know what's healthy and not healthy, so they select.
>
> **P5, 20, female, Brazil**

**COMPATIBLE PERSONAS**





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029845
META3047MDL-087-00030083

# R. Encouraging Breaks

## BENEFITS

- Highest rated concept
- **Good reminder of how long spent.** All participants struggled with losing track of time. This is a way of putting them back on track again. One alluded it to a bartender cutting you off for your limit. Facebook knows better than you.

## DRAWBACKS

- **Tone is important;** could come across pedantic.
- **Mixed opinion on who should choose the time.** Many wanted the option to set their own limits. Others wanted FB to choose an "appropriate" time period.
- **Increase guilt.** Some said they'd feel guilty about their use. (Since guilt is an indicator of awareness perhaps it's good?)
- **Pop-up aversion.** Those who disliked pop-ups in general had difficulty separating this idea from the UI.

## RECOMMENDATIONS

- Pursue this feature!
- Keep an eye on tone. It was mentioned that it would be nice to have encouraging messages appearing with the time. (E.g. Encouraging users to go for a walk, or to drink a glass of water)
- Make sure the alert does not interfere with important activities (e.g. Live).



> *[If I saw this] I would be like, "Oh my God! 60 times a day? That's not good too much social media that's not good. Sometimes you don't even pay attention to how much time you're spending on social media so its good to keep track."*
>
> **P5, 35-44 (f) US**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029846
META3047MDL-087-00030084

## S. Choose Your Circle

Tabs at the top of feed that let you filter your feed by different groups or topics, such as posts from only "Close Friends" or "Local Community". Not using a filter would behave like your standard feed.

**WHICH PU AREAS DO THEY THINK IT WILL HELP?**



**4th HELPFUL FOR PU**
**4th MOST LIKED**



**Many liked the idea of seeing content from only those they wished to (e.g. close friends, groups). This allowed them to spend time efficiently and not be lost in the indefinite scroll. This might be especially useful for professional users to not get as distracted by personal content.**



*"I have around 800 friends but am in touch with only 15-20 of them, so I can make a group of them and only see their updates"*

**P4, 30 (m) India**

**COMPATIBLE PERSONAS**



HIGH PU AWARENESS

LOW SELF-CONTROL

HIGH SELF-CONTROL

LOW PU AWARENESS


Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029847
META3047MDL-087-00030085

## S. Choose Your Circle

## BENEFITS

- **More focused sessions.** Choosing a path with known parameters would optimize their time on FB, especially those interested in specific groups or for business purposes.
- **Feel more in control.** An opportunity to give users back the sense of control of their NF, reduce confusion over the algorithm.
- **Reduce triggering content before bed.** Depending on chosen path, less likely to see disturbing content that inhibits sleep.

## DRAWBACKS

- **Time consuming.** To be effective, most saw it as important to customize the buckets. Not all were willing to do it.
- **FOMO users wanted to see everything** and not miss out on anything due to this categorization.



*Could FB know by itself? If FB somehow knew and could do it for me, fine, but I'd never go through my friends and put them into categories.*

**P7, 35-44 (f) US**

## RECOMMENDATIONS

- Consider ways to help them create these buckets easier.
- Possible Circles: Best friends, Videos, News/Sports, Work-related posts, Groups.





*There was a time I was deleting a lot of people who voted for Bolsonaro, but then someone said 'you need to know what they're saying'. So I could split them out into a separate circle.*

**P6, 34(m) Brazil**

Facebook Problematic Use Opportunity Mapping 2019

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029848
META3047MDL-087-00030086

# T. You're All Caught Up

## WHICH PU AREAS DO THEY THINK IT WILL HELP?



**3rd\* HELPFUL FOR PU**

**7th MOST LIKED**

Pause point in news feed indicating that they have seen all new posts.



Participants had mixed feelings about this tool. Some found this pause point reassuring to know they're updated. Others would feel ashamed they'd spent too much time on FB. It generally backfired for FOMO users, who often said they would take it as a challenge to scroll until seeing this notification.



"

*It's good because then it's not going to be repetitive because then you know you will have already seen everything and you're not going to get repeated content.*

**P3, 22 (f) Brazil**

## COMPATIBLE PERSONAS



HIGH PU AWARENESS

LOW SELF-CONTROL

HIGH SELF-CONTROL

LOW PU AWARENESS


Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029849
META3047MDL-087-00030087

# T. You're All Caught Up

## BENEFITS

- **Pause point.** Most said that this would be a useful reminder to stop using FB.
- **Satisfied, fully informed.** Some liked it, mentioning that after seeing the message, they know they're are updated.
- **Relatable.** Several mentioned seeing and liking this feature on Instagram.



