# Exhibit 31



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013164



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013165

# Executive summary

1. **Teen Problematic Use (PU) will continue to be Mental Well-being team's priority over next two halves**

   Based on research, Meta priorities, our strengths and external narrative, execution on PU will be the focus. We propose:

   (1) Improving existing products like Take a Break that show strong retention and making Quiet Mode more robust

   (2) Building new products where we have gaps (Frequent Use, late night passive use) & investing in solutions meant to create awareness of behaviors or attentiveness in the moment

   (3) Partnering with Marketing and leveraging creator partnerships to influence teen adoption

1. **Creator burnout is often bubbling up as a top problem that could be an extension of PU and worth understanding**

   Next half, we'd like to prioritize research & design vision around creator burnout given our expertise in mental well-being & PU and overall priority of creators for IG. This will establish a strong runway for the team in addition to PU for teens.

   Moving fast can help position IG as industry-leading in the space.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013166

Slide 3

I encourage the team to think about a framework for the broader Creator Mental Well-being space for understand work over the long term. As an example, Creators have expressed anxiety at roundtables and 1:1 interviews. cc @███████@meta.com @█████@meta.com
_Assigned to ███████@meta.com_
Sayed Otaru, 11/17/2022

Part of understanding in this space should also include developing an understanding of the competitive landscape cc @███████@meta.com @█████@meta.com
_Assigned to ███████@meta.com_
Sayed Otaru, 11/17/2022

What's the team's take on scaling these up to a gen-pop adoption strategy as a more holistic approach to the topic of MWB? Is this planned in the 2 yr strategy? Is scaling to gen-pop (where applicable) generally a part of the 2-yr strategy?
████████████ 11/17/2022

@███████@fb.com all our controls (take a break, daily limit, quiet mode) are available to gen pop while the upsells are limited to teens. Would be good to discuss how focusing on non-teen MWB and corresponding gains/ecosystem impact align with the team's and IG's broader goals.
███████ 11/17/2022



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013168

# Framing

### Context

Vision for IG is to be "*a video and messaging first platform that wins with teens and creators.*"

However, IG plays a key role in young people's mental well-being that can affect their usage of the app—both if and how they use it.

### Vision for IG Mental Well-being

Our team helps IG acknowledge, understand, and proactively address its role in teen mental well-being.

When we've succeeded, IG continues to be a safe space for teens to actively engage with their community and feel good about the time they spend on the app.

### Purpose Statement

The IG Mental Well-being team empowers teens with tools and resources to manage their experiences and foster community norms so that they can be more intentional about their time on IG.

Success statement overall is "People have the tools that they need and are empowered to control their time and experiences on our platforms"

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013169



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013170

Slide 6

2    To clarify this is the overall MWB landscape combined across top pain points from our own surveys and CWB top priorities. There are other owners for these areas which is why the column "IG MWB well-positioned to address/lead" is Red.
███████ 11/17/2022

3    For clarity here, SSI/ED and B&H are covered problems in other teams on IGWB in 2022/23. What's the context behind their inclusion here? Are there specific dimensions that are not being covered that the team is thinking of?
Sayed Otaru, 11/17/2022

3    Any aspects of the existing areas that are below the line? Caveat that its below the line for MWB not IG.
███████ 11/17/2022

HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013172



1. RE: Short sessions <-> repeat passive sessions. The volume short sessions and the number of repeat passive sessions are very highly correlated (0.8 correlation) and repeat passive sessions slightly outperformed short sessions so it is the one that remained.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013173



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013174



## Market landscape

IG's PU efforts are aligned with industry baseline standards, however, to be market-leading we should have a stronger POV by leveraging interventions and/or defaults, and providing more robust insights/resources.

| Feature | Instagram | TikTok | Apple | Facebook | Snapchat | YouTube |
|---|---|---|---|---|---|---|
| Daily usage limits | Yes (opt-in) | Yes (opt-in) | Yes (opt-in) | Yes (opt-in) | No | No |
| Take a Break | Yes (opt-in) | Yes (opt-in) | No | No (Feed Pause on hold) | No | Yes (opt-in) |
| Late Night interventions | Coming soon (Quiet Mode) | Yes (silenced notifs for all teens) | Yes (Focus Mode opt-in) | No | No | Yes (opt-in reminder) |
| Frequent use interventions | Yes (TAB upsell) | Yes (insights) | Yes (insights) | No | No | No |
| Time spent insights | Yes | Yes (detailed breakdown) | Yes | Yes | No | Yes |

