# Exhibit 34

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT          ) MDL No.
ADDICTION/PERSONAL INJURY PRODUCTS      ) 4:22-md-3047-YGR
LIABILITY LITIGATION                    )
_____)
        SUPERIOR COURT OF THE STATE OF CALIFORNIA
              FOR THE COUNTY OF LOS ANGELES
                SPRING STREET COURTHOUSE
COORDINATION PROCEEDING                 )
SPECIAL TITLE [RULE 3.400]              )
                                        )
SOCIAL MEDIA CASES                      ) Lead Case No.
For Filing Purposes                     ) 22STCV21355


            VIDEO DEPOSITION OF JOSHUA SIMONS MP

                    April 1, 2025


        Reporter: John Arndt, CSR, CCR, RDR, CRR
               CSR No. 084-004605
                  CCR No. 1186

BY MS. CARROLL:

Q.    Was addiction or addictive properties a part of that discussion with anyone during your time at Facebook?

A.    Yes.  And in some of the documents that I wrote whilst I was at Facebook, addiction was one of the types of harm or the mechanisms by which harm was reproduced that I talked about with senior executives -- Margaret Stewart, ████████, to name two examples -- in those documents themselves.

And in particular, the question we talked about was, given that the whole News Feed system is aimed at engagement, that's a set of repeated patterns of behavior -- clicking, liking, sharing, and on so -- the best way to increase engagement is addiction in some way, you know, is to get people doing those forms of engagement.

And so the type of content that the News Feed system made viral was the kind of content that would make you feel, make users feel whatever they needed to feel to produce that type of behavior.  And so I talked with News Feed executives as well as Margaret and ████████ about that feedback loop, essentially, of a system designed to promote engagement that produced content that kept people on the platform, coming back