# Exhibit 53

Message
_____

| | |
|---|---|
| **From:** | Kang-Xing Jin [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=███████████████] |
| **Sent:** | 11/6/2021 7:09:57 PM |
| **To:** | Chris Cox ████@fb.com]; Adam Mosseri ████@fb.com]; Nick Clegg [████@fb.com]; Alex Schultz ████@fb.com]; Naomi Gleit ████@fb.com]; ██████████████@fb.com] |
| **CC:** | Pratiti Raychoudhury ████@fb.com]; █████████████@fb.com]; ████████@fb.com]; Emily Dalton Smith ██@fb.com]; Antigone Davis████@fb.com]; ███████████@fb.com]; Lena Pietsch ████@fb.com]; ████████████@fb.com]; Kristin Hendrix ████@fb.com] |
| **Subject:** | [Pre-Read] (A/C PRIV) 11/8 Well-being 2022 Central Investment Meeting |
| **Attachments:** | image001.png; image002.png; Well-Being Central Investment Nov 2021.pdf |

Hi,

# Redacted for Privilege

███ are there Redacted for Privilege

Thanks,
KX

Redacted for Privilege

---

**From:** Nick Clegg ████@fb.com>
**Sent:** Friday, August 27, 2021 5:50 PM
**To:** Mark Zuckerberg ██@fb.com>
**Cc:** Chris Cox ████@fb.com>; Alex Schultz ████@fb.com>; Pratiti Raychoudhury ████@fb.com>; Naomi Gleit ████@fb.com>; Kang-Xing Jin ████@fb.com>; Sheryl Sandberg ████@fb.com>; Susan Li ██@fb.com>; Joel Kaplan ████@fb.com>; John Pinette ████@fb.com>; ██████████@fb.com>; ██████████@fb.com>; ████████@fb.com>; Antigone Davis ████@fb.com>; Lena Pietsch ████@fb.com>; Monika Bickert ████@fb.com>; David Wehner ████@fb.com>; Pavni Diwanji ████@fb.com>
**Subject:** Re: Well-being product strategy + tech headcount

Apols – with proposal now attached below. N

---

**From:** Nick Clegg ████@fb.com>
**Date:** Friday, August 27, 2021 at 5:30 PM
**To:** Mark Zuckerberg ██@fb.com>

**Cc:** Chris Cox <░░░@fb.com>, Alex Schultz <░░░@fb.com>, Pratiti Raychoudhury <░░░@fb.com>, Naomi Gleit <░░░@fb.com>, Kang-Xing Jin <░░░@fb.com>, Sheryl Sandberg <░░░@fb.com>, Susan Li <░░░@fb.com>, Joel Kaplan <░░░@fb.com>, John Pinette <░░░@fb.com>, ░░░░░░ <░░░@fb.com>, ░░░░░░@fb.com>, ░░░░░░@fb.com>, Antigone Davis <░░░@fb.com>, Lena Pietsch <░░░@fb.com>, Monika Bickert <░░░@fb.com>, David Wehner <░░░@fb.com>, Pavni Diwanji <░░░@fb.com>

**Subject:** Well-being product strategy + tech headcount

Mark

KX, Pratiti and ░░░ have put together the proposal below for additional investment to strengthen our position on wellbeing across the company.  Chris, Alex and I strongly endorse this approach, and I wanted you to see their thinking ahead of the discussions on headcount allocation.

From a Policy perspective, this work has become increasingly urgent over recent months. Politicians in the US, UK, EU and Australia are publicly and privately expressing concerns about the impact of our products on young people's mental health. In the US, this was specifically raised with me by the Surgeon General, and is the subject of potential legal action from State AGs. We have received numerous policymaker inquiries and hearing requests.

This policy focus - at all levels of government and in multiple jurisdictions - is now being reflected in a greater push for legislation (eg, body image bills, youth design bills, etc.). It has multiple root causes, including but not limited to:

*   Increased concerns about the impact of online tools during Covid-19 -- exacerbated by increased suicide ideation amongst teens during the pandemic as well as an uptick in actual suicides and other negative mental health outcomes.
*   Press and policymaker focus on new product developments like IG Youth.
*   Political considerations (eg, efforts to win back "suburban moms" has resulted in Congressional Republicans making youth/kids as a centerpiece of their tech agenda).

We're already seeing that our pivot to the metaverse will raise new questions from policymakers about the impact that our FRL products will have on young people. In a recent US policy elites survey, participants (both Democrats and Republicans) expressed concerns about the potential impacts of AR/VR on young users, particularly with regard to time spent on the devices and the potential for harmful actors to target children.

The good news is we are starting to make real progress internally: We now have a strong program of research underway (led by Pratiti); we have established a Youth XFN (led by Pavni) which is driving some valuable product changes; and we are organizing our comms and marketing efforts in a more streamlined fashion (Lena's narrative disruption team has youth wellbeing as a top priority, and as you know wellbeing is one of our key "Arguments to Win").

Nonetheless, we need to do more and we are being held back by a lack of investment on the product side which means that we're not able to make changes and innovations at the pace required to be responsive to policymaker concerns. Our wellbeing work is both under-staffed and fragmented across teams, which is why we view the proposed investment outlined below as important – conscious though we all are of the numerous other competing headcount demands.

