# Exhibit 54

Message

| | |
|---|---|
| **From:** | Shruti Bhutada [notification@fbworkmail.com] |
| **Sent:** | 11/14/2019 12:29:48 AM |
| **To:** | Research Insights [████████████████@mail.workplace.com] |
| **BCC:** | Mark Zuckerberg [████@fb.mail.onmicrosoft.com] |
| **Subject:** | [Research Insights] Instagram Insights |



 **Reply by email** to comment on Shruti's post in the Research Insights group. All 3,039 group members will be able to see your reply on Workplace. Group members with email notifications turned on will also receive it by email.

**Shruti Bhutada shared in Research Insights**
November 13 at 4:29 PM

**Shruti Bhutada shared in Instagram Insights**
November 6 at 8:53 AM

# Hard Life Moments - Mental health deep dive

We wanted to understand Instagram's role (for better or worse) in the hard experiences in peoples' lives.

How does Instagram magnify or reduce harm, pain and support during these moments? Where could we be better supporting our Instagram community? What experiences should we prioritize?

In order to answer these questions we surveyed 22,410 users across United States, Japan, Brazil, Indonesia, Turkey and India (stratified across markets) between the ages of 13 to 65+.

**HARD LIFE MOMENTS?:** These do not refer to just one time instances but difficult and negative experiences that may impact well-being. We looked at 23 issues ranging from mental health to interpersonal issues and life events.

We only focused on the 13 mental health issues for this report. Summary chart (at the end) includes all 23 experiences for better comparison.

TL;DR

1. **Prioritization:** Social comparison stands out as a high reach, moderate intensity issue where users want support. It ranks top among the mental health issues Instagram should care about.
2. **Impact of IG**: Across issues, a majority of users felt that Instagram either had no impact or made things better. Over 30% of users across age cohorts felt that Instagram made problematic use worse. ~ 30% of teen girls also felt that Instagram made dissatisfaction with their body worse.
3. **Expectation of support**: Teens generally felt that it was important for Instagram to support people when they were having a hard time irrespective of the issue. Adults had stronger opinions re problematic use, social comparison, SSI and sadness/depression.
4. **Usage during distress**: Most users used Instagram to distract themselves when they were having a hard time. Most also wished Instagram had given them better control of what they saw and helped connect them with people who had had a similar experience

https://fb.workplace.com/permalink.php?story_fbid=425048148417600&id=100027372548112

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-00152568



**View on Workplace**    **Like**

Unsubscribe from Shruti's post or Research Insights · Change email settings

You're seeing this because you're a member of Research Insights group on Workplace

Learn more about Workplace · Facebook, Inc., Attention: Community Support, 1 Facebook Way, Menlo Park, CA 94025

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00152569