# Exhibit 55

Message

**From:** [REDACTED] [[REDACTED]@fbworkmail.com]
**Sent:** 12/18/2019 8:18:59 PM
**To:** Research Insights [[REDACTED]@mail.workplace.com]
**BCC:** Mark Zuckerberg [[REDACTED]@fb.mail.onmicrosoft.com]
**Subject:** [Research Insights] Next-Gen "Your Time on Facebook" Usability...





**Reply by email** to comment on [REDACTED]s post in the Research Insights group. All 3,093 group members will be able to see your reply on Workplace. Group members with email notifications turned on will also receive it by email.

[REDACTED] shared in **Research Insights**
December 18 at 10:18 AM

## Next-Gen "Your Time on Facebook" Usability Testing Report

### CONTEXT

Our Well-being team has been focused this half on "defensive" strategies; ways to mitigate the negative effects of Facebook on people's well-being. Problematic Use* is more prevalent than previously thought (12.5 % of people affected). Another 11% of people report negative life impact 'very often' but only 'sometimes' lacking control. Source: PU wiki

In Q4, we conducted 18 in-person 1:1 interviews to evaluate the usability and proposed visual designs for the next iteration of the "Your Time on Facebook" page (Next-Gen YToF). We partnered with vendors in 3 countries (US, India, Brazil) identified for being moderate to high in Problematic Use of Facebook.

### TL;DR

- **No major usability issues surfaced during Next-Gen YToF tasks.** Users had mostly positive feedback and felt these tools would help them better manage their time and curb problematic use. Many expected Quiet Mode to also work on Messenger.
- **Many appreciated having the time spent graphs as tools for increasing awareness of their time spent on the Facebook app, and to goal against for behavior change.** Some found the data in 2 of the 3 graphs (number of visits, daytime vs. nighttime use) less helpful and/or difficult for to interpret than the Time per Day graph.
- **Some did not associate the title "Get More from Your Time" with its contents (News Feed Preferences and Friends on Facebook).** They checked other sections before locating these features.
- **For visual designs, most preferred Illustrations over Photography both aesthetically and for relevance to YToF features.** Illustrations were more aligned with Quiet Mode, while others chose photography for its vibrance.

### PLEASE DOGFOOD!

Dogfooding for YToF kicked off December 10th! We encourage you to try out these features, log bugs and/or post feedback to the Feedback group. Thanks in advance!! We hope that you find these features beneficial to your life :-)

- *We define problematic use as experiencing both of the following issues "very often" or "all the time": (1) Lack of control or feelings of guilt over Facebook use. (2) Negative impact in at least one of the following areas:

sleep, parenting, social relationships, or productivity. Source: Measurement Strategy for PU by [REDACTED]

#markdown




Unsubscribe from [REDACTED]'s post or Research Insights · Change email settings

You're seeing this because you're a member of Research Insights group on Workplace

Learn more about Workplace · Facebook, Inc., Attention: Community Support, 1 Facebook Way, Menlo Park, CA 94025