# Exhibit 68

Message
_____



| | |
|---|---|
| **From:** | ██████ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=██████████] |
| **Sent:** | 9/26/2022 3:06:16 PM |
| **To:** | Mark Zuckerberg [██@meta.com]; Sheryl Sandberg [███@meta.com]; Nick Clegg [███@meta.com]; Chris Cox [██@meta.com]; Maxine Williams [██████@meta.com]; Joel Kaplan [██████@meta.com]; David Ginsberg [██████@meta.com]; Mike Schroepfer [███@meta.com]; Naomi Gleit [████@meta.com]; Ime Archibong [██@fb.com]; Andrew Bosworth [██@meta.com]; Will Cathcart [██████@meta.com]; Jennifer Newstead [██████@meta.com]; ██████████ [██████@meta.com]; Guy Rosen [████@meta.com]; Kevin Martin [██████@fb.com]; Monika Bickert [█████@meta.com]; Alex Schultz [██████@meta.com]; Susan Li [██@meta.com]; David Wehner [██████@meta.com]; Adam Mosseri [█████@meta.com]; Marne Levine [██████@meta.com]; Javier Olivan [█████@meta.com]; Small Group [████████@fb.com] |
| **CC:** | Tucker Bounds [██████@fb.com]; Sarah O'Brien [██████@meta.com]; Lena Pietsch [████████@meta.com]; Andy Stone [█████@fb.com] |
| **Subject:** | Topline News - 09.26.2022 |

**TL;DR:** Driving coverage this Monday morning–
- **Twitter is set to question Elon Musk under oath** for the first time re: Twitter deal.
  - "The deposition will take place privately at a law office in Delaware on September 26 and 27 — and could potentially extend into a third day of questioning." (<u>Insider</u>)
  - Twitter's CEO <u>will also</u> be deposed today.
- **TikTok**
  - **TikTok is facing a £27 million ($29 million) fine** after the U.K.'s Information Commissioner's Office (ICO) provisionally found that the company breached child data protection laws for a two year period. (<u>BBC</u>)
  - **On US Security Deal via NYT**: "The Biden administration and TikTok have drafted a preliminary agreement to resolve national security concerns posed by the Chinese-owned video app but face hurdles over the terms, as the platform negotiates to keep operating in the United States without major changes to its ownership structure, four people with knowledge of the discussions said."(more <u>here</u> and below)
- <u>NASA is set to "slam a spacecraft into a little asteroid this evening</u> in an attempt to redirect it."
  - "The first-of-its-kind mission — DART (Double Asteroid Redirection Test) — marks the first true test of whether or not NASA will one day be able to push a potentially dangerous asteroid off a collision course with Earth if the need should ever arise."
  - The collision is expected at 7:14pm ET -  Watch it live on <u>NASA TV</u>.
- **Across the Pond:**
  - **Italy election update:**
    - "Italy turned a page of European history on Sunday by electing a hard-right coalition led by Giorgia Meloni, whose long record of bashing the European Union, international bankers and migrants has sown concern about the nation's reliability in the Western alliance." (<u>NYT</u>)
    - It's Italy's <u>first</u> far-right-led government since World War II.
    - Meloni would be Italy's first female prime minister.
  - **Molly Russell inquest update:** the hearing continues this week with a series of evidence sessions. Today's session, during which Meta representative ██████████ is giving evidence for a second time, has generated little media coverage so far.
  - **The British pound fell to all-time low** against the U.S. dollar early Monday after Treasury chief Kwasi Kwarteng pledged a <u>sweeping package of tax cuts</u>, fueling concerns about the government's economic policy. (<u>AP</u>)

**FOR YOUR RADAR:**

CONFIDENTIAL                                                                                       META3047MDL-014-00325886