# Exhibit 81

**META3047MDL-047-00017209**

## Metadata

| All Custodians | Clegg_Nick;Pietsch_Lena | SEMANTIC |
|---|---|---|
| All Paths | /Clegg_Nick/Top of Personal Folders/Inbox;/Pietsch_Lena/Top of Personal Folders/Inbox | SEMANTIC |
| Confidentiality | HIGHLY CONFIDENTIAL (COMPETITOR) | SEMANTIC |
| Date Sent | 11/19/2020 6:56 pm | SEMANTIC |
| From | John Pinette       @fb.com> | SEMANTIC |
| Primary Date | 11/19/2020 6:56 pm | DOC_TYPE_ALIAS |
| To | Nick Clegg      @fb.com>;          @fb.com> | SEMANTIC |

Message
_____

| | |
|---|---|
| **From:** | John Pinette [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=███████████████████████] |
| **Sent:** | 11/19/2020 6:56:10 PM |
| **To:** | Nick Clegg [█████@fb.com]; ████████████@fb.com] |
| **CC:** | Lena Pietsch [████████@fb.com]; ██████ ██████ █████@fb.com]; ████████ ████████@fb.com]; █ ██████@fb.com]; ████████ ████████@fb.com]; ████████ ████████@fb.com] |
| **Subject:** | Disrupting the Narrative Framework + some words |
| **Attachments:** | Disrupting the Narrative.docx; image001.png; image002.jpg; image003.jpg |

NICK – here is a slightly built out version of the Disrupting note. As you mentioned, some of ██████ slides will fit nicely into what we're doing here. The roster of the projects underway isn't appended. Let us take one more look at the 'batched up' list and see if it still makes sense ██████ may have another version.

If you're comparing ██████ s doc and this below, you'll see we took some liberties with her language around the core problem statements. Please let us know what else we (= Lena, ██████, JohnP) can do to help backfill data or graphics if you need them.

GOOGLE DOCS VERSION HERE

## DISRUPTING THE NARRATIVE
## Answering our Critics & Reclaiming our Story

When Mark sat before the Senate this week, we saw a recapitulation of the major criticisms of Facebook from across the political spectrum. Time and again, Committee members were able to state opinions and conclusions about the company that were not rooted in fact. But they were able to voice them with little fear of contradiction. Facebook has become akin to Big Tobacco. It is presented as the accepted truth that our business model promotes hate; we disregard the truth and profit from polarization.

We have a problem: an accepted negative narrative now defines the company among most of the key audiences we need (government elites, civic minded elites, tech elites). This negative read on the company's values and behavior allows our critics easy access to our regulators. Even if those government leaders are motivated fundamentally by their concerns about the power the company possesses by dint of its scope and success, these negative perceptions facilitate the embrace of all manner of regulatory regimes that will harm or diminish the company's ability to connect people throughout the world.

We need to fight back, to disrupt the narrative, and confront the criticisms head-on.

## THE COST OF CRITICISM IS ZERO

At present, many of our harshest critics can criticize the company with little worry of contradiction or reaction. They are abetted by our core beat reporters who view the company with suspicion and look for the most negative or sinister motivation for, essentially, everything that we do.

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                      META3047MDL-047-00017209

Two notable examples of this are Shoshana Zuboff's book, *The Age of Surveillance Capitalism*, and Jeff Orlowski's Netflix film, *The Social Dilemma*. They are representative of the anti-FB zeitgeist and object lessons in the road-weariness of the company in pushing back against this kind of criticism since CA.

A successful push back will require a coordinated effort among comms, policy, marketing, research, and product.

## CRITICISMS: FACEBOOK'S BUSINESS MODEL IS BAD FOR THE WORLD

There are many possible ways to cut the criticisms we face, and while this is not an exhaustive list, it summarizes what I view to be the fundamental misunderstandings core to our problems with elite audiences.

- Outrage Capitalism: FB profits from divisive and polarizing content
- Surveillance Capitalism: FB exploits its users
- Anti-Well-Being: FB has a net negative impact on the well-being of community members, especially the young
- Anti-Truth: FB profits from the amplification of misinformation and disinformation
- Anti-Democracy: FB's approach to political speech is destructive to democracy

When these assertions are made, we presently either don't respond, or our response is anemic, lacking strong rebuttals rooted in the facts, in research (or, at the least message research) and data on our industry as a whole.

## VARIOUS WORKSTREAMS LACK A COMMON TOUCHPOINT

The good news is that we have several efforts underway at the moment that touch various aspects of these problems. The table below shows some of them, but there are perhaps even more that we don't know of. That points to the disaggregated way in which that work is happening and the need for a common observatory where the work can be informed by what the company needs vis a vis regulators and other authorities and exploited to assist in responding forcefully to our critics. For us to mount a convincing defense, we need alignment from Research, Product, Comms, Policy & Marketing. Many of the pieces are there - or underway, but we lack a structure for planning, coordination and action.




For example, marketing is undertaking a broad programme of campaigns that speak to trust and value across our portfolio of brands. Those efforts will touch on privacy, integrity, wellbeing and polarization (WE MAY NEED TO VET THIS DESCRIPTION WITH EITHER ███ OR ███ ).

CHART OF WORK UNDERWAY HERE.

## STRUCTURAL FIX

I am proposing a structure to coordinate the work and take a more front-footed approach answering our critics. More than just information sharing, this group would have collective responsibility for advancing the work and creating the narrative and delivery mechanisms to disrupt the negative narrative (campaigns, white papers, policy initiatives, recruitment of third party advocates, etc.)

- Five Corners Working Group: Research/Product/Marketing/Policy/Comms
- Five D2/VPs seconded to report to Nick on this project: Single threaded owner
- Research agenda to provide data driven answer to those criticisms we can refute

HIGHLY CONFIDENTIAL (COMPETITOR)

- Acknowledgement of those places where the products do require improvement (e.g., Jack Dorsey this week on the addictive nature of social media and Twitter's steps to control access for the young)
- Surface low-impact but high-return actions to reduce distrust of the company (e.g., TikTok's Algorithmic Transparency Center proposal in Washington DC).
- New structure in Policy & Comms to rapidly (and forcefully) counter our critics
- Research driven metrics to assess impact of the work on core elite audiences.

**WHY NOW**

The impact of regulatory action against us in the US and the EU will make our present difficult situation even worse. The likelihood of 40 attorneys general and the US government suing FB will have an impact on the media environment both inside and outside the US. We stand at historic lows in terms of CAU, driven by the competing impressions of our platform allowing too much hate, and the conviction among some that we have an anti-conservative bias. As bad as those numbers are, they can get worse. Now is the time to push back on the negative, and double down on the positive work we are envisioning around Covid prevention and reliable vaccine information, recovery (particularly SMBs) and human connection.



**NEXT STEPS**

I want to convene this group in early December to agree on the problem we are addressing, scope the resources we have or under development, and where we see the gaps.

HIGHLY CONFIDENTIAL (COMPETITOR)                                                            META3047MDL-047-00017211