# Exhibit 85



# INSTAGRAM SAFETY NARRATIVE: US, UK, FR, DE, JP

Marketing Insights
March 2019

Wendy Gross, Marketing Insights
█████████ Product Marketing

# EXECUTIVE SUMMARY

- Safety is less of a personal concern than anticipated. When users worry about safety on Instagram, they are concerned for other people and not themselves.

- Across most markets, the same safety issues rose to the top: bullying and harassment, account hacking, and SSI content.

- Bullying/harassment and SSI are worrisome on a societal level, not a personal one. Users see these two issues as closely linked to each other and to social comparison.

- On a personal level, users worry about control over their experience:

  - Hacking, which they define as the loss of control over their private information, typically by someone they know

  - Unwanted contact, particularly within Direct

# EXECUTIVE SUMMARY - CONT.

- Awareness of safety issues is uniformly lower in Japan than the other markets.

- The source of awareness of safety issues differs by age group.

  - Teens are likely to have seen them or to hear about them from friends.

  - Adults are likely to have heard about safety issues from the media.

# EXECUTIVE SUMMARY - CONT.

- Users are not hungry to hear about safety from Instagram until they are affected by a specific issue. When users do want to hear more, they want to know more about the app's safety tools and reporting. Data about safety issues directly from Instagram is less convincing.

- Of the territories tested, the most resonant were those that indicated Instagram's constant and proactive effort to maintain high standards and keep people safe on the app.

  - 'I feel comfortable sharing on Instagram' and 'I feel safe on Instagram' were seen as the bar for entry to use Instagram.

4



# BACKGROUND & OBJECTIVES

# BACKGROUND & OBJECTIVES

We conducted market research to...

- understand which integrity and safety issues are top-of mind for consumers and what they think Instagram should be addressing and proactively communicating about

IN ORDER TO

- Inform outreach and product teams on upcoming comms moments and marketing initiatives

# METHODOLOGY

## Focus groups

We spoke to 48 people age 16 and up in the US

We held 4 90-minute workshops in Phoenix, AZ, and New York City, NY. In each market:
• 2 groups were with teen (age 16-18) Instagram users
• 1 group with parents of teens (age 11-18)
• 1 group with adults approximating Facebook's Policy Informed Constituent definition

**How did we select participants?**

Participants were recruited through a regionally representative third party panel

Complete respondent qualifications are available in the appendix.

## Online Survey

We surveyed 8,397 Instagram users age 13-45 in the US, UK, FR, and JP

Respondents were randomly selected among Instagram users

| | Total | Teens | Non-teens |
|---|---|---|---|
| 🇺🇸 | 2,044 | 774 | 1,270 |
| 🇬🇧 | 2,542 | 1,213 | 1,329 |
| 🇩🇪 | 517 | 167 | 350 |
| 🇫🇷 | 1,385 | 645 | 740 |
| 🇯🇵 | 1,909 | 941 | 968 |

Data are weighted to gender, user group (DAP, WAP, MAP), and last user interface (iOS, Android, other) within each country, age group, and survey platform.

The survey was fielded both off platform and in-app in order to conduct methodological research comparing the two survey modes, using external data to triangulate any differences in results. Additional research will compare the data collected from each platform.

7



# SAFETY ISSUES ON INSTAGRAM

Understanding top safety issues for Instagram to address

# INSTAGRAM USERS WORRY ABOUT THE SAFETY OF OTHER USERS MORE THAN THEY WORRY ABOUT THEIR OWN



- Almost all the users we talked to had heard about **bullying**, **suicide**, and **self-injury**. However, few had recent experience with any of these issues so weren't that worried about encountering them.

- Rather, they worried about younger or more vulnerable Instagram users, especially as it relates to bullying.


*I'm not as worried for myself because I'm leery of everyone, but I worry about other people*


*I haven't had an event that made me question my safety.*


*It's [bullying] worse for kids, who are more likely to respond*


*Our parents are much more concerned than we are about safety.*

9

# OVERALL, ACCOUNTS BEING HACKED, BULLYING OR HARASSMENT, AND SSI CONTENT ARE TOP INTEGRITY ISSUES ACROSS MARKETS



Top Integrity issues

Q. Which of the following have you heard of happening on Instagram?/How does hearing about each of the following change your perception of Instagram?/How important is it for you to hear what Instagram is doing for each of the following on its app?/How much is Instagram doing to make sure each of the following stays off the app?
*Unwanted contact from strangers asked as "Inappropriate messages or comments between adults and teens" for adults
Index calculated as the sum of proportion who have heard of the issue, much/somewhat worse perception of IG, extremely/very important to hear about, IG isn't doing enough/anything for each dimension divided by the average for that dimension.

