# EXHIBIT 8

Message

| | |
|---|---|
| **From:** | ▮▮▮▮ [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN ▮▮▮▮▮▮▮▮▮▮] |
| **Sent:** | 12/4/2019 5:08:18 PM |
| **To:** | sbalkam atfosiorg [sbalkam@fosi.org]; annenetfamilynewsorg [anne@netfamilynews.org]; Redacted for PII ; csATnnedv [cs@nnedv.org]; eoATnnedv [eo@nnedv.org]; will atchildnetcom [will@childnet.com]; Redacted for PII ; ranjanakumariATcsrindia [ranjanakumari@csrindia.org]; thiagotavaresATsafernet.org.br [thiagotavares@safernet.org.br]; julianacunhaATsafernet.org.br [julianacunha@safernet.org.br]; rodrigonejmATsafernet.org.br [rodrigonejm@safernet.org.br]; rosieATprojectrockit.com.au [rosie@projectrockit.com.au]; lucyATprojectrockit.com.au [lucy@projectrockit.com.au]; jeffrey@mail.tca.org.tw; June Liu [June_liu@mail.tca.org.tw]; martinc@netsafe.org.nz; helenoATnetsafe.org.nz [heleno@netsafe.org.nz] |
| **CC:** | Antigone Davis ▮▮▮▮@fb.com] |
| **Subject:** | Making Instagram Safer for the Youngest Members of Our Community |
| **Attachments:** | image001.png; image002.png |

Dear SAB,

Today, Instagram is announcing two updates as part of our ongoing work to keep young people safe:

1. ==Starting today, we will require new users to let us know their age before they can sign up for Instagram.==

   o ==Those under 13 will not be allowed to join, per our longstanding policy that you must be 13 to have an Instagram account.==
   o If you've connected your Facebook account to your Instagram account, we will add the date of birth that's on your Facebook profile.
   o Editing your date of birth on Facebook will also change it on Instagram. If you don't have a Facebook account or if you have not connected your accounts, you can add or edit your birthday directly on Instagram.
   o Historically, we didn't require people to tell us their age because we wanted Instagram to be a place where everyone can express themselves fully - irrespective of their identity. In the spirit of that decision, we won't show people's birthday information to others in the community.

2. In the coming weeks, we'll be rolling out a new setting in direct messages that will allow people to choose to no longer receive messages or be added to chat groups by people they don't follow.

Understanding how old people are on Instagram is a central part of the work we're doing to keep young people safe. It will allow us to create age-appropriate experiences for our youngest community members, while living up to our longstanding rule to ensure people who are underage do not have access to Instagram.

The safety of young people has always been central to our decision-making, but we are increasingly doing more. Over the coming months, we'll be exploring additional changes using birthday information; for example by recommending young people enable more private settings.

Please see a blog post with additional information:
https://instagram-press.com/blog/2019/12/04/making-instagram-safer-for-the-youngest-members-of-our-community/

Thank you,

▮▮▮▮

HIGHLY CONFIDENTIAL (COMPETITOR)        META3047MDL_RVOL003        META3047MDL-003-00047875
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)                          METANMAG-002-00048492

<u>Making Instagram Safer for the Youngest Members of Our Community</u>

Posted on December 04, 2019

We are announcing a few updates in our continued effort to build a safer experience for the youngest members of our community.

<u>Asking for Your Date of Birth</u>

Starting today, we will be asking for your date of birth when creating an account on Instagram. According to our Terms of Use, you must be at least 13 years old to have an account in most countries. Asking for this information will help prevent underage people from joining Instagram, help us keep young people safer and enable more age-appropriate experiences overall. Your birthday will not be visible to others on Instagram, but you'll be able to see it when viewing your own private account information.

If you've connected your Facebook account to your Instagram account, we will add the date of birth that's on your Facebook profile. This is not public information and only you will be able to see it when viewing your own account information on Instagram. Editing your date of birth on Facebook will also change it on Instagram. If you don't have a Facebook account or if you have not connected your accounts, you can add or edit your birthday directly on Instagram.

HIGHLY CONFIDENTIAL (COMPETITOR)       META3047MDL_RVOL003           META3047MDL-003-00047876
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)                          METANMAG-002-00048493

9:41



# Add Your Birthday

This won't be part of your public profile.
**Why do I need to provide my birthday?**

April 7, 2010

Use your own birthday, even if this account is for a business, a pet or something else.

**Next**

| | | |
|---|---|---|
| January | 4 | 2007 |
| February | 5 | 2008 |
| March | 6 | 2009 |
| April | 7 | 2010 |
| May | 8 | 2011 |
| June | 9 | 2012 |
| July | 10 | 2013 |

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00047877
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)    METANMAG-002-00048494