# EXHIBIT 12

Message
_____

| | |
|---|---|
| **From**: | Kate Gotimer [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=███████████████████] |
| **Sent**: | 3/2/2020 9:51:34 PM |
| **To**: | Guy Rosen ██████@fb.com] |
| **Subject**: | Re: Underage checkpoint |
| **Attachments**: | Underage Training.pdf |

Hey –

Training doc attached. The full decision tree that reviewers follow is on slide 10. Here's the high level:

- Review is based on the photos on the account
- <mark>Guidance given to reviewers is to checkpoint if they are unsure</mark>
- Checkpointed users have 28 days to appeal with a valid ID before their profile is deleted
- This is a low volume reporting flow by CO standards: ~85k incoming/week. Action rate is ~22%. Appeal overturn rate is ~5%. Numbers are for both FB and IG

Couple of realities on the ground worth knowing:

- The reviewer is making a subjective determination of age based on pictures. Years ago I remember disabling someone's account and, upon appeal, it turned out they were a senior in high school...
- There's often a mix of adult photos and kid photos, which can make it tricky to identify who the actual account owner is (Parent? kid?). The decision tree on slide 10 is helpful to see how this pretty subjective decision is broken down into ops guidelines.

Hope that helps,
Kate

·······························································································································

**From:** Guy Rosen <██████@fb.com>
**Date:** Friday, February 28, 2020 at 10:57 PM
**To:** Kate Gotimer ██████████@fb.com>
**Subject:** Underage checkpoint

[no weekend response necessary]
Where can I read more about the protocol we use when a user is reported to us to potentially be u13? Curious to better understand, in the context of discussions on our overall strategy in this space.

Thanks!

**facebook**

# Underage Flow – OS

CONFIDENTIAL                                                                                         META3047MDL-046-00068729

# Actions

Checkpoint: person is clearly underage or you are uncertain as to whether or not the person is underage.

1.  Majority (over 50%) of photos on account are of someone who appears to be under 13 and this person appears to be the account owner.
2.  *Prominent adult exception – if you see 3 or more photos of the same person who appears to be above the age of 15, then Ignore

Note: be careful when determining the account owner – sometimes parents have a lot of photos of their children so pay particular attention to who is in the profile and tagged photos. If both a parent and child are in the photos we can ignore.

CONFIDENTIAL

META3047MDL-046-00068735