# EXHIBIT 16

# Document Provided in Native Format

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-302-00000002

Q4 2023 | XE Research | ███████████ and ███████████

# Accounts Center Account Removal Survey

Insights for Future 3 Strategy and Design

███████████, UXR          ███████████, UXR

1

Q4 2023 | XE Research | ████████ and ████████

# Many users cite reasons for unlinking that make sense from a product perspective; we may not want to reduce such unlinking

From the graph on the right (includes >1 response from some users), we see that many users cite reasons for unlinking that make sense from a product perspective. We might think of these as **"logistics-related," or "good" unlinks**:

- **"Other people also use or access it" (shared accounts):** 13% (IG) – 17% (FB) of unlinkers endorsed "I removed an account because other people also use or access it." For privacy and security reasons, these users should unlink shared accounts until/unless IG implements a shared accounts permissions solution.

- **Separating personal and professional accounts:** 20%. Such users should probably unlink until IG shared accounts permissions solution [x] and/or improved social privacy controls are available.

- **It doesn't belong to me:** 11% (IG) – 13% (FB). Accounts Centers should never hold accounts that don't belong to a user. From open-ended responses, we see reports of accounts that belong to a hacker, someone they don't know, or someone that they just don't want to be linked to anymore [x]. Results about why a user may have added an account that doesn't belong to them in their AC [here](#).



Please tell us which, if any, of the following statements describe why you recently removed an account from an Accounts Center.

Notes: Error bars show 84% confidence intervals; confidence bars that don't overlap indicate approximately that the estimates are statistically-significantly different at approximately the 95% confidence level. Megaphone survey on FB and IG targeted at unlinkers in top 26 locales globally. FB N = 18,448; IG N = 6586. Field period: Aug. 30 - Oct. 30, 2023. FB weighted by post-unlinking hardlink status, tenure, gender, L28, friends, and market type; IG weighted by pro tools, gender, tenure, L28, followers, and market type.

12