# Unsealed Exhibits to the State AGs' Opposition to Meta's Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment

4:23-cv-05448-YGR

(ECF Nos. 267-273)