# Exhibit 98

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
-------------------------------
IN RE:  SOCIAL MEDIA          :MDL No.
ADOLESCENT ADDICTION/PERSONAL :4:22-md-3047-YGR
INJURY PRODUCTS LIABILITY     :
LITIGATION                    :
-------------------------------
    SUPERIOR COURT OF THE STATE OF CALIFORNIA
   FOR THE COUNTY OF LOS ANGELES-SPRING STREET
                  COURTHOUSE
COORDINATION PROCEEDING        :
SPECIAL TITLE [RULE 3.400]    :Lead Case No. for
                              :Filing Purposes
SOCIAL MEDIA CASES            :22STCV21355
-------------------------------
This Document Relates to:     :
                              :
STATE OF TENNESSEE, ex rel.   :
JONATHAN SKRMETTI, ATTORNEY   :
GENERAL and REPORTER,         :
                              :
v.                            :
                              :
META PLATFORMS, INC. and      :
INSTAGRAM, LLC,               :
Case No. 23-1364-IV           :
-------------------------------
             T R A N S C R I P T of the
        videotaped deposition of MARGARET GOULD
        STEWART, taken at the offices of BAKER
        BOTTS LLP, 30 Rockefeller Plaza, 44th
        Floor, New York, New York, before
        MARGARET M. REIHL, RPR, CRR, CCR-NJ and
        Notary Public of New York, on October
        21, 2024, commencing at 9:24 a.m.

                    — — —

what is the effect on voice and autonomy because of that decision.

Q.    Right.

A.    It's not that you choose one path or the other.  You are always trying to support most of these dimensions, but you can't always support them equally.  And in different populations who are at different levels of risk, you may prioritize some things over others.

Q.    Okay.  And when it comes to cosmetic surgery effects, your view and -- was that what you should be prioritizing when it comes to kids and teenagers is safety and well-being?

MR. HALPERIN:  Object to form.

THE WITNESS:  Yes.

BY MS. WALSH:

Q.    Okay.  And when we talk about -- and the reason for that, like part of what informed that was all of this information you gathered from experts about the harms that cosmetic surgery effects can contribute to, correct?

A.    Correct, based on the experts that we talked to.

Page 261

Q.    And those arms include anxiety, correct?

A.    Yes.

MR. HALPERIN:  Object to form.

BY MS. WALSH:

Q.    And depression?

MR. HALPERIN:  Object to form.

THE WITNESS:  Yes.

BY MS. WALSH:

Q.    Body dysmorphia?

MR. HALPERIN:  Object to form.

THE WITNESS:  Yes.

BY MS. WALSH:

Q.    Eating disorders?

MR. HALPERIN:  Object to form.

THE WITNESS:  Yes.

BY MS. WALSH:

Q.    What about suicidal ideation?

MR. HALPERIN:  Object to form.

THE WITNESS:  I don't believe --
I can't recall whether that came off as
a strong theme in the expert research,
but given that depression and anxiety
were in scope, those are obviously often
preconditions for suicidality.