# Exhibit 108

**META3047MDL-294-00095879-META3047MDL-294-00095937**

## FAQ: What is the results from Quiet Mode so far?

**ADOPTION:**

As of 11/26, 171k teens have Quiet Mode enabled - about a half enabled via the in-app notification and the other half via megaphone QP in Direct (~5% user-level enable rate for both upsell strategies). This surpassed our benchmarks - 0.7% for in-app notifs and 4% of QP

**WELL-BEING IMPACT (LATE NIGHT USE REDUCTION)**

1. We do not see a statistically significant reduction in late night time spent in test vs control. We believe this is due to two factors:
   - Dilution due to adoption: ~5% of users in the test group adopted Quiet Mode, meaning that any impact we have on those users will be diluted by the ~95% of users that don't adopt
   - Lower than expected effectiveness of muting notifs:
     a. Although nearly 40% of late night sessions for teens start within 25 minutes of receiving a notification, only ~8% of late night sessions come directly from a notification click
     b. Other tests run by other teams suggest that the true effectiveness of a notification in driving an incremental session is +2.7% within the first minute of the notification being received, with almost no effect in other time windows. This aligns with our estimated impact of ~3% and suggests that many sessions that start from a notification would have occurred even without that notification
1. However, among adopters of Quiet Mode, we see an estimated effectiveness of ~3% in terms of a reduction in late night time spent. *Note that this is purely an estimate and is not causal in nature*

**ECOSYSTEM IMPACT**

We do not see any material ecosystem regressions (Link)

**NEXT STEPS**

1. The country test is currently live in the Philippines and we expect that test to generate higher adoption rates given network effects of features such as direct auto reply, as well as a clear read on topline ecosystem impact in a launch scenario.
2. Experiment reviews
3. Final trade off discussion and go/no go

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-294-00095925

## FAQ: How are Take a Break & Daily Limit performing today?

- Both are showing signs of PMF (see retention below); 90% retain the break control once enabled

- We have an opportunity to be more aggressive in driving awareness and adoption of Take a Break

- "Daily Limit" proportion of enabled users getting break reminders is 70% higher than TaB. The amount of enabled users is 40% of TaB, even without any upsells tactics

| Product | Awareness | Meaningful Adoption (% of teen WAU) | Effectiveness | PMF Retention |
|---|---|---|---|---|
| Take a break | 37% | 0.2% (took a break) | Unknown - proper tests needed | 57% honor reminders WoW |
| Daily Limit | 42% | 0.05% (took a break) | | 55% honor reminders WoW |

| Funnel | Take a Break (% of Teen WAU) | Daily Limit (% of Teen WAU) |
|---|---|---|
| Enabled | 2.3% | 0.55% |
| Nudge Displayed | 0.5% | 0.2% |
| Honored | 0.2% | 0.08% |

https://docs.google.com/spreadsheets/d/1wVBGmDEV3nfUo8l6Y4e_eOKN0_sXLGnG25e65pcDKBQ/edit#gid=469097209

4.23M tab enabled -> 924K tab displayed -> 370K tab honors

63% Daisy similar results in UK and BR, ref)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-294-00095928