# Exhibit 130

# Underage & Age Verification Data 1-Pager

*As of* April 21, 2021

**tl;dr**

- Identity Integrity spun up an Age Verification Task Force in January '21 to quickly understand our existing state of under/over age 13 verification and identify quick wins to put the company in a stronger position. This was prompted by increasing regulatory concerns and a changing competitive landscape regarding youth.
- We identified a backlog of >2M reports and appeals to be reviewed in age-related flows, and managed to automate decisions of 600k of those so far. However, jobs are still growing faster than our review capacity, so we currently have 2.6M jobs in backlog.
  - We are focused on getting the EditDOB and underage flows to basic operational state: clear all backlog and review incoming underage jobs in 48hours by June.
- Other issues and opportunities identified include bridging the differences between FB and IG end-to-end flows, improving underage review protocols, identifying compromised accounts in underage flows, and introducing new age verification tools.
- For measurement, we have so far focused on establishing basic operational monitoring and validating logging and product functionality.

## What we're doing: Current priorities & goals

**Background:** In January '21, Identity Integrity (II) spun up an Age Verification Task Force to support the cross-company initiative. The initial focus was legal and regulatory-driven, triggered by Italy DPA's decision to temporarily suspend TikTok until it strengthened U13 age verification. The competitive landscape is also changing — for example, TikTok is now more popular than IG with US youth. Our first aim was to understand our existing state of under/over age 13 verification and identify quick wins to put us in a stronger position.

II's work on age verification now ties into Workstream 1 (Age Verification) of the new Cross Company Youth Virtual Team.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00542010

- We got $2.5M operating expense budget approved to increase CO capacity, there has not been any increase in capacity granted from ops, and it will take us some time to staff because of hiring lead time.

- We are exploring how we can boost prioritization of underage flows over other access or review flows in AWD (e.g. pivoting content moderation reps to work on underage enforcement, and prioritizing U13 over other login flows)

1. FB and IG age-related experiences are different in many ways.
   - 33% of IG users don't have stated age ([ HYPERLINK "https://docs.google.com/document/d/1FAjvbzbdWQVyZra_9IGWQnT_QBcEMFm8xXWIHZfwlLs/edit" \l "heading=h.9mejqkbfi1lw" \h ])

     - These are the users from early days of IG, where DOB was not required at registration. Youth team on IG is exploring ways to gather this missing DOB from those users with a value proposition
   - Difference in report and appeal queues

     - In first-party report ("EditDOB") queue, IG requires ID Verification at this stage while FB does not

     - In appeal protocol, other than verifying that DOB on ID is for age >13, FB uses the ID review logic: 2 out of 3 match for name, DOB, and face, while IG uses a different protocol

     - Reviewing for IG underage appeals has been stopped since COVID, which means that checkpointed IG accounts currently have no route to regain access to their account.
   - **Next step(s):** Identify all the discrepancies between FB and IG in the end-to-end age flow (user experience, reporting flow, reviewing protocols, ML models for automation, appeal process and protocol), and prioritize the tasks to align the two products when appropriate and necessary (will depend on the difference in user distributions and product/legal requirements)
1. Current underage review protocols might not be effective.
   - The current U13 protocols rely on reps making a decision based on account photos, which can be difficult especially if account photos are of teens (e.g. it is hard to tell if someone is 13 or 14)
   - Out of 3rd party reports that have been checkpointed, 77% of them are predicted to be over 18 by the adult ML classifier for FB and 76% for Instagram, suggesting that the reviewing process might not be an efficient or accurate way to decide if an account is U13

     - Caveat: although the age affinity model is widely used within the company and is reliable, it is subject to some inaccuracy which can also contribute to the high percentages.

     - Source: [ HYPERLINK "https://fb.workplace.com/groups/1426463750895412/permalink/16

HIGHLY CONFIDENTIAL (COMPETITOR)