# Exhibit 140

# Integrity Update

## February 23rd, 2021

 1. **Data**
2. Priorities

CONFIDENTIAL

META3047MDL-014-00364854

# Priorities 3/4

## 2. Central Integrity

**Concerns:**

1. **[S223016] Mistakenly autoclosing VHS/EHS jobs** (e.g. terrorism, suicide, child nudity), due to a logic mapping issue that was put in place in March as part of WFH response, affecting ~10% of all auto-close traffic (~415K jobs/week). Fix has shipped to 100% and we are investigating to see if we can retroactively get to the content. SEV is ongoing, but immediate issue resolved.

2. **[S221333] Viral profile picture in Myanmar led to ~20K FP takedowns** from our High Profile Impersonation (HPI) detection system in early Feb. As a show of solidarity for Myanmar's detained leading politician following a military coup, a profile photo went viral, which led to a spike in our exact-name-and-photo-match UFAC policy from Jan 31 to Feb 5th. As a result, we enrolled ~20K mostly FPs, and HPI precision on Profiles dipped as low as 23% over Feb 1-4. Issue surfaced on Feb 2nd, was mitigated by Feb 6th by temporarily preventing the automation policy. Precision has since recovered to ~90%.

3. **Backlog of 780k Underage (u13) review jobs** (i.e. where people have reported to us that they think an account is u13). Inbound demand continues to be higher than our supply of reviewers. We are also investigating two adjacent age-related flows for Date of Birth edit on FB and IG to understand current state and whether this is being addressed in the ID Review backlog war room. Additionally, we are expecting significantly more incoming jobs following a fixed SEV that was preventing FB users reporting other FB users as being potentially underage. This backlog (and the SEV) is concerning given the Youth XFN work - which making plans to communicate a strong public statement about our stance on u18 safety in June/July. Team working on a ops ask to clear the backlog, as well as maintain at an acceptable level given the permanent increases in report volume.

4. **Australia News Monitoring** has started to track what 'fills the void' left after news is removed from Australia. This will include monitoring viral content, sweeping for inauthentic behavior/complex financial operations, and also overall increases in e.g. misinfo, spam, low quality content.

8

CONFIDENTIAL

META3047MDL-014-00364861