# Exhibit 141

# CIPGO Identity Integrity Pillar 2021-H1 Roadmap

**TL;DR of plans for H1 2021**

In H1 2021 we will:
1. **Increase agility** by consolidating our Private Impersonation and High Profile Impersonation detection and response systems into a reusable system (including atomizing FB PI measurement), migrating our Page Publisher Authorization (PPA) product to a platformized architecture, and set the groundwork to migrate all our manual ID review capacity to an autonomous pool (IDV as a Service).
2. **Build efficiency** and decrease our ID verification backlog from ~500k to <6k jobs through automation (both auto-reject and auto-accept).
3. **Hold the line on PI/HPI prevalence** while mitigating impersonation risk ahead of SOAP launch. **Increase coverage of high risk inauthenticity products** (Broad Distribution initially) from 0.3% to 3% of global VPVs.
4. **Hold the line on ID verification E2E accuracy** at 80% and <3% prevalence of fake IDs in automated decisions. Make progress in fully migrating our accuracy measurement to GTM, reaching Operational status.
5. Continue to **drive Legitimacy** of our systems by:
   a. **Prove out the value of authenticity** where identity checks are deployed to achieve distinct goals, measuring the impact of authenticity on hypothesised harms/benefits.
   b. **Increase our investment on Underage,** making sure that our reporting systems meet regulatory expectations as well as gain credibility.
   c. **Progress on privacy-respecting alternative verification methods** including Selfie standalone (to be shipped in Novi, IG Access and Dating), Open ID Connect and NFC.

**Priority trade-offs (expand to all problems at the pillar level):**

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Legend:** | Top priority | High priority | Medium priority | Low priority |

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | **Problem** | **Prevalence** | **Accuracy** | **Cost/Efficiency** |
| 2 | **High Profile Impersonation** | **High Pri:** Hold the line on current surfaces but invest in mitigations for new surfaces (cross-app, | **Med pri:** Validate GTM metrics and expand coverage to 80% | **Top Pri:** 50% of time towards consolidating ou systems into a single re-useable system which ca |

META3047MDL-065-00258000

| 5 | DE | 6 | - | - |
|---|---|---|---|---|
| 6 | Other: design, content, business development, TPM, PPM, Product Growth, SME | 10 | - | - |
| 7 | *Total:* | 92 | 95 | 106 |

## Open Questions / Topics for Discussion

**Question 1/** There were a few questions about the flows and backlogs for IDV and Underage. Below is comprehensive view of these flows. They are owned by different teams and mitigated in different ways. **TO RATIFY**: **Are you happy with our goals?**

| Description | Review Type | Size | Goal | Mitigation | Reason for backlog |
|---|---|---|---|---|---|
| All jobs that are only ID review. This includes Underage appeals | ID only | ~200k | <6k late inventory | IDR War Room | Retrospective on Wednesday, we'll report back |
| Review of the account photos to determine if user is <13 years old, and if so, user is check pointed | Account only | ~780k | Review jobs by 7days/ 48hours [TBC] by June | [ HYPERLINK "https://www.internalfb.com/tasks/?t=76089081" \h ] | Minimum investment in u13 in previous quarters |
| User aiming to change their age within and across the 18 year old threshold (not including U13) | Account only | TBC; need to be investigated | TBC | TBC; investigating inconsistency of ID use in protocols | Minimum investment in u13 in previous quarters |
| Various review flows | ID + Account | ~51k | No goal | No mitigations at this stage | |

**Question 2/** Sounds like the Underage Taskforce may potentially drive big changes to the H1 roadmap, do we know will we drop in case it becomes a significant investment in H1?

There are 2 types of requests coming from the Age Verification Task Force:
    a. Incremental product changes- these have been incorporated into our roadmaps for H1 already. Besides product work, there will be increased ops needs here. Examples of these changes include adding in app 3rd

CONFIDENTIAL

META3047MDL-065-00258026