# Exhibit 152



# Social Aspirations of 8-15 Year Olds

**trends**

dubit

## Facebook Safety Summit
David Kleeman, SVP Global Trends, Dubit

Confidential - Dubit

CONFIDENTIAL

META3047MDL-014-00138351

# Got Smartphone?

By age nine over half of kids own their own smartphone, when a decrease in parental control over app purchases begin.



Confidential - Dubit



CONFIDENTIAL

META3047MDL-014-00138353

# Why "Screen Time" Is Meaningless

## What kids with their own smartphone do on a smartphone



Source: Dubit Trends. AQ4.3.  Thinking about what you do [sub-text: your child does] on a smartphone, please select all that apply
(Base: US Wave 6 Have their own smartphone 209 9-10 years olds 186 11-12 year olds 177 13-14 year olds weighted)

Confidential - Dubit

META3047MDL-014-00138354

# Why "Screen Time" Is Meaningless

## What else kids with their own smartphone do - weekly

■ 9-10    ■ 11-12    ■ 13-14

*Transaction/search* | *Social component games* | *Games networks\** | *Video/music platforms*

| | Amazon | | | Google | | | Clash of Clans | | | Minecraft | | | Playstation Network | | | Xbox Live | | | Spotify | | | Netflix | | | YouTube | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9-10 | 80% | | | 91% | | | 73% | | | 78% | | | 75% | | | 71% | | | 70% | | | 88% | | | 90% | | |
| 11-12 | 79% | | | 92% | | | 64% | | | 79% | | | 70% | | | 68% | | | 68% | | | 86% | | | 93% | | |
| 13-14 | 74% | | | 91% | | | 67% | | | 67% | | | 68% | | | 68% | | | 75% | | | 89% | | | 91% | | |

*\* Not using games networks on the device but have their own smartphone and a subscription to either PSN or Xbox Live*

Source: Dubit Trends. EEQ3. Which of the following digital products use?
(Base: US Wave 6 Have their own smartphone 157 9-10 years olds 181 11-12 year olds 187 13-14 year olds weighted)

Confidential - Dubit



CONFIDENTIAL

META3047MDL-014-00138355

# Social-ization I



A product marketed for under 13s will have less appeal to over 13s. Current legislation appears to have created two distinct audiences.

Social media usage jumps at 13/14, as access barriers are removed, suggesting that many <13 still have restricted access to social media, despite desire for it. Many digital activities (e.g., gaming, messaging) increase dramatically around 13, suggesting increased autonomy.

Confidential - Dubit

META3047MDL-014-00138356

# Social-ization 2 (Sherbert Research)



**OVERALL**

**AWARENESS OF SOCIAL MEDIA** STARTS AT AROUND 7 AND MANY ASPIRE TO HAVE ACCOUNTS FROM AROUND 9

FOR THOSE THAT WANT **MOST PARENTS 'GIVE IN' AT AROUND 10/11**

**FOR GIRLS** IT'S A WAY TO **CONTINUE THEIR DAILY CONVERSATION** WITH ALL THEIR FRIENDS

**FOR BOYS** IT'S OFTEN MORE ABOUT **KEEPING 'IN THE KNOW'** WHEN IT COMES TO GAMING AND OBSERVING WHAT THE GIRLS ARE TALKING ABOUT


I'm too young, but I'm not sure why.


It's about getting noticed.


Great for chat, but can be overwhelming.


The everyday me.


Personal and aspirational.

Sherbert Research, 2015

Confidential - Dubit

CONFIDENTIAL

META3047MDL-014-00138357