# Exhibit 167

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

------------------------------x
IN RE: SOCIAL MEDIA ADOLESCENT ) MDL No. 4:22-md-
ADDITION/PERSONAL INJURY       ) 3047-YGR
PRODUCTS LIABILITY LITIGATION  )
------------------------------x
                               )
This Document Relates to       )
                               )
ALL ACTIONS                    )
                               )
------------------------------x

     Confidential - Pursuant to Protective Order

          30(b)(6) DEPOSITION OF META, INC.,

             by and through its Designated

                    Representative,

                   JESSICA WALTON

              SAN FRANCISCO, CALIFORNIA

                    JUNE 6, 2025

                     9:18 A.M.

     Job No.: 7390004
     Pages: 1 - 142
     Reported by: Leslie A. Todd, CSR No. 5129 and RPR

Page 63

BY MS. ARORA:

Q.    So when we left off, we were looking at the Volume 216 cover letter, and specifically, the final sentence on the first page.  Do you recall that?

A.    Yes, I do.

Q.    And we were discussing the random sample of 1 percent of global Instagram users per day that is mentioned in that letter.  Do you recall that?

A.    Yes, I do.

Q.    Do you have any reason to believe that that random sample is not representative of Instagram adult users in the United States?

MS. JONES:  Let me object to form.  And scope.  You can answer if you know in your individual capacity.

THE WITNESS:  I don't have a reason to believe it's not.  I just do not -- I don't know.

BY MS. ARORA:

Q.    Now, let's look at the footnote at the bottom of page 2 of that cover letter. The footnote reads, "The data contained in

CONFIDENTIAL

Page 64

today's production shows a negligible number of daily active users in the zero to 12 stated age bracket, negligible amount of advertising revenue attributable to those users, and negligible calculated average advertising revenue per user for those users. These results are due to errors in the underlying data maintained by Meta."

Did I read that correctly?

A.    You did, yes.

Q.    Are you familiar with what this error is?

A.    I spoke to Harsh about this briefly, and my understanding is that it's being investigated. But it appears, for example, that if a user tries to -- they've already been on the platform, and they try to change their age to something under 13 for some reason, they will then be checkpointed again, meaning, like, they will be -- they will go through a process flow to have to revalidate that they're above 13, or their account will be deactivated.

And when that, you know, basically, process kicks off, for whatever