# Unsealed Exhibits to the State AGs' Reply In Support of Motion for Partial Summary Judgment

# 4:23-cv-05448-YGR

# (ECF No. 285)