# Exhibit 1

ROB BONTA
Attorney General of California
NICKLAS A. AKERS
Senior Assistant Attorney General
STACEY D. SCHESSER
BERNARD A. ESKANDARI
Supervising Deputy Attorneys General
PETER H. CHANG
Deputy Attorney General
  455 Golden Gate Ave. Suite 11000
  San Francisco, CA 94102
  Telephone: (415) 510-3776
  Email: Peter.Chang@doj.ca.gov

BEFORE THE DEPARTMENT OF JUSTICE

OFFICE OF THE ATTORNEY GENERAL

STATE OF CALIFORNIA

| | |
|---|---|
| **In the Matter of the Investigation of:** | **INVESTIGATIVE SUBPOENA** |
| **Meta Platforms, Inc.** | (GOV. CODE, § 11180 *et seq.*) |

NOTICE TO THE PERSON SERVED: **CORPORATION SERVICE COMPANY**

You are served on behalf of **META PLATFORMS, INC.**

1

**ATTACHMENT A**

The Items requested are as follows:

1.      Any Documents that show, for each month of the Relevant Period, the number and state of residence for: (1) all Users, (2) Minor Users, and (3) Young Adult Users, and the number of Minor Users and Young Adult Users that engage with Your Product at least once a month and at least once a day.

2.      Any Documents constituting or sufficient to identify all processes, policies, methods, procedures, training, technologies, and parameters for identifying the ages of Users of the Product, including whether a User or prospective User is under the age of 13, under the age of 18, or under the age of 24.

3.      Any Documents constituting or Relating To investigations, reports, analyses, or presentations Relating To the number of Users under the age of 13.

4.      Any Documents showing Your efforts to grow or retain the number of Young Users.

5.       Any Documents showing Your efforts to increase engagement or interaction with, or use of, Your Product by Young Users.

6.      Any Documents showing on a periodic basis over the Relevant Period aggregate metrics for engagements with Your Product by Young Users, such as, for example and without limitation, likes, comments, shares, views, time spent online, content created, or advertisement click-through-rates.

7.      Any Documents showing Your projections of the market for use of Your Products by Young Users.

8.      Any Documents that Identify all Persons, teams, groups, or divisions responsible for maintaining or increasing the number or activity of Young Users on Your Product during the Relevant Time Period, including but not limited to Your "Marketing Insights," "Product Marketing," and "Core Data Science" teams, groups, or divisions.

Meta Platforms, Inc.                                                                Investigative Subpoena