# Exhibit 4

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | **STATE ATTORNEYS GENERAL'S FIRST SET OF REQUESTS FOR ADMISSION TO THE META DEFENDANTS** |

**PROPOUNDING PARTY:**        **State Attorney General Plaintiffs**

**RESPONDING PARTIES:**        **Defendants Meta Platforms, Inc., Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC**

**SET:**                              **1**

**DATE OF SERVICE:**          **February 14, 2025**

**REQUEST NO. 14.**

Admit that Facebook and/or Instagram accounts that you connect using "soft-match" techniques likely belong to the same individual user.

**RESPONSE:**


**REQUEST NO. 15.**

Admit that Facebook and/or Instagram accounts that you connect using "soft-match" techniques belong to the same individual user.

**RESPONSE:**


**REQUEST NO. 16.**

Admit that you use personal information collected from users of your Platforms to develop, train, or validate algorithms or models.

**RESPONSE:**


**REQUEST NO. 17.**

Admit that, when you identify a user as likely being a Child and schedule the user's data for deletion, you do not determine whether the user's data was used to develop, train, or validate any of your algorithms or models.

**RESPONSE:**