# Exhibit 5

Expert Report – Highly Confidential

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA, et al.,*<br>Plaintiffs,<br><br>v.<br><br>*META PLATFORMS, INC, and Instagram, LLC,*<br>Defendants<br><br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448 | MDL No. 3047<br><br>Case No. 4:23-cv-05448-YGR<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

**TRIAL REPORT OF RYAN SHEATSLEY**
**MARCH 20, 2026**

Expert Report – Highly Confidential

61. For soft-matching models used for integrity purposes, such as enforcing against multiple accounts owned by a user who has violated Meta's policies, the outputs of the models are stored in tables that record pairwise match scores reflecting Meta's prediction of the probability that the two accounts belong to the same user.[134] Meta also has "clustering" integrity models that predict clusters of accounts that are likely to belong to the same user.[135] Product teams select different precision thresholds depending on the use case.[136] Where consequences of inaccurate matching are higher, e.g., integrity and safety contexts, Meta applies more conservative thresholds to prioritize high precision.[137] At times, Meta's thresholds (i.e., precision and confidence) for enforcing against accounts predicted to belong to the same user who had violated Meta's policies has been as high as 80-99%.[138]

62. As discussed in Section 5, I examined data that Meta produced from three existing soft-match data tables. Each of these tables records the predictions of a different "SUMA" model that Meta uses for integrity purposes.[139] The three tables represent data for models for soft-matching Instagram accounts to

---

[134] Hartnett Dep. 292:4-11. These models are known as integrity SUMA models. SUMA is an acronym for "Single User Multiple Accounts." Hartnett Dep. 291:20-292:6.
[135] Hartnett Dep. 292:12-21.
[136] Hartnett Dep. 293:16-18.
[137] Hartnett Dep. 295:14-296:5.
[138] META3047MDL-047-00945193 (99% confidence for various violations, including grooming); META3047MDL-047-00043014 (95% precision for four violation types). META3047MDL-047-00040062 (80% precision for enforcement on child groomers).
[139] Blanaru Dep. 17:12-21.

Expert Report of Ryan Sheatsley                                    40

Expert Report – Highly Confidential

Instagram accounts (IG-IG below), Facebook to Instagram (FB-IG), and Facebook to Facebook (FB-FB). Specifically, each of these models produced daily predictions of all soft-match connections for all accounts on the respective Meta platforms.[140] Meta produced data representing model predictions from four days for each model for a period of approximately two months for IG-IG and three months for FB-IG and FB-FB.

## 5    ANALYSIS OF META LOG DATA

63.    I have been asked to analyze the logging datasets that Meta produced in this case and to answer specific technical questions about this data. These questions bear directly on how underage reports are generated and processed, how checkpointing decisions are logged and resolved, and how and when accounts are disabled or deleted. This section summarizes the analyses I performed and the respective findings.

64.    The data tables produced by Meta detail underage reporting, checkpointing, and enforcement activity. I analyzed these quantitative datasets in depth to understand how underage accounts move through Meta's underage detection system. I analyzed these tables to identify patterns in reporting volume, checkpoint initiation, resolution rates, and enforcement outcomes over time.

---

[140] Correspondence from Phil Irwin, outside counsel for Meta, Covington & Burling, at 2 (April 18, 2025).

Expert Report of Ryan Sheatsley                                                                 41

Expert Report – Highly Confidential

been reported, but do have "US" in "responsible_country," I consider them to be reports about "Potential US" users.

77. For the remainder of my analysis, I refer to the collection of these fields as "geography fields" and US-based filters as "geographic filters."

78. Below are tables that describe the number of reports, enforcements, and checkpoints about US (and Potentially US, where applicable) users. I have been asked to perform my analysis to include these rows (and will be denoted as "Table 1 (Potential US)") as a separate table.

| Table | US Reports | Potentially US Reports |
|---|---|---|
| Table 1 | 340,960 (17.4%) | 1,621,917 (82.6%) |
| Table 2 | 376,520 (100.0%) | |
| Total | 717,480 (30.7%) | 1,621,917 (69.3%) |

**Table 4 - Number of Reports about US and Potentially US users**

| Table | US Enforcements |
|---|---|
| Table 3 | 4,540,504 (100.0%) |
| Total | 4,540,504 (100.0%) |

**Table 5 - Number of Enforcements on US Users**

| Table | US Checkpoints |
|---|---|
| Checkpointing Table | 2,200,317 (100.0%) |
| Total | 2,200,317 (100.0%) |

**Table 6 - Number of Checkpoints of US Users**

To measure the number of reports, enforcements, and checkpoints at the state-level, I observed that the field "conformed_entity_dimensions.jurisdictions" for Table 1, Table 2, and Table 3 may contain state-level information. In Checkpointing Table, the field "enrollment_conformed_entity_dimensions.jurisdictions" also may contain state-level information. Below are tables that show the distribution of reports,

Expert Report of Ryan Sheatsley                                    51

Expert Report – Highly Confidential

enforcements, and checkpoints by state (where such state information was available).

| Jurisdiction | Table | Reports |
|---|---|---|
| US | Table 1 | 270,958 (37.8%) |
| US | Table 2 | 233,801 (32.6%) |
| US_AK | Table 2 | 36 (<0.1%) |
| US_AL | Table 1 | 2 (<0.1%) |
| US_AL | Table 2 | 209 (<0.1%) |
| US_AR | Table 2 | 2,102 (<0.1%) |
| US_AR | Table 1 | 1,145 (<0.1%) |
| US_AZ | Table 1 | 3 (<0.1%) |
| US_AZ | Table 2 | 419 (<0.1%) |
| US_CA | Table 2 | 48,112 (6.7%) |
| US_CA | Table 1 | 28,353 (4.0%) |
| US_CO | Table 2 | 3,413 (<0.1%) |
| US_CO | Table 1 | 1,985 (<0.1%) |
| US_CT | Table 1 | 1,335 (<0.1%) |
| US_CT | Table 2 | 2,242 (<0.1%) |
| US_DC | Table 2 | 48 (<0.1%) |
| US_DC | Table 1 | 2 (<0.1%) |
| US_DE | Table 1 | 69 (<0.1%) |
| US_DE | Table 2 | 329 (<0.1%) |
| US_FL | Table 2 | 11,894 (1.7%) |
| US_FL | Table 1 | 2,802 (<0.1%) |
| US_GA | Table 2 | 2,424 (<0.1%) |
| US_GA | Table 1 | 44 (<0.1%) |
| US_HI | Table 2 | 52 (<0.1%) |
| US_HI | Table 1 | 2 (<0.1%) |
| US_IA | Table 1 | 1 (<0.1%) |
| US_IA | Table 2 | 100 (<0.1%) |
| US_ID | Table 1 | 1 (<0.1%) |
| US_ID | Table 2 | 69 (<0.1%) |
| US_IL | Table 2 | 9,057 (1.3%) |
| US_IL | Table 1 | 5,740 (0.8%) |
| US_IN | Table 2 | 246 (<0.1%) |
| US_IN | Table 1 | 1 (<0.1%) |
| US_KS | Table 1 | 1 (<0.1%) |
| US_KS | Table 2 | 99 (<0.1%) |
| US_KY | Table 1 | 9 (<0.1%) |
| US_KY | Table 2 | 186 (<0.1%) |
| US_LA | Table 1 | 406 (<0.1%) |
| US_LA | Table 2 | 1,790 (<0.1%) |
| US_MA | Table 1 | 2 (<0.1%) |
| US_MA | Table 2 | 229 (<0.1%) |
| US_MD | Table 2 | 455 (<0.1%) |
| US_MD | Table 1 | 8 (<0.1%) |
| US_ME | Table 2 | 36 (<0.1%) |
| US_MI | Table 1 | 7 (<0.1%) |
| US_MI | Table 2 | 404 (<0.1%) |
| US_MN | Table 1 | 1 (<0.1%) |
| US_MN | Table 2 | 206 (<0.1%) |
| US_MO | Table 2 | 204 (<0.1%) |
| US_MO | Table 1 | 3 (<0.1%) |
| US_MS | Table 2 | 850 (<0.1%) |
| US_MS | Table 1 | 13 (<0.1%) |

