# Exhibit 15

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


IN RE: SOCIAL MEDIA              Case No. 4:22-MD-03047-YGR

ADOLESCENT                       MDL No. 3047

ADDICTION/PERSONAL INJURY

PRODUCTS LIABILITY LITIGATION

_____
                                   |
This Document Relates to:          |
                                   |
ALL ACTIONS                        |
_____|




                  CONFIDENTIAL


   VIDEOTAPED DEPOSITION OF ANA MARIA ADINA BLANARU

        30(b)(6) DESIGNEE, META PLATFORMS, INC.

              PALO ALTO, CALIFORNIA

                OCTOBER 7, 2025

                  10:09 A.M.




Job No. 7622587

Pages 1 - 74

Stenographically reported by:

JENNY L. GRIFFIN, RMR, CSR, CRR, CCRR, CRC

CSR No. 3969

CONFIDENTIAL

Page 17

(Stenographer interrupted for clarification of the record.)

BY MR. OLSZEWSKI-JUBELIRER:

Q.    D-I-M?

A.    Yeah.

Q.    Your reference sheet lists a number of productions of data; right?

A.    Yes.

Q.    And those are the productions you're prepared to testify about today?

A.    Yes.

Q.    Okay.  Another category of data you're prepared to testify about is records of Meta's predictions of which accounts belong to the same users?

A.    Yes.

Q.    Can we call those soft-matching tables?

A.    Yes.

Q.    Okay.  And those are from three tables generated by Meta's integrity SUMA models, S-U-M-A?

A.    Yes.

Q.    Okay.  Within each of these tables, do those same values in the same fields have the same meanings?

MR. IRWIN:  Object to form.