# Exhibit 16

**Exhibit 1**
**META-BLANARU**
**30(b)(6)**
10/7/2025
Jenny L. Griffin, CSR

**MDL Rule 30(b)(6) Topic 7**
**October 7, 2025 - Adina Blanaru**
**Reference Sheet**

| MDL Volume | Date of Production | Short Description | Table Name(s) / Description(s) | Date Range Queried |
|---|---|---|---|---|
| META3047MDL_VOL184 | 3/11/25 | Table 2 data for agreed violation types<br><br>Table 1 data for agreed violation types | Table 2<br>Table 1 | Table 2: 6/24/22 through 12/11/24<br><br>Table 1: 8/20/13 through 6/23 |
| META3047MDL_VOL196 | 4/4/25 | Table 1 from 2023-2024 for agreed violation types | Table 1 | 7/23 to 4/30/24 |
| META3047MDL_VOL206 | 3/31/25 | Table 3 filtered to agreed upon violation types and enforcement actions stemming from user reports only | Table 3 | 10/17 through 4/30/24 |
| META3047MDL_VOL211 | 4/3/24 | US-level UFAC data | Checkpointing Table (FB)<br>Checkpointing Table (IG) | 2/16 through 4/1/24 |
| META3047MDL_VOL218 | 4/4/25 | Table 3 filtered to U13 violation types + VAN and not limited to enforcement actions stemming from user reports | Table 3 | 10/17 through 4/1/24 |
| META3047MDL_VOL245 | 7/7/25 | Geography supplement for Table 1, Table 2, and Table 3 for U13 violation types only.  Table 3 production was inadvertently limited to enforcements stemming from user reports. | Table 1<br>Table 2<br>Table 3 | Table 1: 8/20/13 through 11/27/24<br><br>Table 2: 6/24/22 through 12/11/24<br><br>Table 3: 10/17 through 4/30/24 |
| META3047MDL_VOL250 | 7/17/25 | Hit counts for "Happy Birthday" searches of tables containing Facebook posts, Facebook comments, and Instagram Captions with 2-digit numbers. | FB 2-digit Directed Posts Table<br>FB 2-digit Non-Directed Posts and Comments Table<br>IG 2-digit Captions Table | Directed posts on Facebook: 2015 through 4/1/24<br>Non-directed posts and comments on Facebook: 1/18/25 to 7/1/25<br>Non-Directed Instagram Captions: 2015 through 4/1/24 |
| META3047MDL_VOL256 | 7/25/25 (corrected on 8/4/25) | Rog 32 data reflecting submissions to the underage reporting forms on Meta's website from U.S. IP addresses where the submission was attempted, a CAPTCHA was shown, but the CAPTCHA was not solved. | Rog 32 Table | 3/8/25 through 7/21/25 |

1

HIGHLY CONFIDENTIAL

**MDL Rule 30(b)(6) Topic 7**
**October 7, 2025 - Adina Blanaru**
**Reference Sheet**

| MDL Volume | Date of Production | Short Description | Table Name(s) / Description(s) | Date Range Queried |
|---|---|---|---|---|
| META3047MDL_VOL258 | 8/1/25 | Additional geography supplement regarding Table 3 for enforcements of U13-related that were identified from non-user reporting sources (supplementing Vol 245) | Table 3 | 10/17 through 4/30/24 |
| META3047MDL_VOL261 | 8/8/25 | Additional geography supplement of Table 2 data that fixed a mistake in VT query (supplementing Vol 245). | Table 2 | 6/24/22 and 12/11/24 |
| META3047MDL-VOL263 | 8/11/25 | Soft-matching predictions of Meta's soft-matching integrity lean classifier model for Instagram accounts that may belong to the same user | IG to IG Table | 5/24/25, 6/7/25, 6/23/25 and 7/6/25 |
| META3047MDL-VOL264 | 8/13/25 | Soft-matching predictions of Meta's soft-matching integrity lean classifier model for Instagram and Facebook accounts that may belong to the same user | FB to IG Table | 4/14/25, 5/11/25, 6/7/25, and 7/6/25 |
| META3047MDL-VOL265 | 8/15/25 | Soft-matching predictions of Meta's soft-matching integrity clustering model for Facebook accounts that may belong to the same user | FB to FB Clustering Table | 4/14/25, 5/11/25, 6/7/25, and 7/6/25 |
| META3047MDL-VOL269 | 8/18/25 | 97-day supplement of data from Table 3, Table 2, and Table 1 for U13-specific violation types and expanded geography filters | Table 1 Table 2 Table 3 | from 4/9/25 to 7/14/25 |
| META3047MDL_VOL270 | 8/15/25 | 97-day supplement of US-level UFAC data | Checkpointing Table (FB) Checkpointing Table (IG) | between 4/9/25 to 7/14/25 |
| META3047MDL_VOL274 | 8/26/25 | 97-day supplement of VAN Table 3 data (supplementing Vol 269) | Table 3 | between 4/9/25 to 7/14/25 |
| META3047MDL_VOL280 | 9/22/25 | Geography predictions (U.S., non-U.S., or unknown) for specific hashed account numbers taken from Meta's prior productions of soft-matching data (Volumes 263 and 264) and identified by Joshua Olszewski-Jubelirer in attachments to Mr. Joshua Olszewski-Jubelirer's September 3, 2025 email | IG to IG Table FB to IG Table | 4/14/25, 5/11/25, 6/7/25, and 7/6/25 |

2

HIGHLY CONFIDENTIAL

**MDL Rule 30(b)(6) Topic 7**
**October 7, 2025 - Adina Blanaru**
**Reference Sheet**

References for Questions Included in 8/20/25 MDL AG Letter re: Topic 7

2) Report_violation_type is the category.

6) "IG_Underage_ignore_no_bio_and_no_media" and "FB_Underage_ignore_fb_no_media_profile"

8)
- Primary
- No data found
- Not related
- Flows integrated with age verification

9) Table 1:
- Contact Form: creation_source = 'contact_form'
- ig surf: content_type = 'InstagramUnderage', creation_source = 'instagram'
- fb surf: creation_source = 'underage_fb_surf'

11a)

Table 1: Creation_source = 'escalation' or 'underage_verge_cleanup'

UFAC: 'PolicyChain:underageActions SRT migration, if there are problems with appeals coming from this policy, please refer to Kate Gotimer', OR 'PolicyChain: The user is being identified as under 13 during SRT review'

11b)

3

HIGHLY CONFIDENTIAL

**MDL Rule 30(b)(6) Topic 7**
**October 7, 2025 - Adina Blanaru**
**Reference Sheet**

UFAC: 'PolicyChain: U13 Admittance via Account Centre' OR 'PolicyChain:EnrollOnUnderageDOBUpdate Enroll people confirming to be underage to age verification checkpoint'

11c)

UFAC: Not Yoti-specific; 'PolicyChain: U13 by Age Verification' OR 'PolicyChain: Underage Admittance via Authenticity Platform'

13)

Table 1: 'IgUnderage', 'UnderageAppeals', 'AuthenticityUnderageCheckpoint', 'IDReviewMasterUnderageAppeals', InstagramUnderageAppeals'

UFAC: completed_challenges = 'IDENTITY_VERIICATION'

20) "report_types" Captures the mechanisms or channels through which the entity was reported (such as user reports, automated systems, trusted partners, etc.); "flagged_violation_type" Used to identify the initial reason/content policy that triggered a flag on the entity (e.g., Hate Speech, Spam, etc.).

23) Table 3: action_reason; UFAC: enrollment_reason

4

HIGHLY CONFIDENTIAL