# Exhibit 17

Expert Report – Highly Confidential

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA, et al.,* <br> Plaintiffs, <br><br> v. <br><br> *META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC., et al.,* <br> Defendants <br><br><br> IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> 4:23-cv-05448 | MDL No. 3047 <br><br> Case No. 4:23-cv-05448-YGR <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Magistrate Judge: Hon. Peter H. Kang |

**CORRECTED TRIAL REPORT OF PATRICK MCDANIEL**
**DECEMBER 15, 2025**

Corrected Expert Report of Patrick McDaniel                    i

Expert Report – Highly Confidential

"creator_rid_hashed", "entity_id_hashed", "entity_rid_hashed", and "owner_rid_hashed"). In this way, such "Candidate IDs" are not checkpointed, not enforced, and have not had an enforcement propagated to them (and therefore, are currently allowed to remain on Meta's platforms).

281. Finally, I verified that at least one of the IDs[386] in the pair had a US jurisdiction[387](via "enrollment_conformed_entity_dimensions.jurisdictions" in Very Recent Checkpointing Table for Disabled IDs and via Softmatch Jurisdiction Table for Candidate IDs). I call such IDs "Unenforced IDs" as they represent IDs that are not enforced or checkpointed, but are soft-matched (over a threshold) to an ID that was disabled for being underage, and either has a US jurisdiction or is soft-matched to an ID that does. Finally, across all pairs with an Unenforced ID, I computed the number of unique Unenforced and Disabled IDs. Below are tables that show the results of the filters described above for each of Meta's soft-match models.

| Table | Softmatch Pairs | Pairs over Threshold | Pairs with a Disabled Account | Unenforced Softmatch Pairs | Unenforced Accounts | Disabled Accounts |
|---|---|---|---|---|---|---|
| | | | | | | |

---

[386] Note that Meta described Very Recent Checkpointing Table as "data relating to U.S. Facebook and Instagram accounts." Accordingly, I consider these users to be US users. See 2025.08.15 Meta Ltr. re META3047MDL_VOL270.pdf. However, I observed that some of these users had values in the subfield "jurisdictions" from the field "enrollment_conformed_entity_dimensions" indicating foreign geography and thus, to be conservative, I filtered them out in my analysis per these steps.

[387] I performed this check for IG-to-IG Softmatch Table and FB-to-IG Softmatch Table. FB-to-FB Clustering Table has a "country" field which is "US" for >99.95% of rows.

Expert Report – Highly Confidential

| | | | | | |
|---|---|---|---|---|---|
| FB-to-FB Clustering Table | 176,564,405 | 176,564,405 | 31,476 | 30,811 | 15,748 | 13,106 |
| FB-to-IG Softmatch Table | 2,999,628,582 | 1,282,987,972 | 57,202 | 49,483 | 47,748 | 21,797 |
| IG-to-IG Softmatch Table | 4,613,904,488 | 2,734,812,541 | 125,499 | 119,095 | 72,320 | 18,397 |

**Table 57 - Soft-match Analysis Results**

282. Moreover, below are tables of the state-level jurisdictions of Disabled Accounts.

| FB-to-FB Clustering Table Disabled Account Jurisdictions | Count |
|---|---|
| US | 1,837 |
| US_AK | 38 |
| US_AL | 191 |
| US_AR | 114 |
| US_AZ | 455 |
| US_CA | 1,215 |
| US_CO | 164 |
| US_CT | 65 |
| US_DC | 29 |
| US_DE | 27 |
| US_FL | 497 |
| US_GA | 308 |
| US_HI | 39 |
| US_IA | 115 |
| US_ID | 45 |
| US_IL | 261 |
| US_IN | 273 |
| US_KS | 108 |
| US_KY | 270 |
| US_LA | 148 |
| US_MA | 251 |
| US_MD | 137 |
| US_ME | 49 |
| US_MI | 273 |
| US_MN | 160 |
| US_MO | 198 |
| US_MS | 125 |
| US_MT | 27 |
| US_NC | 318 |
| US_ND | 36 |
| US_NE | 69 |
| US_NH | 35 |
| US_NJ | 151 |
| US_NM | 59 |
| US_NV | 68 |
| US_NY | 1,224 |
| US_OH | 397 |
| US_OK | 135 |

