# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>**DECLARATION OF GREGORY S. MORRISON IN FURTHER SUPPORT OF META'S OMNIBUS MOTION TO SEAL (META'S AND STATE AGS' MOTIONS FOR SUMMARY JUDGMENT)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

**<u>DECLARATION OF GREGORY S. MORRISON</u>**

I, Gregory S. Morrison, declare as follows:

1.      I am a counsel with the law firm Davis Polk & Wardwell LLP, counsel for Defendants Meta Platforms, Inc. and Instagram, LLC (together, "Meta"). I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

2.      I submit this declaration in support of Meta's Reply in Support of Meta's Omnibus Motion to Seal Briefing and Accompanying Exhibits to Meta's and State AGs' Motions for Summary Judgment.

3.      On May 1, 2026, in its Omnibus Motion to Seal, Meta moved to seal portions of deposition testimony in Exhibit 2 to the State AGs' Motion for Partial Summary Judgment. *See* ECF 3014, ECF 3006.

4.      On the evening of May 6, 2026, counsel for the State AGs informed Meta's counsel by email that certain information Meta sought to seal in Exhibit 2 to the State AGs' Motion for Partial Summary Judgment had already been filed on the public docket without redactions in Exhibit 2 to the State AGs' Reply in Support of its Motion for Partial Summary Judgment ("State AGs' Reply") at ECF 3009-1. Meta's counsel began reviewing the information and confirmed receipt of the State AGs' correspondence.

5.      On May 7, 2026, to confirm that public disclosure was unintended before involving the Court, Meta's counsel conferred with Meta's in-house counsel and subject matter experts. Meta confirmed that Exhibit 2 to the State AGs' Reply (ECF 3009-1) contains confidential, competitively sensitive information inadvertently omitted from the original sealing request (*see* ECF 3014, ECF 3006), which sought to redact identical information on exactly duplicate pages in Exhibit 2 to the State AGs' Motion for Partial Summary Judgment (ECF 2696-4) for the same reasons.

6.      The next day, May 8, 2026, Meta's counsel contacted the Clerk of Court and ECF help desk to lock ECF 3009-1 from public view, and it was locked that afternoon. Meta's counsel

1

informed the State AGs by email that the public disclosure of this information in Exhibit 2 to the State AGs' Reply was the result of an inadvertent omission and that Meta would promptly take steps to correct the disclosure. Meta's counsel sought the State AGs' consent to file a stipulation seeking to remove the unsealed version of Exhibit 2 to the State AGs' Reply (ECF 3009-1) from the docket and correct Meta's sealing position with respect to this document.

7.      Also on May 8, 2026, the State AGs noted their objection to Meta's request to seal Exhibit 2 to the State AGs' Reply in their Opposition to Meta's Omnibus Motion to Seal. *See* ECF 3030 at 1-2 n.2.

8.      On May 11, 2026, counsel for the State AGs consented to Meta's request to file a stipulation seeking to remove the unsealed version of AG's Reply Exhibit 2 (ECF 3009-1) from the docket and correct Meta's sealing position with respect to this document.

9.      On May 12, 2026, Meta's counsel shared a draft stipulation with the State AGs for their review. On May 13, 2026, the State AGs agreed to the draft stipulation with revisions, which was filed on May 14, 2026.

10.      Meta and Meta's counsel took immediate steps to address the issue of inadvertent disclosure of Exhibit 2 to the State AGs' Reply as efficiently as possible.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of May, 2026 in New York, New York.

Signed by:

*Gregory S. Morrison*

E5B3CCC43FCD46B...

Gregory S. Morrison

Declaration of Gregory S. Morrison in Supp. of Meta's Omnibus Mot. to Seal
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR