# Exhibit 4

## Friends, followers and other connections

### Information we collect about your friends, followers and other connections

We collect information about friends, followers, groups, accounts, Facebook Pages and other users and communities you're connected to and interact with. This includes how you interact with them across our Products and which ones you interact with the most.

### Information we collect about contacts

We also collect your contacts' information, such as their name and email address or phone number, if you choose to upload or import it from a device[12], like by syncing an address book.

If you don't use Meta Products, or use them without an account, your information might still be collected. Learn more about how Meta uses contact information uploaded by account holders.

Learn how to upload and delete contacts on Facebook and Messenger, or how to connect your device's contact list on Instagram.

### Information we collect or infer about you based on others' activity

We collect information about you based on others' activity. See some examples[13].

We also infer things about you based on others' activity. For example:

- We may suggest a friend to you through Facebook's People You May Know feature if you both appear on a contact list that someone uploads.

- We take into account whether your friends belong to a group when we suggest you join it.

## App, browser and device information

We collect and receive information from and about the different devices[12] you use and how you use them.

Device information we collect and receive includes:

- The device and software you're using, and other device characteristics. See examples[14].

- What you're doing on your device, like whether our app is in the foreground or if your mouse is moving (which can help tell humans from bots)

- Identifiers that tell your device apart from other users', including Family Device IDs. See examples[15].

- Signals from your device. See examples[16].

- Information you've shared with us through device settings, like GPS location, camera access, photos and related metadata[17]

- Information about the network you connect your device to and your connection, including your IP address[18]. See more examples[19].

- Some location-related information, even if Location Services is turned off in your device settings. This includes using IP addresses to estimate your general location.

- Information about our Products' performance on your device. Learn more[20].

METANVAG-001-00000062
META3047MDL-030-00000062

- Information from cookies and similar technologies. Learn more.[21]

### Information from partners, vendors and other third parties

**What kinds of information do we collect or receive?**

We collect and receive information from partners[22], measurement vendors, marketing vendors and other third parties[23] about a variety of your information and activities on and off our Products[4].

Here are some examples of information we receive about you:

- Your device[12] information

- Websites you visit and cookie data, like through Social Plugins or the Meta Pixel

- Apps you use

- Games you play

- Purchases and transactions you make off of our Products using non-Meta checkout experiences

- Your demographics, like your education level

- The ads you see and how you interact with them

- How you use our partners' products and services, online or in person

Partners[3] also share information like your email address, cookies[21] and advertising device ID with us. This helps us match your activities with your account, if you have one.

We receive this information whether or not you're logged in or have an account on our Products. Learn more about how we connect information from partners to your account.

Partners also share with us their communications with you if they instruct us to provide services to their business, like helping them manage their communications. To learn how a business processes or shares your information, read their privacy policy or contact them directly.

**Take control**

 Off-Facebook activity                     >

**How do we collect or receive this information from partners?**

Partners use our Business Tools, integrations and Meta Audience Network technologies to share information with us.

These partners collect your information when you visit their site or app or use their services, or through other businesses or organizations they work with. We require partners to have the right to collect, use and share your information before giving it to us.

## What if you don't let us collect certain information?

Some information is required for our Products to work. Other information is optional, but without it, the quality of your experience might be affected.

Learn more[24]  >

METANVAG-001-00000063
META3047MDL-030-00000063