# Exhibit 29



Help Center

| | | |
|---|---|---|
| Instagram Features | > | |
| Manage Your Account | > | |
| Staying Safe | > | |
| Privacy, Security and Reporting | > | |
| Terms and Policies | > | |
| Instagram for Businesses | > | |
| Threads | > | |

**Report an Underage User on Instagram**

If you believe that someone using Instagram is under the age of 13 or is impersonating your child who's under 13, please use this form to report their account.

Username of the account you'd like to report

Full name of the person you'd like to report

Date of Birth of the person you'd like to report

Year: ▾

Your relationship to this person

Parent ▾

Your email address:

If you're reporting a child's account that was made with a false date of birth, and the child's age can be reasonably verified as under 13, we 'll delete the account. You will not get confirmation that the account has been deleted, but you should no longer be able to view it on Instagram. Keep in mind that complete and detailed reports (example: providing the username of the account you're reporting) help us take appropriate action.

If the reported child's age can't reasonably be verified as under 13, then we may not be able to take action on the account.

Send

ABOUT US   HELP   API   JOBS   TERMS   PRIVACY                              © 2024 INSTAGRAM, INC.

**ENGLISH (US)**   ESPAÑOL   FRANÇAIS (FRANCE)   中文(简体)   العربية   PORTUGUÊS (BRASIL)   ITALIANO   한국어   DEUTSCH   हिन्दी   日本語   ✎

CONFIDENTIAL