# Exhibit 46

Home    Using Facebook    Managing Your Account    Privacy and Safety    Policies and Reporting

## Reporting Abuse

**I How to Report Things**

I Don't Have an Account?

Reporting a Problem with Facebook

Reporting a Privacy Violation

Hacked and Fake Accounts

Managing a Deceased Person's Account

Uploading Your ID

Intellectual Property

About Our Policies

## Report an Underage Child

If you believe there is a child under the age of 13 using Facebook, please use this form to file a report.

Please provide a link to the profile you're trying to report so we can investigate. Some people have the same name, so a link to the profile helps us to be sure we found the right person. To get a link to the profile you want to report, first go to the profile, then copy the URL from your browser's address bar:

← → C    🔒 https://www.facebook.com/example

f    Search for people, places and things

URL of the timeline you'd like to report

This will help us take action on your report

[                    ]

Full name of the person you'd like to report

[                    ]

Actual age of the child

[ Pick One                ⬍ ]

Other

[                    ]

Your contact email address

[                    ]

If you're reporting a child's account registered under a false date of birth, and the child's age is reasonably verifiable as under 13, we will promptly delete the account. You will not receive confirmation of this action, but you should no longer be able to view this child's timeline on the site. Our ability to review and take appropriate action on a report significantly improves with the completeness of the report (ex: URL of the timeline).

If the reported child's age is not reasonably verifiable as under 13, then we may not be able to take action on the account. In this case, if you are not the parent of this child, then we strongly recommend that you encourage a parent to contact us personally, using this form.

Send

EXHIBIT 12
WIT: Hartell
DATE: 6/16/25
Maureen O. Pollard, RDR

CONFIDENTIAL

META3047MDL-014-00169674