# Exhibit 12

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:  SOCIAL MEDIA            ) Case No.  4:22-MD-03047-YGR

ADOLESCENT ADDICTION/           )

PERSONAL INJURY PRODUCTS        )  MDL No.  3047

LIABILITY LITIGATION            )

                                )

_____)

THIS DOCUMENT RELATES TO        )

ALL ACTIONS                     )

THURSDAY, JUNE 26, 2025

CONFIDENTIAL - ATTORNEYS' EYES ONLY -

PURSUANT TO PROTECTIVE ORDER

— — —

Remote Videotaped Deposition of LARS BACKSTROM, taken pursuant to notice and conducted at the offices of Covington & Burling, LLP, 3000 El Camino Real 5, Palo Alto Square, 10th Floor, Palo Alto, California, 94306, commencing at 2:05 p.m., PDT, on the above date, before Jennifer A. Dunn, Registered Merit Reporter, Certified Realtime Reporter, California (#14461), Illinois & Texas Certified Shorthand Reporter, and Missouri Certified Court Reporter.

Job No.  MDLG 7444596

CONFIDENTIAL

R E M O T E   A P P E A R A N C E S

ATTORNEY GENERAL STATE OF CALIFORNIA
CALIFORNIA DEPARTMENT OF JUSTICE
    BY:  JOSH OLSZEWSKI-JUBELIRER, ESQ.  (via Zoom)
    josh.jubelirer@doj.ca.gov
    BY:  MEGAN O'NEILL, ESQ.  (via Zoom)
    megan.oneill@doj.ca.gov
    1515 Clay Street, Suite 2000
    Oakland, California  94612
    Tel:  (510) 879-1300
        Counsel for Plaintiff, the People of the State of
        State of California

STATE OF COLORADO
COLORADO DEPARTMENT OF LAW
    BY:  KRISTA BATCHELDER, ESQ.  (via Zoom)
    krista.batchelder@coag.gov
    BY:  MEGAN PARIS RUNDLET, ESQ.  (via Zoom)
    megan.rundlet@coag.gov
    BY:  SHAHEEN SHEIKH, ESQ.  (via Zoom)
    shaheen.sheikh@coag.gov
    1300 Broadway, 9th Floor
    Denver, Colorado  80203
    Tel:  (720) 508-6703
        Counsel for Plaintiff State of Colorado

MOTLEY RICE LLC
    BY:  WESLEY DUNKIRK, ESQ.  (via Zoom)
    wdunkirk@motleyrice.com
    401 9th St NW Unit 630
    Washington, DC  20004
    Tel:  (888) 780-4139

and

OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
    BY:  NATHANIEL KOSSLYN, ESQ.  (via Zoom)
    nathaniel.kosslyn@ag.ny.gov
    The Capitol
    Albany, New York  12224-0341
    Tel:  (800) 771-7755
        Counsel for Plaintiff State of New York

CONFIDENTIAL

Page 17

BY MR. OLSZEWSKI-JUBELIRER:

Q   Well, we established that models make predictions based on features, right?

A   Yes.

Q   And so those features would be present also in the training data, right?

A   Generally, yes.  Although at times you have to sort of deal with missing values either in the training data or in the prediction task, but I'd say generally the same data is available at training time, as well as inference time.

Q   And inference time, just for the jury's understanding, that's the time when the model is being used to make predictions based on new or different data, right?

A   Yes, that's correct.

Q   Okay.  How often does Meta train its machine learning models that are involved in its ranking and recommendation systems?

MR. CHAPUT:  Object to the form.

THE WITNESS:  The specific cadence depends on the specific model.

BY MR. OLSZEWSKI-JUBELIRER:

Q   Can you give me an example?

A   Some of the models are trained on a sort of not quite continuous, but on an ongoing basis and would be

CONFIDENTIAL

Page 18

deployed more frequently than once per day.

Other models that may be either less important or they may have a sort of more stable and sort of evergreen distribution of data could be trained much less frequency -- frequently.

