# Exhibit 5



# Take a Break/Nudges GTM

11/29 Communities Review
WS2: Teen Mental Well-being
AC/ PRIV

# Risks & Mitigation

| Area of Concern<br>*i.e. Competition, Policy, Equity, etc* | Risk | Mitigation |
|---|---|---|
| Lack of progress | This requires people to opt-in, and is easy to dismiss, so could appear as if we aren't doing enough | Highlight efforts to educate our community (QPs, Upsells, New! Story), and the benefits of customization |
| Exposing negativity | This suggests that spending too much time on IG is problematic | Focus on messaging "meaningful time spent" versus total time spent. It's not the # of mins you spend, but what you do with that time that counts. |
| Creative | The messaging could be seen as paternalistic | The tool is opt-in and customizable, and all content is backed by expert suggestions + teen feedback. We'll continue to add/adjust "break" content in the future. |
| Competition | TikTok and YouTube already have break reminders | Highlight that our tools can be fully customized, more so than our competitors, and feature expert-backed tips |