# Exhibit 11

# INSTAGRAM TEEN WELL-BEING STUDY: US TOPLINE FINDINGS

February, 2019

# CONNECTING WITH OTHERS / RELATIONSHIPS, SELF-EXPRESSION, ENTERTAINMENT, & EXPLORING PASSIONS

## However, SM has a negative impact when it magnifies their insecurities, e.g., comparing themselves to others physically and socially; teens also express feeling addicted to it and being bullied



### Reasons Why Social Media has Positive or Negative Impact on Well-Being
Among Teen IG MAP

**Reasons Why Social Media has had a <u>Positive</u> Impact on their Life**

**Connection**
*"I have a chronic illness that causes me to be at home almost all of the time, which can be very isolating. Social media helps me reach out to maintain relationships with friends and meet new friends even when I'm stuck in bed on most days." – Female 16-18*

**Self-Expression**
*"Because it allowed me to meet people all over the world and gives me a way to express my self and see others and how their lives are." – Male 13-15*

**Entertainment**
*"Social Media can make me have a good laugh if I ever need one, it contains so many things that people around the world have posted and can cause stress relief and relaxation." –Male 13-15*

**Explore Passions**
*"It gives me the ability to pursue my passion (creating and playing music/singing) by expanding my audience and helping me to learn to play guitar and write my own songs. – Male-16-18*

**Reasons Why Social Media has had a <u>Negative</u> Impact on their Life**

**Pressure to Look Perfect**
*"I feel I compare my life to others so if someone appears to have a good life I start feeling down about mine." – Female 13-15*

**Inauthentic**
*"I believe that social media causes me to live life less in the moment and more digital. It makes me sad." – Female 16-18*

**App Addiction**
*"I am addicted to it, it takes away time from other things I should be doing at times." – Female 16-18*

**Fear of Missing Out**
*"It makes me see things I wish I had and see people I wish I could be like and I'm only me and it makes me sad because people have fun all the time and I don't." – Male 13-15*

**Bullying**
*"A while back I got social media but I got bullied on it by my friends as they said mean things in a group chat but I couldn't do anything about it." – Female 13-15*

Q5b: Why do you say that social media has had [pipe: pQ5] on your life?
US: Teens who believe SM has a positive impact (n=743); Believe SM has had a negative impact (n=70)

12

# WHILE APP ADDICTION IS COMMON ON IG, IT ALSO OCCURS ON MANY OTHER APPS

Older teens girls are most likely to experience this issue and also have lower well-being scores in general
Beyond "Connecting me to my friends" "Helping me discover new things to try" and "Connecting me with people who support me" are preferable messaging



## Feeling Like I Waste too Much Time on Social Media

### Satisfaction of Well-Being Dimensions
Among Teens who Often Feel Like They Waste Time on IG

| Well-Being Dimension | % Very + Somewhat Satisfied |
|---|---|
| My relationship with friends | 81% ▼ |
| My social media life | 77% |
| My relationship with family | 77% ▼ |
| My relationship with classmates | 74% |
| My performance at school | 74% |
| My social life | 73% |
| My overall health and fitness | 69% ▼ |
| My extracurricular activities | 65% ▼ |
| My overall level of confidence | 65% ▼ |
| My eating habits | 63% ▼ |
| My energy levels | 61% ▼ |

### Age and Gender Distribution
Among Teens who Often Feel Like They Waste Time on IG



Male 13-15: 19% ▼
Male 16-18: 19% ▼
Female 13-15: 26%
Female 16-18: 36% ▲

### Messaging Rank
Among Teens who Often Feel Like They Waste Time on IG

| Instagram helps me feel good by… | Rank #1 |
|---|---|
| Connecting me to my friends | 36% |
| Helping me discover new things to try | 19% |
| Connecting me with people who support me | 18% |
| Encouraging people to be kind to each other on its app | 13% |
| Letting me show people who I really am | 13% |

### Apps Where this Issue Occurs Often
Among Teen IG MAP who use each site monthly or more



| App | % |
|---|---|
| Instagram | 23% |
| WhatsApp | 20% |
| Twitter | 20% |
| TikTok | 18% |
| Snapchat | 17% |
| YouTube | 16% |
| Facebook | 14% ▽ |
| Messenger | 13% ▽ |



△▽ Arrows indicate values significantly higher/lower than IG

▲▼ Arrows indicate values significantly higher/lower than teens who do not experience this issue at 95% confidence

Q2. T2B - How satisfied are you with each of the following areas of your life? | Q12 T2B – How often have you experienced each of the following on Instagram? | Q18: Which statement do you prefer the most? | Q12/19. Have you ever experienced any of the following while using [pipe: App]? US: n=231
*Base sizes vary depending on the app (n=140-1,000)

37