# Exhibit 16

# Are there teens that use too much Instagram?

It sure looks like it.

Last night i watched a provocative new documentary on Netflix about social media and it's impact on the world.

The documentary does not present a balanced argument. They gloss over the fact that social media is a force for good in the world today for many different reasons, and choose to focus on the negatives.

The key message in the documentary is that Social Media is addictive and people don't have the willpower to put down their phones. I think this is fair & probably true for many people in the world.

The documentary made some pretty convincing points about the potential effects that social media is having on the younger generation, and how that might change society in the future. I resonated with this part of the film. It seems relatively clear that younger people are less equipped to be able to handle social media addictions, and we as far as I'm aware, we don't yet understand how this might affect the development of their brains or the future of our society.

Through the great work from the IG Growth & Central Age Modelling team, we now have reliable teen/non-teen labels for US users. So I decided to take a look at how much time people are spending on Instagram and whether there might actually be a problem for people.

First off, if you look at the distribution of time spent for people in the US, it'd suggest there isn't a major problem across the board, which is encouraging. We do see greater time spent from teens (which we know about).



Distribution of Weekly Time Spent for people in the US

However, if you pause for a minute, and realize how many people we serve, those small percentages we see in the high usage range are actually a lot of people. In the US alone, there are 550K+ teens that spend 28 hours a week on Instagram (4 hours a day, 7 days). I don't know where we draw the line, but that feels like a lot of time. This is just in the US, so it's likely this has a larger impact worldwide.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00538452



US People who spend a lot of time on Instagram each week

It's especially interesting to me that Teens make up 15% of DAP in the US, but they make up 63% of people who spend more than 28 hours a week on IG.

I do think it's worth doing some soul-searching and focusing in on this problem. We have a mental health team which is a great start, so I hope we can make a dent in this particular user problem in 2021.

Some questions I think we need to answer to get started:

- What is the ultimate objective of this work & how could we measure success?
- How much time is too much time for a teen?
- Should our solutions be just for teens or for everyone?
- If we assume that some of this higher time spent is driven by addiction, should our solutions be opt-in, or forced?

Contact Support

# Conversation History

Quipbot#06 left the thread Aug 23 at 10:59 pm

––––––––

Quipbot#06 Aug 23 at 10:53 pm

======IMPORTANT======

This Quip file has been copied to Google Workspace (https://docs.google.com/document...) as part of the Quip2Google migration efforts. Quip is moving to Read-Only. Please work in the new Google file moving forward.

Learn more

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00538453

https://fb.workplace.com/groups...

Questions?

Visit the Quip2Google Migration Feedback Group (https://fb.workplace.com/groups...).

Note

New edits in this Quip file will NOT be automatically synced to Google Workspace.

————

Quipbot#06 added Quipbot#06 to the thread Aug 23 at 10:58 pm

————

Quipbot#06 added you to a document Aug 23 at 10:53 pm

————

Darius Kilstein edited Sep 11, 2020 at 8:48 pm

# Are there teens that use too much Instagram?

It sure looks like it.

Last night i watched a provocative new documentary on Netflix about social media and it's impact on the world.

The documentary does not present a balanced argument. They gloss over the fact that social media is a force for good in the world today for many different reasons, and choose to focus on the negatives.

The key message in the documentary is that Social Media is addictive and people don't have the willpower to put down their phones. I think this is fair & probably true for many people in the world.

The documentary made some pretty convincing points about the potential effects that social media is having on the younger generation, and how that might change society in the future. I resonated with this part of the film. It seems relatively clear that younger people are less equipped to be able to handle social media addictions, and we as far as I'm aware, we don't yet understand how this might affect the development of their brains or the future of our society.

Through the great work from the IG Growth & Central Age Modelling team, we now have reliable teen/non-teen labels for US users. So I decided to take a look at how much time people are spending on Instagram and whether there might actually be a problem for people.

First off, if you look at the distribution of time spent for people in the US, it'd suggest there isn't a major problem across the board, which is encouraging. We do see greater time spent from teens (which we know about).
However, if you pause for a minute, and realize how many people we serve, those small percentages we see in the high usage range are actually a lot of people. In the US alone, there are 550K+ teens that spend 28 hours a week on Instagram (4 hours a day, 7 days). I don't know where we draw the line, but that feels like a lot of time. This is just in the US, so it's likely this has a larger impact worldwide.

It's especially interesting to me that Teens make up 15% of DAP in the US, but they make up 63% of people who spend more than 28 hours a week on IG.

I do think it's worth doing some soul-searching and focusing in on this problem. We have a mental health team which is a great start, so I hope we can make a dent in this particular user problem in 2021.

Some questions I think we need to answer to get started:

- What is the ultimate objective of this work & how could we measure success?
- How much time is too much time for a teen?
- Should our solutions be just for teens or for everyone?
- If we assume that some of this higher time spent is driven by addiction, should our solutions be opt-in, or forced?

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00538454

———

Darius Kilstein created the document Sep 11, 2020 at 7:51 pm

———

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-020-00538455