# Exhibit 21

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA             )
ADOLESCENT ADDICTION/           )
PERSONAL INJURY PRODUCTS        )   MDL No. 3047
LIABILITY LITIGATION            )
                                )
                                )

 SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE
   COUNTY OF LOS ANGELES - SPRING STREET COURTHOUSE

COORDINATION PROCEEDING         )
SPECIAL TITLE [RULE 3.400]      )
                                )
SOCIAL MEDIA CASES              )   Lead Case No.
_____)       22STCV21355
This Document Relates To        )
                                )
STATE OF TENNESSEE, ex rel.)
JONATHAN SKRMETTI,              )
ATTORNEY GENERAL and            )
REPORTER,                       )
v.                              )
META PLATFORMS, INC., and       )
INSTAGRAM, LLC.                 )
_____)

CONFIDENTIAL - ATTORNEYS' EYES ONLY
PURSUANT TO PROTECTIVE ORDER
VOLUME 1
VIDEO-RECORDED
DEPOSITION OF ARTURO BEJAR
(Pages 1 - 351)
Held at Baker Botts
1001 Page Mill Road, Palo Alto, California
Monday, April 7, 2025, 9:20 a.m.
- - - -
REPORTED BY:  ELAINA BULDA-JONES, CSR 11720

CONFIDENTIAL

Page 136

A.   I am, yes.

MS. JONES:  Excuse me.

THE WITNESS:  Sorry.

MS. JONES:  Objection to the form.

BY MR. CARTMELL:

Q.   Are you familiar, as an online child safety expert, with the problem of teenage or kids getting addicted to social media?

MS. JONES:  Same objection.

THE WITNESS:  I am, yes.

BY MR. CARTMELL:

Q.   I've seen documents of -- that sometimes it's referred to problematic use; is that right?

A.   That is correct.

Q.   Did Meta actually use the phrase "problematic use" and "addiction" interchangeably?

A.   It is my understanding that you were not supposed to say "addiction."  You were supposed to say "problematic use."

Q.   Did you have an understanding why that was?

MS. JONES:  Objection.  Foundation.

THE WITNESS:  Yes, I did.

BY MR. CARTMELL:

Q.   What's that?

Page 137

A.    So when I returned in my second stint, one of the people I sought out was Jennifer Guadagno, who had been a lead researcher in my first stint at understanding the harm that people were experiencing that we used to guide the work that we did in my first stint.

And I wanted to understand because she was working on well-being metrics and I wanted to orient myself about what work was being done.  And I talked about it with her.  I asked her about addiction.  Because I had already seen research come out and I had also been experiencing it at home.

And the -- she told me in that conversation that the topic was somewhat radioactive.  That you weren't supposed to use the term "addiction."  That when you looked into it that it would get attention from the leadership of her organization.  And that you -- you couldn't call it addiction.  That instead they had labeled it "problematic use."  And then they had defined problematic use to be very narrow.

So let's say -- this is not the accurate number, but it's going to be, like, yeah, you have to be on there for, like, ten hours a day in order to be able to call it problematic use, which meant

CONFIDENTIAL

Page 138

that the company could say things like, oh, we've looked into problematic use and it's not an issue.

And it's not what I would understand. When I heard the word "problematic use," I would probably think what a lot of people were experiencing. And so my understanding from talking to her is if you're going to work on it you're going to get a lot of attention on you.

And they had redefined the language around the subject matter so it was not studied and understood in what I believe is sort of good faith of these issues.

Q.   Was Meta actually even monitoring kids' addiction to Instagram or problematic use at Instagram at that time?

A.   Not as far as I know.

Q.   They didn't include it in any surveys, did they?

MS. JONES:  Let me object to foundation.

Go ahead.

THE WITNESS:  Not as far as I know.

And when I started working with the well-being team, again, I met with many people, covered many issues, and there was not a single mention of addiction in that context that I recall.