# Exhibit 22

# IG Mental Well-being: Managing Teen Late Night Problematic Use [AC/PRIV]



July, 2023

Overview of Problematic Use

Over the last two years, MWB has been focused on understanding and reducing problematic use for Instagram Users.

# What is problematic use?

The concept of problematic use of social media has been defined by researchers as a self-reported lack of control over social media use that is perceived to lead to negative life impacts .

# Why does problematic use matter?

Research and analysis has revealed three primary reasons for reducing problematic use:

1. **Teen WB:** Research has shown that problematic social media use is both prevalent among teens and is a driver of churn: 56% of IG teens surveyed say it's difficult to manage time on social media, and teens reporting life interference were 2.1x more likely to delete Instagram (source).
2. **Parental Trust:** ~ 1/4 parents surveyed consider total screen or late night time spent to be a top social media concern.
3. **Regulatory Risks**: recent state legislation (UT) prohibits U18 late night social media use without parental consent, and new federal guidance calls for more restrive social media use policies for teens