# Exhibit 23



CONFIDENTIAL

META3047MDL-294-00030600

## Problematic Use Heuristics

| Sub-area | Teen heuristic + threshold | Teen prevalence |
|---|---|---|
| **Overall time spent**<br><br>Spend more time in the app than intended, lose track of time, low awareness of time spent and long sessions | >=45 minutes L7 average daily time spent | 21.6% of teen WAU above heuristic [x] |
| **Late night use**<br><br>Late night usage during times that are likely displacing sleep for most people | >=45 minutes weekly late evening and night time spent (10 pm - 4 am)<br><br>*7 pm - 4 am was equally valid heuristic* | 23.7% of teen WAU above heuristic [x] |
| **Frequent checking**<br><br>Habitual and repeated checking of app, including short and passive sessions | **Repeat passive sessions**<br>>=20 L7 daily repeat passive sessions *(no comment, like, share, reaction in session starting within 10 mins after previous)*<br><br>**Short sessions**<br>>=5 L7 average daily short sessions (<15 seconds) | Repeat passive sessions: 10.7% of teen WAU [x]<br><br>Short Sessions<br>20.7% of teen WAU [x] |
| **Video Chaining** | >=40 times L7 getting into video chaining | 5.1% of teen WAU [x] |

CONFIDENTIAL

META3047MDL-294-00030603