# Exhibit 26

# Well-Being 10X: Sheryl Review

The goals of this meeting are to discuss and align on:
1 - **What we know** about FB & well-being.
2 - The **vision** for this work.
3 - The **framing** for this work.
4 - **Comms** opportunity.

## TL;DR

**The impact of Facebook Inc.'s products on people's well-being is a complex topic that we haven't fully understood yet. However, we have sufficient information to warrant action now, while we continue to deepen our understanding.**

1. Despite all the positive effects that FB provides (e.g. meaningful interactions, belonging, social support), there is increasing scientific evidence (particularly in the US, see here and here) that the **average net effect** of FB on people's well-being is **slightly negative**. The science here is still early, primarily US based, and relying on self report – we have a lot more we need to learn.

2. While we don't know why FB causes this negative effect, we have deep understanding around **three** negative drivers that occur frequently on FB and impact people's well-being:

   a. Problematic use (prevalence: 55% mild, 3.1% severe)

   b. Social comparison (prevalence: 40% mild, 5% severe)

   c. Loneliness (prevalence: 36% mild, 7% severe)

3. We believe we should prioritize the work as follows:

   a. Move in the areas we have confidence in:

      i. **Problematic use**: Given its prevalence and our confidence around product interventions (NF pause points, prominent time controls and goals, night mode), we will tackle this area first.

      ii. **Social comparison & Loneliness**: We will build a playbook (product ideas and execution plan) for each of these before moving into execution.

   b. Better understand work:

      i. More in depth research around measurement, understanding why there is a net negative effect and for whom, competitive landscape, comprehensive and prioritized list of additional areas to focus on.

4. We have a two-phase vision for this work: in phase 1, we want to push FB to be "**best-in-class**" amongst social media apps (2019), and in phase 2, we want to push for FB/IG **to be net positive to well-being** (2020 and beyond).

5. Principled investment ask to take this on:

   a. FB: A product effort (**+11 HC: 3 Eng, 8 XFN**) and resources to focus on measurement+research (**+6 HC: 1 Eng, 5 XFN**) (total of **+17 HC**).

   b. IG: **+7 HC (1 Eng, 6 XFN)** to ramp up measurement+research work.

## What we know today

WHAT IS WELL-BEING?

META3047MDL-004-00025358