# Exhibit 50

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ) MDL No.
ADDICTION/PERSONAL INJURY       ) 4:22-md-3047-YGR
PRODUCTS LIABILITY LITIGATION   )
_____  )
  SUPERIOR COURT OF THE STATE OF CALIFORNIA
        FOR THE COUNTY OF LOS ANGELES
            SPRING STREET COURTHOUSE
COORDINATION PROCEEDING         )
SPECIAL TITLE [RULE 3.400]      ) Lead Case No.
                                ) 22STCV21355
SOCIAL MEDIA CASES              )
_____  )
                                )
This Document Relates to:       )
                                )
STATE OF TENNESSEE,             )
ex rel. JONATHAN SKRMETTI,      )
ATTORNEY GENERAL and REPORTER,  )
v.                              )
META PLATFORMS, INC., and       )
INSTAGRAM, LLC,                 )
Case No. 23-1364-IV             )
_____  )

           Monday, March 17, 2025
 CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
           Video-Recorded Oral Deposition of
ADAM S. MOSSERI held at the offices of
Covington & Burling LLP, Salesforce Tower,
415 Mission Street, Suite 5400, San
Francisco, California, commencing at
9:14 a.m. PST on the above date, before
Michael E. Miller, Fellow of the Academy of
Professional Reporters, Certified Court
Reporter, Registered Diplomate Reporter,
Certified Realtime Reporter and California
CSR #13649.
           GOLKOW - VERITEXT
       877.370.DEPS | fax 917.591.5672
             deps@golkow.com

CONFIDENTIAL

Page 22

-----------

ADAM S. MOSSERI,

having been duly sworn,

testified as follows:

-----------

EXAMINATION

-----------

BY MR. RAVIPUDI:

Q.    Good morning.

A.    Good morning.

Q.    Please state your full name for the record.

A.    Adam Solomon Mosseri.

Q.    And you're the head of Instagram?

A.    I am.

Q.    And as the head of Instagram, you're in charge of all of the operations?

A.    Yes.  I'm in charge of the product teams, the design teams, some of the business teams, which is a word we use to describe partnerships, comms and marketing. But some of the work that we do is built on the foundations of core teams at Meta.

Q.    And so you're in charge of

CONFIDENTIAL

Page 303

go off the record and call the Court.

Let's go off the record.

THE VIDEOGRAPHER:  The time is 3:03.  We're off the record.

(Recess taken, 3:03 p.m. to 3:24 p.m. PDT)

THE VIDEOGRAPHER:  The time is 3:24.  We're back on the record.

MR. RAVIPUDI:  Okay.  Exhibit 30 -- let me read this in.  It got cut off, but it's Bates-stamped META3047MDL-031-00241716.

(Whereupon, Meta-Mosseri-30, Zoom Invite re: IG Leads Review: Take A Break, META3047MDL-031-00241716, was marked for identification.)

THE WITNESS:  Thank you.

BY MR. RAVIPUDI:

Q.    Do you see this Zoom invite?

A.    I do.

Q.    It's for the Leads Review, Instagram Leads Review for Take A Break.  The date of this is the exact same date of the Exhibit 29.

A.    I see that.

CONFIDENTIAL

Page 304

Q.    Okay.  And do you see that you were invited to it?

A.    I do.

Q.    Do you see that you're a required attendee?

A.    I see that.

Q.    Okay.  And so whether you recall it or not, this is something that you were a part of?

A.    I don't know if I was at this meeting, but I was certainly invited to the meeting.

Q.    You're certainly required to be there?

A.    Required attendees is just the default when you add -- invite anyone to a meeting.

Q.    Okay.

A.    That is an Outlook term.

Q.    Okay.  So let me go through, and let's go to Exhibit 29.

MS. JONES:  And for what it's worth, that seems like foundation to me.

MR. RAVIPUDI:  Thank you, Your