# Exhibit 60

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA                )
ADOLESCENT ADDICTION/              )
PERSONAL INJURY PRODUCTS           )   MDL No. 3047
LIABILITY LITIGATION               )
                                   )
    SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE
     COUNTY OF LOS ANGELES - SPRING STREET COURTHOUSE

COORDINATION PROCEEDING            )
SPECIAL TITLE [RULE 3.400]         )
                                   )
SOCIAL MEDIA CASES                 )   Lead Case No.
_____)   22STCV21355
This Document Relates To           )
                                   )
STATE OF TENNESSEE, ex rel.        )
JONATHAN SKRMETTI,                 )
ATTORNEY GENERAL and               )
REPORTER,                          )
v.                                 )
META PLATFORMS, INC., and          )
INSTAGRAM, LLC.                    )
_____)

CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER
VIDEOTAPED DEPOSITION OF ANTIGONE DAVIS
VOLUME 1
MARCH 4, 2025
(Pages 1 - 376)
9:09 a.m. to 6:59 p.m.
Covington & Burling
850 10th St NW, Washington, DC 20001

Reported By: Amanda Blomstrom, RMR, CRR, and
CSR TX #8785/CA #12681/IL #84-3634

# Youth Safety & Wellbeing
# Deep Dive

Youth XFN, February 2021



PENGAD 800-631-6989

EXHIBIT

61  A. DAVIS

3/5/25

**ROADMAP**

# Safety, Health, and Well-being Policy

| PRIORITY | GOAL | OWNER | TIMELINE |
|---|---|---|---|
| **CHILD SAFETY: minimize operational, regulatory and brand repercussions w/r/t e2ee and "inappropriate" experiences; advance safety to unlock youth product opportunities** | | | |
| P 1 | Seek or build specific data, product mitigations, programs and resources to support encryption resilient child safety narrative; strategically deploy encryption resilient child safety narrative | Antigone | Q1-Q3 |
| P 1 | Advance development of Youth Team and corresponding product work | Antigone | H1 |
| P 2 | Support development of alternative, encryption-protective regulatory regime for child exploitation | Antigone | H1 |
| P 2 | Rolling launch of signature global digital literacy program | Antigone | H1 |
| **HEALTH AND WELL-BEING: Minimize operational, regulatory and brand repercussions related to SSI anti-vax/vax-misinfo and well-being concerns (e.g. addictive use); advance health and well-being initiatives** | | | |
| P 1 | Hire well-being expert to lead SSI efforts and develop and advance well being strategy, support well-being initiative | Antigone | Q1 |
| P 1 | Across policy, product and partnerships develop and advance Health Team priorities (specifically COVID 19) | Antigone | H1 |
| P 2 | Advance classifiers, policies and resources to close gaps between our approach to SSI and recommendations by advisors | Antigone | H1 |