# Exhibit 70



EXHIBIT
18
META-GROSS

**META3047MDL-019-00067802-META3047MDL-019-00067802**

**Document Provided in Native Format**

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-019-00067802

Marketing Insights & Analytics

# Youth & Well-Being Narrative Research

**Instagram Marketing Insights**

June 8, 2022

FOR INTERNAL USE ONLY; DO NOT DISTRIBUTE

Marketing Insights & Analytics

## Agenda

1.  **Background, Context & Objectives**

2.  TL;DR

3.  Audience Starting Points

4.  Summary of Strategic Insights

5.  Audience Nuances

6.  Message Breakdown

7.  Proofpoint Breakdown



Marketing Insights & Analytics

Background and Objectives



# Background

Well-being is a top priority for Instagram. We are also on a journey to reclaim and strengthen Instagram's relevance with teens. Following a difficult year of leaks and press focus on teen mental health, we know how important it is to build trust with our audiences. We understand the problem spaces that exist but are missing a consistent, emotionally-resonant narrative for Instagram's youth & well-being efforts. Meanwhile, "IG is the place where *your* creativity pushes culture forward" has been identified as our brand positioning.



# Our goal

Instagram's goal is to ensure that its well-being narrative ladders up to the Meta CSN while reflecting the values, perspectives, and challenges that are unique to IG. The narrative should speak to common questions and concerns and articulate a positive story that can be flexed to **Teens, Parents, and the News-informed**.



# How we get there

We crafted messages rooted in the primary points to land and tested these messages with core audiences in the US & UK. The narrative will be used to inform all Youth + Well-Being consumer outreach in 2022 and beyond (e.g. campaigns, marketing in-product, blogs, etc.)



Marketing Insights & Analytics

Background and Objectives



## What this research **IS**

This research builds upon a large body of research about the value Instagram delivers and the topics of well-being. This research is designed to build a messaging strategy on top of those learnings to progress our corporate and IG marketing and comms goals and NOT to replace or add to that canonical body of research.



## What this research is **NOT**

This research is qualitative in nature so it may not be representative of the broader IG population.

Due to prioritization, the research was only conducted in the US & UK. Therefore, the insights may not take into consideration country and cultural differences that may exist across other markets.

When we reference "Teens", "Parents" and "News-Informed" throughout this report, we are referencing to only the people that we talked to during this research.



Marketing Insights & Analytics

Background and Objectives

# Qualitative research sample in the US and UK

| Teens | Parents | News-Informed | Notes: |
|---|---|---|---|
|  |  |  | |

**Teens**



Ages 13-17

Regular users of IG and other social media (n=26)

**Parents**



Have children ages 13-17 who use IG

Aware of IG. Mix of frequency of usage (n=41)

**News-Informed**



Consume multiple mainstream/tech news sources at least weekly

Knowledgeable about topics relevant to teens online (n=21)

**Notes:**

- Field dates: May 16 -June 7, 2022
- Total of 88 participants
- Countries: US (NY, AZ), UK (national)
- Branded research
- US groups conducted in person, UK groups conducted virtually
- Each group spanned 2 hours
- Narrative optimization between NY and AZ groups
- Full list of recruiting criteria here



Marketing Insights & Analytics

Background and Objectives

| The research seeks to inform three outcomes: | | |
|---|---|---|
| **Instagram's Well-Being Narrative** | **Instagram's outbound campaign for Teens (US)** | **Meta's CSN articulation work** |
| Instagram's goal is to ensure that its well-being narrative aligns with the **Meta CSN** while reflecting the values, perspectives, and challenges that are unique to IG.<br><br>Equally important is to tie our well-being goals and narrative to our core brand north star of **Your Creativity Pushes Culture Forward.**<br><br>The narrative aims to speak to common questions and concerns and articulates a positive story that can be **flexed to Teens, Parents, and News-informed.**<br><br>The narrative will be used to **inform all Youth + Well-Being consumer outreach** in 2022 and beyond. | We are on a journey to reclaim and strengthen Instagram's **relevance with teens.**<br><br>Following a difficult year of leaks and press focus on teen mental health, we know how important it is to **build trust** with our audiences.<br><br>2022 marks an opportunity to re-establish Instagram in the Well-Being space. We want to **land our new, validated overarching narrative** for Instagram. | Instagram is to **lead the charge on the well-being conversation for the company.**<br><br>Findings from this research seeks to help upstream by **informing how Meta can best articulate the well-being CSN.**<br><br>We plan to **work in lockstep with CSN Leads** from DSS and MI teams across the FOA to **deliver a consistent and unified message** while reflecting the uniqueness of each app. |



Marketing Insights & Analytics

Background and Objectives

# A closer look at the North Star & Core Supporting Narratives

The North Star Narrative is designed to capture the company's vision for the future that we are running towards. It is intended to ground everyone in the same vision and motivate teams through a shared sense of purpose around the future we are building for people.

To help ensure that the North Star Narrative is credible and received positively *from* Meta, a series of Core Supporting Narratives have been developed.

The narratives will help us answer important questions:

1. What is our story?
2. How do we tell it successfully?
3. How do we distribute our message?
4. How do we evaluate and measure outcomes?
5. GTM by Audience



Background and Objectives

# North Star Narrative

- The North Star Narrative is designed to **capture the company's vision for the future in one paragraph**. It is firmly rooted in innovation, capturing the future we are running towards.

- As we communicate our North Star more widely, we believe it will be critical to frame this future around the **benefits and opportunities it unlocks for people**, drawing on our company's unique expertise for building technology around people and their relationships.

- Insights is working to **understand the best way to market this promise** *from* Meta.

Marketing Insights & Analytics

**Grounded in the future promise of the technology.**
*When Facebook launched, it changed the way we connect. We have shared life's moments with our friends and family, made new friends and reconnected with old ones. Now, Meta is moving beyond 2D screens towards immersive technologies that enable a sense of true presence. We are investing in AR and VR technologies that merge the physical and virtual worlds to create new opportunities for everyone. A future built by everyone, for everyone, where your imagination is more important than the circumstances of your birth. Where you can represent yourself however you want. A future that everyone will have a stake in, where individuals and businesses will be able to build, own, invest, sell, and be rewarded for a vast and diverse range of creative output - games, different experiences, objects and spaces. Welcome to the metaverse, where friends and families, creators, and businesses will be able to do more and experience more than we ever thought possible.*

