# Exhibit 71

# Well-Being 10x

Mar 8, 2019

**facebook**

HIGHLY CONFIDENTIAL (COMPETITOR) META3047MDL_RVOL003 META3047MDL-003-00018009

**AGENDA**

1. **What We Know**

2. **Vision**

3. **Framing & Priorities**

4. **Communications Opportunity**

5. **Resourcing**

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL_RVOL003                    META3047MDL-003-00018010

**Executive Summary**

## FB is slightly negative for well-being (WB) and we have a phased plan to turn this around.

1. **What we know:** Despite positives, average net effect is slightly negative. Science is still early, primarily US based, and relies on self report.

2. **Vision:** 2019: FB "best-in-class" amongst social media apps. 2020 & beyond: FB/IG net positive to well-being.

3. **Framing:** Using an integrity-like framework to drive progress on sub-areas: **Problematic Use**, **Social Comparison** and **Loneliness** (plus more to be defined). Prioritizing Problematic Use for product work, investing in substantial understand/research work.

4. **Communications Opportunity:** Seize the opportunity for Facebook Inc. to lead the industry on well-being.

3

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00018011



# What We Know

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00018012

 **1** What we know

## What is well-being?

No standard definition of well-being.

We are focusing on **subjective well-being:** how a person evaluates their own life, including life satisfaction, positive and negative affect.

Well-being has multiple facets: supportive relationships, control/autonomy, learning, and more.

**1** What we know

## Overall impact of Facebook on well-being

Overall impact of Facebook on well-being is **negative but small.**

The science is still early, primarily US based, and relies on self report.

**We don't yet fully understand** reasons why Facebook may be net negative.

Primary areas that are good for well-being:

- **Active interactions** → Led to MSI.

- Feeling in **control** of tech use → Led to "Your Time on Facebook/ Instagram" tools.

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-00018014

 **What we know**

## Overall impact of Facebook/Instagram on well-being

**Youth**
- Overall net impact on well-being is negative but small (similar to adults).
- Moderate use of digital technology has benefits.
- Depends on the individual.
- Most vulnerable teens offline are most vulnerable teens online.

**Instagram**
- Limited understanding, though initial work suggests similar to FB - slightly net negative.
- IG teens worse than IG adults on general well-being, negative affect, loneliness, and depression.

7

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00018015

 **1** What we know

## What we need to learn more about

- What's driving net negative impact

- International effects

- Individual differences

- Expectation effects/effects of press

- Longitudinal and causal impact

- Comparative/competitive understanding

- Impact of positive aspects of platform

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL_RVOL003                    META3047MDL-003-00018016

 **1** What we know

## Current areas of focus

**Problematic Use:** Serious, negative impact on sleep, relationships, work, or lives, combined with lack of control over FB use.
Prevalence: 3.1% severe (US), 55% mild (global). More common for younger people.

**Social Comparison:** Evaluating yourself negatively to others whom you perceive as better off. Happens online and offline, though amplified on FB.
Prevalence: 5% chronic (global), 40% mild (global). More common in people under 30 and women.

**Loneliness:** Difference between quality of friendships person has and wants. People who are already feeling lonely turn to FB to feel better, and reducing FB use can improve loneliness.
Prevalence: 7% chronic (global), 36% mild (global). Higher in younger adults (age 18-24), veterans, and LGBTQ.

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL_RVOL003                    META3047MDL-003-00018017