# Exhibit 73



# NEGATIVE EXPERIENCES SURVEY — MAY 2019 EDITION

Shilpa Mody
shil@instagram.com

# GOALS

Get a current snapshot of peoples' perception of negative experiences on Instagram, and identify top problem areas. In particular, which negative experiences are perceived most commonly, and which are most intense?

# WHO WE ASKED

Between 05/02-05/06, we surveyed 30k Instagram users with an in-app survey.
- From the top 8 Instagram countries by DAP (US, BR, IN, ID, TR, RU, JP, GB).
- Using a stratified sample by country (i.e. we surveyed more people from countries with higher DAP).
- People in India and Indonesia not asked about misinformation, due to proximity of elections.

# WHAT'S A NEGATIVE EXPERIENCE?

We asked people about *seeing* or *experiencing* 14 different "negative experiences", which covered many of the areas that the Well-Being team is working on (e.g. bullying and harassment, nudity and sexual content, inauthentic engagement, misinformation).

The language we used in the questions *did not* map onto our classifiers or policies – we were aiming to measure subjectively bad experiences, whether or not they were policy-violating. For example, if someone feels that they were bullied, even if we wouldn't take down the content, we want to count that experience.

# WHAT WE DID

**Sentiment**
(before asking about negative experiences)

Satisfaction: Overall, how satisfied or dissatisfied are you with your Instagram experience?
Safety: How safe do you feel on Instagram?
Support: In your opinion, how much does Instagram support people when they have a problem on Instagram?

**Reach**
(each person asked about 5 out of 14 issues)

Reach: In the past 7 days, have you…

**Follow-up**
(for one issue they had experienced)

We'd like to hear more. Please think about your most recent experience seeing…
Intensity: How upsetting was it when this happened?
Surface: Where did you see…

3

# WHAT WE DID

**Sentiment**
(before asking about negative experiences)

Satisfaction: Overall, how satisfied or dissatisfied are you with your Instagram experience?
Safety: How safe do you feel on Instagram?
Support: In your opinion, how much does Instagram support people when they have a problem on Instagram?

**Reach**
(each person asked about 5 out of 14 issues)

Reach: In the past 7 days, have you…

**Follow-up**
(for one issue they had experienced)

We'd like to hear more. Please think about your most recent experience seeing…
Intensity: How upsetting was it when this happened?
Surface: Where did you see…

bullying_seeing
bullying_experiencing
compromise_experiencing
drugs
suspicious_account
firearms
hate
ie_experiencing
misinformation
nudity
spam_commercial
solicitation
ssi
violence

4



# PERCEIVED REACH

# PERCEIVED REACH

Overall, the perceived reach of negative experiences on Instagram is quite high. Over half of respondents reported seeing a suspicious account in the last week. Other problems with high perceived reach are seeing commercial spam, experiencing inauthentic engagement, and seeing misinformation.



In the past 7 days, have you…

Percent saying "yes" for SEEING (darker bars) or EXPERIENCING (lighter bars)

**suspicious_account** — 57% …seen any Instagram accounts that you feel were fake or suspicious?

**spam_commercial** — 44% …seen any advertising or sales on Instagram that seemed fake or suspicious, or that looked like spam?

**ie_experiencing** — 43% …received any comments, likes, follows, or messages on Instagram that seemed fake or suspicious, or that looked like spam?

**misinformation** — 33% …seen anything on Instagram that you feel was intended to spread false information?

**nudity** — 29% … seen any nudity or sexual content that you feel doesn't belong on Instagram?

**hate** — 28% … seen any hate speech or threats that you feel don't belong on Instagram?

**bullying_seeing** — 28% … seen someone else being harassed or bullied on Instagram?

**violence** — 23% … seen any violent content that you feel doesn't belong on Instagram?

**solicitation** — 18% …seen anyone on Instagram soliciting others for sexual activities?

**ssi** — 12% …seen anyone on Instagram who you were worried might hurt themselves or commit suicide, or who was encouraging others to hurt themselves or commit suicide?

