# Exhibit 79



Parent Sentiment Priorities & Efforts to Align

| | Consumers | Policy Elites |
|---|---|---|
| **Audience** | GenPop > Parents > Parents of Teens > Parents of Teens 13-14 | Policy Elites > Parents |
| **Remit** | Meta > xFOA (IG, Facebook, Messenger, RL) | Meta only |
| **Research Teams** | MI, MDS, UXR | DSS |
| **Internal Stakeholders** | Product, PMM | Comms, Policy, Public Affairs |
| **Problem to be solved** | Brand/Product: Parent Gatekeeping is #1 reason early teens do not join IG. Parents do not think that IG is appropriate/safe for their children. | |
| **Hypothesis** | Brand/Product: Improving parent sentiment will help unblock new teens to join IG and also help improve overall brand sentiment | PA: Boost Policy Elite Sentiment |

| | | | |
|---|---|---|---|
| **Proposed Solutions** | Brand: Raise awareness of product efforts across youth well-being | Product: Provide tools to support parents | multi-pronged; often focused on product proof points, campaigns, cross-industry alliance, reactive messaging |
| **Measurement Plan** | Brand: parent sentiment tracker | Product: usage tracker | CSN broad measurement - inside MTS 2.0 YWB focus area: aligned with parent metric some marketing campaigns |
| **Goal** | Brand: Boost Consumer Trust | Product: Adoption | PA: Boost Policy Elite Sentiment |
| **End Goal** | Best days ahead | | |

# Considerations:

Unknown if improved parent sentiment correlates with more teens on the app

Improvement of parent sentiment alone will not solve for Teen PMF, but parent sentiment should not be ignored

Improvement of parent gatekeeping is only one piece of the overall Teen PMF problem to address

DSS is moving forward with the align-interest metric as THE parent sentiment metric

Goaling should not based on shifting in parent sentiment/gatekeeping (DSS - nuanced opportunity for growth)

**Questions:**

Who is IG's target audience? Early teens? All teens? (Teens are not a monolith) What about RL? Facebook? Messenger?

What research is being leveraged for parent sentiment strategies? Which research?

How do parent values change by xFOA app? What is the same across xFOA? What is unique for each xFOA?

**Knowns:**

Public Affairs campaigns are not associated with Consumers, Products, Product Marketing

Parent sentiment tracking plan and strategies need to align across Meta, xFOA regardless of specific audiences - all parties should be pulling leveraging parent research, regardless of research team

**MI Notes:**

How does Product product adoption goal align with Brand consumer trust goal? Can it be merged together?

Review 2023 roadmaps to incorporate

| Taxonomies | MI/PMM | UXR | PA | DSS |
|---|---|---|---|---|
| | Best Days Ahead (?)<br>More Teens on App<br>Trust (?)<br>Appropriate<br>Believability<br>Safety<br>Privacy<br>Behavior | TBD | Best Days Ahead<br>Punitive Action (Regulatory)<br>Effective<br>Serious<br>Believable<br>Message Pull-Through | MTS 2.0 Emotional Health<br>YWB Aligned Interest<br>Serious<br>Effective<br>Appropriate |

| RACI | | | |
|------|------|------|------|
| **R** | **Responsible** | Assigned to complete the task or deliverable. | |
| **A** | **Accountable** | Has final decision-making authority and accountability for completion | |
| **C** | **Consulted** | An advisor, stakeholder or subject matter expert who is consulted before a decision or action is taken. | |
| **I** | **Informed** | Must be informed after a decision or action is taken. | |