# Exhibit 82

Marketing Insights & Analytics

# Youth + Well-Being Narrative

Problem space and past narrative work

February 17, 2022



Private and confidential. For internal use only

## Objectives for Today

1. Review and align on known problem space for teens and parents
2. Review narrative work to date and what we want to learn from the upcoming research



## Agenda

1)  Business context (5 mins)

2)  Problem space by audience (20 mins)

3)  Previous narrative work (10 mins)

4)  Discussion (20 mins)



Private and confidential. For internal use only

# Housekeeping Items

- Foundational well-being research has mainly focused on the teen audience so far. We have limited knowledge on parents and the news-informed consumer audience.



Private and confidential. For internal use only

# Youth + Well-Being Narrative Objective



Build and activate a consistent, emotionally-resonant narrative for Instagram's WB + Youth efforts that speaks to common questions and concerns and articulates a positive story that can be flexed to specific audiences (e.g. teens, parents, news-informed consumers)

The narrative will be used to inform all WB + Youth consumer outreach in 2022 and beyond (e.g. blogs, campaigns, marketing in-product)



Private and confidential. For internal use only

Marketing Insights & Analytics

# Business Context



Private and confidential. For internal use only

Business Context

## Instagram & Well-Being

- Our program goal is to protect and grow trust by helping teens feel safe, supported, and comfortable being themselves on Instagram.

- Respondents in previous studies voiced their desire to hear more from us on well-being topics: More than a third of respondents (13-24 year olds and parents of teens) in the US and UK expect social media companies to address mental wellness issues rising from their apps.

## Youth Platform

- Our mission is to enable safe, supportive and age-appropriate experiences on Meta products, with a particular focus on U18 and families.

- On Instagram, we are launching our first guardian supervision tools in mid-March to support parents & guardians as they guide and support their teens on IG

- But to date, we have limited data on how to speak to parents about our efforts in the well-being and safety space



Private and confidential. For internal use only

Marketing Insights & Analytics

Business Context

## Over the past few years, fewer Teen and Non-Teen respondents are saying that Instagram...

is an app that cares about its users (CAU)

- is a place to get support and encouragement
- is a place where they are comfortable being themselves







Source: SWAMP IG by teens

Private and confidential. For internal use only