# Exhibit 84



# 2019 MARKETING BUDGET

October 18, 2018

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00141446

# 3 KEY OBJECTIVES TO SUPPORT INSTAGRAM'S MISSION

Be teens' favorite place to share everyday moments and get closer to the people and things they love.

$127.3M Total ($89.8M Opex, $37.5M HA, +89% y/y)

| <u>Objective 1</u><br><br>Establish Instagram as the favorite place for teens to freely express themselves with friends | <u>Objective 2</u><br><br>Position new bets for success (IGTV, Shopping, Direct app) | <u>Objective 3</u><br><br>Reinforce that Instagram is the safest and kindest online platform |
|---|---|---|
| • **IG Stories** - Get teens to share more everyday moments (*KPI: Stories producer PR*)<br><br>• **IG Direct** - Get teens to message their friends more everyday (*KPI: Direct Sender PR*)<br><br>• **Northstar:** Strengthen IG's brand purpose with a focus on sharing, interests, and community while articulating what we stand for in the world (*KPI: define northstar metric and lift*) | • **IGTV** - Get teens to view more content on IGTV (*KPI: IGTV PR*)<br><br>• **Shopping** - Get early work women to adopt shopping experience on IG and in the new standalone app (*KPI: IG Shopping PR*)<br><br>• **Direct app** - Get teens to adopt the new standalone app as the preferred way to message their friends everyday (*KPI: Direct app PR*) | • **Well-being** - Get teens, parents, educators, and policy makers to believe Instagram is a safe and kind platform through well-being features and programs (*KPI: stat sig lift in 2 sentiments - safe place to express myself and encourages a kind community*) |
| **$83.0M (65% of total)**<br>$60M Opex; $23.0M HA | **$29.3M  (23% of total)**<br>$20.3M Opex; $9.0M HA | **$15.0M (12% of total)**<br>$9.5M Opex; $5.5M HA |

3

HIGHLY CONFIDENTIAL (COMPETITOR)