# Exhibit 88

# META3047MDL-020-00131974

Table of Contents

1  META3047MDL-020-00131974



∞ Meta

Transparency Center

Policies   Enforcement   Features   Oversight   Data

Facebook ∨

⬇ Download (CSV)

**Overview**

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home → Data → Community Standards Enforcement Report

# Community Standards Enforcement Report

We want Facebook and Instagram to be places where people have a voice. To create conditions where everyone feels comfortable expressing themselves, we must also protect their safety, privacy, dignity and authenticity. This is why we have the Facebook Community Standards and Instagram Community Guidelines, which define what is and is not allowed in our community.

## Q4 2021 report

We publish the Community Standards Enforcement Report on a quarterly basis to more effectively track our progress and demonstrate our continued commitment to making Facebook and Instagram safe and inclusive.

## What's new

In this February 2022 quarterly report, we share updated metrics for the reporting period from October to December 2021, detailing our progress in preventing and/or taking action against content that violates our policies.

## Facebook and Instagram policies

Facebook and Instagram share content policies. Content that is considered violating on Facebook is also considered violating on Instagram. Throughout this report, we link to our Community Standards, which include the most comprehensive descriptions of these policies.

As we improve our methodologies, measure violations in more languages or across new parts of Facebook and Instagram and update our policies, the way we define and measure enforcement may change. As a result, historical comparisons may be imperfect.

Review a report from independent academic experts on their findings and recommendations on our data transparency efforts.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00131974



**14**

Policies on Facebook

**12**

Policies on Instagram

**Read our Newsroom post about this report**

## Recent trends



Q4 2021

**0.03%**

**Prevalence on Adult Nudity and Sexual Activity**

Prevalence remained relatively consistent across Q3 2021 and Q4 2021.

Q4 2021

**227.8K**

**Restored content on Adult Nudity and Sexual Activity**

Restored content increased from 159.2K in Q3 2021 to 227.8K in Q4 2021 as we provided more transparency into removal decisions in the Account Status tool.

## Data by policy area

**VIOLENCE AND CRIMINAL BEHAVIOR**

Dangerous Organizations: Terrorism and Organized Hate

Regulated Goods: Drugs and Firearms

Violence and Incitement

**SAFETY**

Suicide and Self-Injury

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Bullying and Harassment

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00131975

**OBJECTIONABLE CONTENT**

Hate Speech

Violent and Graphic Content

Adult Nudity and Sexual Activity

**INTEGRITY AND AUTHENTICITY**

Fake Accounts

Spam

## Learn about our measurements

**DEEP DIVE**

Prevalence

Content actioned

Proactive rate

Appealed content

Restored content

Getting better at measurement

Corrections and adjustments

NEXT ⊕

## Adult Nudity and Sexual Activity

∞ Meta

Transparency Center

| POLICIES | ENFORCEMENT | FEATURES | OVERSIGHT | DATA | |
|---|---|---|---|---|---|
| Facebook Community Standards | Detecting violations | Our approach to elections | How to appeal to the Oversight Board | Community Standards Enforcement Report | Ad Library |
| Other policies | Taking action | Our approach to misinformation | Oversight Board cases | Intellectual Property | Crowdtangle |
| How Facebook improves | | Our approach to newsworthy content | Oversight Board recommendations | Government Requests for User Data | Facebook Open Research and Transparency |
| | | Our approach to ranking | Creating the Oversight Board | | |

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00131976

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Data Policy · Terms of Service · Cookies

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00131977



∞ Meta

Facebook ⌄

⤓ Download (CSV)

Overview

**Adult Nudity and Sexual Activity**

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home ⇢ Data ⇢ Community Standards Enforcement Report

# Adult Nudity and Sexual Activity

We restrict the display of adult nudity and sexual activity on Facebook and Instagram. We make some exceptions when it is clear the content is being shared in the context of a protest, for educational or medical reasons or a similar reason. On the other hand, we default to removing sexual imagery to prevent non-consensual or underage content from being shared.

This report does not include metrics related to our separate policy on the promotion of sexual assault, violence or exploitation.

Read the policy details ⊕

## Recent trends    ‹  ›



⬟                                          Q4 2021

### 0.03% ⤤
**Prevalence on Adult Nudity and Sexual Activity**

Prevalence remained relatively consistent across Q3 2021 and Q4 2021.

→

PREVALENCE

How prevalent were adult nudity and sexual



Facebook

Download (CSV)

Overview

**Adult Nudity and Sexual Activity**

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content



How we calculate it ⓘ    Read about this data ⊕

CONTENT ACTIONED

## How much adult nudity and sexual activity content did we take action on?



How we calculate it ⓘ    Read about this data ⊕

HIGHLY CONFIDENTIAL (COMPETITOR)



Transparency Center

Policies    Enforcement    Features    Oversight    Data

Facebook

Download (CSV)

Overview

**Adult Nudity and Sexual Activity**

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

PROACTIVE RATE

## Of the violating content we actioned for adult nudity and sexual activity, how much did we find before people reported it?



Found and flagged by us    Reported by users

**How we calculate it** ⓘ    **Read about this data** ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for adult nudity and sexual activity did people appeal?



HIGHLY CONFIDENTIAL (COMPETITOR)

Transparency Center



Policies    Enforcement    Features    Oversight    Data



How we calculate it ⓘ    Read about this data ⊕

RESTORED CONTENT

## How much actioned content for adult nudity and sexual activity was later restored?



How we calculate it ⓘ    Read about this data ⊕

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00131981

Facebook ⌄

Overview         |         Bullying and Harassment

Overview

**Adult Nudity and Sexual Activity**



∞ Meta

Transparency Center

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

| POLICIES | ENFORCEMENT | FEATURES | OVERSIGHT | DATA | |
|---|---|---|---|---|---|
| Facebook Community Standards | Detecting violations | Our approach to elections | How to appeal to the Oversight Board | Community Standards Enforcement Report | Ad Library |
| Other policies | Taking action | Our approach to misinformation | Oversight Board cases | Intellectual Property | Crowdtangle |
| How Facebook improves | | Our approach to newsworthy content | Oversight Board recommendations | Government Requests for User Data | Facebook Open Research and Transparency |
| | | Our approach to ranking | Creating the Oversight Board | Content Restrictions Based on Local Law | |
| | | | Oversight Board: Further asked questions | Internet Disruptions | |
| | | | Meta's Quarterly Updates on the Oversight Board | Widely Viewed Content Report | |

Data Policy  •  Terms of Service  •  Cookies

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00131982



∞ Meta

Transparency Center

Policies   Enforcement   Features   Oversight   Data

Facebook ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

**Bullying and Harassment**

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home  ⇢  Data  ⇢  Community Standards Enforcement Report

# Bullying and Harassment

We do not tolerate bullying and harassment on Facebook and Instagram. Because we recognize bullying can be especially harmful for minors, our policies provide heightened protections for them. We want to allow for open and vital discussion of people who are in the news or who have a large public audience, so we do permit more open or critical discourse towards public figures than private individuals.

Because bullying and harassment is highly personal by nature, using technology to proactively detect these behaviors can be more challenging than other types of violations. That's why we also rely on people to report this behavior to us so we can identify and remove it. When measuring prevalence in this area, the metric captures only bullying and harassment where a deeper understanding of context or meaning is not necessary to determine if it violates our policy. We continue to invest in our proactive detection technology to ensure we are tackling the problem and protecting our community.

Read the policy details

## Recent trends

                                                        Q4 2021

### 0.11% - 0.12% ⌄
**Prevalence on Bullying and Harassment**

Prevalence was 0.11% to 0.12% in Q4 2021, which marks a decrease from Q3 2021 due to refinements we made to our policies to identify this content.

→

                                                        Q4 2021

### 799.4k ⌄
**Appealed content on Bullying and Harassment**

Appealed content decreased from 1 million in Q3 2021 to 799.4K in Q4 2021, following a proportionate decrease in content actioned.

→

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00131983

PREVALENCE

## How prevalent were bullying and harassment violations?



How we calculate it ⓘ     Read about this data ⊕

CONTENT ACTIONED

## How much bullying and harassment content did we take action on?



How we calculate it ⓘ     Read about this data ⊕

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00131984

PROACTIVE RATE

## Of the violating content we actioned for bullying and harassment, how much did we find before people reported it?



Found and flagged by us     Reported by users

How we calculate it ⓘ     Read about this data ⊙

---

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for bullying and harassment did people appeal?



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00131985



How we calculate it ⓘ     Read about this data ⊕

RESTORED CONTENT

How much actioned content for bullying and harassment was later restored?



Restored without appeal     Restored after appeal     Total

How we calculate it ⓘ     Read about this data ⊕

NOTE:

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00131986

instances and restore content when appropriate.

