# Exhibit 90

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
                    -   -   -
IN RE:  SOCIAL MEDIA ADOLESCENT          :MDL NO.
ADDICTION/PERSONAL INJURY PRODUCTS       :4:22-MD-
LIABILITY LITIGATION                     :3047-YGR
                                         :

        SUPERIOR COURT OF THE STATE OF CALIFORNIA
            FOR THE COUNTY OF LOS ANGELES
                SPRING STREET COURTHOUSE
                    -   -   -
COORDINATION PROCEEDING SPECIAL TITLE   :
(RULE 3.400)                            :LEAD CASE
                                        :NO. FOR
SOCIAL MEDIA CASES                      :FILING
                                        :PURPOSES
                                        :22STCV21355
                                        :
                    -   -   -
   CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
       DEPOSITION UNDER VIDEO EXAMINATION OF
                  LOTTE RUBAEK
                  April 1, 2025
        Videotaped deposition of LOTTE RUBAEK taken pursuant to notice, was held at the law offices of Lieff Cabraser Heimann & Bernstein, 250 Hudson Street, New York, New York, beginning at 9:03 a.m. Eastern, on the above date, before Michelle L. Ridgway, a Registered Professional Reporter, Certified Court Reporter (NJ-CCR # XI02126), Certified Realtime Reporter, Certified Shorthand Reporter  (CA-CSR # 14592), and Notary Public.

Page 127

the topics we are talking about today, suicide and nonsuicidal self-injury.

BY MS. FLOWERS:

Q.      And these are impressions that you've -- sorry.  Strike that.

These are observations that you've gained from your own clinical practice; is that right?

MR. CHAPUT:  Object to the form.

THE WITNESS:  These are observations from my own clinical practice, and it is also based on research.

BY MS. FLOWERS:

Q.      Did there come a time when you resigned from the expert panel?

A.      Yes.  I resigned from the expert panel March -- so a year ago, March 2024.

Q.      What happened to lead you to resign from the expert advisory board?

A.      I had been -- I had been thinking about doing it almost all the time I was there, because I quickly realized that my expertise was not used in the expert group.

In a period, for a while, I also

CONFIDENTIAL

Page 128

stayed there to see how does this group work.  Do they ever follow up on anything that they present us with.

And -- but the thing that led to my resignation was that we had a new documentary in Denmark that was about children seeing harmful -- being exposed to harmful content, not only about suicide and nonsuicidal self-injury, but harmful content in general on social media.  It could also be a disfigured or misshapen persons.  It could be traffic -- deadly traffic accidents.  It could be rapes.  It could be suicide videos, and so on and so on.  Animal cruelty.  And I was also giving interviews to that documentary.

And when I was -- they insisted that a part of my title in the documentary should be not only my -- where I work and my profession but also that I was a member of the SSI expert group in Meta.

And then I realized that I couldn't represent Meta that way, because I couldn't -- I can't guarantee in any way that they are listening to the experts of that group.  That was not my impression.

So it just became obvious to me

CONFIDENTIAL

Page 129

that I couldn't -- I couldn't let the public think that Meta had an expert group that they were actually using.  So I didn't want to -- I couldn't see how I could give them this kind of credibility or legitimacy.

Q.      Was it Meta that insisted on you -- on --

A.      No, that was the production.

Q.      The documentary filmmaker's assistant?

A.      Yes, it was.

Q.      Thank you.

Over the course of the three-plus years that you served on the expert advisory board, did you see any of the changes that you had hoped to see in Meta's conduct over time?

MR. CHAPUT:  Object to form. Foundation.

THE WITNESS:  No, I didn't observe any changes.

BY MS. FLOWERS:

Q.      Did you see any improvements in the platform itself?

MR. CHAPUT:  Same objections.

CONFIDENTIAL

Page 130

THE WITNESS:  No, I didn't see any improvements.  My patient didn't report any improvements either.

BY MS. FLOWERS:

Q.    So you haven't seen any decline in mental health disorders in your patients --

A.    No.

Q.    -- over time?

A.    No.  I've only seen things getting worse, more extreme.

Q.    And since leaving the -- Meta's Global SSI Advisory Board, have you continued to be critical of Meta's platforms and the impact on kids?

A.    Yes, I have.

Q.    The documentary you just mentioned, has it -- has it aired yet?

A.    The documentary I just mentioned, yes, it's called "Home Alone on the Internet."

Q.    Was that in Danish as well?

A.    Yes, it is.

And it is also about how young people have these shocking experiences online and that they are not talking to their parents about them.  Yeah.