# Exhibit 93

# Deposition Transcript

Case Number: 230908060
Date: September 10, 2025

In the matter of:

# UTAH DIVISION OF CONSUMER PROTECTION v META PLATFORMS, INC., et al.

# Jeffrey Huang - 30(b)(6)

Reported by:
LaTia Ely



**CERTIFIED COPY**

Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

THIRD JUDICIAL DISTRICT COURT

SALT LAKE COUNTY, STATE OF UTAH


UTAH DIVISION OF CONSUMER        )
PROTECTION,                      )
                                 )
          Plaintiff,             ) Case No. 230908060
vs.                              ) Honorable Kent Holmberg
                                 )
META PLATFORMS, INC., and        )
INSTAGRAM, LLC,                  )
                                 )
          Defendants.            )
_____  )


REMOTE VIDEO DEPOSITION OF 30(b)(6) DEPONENT JEFFREY HUANG ,

commencing at 9:00 a.m. PST on Wednesday, September 10, 2025, before

LATIA ELY, Certified Shorthand Reporter #14200634-7801, in and for the

State of  Utah.

STENO

Concierge@Steno.com

(888)707-8366

Q.   I noticed as well, Exhibit 2, you said this was deprecated in January 2025, but your second to last bullet point or sub-bullet point here on the top of page, what is this, on the top of page 5, states, Camera effects still exist but are Meta only now since Spark was deprecated.

Were you referring to the January -- as January 2025 to the deprecation of Spark, or has things changed since this conversation with Shawn Simon?

A.   Yeah, so the specific thing that was deprecated was the Spark AR third-party ecosystem.  So developers outside of Meta could create camera effects that would get reviewed and then could end up in the product, and that was deprecated in January 2025.  In the product today you still can apply Meta-owned camera effects to photos and videos.

Q.   Are you aware what metric experiments' analysis was done on the Spark camera effects?

MR. CHAPUT:  Objection. Form. Foundation. Scope.

THE WITNESS:  I don't know exactly.

Q.   (By MS. PEREZ) Do you know what the metric goals were for the Spark camera effects?

MR. CHAPUT:  Objection. Form. Foundation. Scope.

THE WITNESS:  I don't know.

Q.   (By MS. PEREZ) Do you know, if there were any particular metrics that were --