# Exhibit 101



# Social Comparison Exploratory Research

Shruti Bhutada, Product Research
Wendy Gross, Marketing Insights



# Instagram is seen as having the highest impact, although TikTok and Snapchat aren't far behind

**BODY, APPEARANCE COMPARISON**

| None | Low | Medium | High |
|---|---|---|---|

- VSCO
- SNAPCHAT
- TIKTOK
- INSTAGRAM

## Dream, Not Reality

**VSCO**
- Unachievable
- Removed from reality

## F4 Layers

**Snapchat**
- Friends, but..
  - Fun
  - Filter
  - Face (vs. body)

## Shifting, Increased Usage, Talent to Aesthetic

**TikTok**
- Just like me
- Fun, joking, dancing
- Talent over aesthetic, but switching
- Popular influencers are thin/ attractive
- Spend 4+ hr/day

## Celebrity Standards of "Reality"

**Instagram**
- Forget it's a highlight, reel vs. real
- Product mechanics (addicting)
- Explore, discover, stalk (down the rabbit hole)
- Sport – 1 hour to edit image/caption, then monitor "likes"

28

# Apps' contributions to social comparison lie on two axes -- perceived reality and formality



High realism +
Low formality =
Medium comparison

High realism +
High formality =
High comparison

Low realism +
Low formality =
Low comparison

Low realism +
High formality =
Medium comparison

Perceived reality

Perceived formality

29

# On Instagram, Explore, Feed, and Stories contribute to social comparison but in different ways

