# Exhibit 102

**META3047MDL-032-00000933-META3047MDL-032-00000971**

# People who spend longer than 3 hours a day on Instagram have lower positive affect and lower overall life satisfaction. Those who spend longer than 1 hour on IG have higher negative WB.



*All survey measures use 5-point likert scale: 1 strongly disagree ~ 5 strongly agree*
*Different letter indicates significant difference across groups, when controlling for country, age, gender.*

33

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL-032-00000966