# Exhibit 105

**META3047MDL-294-00138688-META3047MDL-294-00138741**



Success statement overall is "People have the tools that they need and are empowered to control their time and experiences on our platforms"

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-294-00138700