# Exhibit 121

# May'21 Revenue Update

| | |
|---|---|
| **May Revenue Recap & Recent Trends** | **2** |
| **Q2 Outlook** | **2** |
| **Summary of Drivers of Variance to Ads Goal** | **3** |
| **Macro Trends** | **4** |
| **COVID Reopening Trends** | **6** |
| **Apple ATT Update** | **7** |
| **Active Advertisers (AA)** | **9** |
| **Engagement** | **10** |
| **Surface Updates** | **12** |

1

Relative to our H1 goals, Video TS has lagged the goal throughout H1, with the gap widening in recent months. Video TS ended May -25% below forecast in US/CA/WE and -14% in ROW.

Looking ahead, Video engagement will be a focus of our H2 goaling efforts, and we expect that the Video engagement outlook will be meaningfully written down from the recent LRP estimates.

**Teen and Young Adult Ad Load**

In an effort to address broad engagement declines on FB App generally, and win back sessions with younger populations specifically, FB App is reducing ad load for teens (ages 13-17) and young adults (18-24) in high-value countries (US, CA, and most of WE). These two cohorts demonstrate disproportionate engagement "hurt" (i.e., sessions loss) from ads vs. the no ads holdout: teens at -6.1% sessions loss and YA at -3.7%. Both figures are well above the global average of -1.7% and global guardrail of -2%.

The ad load reduction is app-wide and is being launched in waves: the Mobile Feed-specific change was launched the week of 6/7 (-80% ad load reduction for teens; -50% for young adults), and changes to Web Feed and non-Feed surfaces are expected by end of month. Advertiser impact is expected to be minimal and further optimization is expected in H2.

Long-term (i.e., over 18 months), we expect these ad load reductions to recover +3.2% sessions in the teens cohort and +1.2% sessions in the YA cohort (in aggregate, this translates to +0.05% global sessions), and the FB Inc. post-budget revenue impact is estimated to reach as high as -1%. In the near-term in H1, the FB Inc post-budget revenue impact is estimated at -0.2%.

11

HIGHLY CONFIDENTIAL (COMPETITOR)