# Exhibit 141

# CIPGO Identity Integrity Pillar 2021-H1 Roadmap

**TL;DR of plans for H1 2021**

In H1 2021 we will:

1. **Increase agility** by consolidating our Private Impersonation and High Profile Impersonation detection and response systems into a reusable system (including atomizing FB PI measurement), migrating our Page Publisher Authorization (PPA) product to a platformized architecture, and set the groundwork to migrate all our manual ID review capacity to an autonomous pool (IDV as a Service).
2. **Build efficiency** and decrease our ID verification backlog from ~500k to <6k jobs through automation (both auto-reject and auto-accept).
3. **Hold the line on PI/HPI prevalence** while mitigating impersonation risk ahead of SOAP launch. **Increase coverage of high risk inauthenticity products** (Broad Distribution initially) from 0.3% to 3% of global VPVs.
4. **Hold the line on ID verification E2E accuracy** at 80% and <3% prevalence of fake IDs in automated decisions. Make progress in fully migrating our accuracy measurement to GTM, reaching Operational status.
5. Continue to **drive Legitimacy** of our systems by:
   a. **Prove out the value of authenticity** where identity checks are deployed to achieve distinct goals, measuring the impact of authenticity on hypothesised harms/benefits.
   b. **Increase our investment on Underage,** making sure that our reporting systems meet regulatory expectations as well as gain credibility.
   c. **Progress on privacy-respecting alternative verification methods** including Selfie standalone (to be shipped in Novi, IG Access and Dating), Open ID Connect and NFC.

**Priority trade-offs (expand to all problems at the pillar level):**

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Legend:** | Top priority | High priority | Medium priority | Low priority |

| | A | B | C | D |
|---|---|---|---|---|
| 1 | **Problem** | **Prevalence** | **Accuracy** | **Cost/Efficiency** |
| 2 | **High Profile Impersonation** | **High Pri:** Hold the line on current surfaces but invest in mitigations for new surfaces (cross-app, | **Med pri:** Validate GTM metrics and expand coverage to 80% | **Top Pri:** 50% of time towards consolidating ou systems into a single re-useable system which ca |

META3047MDL-065-00258000

| 5 | DE | 6 | - | - |
|---|---|---|---|---|
| 6 | Other: design, content, business development, TPM, PPM, Product Growth, SME | 10 | - | - |
| 7 | *Total:* | 92 | 95 | 106 |

## Open Questions / Topics for Discussion

**Question 1/** There were a few questions about the flows and backlogs for IDV and Underage. Below is comprehensive view of these flows. They are owned by different teams and mitigated in different ways. **TO RATIFY**: **Are you happy with our goals?**

| Description | Review Type | Size | Goal | Mitigation | Reason for backlog |
|---|---|---|---|---|---|
| All jobs that are only ID review. This includes Underage appeals | ID only | ~200k | <6k late inventory | IDR War Room | Retrospective on Wednesday, we'll report back |
| Review of the account photos to determine if user is <13 years old, and if so, user is check pointed | Account only | ~780k | Review jobs by 7days/ 48hours [TBC] by June | [ HYPERLINK "https://www.internalfb.com/tasks/?t=76089081" \h ] | Minimum investment in u13 in previous quarters |
| User aiming to change their age within and across the 18 year old threshold (not including U13) | Account only | TBC; need to be investigated | TBC | TBC; investigating inconsistency of ID use in protocols | Minimum investment in u13 in previous quarters |
| Various review flows | ID + Account | ~51k | No goal | No mitigations at this stage | |

**Question 2/** Sounds like the Underage Taskforce may potentially drive big changes to the H1 roadmap, do we know will we drop in case it becomes a significant investment in H1?

There are 2 types of requests coming from the Age Verification Task Force:

    a. Incremental product changes- these have been incorporated into our roadmaps for H1 already. Besides product work, there will be increased ops needs here. Examples of these changes include adding in app 3rd

META3047MDL-065-00258026