# Exhibit 152

# Social Aspirations of 8-15 Year Olds

 **trends**

## Facebook Safety Summit
David Kleeman, SVP Global Trends, Dubit

Confidential - Dubit

CONFIDENTIAL

META3047MDL-014-00138351

# Got Smartphone?

By age nine over half of kids own their own smartphone, when a decrease in parental control over app purchases begin.



Confidential - Dubit

META3047MDL-014-00138353

# Why "Screen Time" Is Meaningless

## What kids with their own smartphone do on a smartphone



Source: Dubit Trends. AQ4.3.  Thinking about what you do [sub-text: your child does] on a smartphone, please select all that apply
(Base: US Wave 6 Have their own smartphone 209 9-10 years olds 186 11-12 year olds 177 13-14 year olds weighted)

Confidential - Dubit

CONFIDENTIAL

META3047MDL-014-00138354

# Why "Screen Time" Is Meaningless

## What else kids with their own smartphone do - weekly

**Legend:** ▨ 9-10    ■ 11-12    ▨ 13-14

### Transaction/search
- Amazon: 80%, 79%, 74%
- Google: 91%, 92%, 91%

### Social component games
- Clash of Clans: 73%, 64%, 67%
- Minecraft: 78%, 79%, 67%

### Games networks*
- Playstation Network: 75%, 70%, 68%
- Xbox Live: 71%, 68%, 68%

### Video/music platforms
- Spotify: 70%, 68%, 75%
- Netflix: 88%, 86%, 89%
- YouTube: 90%, 93%, 91%

*\* Not using games networks on the device but have their own smartphone and a subscription to either PSN or Xbox Live*

Source: Dubit Trends. EEQ3. Which of the following digital products use?
(Base: US Wave 6 Have their own smartphone 157 9-10 years olds 181 11-12 year olds 187 13-14 year olds weighted)

Confidential - Dubit



CONFIDENTIAL

META3047MDL-014-00138355

# Social-ization I



A product marketed for under 13s will have less appeal to over 13s. Current legislation appears to have created two distinct audiences.

Social media usage jumps at 13/14, as access barriers are removed, suggesting that many <13 still have restricted access to social media, despite desire for it. Many digital activities (e.g., gaming, messaging) increase dramatically around 13, suggesting increased autonomy.

Confidential - Dubit



META3047MDL-014-00138356

# Social-ization 2 (Sherbert Research)



| | | | |
|---|---|---|---|
| **AWARENESS OF SOCIAL MEDIA** STARTS AT AROUND 7 AND MANY ASPIRE TO HAVE ACCOUNTS FROM AROUND 9 | FOR THOSE THAT WANT **MOST PARENTS 'GIVE IN' AT AROUND 10/11** | **FOR GIRLS** IT'S A WAY TO **CONTINUE THEIR DAILY CONVERSATION** WITH ALL THEIR FRIENDS | **FOR BOYS** IT'S OFTEN MORE ABOUT **KEEPING 'IN THE KNOW'** WHEN IT COMES TO GAMING AND OBSERVING WHAT THE GIRLS ARE TALKING ABOUT |







I'm too young, but I'm not sure why.

It's about getting noticed.

Great for chat, but can be overwhelming.

The everyday me.

Personal and aspirational.

Sherbert Research, 2015

Confidential - Dubit

CONFIDENTIAL                                     META3047MDL-014-00138357