# Exhibit 153

# Teens

- The situation
- What we are doing
- How should we do this + Discussion

HIGHLY CONFIDENTIAL (COMPETITOR)     META3047MDL_RVOL003     META3047MDL-003-00171899

# FB Blue time spent is growing slowly, but we are losing share



US Teen time spent stagnated in 2014, falling below that of adults. It grew in 2015 thanks to video and reshares.

**We don't have clean data on the current youngest teen cohorts, but we have qualitative data that suggests that FB engagement might be worse for them.**

HIGHLY CONFIDENTIAL (COMPETITOR)

# Live (US iPhone, since Dec 2015)

- Across all age groups:
  - 1 in 6 videos shared in the US via iPhone is now created via Live (~300k daily broadcasts, ~20% increase in video sharing)
  - ~30% weekly Live production retention 1-month out
- Significantly higher usage in younger cohorts
  - 1-month-out weekly retention closer to ~40-50%
  - 1.9% *daily* Live production participation in Early High School, 0.85% in Late High School (vs. 0.04% in Late Work)
  - Some pockets even higher, e.g. 6% daily Live production participation in Early High School New York
- Caveats: very early data (product only out for ~2 months), too early to tell if this behavior will be sustained (vs. be a passing fad)