# Exhibit 156

# Changing Default Birthday Age (Android)

## Motivation:

There is an issue that some people use the default birthday that appears in the birthday selector when creating an FB account. This pollutes our data and makes it very difficult for us to target users by their stated age accurately, since it is likely to be incorrect.

There are models being worked on to correctly identify a user's age (Lifestage / Age Affinity) despite using the default birthday, but much of the identification relies on user activity and friendship data. For new users with little to no activity, we are unable to assign an age so we only have the user's stated age to work with in our experiments.

Currently, on FB4A, the default birthday puts the user at 18, so it is difficult for us to target our testing GKs for teens, as many users end up being labeled as a teen, when in reality we have no idea what their age actually is.

The goal is to improve accuracy in all our tests by ensuring we only include teens who have explicitly stated their age.

## Experiment Info:



Before



**What's Your Birthday?**

Your birthday can be hidden from your friends. Learn More.

| | | |
|---|---|---|
| Feb | 27 | 1991 |
| Mar | 28 | 1992 |
| Apr | 29 | 1993 |

Next



~~with pre-fill age currently.~~
Pre-fill birthday available on all platforms now.

After

We adjusted the default birthday age in the registration flow for new users on FB4A from **18 to 25.**

This is currently rolled out to **10%** of all new users in fb4a from **v120+**

GK: **fb4a_reg_default_age_25**

## Impact on Age Affinity:

The impact on the Age Affinity model is estimated to be trivial. Test models have been run in the past, sampling out defaulted birthday users and showed no noticeable difference.

*~~Related Note: Currently, only iOS and Android have a default birthday, while www and mtouch/msite surfaces are experimenting~~*

## Results:

Impact on all metrics neutral (good!): https://fburl.com/rj0v7qqj
New Account State Core Reg Instance: https://fburl.com/oalq39ik
Registration Reg Instance: https://fburl.com/9s5czqsz
Registration errors - https://fburl.com/iiwh2nkd

## WAP@14 % using Prefill Birthday

| | Group | Total WAP@14 | Default Birthday | Not Default | E |
|---|---|---|---|---|---|
| 1 | control | 61165 | 5048 | 56117 | 0.08253 |
| 2 | test | 61669 | 5467 | 56202 | 0.08865 |

Test: 8.8%
Control: 8.2%
https://fburl.com/xemi26n5

Before: **39.7%** of new registration are labeled teen
After: **23.5 %** of new registration are labeled teen

Query: https://fburl.com/y2or94bz

| | Group | Regs | Teen Regs | % Teen Reg | E |
|---|---|---|---|---|---|
| 1 | test | 15948 | 3750 | 23.51% | |

HIGHLY CONFIDENTIAL (COMPETITOR)

| | | 15776 | 6262 | 39.69% | |
|---|---|---|---|---|---|
| 2 | control | | | | |
| 3 | | | | | |

https://fburl.com/7fmde7me
Account Created Age buckets from 5/01 - 6/25

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | total | 13-17 | 18 | 18-20 | 20-25 | 25 | 25-35 | 35-65 |
| 2 | control | 825,625 | 129,138 | 146,401 | 63,965 | 102,373 | 19,754 | 156,647 | 158,056 |
| 3 | test | 827,525 | 114,064 | 50,242 | 55,675 | 100,139 | 125,171 | 172,462 | 160,084 |
| 4 | | | 15.64% | 17.73% | 7.75% | 12.40% | 2.39% | 18.97% | 19.14% |
| 5 | | | 13.78% | 6.07% | 6.73% | 12.10% | 15.13% | 20.84% | 19.34% |
| 6 | | | -1.86% | -11.66% | | | | | |
| 7 | | | | 627.77% | | | | | |

## Prefill Rate (created accounts)

https://fburl.com/uhfuaofn
% Using Default Age from 5/01 - 6/25

| | A | total reg | default 18 | default 25 | % Default | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | control | 873240 | 69943 | 1935 | 8.01% | | | | |
| 2 | test | 875463 | 7595 | 70981 | 8.11% | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |

## Next Steps:

Getting sign-off for potential issues like Policy, then launching to 100%.
Pushing to get the same change for all platforms.
Contact Support

# Conversation History

**Quipbot#10** left the thread *Aug 22 at 12:30 pm*

---

**Quipbot#10** *Aug 22 at 12:25 pm*

========IMPORTANT========

This Quip file has been copied to Google Workspace (https://docs.google.com/document...) as part of the Quip2Google migration efforts. Quip is moving to **Read-Only**. Please work in the new Google file moving forward.

**Learn more**

https://fb.workplace.com/groups...

**Questions?**

Visit the Quip2Google Migration Feedback Group (https://fb.workplace.com/groups...).

**Note**

New edits in this Quip file will NOT be automatically synced to Google Workspace.