# Exhibit 157

**CONFIDENTIAL — PROTECTED BY CONFIDENTIALITY AGREEMENT**

**META PLATFORMS, INC.'S RESPONSES TO THE CIVIL INVESTIGATIVE DEMAND DATED APRIL 10, 2023**

Meta Platforms, Inc. ("Meta") hereby responds to the Civil Investigative Demand received from the Office of the Attorney General of the State of Illinois ("Attorney General") on April 10, 2023. Meta's responses are subject to the responses and objections served on May 22, 2023, which are incorporated by reference.

## RESPONSES TO INTERROGATORIES

### INTERROGATORY NO. 1

Identify All Person(s) (other than attorneys) answering and/or assisting in answering this CID on Your behalf. As to each Identified Person(s), Identify by number the request for which said Person(s) furnished information.

#### RESPONSE TO INTERROGATORY NO. 1

Pursuant to the May 16 Schedule, Meta will respond to this Interrogatory on August 11, 2023.

### INTERROGATORY NO. 2

Explain Your policies and practices following the receipt of information indicating, directly or indirectly, that a User is under the age of thirteen (13). As a part of responding to this Demand, indicate when and how, if at all, Your policies and practices changed over time.

#### RESPONSE TO INTERROGATORY NO. 2

Meta hereby incorporates its May 30, 2023 response to this Interrogatory.

### INTERROGATORY NO. 3

Explain Your policies and practices following the receipt of information indicating, directly or indirectly, that a User maintained an account when they were under the age of thirteen

1

**CONFIDENTIAL — PROTECTED BY CONFIDENTIALITY AGREEMENT**

### INTERROGATORY NO. 6

Describe Your data collection and retention policies and practices Concerning Users who identify themselves as under age thirteen (13). As a part of responding to this CID, indicate when and how, if at all, Your policies and practices changed over time.

#### RESPONSE TO INTERROGATORY NO. 6

Meta hereby incorporates its May 30, 2023 response to this Interrogatory.

### INTERROGATORY NO. 7

Describe Your data collection and retention policies and practices Concerning Users who previously identified themselves as under age thirteen (13). As a part of responding to this Demand, indicate when and how, if at all, Your policies and practices changed over time.

#### RESPONSE TO INTERROGATORY NO. 7

Meta hereby incorporates its May 30, 2023 response to this Interrogatory.

### INTERROGATORY NO. 8

Explain when and how You first started collecting age, date of birth, or other indicia of age during Account Setup.

#### RESPONSE TO INTERROGATORY NO. 8

Meta hereby incorporates its May 30, 2023 response to this Interrogatory.

### INTERROGATORY NO. 9

Describe and explain the following:

a.      How many Legacy Accounts in the United States existed when You first started collecting age, date of birth, or other indicia of age during Account creation.

b.      When, if at all, You began collecting age, date of birth, or other indicia of age for Legacy Accounts.

3

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    META3047MDL-012-00000038

**CONFIDENTIAL — PROTECTED BY CONFIDENTIALITY AGREEMENT**

c.      How You prompted Legacy Account Users to disclose their age, date of birth, or other indicia of age.

d.      Why You started collecting age, date of birth, or other indicia of age Concerning Legacy Accounts.

e.      Your policy (including, but not limited to, data collection and data retention policies) if a Legacy Account's Account Setup indicated a user was under 13 years old when they originally created the account.

f.      If and when You completed Your collection of age, date of birth, or other indicia of age for Legacy Accounts.

### RESPONSE TO INTERROGATORY NO. 9

In December 2019, Meta began requiring all individuals creating an Instagram account to provide their date of birth as part of the account registration process. Meta is unable to determine the number of Legacy Users who did not have a date of birth associated with their account at the time this process rolled out in December 2019. However, according to the earliest available data, as of May 2021, there were approximately 70 million users in the United States who did not have a date of birth associated with their Instagram Account.

Instagram rolled out a mandatory age collection flow to existing Instagram users who did not have an age associated with their account ("US Legacy Accounts") between May 2, 2022 and June 10, 2022.[1] This meant that when an existing user with no birthday on their account accessed their Instagram account, they were presented with the "add your own birthday" blocking screen shown below (Figure 1) and could not move past that screen without entering their birthday.[2]

---

[1] Meta prompted users to voluntarily add a date of birth to their Instagram account beginning earlier in 2022.
[2] For a period of a few weeks after the launch of the mandatory age collection flow, the add birthday checkpoint screen language had to be shortened because the text was not all appearing on smaller device screens. The full language started being shown again on June 2, 2022 after the team added scrolling capability.

HIGHLY CONFIDENTIAL (COMPETITOR)                                    META3047MDL-012-00000039