# Exhibit 163

# Youth Landscape
## and opportunities for IG

### July 2021

**CONSUMER PRODUCT STRATEGY & INSIGHTS**

fburl.com/cpsi



CONFIDENTIAL - F A C E B O O K  Internal Use Only

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-00016725

# Youth device primacy correlates with age, tablets being the primary device at an early age and later replaced by mobile



**Ownership of Devices by Kids Across Age Groups, US Only**
(% of Children Interviewed[1])

1. **Tablet is the primary** device for **kids 6-9**, but the usage and ownership **decreases as kids age up**

2. All other devices increase in ownership, especially **mobile** devices, growing rapidly to become the **dominant primary device by ages 13-14**

3. **However,** the survey is US centric and countries such as **India may have less tablets** and thus may **leapfrog to mobile directly**

*Source: Consumer Product Strategy Analysis, Dubit Report 2018*
*Note: Confidential, Internal Use Only; Data used does not define a particular market and named companies do not signify a complete list of participants in any market. 1 Parents were directly interviewed*

FACEBOOK|CPSI

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL_RVOL003                    META3047MDL-003-00016733

# Content genre preference also evolves with age bands, with Humor as a primary genre initially while others are being explored



Preferred Entertainment Genres by Kids Across Age Groups, US Only

- **Humor** is a **primary** genre **since early ages** and **plateaus** around **pre-tween** to tween years

- Most **other content categories grow in consumption over time**, signifying kids starting to **venture** out and **explore variety over time**

*Source: Consumer Product Strategy Analysis, Dubit Report 2018*
*Note: Confidential, Internal Use Only; Data used does not define a particular market and named companies do not signify a complete list of participants in any market. 1 Parents were directly interviewed*

10

FACEBOOK|CPSI

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL_RVOL003                    META3047MDL-003-00016734

# 2/ Youth Needs
## Framework

FACEBOOK|CPSI

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL_RVOL003                    META3047MDL-003-00016735

# Youth lives are very different at various stages; as they learn more of the world, their digital exposure and consumption also grow

Redacted for PII

Redacted for PII

Redacted for PII

Redacted for PII

**Ages 0 - 4: Passive & Limited**

- **Highly influenced by parents**
- **TV is the most** and almost only **accessible** device
- Primarily playing with **traditional toys**
- **Limited by physical capabilities**

**Ages 5 - 7: First Contacts**

- First concept of **self preferences**
- **First introduction to tablets**
- Starting to learn about **emerging technologies** (ie. ARVR, AI, etc)

**Ages 8 - 10: Phasing out Kids**

- **Main users of tablets**; no longer child versions
- **Play** is still majority of time spent
- Kid-related passive consumption is at peak here and ready to be **plateaued and phased out**

**Ages 11 - 14: Phasing in Teens**

- Start to seek whole **new categories and experiences** to consume
- Attempt to exert control over own lives and their **own identities**
- **Aspire to be teens** and act like them
- **Switch to smartphones** from tablets

*Source: Consumer Product Strategy Analysis, Dubit Report 2018*
*Note: Confidential, Internal Use Only; Data used does not define a particular market and named companies do not signify a complete list of participants in any market.*

12

FACEBOOK|CPSI

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL_RVOL003                    META3047MDL-003-00016736

# Youth needs first grow in consumption then expand in breadth ages 8-10; needs evolve from 3 common themes to 4



*Illustrative*



HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00016737

# App usage evolves, social and messaging apps rise in popularity as kids age up while video has evergreen popularity



**Kids Usage of Apps by Age Groups and Categories, US Only**

- **Videos are the first** to be **introduced and capture usage** of kids, and continue to be the top category
- Depending on the product design, **some plays are more attractive among earlier** ages
- **Social** is a category that was **not as relevant in earlier ages**, but **increasingly gains popularity**
- Messaging also gains popularity over time

CHILD_USAGE. [Based to total] Which of these apps have your children used in the last month (i.e. the last 30 days or so)? n=6,561 parents of kids aged 6-14 who use tablets or smartphones

*Source:* Consumer Product Strategy Analysis, Dubit Report 2018
*Note:* Confidential, Internal Use Only; Data used does not define a particular market and named companies do not signify a complete list of participants in any market. 1 Parents were directly interviewed

17

FACEBOOK|CPSI

HIGHLY CONFIDENTIAL (COMPETITOR)              META3047MDL_RVOL003              META3047MDL-003-00016741

# Examples of Investments - 1 of 2

**1** Touchpoints Leveraging IG: **Help Kids Build Up to Social with Adjusted IG Features**

**a)** **Content Relevant to Youth**



Barbie ✓

10.5M subscribers • 2,226 vi

Welcome to the official Barb content, products, …

- **Onboard brands** such as Barbie, Paw's Control, BabyBus, and Toca Boca onto IG Tweens (most tween appropriate brands are not currently on IG)
- Invest in **youth relevant content by specific age bands** (e.g. Onboard Youtube **creators of UGC** children's shows, partner with kids content brands/publishers)

**b)** **Segregated Age Experience**



Redacted for PII

- **Ages <5**: **Reels or IGTV for kids**. Social is a **passive social** experience to kids at this stage. They are interested in learning about their friends but not active in engagement and creation
- **Ages 5-7**: Reels, **Feeds, Profile, and Explore**. Older pre-tweens are starting to have some preferences and desire to create. Surfaces that allow creation and consumption of others' creation can be introduced with appropriate content
- **Ages 8-12**: More private sharing. As tweens age with growing need of socialization, **DM and Stories** functions can also be introduced, focusing on close friends, unique expression, shared close friends experience

**c)** **Relevant Expressions**



*Billie Eilish stickers*

- **Culturally relevant** stickers, gifs, and camera effects
- **Esp for tweens: Creative and intuitive** tools to **teach** kids **how to edit** photos, and **create** art, stickers, and effects; kids can also be developers

*Source: Consumer Product Strategy Analysis*
*Note: Confidential, Internal Use Only; Data used does not define a particular market and named companies do not signify a complete list of participants in any market.*

26

FACEBOOK|CPSI

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL_RVOL003                    META3047MDL-003-00016750