# Exhibit 173

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ) MDL No.
ADDICTION/PERSONAL INJURY        ) 4:22-md-3047-YGR
PRODUCTS LIABILITY LITIGATION    )
_____ )
   SUPERIOR COURT OF THE STATE OF CALIFORNIA
         FOR THE COUNTY OF LOS ANGELES
              SPRING STREET COURTHOUSE
COORDINATION PROCEEDING          )
SPECIAL TITLE [RULE 3.400]       ) Lead Case No.
                                 ) 22STCV21355
SOCIAL MEDIA CASES               )
_____ )
                                 )
This Document Relates to:        )
                                 )
STATE OF TENNESSEE,              )
ex rel. JONATHAN SKRMETTI,       )
ATTORNEY GENERAL and REPORTER,   )
v.                               )
META PLATFORMS, INC., and        )
INSTAGRAM, LLC,                  )
Case No. 23-1364-IV              )
_____ )

             Monday, March 17, 2025
 CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
             Video-Recorded Oral Deposition of
ADAM S. MOSSERI held at the offices of
Covington & Burling LLP, Salesforce Tower,
415 Mission Street, Suite 5400, San
Francisco, California, commencing at
9:14 a.m. PST on the above date, before
Michael E. Miller, Fellow of the Academy of
Professional Reporters, Certified Court
Reporter, Registered Diplomate Reporter,
Certified Realtime Reporter and California
CSR #13649.
             GOLKOW - VERITEXT
         877.370.DEPS | fax 917.591.5672
               deps@golkow.com

**P1401.1**

# Document Provided in Native Format



EXHIBIT

**29**

META-MOSSERI 3/17/25

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-035-00001018

<table>
<tr><td>

H1 Focus

</td><td>

### Goal
Reach more teens who might benefit from taking a break to actually take a break

### North Star
We want as many teens who need the upsell and Take a Break reminder to use it as possible in order to contribute to reducing Problematic Use via awareness and control. In the absence of PU metrics, we define "needing the product" based on key behavior patterns (based on internal and external research) -
- Long sessions - 15% of teens have 20m+ session/day
- Frequent back to back sessions - 26% have 20+ sessions/day and half of sessions ≤ 10 min apart
- Late night time spent - 9% spent 10+ min on IG between 12 - 4 a.m.

35% of teens exhibit at least one of these; 2.6% exhibit all three.

### Hypothesis
Defaulting new teens to Take a Break will help more teens actually take regular breaks from Instagram and upfront avoid or reduce Problematic Use (and NAC for those prone to it) over time.

</td></tr>
</table>

**https://docs.google.com/document/d/1WEffBZ8o6pQXSV6WY6aSsZ2oM O6pH-ss4MUWfJiXUIc/edit#**

**Late night time spent / sessions**
- Internal surveys on FB show an association with greater problematic use (1, 2)
- In a qual study on spirals, "teens say they need the most help during longer sessions that happen in evening hours" (1).
- Academic research finds that poor sleep is associated with night-time use (1, 2), and that late-night smartphone use impairs next day behavior (1)

**Very long sessions / overall time spent**
- Internal surveys on FB show that greater time spent on Facebook is associated with more PU (1, 2)
- Academic research finds that greater time spent associated with more PU (1, 2)

**Sessions within 10 minutes of a previous session**
- Our goal metric is exactly related to this.
- Identified in previous PU research (1)