# Exhibit 175

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No.
IN RE:  SOCIAL MEDIA ADOLESCENT   4:22-MD-03047-YGR
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION

MDL No. 3047

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

This Document Relates To:

ALL ACTIONS

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CONFIDENTIAL - ATTORNEYS' EYES ONLY
PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF
ALLISON L. HARTNETT

Held At:        Covington & Burling LLP
                Salesforce Tower
                4415 Mission Street
                San Francisco, California

June 16th, 2025
9:59 a.m.

Reported By:
MAUREEN O. POLLARD, CSR #14449, RDR

2/28/22, 11:37 AM                                                      Instagram Help Center

How can we help?

**Help Center**

Instagram Features

Manage Your Account

Privacy, Safety and Security

Policies and Reporting

Instagram for Businesses

**Report an Underage User on Instagram**

If you believe that someone using Instagram is under the age of 13 or is impersonating your child who's under 13, please use this form to report their account.

Username of the account you'd like to report

Full name of the person you'd like to report

Date of Birth of the person you'd like to report

Year:

Your relationship to this person

Parent ⌄

Your email address:

If you're reporting a child's account that was made with a false date of birth, and the child's age can be reasonably verified as under 13, we 'll delete the account. You will not get confirmation that the account has been deleted, but you should no longer be able to view it on Instagram. Keep in mind that complete and detailed reports (example: providing the username of the account you're reporting) help us take appropriate action.

If the reported child's age can't reasonably be verified as under 13, then we may not be able to take action on the account.

Send

EXHIBIT __13__
WIT: __Hannett__
DATE: __6/16/25__
Maureen O. Pollard, RDR

**ABOUT US   HELP   API   JOBS   TERMS   PRIVACY**                                     © 2022 INSTAGRAM, INC.

**ENGLISH (US)**   ESPAÑOL   FRANÇAIS (FRANCE)   中文(简体)   العربية   PORTUGUÉS (BRASIL)   ITALIANO   한국어   DEUTSCH   हिन्दी   日本語

https://help.instagram.com/contact/723586364339719                                                1/1

CONFIDENTIAL                            META3047MDL_RVOL003                       META3047MDL-003-00002262