Eugene Volokh (CA Bar 194464)
Hoover Institution
434 Galvez Mall
Stanford, CA 94305
(650) 721-5092
volokh@stanford.edu
(Address for mailing and identification purposes only;
counsel is not acting on behalf of
the Hoover Institution or Stanford University)

Megan Gray (CA Bar 181204)
GrayMatters Law & Policy
2017 Kalorama Road NW #3
Washington, DC 20009
(202) 468-8869
mg@megangray.com

*Attorneys for Proposed Amici Free Law Project and First Amendment Coalition*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To: *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR (PHK), 4:23-cv-05448-YGR<br><br>**NOTICE OF MOTION AND MOTION OF FREE LAW PROJECT AND FIRST AMENDMENT COALITION FOR LEAVE TO FILE BRIEF *AMICI CURIAE* OPPOSING PROPOSED ORDER IN JOINT STIPULATION (ECF NO. 3048)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date: July 21, 2026<br>Time: 9:00 a.m.<br>Place: Courtroom 1, 4th Floor<br>Oral argument **not** requested |

1

MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*
4:22-MD-03047-YGR (PHK), 4:23-CV-05448-YGR

**Notice of Motion**

PLEASE TAKE NOTICE THAT, on July 21, 2026, at 9:00 am, before the Honorable Yvonne Gonzalez Rogers, in Courtroom 1, Fourth Floor of the United States District Court for the Northern District of California, located at 1301 Clay Street, Oakland, CA 94612, Movants Free Law Project and First Amendment Coalition will and hereby do move this Court, for leave to file a brief *amici curiae*. This Motion is based upon this Notice of Motion and Motion, the enclosed Memorandum of Points and Authorities, the enclosed Declarations, and the accompanying proposed brief *amici curiae*, and on such other written and oral argument as may be presented to the Court.

**Statement of Relief Sought**

Free Law Project and First Amendment Coalition move for leave to file a brief *amici curiae* opposing ECF 3048 Proposed Order (ECF No. 3048, at 3), to the extent that it seeks to order "Any . . . member of the public who may have obtained copies of ECF 3009-1 during the time that it was publicly available, including through ECF Court alerts that automatically generate PDF copies filed in the case" to "immediately delete and destroy them."

The State Attorneys General take no position as to this motion for leave to file a brief *amici curiae*. The technology company parties have been asked for their position, but have not stated it in time for the filing of this brief.

**Memorandum of Points and Authorities**

"The district court has broad discretion to appoint amici curiae." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *overruling recognized as to unrelated matters*, *Melendres v. Skinner*, 113 F.4th 1126 (9th Cir. 2024). "[A]n individual seeking to appear as amicus must merely make a showing that his participation is useful to or otherwise desirable to the court." *In re Roxford Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991) (cleaned up). "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Feltzs v. Cox*

MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*
4:22-MD-03047-YGR (PHK), 4:23-CV-05448-YGR

*Commc'ns Cal., LLC*, No. SACV 19-2002 JVS (JDEx), 2022 WL 401807, at *8 (C.D. Cal. Jan. 21, 2022) (cleaned up).

In this case, this motion should be helpful to this Court. The proposed *amici* file it to defend both the public's interests and their own interests (and therefore the interests of their users and readers).

Free Law Project is the nonprofit host of CourtListener.com, a legal research tool that provides free public access to legal opinions and documents. (Lissner Decl. ¶¶ 2-3.) It is not a party in this case, and it lawfully obtained a copy of ECF No. 3009-1. (Lissner Decl. ¶¶ 4, 6.) It occasionally voluntarily removes material that is retroactively sealed by a court, but has no legal obligation to do so. (Lissner Decl. ¶ 5.) First Amendment Coalition is a nonprofit organization that protects the freedom of the press, freedom of expression, and the people's right to know. It is likewise not a party in this case, and lawfully obtained a copy of ECF No. 3009-1. (Loy Decl. ¶¶ 2-4.)