> *This is good, I'll know I'm done. And, I'll stop using. I will close Facebook cause I know it's done, my time will get managed.*
>
> **P5, 22 (f) India**

## DRAWBACKS

- **Might worsen PU.** FOMO users saw it as a challenge to look through everything until they reach this point. Others would scroll up to top of their feed to refresh. Some would switch to another app!
- **Some perceived it as judgmental,** saying they'd spent too much time on FB.
- **Is there an end?** Many were wary of ever getting to the end of their feed to see this.
- **Unintuitive.** The phrase "You're all caught up", is not understood clearly in India. It can mean "You're busy".

## RECOMMENDATIONS

- If we pursue this idea, try to limit its use by those with FOMO, or evaluate changes in scrolling habits post use.
- Consider changing the wording in India to be more understood.



> *"[When seeing this message I would think that] I have been spending too much time [on FB]. But also relieved, because I've seen it all. I know what's going on. Then I feel that I can leave FB because I've seen it all."*
>
> **P4, 24 (f) Brazil**

Facebook Problematic Use Opportunity Mapping 2019

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029850
META3047MDL-087-00030088

# U. Grouped Notifications



## 2nd* HELPFUL FOR PU
## 2nd MOST LIKED

Right now, your Notifications page is a combined list of updates. What if, instead, you could have them grouped by topic, such as Posts From Friends, Group Updates, etc.

One of the highest rated concepts as it helped them prioritize which notifications to see, and thus manage time spent on Facebook.

"

*This is much better. If they were grouped, I wouldn't need to scroll down to find something interesting. I could choose whatever I wanted to see right away.*

**P6, 34 (m) Brazil**

## WHICH PU AREAS DO THEY THINK IT WILL HELP?



## COMPATIBLE PERSONAS



HIGH PU AWARENESS

LOW SELF-CONTROL          HIGH SELF-CONTROL

LOW PU AWARENESS


Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029851
META3047MDL-087-00030089

# U. Grouped Notifications

## BENEFITS

- **Simplified notifications.** Most feel overwhelmed by the notification list in its current state and welcomed a way to make it more digestible, thus managing time spent.

- **Focused checks**. Might offer professional users relief from having to dig through (and get distracted by) personal notifications.

## DRAWBACKS

- **Resistance to change.** Some did not see much value in the changed design as they claimed to be familiar with the icons in the older version which helped them filter important from not important notifications

- **Desire for customization**. A few wanted the ability to customize this list (order) and specify what kind of notifications (tagged or not) to receive.

## RECOMMENDATIONS

- Present suggestions for notifications buckets according personal usage.

- For groups, allow users to choose what posts or comments they would like to receive notifications from.



> " *This is good, especially when you don't want to see all notifications, only important ones*
>
> **P5, 22 (f) India**

Facebook Problematic Use Opportunity Mapping 2019

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029852
META3047MDL-087-00030090

# V. Public Status Indicator

## WHICH PU AREAS DO THEY THINK IT WILL HELP?

**7th HELPFUL FOR PU**

**8th MOST LIKED**

The ability to let Facebook friends know your status or availability for certain periods of time. If a friend messages you, they receive a message letting them know that you are busy.



This is a tool immediately reduces the expectation of quick replies, particularly relevant for people that use FB for professional purposes or are in social circles with strong pressure to respond.

> " It's wonderful. It would **help me to reduce conflict [with friends]**. Sometimes it [FB] shows that I'm online, but I'm not. They're sending me messages "Didn't you see I tagged you?"
>
> **P5, 20 (f) Brazil**



HIGH PU AWARENESS

LOW SELF-CONTROL     HIGH SELF-CONTROL

LOW PU AWARENESS

Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029853
META3047MDL-087-00030091

# V. Public Status Indicator

## BENEFITS

- **Saving face.** Helps reduce the pressure to respond immediately by communicating reasons for delayed responses. Lets them maintaining social, cultural or professional norms without losing focus on other tasks.
- **Beach mode.** Some thought this could be useful as an out of office message during trips. Letting them have a full, relaxing vacation without the pressure to check social media.

## DRAWBACKS

- **A few had privacy concerns.** Some would not want others to have visibility into their status.
- **Risk of leaving it as "busy" all the time.** Might cause distrust in the authenticity of the setting.
- **May inhibit conversation.** Using this resource could stop people from writing them later.