TT late night interventions - Awareness videos
Auto-silenced notifs
Night use insights

- On **TikTok** all teens do not receive notifications at night by default (more here):
  - 13-15 yrs old - notif muted starting at 9PM
  - 6-17 yrs old - notif muted starting at 10PM
- **Apple** defaults Focus Mode/Do Not Disturb to 10PM - 7AM daily
- **Youtube's** Bedtime reminders lets you set specific times when you want to get a reminder to stop watching videos and go to bed.
- **Snapchat's** Do Not Disturb allows you to mute certain accounts and stops all notifications from said users or groups.

HIGHLY CONFIDENTIAL (COMPETITOR)

Slide 10

how do we plan to operationalize lens of relative coverage relative to competitors? how does it tie back to x-meta youth score card

11/17/2022



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013177

Slide 11

4   It would be helpful as part of your strategy to clarify upfront: 1) Competitor analysis and 2) Status and
    Approach relative to x-Meta Youth scorecard. @█████@meta.com
    _Reassigned to █████@meta.com_
    Sayed Otaru, 11/17/2022

5   Sounds good, we'll elevate this from the appendix to the body.
    ████████ 11/17/2022

HIGHLY CONFIDENTIAL (COMPETITOR)                                            META3047MDL-136-00013178



:
Intentionality & Choice (offer intentional choices)
Attentiveness (draw attention in-the-moment)
Awareness (increase awareness of their behavior)

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-136-00013179

# Success

## Overall success

People have the tools that they need and are empowered to control their time and experiences on our platforms.

## North star

Increasing users' sense of control *(pending final alignment)*

## Operationalized across

1) Meaningful usage (adoption, engagement, retention)

2) Behavior change (tool use corresponds with shifts, e.g., reduction, in the relevant behavior target)

3) User perception (survey or qualitative feedback on tools being helpful and improving sense of control)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013180



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013181

## Guiding principles

**Empower through controls**

We empower teens to be more intentional about their time by creating contextual behavioral awareness and offering relevant controls.

**Identify and target teens in need**

We use research and expert feedback to generate conviction in our products and target adoption with teens who can benefit most from them.

**Drive long-term engagement through well-being**

Despite potential near term ecosystem impact, our products aim to create long term retention and engagement by encouraging healthier social media use.

**Foster healthy norms**

Our products and amplification tools enable creators and teens to set norms around usage habits and influence their communities.

HIGHLY CONFIDENTIAL (COMPETITOR)

Slide 15

2    I love this slide. Wondering where the lens of "foster healthy norms" fits into the 2-year strategy with PU, creator burnout, etc.
█████████████ 11/17/2022

6    fostering healthy norms is a lens we are taking horizontally across all our products (auto reply/indicators in Quiet Mode and creator content/upsells for products). Based on the success of these initial products, we'd love to go deeper and evaluate more opportunities in this space.
████████ 11/17/2022

HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013184



HIGHLY CONFIDENTIAL (COMPETITOR)

Slide 17

I love this as it relates to empowerment through controls and allowing behavioral awareness.
11/16/2022

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013186



HIGHLY CONFIDENTIAL (COMPETITOR)

Slide 18

1    That would be the experience on the left mock, where we aggregate curated resources from experts/partners/creators and show them to the user during "wind-down hours". It's a concept we are excited about exploring more
████████████  11/17/2022

1    This is cool, have we explored what an on-platform wind-down experience would look like? We've heard in user research that some users want to use IG to wind down, how might we support that use case while helping the user not lose track of time?
████████████  11/17/2022

2    Got it-- have we explored a wind down experience that is content agnostic? e.g. sleep timer + auto-play?
████████████  11/17/2022

HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013191



~10% of teens who have enabled Take a break have also enabled Daily limit.
@ ████ @fb.com please validate this since this is the first time I am using Daily limit data.

https://www.internalfb.com/intern/daiquery/workspace/3718692751690760/666599328414993/

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013192

Slide 22

7          Opportunities to improve the product experience
           ██████████ 11/17/2022

HIGHLY CONFIDENTIAL (COMPETITOR)                              META3047MDL-136-00013193





- Pre-launch, Explore bulk hide is used by 0.13% of WAU with 40 mean content hidden (median 11 with Explore bulk hide), vs 10.4 in control



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013196



## Key considerations

- Creators and public figures are essential in driving our message to a wider audience and building credibility; their influence is critical in setting positive norms for long-term success.
- Overall awareness of some mental well-being products is low, demonstrating there is an opportunity to reach teens more consistently.