Nick


**Well-being product strategy headcount request:**
We are not on track to succeed for our core well-being topics (problematic use, bullying & harassment, connections, and SSI),* and are at increased regulatory risk and external criticism. These affect everyone, especially Youth and Creators; if not addressed, these will follow us into the Metaverse *[Status Quo summary below]*.

KX and team developed a product strategy that will get us on track for success over the next ~2 years.

We hope much of the funding can come out of App, Youth, Creators, and Integrity teams, but a few critical things will likely not:
**1) Establishing a central cross-Family team:** One of the core gaps right now is each team approaches well-being differently (if at all), and no one owns end-to-end success in each area across all audiences; staffing this is a pre-requisite for company long-term success, and will let us achieve more out of the family of app investments. [25 XFN Headcount]
**2) Accelerating work around Problematic Use on FB/IG:** This is the topic where we have the largest gap relative to competitors and external expectations as well as minimal current staffing. [20 ENG for FB/IG]

If we want to make meaningful progress, we recommend at a minimum staffing these up for 2022 *[See Options Table below].* This ask does not cover funding product work specific to AR/VR; however, if we fund the central team, it can work with AR/VR to align on the strategy and approach here as well. For more details, an [overall one-pager for well-being product strategy is here](#).

| | Status Quo | Option 1 [Minimum Recommended] | Option 2 [Ideal] |
|---|---|---|---|
| Description | No changes from Status Quo | 1) Centralize tracking across all topics, and strategy and measurement for Problematic Use and Connections<br>2) Staff up Problematic Use product work across FB and IG | 1) Centralize tracking, strategy, and measurement across all topics<br>2) Staff up all identified product gaps across topics in FB, IG, MSGR, WA and Integrity |
| Incremental Asks | 0 | 25 XFN (Central) + 20 ENG (Product) | 40 XFN (Central) + 84 ENG (Product) |
| What this gets us | Not on path to fully address any topic area; no central ownership | --Central accountability for the 2 topics that are currently wholly un-owned<br>--On path to address Problematic Use challenges (topic where we have largest gap relative to competitors and external expectations, and minimal current staffing)<br>--<u>Not</u> on path to address all 4 topic areas, but may be able to accomplish more, dependent on ability Centrally to influence teams across FoA to prioritize work on these topics (e.g. Youth, Creators, Integrity, AR/VR, FB/IG/MSGR/WA) | --Clear central accountability for all topics<br>--On path to address challenges across all 4 topic areas across FB, IG, MSGR, WA without needing to align prioritization with other teams (excluding AR/VR) |

## Status Quo

| | | Problematic use | Bullying & Harassment | SSI | Connections |
|---|---|---|---|---|---|
| **Success** | | *People feel their time on the platform is worthwhile and empowered to manage their experiences.* | *People feel safer and supported when interacting on our platforms.* | *People don't associate the company with suicide and self-injury struggles.* | *People use our products to meaningfully interact with their connections.* |
| **Where are we today relative to success** | **Amplification** Proactively prevent and reduce the amplification of problematic aspects of each topic on platform (e.g., ranking, goaling). | ·Gaps: No guardrails; inconsistency or not available across platforms; not consistently optimized for youth across the company. | Gaps: Better detection of mass harassment/brigading (e.g. Euro 2020 incident); inconsistency across platforms; classifiers not optimized for youth. | Gaps: Regulation; missing borderline/adjacent problematic content; not optimized for youth. | Gaps: Missing high-responsibility investments; inconsistency across platforms; contradictory product investments without clear guardrails. |
| | **Support & resources** Provide people with the right tools at the right time to prevent[?] and/or navigate <topic> on platform (e.g., controls, reflections). | Gaps: Existing tools neither widely used nor promoted; missing high-responsibility investments; not consistently customized for youth across the company. | ·Gaps: Improved targeting and timely upselling of existing tools; inconsistency across platforms; not consistently customized for youth across the company. Unclear on user satisfaction with support offered. | Gaps: Some countries don't have localized content; not customized consistently for youth across the company. | · Gaps: We don't know which products and use cases are the most impactful; could do some more work on quality refinements (e.g., Graph cleanup). |
| | **Measurement** Centralized way to measure the topic and track progress against our success state. | ·Gaps: No centralized measure; don't know impact of current products. | Gaps: Don't know impact of current products or have measurement for the supportiveness of our current products. | Gaps: Don't have a way to define or measure progress toward long-term success. | Gaps: No centralized measure across apps. There is little empirical evidence on the impact of our products, and which products and use cases are most impactful. |
| | **Narrative** Centralized narrative where we are transparent about all of our work, and have public advocates for it. *(Needs to be driven by Arguments to Win)* | Gaps: No centralized narrative or strong public advocates (opportunity to be proactive for the metaverse). | Gaps: No centralized narrative; could have more public advocates for the whole family of apps. | ·Gap: Addressing perceived "adjacent" problems (e.g. Problematic Use, B&H, Eating Disorders) even if most evidence does not suggest they are actual drivers of SSI. | ·Gaps: No centralized narrative; other well-being topics detract; no strong empirical evidence or public advocates (strong opportunity to be proactive for the metaverse) |

* After considering 1,000+ well-being topics, we selected the top topics that key experts and policy stakeholders advocate are important for us to focus on, and where we are currently underinvested: problematic use, bullying + harassment, connections, SSI. These topics are also highly aligned with what teens want Facebook and Instagram to prioritize.

HIGHLY CONFIDENTIAL (COMPETITOR)        META3047MDL_RVOL003                META3047MDL-003-00190728