# MANY KEY ISSUES TAKE DIFFERENT FORMS THAN EXPECTED

| Key issue | Top learning | Details |
|---|---|---|
| **Accounts being hacked** | The term "hacking" means the release of information the user intended to be private | • Being hacked by a stranger would be more annoying than painful. The key stressor is rebuilding a reputation.<br>• More concerning is people they know (parents, BFFs, exes) accessing their account and releasing personal information. |
| **Bullying or harassment** | Users worry about bullying for others, but not for themsleves | • Bullying represents broad behavior spectrum, and the most frequent forms are less extreme. Teens avoid using the terms "bully" and "bullying" to describe their experiences.<br>• Maturity, confidence and desire to protect reputation for future decrease more nefarious forms of bullying by high school |
| **Content about self-harm or suicide** | SSI is only one of a plethora of concerns around mental health | • While suicide and self-harm are the most extreme mental health concerns, we also heard about eating disorders and body dysmorphia.<br>• Users saw clear causal links among mental health, bullying, and perfectionism. |
| **Unwanted contact from strangers** | The overwhelming form of unwanted contact is spam in DM | • The largest form of unwanted contact on Instagram comes through Direct. Specifically, users are most bothered by bots (including porn bots), spam, and phishing.<br>• Predators (sexual and financial) are uncommon and are a concern for vulnerable populations only |

11

# "ACCOUNT HACKING" FITS INTO LARGER CONCERNS ABOUT USERS' CONTROL OVER THEIR INFORMATION

- The key safety issue for the users we talked to was being able to control the release of their information. This included:

  - Hacking

  - Permanence of content

  - Screenshotting

  - Location sharing



### HACKING

*If someone gets your password, you're pretty much screwed. They can edit and post whatever on your account.*



### PERMANENCE

*Once you post something, it's out there forever. It eliminates privacy; it could be used against you at any time.*



### SCREENSHOTTING

*Screenshotting has become normalized ... so people frequently share images without others' knowledge.*

*Screenshotting is power.*



### LOCATION DATA

*I never post when on vacation, I wait until I am home.*

*I'm free to have terrible judgment, but location tracking makes me feel like I'm not the decision maker*

# AT THE SAME TIME, USERS WANT CONTROL OVER WHO CAN CONTACT THEM





### PREDATORS

*I always hear about creepy people taking kids (where?), well, mostly on Dateline and SVU!*

*Kids are susceptible and aren't taught about safety.*

*I don't think they're getting a lot, but kids aren't experienced enough to know these aren't light hearted issues*



### UNWANTED CONTACT - DMs

*So many types, from porn sites to viruses, fishing, creeps and spam.*

*They're annoying and put me in a bad mood.*

*They're like flies, they come in and then go away completely...but when they return, it is even worse.*

- The users we talked to wanted to be able to control who could contact them.

- Current safety tools, particularly private accounts and blocking, reduce the amount of unwanted contact but still leave users feeling like "opening a DM from [*an unknown account*] is a really risky game"

- Examples include:

  - Unsolicited sexual images and messages (from both individuals and bots)

  - Spam

  - Phishing expeditions

13

# PEOPLE WE TALKED TO CLEARLY LINKED BULLYING, MENTAL HEALTH ISSUES, AND SOCIAL COMPARISON



## MENTAL HEALTH

*There is an unhealthy toxicity when connecting people who are struggling emotionally because they see other sad posts and this can lead to a downward mood spiral.*

*Paid promos such as the ones for laxatives can be problematic.*



## BULLYING

*Face-to-face is better, and so easy to block someone … bye-bye!*

*Bullying is not cool; hating is not cute*

*@ is the highest form of disrespect*

## SOCIAL COMPARISON

*People make innocent things a competition. This hurts, messes me up.*

*Perfectionism can easily spiral and this can lead to depression and mental illness.*

*I don't want to show them the real things. But if I don't, they say I'm fake*

# OTHER SAFETY ISSUES WERE PRESENT BUT LESS CONCERNING OVERALL



- Inauthentic accounts and contact
  - Fake accounts
  - Spam
  - Bots, especially in DMs
- Nudity
  - Hacked porn accounts
  - Revenge porn
  - Porn bots
- Violence



### INAUTHENTIC ACCOUNTS AND CONTACT

*I get DMs from marketing bots, especially to porn sites*

*Bots and scams have gotten worse, but it doesn't change the way I use Instagram*

*It's not safety, but it's really annoying*



### NUDITY

*I can't stop my kids from looking at it*

*I worry my kid will send nude photos, and it would get out their control*



### VIOLENCE

*[I worry about] uncensored images getting through filters*

15

# SAFETY ISSUES ON INSTAGRAM

**Takeaway 1**

Users are generally more concerned with the others' safety on social media than they are their own safety. The same key issues rise to the top in terms of safety on Instagram -- bullying, mental health, and hacking.