Expert Report of Ryan Sheatsley                    52

Expert Report – Highly Confidential

| | | |
|---|---|---|
| US_MT | Table 1 | 33 (<0.1%) |
| US_MT | Table 2 | 195 (<0.1%) |
| US_NC | Table 1 | 8 (<0.1%) |
| US_NC | Table 2 | 495 (<0.1%) |
| US_ND | Table 2 | 21 (<0.1%) |
| US_NE | Table 2 | 67 (<0.1%) |
| US_NH | Table 2 | 38 (<0.1%) |
| US_NJ | Table 1 | 3 (<0.1%) |
| US_NJ | Table 2 | 510 (<0.1%) |
| US_NM | Table 2 | 37 (<0.1%) |
| US_NM | Table 1 | 1 (<0.1%) |
| US_NV | Table 1 | 798 (<0.1%) |
| US_NV | Table 2 | 2,566 (<0.1%) |
| US_NY | Table 2 | 1,406 (<0.1%) |
| US_NY | Table 1 | 10 (<0.1%) |
| US_OH | Table 1 | 2,192 (<0.1%) |
| US_OH | Table 2 | 5,359 (0.7%) |
| US_OK | Table 2 | 174 (<0.1%) |
| US_OR | Table 2 | 1,214 (<0.1%) |
| US_OR | Table 1 | 242 (<0.1%) |
| US_PA | Table 1 | 6 (<0.1%) |
| US_PA | Table 2 | 428 (<0.1%) |
| US_RI | Table 2 | 32 (<0.1%) |
| US_SC | Table 2 | 157 (<0.1%) |
| US_SC | Table 1 | 2 (<0.1%) |
| US_SD | Table 2 | 20 (<0.1%) |
| US_TN | Table 2 | 381 (<0.1%) |
| US_TN | Table 1 | 5 (<0.1%) |
| US_TX | Table 1 | 19,116 (2.7%) |
| US_TX | Table 2 | 30,533 (4.3%) |
| US_UT | Table 1 | 1,349 (<0.1%) |
| US_UT | Table 2 | 2,272 (<0.1%) |
| US_VA | Table 1 | 3,708 (0.5%) |
| US_VA | Table 2 | 5,630 (0.8%) |
| US_VT | Table 2 | 67 (<0.1%) |
| US_VT | Table 1 | 4 (<0.1%) |
| US_WA | Table 2 | 5,634 (0.8%) |
| US_WA | Table 1 | 590 (<0.1%) |
| US_WI | Table 2 | 196 (<0.1%) |
| US_WV | Table 2 | 65 (<0.1%) |
| US_WY | Table 2 | 11 (<0.1%) |
| | Total | 717,480 |

**Table 7 - Reports by State**

| Jurisdiction | Table | Enforcements |
|---|---|---|
| US | Table 3 | 3,419,719 (75.3%) |
| US_AK | Table 3 | 1,117 (<0.1%) |
| US_AL | Table 3 | 11,756 (<0.1%) |
| US_AR | Table 3 | 11,638 (<0.1%) |
| US_AZ | Table 3 | 15,974 (<0.1%) |
| US_CA | Table 3 | 210,051 (4.6%) |
| US_CO | Table 3 | 19,592 (<0.1%) |
| US_CT | Table 3 | 13,127 (<0.1%) |
| US_DC | Table 3 | 3,584 (<0.1%) |
| US_DE | Table 3 | 3,823 (<0.1%) |
| US_FL | Table 3 | 103,907 (2.3%) |
| US_GA | Table 3 | 47,794 (1.1%) |
| US_HI | Table 3 | 4,352 (<0.1%) |
| US_IA | Table 3 | 3,728 (<0.1%) |

Expert Report of Ryan Sheatsley                          53

Expert Report – Highly Confidential

| | | |
|---|---|---|
| US_ID | Table 3 | 2,775 (<0.1%) |
| US_IL | Table 3 | 49,670 (1.1%) |
| US_IN | Table 3 | 13,376 (<0.1%) |
| US_KS | Table 3 | 3,971 (<0.1%) |
| US_KY | Table 3 | 7,747 (<0.1%) |
| US_LA | Table 3 | 22,024 (<0.1%) |
| US_MA | Table 3 | 11,722 (<0.1%) |
| US_MD | Table 3 | 18,632 (<0.1%) |
| US_ME | Table 3 | 1,882 (<0.1%) |
| US_MI | Table 3 | 22,018 (<0.1%) |
| US_MN | Table 3 | 7,634 (<0.1%) |
| US_MO | Table 3 | 12,040 (<0.1%) |
| US_MS | Table 3 | 12,373 (<0.1%) |
| US_MT | Table 3 | 2,078 (<0.1%) |
| US_NC | Table 3 | 26,549 (0.6%) |
| US_ND | Table 3 | 924 (<0.1%) |
| US_NE | Table 3 | 3,343 (<0.1%) |
| US_NH | Table 3 | 1,944 (<0.1%) |
| US_NJ | Table 3 | 22,674 (<0.1%) |
| US_NM | Table 3 | 3,194 (<0.1%) |
| US_NV | Table 3 | 16,436 (<0.1%) |
| US_NY | Table 3 | 46,173 (1.0%) |
| US_OH | Table 3 | 38,770 (0.9%) |
| US_OK | Table 3 | 7,215 (<0.1%) |
| US_OR | Table 3 | 10,606 (<0.1%) |
| US_PA | Table 3 | 25,187 (0.6%) |
| US_RI | Table 3 | 1,987 (<0.1%) |
| US_SC | Table 3 | 12,077 (<0.1%) |
| US_SD | Table 3 | 985 (<0.1%) |
| US_TN | Table 3 | 17,956 (<0.1%) |
| US_TX | Table 3 | 164,869 (3.6%) |
| US_UT | Table 3 | 11,571 (<0.1%) |
| US_VA | Table 3 | 37,518 (0.8%) |
| US_VT | Table 3 | 1,140 (<0.1%) |
| US_WA | Table 3 | 19,395 (<0.1%) |
| US_WI | Table 3 | 8,826 (<0.1%) |
| US_WV | Table 3 | 2,354 (<0.1%) |
| US_WY | Table 3 | 707 (<0.1%) |
| | Total | 4,540,504 |

## Table 8 - Enforcements by State

| Jurisdiction | Table | Checkpoints |
|---|---|---|
| US | Checkpointing Table | 2,145,585 (97.5%) |
| US_AR | Checkpointing Table | 615 (<0.1%) |
| US_CA | Checkpointing Table | 22,999 (1.0%) |
| US_CO | Checkpointing Table | 3,187 (<0.1%) |
| US_CT | Checkpointing Table | 661 (<0.1%) |
| US_DE | Checkpointing Table | 4 (<0.1%) |
| US_FL | Checkpointing Table | 71 (<0.1%) |
| US_IL | Checkpointing Table | 2,779 (<0.1%) |
| US_LA | Checkpointing Table | 11 (<0.1%) |
| US_MT | Checkpointing Table | 2 (<0.1%) |
| US_NV | Checkpointing Table | 17 (<0.1%) |
| US_OH | Checkpointing Table | 620 (<0.1%) |
| US_OR | Checkpointing Table | 6 (<0.1%) |
| US_TX | Checkpointing Table | 17,511 (0.8%) |
| US_UT | Checkpointing Table | 2,283 (<0.1%) |
| US_VA | Checkpointing Table | 3,947 (<0.1%) |
| US_WA | Checkpointing Table | 19 (<0.1%) |

Expert Report of Ryan Sheatsley    54

Expert Report – Highly Confidential

| | | Total | 2,200,317 |
|---|---|---|---|

**Table 9 - Checkpoints by State**

79.   Moreover, below is a plot that shows the number of reports, enforcements, and checkpoints about US and Potentially US users over time. The fields "first_create_timestamp" and "report_ds" identify when a report was created in Table 1 and Table 2, respectively.[160] I assume the field "action_time" identifies when an enforcement is actioned in Table 3 because of the name of the field. I assume the field "enrollment_time" identifies when a user is checkpointed in the Checkpointing Table for the same reason.

80.   In the plot, the x-axis represents time and the y-axis represents the number of reports, enforcements, and checkpoints per month. Tables are differentiated by color and US vs. Potentially US users are denoted as solid vs. dashed lines, respectively. Note the changes in value among the y-axes.