Corrected Expert Report of Patrick McDaniel                    173

Expert Report – Highly Confidential

| | |
|---|---|
| US_OR | 191 |
| US_PA | 365 |
| US_RI | 17 |
| US_SC | 180 |
| US_SD | 25 |
| US_TN | 268 |
| US_TX | 682 |
| US_UT | 73 |
| US_VA | 613 |
| US_VT | 26 |
| US_WA | 395 |
| US_WI | 199 |
| US_WV | 134 |
| US_WY | 27 |

**Table 58 - FB-to-FB Clustering Table Disabled Accounts by State**

| FB-to-IG Softmatch Table Disabled Account Jurisdictions | Count |
|---|---|
| US | 1,174 |
| US_AK | 43 |
| US_AL | 413 |
| US_AR | 210 |
| US_AZ | 474 |
| US_CA | 2,426 |
| US_CO | 289 |
| US_CT | 163 |
| US_DC | 53 |
| US_DE | 66 |
| US_FL | 1,522 |
| US_GA | 939 |
| US_HI | 130 |
| US_IA | 143 |
| US_ID | 82 |
| US_IL | 642 |
| US_IN | 384 |
| US_KS | 196 |
| US_KY | 338 |
| US_LA | 484 |
| US_MA | 301 |
| US_MD | 437 |
| US_ME | 53 |
| US_MI | 526 |
| US_MN | 266 |
| US_MO | 327 |
| US_MS | 276 |
| US_MT | 50 |

Corrected Expert Report of Patrick McDaniel                 174

Expert Report – Highly Confidential

| | |
|---|---|
| US_NC | 770 |
| US_ND | 44 |
| US_NE | 118 |
| US_NH | 50 |
| US_NJ | 548 |
| US_NM | 97 |
| US_NV | 239 |
| US_NY | 1,088 |
| US_OH | 735 |
| US_OK | 261 |
| US_OR | 145 |
| US_PA | 701 |
| US_RI | 54 |
| US_SC | 377 |
| US_SD | 32 |
| US_TN | 553 |
| US_TX | 2,060 |
| US_UT | 165 |
| US_VA | 525 |
| US_VT | 23 |
| US_WA | 376 |
| US_WI | 308 |
| US_WV | 93 |
| US_WY | 28 |

**Table 59 - FB-to-IG Softmatch Clustering Table Disabled Accounts by State**

| IG-to-IG Softmatch Table Disabled Account Jurisdictions | Count |
|---|---|
| US | 1,093 |
| US_AK | 18 |
| US_AL | 289 |
| US_AR | 115 |
| US_AZ | 366 |
| US_CA | 2,394 |
| US_CO | 211 |
| US_CT | 128 |
| US_DC | 82 |
| US_DE | 62 |
| US_FL | 1,339 |
| US_GA | 904 |
| US_HI | 124 |
| US_IA | 67 |

Expert Report – Highly Confidential

| | |
|---|---|
| US_ID | 63 |
| US_IL | 589 |
| US_IN | 250 |
| US_KS | 119 |
| US_KY | 198 |
| US_LA | 430 |
| US_MA | 254 |
| US_MD | 436 |
| US_ME | 26 |
| US_MI | 422 |
| US_MN | 177 |
| US_MO | 220 |
| US_MS | 211 |
| US_MT | 33 |
| US_NC | 592 |
| US_ND | 25 |
| US_NE | 69 |
| US_NH | 34 |
| US_NJ | 565 |
| US_NM | 80 |
| US_NV | 245 |
| US_NY | 946 |
| US_OH | 521 |
| US_OK | 147 |
| US_OR | 90 |
| US_PA | 563 |
| US_RI | 43 |
| US_SC | 304 |
| US_SD | 17 |
| US_TN | 380 |
| US_TX | 2,020 |
| US_UT | 145 |
| US_VA | 433 |
| US_VT | 12 |
| US_WA | 268 |
| US_WI | 227 |
| US_WV | 42 |
| US_WY | 9 |

**Table 60 - IG-to-IG Softmatch Table Disabled Accounts by State**

Corrected Expert Report of Patrick McDaniel            176

Expert Report – Highly Confidential

283. This analysis shows the ability of Meta's soft-matching models to identify accounts likely to belong to underage users whose accounts Meta has not removed from its platforms. With underage enforcement data from only a three-month period, I found tens of thousands of accounts that Meta had disabled for being underage, which Meta's systems predicted were linked to tens of thousands more accounts that Meta ignored. This demonstrates a missed opportunity for Meta to use its existing data to detect and remove underage users.