For example, a model might try to predict the, you know, high level topic for a piece of content, which is a task that does not change very much from one day to another.

And so a model like that might be trained infrequently versus a model based on, you know, that was used for content recommendation with a sort of ever evolving corpus of content, as well as a broad sort of diverse user base where changing preferences would benefit from more frequent training, and those ones are often done at a higher sort of daily or, in some cases, more frequent basis.

Q   And when you're talking about a more frequent training basis for these models that are sort of continuously updated, are you talking about online training?

A   Yes.  We refer to them online, I think they're often trained online, but then maybe deployed -- or, sorry, at a somewhat slower than realtime cadence.

And so a model might be trained as new data comes in, but then to distribute that new model to all of the servers worldwide that it is being used on might happen at a

CONFIDENTIAL

Page 19

not realtime, but some other frequency, you know, in the order of, I think, hours in many cases.

Q    When Meta trains its machine learning models, do the models retain the inferences they learn from prior sets of training data?

MR. CHAPUT:  Object to the form.

THE WITNESS:  They retain some of the inferences, but they generally do not retain any of the sort of specific data that was used to make those inferences.

BY MR. OLSZEWSKI-JUBELIRER:

Q    Meta uses user data to train its machine learning models, right?

A    Not all of them, but certainly, you know, the ranking and recommendation models are -- their purpose is to provide a personalized user experience and provide people with the content that is most relevant to them, which requires using their personal data.

Q    And models that decide which ads to show to users, those are also included in ranking and recommendation models, right?

MR. CHAPUT:  Object to form.

THE WITNESS:  I didn't mean to include them when I said "ranking and recommendation models," but they do also use personal data.

CONFIDENTIAL

Page 20

BY MR. OLSZEWSKI-JUBELIRER:

Q    Okay.  Let's talk about the types of user data Meta uses to train its machine learning models.

Meta uses data on users' engagement on the platform, such as what accounts or posts they have viewed, to train its machine learning models?

MR. CHAPUT:  Object to form.

THE WITNESS:  Meta does use data about what accounts people have connected with.  And, I'm sorry, I don't remember the second thing you said in that example.

BY MR. OLSZEWSKI-JUBELIRER:

Q    Posts that people have viewed, for example?

MR. CHAPUT:  Object to form.

THE WITNESS:  Yes.  Meta uses data about the posts that people have viewed.

BY MR. OLSZEWSKI-JUBELIRER:

Q    Meta uses information about users' posts on the platforms such as their photos or comments that train machine learning models, right?

MR. CHAPUT:  Object to form.

THE WITNESS:  We've certainly used the metadata, like the number of comments, or whether or not a piece of content is a photo.

The extent to which we use the -- the default

CONFIDENTIAL

Page 21

photo or the full text, I think, varies widely.

BY MR. OLSZEWSKI-JUBELIRER:

Q    Okay.  But for some of Meta's machine learning models, Meta uses the photo to train its models?

MR. CHAPUT:  Object to the form.

THE WITNESS:  I don't believe that we use the pixel data of the photos for ranking and recommendation systems.  If it's not in the sort final -- in the prediction models that predict user outcomes, such as whether or not you would like a piece of content, for instance.

BY MR. OLSZEWSKI-JUBELIRER:

Q    Meta uses photos in a earlier stage of the recommendation system?

MR. CHAPUT:  Object to form. Characterization.  Scope.

THE WITNESS:  I think we process the photos in that we attempt to extract sort of topics which I believe use the photo information to understand what's in the photo in a way that's more easy for the machine learning algorithms to use.

And so it might map from a photo to a topic ID, for instance.  And then that topic ID would be used by the machine learning algorithm.

CONFIDENTIAL

Page 22

BY MR. OLSZEWSKI-JUBELIRER:

    Q    Meta uses information about users' interests to train its machine learning models?

            MR. CHAPUT:  Object to the form.