**drugs** — 9% …seen anyone on Instagram offering to sell recreational or prescription drugs, or promoting the use of recreational or prescription drugs?

**bullying_experiencing** — 7% …been bullied or harassed on Instagram?

**compromise_experiencing** — 5% …has anyone accessed your Instagram account without your permission?

**firearms** — 3% …have you seen anyone on Instagram offering to sell guns?

Note that we couldn't survey people who aren't on Instagram anymore, e.g. if their account was compromised and not recovered

6

# PERCEIVED REACH: TEENS & ADULTS

Overall, teens have significantly more negative experiences than adults. Perceived reach was higher among teens than adults for 12 out of the 14 problem areas that we asked about.



Statistically significant difference:   * = p < .05
(z-tests with Bonferroni correction   ** = p < .01
for multiple comparisons)   *** = p < .001

7

# PERCEIVED REACH BY COUNTRY

Suspicious accounts and commercial spam have high perceived reach in each of the countries we surveyed. The Top 3 problems are rounded out by inauthentic engagement in GB, IN, JP, RU, & US; misinformation in BR; nudity in TR, and hate in ID.



Highlighted = Top 3 issues by perceived reach

| | BR | GB | ID | IN | JP | RU | TR | US |
|---|---|---|---|---|---|---|---|---|
| suspicious_account | 50% | 59% | 53% | 52% | 36% | 54% | 68% | 67% |
| spam_commercial | 35% | 49% | 51% | 37% | 39% | 53% | 47% | 47% |
| ie_experiencing | 31% | 49% | 36% | 33% | 38% | 44% | 36% | 57% |
| misinformation | 37% | 31% | | | 16% | 30% | 40% | 33% |
| nudity | 21% | 23% | 33% | 32% | 11% | 26% | 51% | 27% |
| hate | 29% | 23% | 49% | 25% | 6% | 22% | 39% | 25% |
| bullying_seeing | 23% | 28% | 49% | 25% | 8% | 16% | 35% | 28% |
| violence | 17% | 18% | 39% | 25% | 9% | 16% | 43% | 19% |
| solicitation | 13% | 20% | 17% | 26% | 5% | 5% | 20% | 23% |
| ssi | 14% | 11% | 14% | 11% | 4% | 6% | 16% | 12% |
| drugs | 5% | 9% | 23% | 7% | 1% | 5% | 11% | 10% |
| bullying_experiencing | 6% | 6% | 10% | 9% | 1% | 4% | 9% | 6% |
| compromise_experiencing | 3% | 3% | 10% | 7% | 2% | 3% | 7% | 4% |
| firearms | 2% | 2% | 4% | 4% | 0% | 2% | 5% | 4% |



# INTENSITY

# INTENSITY

Seeing SSI content and seeing someone get bullied or harassed top the list in terms of intensity: more than half of people who've encountered these problems rate them as Very Bad Experiences. Experiencing bullying and having your account compromised are also particularly intense experiences.



How bad did this experience make you feel?

Percent rating as a Very Bad Experience
(in top 2 intensity buckets: "Very bad" or "Pretty bad")
For SEEING (darker bars) or EXPERIENCING (lighter bars)

| | |
|---|---|
| ssi | 57% |
| bullying_seeing | 57% |
| bullying_experiencing | 48% |
| compromise_experiencing | 47% |
| violence | 46% |
| hate | 46% |
| solicitation | 45% |
| firearms | 45% |
| nudity | 42% |
| drugs | 34% |
| misinformation | 31% |
| spam_commercial | 28% |
| suspicious_account | 24% |
| ie_experiencing | 20% |

10

# INTENSITY: TEENS & ADULTS

For most negative experiences, teens and adults reported similar levels of intensity. However, teens reported that their most recent experiences seeing hate speech, misinformation, and spam were *less* upsetting than adults.