⊕ PREVIOUS

**Adult Nudity and Sexual Activity**

NEXT ⊕

**Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation**

∞ Meta

Transparency Center

| POLICIES | ENFORCEMENT | FEATURES | OVERSIGHT | DATA | |
|---|---|---|---|---|---|
| Facebook Community Standards | Detecting violations | Our approach to elections | How to appeal to the Oversight Board | Community Standards Enforcement Report | Ad Library |
| Other policies | Taking action | Our approach to misinformation | Oversight Board cases | Intellectual Property | Crowdtangle |
| How Facebook improves | | Our approach to newsworthy content | Oversight Board recommendations | Government Requests for User Data | Facebook Open Research and Transparency |
| | | Our approach to ranking | Creating the Oversight Board | Content Restrictions Based on Local Law | |
| | | | Oversight Board: Further asked questions | Internet Disruptions | |
| | | | Meta's Quarterly Updates on the Oversight Board | Widely Viewed Content Report | |

Data Policy • Terms of Service • Cookies

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00131987



∞ Meta

Facebook ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

**Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation**

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home ⇢ Data ⇢ Community Standards Enforcement Report

# Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

We do not allow content that endangers children, such as content that contains nudity or physical abuse or content that sexually exploits children on Facebook and Instagram. When we find this type of violating content, we remove it, regardless of the context or the person's motivation for sharing it. We may also disable the account of the person who shared it, unless it appears the intent was not malicious (for example, to spread awareness of child exploitation).

We report apparent child exploitation to the National Center for Missing and Exploited Children (NCMEC), a nonprofit that refers cases to law enforcement globally, in compliance with US law. We choose to remove content depicting non-sexualized child nudity to reduce the potential for abuse of the content by others.

Read the policy details ⊕

## Recent trends



Q4 2021

**19.8 million** ↘
**Content Actioned on Child Endangerment: Sexual Exploitation**

Content actioned for child sexual exploitation has remained relatively consistent from 21.2 million in Q3 2021 and 19.8 million in Q4 2021.

→

Q4 2021

**180.6K** ↗
**Restored Content on Child Endangerment: Sexual Exploitation**

Restored content increased significantly from 2.9K in Q3 2021 to 180.6K in Q4 2021. In Q4, we reviewed our media-matching technology for old, non-violating content that we restored.

→

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00131988

Transparency Center

Policies   Enforcement   Features   Oversight   Data

Facebook

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

**Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation**

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

PREVALENCE

## How prevalent were child endangerment violations?

We cannot estimate prevalence for child endangerment right now. We will continue to expand prevalence measurement to more areas as we confirm accuracy and meaningful data.

CONTENT ACTIONED

## How much child endangerment content did we take action on?



How we calculate it ⓘ     Read about this data ⊕

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00131989

Transparency Center

Policies   Enforcement   Features   Oversight   Data



people reported it?

Child Nudity and Physical Abuse ⌄

Found and flagged by us    Reported by users

How we calculate it ⓘ    Read about this data ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for child endangerment did people appeal?

### Sidebar navigation

Facebook ⌄

Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

**Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation**

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00131990



Transparency Center

Policies   Enforcement   Features   Oversight   Data

Facebook ▾

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

**Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation**

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content



⚏ Child Nudity and Sexual Exploitation    ⬡ Child Nudity and Physical Abuse    ⬟ Child Sexual Exploitation

How we calculate it ⓘ    Read about this data ⊕

RESTORED CONTENT

## How much actioned content for child endangerment was later restored?

Child Nudity and Physical Abuse ▾

⬚ Restored without appeal    ⬙ Restored after appeal    ▬ Total

How we calculate it ⓘ    Read about this data ⊕

NOTE:
Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00131991

Transparency Center

Policies   Enforcement   Features   Oversight   Data

Facebook ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

**Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation**

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content



Bullying and Harassment

Dangerous Organizations: Terrorism and Organized Hate

∞ Meta

Transparency Center

POLICIES

Facebook Community Standards

Other policies

How Facebook improves

ENFORCEMENT

Detecting violations

Taking action

FEATURES

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

OVERSIGHT

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

DATA

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy • Terms of Service • Cookies

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00131992



∞ Meta

Facebook ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

**Dangerous Organizations: Terrorism and Organized Hate**

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home ⇢ Data ⇢ Community Standards Enforcement Report

# Dangerous Organizations: Terrorism and Organized Hate

We do not allow organizations or individuals that proclaim a violent mission, or are engaging in violence, to have a presence on Facebook and Instagram. We do not allow content that praises, supports or represents individuals or groups engaging in terrorist activity or organized hate.

This report does not include data on other dangerous organizations prohibited from having a presence on Facebook and Instagram, including those engaging in mass or multiple murder, human trafficking or organized criminal activity. Learn more about our latest efforts enforcing our dangerous organizations policy.

Read the policy details ⊕

## Recent trends

 

 Q4 2021

### 1.6 million ⌇

**Content actioned on Dangerous Organizations and Individuals: Organized Hate**

Content actioned decreased from 2 million in Q3 2021 to 1.6 million in Q4 2021 as a continuation from the updates we made to our media matching technology in Q3 to improve the precision of our decisions.

→

 Q4 2021

### 7.7 million ⌇

**Content actioned on Dangerous Organizations and Individuals: Terrorism**

Content actioned decreased from 10.6 million pieces of content in Q3 2021 to 7.7 million in Q4 2021, returning back to pre-Q3 levels following an update to our media-matching technology that enabled us to take down more old content.

→

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00131993

Transparency Center

Policies    Enforcement    Features    Oversight    Data

Facebook ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

**Dangerous Organizations: Terrorism and Organized Hate**

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

PREVALENCE

## How prevalent were Dangerous Organizations violations?



### Terrorism

Views of violating content that contains terrorism are very infrequent, and we remove much of this content before people see it. As a result, many times we do not find enough violating samples to precisely estimate prevalence.

In Q4 2021, this was true for violations of our policies on terrorism, suicide and self-injury and regulated goods on Facebook and Instagram. In these cases, we can estimate an upper limit of how often someone would see content that violates these policies.

In Q4 2021, the upper limit was 0.05% for violations of our policy for terrorism on Facebook. This means that out of every 10,000 views of content on Facebook, we estimate no more than 5 of those views contained content that violated the policy.

### Organized Hate

We cannot estimate prevalence for organized hate right now. We will continue to expand prevalence measurement to more areas as we confirm accuracy and meaningful data.

CONTENT ACTIONED

## How much dangerous organizations content did we take action on?



Transparency Center

Policies    Enforcement    Features    Oversight    Data



Facebook ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

**Dangerous Organizations: Terrorism and Organized Hate**

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

PROACTIVE RATE

## Of the violating content we actioned for dangerous organizations, how much did we find before people reported it?

Terrorism ⌄

How we calculate it ⓘ    Read about this data ⊙

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for dangerous organizations did people appeal?

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00131995



Transparency Center

Facebook

Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

**Dangerous Organizations: Terrorism and Organized Hate**

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Policies    Enforcement    Features    Oversight    Data



☸ Terrorism    ⚑ Organized Hate

How we calculate it ⓘ    Read about this data ⊕

RESTORED CONTENT

## How much actioned content for dangerous organizations was later restored?

Terrorism ⌄



☸ Restored without appeal    ❋ Restored after appeal    ▬ Total

How we calculate it ⓘ    Read about this data ⊕

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00131996

Transparency Center

Policies  Enforcement  Features  Oversight  Data

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate.

Facebook ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

**Dangerous Organizations: Terrorism and Organized Hate**

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

⊙ PREVIOUS

# Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

NEXT ⊙

# Fake Accounts



∞ Meta

Transparency Center

| POLICIES | ENFORCEMENT | FEATURES | OVERSIGHT | DATA | |
|---|---|---|---|---|---|
| Facebook Community Standards | Detecting violations | Our approach to elections | How to appeal to the Oversight Board | Community Standards Enforcement Report | Ad Library |
| Other policies | Taking action | Our approach to misinformation | Oversight Board cases | Intellectual Property | Crowdtangle |
| How Facebook improves | | Our approach to newsworthy content | Oversight Board recommendations | Government Requests for User Data | Facebook Open Research and Transparency |
| | | Our approach to ranking | Creating the Oversight Board | Content Restrictions Based on Local Law | |
| | | | Oversight Board: Further asked questions | Internet Disruptions | |
| | | | Meta's Quarterly Updates on the Oversight Board | Widely Viewed Content Report | |

Data Policy · Terms of Service · Cookies

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00131997



Facebook ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

**Fake Accounts**

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home  ⇢  Data  ⇢  Community Standards Enforcement Report

# Fake Accounts

Our goal is to remove as many fake accounts on Facebook as we can. These include accounts created with malicious intent to violate our policies and personal profiles created to represent a business, organization or non-human entity, such as a pet.

We prioritize enforcement against fake accounts that seek to cause harm. Many of these accounts are used in spam campaigns and are financially motivated.

We expect the number of accounts we action to vary over time due to the unpredictable nature of adversarial account creation. Our detection technology helps us block millions of attempts to create fake accounts every day and detect millions more, often within minutes after creation. We do not include blocked attempts in the metrics we report here.

Read the policy details ⊕

## Recent trends                                                    ⧀ ⧁



Q4 2021

### 1.7 billion ⌄

**Accounts Actioned on Fake Accounts**

Accounts actioned decreased from 1.8 billion accounts in Q3 2021 to 1.7 billion in Q4 2021. Fluctuations in enforcement metrics for fake accounts are expected due to the highly adversarial nature of this space.

→

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00131998



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132001



Facebook

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

**Hate Speech**

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home ⟶ Data ⟶ Community Standards Enforcement Report

# Hate Speech

We do not allow hate speech on Facebook and Instagram. We define hate speech as violent or dehumanizing speech, statements of inferiority, calls for exclusion or segregation based on protected characteristics or slurs. These characteristics include race, ethnicity, national origin, religious affiliation, sexual orientation, caste, sex, gender, gender identity and serious disability or disease.