Movants' proposed brief argues that the ECF 3048 proposed order, as applied to the public, would violate:

1. Rule 65 of the Federal Rules of Civil Procedure, because "[a]n injunction . . . binds a non-party *only* if it . . . either abets the enjoined party in violating the injunction, or is legally identified with the enjoined party," *CFPB v. Howard Law, P.C.*, 671 F. App'x 954, 955 (9th Cir. 2016) (cleaned up) (emphasis added), and Proposed *Amici* have no relationship with the original parties;

2. the Due Process Clause, under which restraints on Proposed *Amici* could not be imposed without "notice and opportunity for hearing appropriate to the nature of the case." *Cleveland Bd. of Educ. v. Loudermill*, 470 U.S. 532, 542 (1985) (quotations omitted);

3. the First Amendment, because "[o]nce true information is disclosed in public court documents open to public inspection, the press cannot be sanctioned for publishing it," *Cox Broad. Corp. v. Cohn*, 420 U.S. 469, 496 (1975), and this principle extends to public

MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*
4:22-MD-03047-YGR (PHK), 4:23-CV-05448-YGR

information sites such as Free Law Project as well as to advocacy groups such as the First Amendment Coalition;

4. 47 U.S.C. § 230, because CourtListener is an "interactive computer service" that cannot be ordered to remove material posted at the direction of a user (which is how court filings are hosted by Free Law Project).

The proposed brief sets forth those arguments in detail. For these reasons, movants ask this court to accept the attached proposed brief *amici curiae*.

May 26, 2026

Respectfully submitted,

s/ Eugene Volokh
Eugene Volokh (CA Bar 194464)
Hoover Institution
434 Galvez Mall
Stanford, CA 94305
(650) 721-5092
volokh@stanford.edu
(Address for mailing and identification purposes only; counsel is not acting on behalf of the Hoover Institution or Stanford University)

Megan Gray (CA Bar 181204)
GrayMatters Law & Policy
2017 Kalorama Road NW #3
Washington, DC 20009
(202) 468-8869
mg@megangray.com

*Attorneys for Proposed Amici Free Law Project and First Amendment Coalition*

4

MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*
4:22-MD-03047-YGR (PHK), 4:23-CV-05448-YGR

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR (PHK), 4:23-cv-05448-YGR |
| This Document Relates To: *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | **DECLARATION OF MICHAEL LISSNER** |

I, Michael Lissner, declare as follows:

1. I am the Executive Director and Chief Technology Officer of movant Free Law Project. I have personal knowledge of the facts I state below, and if I were to be called as a witness, I could competently testify about what I have written in this declaration.

2. Free Law Project is a non-profit that provides free public access to legal materials.

3. Free Law Project is also the host of CourtListener.com ("CourtListener"), a legal research tool that archives legal records including federal filings, opinions, and oral arguments.

4. Free Law Project is also the host of the RECAP extension. After documents are lawfully purchased on the PACER website and downloaded to a user's computer, the RECAP extension automatically sends those documents to the CourtListener website, where they are made available to the public. CourtListener obtained a copy of ECF No. 3009-1 this way.

5. Occasionally, CourtListener voluntarily removes material from its database when a case is retroactively sealed.

6. Free Law Project does not have any relationship with any of the parties in this case related to this order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 20, 2026.

s/ Michael Lissner

5

MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*
4:22-MD-03047-YGR (PHK), 4:23-CV-05448-YGR

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To: *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR (PHK),<br>4:23-cv-05448-YGR<br><br>**DECLARATION OF DAVID LOY** |

I, David Loy, declare as follows:

1.   I am the Legal Director of movant First Amendment Coalition.  I have personal knowledge of the facts I state below, and if I were to be called as a witness, I could competently testify about what I have written in this declaration.

2.   First Amendment Coalition is a nonpartisan and nonprofit organization aimed at protecting the freedom of the press, freedom of expression, and the people's right to know.

3.   First Amendment Coalition obtained a copy of ECF No. 3009-1 from CourtListener.com, at a time when this Court had not issued any order sealing that document.

4.   First Amendment Coalition does not have any relationship with any of the parties in this case related to this order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 21, 2026.

s/ _____

David Loy

6

MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*
4:22-MD-03047-YGR (PHK), 4:23-CV-05448-YGR