## RECOMMENDATIONS

- Pursue this feature! Serves a clear need.
- Have automatic status change or a reminder for those that can forget to change their status.
- Look into privacy concerns.

 

*"If you leave always busy forever, like I'm at a meeting, then people would stop tagging you."*

**P8, 45 (m) Brazil**

Facebook Problematic Use Opportunity Mapping 2019

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029854
META3047MDL-087-00030092

# W. Wind-down Mode

A few hours before bedtime, you could tell Facebook to not show you certain types of content as you wind down for the day. (choose not to see politics, certain kinds of content, etc.)

**WHICH PU AREAS WOULD THIS CONCEPT HELP WITH?**

3rd* HELPFUL FOR PU
3rd* MOST LIKED

**Wind-Down Mode**

**Topics for Wind-Down Mode**
Decide what kinds of topics you'd like to see in your News Feed when you want to wind down for the day.

Start time: 10:00 PM    End time: 7:00 AM

Connections
Family
Close Friends

Interests
Animals
Arts
Business
Entertainment
Food & Drink

This was viewed as a great resource for helping reduce peoples' personal triggers for sleep disruption. Most topics chosen related to excessively engaging content, like videos or their topics of interest like traveling. Many wanted to extend content curation to daytime as well.

" *Before going to bed, I research a lot about trips. And **when I start to look at pictures of trips I cannot stop.** So that's something I would not like to see because then I can't sleep.*

**P3, 22 (f) Brazil**



HIGH PU AWARENESS

LOW SELF-CONTROL          HIGH SELF-CONTROL

LOW PU AWARENESS

Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029855
META3047MDL-087-00030093

## W. Wind-down Mode

## BENEFITS

- **Promote better sleep habits.** Most were highly favorable to this idea of curating content before bed, especially filtering out violent/graphic videos, and politics.

- **Help block them prevent unhealthy behaviors.** Ex. Prevent me from going down a tunnel and buying unnecessary things on Marketplace!

## DRAWBACKS

- **A workaround.** Some viewed this as a workaround for specifying content preferences. They asked if they could have these controls all the time.

- **Misunderstood.** India participants found this concept difficult to grasp.

- **Reduces serendipity.** People with FOMO wanted to see everything without filtering, especially before sleep. There was enjoyment in stumbling upon the unexpected.

## RECOMMENDATIONS

- Present suggestions for notifications buckets based on usage patterns.

- Consider broadening this feature to moments other than sleep time.



*Sometimes you see things on Facebook its graphic and you think about that and **it kind of stays in your head.***

**P5, 35-44 (f) US**



*"This feature is good, but if I'm not feeling sleepy and want to see what will I do? If I want to watch that video, I can't see it. So there's that fear. If I can disable the feature, then its good. I am not sure what I do and don't want to see."*

**P4, 30 (m) India**

Facebook Problematic Use Opportunity Mapping 2019

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029856
META3047MDL-087-00030094

# X. Dark Mode

**WHICH PU AREAS WOULD THIS CONCEPT HELP WITH?**



**10th HELPFUL FOR PU**
**9th MOST LIKED**

Ability to change the screen from a light background to a dark background.

Misleading: Some said it would extend nighttime use, but still rated it for Sleep.



Dark Mode looked "cool" but would only extend their usage of FB by enabling more nighttime use. This feedback was consistent across all 3 sites. We ended up removing it for last 2 participants.



" The dark side of it is that *I'm in bed with the app I could spend more time on Facebook.*

**P2, 45-54 (m) US**

" Bright screens bother me, so this would be more comfortable to see. It's not useful for reduction of time. *More comfort means more time on FB.*

**P2, 49 (f) Brazil**



**HIGH PU AWARENESS**

**LOW SELF-CONTROL** · · · **none** · · · **HIGH SELF-CONTROL**

**LOW PU AWARENESS**

Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029857
META3047MDL-087-00030095

## BENEFITS

- **Switch as potential signal.** One Brazil participant said a timed switch to Dark Mode could be a useful signal that it's time to disconnect.
- **Easy on the eyes.** Pleasing aesthetics and potential for easing eye strain (runs counter to PU)

## DRAWBACKS

- **Likely to worsen PU.** Nearly all initially ranked Dark Mode high but quickly realized (unprompted) that it would exacerbate PU. Less eye strain could prolong use. It could also be easier to sneak/hide usage of FB at night, at work, etc.

## RECOMMENDATIONS

- **Do not recommend** pursuing this feature as a mitigator of problematic use.