## Marketing-in-product strategy

Leveraging Marketing in Product (MIP), enables us to deliver positive marketing experiences at high volume with high quality creative.

**Tutorial series**
- New! Story tutorial series (Reels example here) to drive product education and consideration (new and existing products).

**Ongoing upsells and nudges (WIP strategy here)**
- Leverage promotional dialog QPs (similar to Safety Check) to teens
- Partner with Product to drive traffic to Your Activity via targeted video and static QPs

HIGHLY CONFIDENTIAL (COMPETITOR)

## Creator First Product Activations

**Evergreen upsells versus standalone launch moments**

- Take a Break Creator-led upsells performed moderately well and showed strong signs of PMF in the first month (0.64% teens enabled Take a Break).

**Creators as product ambassadors**

- Leverage marketing-in-product placements where we can reach teens with Creator-centric content (New! Story, Explore 2x2 unit, video QP, New! Reel, etc

- Align Creators who have publicly spoken about/amplified MWB issues with 2-3 products upsells per half (e.g. Selena Gomez x Take a Break upsell, Megan thee Stallion x Quiet mode)

**SCA**

HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013199

## Why Creator burnout

"*Instagram is creators' first choice for building their home and sharing their creativity*".

### Creators <u>tell us</u> they are experiencing burnout

- Creators say they feel constant pressure to create to sustain engagement & growth and believe that they will be 'punished' by low distribution if they take a break from creating (<u>Data</u> suggests that at least a portion of this is perception vs. reality)
- An external report suggests that <u>as many as 90% of creators may experience burn out</u>[1]
- Stress & burnout may lead to <u>creator churn</u>

### Creators & teens are interconnected

- <u>Creators influence teens</u> and, like teens, are an IG priority audience. Additionally, <u>16% of creators</u> in the total addressable market (i.e., those who create on any platform) are teens.

### Opportunity to be industry leading

- While this problem is not limited to IG, we can use the momentum from our work on teen PU to be <u>industry leading</u> in this space
  - Creators have shared they do not feel supported by TikTok in this struggle.
  - YouTube has acknowledged the problem head-on and dug into data to confirm no systemic enforcement.

1. Given this is an external survey on creators generally (and without full methodological detail in reporting), we need to validate this with internal survey research among creators on our platforms.

IG is developing a Creator Health Score, which is a composite of different behaviors, each chosen because they're leading indicators of future production churn, If "burnout" can be proxied by reduced production, then this strategy is well aligned with company Creator direction.

> with two-thirds citing algorithm changes and half citing the 'hamster wheel effect' of content creation as impacting their mental health (though we would need to validate these data with our own research)

"We need to sit down and take a break… nothing about burnout is cute…. we need to rest so we can create." — Candace Marie, Creator
IG's vision:

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013200

Slide 29

4 I love the expansion to creator as MWB this gets us closer to holistic MWB as a vision and this maps another large target demographic for IG.

I don't think it's the case but want to be clear, do we still plan to pursue research on MWB for teens past problematic use? The deck reads a little like we're making a full pivot to creator past PU. I want to make sure we're not pushing teen MWB aside as a top priority. I think there's still a lot of work available in understanding norming behavior, pressures, inclusivity, etc. for teen MWB.

11/16/2022

HIGHLY CONFIDENTIAL (COMPETITOR)

## Our approach to Creator burnout

With Creator WB efforts historically focused on anti-bullying & harassment and customer support, we know less about the overall MWB landscape for creators. But burnout can be understood as a form PU arising from external pressures to spend more time on social media than one intends to.