**Takeaway 2**

For many users, safety on Instagram revolves around control over their information and their experience. Having their account "hacked" is a subset of this loss of control.

**Takeaway 3**

Users see clear links among bullying, mental health concerns (including SSI), and social comparison.



# SOURCES OF INFORMATION

Understanding where information about safety issues comes from

# FRIENDS AND PERSONAL EXPERIENCE ARE THE PRIMARY WAYS TEENS HEAR ABOUT SAFETY ISSUES ON INSTAGRAM

## Where Teens Say They've Heard about Safety Issues on Instagram
### (Top Selected)

*n's vary*

| | 🇺🇸 | 🇬🇧 | 🇩🇪 | 🇫🇷 | 🇯🇵 |
|---|---|---|---|---|---|
| Bullying or harassment | I've seen it happen | Friends | It's happened to me | Media | Media |
| Content about self-harm or suicide | I've seen it happen | Media | Other | Media | Media |
| Unwanted contact* | Friends | Friends | Friends | It's happened to me | Friends |
| Accounts being hacked | Friends | Friends | Friends | Friends | Friends |
| Hate speech | I've seen it happen | Media | -- | Media | -- |
| Nudity/sexual content | I've seen it happen | I've seen it happen | -- | Media | -- |
| Violent content | Media | I've seen it happen | -- | I've seen it happen | -- |
| Threats of violence | I've seen it happen | Media | -- | Media | -- |
| Drug sales or promotions | -- | I've seen it happen | -- | -- | -- |
| False information presented as news | Media | Media | -- | Media | -- |

Q. Where did you hear about each of the following happening on Instagram? (select all that apply)
Data not shown if sample size is less than 50

# ADULTS ARE MOST LIKELY TO HEAR ABOUT SAFETY ISSUES FROM MEDIA OUTLETS

## Where Adults Say They've Heard about Safety Issues on Instagram
### (Top Selected)

*n's vary*

| | 🇺🇸 | 🇬🇧 | 🇩🇪 | 🇫🇷 | 🇯🇵 |
|---|---|---|---|---|---|
| Bullying or harassment | I've seen it happen | Media | Media | Media | Media |
| Content about self-harm or suicide | Media | Media | Media | Media | Media |
| IIC* | Media | Media | Media | Media | Media |
| Accounts being hacked | Friends | Friends | Friends | Friends | Media |
| Hate speech | Media | I've seen it happen | Media | Media | Media |
| Nudity/sexual content | I've seen it happen | I've seen it happen | IG Help Center | I've seen it happen | Media |
| Violent content | I've seen it happen | Media | -- | Media | -- |
| Threats of violence | Media | Media | -- | Media | -- |
| Drug sales or promotions | Friends | I've seen it happen | -- | -- | -- |
| False information presented as news | Media | Media | -- | Media | Media |

Q. Where did you hear about each of the following happening on Instagram? (select all that apply)
* IIC is short for  "Inappropriate messages or comments between adults and teens"
Data not shown if sample size is less than 50



# SAFETY MESSAGING

Understanding fit and appeal of potential territories

# WE DEVELOPED FOUR POSITIONING TERRITORIES AND ASSESSED THE STRENGTH OF EACH, BOTH QUANTITATIVELY AND QUALITATIVELY

**I feel comfortable sharing on Instagram.** Included for testing as the current L0 for the supportive pillar of Instagram.

**Instagram is working to reduce bad experiences on the app.** Included for testing as a consumer-friendly version of the current safety L2.