---

[160] See META3047MDL-177-00122356

Expert Report of Ryan Sheatsley                                                55

Expert Report – Highly Confidential

    (c) IG_Underage_ignore_no_bio_and_no_media

    (d) IGUnderageIgnoreNoBioAndNoMediaProfiles

    (e) IGUnderageIgnoreNoMediaProfile

    (f) IGUnderageIgnoreNoMediaProfiles

    (g) UnderageIgnoreNoMediaProfiles

98.    I assume that these values refer to the policy Meta applies which ignores reports of accounts because there was either: (1) no bio, or (2) no photos on the account.[174] Below is a table which contains the number of reports that are ignored automatically due to a lack of bio and photos.

| Table | No Bio or Photos Auto-Ignored Reports |
|---|---|
| Table 1 (Potential US) | 32,095 |
| Table 1 | 7,402 |
| Table 2 | 3,829 |
| Total | 43,326 |

**Table 18 - Number of Ignored Reports Due to a Lack of a Bio or Photos**

99.    Moreover, below is a table that shows the number of reports that are ignored automatically due to a lack of bio and photos by state.

| Jurisdiction | Table | Reports |
|---|---|---|
| US | Table 1 | 5,652 |
| US | Table 2 | 1,879 |
| US_AL | Table 2 | 1 |
| US_AR | Table 2 | 22 |
| US_AR | Table 1 | 49 |
| US_AZ | Table 2 | 1 |
| US_CA | Table 1 | 616 |
| US_CA | Table 2 | 549 |
| US_CO | Table 2 | 50 |
| US_CO | Table 1 | 64 |
| US_CT | Table 1 | 28 |
| US_CT | Table 2 | 29 |
| US_DC | Table 2 | 6 |
| US_DE | Table 2 | 7 |

---

[174] See Hartnett Dep. 179:11-180:6 for details surrounding this policy. See Blanaru Dep. Ex. 1 at 1 for similar values that are used here.

Expert Report – Highly Confidential

| | | |
|---|---|---|
| US_DE | Table 1 | 3 |
| US_FL | Table 1 | 71 |
| US_FL | Table 2 | 191 |
| US_GA | Table 2 | 61 |
| US_IA | Table 2 | 2 |
| US_IL | Table 2 | 119 |
| US_IL | Table 1 | 184 |
| US_IN | Table 2 | 2 |
| US_KS | Table 2 | 1 |
| US_KY | Table 2 | 1 |
| US_LA | Table 1 | 18 |
| US_LA | Table 2 | 57 |
| US_MA | Table 2 | 5 |
| US_MD | Table 2 | 2 |
| US_MI | Table 2 | 4 |
| US_MO | Table 2 | 16 |
| US_MS | Table 2 | 19 |
| US_MT | Table 1 | 1 |
| US_MT | Table 2 | 4 |
| US_NC | Table 2 | 3 |
| US_NJ | Table 2 | 9 |
| US_NV | Table 2 | 24 |
| US_NV | Table 1 | 17 |
| US_NY | Table 2 | 9 |
| US_OH | Table 1 | 65 |
| US_OH | Table 2 | 110 |
| US_OK | Table 2 | 1 |
| US_OR | Table 1 | 11 |
| US_OR | Table 2 | 39 |
| US_PA | Table 2 | 3 |
| US_SD | Table 2 | 1 |
| US_TN | Table 2 | 1 |
| US_TX | Table 1 | 493 |
| US_TX | Table 2 | 418 |
| US_UT | Table 1 | 25 |
| US_UT | Table 2 | 23 |
| US_VA | Table 1 | 77 |
| US_VA | Table 2 | 108 |
| US_WA | Table 2 | 51 |
| US_WA | Table 1 | 28 |
| US_WI | Table 2 | 1 |
| | Total | 11,231 |

**Table 19- Number of Ignored Reports Due to a Lack of a Bio or Photos by State**

100. Finally, to identify the number of unique US users that are the subject of these auto-ignored reports, I examined the fields "deprecated_responsible_id_hashed", "entity_attr_id_hashed", "entity_attr_id_rid_hashed", "object_id_hashed", "object_id_v1_hashed", "object_rid_hashed", and "responsible_rid_hashed" in Table 1, which all

Expert Report of Ryan Sheatsley                                    63

Expert Report – Highly Confidential

represent account identifiers.[175] The fields "entity_attr_entity_rid_hashed" and "entity_attr_primary_profile_id_hashed" in Table 2 both represent account identifiers.[176]

101. Since there are multiple fields that provide account identifiers, I used the field which had the largest number of unique values (as many reports had empty values for particular identifiers). Below is a table that shows the number of unique users that were the subject of these auto-ignored reports.

| Table | Unique Users |
|---|---|
| Table 1 (Potential US) (object_id_v1_hashed) | 10,408 |
| Table 1 (deprecated responsible_id_hashed) | 6,262 |
| Table 2 (entity_attr_entity_rid_hashed) | 2,917 |
| Total | 19,587 |

**Table 20 - Number of Unique Users with Ignored Reports Due to a Lack of a Bio or Photos**

102. Additionally, below are state-level jurisdictions of these users.

| Jurisdiction | Table | Reports |
|---|---|---|
| US | Table 1 | 4,826 |
| US | Table 2 | 1,521 |
| US_AL | Table 2 | 1 |
| US_AR | Table 1 | 39 |
| US_AR | Table 2 | 19 |
| US_AZ | Table 2 | 1 |
| US_CA | Table 1 | 513 |
| US_CA | Table 2 | 367 |
| US_CO | Table 1 | 56 |
| US_CO | Table 2 | 38 |
| US_CT | Table 2 | 21 |
| US_CT | Table 1 | 25 |
| US_DC | Table 2 | 3 |
| US_DE | Table 1 | 3 |
| US_DE | Table 2 | 7 |
| US_FL | Table 1 | 54 |
| US_FL | Table 2 | 153 |

[175] See 2025.10.06 - Corrected Meta Ltr. re META3047MDL_VOL245.pdf. I assume the memo omitted the word "_hashed" when providing the identifiers for these fields. Moreover, I assume ""entity_rid" within the "entity_attr" column refer to "entity_attr_id_hashed" and "entity_attr_id_rid_hashed". I make the same assumptions on the "object_rid" and "responsible_rid" columns.

[176] See 2025.10.06 - Corrected Meta Ltr. re META3047MDL_VOL245.pdf. I assume the memo omitted the word "_hashed" when providing the identifiers for these fields. Moreover, I assume "entity_attr_primary_profile_rid_hashed" to be an account identifier.

Expert Report – Highly Confidential

| | | |
|---|---|---|
| US_GA | Table 2 | 52 |
| US_IA | Table 2 | 1 |
| US_IL | Table 2 | 84 |
| US_IL | Table 1 | 119 |
| US_IN | Table 2 | 2 |
| US_KY | Table 2 | 1 |
| US_LA | Table 2 | 48 |
| US_LA | Table 1 | 14 |
| US_MD | Table 2 | 2 |
| US_MI | Table 2 | 2 |
| US_MS | Table 2 | 19 |
| US_MT | Table 1 | 1 |
| US_MT | Table 2 | 4 |
| US_NC | Table 2 | 2 |
| US_NJ | Table 2 | 5 |
| US_NV | Table 2 | 23 |
| US_NV | Table 1 | 17 |
| US_NY | Table 2 | 4 |
| US_OH | Table 1 | 57 |
| US_OH | Table 2 | 60 |
| US_OK | Table 2 | 1 |
| US_OR | Table 1 | 9 |
| US_OR | Table 2 | 34 |
| US_PA | Table 2 | 2 |
| US_TN | Table 2 | 1 |
| US_TX | Table 2 | 319 |
| US_TX | Table 1 | 412 |
| US_UT | Table 1 | 25 |
| US_UT | Table 2 | 18 |
| US_VA | Table 2 | 58 |
| US_VA | Table 1 | 72 |
| US_WA | Table 1 | 20 |
| US_WA | Table 2 | 43 |
| US_WI | Table 2 | 1 |
| | Total | 9,179 |

**Table 21 - Number of Unique Users with Ignored Repots Due to a Lack of Bio or Photos by State**

103. My analysis shows the significance of Meta's policy of automatically ignoring reports of accounts that have no bio or photos. Meta received reports of ~20,000 users that were children, but Meta took no further action to investigate those reports because they were discarded by Meta's automated system because of a lack of a bio or photos.