284. **Q2. How many estimated accounts would be disabled by Meta if it had propagated soft-link enforcements for underage accounts?**

285. This question asks how many underage accounts Meta could have disabled for being soft-matched to an account that was disabled for being underage, if Meta enforced its age policies against soft-matched accounts.

286. I estimate the number of accounts Meta would have disabled by considering the percentage of potential enforcements that are due to soft-matching and multiply this percentage by the total number of enforcements in the past (using a similar methodology as my analysis of possible hard-link enforcements). I define a "soft-match" enforcement to be semantically identical to a hard-link enforcement: an account that is soft-matched to another account that was disabled to be underage. In other words, I consider

Expert Report – Highly Confidential

the number of "Disabled Accounts" computed above when computing the percentage of soft-match enforcements. I assume that soft-matching rates are relatively consistent before April 2025, the earliest date for which Meta produced soft-matching data.

287. Next, below is a table that contains a summary of the percentages that I used to provide my estimates.

| Soft-match Table | % Disables | % Enforcements |
|---|---|---|
| FB-to-FB Clustering Table | 3.0% | 0.7% |
| FB-to-IG Softmatch Table | 5.0% | 1.1% |
| IG-to-IG Softmatch Table | 4.2% | 0.9% |

**Table 61 - Soft-match Percentages for each Table**

288. Below is a table containing the estimated number of potential accounts that could have been disabled or subject to enforcement through soft-matching on a monthly basis for Table 3 and Checkpointing Table. These figures were derived by multiplying the total number of underage account disables or enforcements per month by the respective percentages displayed above.

| Month | Total Disables | Est. Number of Soft-match Disables via FB-to-FB Clustering Table | Est. Number of Soft-match Disables via FB-to-IG Softmatch Table | Est. Number of Soft-match Disables via IG-to-IG Softmatch Table |
|---|---|---|---|---|
| 2020-06-01 | 826 | 24 | 41 | 34 |
| 2020-07-01 | 1,717 | 51 | 85 | 72 |
| 2020-08-01 | 7,533 | 226 | 377 | 318 |
| 2020-09-01 | 143,515 | 4,321 | 7,187 | 6,066 |
| 2020-10-01 | 22,954 | 691 | 1,149 | 970 |
| 2020-11-01 | 22,015 | 662 | 1,102 | 930 |
| 2020-12-01 | 27,598 | 831 | 1,382 | 1,166 |
| 2021-01-01 | 40,441 | 1,217 | 2,025 | 1,709 |
| 2021-02-01 | 26,866 | 809 | 1,345 | 1,135 |
| 2021-03-01 | 25,209 | 759 | 1,262 | 1,065 |
| 2021-04-01 | 20,222 | 608 | 1,012 | 854 |
| 2021-05-01 | 25,770 | 776 | 1,290 | 1,089 |
| 2021-06-01 | 33,344 | 1,004 | 1,669 | 1,409 |
| 2021-07-01 | 52,135 | 1,569 | 2,611 | 2,203 |
| 2021-08-01 | 34,860 | 1,049 | 1,745 | 1,473 |