            THE WITNESS:  Can you be more specific about what you mean, data about users' interests?

            In some sense, I guess every piece of content that one likes is some data about -- expressed in interest in a piece of content.

BY MR. CHAPUT:

    Q    Okay.  In addition to that sort of broader engagement data that you described, Meta also uses information identifying users' interests to train its machine learning models?

            MR. CHAPUT:  Object to the form.

            THE WITNESS:  I think interests sometimes means or topical interests could also mean the sort of people who I'm interested in like sort of types of comments that I'm interested in, I guess would have been sort of -- without more specificity, I would say, in general, given that my behavior, or one's behavior on the platform, you know, has positive engagement with the things that I'm interested in and, yes, we use data about what users are interested in.

CONFIDENTIAL

Page 23

BY MR. OLSZEWSKI-JUBELIRER:

Q    Meta uses users' IP addresses to train its machine learning models?

MR. CHAPUT:  Object to the form.

THE WITNESS:  I don't believe that IP addresses are in the training data used by our models.

BY MR. OLSZEWSKI-JUBELIRER:

Q    Does Meta use representations of users' IP addresses to train its machine learning models?

MR. CHAPUT:  Object to the form.

THE WITNESS:  Not as I understand representations to mean.  In that there's not a sort of one-to-one mapping between an IP address and any other representation that is used in the machine learning algorithms.  Or in the machine learning training data, I meant to say.

BY MR. OLSZEWSKI-JUBELIRER:

Q    Meta uses representations of a users' most frequently used IP addresses as a feature in some of its machine learning models?

A    Again, I don't believe that we use a representation that has a one-to-one mapping with an IP address as a feature in any of our models.

Q    Does Meta use a representation that has a different mapping that's not one-to-one of users' IP

CONFIDENTIAL

Page 24

addresses as a feature of its machine learning models?

MR. CHAPUT:  Object to the form.  Scope.

THE WITNESS:  I think one way in which IP addresses are used is to ascertain a high-level location, or I should say estimates of high-location since I think the IP to location mapping is far from perfect.

And we do use the sort of high-location data in the training data.

BY MR. OLSZEWSKI-JUBELIRER:

Q    Let's talk about the types of users whose data Meta uses to train its models.

Meta uses user data collected from users who are logged into their accounts on Meta's platforms to train its machine learning models?

A    Yes.  We use data from logged-in users.

Q    Does Meta use data from people who visit Meta's platforms without being logged in to train its machine learning models?

MR. CHAPUT:  Object to form.  Scope.

THE WITNESS:  I'm not sure if we do or not. To the extent that we do, it would be in a sort of aggregated form, like I could imagine a feature that would be, you know, the number of logged out views of a piece of media which could be a useful feature as an

CONFIDENTIAL

Page 30

another and sort of delays in or removal propagation that may not happen immediately, but that flag is intended and sort of propagates within a matter of some days to lead to the removal of all suspected under 13 data.

BY MR. OLSZEWSKI-JUBELIRER:

Q    So in the period of time before that flag has propagated after Meta has determined a user is likely under 13 and placed them in an age checkpoint, Meta would use that user's data to train its machine learning models?

MR. CHAPUT:  Object to form. Characterization.

THE WITNESS:  Yes.  There is a short period of time during which some of that data may appear in the training systems before the deletion has propagated.

That said, the primary impact of that data would be for the sort of personalization and quality of that specific individual's experience.  And so as long as that user were check-pointed and unable to consume content, it would have a very small sort of impact on the overall model.

BY MR. OLSZEWSKI-JUBELIRER:

Q    But it would still have an impact on the overall model even if small, right?

CONFIDENTIAL

Page 36

response to text prompts called Emu?

A    Yes.

Q    Emu is a generative AI model, right?

A    Yes.

Q    The generative AI models that are used to power Meta AI and Emu were trained on a large amount of data, right?

MR. CHAPUT:  Object to form.  Scope.