Statistically significant difference:    * = p < .05
(z-tests with Bonferroni correction    ** = p < .01
for multiple comparisons)    *** = p < .001

11

# INTENSITY BY COUNTRY

When we split out the results by country, there's significant variability in which issues people rate as most intense. However, seeing someone being bullied or harassed is in the Top 3 for every country.

Highlighted = Top 3 issues by intensity
Empty cells had < 10 responses



| | BR | GB | ID | IN | JP | RU | TR | US |
|---|---|---|---|---|---|---|---|---|
| ssi | 67% | 59% | 39% | 55% | | 44% | 67% | 61% |
| bullying_seeing | 68% | 65% | 57% | 51% | 50% | 45% | 77% | 46% |
| bullying_experiencing | 58% | 54% | 47% | 40% | | 29% | 81% | 38% |
| compromise_experiencing | 54% | | 49% | 34% | 50% | | 60% | 42% |
| violence | 45% | 43% | 39% | 45% | 65% | 47% | 56% | 48% |
| hate | 53% | 55% | 40% | 43% | 33% | 42% | 57% | 45% |
| solicitation | 44% | 20% | 51% | 50% | 73% | 40% | 66% | 38% |
| firearms | 75% | | 42% | 16% | | | 48% | 52% |
| nudity | 26% | 29% | 47% | 45% | 40% | 43% | 59% | 36% |
| drugs | 29% | 22% | 46% | 28% | | 44% | 49% | 22% |
| misinformation | 30% | 19% | | | 47% | 28% | 50% | 26% |
| spam_commercial | 22% | 22% | 37% | 31% | 29% | 34% | 49% | 19% |
| suspicious_account | 24% | 15% | | | 30% | 27% | 40% | 20% |
| ie_experiencing | 21% | 13% | 20% | 28% | 28% | 21% | 41% | 14% |

12



# REACH X INTENSITY

# PERCEIVED REACH X INTENSITY

When we plot intensity and perceived reach together, most negative experiences fall roughly along a line – more intense experiences have lower reach, while less intense experiences have higher reach.

However, there are a few outliers: SSI and seeing someone being bullied or harassed are particularly problematic, with high reach for how intense they are. Seeing drug sales and receiving inauthentic engagement are less problematic than other experiences.



14

# PERCEIVED REACH X INTENSITY

We can also combine reach and intensity into a single score by multiplying the percent of people who've had the problem and the percent of people who rate it as a Very Bad Experience. Seeing bullying, suspicious accounts, and hate speech generate the largest number of Very Bad Experiences.



Perceived reach of Very Bad Experiences

(Percent experiencing each problem) x
(Percent rating it in top 2 intensity buckets)
For SEEING (darker bars) or EXPERIENCING (lighter bars)

Note that we couldn't survey people who aren't on Instagram anymore, e.g. if their account was compromised and not recovered

15



# SURFACE

# PERCEIVED REACH: SURFACE BREAKDOWN

The most common surface for 9 out of 14 negative experiences is Explore. In addition, people most commonly encounter suspicious accounts when they're followed by them, see spam in Feed, see drug sales in Stories, and experience bullying and solicitation in Direct.



Where did you see…

* We didn't ask this surface follow-up for experiencing a compromised account or inauthentic engagement

17

# TOPLINE PERCEIVED REACH BY SURFACE

Combining the surface and overall reach data, we can see that negative experiences on Explore and pages found through Search are quite variable, with no problem standing out as most common. In contrast, the most common negative experience in Feed and Stories is clearly spam, while suspicious accounts and solicitation are common problems via DM.