When the intent is clear, we may allow people to share someone else's hate speech content to raise awareness or discuss whether the speech is appropriate to use, to use slurs self-referentially in an effort to reclaim the term or for other similar reasons.

Read the policy details ⊕

## Recent trends                                    ‹ ›



Q4 2021

### 0.02% – 0.03%
**Prevalence on Hate Speech**

Prevalence remained relatively consistent across Q3 2021 and Q4 2021.

→



Q4 2021

### 17.4 million ⌄
**Content Actioned on Hate Speech**

Content actioned decreased from 22.3 million in Q3 2021 to 17.4 million in Q4 2021 due to a decrease in overall and violating comments.

→

PREVALENCE

## How prevalent were hate speech violations?

Transparency Center

Policies   Enforcement   Features   Oversight   Data



Facebook ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual
Activity

Bullying and Harassment

Child Endangerment: Nudity
and Physical Abuse and
Sexual Exploitation

Dangerous Organizations:
Terrorism and Organized Hate

Fake Accounts

**Hate Speech**

Regulated Goods: Drugs and
Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content



How we calculate it ⓘ     Read about this data ⊙

CONTENT ACTIONED

## How much hate speech content did we take action on?



How we calculate it ⓘ     Read about this data ⊙

HIGHLY CONFIDENTIAL (COMPETITOR)

Transparency Center

speech, how much did we find before people reported it?

Facebook

Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

**Hate Speech**

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content



⊞ Found and flagged by us     ⊛ Reported by users

How we calculate it  ⓘ     Read about this data  ⊙

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for hate speech did people appeal?



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132004

Transparency Center

Policies   Enforcement   Features   Oversight   Data

Facebook ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual
Activity

Bullying and Harassment

Child Endangerment: Nudity
and Physical Abuse and
Sexual Exploitation

Dangerous Organizations:
Terrorism and Organized Hate

Fake Accounts

**Hate Speech**

Regulated Goods: Drugs and
Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content



How we calculate it ⓘ     Read about this data ⊕

RESTORED CONTENT

# How much actioned content for hate speech was later restored?



| ▦ Restored without appeal | ◈ Restored after appeal | ▬ Total |

How we calculate it ⓘ     Read about this data ⊕

NOTE:

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option
to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these
instances and restore content when appropriate.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132005



META3047MDL-020-00132006



Home ⇢ Data ⇢ Community Standards Enforcement Report

# Regulated Goods: Drugs and Firearms

We do not allow private individuals, manufacturers or retailers to buy, sell or trade non-medical drugs, pharmaceutical drugs and marijuana on Facebook and Instagram. We also do not allow private individuals to buy, sell, give, exchange or transfer firearms, including firearm parts or ammunition. While drugs and firearms are regulated by different legal restrictions around the world, we enforce these standards consistently across Instagram due to the borderless nature of our community.

This report does not include data on other goods prohibited from being sold on Facebook or Instagram, including human organs, animals and their parts, or on our enforcement of our separate Commerce Policies or Advertising Policies.

Read the policy details

## Recent trends

⊙ ⊙



Q4 2021

**4 million** ⤢
**Content Actioned on Regulated Goods: Drugs**

Content actioned increased from 2.7 million in Q3 2021 to 4 million in Q4 2021 due to improvements made to our proactive detection technologies.



Q4 2021

**1.5 million** ⤢
**Content Actioned on Regulated Goods: Firearms**

Content actioned increased from 1.1 million in Q3 2021 to 1.5 million in Q4 2021 due to improved and expanded proactive detection technologies.

HIGHLY CONFIDENTIAL (COMPETITOR)



Transparency Center

Policies   Enforcement   Features   Oversight   Data

Facebook ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

**Regulated Goods: Drugs and Firearms**

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Views of violating content that contains regulated goods are very infrequent, and we remove much of this content before people see it. As a result, many times we do not find enough violating samples to precisely estimate prevalence.

In Q4 2021, this was true for violations of our policies on regulated goods, suicide and self-injury and terrorism on Facebook and Instagram. In these cases, we can estimate an upper limit of how often someone would see content that violates these policies.

In Q4 2021, the upper limit was 0.05% for violations of our policy for regulated goods on Facebook. This means that out of every 10,000 views of content on Facebook, we estimate no more than 5 of those views contained content that violated the policy.

CONTENT ACTIONED

## How much regulated good content did we take action on?



⬡ Drugs    ⚠ Firearms

How we calculate it ⓘ    Read about this data ⊕

PROACTIVE RATE

HIGHLY CONFIDENTIAL (COMPETITOR)



Transparency Center

Policies   Enforcement   Features   Oversight   Data

Facebook ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

**Regulated Goods: Drugs and Firearms**

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

reported it?

Drugs ⌄



⊞ Found and flagged by us       ⊛ Reported by users

How we calculate it ⓘ     Read about this data ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for regulated goods did people appeal?



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132009



Transparency Center

Facebook

Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

**Regulated Goods: Drugs and Firearms**

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content



Drugs    Firearms

How we calculate it ⓘ    Read about this data ⊕

RESTORED CONTENT

## How much actioned content for regulated goods was later restored?

Drugs ⌄



Restored without appeal    Restored after appeal    Total

How we calculate it ⓘ    Read about this data ⊕

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate.

META3047MDL-020-00132010

Transparency Center                                    Policies    Enforcement    Features    Oversight    Data

☆ Download (CSV)

∞ Meta

Overview

Adult Nudity and Sexual
Activity

Bullying and Harassment

Child Endangerment: Nudity
and Physical Abuse and
Sexual Exploitation

Dangerous Organizations:
Terrorism and Organized Hate

Fake Accounts

Hate Speech

**Regulated Goods: Drugs and
Firearms**

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content



Transparency Center

| POLICIES | ENFORCEMENT | FEATURES | OVERSIGHT | DATA | |
|---|---|---|---|---|---|
| Facebook Community Standards | Detecting violations | Our approach to elections | How to appeal to the Oversight Board | Community Standards Enforcement Report | Ad Library |
| Other policies | Taking action | Our approach to misinformation | Oversight Board cases | Intellectual Property | Crowdtangle |
| How Facebook improves | | Our approach to newsworthy content | Oversight Board recommendations | Government Requests for User Data | Facebook Open Research and Transparency |
| | | Our approach to ranking | Creating the Oversight Board | Content Restrictions Based on Local Law | |
| | | | Oversight Board: Further asked questions | Internet Disruptions | |
| | | | Meta's Quarterly Updates on the Oversight Board | Widely Viewed Content Report | |

Data Policy  •  Terms of Service  •  Cookies

HIGHLY CONFIDENTIAL (COMPETITOR)                                    META3047MDL-020-00132011



HIGHLY CONFIDENTIAL (COMPETITOR)

How prevalent were spam violations?



We cannot estimate this metric right now. We are working on new methods to measure the prevalence of spam on Facebook. Our existing methods for measuring prevalence, which rely on people to manually review samples of content, do not fully capture this type of highly adversarial violation, which includes deceptive behavior as well as content. Spammy behavior cannot always be detected by reviewing the content alone. We are working on ways to review and classify spammers' behavior to build a comprehensive picture.

CONTENT ACTIONED

## How much spam content did we take action on?



How we calculate it ⓘ    Read about this data ⊕

PROACTIVE RATE

## Of the violating content we actioned for spam, how much did we find before people reported it?



100%

HIGHLY CONFIDENTIAL (COMPETITOR)



⊞ Found and flagged by us    ◈ Reported by users

**How we calculate it** ⓘ    **Read about this data** ⊙

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for spam did people appeal?



**How we calculate it** ⓘ    **Read about this data** ⊙

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132014

RESTORED CONTENT

## How much actioned content for spam was later restored?



| Restored without appeal | Restored after appeal | Total |

How we calculate it ⓘ     Read about this data ⊕

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate.

⊙ PREVIOUS
## Regulated Goods: Drugs and Firearms

NEXT ⊙
## Suicide and Self-Injury

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132015

∞ Meta

Transparency Center

| POLICIES | ENFORCEMENT | FEATURES | OVERSIGHT | DATA | |
|---|---|---|---|---|---|
| Facebook Community Standards | Detecting violations | Our approach to elections | How to appeal to the Oversight Board | Community Standards Enforcement Report | Ad Library |
| Other policies | Taking action | Our approach to misinformation | Oversight Board cases | Intellectual Property | Crowdtangle |
| How Facebook improves | | Our approach to newsworthy content | Oversight Board recommendations | Government Requests for User Data | Facebook Open Research and Transparency |
| | | Our approach to ranking | Creating the Oversight Board | Content Restrictions Based on Local Law | |
| | | | Oversight Board: Further asked questions | Internet Disruptions | |
| | | | Meta's Quarterly Updates on the Oversight Board | Widely Viewed Content Report | |

Data Policy · Terms of Service · Cookies

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132016



Home · Data · Community Standards Enforcement Report

# Suicide and Self-Injury

We remove content that encourages suicide or self-injury on Facebook and Instagram. Self-injury is defined as the intentional and direct injuring of the body, including self-mutilation and eating disorders. We also remove content that identifies and negatively targets victims or survivors of self-injury or suicide.

We do allow people to discuss suicide and self-injury because we want Facebook and Instagram to be spaces where people can raise awareness about these issues and seek support.