*"If it goes dark, telling you you should unwind, relax... it's a message between the lines. A message that it's time to unwind."*

**P8, 45 (m)  Brazil**




*It is very catchy... I'd be devoting more time to FB. It's creating a more fascinating thing in my life.*

**P6, 35 (m) India**

Facebook Problematic Use Opportunity Mapping 2019

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029858
META3047MDL-087-00030096

PU CONCEPT TESTING

# Y. Time-to-Complete

## 2nd HELPFUL FOR PU
## 2nd* MOST LIKED

A section at the top of your feed listing how many new posts there are, approximate time it might take to read through your new posts, and/or a progress bar showing how much new content you have left to view.

**This was a very highly rated feature for adding more transparency, but it is likely to exacerbate PU for those with FOMO, who saw it as a time limit or need to see all new posts.**





### WHICH PU AREAS WOULD THIS CONCEPT HELP WITH?



> " When you're sleeping or doing something important, you can put on the Quiet Mode, during exam I can switch this mode on. It will be helpful.

**P8, 19 (m) India**

**HIGH PU AWARENESS**

**LOW SELF-CONTROL**

**HIGH SELF-CONTROL**

**LOW PU AWARENESS**

Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029859
META3047MDL-087-00030097

# Y. Time-to-Complete

## BENEFITS

- **Relatable.** Like "estimated reading time" for articles.

- **Increased transparency.** Appreciated knowing how long an experience might take and could plan their time better.

- **Compliment to YACU.** Some liked this paired with "You're All Caught Up". This as a start, YACU as an endpoint.

## DRAWBACKS

- **Might worsen PU.** Many with FOMO or who like a sense of accomplishment, getting to the end.

- **Time estimate distrust.** Most were unsure how FB would accurately estimate the time, particularly if they decided to comment or read.

- **Induced stress.** A few viewed it as a target time for them to complete seeing all the new posts, thus adding pressure.

- **Inconclusive preferences.** Some liked time only, others just posts. Some preferred the progress bar.

## RECOMMENDATIONS

- Do not recommend pursuing this feature as is unless it's possible to surface for those with less FOMO.

- Explore use cases aside from NF where time transparency could be reliable and beneficial.

 

*If I only want to see the post then it is good, but what **if I want to comment on that or anything, so it will not give the real time**.*

**P4, 30 (m) India**



*"If it goes dark, telling you you should unwind, relax... it's a message between the lines. A message that it's time to unwind."*

**P8, 45 (m)  Brazil**

Facebook Problematic Use Opportunity Mapping 2019

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029860
META3047MDL-087-00030098

**05**

# PU Opportunity Areas

- What future opportunities should we pursue to address PU?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029861
META3047MDL-087-00030099

PU Opportunity Areas

# Increase Awareness of PU

How might we improve people's awareness of the time they spend and how it's impacting their lives?



**Unaware
Uditi**



**Groupie
Gustavo**

**Side
Hustler
Sam**

## Challenges to Address

- Mindless scrolling

- Unaware of the time or duration of use, especially if clock is hidden

- Auto-play of Videos, Stories

- Not in touch with their usage patterns over time

- May not see time spent as "wasted time", rather time to connect with others or stay informed.

- Little or no guilt and therefore a low desire for solutions.

## Possible Solutions

- **Time Spent Alerts** (e.g. Encouraging Breaks, Daily or Weekly time reminders)

- **Surface usage patterns** – Help people fully understand <u>how</u> their use is unhealthy. Show activity-level data, hour-by-hour graph, goal setting and seeing progress over time, or active/passive use.

- **Pause points** (E.g. You're all caught up) or stopping every few Stories/Videos instead of automatically playing the next one.

- **Large clock**. Simply surfacing the time.

- **Session counters** - Surface number of times they've opened Facebook

 Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029862
META3047MDL-087-00030100

PU Opportunity Areas

# Increase Focused Sessions

How might we help people make better use of their time within the platform? How help people find what they are looking for and not get as distracted?



Side Hustler Sam

Groupie Gustavo

Unaware Uditi

### Challenges to Address

- Open FB to quickly check and get sidetracked by other aspects of FB

- Current notifications page is a long list of combined updates, forcing people to sift through it to find ones of interest

- News feed is a jumble of posts from everything one follows. Many are confused why the NF prioritizing some content and not others.

- Low tech literacy - unfamiliarity with finding/changing Settings.

- No customization options for feed or notifications

### Possible Solutions

- **Grouped/Batched Notifications** (e.g. Grouped Notifications) Batch notifications by topic area.