1. **Starting H1'23, we propose understanding creator burn out by conducting research to:**

   - Define creator burn out and size it relative to other creator MWB issues
   - Better understand the relationship between burnout and churn
   - Investigate the factors that contribute to creator burnout and how to address them within the context of IG's overall goals for creator production

1. **Mid H1'23 we propose creating a design Vision followed by proofs of concept in H2'23:**

   - We will put together a design vision in collaboration with relevant partner teams
   - Generate early learnings by identifying proofs of concept like extending Take a Break and QM to creators. Sample ideas here

**Assuming successful understanding of the space and alignment across IG, we'd plan to have a drumbeat by early '24.**

**See Discussion #3 for trade offs to go faster.**

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013202



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013203

1.   <

HIGHLY CONFIDENTIAL (COMPETITOR)     META3047MDL-136-00013204

Slide 32

8

1. Understand plan for teen PU and other teen areas?

2. Does the team have lens on PU for gen pop?
as a MWB team, is there an obligation/generalist strategy to scale these out? Overall Meta/CWB strategy - but state it clearly if its not. As the team gets through thorough understanding of product effectiveness, do we feel good about where we landed? Opportunity to expand to other audiences - creators, gen pop? makes a case to make these products more visible. [UXR: Reconicle with ████ and team]

3. New ideas - aligned with creator partnership. Broader lens on burnout - could be a symptom. (other areas working via creator feedback, one place to start,  lit review). Onus on UXR to drive this strategy forward. (████ Focus on root causes that contribute, specific areas that impact creators, Q2 - hypothesis for potential product levers across teams)
████ 11/17/2022

9     How are we tracking Connections efforts or how PU measurement applies? Sayed/████ following up async
████ 11/17/2022

HIGHLY CONFIDENTIAL (COMPETITOR)

# Discussion questions

### #3 [Guidance] Creator Burnout

Over next two halves, we expect to have made substantial progress on PU and would like to be proactive in identifying new, relevant, areas of expansion for the team.

Based on the initial business case, are leads supportive of the team understanding Creator Burnout starting H1'23 and drumbeat starting H1'24? To go faster on shipping a drumbeat, we'd need to trade off against new PU interventions for teens.

### #4 [Confirm] Appearance Comparison

Landscape table and recent teen prioritization continue to show Appearance/Social comparison as a top problem. However, in May'22, we aligned across IG and CWB leads to pivot on PU because of the disconnect between approved solutions (more general in nature) and theory of change (required specific user/topic targeting).

As of now, CDS/CWB have not prioritized further understand work and MWB is focused on PU. Confirming leads are aligned with this (de) prioritization.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013206

Slide 33

10    Any indication that CWB might pick up AC measurement?

CWB initial steer: B&H, SSI/ED higher priority + Connections.

Most recent BEEF shows AC is a priority. Communicate this back out to CWB as signal @████@fb.com _Assigned to ████@fb.com_
████ 11/17/2022

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013207



HIGHLY CONFIDENTIAL (COMPETITOR)                                        META3047MDL-136-00013208

# FAQ: What caused the Q3 Adoption decline in Take a Break

- We observed a rapid drop in Take a Break meaningful adoption in the second half of September. This has since stabilized.

- Take a Break adoption is heavily reliant on the influx of new users, specifically through the upsell we have in Explore chains.

- The IG ban in Iran impacted us heavily because ~30% of WAU there were seeing our upsell impressions (compared to 3% in the US and 10% in India)

- Upsells on new surfaces should help diversify our channels and lower the reliance on Explore

- Understand work is needed for how the currently enabled users are honoring breaks over time (i.e. why are we so reliant on new users?)

HIGHLY CONFIDENTIAL (COMPETITOR)

## FAQ: How are Take a Break & Daily Limit performing today?

- Both are showing signs of PMF (see retention below); 90% retain the break control once enabled

- We have an opportunity to be more aggressive in driving awareness and adoption of Take a Break