**I feel safe on Instagram.** Included for testing as an alternate to L2: Instagram is working to reduce

**Instagram is working to keep me safe on the app.** Included for testing as an alternative to "I feel safe on Instagram" that includes the sentiment of a work in progress (e.g., Teen Bullying Deep Dive 2019)

# 'I FEEL COMFORTABLE SHARING' IS THE MOST BELIEVABLE AND REALISTIC AND FITS BEST WITH THE INSTAGRAM BRAND

## 'Working to reduce bad experiences' is the most preferred territory

### Global Performance Scorecard

| | Instagram is working to keep me **safe** on the app | Instagram is working to reduce bad experiences in the app | I feel comfortable sharing on Instagram | I feel **safe** on Instagram |
|---|---|---|---|---|
| Most Preferred (Select One) | 95-104 | 105+ | 95-104 | <95 |
| Believability (T2B) | 95-104 | <95 | 105+ | 95-104 |
| Realism (T2B) | 95-104 | <95 | 105+ | 95-104 |
| Fit with Instagram (T2B) | 95-104 | <95 | 105+ | 95-104 |

 Global Index <95   Global Index 95-104   Global Index 105+

Global index is calculated as the weighted mean of the territory / weighted mean of all territories.

# INFORMATION ABOUT REPORTING AND SAFETY TOOLS ARE THE BEST WAYS TO SHOW COMMITMENT TO SAFETY IN THE US...



## Ways to show commitment to safety territories
### (% Selected)

| | Teens | | | | | Adults | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Working to keep me safe on the app (a) | Working to reduce bad experiences on the app (b) | Feel comfortable sharing (c) | Feel safe on Instagram (d) | | Working to keep me safe on the app (a) | Working to reduce bad experiences on the app (b) | Feel comfortable sharing (c) | Feel safe on Instagram (d) |
| n = | 139 | 168 | 176 | 160 | | 281 | 202 | 272 | 258 |
| Hearing more about how reporting works on Instagram | 61% | 56% | 41% | 42% | | 60% | 53% | 52% | 59% |
| Hearing more about Instagram's safety tools | 56% | 46% | 37% | 44% | | 59% | 54% | 57% | 60% |
| Hearing validation from someone I trust | 48% | 48% | 55% | 40% | | 27% | 37% | 32% | 46% |
| Hear about data from Instagram | 44% | 57% | 40% | 43% | | 49% | 61% d | 41% | 37% |
| Hearing more about Instagram's community guidelines | 38% | 37% | 36% | 36% | | 48% | 25% | 30% | 32% |

Q. What actions would show commitment to the following statement? (select all that apply)
Letters denote statistical significance using pair-wise comparisons with a Bonferroni correction.

# ...AND THE UK...



## Ways to show commitment to safety territories
### (% Selected)

| | Teens | | | | Adults | | | |
|---|---|---|---|---|---|---|---|---|
| | Working to keep me safe on the app (a) | Working to reduce bad experiences on the app (b) | Feel comfortable sharing (c) | Feel safe on Instagram (d) | Working to keep me safe on the app (a) | Working to reduce bad experiences on the app (b) | Feel comfortable sharing (c) | Feel safe on Instagram (d) |
| n = | 268 | 301 | 279 | 261 | 245 | 258 | 249 | 238 |
| Hearing more about how reporting works on Instagram | 58% | 48% | 51% | 51% | 63% c | 55% | 48% | 61% |
| Hearing more about Instagram's safety tools | 54% | 55% | 49% | 54% | 67% | 60% | 58% | 63% |
| Hearing validation from someone I trust | 47% | 40% | 53% | 54% | 39% | 44% | 36% | 35% |
| Hearing more about Instagram's community guidelines | 43% | 32% | 31% | 33% | 37% | 33% | 33% | 41% |
| Hear about data from Instagram | 41% | 41% | 41% | 37% | 42% | 45% | 37% | 42% |

Q. What actions would show commitment to the following statement? (select all that apply)
Letters denote statistical significance using pair-wise comparisons with a Bonferroni correction.



# ...AND GERMANY...

## Ways to show commitment to safety territories
### (% Selected)

|  | **Teens** | | | | | **Adults** | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Working to keep me safe on the app (a) | Working to reduce bad experiences on the app (b) | Feel comfortable sharing (c) | Feel safe on Instagram (d) |  | Working to keep me safe on the app (a) | Working to reduce bad experiences on the app (b) | Feel comfortable sharing (c) | Feel safe on Instagram (d) |
| *n =* | *37* | *34* | *33* | *42* |  | *79* | *66* | *69* | *56* |
| Hearing more about how reporting works on Instagram | 52% | 68% | 70% | 79% |  | 73% | 74% | 71% | 73% |
| Hearing more about Instagram's safety tools | 55% | 71% | 61% | 54% |  | 55% | 66% | 65% | 49% |
| Hearing validation from someone I trust | 51% | 49% | 44% | 38% |  | 26% | 28% | 46% | 32% |
| Hear about data from Instagram | 26% | 41% | 42% | 53% |  | 47% | 43% | 51% | 40% |
| Hearing more about Instagram's community guidelines | 22% | 60% | 53% | 45% |  | 25% | 28% | 38% | 35% |

Q. What actions would show commitment to the following statement? (select all that apply)
Letters denote statistical significance using pair-wise comparisons with a Bonferroni correction.