Expert Report of Ryan Sheatsley                65

Expert Report – Highly Confidential

over 18.[177] Below is a table which contains the number of reports that are ignored automatically due to Meta's Adult Classifier predicting the user to be over 18.

| Table | Predicted Over 18 Auto-Ignored Reports |
|---|---|
| Table 1 | 83,465 |
| Table 1 (Potential US) | 77,785 |
| Table 2 | 3,483 |
| Total | 164,733 |

**Table 22 - Number of Reports Ignored Because Meta Predicted the User to be Over 18**

108. Moreover, below is a table that shows the number of reports that are ignored automatically due to Meta's Adult Classifier predicting the user to be over 18 by state.

| Jurisdiction | Table | Reports |
|---|---|---|
| US | Table 1 | 66,221 |
| US | Table 2 | 2,460 |
| US_AK | Table 2 | 3 |
| US_AR | Table 1 | 235 |
| US_AR | Table 2 | 14 |
| US_AZ | Table 2 | 5 |
| US_CA | Table 1 | 8,710 |
| US_CA | Table 2 | 467 |
| US_CO | Table 1 | 537 |
| US_CO | Table 2 | 2 |
| US_CT | Table 1 | 394 |
| US_CT | Table 2 | 57 |
| US_DC | Table 2 | 1 |
| US_DE | Table 2 | 3 |
| US_FL | Table 1 | 13 |
| US_FL | Table 2 | 85 |
| US_GA | Table 2 | 32 |
| US_ID | Table 2 | 1 |
| US_IL | Table 2 | 60 |
| US_IL | Table 1 | 1,303 |
| US_IN | Table 2 | 1 |
| US_KS | Table 2 | 7 |
| US_KY | Table 2 | 1 |
| US_LA | Table 2 | 5 |
| US_MA | Table 2 | 1 |
| US_MI | Table 2 | 1 |
| US_MS | Table 2 | 3 |
| US_MT | Table 2 | 2 |

[177] See Hartnett Dep. 175:16-176:15 for details surrounding this policy. See also META3047MDL-146-00072824 at -072831 (UnderageAdultClassifierIgnore defined to mean "Ignore if our adult classifier predicts them to be over 18")

Expert Report – Highly Confidential

| | | |
|---|---|---|
| US_MT | Table 1 | 1 |
| US_NC | Table 2 | 6 |
| US_ND | Table 2 | 1 |
| US_NH | Table 2 | 1 |
| US_NJ | Table 2 | 5 |
| US_NV | Table 2 | 37 |
| US_NV | Table 1 | 9 |
| US_NY | Table 2 | 22 |
| US_OH | Table 2 | 19 |
| US_OH | Table 1 | 350 |
| US_OR | Table 2 | 4 |
| US_PA | Table 2 | 7 |
| US_TN | Table 2 | 4 |
| US_TX | Table 2 | 112 |
| US_TX | Table 1 | 4,470 |
| US_UT | Table 2 | 6 |
| US_UT | Table 1 | 363 |
| US_VA | Table 1 | 854 |
| US_VA | Table 2 | 21 |
| US_VT | Table 2 | 1 |
| US_WA | Table 2 | 17 |
| US_WA | Table 1 | 5 |
| US_WI | Table 2 | 1 |
| US_WV | Table 2 | 8 |
| | Total | 86,948 |

**Table 23- Number of Reports Ignored Because Meta Predicted the User to be Over 18 by State**

109. Finally, using the same account identifiers and approach described above, below is a table that shows the number of unique users that were the subject of these auto-ignored reports.

| Table | Unique Users |
|---|---|
| Table 1 (Potential US) (object_id_hashed) | 77,379 |
| Table 1 (object_id_hashed) | 61,912 |
| Table 2 (entity_attr_entity_rid_hashed) | 1,797 |
| Total | 141,088 |

**Table 24 - Number of Unique Users Who Had Reports Ignored Because Meta Predicted the User to be Over 18**

110. Additionally, below are the state-level jurisdictions for these users.

| Jurisdiction | Table | Reports |
|---|---|---|
| US | Table 1 | 49,461 |
| US | Table 2 | 1,299 |
| US_AK | Table 2 | 1 |
| US_AR | Table 2 | 3 |
| US_AR | Table 1 | 179 |
| US_AZ | Table 2 | 5 |
| US_CA | Table 1 | 5,869 |
| US_CA | Table 2 | 161 |

Expert Report of Ryan Sheatsley                          68

Expert Report – Highly Confidential

| | | |
|---|---|---|
| US_CO | Table 1 | 429 |
| US_CO | Table 2 | 2 |
| US_CT | Table 1 | 313 |
| US_CT | Table 2 | 10 |
| US_DC | Table 2 | 1 |
| US_DE | Table 2 | 3 |
| US_FL | Table 1 | 7 |
| US_FL | Table 2 | 59 |
| US_GA | Table 2 | 5 |
| US_ID | Table 2 | 1 |
| US_IL | Table 1 | 1,020 |
| US_IL | Table 2 | 42 |
| US_IN | Table 2 | 1 |
| US_KS | Table 2 | 4 |
| US_KY | Table 2 | 1 |
| US_LA | Table 2 | 5 |
| US_MA | Table 2 | 1 |
| US_MI | Table 2 | 1 |
| US_MS | Table 2 | 3 |
| US_MT | Table 2 | 2 |
| US_MT | Table 1 | 1 |
| US_NC | Table 2 | 5 |
| US_ND | Table 2 | 1 |
| US_NH | Table 2 | 1 |
| US_NJ | Table 2 | 4 |
| US_NV | Table 2 | 24 |
| US_NV | Table 1 | 4 |
| US_NY | Table 2 | 16 |
| US_OH | Table 1 | 289 |
| US_OH | Table 2 | 17 |
| US_OR | Table 2 | 4 |
| US_PA | Table 2 | 3 |
| US_TN | Table 2 | 3 |
| US_TX | Table 2 | 66 |
| US_TX | Table 1 | 3,424 |
| US_UT | Table 2 | 6 |
| US_UT | Table 1 | 260 |
| US_VA | Table 2 | 16 |
| US_VA | Table 1 | 651 |
| US_VT | Table 2 | 1 |
| US_WA | Table 1 | 5 |
| US_WA | Table 2 | 16 |
| US_WI | Table 2 | 1 |
| US_WV | Table 2 | 3 |
| | Total | 63,709 |

**Table 25 - Number of Unique Users Who Had Reports Ignored Because Meta Predicted the User to be Over 18 by State**

111. My analysis shows the large effect of Meta's Adult Classifier in ignoring underage reports. Over 160,000 reports were ignored for this reason, targeting roughly 140,000 US (and potentially US) users. Even if Meta's Adult Classifier were hypothetically 90% correct at determining whether a user

Expert Report of Ryan Sheatsley                                    69

Expert Report – Highly Confidential

| Checkpointing Table | PolicyChain: U13 Admittance via Account Centre | 93,221 | 4.2% |
|---|---|---|---|
| Table 3 | policy:disable_async_job | 101,657 | 62.3% |
| Table 3 | policy:ig_underage_checkpoint;ig_underage_checkpoint | 15,928 | 9.8% |
| Table 3 | policy: | 12,449 | 7.6% |
| Table 3 | policy:state_manager | 3,315 | 2.0% |
| Table 3 | decision:["Is_there_underage_admission::no_indication","Are_there_underage_photos::Yes_above_threshold"] | 2,575 | 1.6% |

**Table 37 - Most Common Checkpointing Reasons**

146. Next, the fields "creator_rid_hashed", "entity_rid_hashed", and "owner_rid_hashed" identify the user in Table 3.[199] As used in the prior section, I use the fields "entity_attr_entity_rid_hashed" and "entity_attr_primary_profile_rid_hashed" in Checkpointing Table to identify users. Below is a table, using same the approach described above, that shows the number of unique users[200] that are checkpointed.

| Table | Unique Users |
|---|---|
| Checkpointing Table (entity_id_hashed) | 1,810,035 |
| Table 3 (entity_rid_hashed) | 105,175 |
| Total | 1,915,210 |

**Table 38 - Number of Checkpointed Users**

147. Finally, below is a table that shows the state-level jurisdictions of these users.

| Jurisdiction | Table | Checkpoints |
|---|---|---|
| US | Checkpointing Table | 1,766,761 |
| US_AR | Checkpointing Table | 415 |
| US_CA | Checkpointing Table | 18,652 |
| US_CO | Checkpointing Table | 2,838 |
| US_CT | Checkpointing Table | 366 |
| US_DE | Checkpointing Table | 3 |
| US_FL | Checkpointing Table | 63 |
| US_IL | Checkpointing Table | 1,763 |
| US_LA | Checkpointing Table | 11 |
| US_MT | Checkpointing Table | 2 |
| US_NV | Checkpointing Table | 15 |
| US_OH | Checkpointing Table | 390 |
| US_OR | Checkpointing Table | 5 |
| US_TX | Checkpointing Table | 13,515 |
| US_UT | Checkpointing Table | 2,063 |
| US_VA | Checkpointing Table | 3,156 |

[199] Ashley Simonsen, Corrected Meta Ltr re META3047MDL_VOL245, Ltr from Counsel for Meta to Counsel of Record (Oct. 6, 2025).