Expert Report – Highly Confidential

| | | | | |
|---|---|---|---|---|
| 2021-09-01 | 31,596 | 951 | 1,582 | 1,335 |
| 2021-10-01 | 31,660 | 953 | 1,585 | 1,338 |
| 2021-11-01 | 17,353 | 522 | 869 | 733 |
| 2021-12-01 | 10,628 | 320 | 532 | 449 |
| 2022-01-01 | 10,537 | 317 | 527 | 445 |
| 2022-02-01 | 10,690 | 321 | 535 | 451 |
| 2022-03-01 | 29,821 | 898 | 1,493 | 1,260 |
| 2022-04-01 | 21,649 | 651 | 1,084 | 915 |
| 2022-05-01 | 128,304 | 3,863 | 6,425 | 5,423 |
| 2022-06-01 | 79,854 | 2,404 | 3,999 | 3,375 |
| 2022-07-01 | 35,057 | 1,055 | 1,755 | 1,481 |
| 2022-08-01 | 28,636 | 862 | 1,434 | 1,210 |
| 2022-09-01 | 42,848 | 1,290 | 2,145 | 1,811 |
| 2022-10-01 | 35,176 | 1,059 | 1,761 | 1,486 |
| 2022-11-01 | 60,005 | 1,806 | 3,005 | 2,536 |
| 2022-12-01 | 22,196 | 668 | 1,111 | 938 |
| 2023-01-01 | 12,328 | 371 | 617 | 521 |
| 2023-02-01 | 4,118 | 124 | 206 | 174 |
| 2023-03-01 | 3,705 | 111 | 185 | 156 |
| 2023-04-01 | 1,523 | 45 | 76 | 64 |
| 2023-05-01 | 131,675 | 3,965 | 6,594 | 5,565 |
| 2023-06-01 | 29,230 | 880 | 1,463 | 1,235 |
| 2023-07-01 | 32,447 | 977 | 1,625 | 1,371 |
| 2023-08-01 | 31,388 | 945 | 1,571 | 1,326 |
| 2023-09-01 | 15,970 | 480 | 799 | 675 |
| 2023-10-01 | 16,489 | 496 | 825 | 696 |
| 2023-11-01 | 36,871 | 1,110 | 1,846 | 1,558 |
| 2023-12-01 | 28,333 | 853 | 1,418 | 1,197 |
| 2024-01-01 | 26,939 | 811 | 1,349 | 1,138 |
| 2024-02-01 | 24,005 | 722 | 1,202 | 1,014 |
| 2024-03-01 | 103 | 3 | 5 | 4 |
| Total | 1,476,139 | 44,430 | 73,905 | 62,373 |

**Table 62 - Estimated Number of Account Disables due to Soft-matching per Month**

| Month | Total Enforcements | Est. Number of Soft-match Enforcements via FB-to-FB Clustering Table | Est. Number of Soft-match Enforcements via FB-to-IG Softmatch Table | Est. Number of Soft-match Enforcements via IG-to-IG Softmatch Table |
|---|---|---|---|---|
| 2017-10-01 | 1,258 | 8 | 14 | 11 |
| 2017-11-01 | 2,431 | 16 | 27 | 22 |
| 2017-12-01 | 57 | 0 | 0 | 0 |
| 2018-01-01 | 50 | 0 | 0 | 0 |
| 2018-02-01 | 61 | 0 | 0 | 0 |
| 2018-03-01 | 112 | 0 | 1 | 1 |
| 2018-04-01 | 164 | 1 | 1 | 1 |
| 2018-05-01 | 161 | 1 | 1 | 1 |
| 2018-06-01 | 16,630 | 111 | 185 | 156 |
| 2018-07-01 | 368 | 2 | 4 | 3 |
| 2018-08-01 | 302 | 2 | 3 | 2 |
| 2018-09-01 | 341 | 2 | 3 | 3 |
| 2018-10-01 | 294 | 1 | 3 | 2 |
| 2018-11-01 | 479 | 3 | 5 | 4 |
| 2018-12-01 | 677 | 4 | 7 | 6 |
| 2019-01-01 | 602 | 4 | 6 | 5 |
| 2019-02-01 | 674 | 4 | 7 | 6 |
| 2019-03-01 | 2,140 | 14 | 23 | 20 |
| 2019-04-01 | 1,446 | 9 | 16 | 13 |
| 2019-05-01 | 1,514 | 10 | 16 | 14 |