THE WITNESS:  Yes.  It depends a little bit exactly on what you mean by large, but I think many terabytes of data.

BY MR. OLSZEWSKI-JUBELIRER:

Q    For example, Emu is trained on billions of images; is that right?

MR. CHAPUT:  Object to form.  Scope.

THE WITNESS:  I don't know exactly how many, but I would not be surprised if it was in the billions.

BY MR. OLSZEWSKI-JUBELIRER:

Q    Meta has used content posted by users of Facebook and Instagram to train its generative AI models, correct?

MR. CHAPUT:  Object to the form.

THE WITNESS:  Yes.

BY MR. OLSZEWSKI-JUBELIRER:

Q    And that includes the models under -- that underlie Meta AI and Emu, right?

CONFIDENTIAL

Page 37

MR. CHAPUT:  Object to form.  Scope.

THE WITNESS:  I believe Emu is primarily trained on Instagram sort of data as opposed to Instagram and Facebook.

BY MR. OLSZEWSKI-JUBELIRER:

Q    Okay.  And Emu was trained on photos posted on Instagram by Instagram users, right?

A    I believe it used a combination of publicly available images, as well as publicly posted photos on Instagram.

Q    Did Meta use all public photos on Instagram to train Emu?

MR. CHAPUT:  Object to form.  Counsel, sorry.

Do you mean that -- exclusively public photos or every single public photo?  The question -- I'm just not clear on what the question is.

MR. OLSZEWSKI-JUBELIRER:  I meant exclusive, all of the public photos.

MR. CHAPUT:  Object to the form.

THE WITNESS:  I don't know if they used every public photo or some narrower subset.

BY MR. OLSZEWSKI-JUBELIRER:

Q    People post photos of themselves on Instagram, right?

A    People are permitted to post any community

CONFIDENTIAL

Page 38

standards compliant photos on Instagram which would include

photos of themselves.

Q    And so Meta used people's selfies that they posted

on Instagram to train Emu, right?

MR. CHAPUT:  Object to the form.

THE WITNESS:  I believe that people's selfies

would have been contained within the Emu training

dataset at some level.

Again, I don't know the specifics of exactly

which public photos were selected and deemed as sort of

most useful for the Emu training process.

BY MR. OLSZEWSKI-JUBELIRER:

Q    Meta's used videos posted by Facebook and

Instagram users to train its generative AI models?

MR. CHAPUT:  Object to the form.

THE WITNESS:  I'm not sure we've used videos.

Yeah, I don't know the answer to that.

I don't believe that videos were in the

initial sort of Emu training, but I'd have to follow-up

for a more definitive answer.

MR. OLSZEWSKI-JUBELIRER:  Let's do A1,

please.  That's -- this is a document with Bates Number

META3047MDL-044-00025293.

MR. CHAPUT:  Tab 13 in your binder.

MR. OLSZEWSKI-JUBELIRER:  And can you turn to

CONFIDENTIAL

Page 39

the page ending with a Bates number of 25320?

(Meta-Backstrom-2 marked for identification.)

BY MR. OLSZEWSKI-JUBELIRER:

Q   Okay.  Do you see where it says:  "What user data did Meta use to train its AIs?"

That's the last question.

A   Yes, I see that.

Q   Do you see the second bullet point where it says: "Publicly shared posts on Instagram and Facebook, including photos, videos, and text, were part of the data used to train the generative AI models underlying the features we're announcing at Connect"?

A   Yes.

Q   So Meta used publicly shared videos from Instagram and Facebook to train generative AI models, right?

MR. CHAPUT:  Object to form.

THE WITNESS:  I think it's clear that we used the posts, and less clear -- and this is sort of just my technical understanding of how much we use sort of the videos versus the metadata and sort of extracted from them or things like that.

But yeah, it says that we used photos, videos, and text.  And I don't see a date on this to know whether this is sort of referring to Emu or the sort of Llama family of models.