| | Explore | Search | Hashtag page | Feed | Story | Comment | DM | Other |
|---|---|---|---|---|---|---|---|---|
| suspicious_account | 5.2% | 3.7% | 2.6% | 2.9% | 1.8% | 3.1% | 12.5% | 5.2% |
| spam_commercial | 6.2% | 4.8% | 2.8% | 14% | 8.5% | 1.8% | 4% | 2.3% |
| misinformation | 9.1% | 4.3% | 2.6% | 6.1% | 4.4% | 1.1% | 2.5% | 2.5% |
| nudity | 6.8% | 5.2% | 3.1% | 4.4% | 3% | 0.5% | 3.4% | 2.3% |
| hate | 8% | 6.6% | 2.3% | 3.4% | 2.7% | 1.2% | 1% | 3.3% |
| bullying_seeing | 7.1% | 5.9% | 2.1% | 3.5% | 3.3% | 1.3% | 1.6% | 3.1% |
| violence | 7.9% | 4.3% | 2.2% | 3.1% | 2.6% | 0.6% | 1% | 1.6% |
| solicitation | 2.5% | 3.1% | 0.8% | 1.4% | 1.8% | 0.7% | 5.7% | 1.9% |
| ssi | 2.6% | 1.8% | 0.8% | 1.8% | 2.5% | 0.2% | 0.7% | 1.2% |
| drugs | 2.2% | 1.4% | 0.8% | 1.1% | 2.4% | 0.5% | 0.3% | 0.7% |
| bullying_experiencing | 0.4% | 0.6% | 0.3% | 0.3% | 0.8% | 0.9% | 2.7% | 0.8% |
| firearms | 0.9% | 0.4% | 0.4% | 0.2% | 0.7% | 0.1% | 0.2% | 0.3% |

\* We didn't ask this surface follow-up for experiencing a compromised account or inauthentic engagement

18

# INTENSITY BY SURFACE

When we split out the intensity data by surface, there's significant variability in which issues people most commonly rate as Very Bad Experiences. However, seeing SSI content and seeing someone being bullied or harassed are in the Top 3 for most surfaces.

Highlighted = Top 3 issues by intensity
Empty cells had < 10 responses



| | Explore | Search | Hashtag page | Feed | Story | Comment | DM | Other |
|---|---|---|---|---|---|---|---|---|
| ssi | 66% | 46% | 59% | 70% | 53% | | 69% | 56% |
| bullying_seeing | 61% | 57% | 56% | 70% | 58% | 49% | 51% | 54% |
| bullying_experiencing | 69% | 44% | 36% | 40% | 48% | 32% | 52% | 40% |
| violence | 49% | 44% | 51% | 49% | 45% | 57% | 38% | 55% |
| hate | 48% | 47% | 55% | 49% | 41% | 50% | 41% | 49% |
| solicitation | 47% | 47% | 48% | 56% | 51% | 42% | 42% | 42% |
| firearms | 52% | 55% | 27% | | 62% | | | |
| nudity | 44% | 40% | 45% | 31% | 57% | 45% | 43% | 44% |
| drugs | 35% | 37% | 33% | 27% | 29% | 26% | 60% | 40% |
| misinformation | 32% | 42% | 29% | 32% | 31% | 27% | 32% | 34% |
| spam_commercial | 28% | 32% | 34% | 29% | 29% | 30% | 23% | 32% |
| suspicious_account | 25% | 28% | 28% | 29% | 34% | 30% | 23% | 32% |

* We didn't ask this surface follow-up for experiencing a compromised account or inauthentic engagement

19

# TL;DR

**1** **Perceived reach:** Overall, the perceived reach of negative experiences on Instagram is quite high. Over one-third of survey respondents said they'd encountered suspicious accounts, commercial spam, inauthentic engagement, and misinformation in the last week.

**2** **Intensity:** More than half of people who've seen SSI content or someone being bullied rated it as a Very Bad Experience. Experiencing bullying and having your account compromised are also particularly intense.

**3** **Putting them together:** In general, more intense experiences have lower reach, while less intense experiences have higher reach. Seeing bullying, suspicious accounts, and hate speech generate the largest number of Very Bad Experiences.

**4** **Surface:** The most common surface for 9 out of 14 negative experiences is Explore. In addition, people most commonly encounter suspicious accounts when they're followed by them, see spam in Feed, see drug sales in Stories, and experience bullying and solicitation in Direct.



21