Read the policy details ⊕

## Recent trends



Q4 2021

### 6.1 million ⤵
**Content Actioned on Suicide and Self-Injury**

Content actioned decreased from 8.5 million in Q3 2021 to 6.1 million in Q4 2021, continuing the return to pre-Q2 levels, when we resolved a technical issue which enabled us to remove old, violating content detected by our media-matching technology.

Q4 2021

### 95.3K ⤵
**Restored Content on Suicide and Self-Injury**

Restored content decreased from 162K in Q3 2021 to 95.3K in Q4 2021, following a period of elevated restores of non-violating, viral content in Q3.

PREVALENCE

## How prevalent were suicide and self-injury violations?

HIGHLY CONFIDENTIAL (COMPETITOR)

violations?



Views of violating content that contains suicide and self-injury are very infrequent, and we remove much of this content before people see it. As a result, many times we do not find enough violating samples to precisely estimate prevalence.

In Q4 2021, this was true for violations of our policies on suicide and self-injury, terrorism and regulated goods on Facebook and Instagram. In these cases, we can estimate an upper limit of how often someone would see content that violates these policies.

In Q4 2021, the upper limit was 0.05% for violations of our policy for suicide and self-injury on Facebook. This means that out of every 10,000 views of content on Facebook, we estimate no more than 5 of those views contained content that violated the policy.

CONTENT ACTIONED

## How much suicide and self-injury content did we take action on?



How we calculate it ⓘ    Read about this data ⊙

PROACTIVE RATE

## Of the violating content we actioned for suicide and self-injury, how much did we find before people reported it?

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132018



Found and flagged by us     Reported by users

**How we calculate it** ⓘ     **Read about this data** ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for suicide and self-injury did people appeal?



HIGHLY CONFIDENTIAL (COMPETITOR)



How we calculate it ⓘ    Read about this data ⊕

RESTORED CONTENT

## How much actioned content for suicide and self-injury was later restored?



| ⊠ Restored without appeal | ◈ Restored after appeal | ▬ Total |

How we calculate it ⓘ    Read about this data ⊕

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate.

⊙ PREVIOUS

## Spam

NEXT ⊙

## Violence and Incitement

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132020

∞ Meta

Transparency Center

**POLICIES**

Facebook
Community
Standards

Other policies

How Facebook
improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to
elections

Our approach to
misinformation

Our approach to
newsworthy content

Our approach to
ranking

**OVERSIGHT**

How to appeal to the
Oversight Board

Oversight Board
cases

Oversight Board
recommendations

Creating the
Oversight Board

Oversight Board:
Further asked
questions

Meta's Quarterly
Updates on the
Oversight Board

**DATA**

Community
Standards
Enforcement Report

Intellectual Property

Government
Requests for User
Data

Content Restrictions
Based on Local Law

Internet Disruptions

Widely Viewed
Content Report

Ad Library

Crowdtangle

Facebook Open
Research and
Transparency

Data Policy . Terms of Service . Cookies

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132021



∞ Meta

Facebook  ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

**Violence and Incitement**

Violent and Graphic Content

Home ⇢ Data ⇢ Community Standards Enforcement Report

# Violence and Incitement

We aim to prevent potential offline harm that may be related to content on Facebook. While we understand that people commonly edddxpress disdain or disagreement by threatening or calling for violence in non-serious ways, we remove language that incites or facilitates serious violence. We remove content, disable accounts and work with law enforcement when we believe there is a genuine risk of physical harm or direct threats to public safety. We also try to consider the language and context in order to distinguish casual statements from content that constitutes a credible threat to public or personal safety.

Read the policy details ⊕

## Recent trends                    ⟨ ⟩



Q4 2021

### 0.03% to 0.04% ↘
**Prevalence on Violence and Incitement**

Prevalence was 0.03% to 0.04% in Q4 2021, which marks a decrease from Q3 2021 due to a decrease in overall and violating comments.

→

PREVALENCE

## How prevalent were violence and incitement violations?



Transparency Center

Policies   Enforcement   Features   Oversight   Data

Facebook

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

**Violence and Incitement**

Violent and Graphic Content

How we calculate it ⓘ     Read about this data ⊙

CONTENT ACTIONED

How much violence and incitement content did we take action on?

How we calculate it ⓘ     Read about this data ⊙

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132023

Transparency Center

Policies  Enforcement  Features  Oversight  Data

and incitement content, how much did we find
before people reported it?



**Found and flagged by us**    **Reported by users**

How we calculate it ⓘ    Read about this data ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore
content we incorrectly removed or when circumstances change. Restores can happen
from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for violence
and incitement content did people appeal?



Transparency Center

Facebook

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

**Violence and Incitement**

Violent and Graphic Content



Policies    Enforcement    Features    Oversight    Data

How we calculate it ⓘ    Read about this data ⊕

RESTORED CONTENT

## How much actioned content for violence and incitement content was later restored?

⬛ Restored without appeal    ◈ Restored after appeal    ▬ Total

How we calculate it ⓘ    Read about this data ⊕

**NOTE:**
Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132025

Transparency Center                    Policies  Enforcement  Features  Oversight  Data

## Content

Facebook ▾

⬇ Download (CSV)



∞ Meta

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

**Violence and Incitement**

Violent and Graphic Content

Transparency Center

| POLICIES | ENFORCEMENT | FEATURES | OVERSIGHT | DATA | |
|---|---|---|---|---|---|
| Facebook Community Standards | Detecting violations | Our approach to elections | How to appeal to the Oversight Board | Community Standards Enforcement Report | Ad Library |
| Other policies | Taking action | Our approach to misinformation | Oversight Board cases | Intellectual Property | Crowdtangle |
| How Facebook improves | | Our approach to newsworthy content | Oversight Board recommendations | Government Requests for User Data | Facebook Open Research and Transparency |
| | | Our approach to ranking | Creating the Oversight Board | Content Restrictions Based on Local Law | |
| | | | Oversight Board: Further asked questions | Internet Disruptions | |
| | | | Meta's Quarterly Updates on the Oversight Board | Widely Viewed Content Report | |

Data Policy  •  Terms of Service  •  Cookies

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132026



∞ Meta

Facebook  ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

**Violent and Graphic Content**

Home  ·> Data  ·> Community Standards Enforcement Report

# Violent and Graphic Content

We remove content that glorifies violence or celebrates the suffering or humiliation of others on Facebook and Instagram. We do allow people to share some graphic content to raise awareness about current events and issues. In these cases, we may hide the content from people under 18 and cover it with a warning for those over 18, so people are aware it is graphic or violent before they choose to view it.

Read the policy details ⊕

## Recent trends                                    ⬅ ➡



Q4 2021

### 0.03% - 0.04% ⬂
**Prevalence on Violent and Graphic Content**

Prevalence remained relatively consistent across Q3 2021 and Q4 2021.

→



Q4 2021

### 6.2K ⬂
**Restored Content on Violent and Graphic Content**

Restored content decreased from 8.6K in Q3 2021 to 6.2K in Q4 2021 due to a decrease in restores without appeals on video content.

→

PREVALENCE

## How prevalent were violent and graphic content violations?

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132027

Transparency Center



Facebook

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

**Violent and Graphic Content**



How we calculate it ⓘ     Read about this data ⊕

CONTENT ACTIONED

## How much violent and graphic content did we take action on?



How we calculate it ⓘ     Read about this data ⊕

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132028



Facebook

Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

**Violent and Graphic Content**

and graphic content, how much did we find before people reported it?

Found and flagged by us    Reported by users

How we calculate it ⓘ    Read about this data ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for violent and graphic content did people appeal?

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132029



Facebook ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

**Violent and Graphic Content**



How we calculate it ⓘ    Read about this data ⊕

RESTORED CONTENT

## How much actioned content for violent and graphic content was later restored?



⬛ Restored without appeal    ◈ Restored after appeal    ▬ Total

How we calculate it ⓘ    Read about this data ⊕

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate.

HIGHLY CONFIDENTIAL (COMPETITOR)

Transparency Center

Policies    Enforcement    Features    Oversight    Data

Facebook

Download (CSV)

∞ Meta

Overview

Adult Nudity and Sexual
Activity

Transparency Center

Bullying and Harassment

| POLICIES | ENFORCEMENT | FEATURES | OVERSIGHT | DATA | |
|---|---|---|---|---|---|
| Facebook Community Standards | Detecting violations | Our approach to elections | How to appeal to the Oversight Board | Community Standards Enforcement Report | Ad Library |
| Other policies | Taking action | Our approach to misinformation | Oversight Board cases | Intellectual Property | Crowdtangle |
| How Facebook improves | | Our approach to newsworthy content | Oversight Board recommendations | Government Requests for User Data | Facebook Open Research and Transparency |
| | | Our approach to ranking | Creating the Oversight Board | Content Restrictions Based on Local Law | |
| | | | Oversight Board: Further asked questions | Internet Disruptions | |
| | | | Meta's Quarterly Updates on the Oversight Board | Widely Viewed Content Report | |

Child Endangerment: Nudity
and Physical Abuse and
Sexual Exploitation

Dangerous Organizations:
Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and
Firearms

Spam

Suicide and Self-Injury

Data Policy  •  Terms of Service  •  Cookies

Violence and Incitement

**Violent and Graphic Content**

META3047MDL-020-00132031



Instagram ⌄

⬇ Download (CSV)

Overview

**Adult Nudity and Sexual Activity**

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home ⇢ Data ⇢ Community Standards Enforcement Report

# Adult Nudity and Sexual Activity

We restrict the display of adult nudity and sexual activity on Facebook and Instagram. We make some exceptions when it is clear the content is being shared in the context of a protest, for educational or medical reasons or a similar reason. On the other hand, we default to removing sexual imagery to prevent non-consensual or underage content from being shared.