- **Personal vs Professional split.** Upsell Workplace (?) or give people better ways to only see their work-related posts/alerts.

- **Content Bucketing** (e.g. Choose Your Circle) Changing NF into a more tabbed format letting someone just see posts from that "circle" (family, local, world news, interest groups, etc.)


Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029863
META3047MDL-087-00030101

PU Opportunity Areas

# Communicating Availability

Help people convey their availability and keep up their desire to be polite/professional?



**Side Hustler Sam**

**Groupie Gustavo**

**Unaware Uditi**

### Challenges to Address

- Feel the need to be responsive for business purposes

- Desire to be viewed as polite

- Talking with people in other time zones

- Cultural pressure to give likes or respond to comments in a timely way (esp. India)

- Tagging behavior – In many parts of the world, people tag friends, don't message each other directly

- People may not trust or respecting a status if posted (maybe on too long)

- Both short and extended breaks from FB

### Possible Solutions

- **Show status** (e.g. Public Status Indicator, OOO setting, @silent, BalanceBot, Beach Mode) – let people externally communicate if they are busy and for what reason.

- **Quiet Mode status.** Show others when someone is in a Quiet Mode.

- **Automated status replies** if status set to busy Most OK with a standard FB-created message, a few wanted to customize it.

- **Show time zone** - Without actively setting a "busy" mode, let others see time of day [consider privacy concerns]

 Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029864
META3047MDL-087-00030102

PU Opportunity Areas

# Encourage restfulness around bedtime

Help people convey their availability and keep up their desire to be polite/professional?



**Groupie Gustavo**



**Unaware Uditi**

### Challenges to Address

- For some, nighttime is their only "me" time to check FB

- Many were in the habit of checking FB before bed.

- Entertaining/engaging content!

- Notifications draw them in

- Upsetting content or interactions making it harder to sleep

- Self-control is lower at night

- LED lights (blue light) in phones and computers interfere with the brain naturally releasing sleep hormones

### Possible Solutions

- **Scheduled Quiet Mode** – with preset bedtime downtimes

- **Quiet Mode (QM)**– surface shortcuts to Quiet Mode at certain times or after long sessions.

- **Extending QM to Messenger and Family of Apps** - In testing most expected QM to work on Messenger. Simpler way to set QM across family of apps (FB, IG, WA, Messenger)

- **Content curation** (e.g. Wind-down mode) Limit the types of content people have access to at night,  such as no violence, politics, etc.

- **Switch to yellow light option** (note: not Dark Mode) - not tested, but yellow light is known to be better closer to sleep times.

 Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029865
META3047MDL-087-00030103

PU Opportunity Areas

# Support commitments to healthy habits

How can we help those who already have rules or agreements in place to stick to them?



**Groupie Gustavo**



**Unaware Uditi**

## Challenges to Address

- People often have a desire or agreement with friends/family to stay away from their phone while together, but notifications or lack of willpower can be too difficult to resist.

- Parents & children with issues controlling their use, and neither wanting to reprimand each other for risk of later "retaliation" on their own use.

- If a barrier (e.g. interstitial) is too easy to dismiss, many admitted they would most likely do it.

- Notifications make these commitments especially tough.

## Possible Solutions

- **Increase friction** (e.g. Quiet Mode interstitial) A barrier to entry.

- **Set automated downtimes** (e.g. Scheduled Quiet Mode) A way for them not to get pulled in when they don't want to be.

- **Group-based features to prevent use** (e.g. Accountability Buddies, Family Quiet Mode) We could consider a solution like Google has created as a "game" between people to see how long they can leave their FB locked.

- **Parental controls.** This wasn't tested, but some requested them.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

# Remove time sensitivity

How can we reduce the sense of time pressure to see or not miss content?



**Groupie Gustavo**



**Unaware Uditi**

## Challenges to Address

- People, especially those with FOMO, don't want to miss out on seeing content that is time boxed (e.g. Stories)

- Some think content "disappears" as they've tried to re-find something and were unable to again.

- Desire to be the first to see and reshare certain content, like Memories

- Don't want to be the last to hear about news, world events or friend updates.

- Want to stay up to speed on topics of interest (politics, sports, new technology, etc.)

## Possible Solutions

- **Scheduled Posts** - Allow people to pre-write and schedule happy birthday posts instead of only same day

- **Reduce time-based components, where possible.** Extend times or allow people to still see missed content if they were in a QM.