- "Daily Limit" proportion of enabled users getting break reminders is 70% higher than TaB. The amount of enabled users is 40% of TaB, even without any upsells tactics

| Product | Awareness | Meaningful Adoption (% of teen WAU) | PMF Retention | Effectiveness |
|---|---|---|---|---|
| Take a break | 37% | 0.2% (took a break) | 57% honor reminders WoW | Unknown - proper tests needed |
| Daily Limit | 42% | 0.05% (took a break) | 55% honor reminders WoW | |

| Funnel | Take a Break (% of Teen WAU) | Daily Limit (% of Teen WAU) |
|---|---|---|
| Enabled | 2.3% | 0.55% |
| Nudge Displayed | 0.5% | 0.2% |
| Honored | 0.2% | 0.08% |

https://docs.google.com/spreadsheets/d/1wVBGmDEV3nfUo8l6Y4e_eOKN0_sXLGnG25e65pcDKBQ/edit#gid=469097209

4.23M tab enabled -> 924K tab displayed -> 370K tab honors

63% ▇▇▇▇ similar results in UK and BR, ref)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013210

## Take a Break Retention and Honor Rate

**What:**

- TaB meaningful adoption had declined from ~0.28% to ~0.19% of teen WAU from August to October 2022. (1)
- The feature has strong retention over time, with reminder set % leveling out around 90% and honor rate around 12.5%.
- However, there is a <u>strong decline</u> in the number of users to see incremental TaB reminders meaning that the decline in adoption is due to decline in impressions as opposed to fatigue.

**Why:**

- Users do not exhibit long-session behavior consistently over time, which causes the TaB nudge display rate to decline rapidly. (2, 3)
- This means that currently, TaB adoption is dependent on new users enabling the feature and we should explore other exposure opportunities for the feature. (4)
- The drastic decline in number of users exhibiting long-session behavior over time *could* be caused by a lack of sessionization for the TaB nudge.



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013211

# FAQ: How are Content Consumption products doing?

We've had a healthy drumbeat and successful collab with T&C + Relevance this half to implement ranking changes, but we have more understand work to do here before claiming success

- Topic Nudge engagement especially WoW retention is promising, but needs more understand work on effectiveness before global roll out

- Bulk hide usage is encouraging - 40 mean content hidden (median 11 with Explore bulk hide), vs 10.4 in control; more data to come post ranking changes

-      Low organic adoption could be due to low interest or low awareness, but since we don't have strong evidence of improving well-being we shouldn't invest heavily here.

| Product | Exposure | CTR | Effectiveness | PMF (Retention) |
|---|---|---|---|---|
| Alternative Topic Nudge | 2% get impression per day (12-14% of these click in) | 0.16% (clicked on ATN) | No stat sig reduction in high-NAC content consumption | 42% clicked on ATN nudge WoW |
| Explore Not Interested - Bulk Hide | 0.13% WAU | | Pending cluster demotion | Still not launched |
| Daisy | Producer grown 0.6% to 1.12% | N/A | TBD | |

4.23M tab enabled -> 924K tab displayed -> 370K tab honors

63% ▮▮▮▮ similar results in UK and BR, ref)

- 4.7% of media producers hide like on at least one media per day (2.3X increase from one year ago)
- Viewer control has low organic adoption

HIGHLY CONFIDENTIAL (COMPETITOR)

## FAQ: What do we know about Frequent Checking?

**Teens open the Instagram app automatically and habitually, without intention**
- 23% of US teen WAU say they open Instagram without realizing it at least once a day (          PU foundational survey)
- 27% of teen WAU across 6 countries (UK, US, NG, SK, BR, IN) report 'often' or 'very often' checking IG automatically without realizing it (Davis, PU pilot survey).

**Notifications make it difficult to manage time spent**
- Getting too many minor/irrelevant notifications is a trigger for those with PU; people with PU found it "incredibly difficult to avoid notifications" (ref)
- 21% of US teen WAU say notifications make it harder for them to manage the amount of time they spend on the app, and 32% say the number of notifications they receive can be overwhelming (          PU foundational survey)

**Fear of missing out and social pressure plays a role**
- Among teens with self-reported low control over their IG usage:
  - 45% are concerned about missing out if they don't check IG often
  - 42% are concerned about offending friends if they don't respond to messages right away
  - 40% are concerned about offending friends if they don't respond to their posts or stories right away

HIGHLY CONFIDENTIAL (COMPETITOR)



Heads up you opened the app 10 times


Remove time?

ALT stat: 27% of teen WAU across 6 countries (UK, US, NG, SK, BR, IN) report 'often' or 'very often' checking IG automatically without realizing it (Davis, PU pilot survey).

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013214



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-136-00013216