# ...AND FRANCE...



## Ways to show commitment to safety territories
### (% Selected)

| | Teens | | | | | Adults | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Working to keep me safe on the app (a) | Working to reduce bad experiences on the app (b) | Feel comfortable sharing (c) | Feel safe on Instagram (d) | | Working to keep me safe on the app (a) | Working to reduce bad experiences on the app (b) | Feel comfortable sharing (c) | Feel safe on Instagram (d) |
| n = | 139 | 139 | 105 | 143 | | 152 | 159 | 133 | 158 |
| Hearing more about Instagram's safety tools | 71% | 76% | 68% | 64% | | 71% | 65% | 63% | 64% |
| Hearing more about how reporting works on Instagram | 59% | 75% | 56% | 67% | | 52% | 60% | 63% | 55% |
| Hear about data from Instagram | 49% | 45% | 52% | 37% | | 48% | 47% | 43% | 37% |
| Hearing validation from someone I trust | 43% | 38% | 44% | 44% | | 27% | 35% | 38% | 28% |
| Hearing more about Instagram's community guidelines | 42% | 51% | 38% | 35% | | 34% | 47% | 43% | 37% |

Q. What actions would show commitment to the following statement? (select all that apply)
Letters denote statistical significance using pair-wise comparisons with a Bonferroni correction.

# ... AND JAPAN



## Ways to show commitment to safety territories
### (% Selected)

| | Teens | | | | Adults | | | |
|---|---|---|---|---|---|---|---|---|
| | **Working to keep me safe on the app (a)** | **Working to reduce bad experiences on the app (b)** | **Feel comfortable sharing (c)** | **Feel safe on Instagram (d)** | **Working to keep me safe on the app (a)** | **Working to reduce bad experiences on the app (b)** | **Feel comfortable sharing (c)** | **Feel safe on Instagram (d)** |
| n = | *202* | *175* | *182* | *201* | *175* | *145* | *143* | *152* |
| Hearing more about Instagram's safety tools | 62% | 61% | 62% | 59% | 67% | 50% | 45% | 51% |
| Hearing more about how reporting works on Instagram | 41% C | 32% | 25% | 33% | 53% | 38% | 44% | 33% |
| Hear about data from Instagram | 38% | 27% | 29% | 40% | 27% | 30% | 27% | 34% |
| Hearing validation from someone I trust | 33% | 23% | 38% | 36% | 29% | 31% | 37% | 35% |
| Hearing more about Instagram's community guidelines | 27% | 27% | 25% | 28% | 26% | 20% | 37% | 29% |

Q. What actions would show commitment to the following statement? (select all that apply)
Letters denote statistical significance using pair-wise comparisons with a Bonferroni correction.

# TERRITORIES: WORDS AND PHASES THAT RESONATE IN RELATION TO SAFETY

| MOST RESONATE | MIXED | LEAST RESONATE |
|---|---|---|

**PROACTIVELY WORKING**
*"Preemptive, active, adaptive"*

**HIGH STANDARDS**
*"Instagram is giving their word"*
*"Reputable yet realistic"*

**PEOPLE**
*"Instagram is taking care of everybody, not just me, and that's important to me"*

**EVERYDAY**
*"Feels like they constantly have people that are on top of our safety, continuous"*

**SAFE**
*Positive, clear, important*

**BAD EXPERIENCES**
*"Broader, so would include BOTS and DM scam"*
*"Too vague.  Would be a complex and difficult task"*
*"Highlights the negative"*

**PROTECT**
*"Includes blocking content, but feels 'big brother'"*
*"I can take care of myself"*

**REDUCING**
*"Trying, but not necessarily succeeding"*

**I FEEL COMFORTABLE ON INSTAGRAM**
*"Yes, true, duh"*

**I FEEL SAFE ON INSTAGRAM**
*"I feel safe now, so they don't need to be working that hard on it"*

These don't work because they're assumed to be true

28

# FEEDBACK ON THE SAFETY NARRATIVE WAS GENERALLY POSITIVE

*Harmful content can appear from nowhere. That's why, together with **experts** we've built **community guidelines** that determines what is and isn't allowed on Instagram. We also use **machine learning** to identify and take action on harmful content before it takes over your feed, and have people working **24/7** to go through the things you guys report.*

***Some bad stuff may get through**, but we're always working to better prevent it.*



## WHAT IT MEANS

*They're trying to get their tech geeks and bots to be smarter about content and content viewing*

- To teens, the narrative suggested that they are in control of their own interactions on Instagram.