[200] I attempted to deduplicate IDs between these two tables—there were no matches among the fields.

Expert Report of Ryan Sheatsley                83

Expert Report – Highly Confidential

| | | |
|---|---|---|
| US_WA | Checkpointing Table | 18 |
| | Total | 1,810,036 |

**Table 39- Number of Checkpointed Users (via Checkpointing Table) by State**

| Jurisdiction | Table | Enforcements |
|---|---|---|
| US | Table 3 | 82,436 |
| US_AK | Table 3 | 32 |
| US_AL | Table 3 | 295 |
| US_AR | Table 3 | 210 |
| US_AZ | Table 3 | 381 |
| US_CA | Table 3 | 4,094 |
| US_CO | Table 3 | 283 |
| US_CT | Table 3 | 224 |
| US_DC | Table 3 | 66 |
| US_DE | Table 3 | 79 |
| US_FL | Table 3 | 1,824 |
| US_GA | Table 3 | 1,169 |
| US_HI | Table 3 | 122 |
| US_IA | Table 3 | 89 |
| US_ID | Table 3 | 66 |
| US_IL | Table 3 | 874 |
| US_IN | Table 3 | 345 |
| US_KS | Table 3 | 104 |
| US_KY | Table 3 | 218 |
| US_LA | Table 3 | 509 |
| US_MA | Table 3 | 276 |
| US_MD | Table 3 | 464 |
| US_ME | Table 3 | 36 |
| US_MI | Table 3 | 438 |
| US_MN | Table 3 | 209 |
| US_MO | Table 3 | 252 |
| US_MS | Table 3 | 265 |
| US_MT | Table 3 | 38 |
| US_NC | Table 3 | 680 |
| US_ND | Table 3 | 18 |
| US_NE | Table 3 | 79 |
| US_NH | Table 3 | 43 |
| US_NJ | Table 3 | 547 |
| US_NM | Table 3 | 63 |
| US_NV | Table 3 | 354 |
| US_NY | Table 3 | 1,063 |
| US_OH | Table 3 | 783 |
| US_OK | Table 3 | 193 |
| US_OR | Table 3 | 191 |
| US_PA | Table 3 | 635 |
| US_RI | Table 3 | 38 |
| US_SC | Table 3 | 335 |
| US_SD | Table 3 | 17 |
| US_TN | Table 3 | 435 |
| US_TX | Table 3 | 2,679 |
| US_UT | Table 3 | 220 |
| US_VA | Table 3 | 701 |
| US_VT | Table 3 | 24 |
| US_WA | Table 3 | 409 |
| US_WI | Table 3 | 210 |
| US_WV | Table 3 | 50 |
| US_WY | Table 3 | 10 |
| | Total | 105,175 |

Expert Report of Ryan Sheatsley                84

Expert Report – Highly Confidential

**Table 40 - Number of Checkpointed Users (via Table 3) by State**

148.  My analysis shows that users self-admitting that they are underage make up a large share of accounts that Meta checkpoints for being underage—all of the top-five reasons in the Checkpointing Table (representing ~80% of all checkpoints) are related to users who admit they are underage in some way (e.g., "DOBUpdate", "Admittance via Account Centre", etc.).[201]

### 5.5.4 Results on User Account Disables

149. This analysis of Meta's productions focuses on US users that have been deactivated (often described as being "disabled" in the data) for being underage. Here, I analyze the number of users that were disabled for being underage, based on elapsed time, and specific actions that led to the account being disabled among other details. This section relies on Checkpointing Table. Throughout this section, I apply the same geographic and underage filters described above.

150.  **Q1. How many unique US accounts are disabled by Meta for being underage, and how long did it take users to be disabled?**

---

[201]  Blanaru Dep. 51:3-52:25; Blanaru Dep. Ex. 1 at 4; see also META3047MDL-037-00084734 ("AGE_COLLECTION").

Expert Report – Highly Confidential

| | |
|---|---|
| 2022-08 | 36,313 (2.5%) |
| 2022-09 | 26,578 (1.8%) |
| 2022-10 | 44,413 (3.0%) |
| 2022-11 | 34,402 (2.3%) |
| 2022-12 | 60,945 (4.1%) |
| 2023-01 | 23,564 (1.6%) |
| 2023-02 | 11,968 (0.8%) |
| 2023-03 | 390 (<0.1%) |
| 2023-04 | 138 (<0.1%) |
| 2023-05 | 193 (<0.1%) |
| 2023-06 | 197 (<0.1%) |
| 2023-07 | 425 (<0.1%) |
| 2023-08 | 4,435 (0.3%) |
| 2023-09 | 3,732 (0.3%) |
| 2023-10 | 241,803 (16.3%) |
| 2023-11 | 18,734 (1.3%) |
| 2023-12 | 38,354 (2.6%) |
| 2024-01 | 28,140 (1.9%) |
| 2024-02 | 25,059 (1.7%) |
| 2024-03 | 26,677 (1.8%) |
| 2024-04 | 1 (<0.1%) |
| Total | 1,481,631 (100.0%) |

**Table 42 - Number of Monthly Account Disables**

153. As used in the prior section, I use the fields "entity_attr_entity_rid_hashed" and "entity_attr_primary_profile_rid_hashed" in Checkpointing Table to identify users. Below is a table, using same the approach described above, that shows the number of unique users that are disabled.

| Table | Unique Users |
|---|---|
| Checkpointing Table (entity_id_hashed) | 1,322,210 (100.0%) |
| Total | 1,322,210 (100.0%) |

**Table 43 - Number of Unique Users Disabled**

154. Moreover, below is a table that shows the state-level jurisdictions of these users.

| Jurisdiction | Table | Checkpoints |
|---|---|---|
| US | Checkpointing Table | 1,283,555 |
| US_AR | Checkpointing Table | 333 |
| US_CA | Checkpointing Table | 16,841 |
| US_CO | Checkpointing Table | 2,652 |
| US_CT | Checkpointing Table | 245 |
| US_FL | Checkpointing Table | 2 |
| US_IL | Checkpointing Table | 1,382 |
| US_NV | Checkpointing Table | 2 |
| US_OH | Checkpointing Table | 278 |
| US_TX | Checkpointing Table | 12,116 |

Expert Report – Highly Confidential

| | | |
|---|---|---|
| US_UT | Checkpointing Table | 1,959 |
| US_VA | Checkpointing Table | 2,844 |
| US_WA | Checkpointing Table | 1 |
| | Total | 1,322,210 |

**Table 44 - Number of Unique Users Disabled by State**

155. For measuring the time taken to be disabled, I assume the field "enrollment_time" refers to the time a user is checkpointed and "decision_time" refers to the time at which a decision about the checkpointed user is made. Thus, the duration at which a user is checkpointed can be measured by the difference between these two fields. Below is a table which contains the number of disabled accounts, binned by whether the account was checkpointed for less than forty-five days, from forty-six days to six months, from six months to a year, to greater than one year.

| Table | ≤ 45 days | 46 days to 6 months | 6 months to 1 year | > 1 year |
|---|---|---|---|---|
| Checkpointing Table | 1,180,858 (80.0%) | 243,573 (16.5%) | 7,419 (0.5%) | 44,289 (3.0%) |
| Total | 1,180,858 (80.0%) | 243,573 (16.5%) | 7,419 (0.5%) | 44,289 (3.0%) |

**Table 45 - Number of Checkpoints that took N Days to Reach a Decision**

156. My analysis shows that a substantial number of underage user accounts remained in underage checkpoints for extended periods before being disabled, during which time their data continued to be fully accessible to Meta's systems—including for training and improving AI models.[203] Further, after Meta ultimately determined that these accounts were likely operated by users under 13 and deactivated them, the company still retained the data of hundreds of thousands of these accounts for six months to a year before beginning the

---

[203] Backstrom Dep. 29:23-30:16 and errata sheet.