Expert Report – Highly Confidential

| | | | |
|---|---|---|---|
| 2019-06-01 | 1,772 | 11 | 19 | 16 |
| 2019-07-01 | 2,586 | 17 | 28 | 24 |
| 2019-08-01 | 2,936 | 19 | 32 | 27 |
| 2019-09-01 | 1,949 | 13 | 21 | 18 |
| 2019-10-01 | 2,109 | 14 | 23 | 19 |
| 2019-11-01 | 2,934 | 19 | 32 | 27 |
| 2019-12-01 | 3,839 | 25 | 42 | 36 |
| 2020-01-01 | 5,753 | 38 | 64 | 54 |
| 2020-02-01 | 7,166 | 48 | 80 | 67 |
| 2020-03-01 | 19,729 | 132 | 220 | 186 |
| 2020-04-01 | 12,051 | 80 | 134 | 113 |
| 2020-05-01 | 13,914 | 93 | 155 | 131 |
| 2020-06-01 | 12,648 | 85 | 141 | 119 |
| 2020-07-01 | 11,993 | 80 | 134 | 113 |
| 2020-08-01 | 10,534 | 70 | 117 | 99 |
| 2020-09-01 | 9,684 | 65 | 108 | 91 |
| 2020-10-01 | 44,247 | 297 | 494 | 417 |
| 2020-11-01 | 6,862 | 46 | 76 | 64 |
| 2020-12-01 | 30,739 | 206 | 343 | 290 |
| 2021-01-01 | 34,453 | 231 | 385 | 325 |
| 2021-02-01 | 39,960 | 268 | 446 | 377 |
| 2021-03-01 | 48,618 | 326 | 543 | 458 |
| 2021-04-01 | 31,562 | 212 | 352 | 297 |
| 2021-05-01 | 23,908 | 160 | 267 | 225 |
| 2021-06-01 | 26,932 | 181 | 301 | 254 |
| 2021-07-01 | 46,378 | 311 | 518 | 437 |
| 2021-08-01 | 90,693 | 609 | 1,013 | 855 |
| 2021-09-01 | 86,429 | 580 | 966 | 815 |
| 2021-10-01 | 45,179 | 303 | 505 | 426 |
| 2021-11-01 | 42,529 | 285 | 475 | 401 |
| 2021-12-01 | 35,348 | 237 | 395 | 333 |
| 2022-01-01 | 28,141 | 189 | 314 | 265 |
| 2022-02-01 | 39,794 | 267 | 444 | 375 |
| 2022-03-01 | 65,126 | 437 | 728 | 614 |
| 2022-04-01 | 52,095 | 350 | 582 | 491 |
| 2022-05-01 | 175,801 | 1,181 | 1,965 | 1,658 |
| 2022-06-01 | 561,345 | 3,773 | 6,275 | 5,296 |
| 2022-07-01 | 106,006 | 712 | 1,185 | 1,000 |
| 2022-08-01 | 92,911 | 624 | 1,038 | 876 |
| 2022-09-01 | 64,315 | 432 | 718 | 606 |
| 2022-10-01 | 77,752 | 522 | 869 | 733 |
| 2022-11-01 | 52,925 | 355 | 591 | 499 |
| 2022-12-01 | 84,229 | 566 | 941 | 794 |
| 2023-01-01 | 54,158 | 364 | 605 | 510 |
| 2023-02-01 | 44,604 | 299 | 498 | 420 |
| 2023-03-01 | 35,620 | 239 | 398 | 336 |
| 2023-04-01 | 35,158 | 236 | 393 | 331 |
| 2023-05-01 | 49,713 | 334 | 555 | 469 |
| 2023-06-01 | 44,567 | 299 | 498 | 420 |
| 2023-07-01 | 45,649 | 306 | 510 | 430 |
| 2023-08-01 | 29,974 | 201 | 335 | 282 |
| 2023-09-01 | 21,788 | 146 | 243 | 205 |
| 2023-10-01 | 91,091 | 612 | 1,018 | 859 |
| 2023-11-01 | 28,387 | 190 | 317 | 267 |
| 2023-12-01 | 38,384 | 257 | 429 | 362 |
| 2024-01-01 | 42,163 | 283 | 471 | 397 |
| 2024-02-01 | 48,196 | 323 | 538 | 454 |
| 2024-03-01 | 47,081 | 316 | 526 | 444 |
| 2024-04-01 | 11,434 | 76 | 127 | 107 |