This report does not include metrics related to our separate policy on the promotion of sexual assault, violence or exploitation.

Read the policy details ⊕

## Recent trends
 

◉                    Q4 2021

**227.8K** ⬈
**Restored content on Adult Nudity and Sexual Activity**

Restored content increased from 159.2K in Q3 2021 to 227.8K in Q4 2021 as we provided more transparency into removal decisions in the Account Status tool.

→

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132032

Transparency Center

Policies   Enforcement   Features   Oversight   Data

Instagram ⌄

⬇ Download (CSV)

Overview

**Adult Nudity and Sexual Activity**

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content



CONTENT ACTIONED

How much adult nudity and sexual activity content did we take action on?

META3047MDL-020-00132033

Transparency Center

Policies    Enforcement    Features    Oversight    Data



Overview

**Adult Nudity and Sexual Activity**

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

PROACTIVE RATE

## Of the violating content we actioned for adult nudity and sexual activity, how much did we find before people reported it?



⊞ Found and flagged by us        ◈ Reported by users

**How we calculate it** ⓘ    **Read about this data** ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for adult nudity and sexual activity did people appeal?



HIGHLY CONFIDENTIAL (COMPETITOR)



Policies   Enforcement   Features   Oversight   Data

Overview

**Adult Nudity and Sexual Activity**

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content



**How we calculate it** ⓘ     **Read about this data** ⊕

RESTORED CONTENT

## How much actioned content for adult nudity and sexual activity was later restored?



☒ Restored without appeal     ◈ Restored after appeal     ▭ Total

**How we calculate it** ⓘ     **Read about this data** ⊕

NOTE:

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132035

Transparency Center

Policies   Enforcement   Features   Oversight   Data

Instagram ▼

⬇ Download (CSV)

PREVIOUS
Overview

NEXT
Bullying and Harassment

Overview

**Adult Nudity and Sexual Activity**

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content



∞ Meta

Transparency Center

| POLICIES | ENFORCEMENT | FEATURES | OVERSIGHT | DATA | |
|---|---|---|---|---|---|
| Facebook Community Standards | Detecting violations | Our approach to elections | How to appeal to the Oversight Board | Community Standards Enforcement Report | Ad Library |
| Other policies | Taking action | Our approach to misinformation | Oversight Board cases | Intellectual Property | Crowdtangle |
| How Facebook improves | | Our approach to newsworthy content | Oversight Board recommendations | Government Requests for User Data | Facebook Open Research and Transparency |
| | | Our approach to ranking | Creating the Oversight Board | Content Restrictions Based on Local Law | |
| | | | Oversight Board: Further asked questions | Internet Disruptions | |
| | | | Meta's Quarterly Updates on the Oversight Board | Widely Viewed Content Report | |

Data Policy · Terms of Service · Cookies

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132036



∞ Meta

Transparency Center

Policies   Enforcement   Features   Oversight   Data

Instagram ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

**Bullying and Harassment**

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home → Data → Community Standards Enforcement Report

# Bullying and Harassment

We do not tolerate bullying and harassment on Facebook and Instagram. Because we recognize bullying can be especially harmful for minors, our policies provide heightened protections for them. We want to allow for open and vital discussion of people who are in the news or who have a large public audience, so we do permit more open or critical discourse towards public figures than private individuals.

Because bullying and harassment is highly personal by nature, using technology to proactively detect these behaviors can be more challenging than other types of violations. That's why we also rely on people to report this behavior to us so we can identify and remove it. When measuring prevalence in this area, the metric captures only bullying and harassment where a deeper understanding of context or meaning is not necessary to determine if it violates our policy. We continue to invest in our proactive detection technology to ensure we are tackling the problem and protecting our community.

Read the policy details ⊕

## Recent trends

⊙ Q4 2021

### 0.05% -0.06%
**Prevalence on Bullying and Harassment**

Prevalence remained consistent across Q3 2021 and Q4 2021.

→

⊙ Q4 2021

### 182.1K ⬈
**Restored content on Bullying and Harassment**

Restored content increased from 91.5K in Q3 2021 to 182.1K in Q4 2021 as we provided more transparency into removal decisions in the Account Status tool.

→

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132037

PREVALENCE

## How prevalent were bullying and harassment violations?



How we calculate it ⓘ     Read about this data ⊕

CONTENT ACTIONED

## How much bullying and harassment content did we take action on?



How we calculate it ⓘ     Read about this data ⊕

HIGHLY CONFIDENTIAL (COMPETITOR)

PROACTIVE RATE

## Of the violating content we actioned for bullying and harassment, how much did we find before people reported it?



☒ Found and flagged by us    ⊛ Reported by users

**How we calculate it** ⓘ    **Read about this data** ⊘

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for bullying and harassment did people appeal?



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132039



How we calculate it ⓘ    Read about this data ⊕

RESTORED CONTENT

## How much actioned content for bullying and harassment was later restored?



⬛ Restored without appeal    ◈ Restored after appeal    ▬ Total

How we calculate it ⓘ    Read about this data ⊕

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these

HIGHLY CONFIDENTIAL (COMPETITOR)

instances and restore content when appropriate.

⊕ PREVIOUS

**Adult Nudity and Sexual Activity**

NEXT ⊕

**Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation**

∞ Meta

Transparency Center

| POLICIES | ENFORCEMENT | FEATURES | OVERSIGHT | DATA | |
|---|---|---|---|---|---|
| Facebook Community Standards | Detecting violations | Our approach to elections | How to appeal to the Oversight Board | Community Standards Enforcement Report | Ad Library |
| Other policies | Taking action | Our approach to misinformation | Oversight Board cases | Intellectual Property | Crowdtangle |
| How Facebook improves | | Our approach to newsworthy content | Oversight Board recommendations | Government Requests for User Data | Facebook Open Research and Transparency |
| | | Our approach to ranking | Creating the Oversight Board | Content Restrictions Based on Local Law | |
| | | | Oversight Board: Further asked questions | Internet Disruptions | |
| | | | Meta's Quarterly Updates on the Oversight Board | Widely Viewed Content Report | |

Data Policy ⋅ Terms of Service ⋅ Cookies

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132041



∞ Meta

Instagram ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

**Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation**

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home ⟶ Data ⟶ Community Standards Enforcement Report

# Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

We do not allow content that endangers children, such as content that contains nudity or physical abuse or content that sexually exploits children on Facebook and Instagram. When we find this type of violating content, we remove it, regardless of the context or the person's motivation for sharing it. We may also disable the account of the person who shared it, unless it appears the intent was not malicious (for example, to spread awareness of child exploitation).

We report apparent child exploitation to the National Center for Missing and Exploited Children (NCMEC), a nonprofit that refers cases to law enforcement globally, in compliance with US law. We choose to remove content depicting non-sexualized child nudity to reduce the potential for abuse of the content by others.

Read the policy details ⊕

## Recent trends

 

| | Q4 2021 |
|---|---|
| **983.4K** ⌁ | |

**Content Actioned on Child Endangerment: Nudity and Physical Abuse**

Content actioned increased significantly from 526.5K in Q3 2021 to 983.4K in Q4 2021. This is because we improved our proactive detection technology on videos, improving the accuracy of our enforcement actions.

→

| | Q4 2021 |
|---|---|
| **2.6 million** ⌁ | |

**Content Actioned on Child Endangerment: Sexual Exploitation**

Content actioned increased from 1.6 million in Q3 2021 to 2.6 million in Q4 2021 as we used our media-matching technology to identify old, violating content.

→

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132042

Transparency Center

Policies   Enforcement   Features   Oversight   Data

Instagram ▾

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

**Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation**

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

PREVALENCE

## How prevalent were child endangerment violations?

We cannot estimate prevalence for child endangerment right now. We will continue to expand prevalence measurement to more areas as we confirm accuracy and meaningful data.

CONTENT ACTIONED

## How much child endangerment content did we take action on?



How we calculate it ⓘ     Read about this data ⊕

META3047MDL-020-00132043



## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for child endangerment did people appeal?

HIGHLY CONFIDENTIAL (COMPETITOR)



Transparency Center

Policies   Enforcement   Features   Oversight   Data

Instagram

Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

**Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation**

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content



Child Nudity and Sexual Exploitation    Child Nudity and Physical Abuse    Child Sexual Exploitation

How we calculate it ⓘ    Read about this data ⊕

RESTORED CONTENT

How much actioned content for child endangerment was later restored?

Child Nudity and Physical Abuse ▾

Restored without appeal    Restored after appeal    Total

How we calculate it ⓘ    Read about this data ⊕

NOTE:

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate.