- **Eliminate FOMO-inducing triggers**, like saying "See what you've missed"

- **Align content with daytime hours** - e.g. Rethink the standard time Memories are posted to be during daytime hours; or let people choose a time when they get them.

- **Improve Search** to help people find specific posts or comments



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029867
META3047MDL-087-00030105

# TL;DR

In Q4 2019 we conducted 24 in-person 1:1 interviews with 'problematic' Facebook users in the US, Brazil and India to determine which opportunities the team should pursue around excessive/problematic use of Facebook in 2020.

We tested 13 concepts crafted to address various problematic use (PU) sub-areas: sleep, productivity, relationships, parenting, loss of control, guilt.

## Our Findings

01 **Over 10 triggers contribute to the potential for problematic use (PU) but only 3 user attitudes associated with PU:** Lack of guilt, low self- control, and high pressure for giving timely replies.

02 **We removed 2 PU impact areas and added 2 more. This research uncovered 2 new PU impact areas, Safety Risks and Regretful Spending,** to add to Productivity, Sleep, Relationships, and Parenting. Fear of Missing Out (FOMO) and Loss of Control Over Time Spent (LCOTS) are not impacts. FOMO is one of the 10 triggers. LCOTS *is* PU, not a trigger nor an impact.

03 **Most selected Productivity as their top PU priority area for FB to pursue. A loss of productivity (delayed work/chores, being late to appointments) affects sleep and relationships.** Sleep and Parenting were the next most voted areas.

04 **6 of 13 concepts were highly rated for reducing PU across multiple impact areas. Two concepts (Time-to-Complete, You're All Caught Up) posed a risk of exacerbating PU for those with FOMO.** Highly rated concepts provided situational awareness, sense of control, customization, transparency and a sense of completion.

## Our Recommendations

Focus product opportunities around mitigating these user attitudes: increasing self-control and awareness and reducing pressure to respond. Use 3 identified PU personas for follow-up sprint or brainstorm.

Ideate on solutions for Safety and Regretful Spending impacts. Eliminate Loss of Control Over Time Spent and FOMO as sub-topics to focus on for development.

Focus on Productivity as the main PU sub-area for future development because fixing it will benefit most other impact areas. Also consider a follow-up study with the updated list of impact areas and re-assess priority.

Recommend pursuing the top 6 concepts and brainstorming around the 6 identified opportunity areas: Increase PU awareness, increase focused sessions, communicating Availability, encouraging restfulness, supporting healthy commitments, and removing time sensitivity.

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029868
META3047MDL-087-00030106

# Thanks

- To Well-being Team members who came to New York, São Paolo and/or Mumbai to support this research! Thanks for taking copious notes, conducting street intercepts, helping wherever needed, and actively participating in the debriefs ██████████, █████████, █████████, ████████, █████████, ████████, █████████, █████████.

- To our research vendors, Insitum (Brazil) and Convo (India), for spectacular recruiting, moderating and conducting simultaneous translation.

- ██████████ and **Sean Ryan** helping craft the screener, shaping the research, reviewing materials ahead of time and editing this deck.

- **Sean Ryan** for partnering long hours on the PU Persona work!

- ██████████ (PM) and **WB Product Team** for your unflagging support of this research and enthusiasm for incorporating it into our proposed H1 2020 plan.

- To the **Well-being Foundational Research Team** (especially Jennifer Guadagno, █████████ and █████████████ for your continued advocacy of mitigating Problematic Use after we found out our WB product team was spun down (Dec 2019).

- To my manager ████████████████ for letting me carve out the time in Q1 2020 to document this work despite the organizational changes.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029869
META3047MDL-087-00030107



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029870
META3047MDL-087-00030108

# Appendix

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029871
META3047MDL-087-00030109

# Y. Time-to-Complete: Design Alternatives

| Posts & Time | Posts | Time | Progress bar & Posts |
|:---:|:---:|:---:|:---:|
|  |  |  |  |

 Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029872
META3047MDL-087-00030110

# PU Concept Testing Feedback

## PRODUCTIVITY



## CONTROL OVER TIME SPENT



## FOMO



## SLEEP



Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029873
META3047MDL-087-00030111

## RELATIONSHIPS



## PARENTING



## GUILT



Facebook App Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029874
META3047MDL-087-00030112



Average Perceived Helpfulness of PU Concepts by Persona

● (1) Side Hustler Sam    ● (2) Groupie Gustavo    ● (3) Unaware Uditi

Research

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029875
META3047MDL-087-00030113

## Top 3 Concept Selections x Persona



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-032-00029876
META3047MDL-087-00030114