- Framed as a friendly conversation, communicates that Instagram is working hard for the entire community.

- Some felt that the narrative was a censorship warning, which was good for some (parents) and bad for others (teen boys).

- Some felt this communicated the bare minimum for safety on Instagram.

# SAFETY INFORMATION NEEDS TO REACH THE RIGHT PEOPLE AT THE RIGHT TIME

| Parents are the key target for safety information | How to reach them | What they already know |
|---|---|---|
| • Parents had the most safety concerns about Instagram, particularly in relation to the safety of their kids.<br><br>• Parents don't talk to their kids about safety concerns before they arise; they wait until issues arise before addressing them.<br><br>• Some parents are joining Instagram to monitor their kids. | • The safety narrative is positive but not revolutionary.<br><br>• Parents seek out information about safety when they need it. An internet search is the first resource.<br><br>• Safety information from traditional media outlets doesn't stay with parents.<br><br>• TV series, such as *Law and Order: SVU* or *Dr. Phil* fuel concerns about safety. | • Most of the parents we talked to are unaware of the Instagram Parents' Guide.<br><br>• However, they are beginning to use Instagram and are aware of safety tools on the app.<br><br>  • Private accounts<br><br>  • Reporting<br><br>  • Turn off comments |

30

# SAFETY MESSAGING

**Takeaway 1**

Words that resonate the most with users expand the idea of community, high standards, and proactivity.

**Takeaway 2**

Users hear about safety issues on both traditional media outlets (newspapers, magazines) but also on talk shows (*Dr. Phil*) and TV dramas (*Law and Order: SVU*).

**Takeaway 3**

Parents are the most keen audience for information about safety on Instagram. The information they hear in the media doesn't stay with them, and they seek out information via web searches when an issue arises.

# OPPORTUNITIES AROUND SAFETY

**Opportunity 1**

Safety information needs to reach people when they need it, and internet search engines are the current helpline. There is an opportunity to optimize search engine so that users reach Instagram resources when they search for them.

**Opportunity 2**

Spam and bots in DMs are a growing concern among the users we talked to. There is an opportunity to help users reduce this unwanted contact, which will help them feel more in control and safer on Instagram.

**Opportunity 3**

Mental health, bullying, and social comparison are linked to one another. There is an opportunity to integrate the three for a larger impact.



# APPENDIX - DEMOGRAPHICS

# SELF-REPORTED GENDER





Q. What is your gender?
Letters denote statistical significance using pair-wise comparisons. Data weighted to database gender.

# AGE





Q. How old are you?

# PARENTAL STATUS (AMONG ADULTS)

| | 🇺🇸 | 🇬🇧 | 🇩🇪 | 🇫🇷 | 🇯🇵 |
|---|---|---|---|---|---|
| 0-7 years old | 23% | 19% | 14% | 16% | 17% |
| 8-10 years old | 12% | 7% | 4% | 5% | 5% |
| 11-12 years old | 5% | 6% | 3% | 3% | 2% |
| 13-15 years old | 7% | 6% | 1% | 3% | 3% |
| 16-17 years old | 5% | 3% | 3% | 3% | 2% |
| None of the above | 62% | 73% | 80% | 79% | 76% |

Q. Do you have any children or grandchildren that are the following ages? (select all that apply)

# FOCUS GROUP QUALIFICATIONS

|  | **Teens** | **Parents** | **Informed adults** |
|---|---|---|---|
| Age | • 16-18 | • 31-55 | • 25-45 |
| Additional qualifications | • Has owned their own iPhone or Android for at least 6 months<br>• Uses Instagram monthly | • Parent of at least one child age 11-18<br>• For parents of teens age 13-18, teen uses Instagram monthly | • Graduate of 4-year college<br>• Annual household income above thresholds ($50K in Phoenix, $75K in New York)<br>• Reads at least two different news publications at least monthly |
| Sensitive Industry | No  household member works in sensitive industry (advertising, public relations, market research, marketing, technology, media/journalism, government/politics) | | |
| Previous research | Has not participated in research study about media or technology in past year | | |

37