Expert Report of Ryan Sheatsley                                    88

Expert Report – Highly Confidential

| Table | DOB Disabled | DOB Cleared | DOB Distilery Cleared |
|---|---|---|---|
| Checkpointing Table | 828,458 (80.0%) | 201,445 (19.4%) | 5,844 (0.6%) |
| Total | 828,458 (80.0%) | 201,445 (19.4%) | 5,844 (0.6%) |

**Table 46 - Checkpoint Decisions for Users Who Edited Their Date of Birth**

161. Below is a table that shows the number of accounts disabled due to users editing their date of birth to be under 13, broken down by state.

| Jurisdiction | Table | Checkpoints |
|---|---|---|
| US | Checkpointing Table | 783,669 |
| US_AR | Checkpointing Table | 409 |
| US_CA | Checkpointing Table | 19,289 |
| US_CO | Checkpointing Table | 2,789 |
| US_CT | Checkpointing Table | 388 |
| US_FL | Checkpointing Table | 4 |
| US_IL | Checkpointing Table | 1,870 |
| US_NV | Checkpointing Table | 3 |
| US_OH | Checkpointing Table | 351 |
| US_TX | Checkpointing Table | 14,389 |
| US_UT | Checkpointing Table | 2,064 |
| US_VA | Checkpointing Table | 3,232 |
| US_WA | Checkpointing Table | 1 |
| | Total | 828,458 |

**Table 47 – Number of Accounts Disabled because Users Edited Their Date of Birth by State**

162. Next, to measure the time between when a user was checkpointed and when they were disabled for editing their date of birth to be under 13, I apply the same approach above where I compute the difference between the fields "enrollment_time" and "decision_time". Below is a table which contains the number of accounts that were disabled for editing their date of birth, binned by whether the account was checkpointed for less than forty-five days, from forty-six days to six months, from six months to a year, to greater than one year.

| Table | ≤ 45 days | 46 days to 6 months | 6 months to 1 year | > 1 year |
|---|---|---|---|---|
| Checkpointing Table | 602,081 (73.1%) | 176,180 (21.4%) | 6,298 (0.8%) | 39,176 (4.8%) |
| Total | 602,081 (73.1%) | 176,180 (21.4%) | 6,298 (0.8%) | 39,176 (4.8%) |

Expert Report – Highly Confidential



**Figure 6 - Histogram of FB-to-IG Softmatch Table Score Values (with 0.555 Threshold)**

189. For IG-to-IG Softmatch Table, any ID pair that had all values of the fields "is_suma_2025_MM_DD"[221] (where "MM_DD" was either "05_24", "06_07", "06_23", or "07_06") not equal to 0 (as this indicates that the pair of IDs are not owned by the same user) was included.[222]

190. I call IDs that are soft-matched to a Disabled ID that were not filtered out "Candidate IDs" (as they represent IDs that Meta's models predict to be owned by the same user).

191. Next, I check if a "Candidate ID" is neither in Very Recent Checkpointing Table (via "rid_hashed"), Very Recent Table 3 (via "creator_id", "creator_rid_hashed", "entity_id_hashed", "entity_rid_hashed", "owner_id", and "owner_rid_hashed"), nor Very Recent VAN Table (via

---

[221] "SUMA" stands for "Same-User-Multiple-Account". See Hartnett Dep. 292:1-3.
[222] Blanaru Dep. 54:12-21.

Expert Report of Ryan Sheatsley                                        108

Expert Report – Highly Confidential

"creator_rid_hashed", "entity_id_hashed", "entity_rid_hashed", and "owner_rid_hashed"). In this way, such "Candidate IDs" are not checkpointed, not enforced, and have not had an enforcement propagated to them (and therefore, are currently allowed to remain on Meta's platforms).

192. Finally, I verified that at least one of the IDs[223] in the pair had a US jurisdiction[224] (via "enrollment_conformed_entity_dimensions.jurisdictions" in Very Recent Checkpointing Table for Disabled IDs and via Softmatch Jurisdiction Table for Candidate IDs). I call such IDs "Unenforced IDs" as they represent IDs that are not enforced or checkpointed, but are soft-matched (over a threshold) to an ID that was disabled for being underage, and either has a US jurisdiction or is soft-matched to an ID that does. Finally, across all pairs with an Unenforced ID, I computed the number of unique Unenforced and Disabled IDs. Below are tables that show the results of the filters described above for each of Meta's soft-match models.

| Table | Softmatch Pairs | Pairs over Threshold | Pairs with a Disabled Account | Unenforced Softmatch Pairs | Unenforced Accounts | Disabled Accounts |
|---|---|---|---|---|---|---|
| FB-to-FB Clustering Table | 176,564,405 | 176,564,405 | 31,476 | 30,811 | 15,748 | 13,106 |

---

[223] Note that Meta described Very Recent Checkpointing Table as "data relating to U.S. Facebook and Instagram accounts." Accordingly, I consider these users to be US users. See 2025.08.15 Meta Ltr. re META3047MDL_VOL270.pdf. However, I observed that some of these users had values in the subfield "jurisdictions" from the field "enrollment_conformed_entity_dimensions" indicating foreign geography and thus, to be conservative, I filtered them out in my analysis per these steps.

[224] I performed this check for IG-to-IG Softmatch Table and FB-to-IG Softmatch Table. FB-to-FB Clustering Table has a "country" field which is "US" for >99.95% of rows.

Expert Report of Ryan Sheatsley                    109

Expert Report – Highly Confidential

| | | | | | | |
|---|---|---|---|---|---|---|
| FB-to-IG Softmatch Table | 2,999,628,582 | 1,282,987,972 | 57,202 | 49,483 | 47,748 | 21,797 |
| IG-to-IG Softmatch Table | 4,613,904,488 | 2,734,812,541 | 125,499 | 119,095 | 72,320 | 18,397 |

**Table 5556 - Soft-match Analysis Results**

193. Moreover, below are tables of the state-level jurisdictions of Disabled Accounts.

| FB-to-FB Clustering Table Disabled Account Jurisdictions | Count |
|---|---|
| US | 1,837 |
| US_AK | 38 |
| US_AL | 191 |
| US_AR | 114 |
| US_AZ | 455 |
| US_CA | 1,215 |
| US_CO | 164 |
| US_CT | 65 |
| US_DC | 29 |
| US_DE | 27 |
| US_FL | 497 |
| US_GA | 308 |
| US_HI | 39 |
| US_IA | 115 |
| US_ID | 45 |
| US_IL | 261 |
| US_IN | 273 |
| US_KS | 108 |
| US_KY | 270 |
| US_LA | 148 |
| US_MA | 251 |
| US_MD | 137 |
| US_ME | 49 |
| US_MI | 273 |
| US_MN | 160 |
| US_MO | 198 |
| US_MS | 125 |
| US_MT | 27 |
| US_NC | 318 |
| US_ND | 36 |
| US_NE | 69 |
| US_NH | 35 |
| US_NJ | 151 |
| US_NM | 59 |
| US_NV | 68 |
| US_NY | 1,224 |
| US_OH | 397 |
| US_OK | 135 |
| US_OR | 191 |
| US_PA | 365 |
| US_RI | 17 |
| US_SC | 180 |

Expert Report – Highly Confidential

| | |
|---|---|
| US_SD | 25 |
| US_TN | 268 |
| US_TX | 682 |
| US_UT | 73 |
| US_VA | 613 |
| US_VT | 26 |
| US_WA | 395 |
| US_WI | 199 |
| US_WV | 134 |
| US_WY | 27 |