Corrected Expert Report of Patrick McDaniel                    180

Expert Report – Highly Confidential

| | | | |
|---|---|---|---|
| 2024-05-01 | 10,116 | 67 | 113 | 95 |
| 2024-06-01 | 12,132 | 81 | 135 | 114 |
| 2024-07-01 | 26,353 | 177 | 294 | 248 |
| 2024-08-01 | 40,098 | 269 | 448 | 378 |
| 2024-09-01 | 41,618 | 279 | 465 | 392 |
| 2024-10-01 | 25,054 | 168 | 280 | 236 |
| 2024-11-01 | 25,742 | 173 | 287 | 242 |
| 2024-12-01 | 24,117 | 162 | 269 | 227 |
| 2025-01-01 | 19,016 | 127 | 212 | 179 |
| 2025-02-01 | 11,987 | 80 | 133 | 113 |
| 2025-03-01 | 3,592 | 24 | 40 | 33 |
| Total | 3,093,427 | 20,749 | 34,538 | 29,141 |

**Table 63 - Estimated Number of Enforcements Due to Soft-matching per Month**

289. This analysis represents an estimate of the magnitude of additional underage accounts that Meta could have detected by using its soft-matching techniques over the period for which Meta had produced data on underage enforcements. Based on the available data, I estimate that Meta could have detected tens of thousands of additional underage accounts on Facebook and Instagram, if it had queried its soft-matching data, as has done for years for disabling accounts for other types of policy violations or for commercial purposes.

### 5.5.7 Results on Potential Bot/Scripting Attacks

290. This analysis of Meta's productions focuses on detecting the presence of bot attacks on underage reports. This section relies on Table 1 and Table 2. Throughout this section, I apply the same underage (but not geographic) filters described above.

291. **Q1: What is the reporting load on Meta's systems?**

292. This question asks about the number of reports Meta has received over time.

Corrected Expert Report of Patrick McDaniel                    181

Expert Report – Highly Confidential

293. Below is a figure that shows the daily number of reports Meta has received via Table 1 and Table 2. The x-axis represents the date and the y-axis shows the number of reports received on a given day. The tables are differentiated by hue. As the graph shows, there is a large influx of reports near the end of 2021. I analyze this phenomenon subsequently. The range of dates from Meta's reporting tables (for underage reports) span from 2015-06-05 to 2024-12-11.



**Figure 7 - Number of Reports on a Daily Basis**

294. **Q2: To what degree are accounts targeted for being reported as underage?**

295. This question asks about the maximal "fan-in" rate for reporters reporting accounts. Said alternatively, how many accounts are reported by multiple reporters?

Corrected Expert Report of Patrick McDaniel                    182

Expert Report – Highly Confidential

296. To identify users, I use the same fields as used prior: "deprecated_responsible_id_hashed", "entity_attr_id_hashed", "entity_attr_id_rid_hashed", "object_id_hashed", "object_id_v1_hashed", "object_rid_hashed", and "responsible_rid_hashed" for Table 1 and "entity_attr_entity_rid_hashed" and "entity_attr_primary_profile_id_hashed" in Table 2. To identify reporters, the fields "deprecated_reporter_id_hashed" and "reporter_rid_hashed" refer to accounts that submitted the report in Table 1.[388] Conversely, the field "interactor_attr_interactor_rid_hashed" refers to accounts that submitted a report in Table 2.[389]

297. Next, I measured the number of accounts that only received one report (using the ID field that was most populated). Below is a table showing the number of accounts that receive one, two to thirty, or greater than thirty reports (and the volume of reports they constitute). A large proportion of accounts only receive one report (and constitute over half of all reports received by Meta).