HIGHLY CONFIDENTIAL (COMPETITOR)

Transparency Center

Policies  Enforcement  Features  Oversight  Data

Bullying and Harassment

Dangerous Organizations: Terrorism and Organized Hate

Instagram ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

**Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation**

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content



∞ Meta

Transparency Center

| POLICIES | ENFORCEMENT | FEATURES | OVERSIGHT | DATA | |
|---|---|---|---|---|---|
| Facebook Community Standards | Detecting violations | Our approach to elections | How to appeal to the Oversight Board | Community Standards Enforcement Report | Ad Library |
| Other policies | Taking action | Our approach to misinformation | Oversight Board cases | Intellectual Property | Crowdtangle |
| How Facebook improves | | Our approach to newsworthy content | Oversight Board recommendations | Government Requests for User Data | Facebook Open Research and Transparency |
| | | Our approach to ranking | Creating the Oversight Board | Content Restrictions Based on Local Law | |
| | | | Oversight Board: Further asked questions | Internet Disruptions | |
| | | | Meta's Quarterly Updates on the Oversight Board | Widely Viewed Content Report | |

Data Policy · Terms of Service · Cookies

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132046

∞ Meta

Transparency Center

Policies    Enforcement    Features    Oversight    Data

☉ Instagram ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

**Dangerous Organizations: Terrorism and Organized Hate**

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home ⤳ Data ⤳ Community Standards Enforcement Report

# Dangerous Organizations: Terrorism and Organized Hate

We do not allow organizations or individuals that proclaim a violent mission, or are engaging in violence, to have a presence on Facebook and Instagram. We do not allow content that praises, supports or represents individuals or groups engaging in terrorist activity or organized hate.

This report does not include data on other dangerous organizations prohibited from having a presence on Facebook and Instagram, including those engaging in mass or multiple murder, human trafficking or organized criminal activity. Learn more about our latest efforts enforcing our dangerous organizations policy.

Read the policy details ⊕

## Recent trends                                             ⟨ ⟩



| ☉ | Q4 2021 |

**332K** ⬈

Content actioned on Dangerous Organizations and Individuals: Organized Hate

Content actioned increased from 306K in Q3 2021 to 332K in Q4 2021 due to updates made to our proactive detection technology we launched in early Q4 2021.

→

| ☉ | Q4 2021 |

**905.3K** ⬈

Content actioned on Dangerous Organizations and Individuals: Terrorism

Content actioned increased from 685.2K pieces of content in Q3 2021 to 905.3K in Q4 2021 due to improvements made to our proactive detection technologies.

→

HIGHLY CONFIDENTIAL (COMPETITOR)

PREVALENCE

## How prevalent were Dangerous Organizations violations?



### Terrorism

Views of violating content that contains terrorism are very infrequent, and we remove much of this content before people see it. As a result, many times we do not find enough violating samples to precisely estimate prevalence.

In Q4 2021, this was true for violations of our policies on terrorism, suicide and self-injury and regulated goods on Facebook and Instagram. In these cases, we can estimate an upper limit of how often someone would see content that violates these policies.

In Q4 2021, the upper limit was 0.06% for violations of our policy for terrorism on Instagram. This means that out of every 10,000 views of content on Instagram, we estimate no more than 6 of those views contained content that violated the policy.

### Organized Hate

We cannot estimate prevalence for organized hate right now. We will continue to expand prevalence measurement to more areas as we confirm accuracy and meaningful data.

CONTENT ACTIONED

## How much dangerous organizations content did we take action on?





How we calculate it ⓘ    Read about this data ⊕

PROACTIVE RATE

Of the violating content we actioned for
dangerous organizations, how much did we find
before people reported it?

Terrorism ⌄



▣ Found and flagged by us    ⊛ Reported by users

How we calculate it ⓘ    Read about this data ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore
content we incorrectly removed or when circumstances change. Restores can happen
from appeals or when we identify issues ourselves.

APPEALED CONTENT

How much of the content we actioned for
dangerous organizations did people appeal?



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132049



Terrorism    Organized Hate

How we calculate it ⓘ    Read about this data ⊕

RESTORED CONTENT

## How much actioned content for dangerous organizations was later restored?

Terrorism ⌄



Restored without appeal    Restored after appeal    Total

How we calculate it ⓘ    Read about this data ⊕

HIGHLY CONFIDENTIAL (COMPETITOR)

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate.

⊙ PREVIOUS

# Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

NEXT ⊙

# Fake Accounts

∞ Meta

Transparency Center

| POLICIES | ENFORCEMENT | FEATURES | OVERSIGHT | DATA | |
|---|---|---|---|---|---|
| Facebook Community Standards | Detecting violations | Our approach to elections | How to appeal to the Oversight Board | Community Standards Enforcement Report | Ad Library |
| Other policies | Taking action | Our approach to misinformation | Oversight Board cases | Intellectual Property | Crowdtangle |
| How Facebook improves | | Our approach to newsworthy content | Oversight Board recommendations | Government Requests for User Data | Facebook Open Research and Transparency |
| | | Our approach to ranking | Creating the Oversight Board | Content Restrictions Based on Local Law | |
| | | | Oversight Board: Further asked questions | Internet Disruptions | |
| | | | Meta's Quarterly Updates on the Oversight Board | Widely Viewed Content Report | |

Data Policy · Terms of Service · Cookies

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132051



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132052

Transparency Center

Policies   Enforcement   Features   Oversight   Data



Instagram

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

**Fake Accounts**

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

How we calculate it ⓘ     Read about this data ⊕

ACCOUNTS ACTIONED

How many fake accounts did we take action on?

**We cannot estimate this metric right now**
We will continue to expand the measurement to more areas as we confirm accuracy and meaningful data.

How we calculate it ⓘ     Read about this data ⊕

PROACTIVE RATE

Of the violating accounts we actioned, how many did we find before people reported them?

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132053



META3047MDL-020-00132054



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132055



∞ Meta

🔘 Instagram ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

**Hate Speech**

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home ⸱> Data ⸱> Community Standards Enforcement Report

# Hate Speech

We do not allow hate speech on Facebook and Instagram. We define hate speech as violent or dehumanizing speech, statements of inferiority, calls for exclusion or segregation based on protected characteristics or slurs. These characteristics include race, ethnicity, national origin, religious affiliation, sexual orientation, caste, sex, gender, gender identity and serious disability or disease.

When the intent is clear, we may allow people to share someone else's hate speech content to raise awareness or discuss whether the speech is appropriate to use, to use slurs self-referentially in an effort to reclaim the term or for other similar reasons.

Read the policy details ⊕

## Recent trends                                                          ‹  ›



🔘                                                            Q4 2021

### 0.02% – 0.03%
**Prevalence on Hate Speech**

Prevalence remained relatively consistent across Q3 2021 and Q4 2021.

→



🔘                                                            Q4 2021

### 63.6K 📈
**Restored Content on Hate Speech**

Restored content increased from 43.1K in Q3 2021 to 63.6K in Q4 2021 as we provided more transparency into removal decisions in the Account Status tool.

→

PREVALENCE

## How prevalent were hate speech violations?

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132056



Transparency Center

Policies   Enforcement   Features   Oversight   Data

Instagram

Download (CSV)

Overview

Adult Nudity and Sexual
Activity

Bullying and Harassment

Child Endangerment: Nudity
and Physical Abuse and
Sexual Exploitation

Dangerous Organizations:
Terrorism and Organized Hate

Fake Accounts

**Hate Speech**

Regulated Goods: Drugs and
Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content



How we calculate it ⓘ     Read about this data ⊕

CONTENT ACTIONED

How much hate speech content did we take action
on?

How we calculate it ⓘ     Read about this data ⊕

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132057



### Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

### How much of the content we actioned for hate speech did people appeal?

HIGHLY CONFIDENTIAL (COMPETITOR)

Transparency Center

Policies   Enforcement   Features   Oversight   Data



Instagram ▾

⬇ Download (CSV)

Overview

Adult Nudity and Sexual
Activity

Bullying and Harassment

Child Endangerment: Nudity
and Physical Abuse and
Sexual Exploitation

Dangerous Organizations:
Terrorism and Organized Hate

Fake Accounts

**Hate Speech**

Regulated Goods: Drugs and
Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content



How we calculate it ⓘ     Read about this data ⊕

RESTORED CONTENT

## How much actioned content for hate speech was later restored?



| ▦ Restored without appeal | ◈ Restored after appeal | ▬ Total |

How we calculate it ⓘ     Read about this data ⊕

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132059

Transparency Center

Policies   Enforcement   Features   Oversight   Data

and Firearms

🔘 Instagram ▾

⬇ Download (CSV)



∞ Meta

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

**Hate Speech**

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Transparency Center

| POLICIES | ENFORCEMENT | FEATURES | OVERSIGHT | DATA | |
|---|---|---|---|---|---|
| Facebook Community Standards | Detecting violations | Our approach to elections | How to appeal to the Oversight Board | Community Standards Enforcement Report | Ad Library |
| Other policies | Taking action | Our approach to misinformation | Oversight Board cases | Intellectual Property | Crowdtangle |
| How Facebook Improves | | Our approach to newsworthy content | Oversight Board recommendations | Government Requests for User Data | Facebook Open Research and Transparency |
| | | Our approach to ranking | Creating the Oversight Board | Content Restrictions Based on Local Law | |
| | | | Oversight Board: Further asked questions | Internet Disruptions | |
| | | | Meta's Quarterly Updates on the Oversight Board | Widely Viewed Content Report | |

Data Policy · Terms of Service · Cookies

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132060

∞ Meta

Transparency Center                    Policies   Enforcement   Features   Oversight   Data

Instagram ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual
Activity

Bullying and Harassment

Child Endangerment: Nudity
and Physical Abuse and
Sexual Exploitation

Dangerous Organizations:
Terrorism and Organized Hate

Fake Accounts

Hate Speech

**Regulated Goods: Drugs and
Firearms**

Spam

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home ⋯→ Data ⋯→ Community Standards Enforcement Report

# Regulated Goods: Drugs and Firearms

We do not allow private individuals, manufacturers or retailers to buy, sell or trade non-medical drugs, pharmaceutical drugs and marijuana on Facebook and Instagram. We also do not allow private individuals to buy, sell, give, exchange or transfer firearms, including firearm parts or ammunition. While drugs and firearms are regulated by different legal restrictions around the world, we enforce these standards consistently across Instagram due to the borderless nature of our community.