**Table 58 - FB-to-FB Clustering Table Disabled Accounts by State**

| FB-to-IG Softmatch Table Disabled Account Jurisdictions | Count |
|---|---|
| US | 1,174 |
| US_AK | 43 |
| US_AL | 413 |
| US_AR | 210 |
| US_AZ | 474 |
| US_CA | 2,426 |
| US_CO | 289 |
| US_CT | 163 |
| US_DC | 53 |
| US_DE | 66 |
| US_FL | 1,522 |
| US_GA | 939 |
| US_HI | 130 |
| US_IA | 143 |
| US_ID | 82 |
| US_IL | 642 |
| US_IN | 384 |
| US_KS | 196 |
| US_KY | 338 |
| US_LA | 484 |
| US_MA | 301 |
| US_MD | 437 |
| US_ME | 53 |
| US_MI | 526 |
| US_MN | 266 |
| US_MO | 327 |
| US_MS | 276 |
| US_MT | 50 |
| US_NC | 770 |
| US_ND | 44 |
| US_NE | 118 |

Expert Report of Ryan Sheatsley                111

Expert Report – Highly Confidential

| | |
|---|---|
| US_NH | 50 |
| US_NJ | 548 |
| US_NM | 97 |
| US_NV | 239 |
| US_NY | 1,088 |
| US_OH | 735 |
| US_OK | 261 |
| US_OR | 145 |
| US_PA | 701 |
| US_RI | 54 |
| US_SC | 377 |
| US_SD | 32 |
| US_TN | 553 |
| US_TX | 2,060 |
| US_UT | 165 |
| US_VA | 525 |
| US_VT | 23 |
| US_WA | 376 |
| US_WI | 308 |
| US_WV | 93 |
| US_WY | 28 |

**Table 59575859 - FB-to-IG Softmatch Clustering Table Disabled Accounts by State**

| IG-to-IG Softmatch Table Disabled Account Jurisdictions | Count |
|---|---|
| US | 1,093 |
| US_AK | 18 |
| US_AL | 289 |
| US_AR | 115 |
| US_AZ | 366 |
| US_CA | 2,394 |
| US_CO | 211 |
| US_CT | 128 |
| US_DC | 82 |
| US_DE | 62 |
| US_FL | 1,339 |
| US_GA | 904 |
| US_HI | 124 |
| US_IA | 67 |
| US_ID | 63 |
| US_IL | 589 |

Expert Report of Ryan Sheatsley                    112

Expert Report – Highly Confidential

| | |
|---|---|
| US_IN | 250 |
| US_KS | 119 |
| US_KY | 198 |
| US_LA | 430 |
| US_MA | 254 |
| US_MD | 436 |
| US_ME | 26 |
| US_MI | 422 |
| US_MN | 177 |
| US_MO | 220 |
| US_MS | 211 |
| US_MT | 33 |
| US_NC | 592 |
| US_ND | 25 |
| US_NE | 69 |
| US_NH | 34 |
| US_NJ | 565 |
| US_NM | 80 |
| US_NV | 245 |
| US_NY | 946 |
| US_OH | 521 |
| US_OK | 147 |
| US_OR | 90 |
| US_PA | 563 |
| US_RI | 43 |
| US_SC | 304 |
| US_SD | 17 |
| US_TN | 380 |
| US_TX | 2,020 |
| US_UT | 145 |
| US_VA | 433 |
| US_VT | 12 |
| US_WA | 268 |
| US_WI | 227 |
| US_WV | 42 |
| US_WY | 9 |

**Table 6060 - IG-to-IG Softmatch Table Disabled Accounts by State**

194. This analysis shows the ability of Meta's soft-matching models to identify accounts likely to belong to underage users whose accounts Meta has not

Expert Report of Ryan Sheatsley                113

removed from its platforms. With underage enforcement data from only a three-month period, I found tens of thousands of accounts that Meta had disabled for being underage, which Meta's systems predicted were linked to tens of thousands more accounts that Meta ignored. This demonstrates a missed opportunity for Meta to use its existing data to detect and remove underage users.

195. **Q2. How many estimated accounts would be disabled by Meta if it had propagated soft-link enforcements for underage accounts?**

196. This question asks how many underage accounts Meta could have disabled for being soft-matched to an account that was disabled for being underage, if Meta enforced its age policies against soft-matched accounts.

197. I estimate the number of accounts Meta would have disabled by considering the percentage of potential enforcements that are due to soft-matching and multiply this percentage by the total number of enforcements in the past (using a similar methodology as my analysis of possible hard-link enforcements). I define a "soft-match" enforcement to be semantically identical to a hard-link enforcement: an account that is soft-matched to another account that was disabled to be underage. In other words, I consider the number of "Disabled Accounts" computed above when computing the percentage of soft-match enforcements. I assume that soft-matching rates are

Expert Report – Highly Confidential

relatively consistent before April 2025, the earliest date for which Meta produced soft-matching data.

198.  Next, below is a table that contains a summary of the percentages that I used to provide my estimates.

| Soft-match Table | % Disables | % Enforcements |
|---|---|---|
| FB-to-FB Clustering Table | 3.0% | 0.7% |
| FB-to-IG Softmatch Table | 5.0% | 1.1% |
| IG-to-IG Softmatch Table | 4.2% | 0.9% |

**Table 6161 - Soft-match Percentages for each Table**

199.  Below is a table containing the estimated number of potential accounts that could have been disabled or subject to enforcement through soft-matching on a monthly basis for Table 3 and Checkpointing Table. These figures were derived by multiplying the total number of underage account disables or enforcements per month by the respective percentages displayed above.

| Month | Total Disables | Est. Number of Soft-match Disables via FB-to-FB Clustering Table | Est. Number of Soft-match Disables via FB-to-IG Softmatch Table | Est. Number of Soft-match Disables via IG-to-IG Softmatch Table |
|---|---|---|---|---|
| 2020-06-01 | 826 | 24 | 41 | 34 |
| 2020-07-01 | 1,717 | 51 | 85 | 72 |
| 2020-08-01 | 7,533 | 226 | 377 | 318 |
| 2020-09-01 | 143,515 | 4,321 | 7,187 | 6,066 |
| 2020-10-01 | 22,954 | 691 | 1,149 | 970 |
| 2020-11-01 | 22,015 | 662 | 1,102 | 930 |
| 2020-12-01 | 27,598 | 831 | 1,382 | 1,166 |
| 2021-01-01 | 40,441 | 1,217 | 2,025 | 1,709 |
| 2021-02-01 | 26,866 | 809 | 1,345 | 1,135 |
| 2021-03-01 | 25,209 | 759 | 1,262 | 1,065 |
| 2021-04-01 | 20,222 | 608 | 1,012 | 854 |
| 2021-05-01 | 25,770 | 776 | 1,290 | 1,089 |
| 2021-06-01 | 33,344 | 1,004 | 1,669 | 1,409 |
| 2021-07-01 | 52,135 | 1,569 | 2,611 | 2,203 |
| 2021-08-01 | 34,860 | 1,049 | 1,745 | 1,473 |
| 2021-09-01 | 31,596 | 951 | 1,582 | 1,335 |
| 2021-10-01 | 31,660 | 953 | 1,585 | 1,338 |
| 2021-11-01 | 17,353 | 522 | 869 | 733 |
| 2021-12-01 | 10,628 | 320 | 532 | 449 |
| 2022-01-01 | 10,537 | 317 | 527 | 445 |
| 2022-02-01 | 10,690 | 321 | 535 | 451 |

Expert Report – Highly Confidential

| | | | |
|---|---|---|---|
| 2022-03-01 | 29,821 | 898 | 1,493 | 1,260 |
| 2022-04-01 | 21,649 | 651 | 1,084 | 915 |
| 2022-05-01 | 128,304 | 3,863 | 6,425 | 5,423 |
| 2022-06-01 | 79,854 | 2,404 | 3,999 | 3,375 |
| 2022-07-01 | 35,057 | 1,055 | 1,755 | 1,481 |
| 2022-08-01 | 28,636 | 862 | 1,434 | 1,210 |
| 2022-09-01 | 42,848 | 1,290 | 2,145 | 1,811 |
| 2022-10-01 | 35,176 | 1,059 | 1,761 | 1,486 |
| 2022-11-01 | 60,005 | 1,806 | 3,005 | 2,536 |
| 2022-12-01 | 22,196 | 668 | 1,111 | 938 |
| 2023-01-01 | 12,328 | 371 | 617 | 521 |
| 2023-02-01 | 4,118 | 124 | 206 | 174 |
| 2023-03-01 | 3,705 | 111 | 185 | 156 |
| 2023-04-01 | 1,523 | 45 | 76 | 64 |
| 2023-05-01 | 131,675 | 3,965 | 6,594 | 5,565 |
| 2023-06-01 | 29,230 | 880 | 1,463 | 1,235 |
| 2023-07-01 | 32,447 | 977 | 1,625 | 1,371 |
| 2023-08-01 | 31,388 | 945 | 1,571 | 1,326 |
| 2023-09-01 | 15,970 | 480 | 799 | 675 |
| 2023-10-01 | 16,489 | 496 | 825 | 696 |
| 2023-11-01 | 36,871 | 1,110 | 1,846 | 1,558 |
| 2023-12-01 | 28,333 | 853 | 1,418 | 1,197 |
| 2024-01-01 | 26,939 | 811 | 1,349 | 1,138 |
| 2024-02-01 | 24,005 | 722 | 1,202 | 1,014 |
| 2024-03-01 | 103 | 3 | 5 | 4 |
| Total | 1,476,139 | 44,430 | 73,905 | 62,373 |