| Table | Receive <2 Reports | Receive 2-29 Reports | Receive ≥30 Reports |
|---|---|---|---|
| Table 1 | 1,291,127 IDs (88.4%), 1,291,127 Reports (61.5%) | 167,034 IDs (11.4%), 626,807 Reports (29.9%) | 2,554 IDs (0.2%), 179,944 Reports (8.6%) |
| Table 2 | 142,745 IDs (87.0%), 142,745 Reports (62.8%) | 21,099 IDs (12.9%), 70,951 Reports (31.2%) | 172 IDs (0.1%), 10,642 Reports (4.7%) |

**Table 64 - Number of Accounts that Receive N Reports**

298. **Q3: To what degree are reporters submitting underage reports?**

---

[388] Ashley Simonsen, Corrected Meta Ltr re META3047MDL_VOL245, Ltr from Counsel for Meta to Counsel of Record (Oct. 6, 2025), at 3.
[389] Id. at 5.

Corrected Expert Report of Patrick McDaniel                183

Expert Report – Highly Confidential

299. This question asks about the maximal "fan-out" rate for reporters reporting accounts. Said alternatively, how many reporters are submitting reports against multiple accounts?

300. Using the same fields and approach described above, I now measure the number of reporters who only file one report (again, using the ID field that is most populated). Below is a table showing the number of reporters that submit one, two to thirty, or greater than thirty reports (and the volume of reports they constitute). A large proportion of reporters only submit one report (note that the percentages of reports submitted do not always add up to 100% as roughly 10%-30% of reports do not have an ID, depending on the table).

| Table | Submit <2 Reports | Submit 2-29 Reports | Submit ≥30 Reports |
|---|---|---|---|
| Table 1 | 391,563 IDs (77.3%), 391,563 Reports (18.7%) | 113,651 IDs (22.4%), 371,653 Reports (17.7%) | 1,336 IDs (0.3%), 666,515 Reports (31.8%) |
| Table 2 | 127,378 IDs (85.4%), 127,378 Reports (56.0%) | 21,589 IDs (14.5%), 69,190 Reports (30.4%) | 212 IDs (0.1%), 23,008 Reports (10.1%) |

**Table 65 - Number of Reporters that Submit N Reports**

301. **Q4: To what degree are there coordinated attacks?**

302. This question asks whether there are periods in which Meta receives a large volume of reports in a short period of time (i.e., a "burst").

303. To identify such bursts, I measured the number of reports received per day (using the field "first_create_timestamp", as used prior). Next, I computed a rolling seven-day window of the mean and standard deviation of reports received per day. Finally, I define a day to be a "burst" if the number of reports

Corrected Expert Report of Patrick McDaniel                184

Expert Report – Highly Confidential

on that day: (1) is at least 6,000[390], and (2) exceeds the mean plus two times the standard deviation of the rolling window, which is common practice in my field.[391] Throughout the duration of the reporting data, I analyzed each burst and found five potential attack windows (each lasting roughly 1-2 days), all within August through October, 2021. The table below shows the number of reports received per day with the five attack windows highlighted in yellow.

| Day | Number of Reports |
|---|---|
| 2021-08-15 | 1,463 (<0.1%) |
| 2021-08-16 | 2,451 (<0.1%) |
| 2021-08-17 | 2,753 (<0.1%) |
| 2021-08-18 | 9,474 (<0.1%) |
| 2021-08-19 | 4,510 (<0.1%) |
| 2021-08-20 | 1,947 (<0.1%) |
| 2021-08-21 | 1,939 (<0.1%) |
| 2021-09-05 | 1,471 (<0.1%) |
| 2021-09-06 | 1,683 (<0.1%) |
| 2021-09-07 | 1,727 (<0.1%) |
| 2021-09-08 | 24,825 (0.8%) |
| 2021-09-09 | 40,365 (1.2%) |
| 2021-09-10 | 9,601 (<0.1%) |
| 2021-09-11 | 4,051 (<0.1%) |
| 2021-09-28 | 470 (<0.1%) |
| 2021-09-29 | 1,225 (<0.1%) |
| 2021-09-30 | 2,193 (<0.1%) |
| 2021-10-01 | 7,061 (<0.1%) |
| 2021-10-02 | 2,239 (<0.1%) |
| 2021-10-03 | 1,322 (<0.1%) |
| 2021-10-04 | 1,111 (<0.1%) |
| 2021-10-15 | 1,525 (<0.1%) |
| 2021-10-16 | 1,214 (<0.1%) |
| 2021-10-17 | 1,228 (<0.1%) |
| 2021-10-18 | 13,368 (<0.1%) |
| 2021-10-19 | 1,258 (<0.1%) |
| 2021-10-20 | 1,611 (<0.1%) |
| 2021-10-21 | 1,115 (<0.1%) |
| 2021-10-23 | 1,222 (<0.1%) |