This report does not include data on other goods prohibited from being sold on Facebook or Instagram, including human organs, animals and their parts, or on our enforcement of our separate Commerce Policies or Advertising Policies.

Read the policy details ⊕

## Recent trends                                    ⊖  ⊕



| | Q4 2021 |
|---|---|
| **1.2 million** ⬂ | |
| Content Actioned on Regulated Goods: Drugs | |

Content actioned decreased from from 1.8 million in Q3 2021 to 1.2 million in Q4 2021 due to updates made to our proactive detection technologies.

→

| | Q4 2021 |
|---|---|
| **195K** ⬈ | |
| Content Actioned on Regulated Goods: Firearms | |

Content actioned increased from 154.4K in Q3 2021 to 195K in Q4 2021 due to improved and expanded proactive detection technologies.

→

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132061

PREVALENCE

## How prevalent were regulated goods violations?



Views of violating content that contains regulated goods are very infrequent, and we remove much of this content before people see it. As a result, many times we do not find enough violating samples to precisely estimate prevalence.

In Q4 2021, this was true for violations of our policies on regulated goods, suicide and self-injury and terrorism on Facebook and Instagram. In these cases, we can estimate an upper limit of how often someone would see content that violates these policies.

In Q4 2021, the upper limit was 0.05% for violations of our policy for regulated goods on Instagram. This means that out of every 10,000 views of content on Instagram, we estimate no more than 5 of those views contained content that violated the policy.

CONTENT ACTIONED

## How much regulated good content did we take action on?



Drugs    Firearms

**How we calculate it** ⓘ    **Read about this data** ⊕

PROACTIVE RATE

META3047MDL-020-00132062

Of the violating content we actioned for regulated goods, how much did we find before people reported it?

Drugs ⌄



■ Found and flagged by us    ❋ Reported by users

**How we calculate it** ⓘ    **Read about this data** ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for regulated goods did people appeal?



HIGHLY CONFIDENTIAL (COMPETITOR)



⬢ Drugs    ⚠ Firearms

**How we calculate it** ⓘ    **Read about this data** ⊕

RESTORED CONTENT

## How much actioned content for regulated goods was later restored?

Drugs ⌄



⬛ Restored without appeal    ⬢ Restored after appeal    ▬ Total

**How we calculate it** ⓘ    **Read about this data** ⊕

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132064

## ∞ Meta

Transparency Center

**POLICIES**

Facebook
Community
Standards

Other policies

How Facebook
improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to
elections

Our approach to
misinformation

Our approach to
newsworthy content

Our approach to
ranking

**OVERSIGHT**

How to appeal to the
Oversight Board

Oversight Board
cases

Oversight Board
recommendations

Creating the
Oversight Board

Oversight Board:
Further asked
questions

Meta's Quarterly
Updates on the
Oversight Board

**DATA**

Community
Standards
Enforcement Report

Intellectual Property

Government
Requests for User
Data

Content Restrictions
Based on Local Law

Internet Disruptions

Widely Viewed
Content Report

Ad Library

Crowdtangle

Facebook Open
Research and
Transparency

Data Policy  ·  Terms of Service  ·  Cookies

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132065

∞ Meta

Transparency Center

Policies   Enforcement   Features   Oversight   Data

Instagram ▾

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

**Spam**

Suicide and Self-Injury

Violence and Incitement

Violent and Graphic Content

Home  ·>  Data  ·>  Community Standards Enforcement Report

# Spam

We do not allow spam on Facebook. Spam is a broad term used to describe content that is designed to be shared in deceptive and annoying ways or attempts to mislead users to drive engagement. Spam spreads in a number of ways: It can be automated (published by bots or scripts) or coordinated (when an actor uses multiple accounts to spread deceptive content).

Spammers aim to build audiences to inflate their content's distribution and reach, typically for financial gain. The tactics spammers use, and our ability to detect them, drive the amount of content we take action on as well as our proactive rate.

Read the policy details ⊕

## Recent trends                    ⟨ ⟩

PREVALENCE

## How prevalent were spam violations?

We cannot estimate this metric right now. We are working on new methods to measure the prevalence of spam on Instagram. Our existing methods for measuring prevalence, which rely on people to manually review samples of content, do not fully capture this type of highly adversarial violation, which includes deceptive behavior as well as content. Spammy behavior cannot always be detected by reviewing the content alone. We are working on ways to review and classify spammers' behavior to build a comprehensive picture.

META3047MDL-020-00132066

CONTENT ACTIONED

## How much spam content did we take action on?

**We cannot estimate this metric right now**
We will continue to expand the measurement to more areas as
we confirm accuracy and meaningful data.

How we calculate it ⓘ     Read about this data ⊕

PROACTIVE RATE

## Of the violating content we actioned for spam, how much did we find before people reported it?

**We cannot estimate this metric right now**
We will continue to expand the measurement to more areas as
we confirm accuracy and meaningful data.

How we calculate it ⓘ     Read about this data ⊕

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132067

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for spam did people appeal?

**We cannot estimate this metric right now**

We will continue to expand the measurement to more areas as we confirm accuracy and meaningful data.

How we calculate it ⓘ     Read about this data ⊕

RESTORED CONTENT

## How much actioned content for spam was later restored?

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132068

**We cannot estimate this metric right now**

We will continue to expand the measurement to more areas as we confirm accuracy and meaningful data.

How we calculate it ⓘ     Read about this data ⊕

NOTE:

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate.

⊙ PREVIOUS

**Regulated Goods: Drugs and Firearms**

NEXT ⊙

**Suicide and Self-Injury**

∞ Meta

Transparency Center

| POLICIES | ENFORCEMENT | FEATURES | OVERSIGHT | DATA | |
|---|---|---|---|---|---|
| Facebook Community Standards | Detecting violations | Our approach to elections | How to appeal to the Oversight Board | Community Standards Enforcement Report | Ad Library |
| Other policies | Taking action | Our approach to misinformation | Oversight Board cases | Intellectual Property | Crowdtangle |
| How Facebook improves | | Our approach to newsworthy content | Oversight Board recommendations | Government Requests for User Data | Facebook Open Research and Transparency |
| | | Our approach to ranking | Creating the Oversight Board | Content Restrictions Based on Local Law | |
| | | | Oversight Board: Further asked questions | Internet Disruptions | |
| | | | Meta's Quarterly Updates on the | Widely Viewed Content Report | |

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132069

Oversight Board

Data Policy • Terms of Service • Cookies

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132070



∞ Meta

🔲 Instagram ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

**Suicide and Self-Injury**

Violence and Incitement

Violent and Graphic Content

Home  ·⟩  Data  ·⟩  Community Standards Enforcement Report

# Suicide and Self-Injury

We remove content that encourages suicide or self-injury on Facebook and Instagram. Self-injury is defined as the intentional and direct injuring of the body, including self-mutilation and eating disorders. We also remove content that identifies and negatively targets victims or survivors of self-injury or suicide.

We do allow people to discuss suicide and self-injury because we want Facebook and Instagram to be spaces where people can raise awareness about these issues and seek support.

Read the policy details ⊕

## Recent trends                                    ⊙ ⊙



🔲                                    Q4 2021

### 7.8 million ⬈
**Content Actioned on Suicide and Self-Injury**

Content actioned increased from 3.5 million to 7.8 million due to the expansion of our media-matching technology to identify and remove old, violating content.

→

🔲                                    Q4 2021

### 600 ⬊
**Restored Content on Suicide and Self-Injury**

Restored content decreased from 10.6K in Q3 2021 to 600 in Q4 2021, following a period of elevated restores of viral, non-violating content in Q3.

→

PREVALENCE

## How prevalent were suicide and self-injury violations?

Transparency Center

Policies    Enforcement    Features    Oversight    Data

[ ] Instagram  ⌄

⤓ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

**Suicide and Self-Injury**

Violence and Incitement

Violent and Graphic Content

Views of violating content that contains suicide and self-injury are very infrequent, and we remove much of this content before people see it. As a result, many times we do not find enough violating samples to precisely estimate prevalence.

In Q4 2021, this was true for violations of our policies on suicide and self-injury, terrorism and regulated goods on Facebook and Instagram. In these cases, we can estimate an upper limit of how often someone would see content that violates these policies.

In Q4 2021, the upper limit was 0.05% for violations of our policy for suicide and self-injury on Instagram. This means that out of every 10,000 views of content on Instagram, we estimate no more than 5 of those views contained content that violated the policy.