**Table 6262 - Estimated Number of Account Disables due to Soft-matching per Month**

| Month | Total Enforcements | Est. Number of Soft-match Enforcements via FB-to-FB Clustering Table | Est. Number of Soft-match Enforcements via FB-to-IG Softmatch Table | Est. Number of Soft-match Enforcements via IG-to-IG Softmatch Table |
|---|---|---|---|---|
| 2017-10-01 | 1,258 | 8 | 14 | 11 |
| 2017-11-01 | 2,431 | 16 | 27 | 22 |
| 2017-12-01 | 57 | 0 | 0 | 0 |
| 2018-01-01 | 50 | 0 | 0 | 0 |
| 2018-02-01 | 61 | 0 | 0 | 0 |
| 2018-03-01 | 112 | 0 | 1 | 1 |
| 2018-04-01 | 164 | 1 | 1 | 1 |
| 2018-05-01 | 161 | 1 | 1 | 1 |
| 2018-06-01 | 16,630 | 111 | 185 | 156 |
| 2018-07-01 | 368 | 2 | 4 | 3 |
| 2018-08-01 | 302 | 2 | 3 | 2 |
| 2018-09-01 | 341 | 2 | 3 | 3 |
| 2018-10-01 | 294 | 1 | 3 | 2 |
| 2018-11-01 | 479 | 3 | 5 | 4 |
| 2018-12-01 | 677 | 4 | 7 | 6 |
| 2019-01-01 | 602 | 4 | 6 | 5 |
| 2019-02-01 | 674 | 4 | 7 | 6 |
| 2019-03-01 | 2,140 | 14 | 23 | 20 |
| 2019-04-01 | 1,446 | 9 | 16 | 13 |
| 2019-05-01 | 1,514 | 10 | 16 | 14 |
| 2019-06-01 | 1,772 | 11 | 19 | 16 |
| 2019-07-01 | 2,586 | 17 | 28 | 24 |
| 2019-08-01 | 2,936 | 19 | 32 | 27 |
| 2019-09-01 | 1,949 | 13 | 21 | 18 |
| 2019-10-01 | 2,109 | 14 | 23 | 19 |
| 2019-11-01 | 2,934 | 19 | 32 | 27 |

Expert Report – Highly Confidential

| | | | |
|---|---|---|---|
| 2019-12-01 | 3,839 | 25 | 42 | 36 |
| 2020-01-01 | 5,753 | 38 | 64 | 54 |
| 2020-02-01 | 7,166 | 48 | 80 | 67 |
| 2020-03-01 | 19,729 | 132 | 220 | 186 |
| 2020-04-01 | 12,051 | 80 | 134 | 113 |
| 2020-05-01 | 13,914 | 93 | 155 | 131 |
| 2020-06-01 | 12,648 | 85 | 141 | 119 |
| 2020-07-01 | 11,993 | 80 | 134 | 113 |
| 2020-08-01 | 10,534 | 70 | 117 | 99 |
| 2020-09-01 | 9,684 | 65 | 108 | 91 |
| 2020-10-01 | 44,247 | 297 | 494 | 417 |
| 2020-11-01 | 6,862 | 46 | 76 | 64 |
| 2020-12-01 | 30,739 | 206 | 343 | 290 |
| 2021-01-01 | 34,453 | 231 | 385 | 325 |
| 2021-02-01 | 39,960 | 268 | 446 | 377 |
| 2021-03-01 | 48,618 | 326 | 543 | 458 |
| 2021-04-01 | 31,562 | 212 | 352 | 297 |
| 2021-05-01 | 23,908 | 160 | 267 | 225 |
| 2021-06-01 | 26,932 | 181 | 301 | 254 |
| 2021-07-01 | 46,378 | 311 | 518 | 437 |
| 2021-08-01 | 90,693 | 609 | 1,013 | 855 |
| 2021-09-01 | 86,429 | 580 | 966 | 815 |
| 2021-10-01 | 45,179 | 303 | 505 | 426 |
| 2021-11-01 | 42,529 | 285 | 475 | 401 |
| 2021-12-01 | 35,348 | 237 | 395 | 333 |
| 2022-01-01 | 28,141 | 189 | 314 | 265 |
| 2022-02-01 | 39,794 | 267 | 444 | 375 |
| 2022-03-01 | 65,126 | 437 | 728 | 614 |
| 2022-04-01 | 52,095 | 350 | 582 | 491 |
| 2022-05-01 | 175,801 | 1,181 | 1,965 | 1,658 |
| 2022-06-01 | 561,345 | 3,773 | 6,275 | 5,296 |
| 2022-07-01 | 106,006 | 712 | 1,185 | 1,000 |
| 2022-08-01 | 92,911 | 624 | 1,038 | 876 |
| 2022-09-01 | 64,315 | 432 | 718 | 606 |
| 2022-10-01 | 77,752 | 522 | 869 | 733 |
| 2022-11-01 | 52,925 | 355 | 591 | 499 |
| 2022-12-01 | 84,229 | 566 | 941 | 794 |
| 2023-01-01 | 54,158 | 364 | 605 | 510 |
| 2023-02-01 | 44,604 | 299 | 498 | 420 |
| 2023-03-01 | 35,620 | 239 | 398 | 336 |
| 2023-04-01 | 35,158 | 236 | 393 | 331 |
| 2023-05-01 | 49,713 | 334 | 555 | 469 |
| 2023-06-01 | 44,567 | 299 | 498 | 420 |
| 2023-07-01 | 45,649 | 306 | 510 | 430 |
| 2023-08-01 | 29,974 | 201 | 335 | 282 |
| 2023-09-01 | 21,788 | 146 | 243 | 205 |
| 2023-10-01 | 91,091 | 612 | 1,018 | 859 |
| 2023-11-01 | 28,387 | 190 | 317 | 267 |
| 2023-12-01 | 38,384 | 257 | 429 | 362 |
| 2024-01-01 | 42,163 | 283 | 471 | 397 |
| 2024-02-01 | 48,196 | 323 | 538 | 454 |
| 2024-03-01 | 47,081 | 316 | 526 | 444 |
| 2024-04-01 | 11,434 | 76 | 127 | 107 |
| 2024-05-01 | 10,116 | 67 | 113 | 95 |
| 2024-06-01 | 12,132 | 81 | 135 | 114 |
| 2024-07-01 | 26,353 | 177 | 294 | 248 |
| 2024-08-01 | 40,098 | 269 | 448 | 378 |
| 2024-09-01 | 41,618 | 279 | 465 | 392 |
| 2024-10-01 | 25,054 | 168 | 280 | 236 |

Expert Report – Highly Confidential

| 2024-11-01 | 25,742 | 173 | 287 | 242 |
|---|---|---|---|---|
| 2024-12-01 | 24,117 | 162 | 269 | 227 |
| 2025-01-01 | 19,016 | 127 | 212 | 179 |
| 2025-02-01 | 11,987 | 80 | 133 | 113 |
| 2025-03-01 | 3,592 | 24 | 40 | 33 |
| Total | 3,093,427 | 20,749 | 34,538 | 29,141 |

**Table 6363 - Estimated Number of Enforcements Due to Soft-matching per Month**

200. This analysis represents an estimate of the magnitude of additional underage accounts that Meta could have detected by using its soft-matching techniques over the period for which Meta had produced data on underage enforcements. Based on the available data, I estimate that Meta could have detected tens of thousands of additional underage accounts on Facebook and Instagram, if it had queried its soft-matching data, as has done for years for disabling accounts for other types of policy violations or for commercial purposes.