[390] This threshold was included in the methodology because the data produced by Meta can sometimes be incredibly sparse (i.e., tens or hundreds of reports) for underage reports on certain days. I observed that this threshold captured attack windows that I would consider to be plausible, given Meta documents on attacks. That is, Meta has characterized receiving "~10k reports per day" as baseline behavior with attacks producing an additional "200K in the past 30 days", with total report counts reaching "2.3M all in one day." See META3047MDL-065-000002 at -905 and META3047MDL-111-00006892. Thus, 6,000 reports in one day represents a conservative estimate of what Meta may consider to be an attack.

[391] C. Wang et al., Statistical techniques for online anomaly detection in data centers; 12th IFIP/IEEE International Symposium on Integrated Network Management (IM 2011) 385-392, https://doi.org/10.1109/INM.2011.5990537.

Expert Report – Highly Confidential

349. **Meta's Potential Use of Soft-Matching**

350. Meta has not used soft-matching to detect underage users.[462] Thus, even when an account has been: (a) reported as underage, (b) placed into an age-verification checkpoint, (c) disabled following that checkpoint, and (d) soft-matched with active accounts, the accounts that would be soft-matched to it are allowed to remain active without additional scrutiny or enforcement.[463] Meta's internal documents stated that "[i]t is difficult to defend the use of inferred account links for advertising purposes without also using these links for age management."[464]

351. The analytical question in this section is therefore whether, and to what extent, Meta's soft-match data could have identified additional under-13 accounts linked to those already confirmed as ineligible. Based on my review of Meta's tables and match probabilities, soft-match relationships appear frequently and with high confidence.

352. I examined data that Meta produced from three existing data tables. Each of these tables records the predictions of a different "SUMA" model that Meta uses for integrity purposes.[465] The three tables represent data for models for soft-matching Instagram accounts to Instagram accounts (IG-IG below),

---

[462] Hartnett Dep. at 226:7-227:9.
[463] Hartnett Dep. at 226:7-227:9.
[464] Hartnett Dep. Ex. 27 at META3047MDL-050-00014485.
[465] Blanaru Dep. 17:12-21.

Corrected Expert Report of Patrick McDaniel                              209

Expert Report – Highly Confidential

Facebook to Instagram (FB-IG), and Facebook to Facebook (FB-FB). Specifically, each of these models produced daily predictions of all soft-match connections for all accounts on the respective Meta platforms.[466] Meta produced data representing model predictions from four days for each model for a period of approximately two months for IG-IG and three months for FB-IG and FB-FB. Detailed in Section 5, I performed an analysis projecting the number of accounts that would be disabled via soft-matching with another account that had been disabled for being underage. This analysis showed that for the four days, as many as 73,426 accounts would be disabled for IG-IG, 48,326 for FB-IG, and 15,748 for FB-FB.

## 8.2   META'S FAILURE TO APPLY SOFT-MATCHING SIGNIFICANTLY REDUCES THE EFFECTIVENESS OF UNDERAGE ACCOUNT DETECTION

353.   From a security perspective, Meta's decision not to apply its soft-matching capability to underage account detection represents a significant missed opportunity. The soft-matching system is already operational, has demonstrated high precision, and is used for other high-stakes enforcement actions such as terrorism, child safety, fraud, and scams.[467] Applying it to the under-13 context would provide an immediate, highly efficient method for identifying additional ineligible accounts, including those created by users

---

[466] Correspondence from Phil Irwin, outside counsel for Meta, Covington & Burling, at 2 (April 18, 2025).
[467] Hartnett Dep. 295:14-296:22.