CONTENT ACTIONED

## How much suicide and self-injury content did we take action on?



How we calculate it ⓘ    Read about this data ⊕

PROACTIVE RATE

## Of the violating content we actioned for suicide and self-injury, how much did we find before people reported it?

META3047MDL-020-00132072

Transparency Center                     Policies   Enforcement   Features   Oversight   Data



Instagram ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual
Activity

Bullying and Harassment

Child Endangerment: Nudity
and Physical Abuse and
Sexual Exploitation

Dangerous Organizations:
Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and
Firearms

Spam

**Suicide and Self-Injury**

Violence and Incitement

Violent and Graphic Content



⊞ Found and flagged by us      ⊛ Reported by users

How we calculate it  ⓘ      Read about this data  ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

### How much of the content we actioned for suicide and self-injury did people appeal?



HIGHLY CONFIDENTIAL (COMPETITOR)                                        META3047MDL-020-00132073

Transparency Center

Policies    Enforcement    Features    Oversight    Data



Instagram ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

**Suicide and Self-Injury**

Violence and Incitement

Violent and Graphic Content

How we calculate it ⓘ    Read about this data ⊕

RESTORED CONTENT

## How much actioned content for suicide and self-injury was later restored?



▦ Restored without appeal    ◈ Restored after appeal    ▬ Total

How we calculate it ⓘ    Read about this data ⊕

NOTE:

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate.

⊙ PREVIOUS
Spam

NEXT ⊙
Violence and Incitement

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132074

Transparency Center                    Policies   Enforcement   Features   Oversight   Data



⊙ Instagram  ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

**Suicide and Self-Injury**

Violence and Incitement

Violent and Graphic Content

Transparency Center

| POLICIES | ENFORCEMENT | FEATURES | OVERSIGHT | DATA | |
|---|---|---|---|---|---|
| Facebook Community Standards | Detecting violations | Our approach to elections | How to appeal to the Oversight Board | Community Standards Enforcement Report | Ad Library |
| Other policies | Taking action | Our approach to misinformation | Oversight Board cases | Intellectual Property | Crowdtangle |
| How Facebook improves | | Our approach to newsworthy content | Oversight Board recommendations | Government Requests for User Data | Facebook Open Research and Transparency |
| | | Our approach to ranking | Creating the Oversight Board | Content Restrictions Based on Local Law | |
| | | | Oversight Board: Further asked questions | Internet Disruptions | |
| | | | Meta's Quarterly Updates on the Oversight Board | Widely Viewed Content Report | |

Data Policy ・ Terms of Service ・ Cookies

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132075



## ∞ Meta

Transparency Center

Policies   Enforcement   Features   Oversight   Data

🔲 Instagram  ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual
Activity

Bullying and Harassment

Child Endangerment: Nudity
and Physical Abuse and
Sexual Exploitation

Dangerous Organizations:
Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and
Firearms

Spam

Suicide and Self-Injury

**Violence and Incitement**

Violent and Graphic Content

Home  ⟶  Data  ⟶  Community Standards Enforcement Report

# Violence and Incitement

We aim to prevent potential offline harm that may be related to content on Facebook. While we understand that people commonly edddxpress disdain or disagreement by threatening or calling for violence in non-serious ways, we remove language that incites or facilitates serious violence. We remove content, disable accounts and work with law enforcement when we believe there is a genuine risk of physical harm or direct threats to public safety. We also try to consider the language and context in order to distinguish casual statements from content that constitutes a credible threat to public or personal safety.

Read the policy details ⊕

## Recent trends                                    ⟨ ⟩

| Q4 2021 | Q4 2021 |
|---|---|
| **0.01% to 0.02%** | **2.6 million** 〰 |
| Prevalence on Violence and Incitement | Content Actioned on Violence and Incitement |
| Prevalence remained relatively consistent across Q3 2021 and Q4 2021. | Content actioned decreased from 3.3 million in Q3 2021 to 2.6 million in Q4 2021 due to a decrease in overall and violating comments. |
| → | → |

PREVALENCE

## How prevalent were violence and incitement violations?

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132076





How we calculate it ⓘ     Read about this data ⦾

CONTENT ACTIONED

How much violence and incitement content did we take action on?



How we calculate it ⓘ     Read about this data ⦾

HIGHLY CONFIDENTIAL (COMPETITOR)

PROACTIVE RATE

## Of the violating content we actioned for violence and incitement content, how much did we find before people reported it?



☒ Found and flagged by us     ⊛ Reported by users

How we calculate it ⓘ     Read about this data ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for violence and incitement content did people appeal?



HIGHLY CONFIDENTIAL (COMPETITOR)



How we calculate it ⓘ     Read about this data ⊕

RESTORED CONTENT

## How much actioned content for violence and incitement content was later restored?



| Restored without appeal | Restored after appeal | Total |

How we calculate it ⓘ     Read about this data ⊕

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate.

HIGHLY CONFIDENTIAL (COMPETITOR)

◎ PREVIOUS

Suicide and Self-Injury

NEXT ⊙

Violent and Graphic
Content

∞ Meta

Transparency Center

**POLICIES**

Facebook
Community
Standards

Other policies

How Facebook
improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to
elections

Our approach to
misinformation

Our approach to
newsworthy content

Our approach to
ranking

**OVERSIGHT**

How to appeal to the
Oversight Board

Oversight Board
cases

Oversight Board
recommendations

Creating the
Oversight Board

Oversight Board:
Further asked
questions

Meta's Quarterly
Updates on the
Oversight Board

**DATA**

Community
Standards
Enforcement Report

Intellectual Property

Government
Requests for User
Data

Content Restrictions
Based on Local Law

Internet Disruptions

Widely Viewed
Content Report

Ad Library

Crowdtangle

Facebook Open
Research and
Transparency

Data Policy  •  Terms of Service  •  Cookies

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132080



∞ Meta

Transparency Center

Policies    Enforcement    Features    Oversight    Data

Instagram ⌄

⬇ Download (CSV)

Overview

Adult Nudity and Sexual Activity

Bullying and Harassment

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Dangerous Organizations: Terrorism and Organized Hate

Fake Accounts

Hate Speech

Regulated Goods: Drugs and Firearms

Spam

Suicide and Self-Injury

Violence and Incitement

**Violent and Graphic Content**

Home  ⇢  Data  ⇢  Community Standards Enforcement Report

# Violent and Graphic Content

We remove content that glorifies violence or celebrates the suffering or humiliation of others on Facebook and Instagram. We do allow people to share some graphic content to raise awareness about current events and issues. In these cases, we may hide the content from people under 18 and cover it with a warning for those over 18, so people are aware it is graphic or violent before they choose to view it.

Read the policy details ⊕

## Recent trends                                    ◁ ▷

| ⬡                                          Q4 2021 | ⬡                                          Q4 2021 |
|---|---|
| **5.5 million** ↘ | **2.5 million** ↗ |
| **Content Actioned on Violent and Graphic Content** | **Restored Content on Violent and Graphic Content** |
| Content actioned decreased from 10.7 million in Q3 2021 to 5.5 million in Q4 2021 following a period of elevated enforcement in Q3 on viral, violating content. | Restored content increased from 21.2K pieces of content in Q3 2021 to 2.5 million in Q4 2021 due to the automated restore of a viral, non-violating image. |
| → | → |

PREVALENCE

## How prevalent were violent and graphic content violations?

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132081



How we calculate it ⓘ     Read about this data ⊕

CONTENT ACTIONED

## How much violent and graphic content did we take action on?



How we calculate it ⓘ     Read about this data ⊕

HIGHLY CONFIDENTIAL (COMPETITOR)

PROACTIVE RATE

## Of the violating content we actioned for violent and graphic content, how much did we find before people reported it?



Found and flagged by us   Reported by users

How we calculate it ⓘ   Read about this data ⊕

## Correcting mistakes

People can appeal our decisions, unless there are extreme safety concerns. We restore content we incorrectly removed or when circumstances change. Restores can happen from appeals or when we identify issues ourselves.

APPEALED CONTENT

## How much of the content we actioned for violent and graphic content did people appeal?



HIGHLY CONFIDENTIAL (COMPETITOR)



How we calculate it ⓘ    Read about this data ⊙

RESTORED CONTENT

## How much actioned content for violent and graphic content was later restored?



Restored without appeal | Restored after appeal | Total

How we calculate it ⓘ    Read about this data ⊙

**NOTE:**

Due to a temporary reduction in our review capacity as a result of COVID-19, we could not always offer people the option to appeal. We still gave people the option to tell us they disagreed with our decision, which helped us review many of these instances and restore content when appropriate.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132084

◷ PREVIOUS

## Violence and Incitement

∞ Meta

Transparency Center

| POLICIES | ENFORCEMENT | FEATURES | OVERSIGHT | DATA | |
|---|---|---|---|---|---|
| Facebook Community Standards | Detecting violations | Our approach to elections | How to appeal to the Oversight Board | Community Standards Enforcement Report | Ad Library |
| Other policies | Taking action | Our approach to misinformation | Oversight Board cases | Intellectual Property | Crowdtangle |
| How Facebook improves | | Our approach to newsworthy content | Oversight Board recommendations | Government Requests for User Data | Facebook Open Research and Transparency |
| | | Our approach to ranking | Creating the Oversight Board | Content Restrictions Based on Local Law | |
| | | | Oversight Board: Further asked questions | Internet Disruptions | |
| | | | Meta's Quarterly Updates on the Oversight Board | Widely Viewed Content Report | |

Data Policy · Terms of Service · Cookies

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00132085