**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

| **Date:** May 27, 2026 | **Time:** 2 hours 38 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 23-cv-05448-YGR | **Case Name:** People of the State of California v. Meta Platforms, Inc. et al | |

**Attorney for Plaintiff:** Please see attached sign-in sheet
**Attorney for Defendant:** Please see attached sign-in sheet

**Deputy Clerk:** Edwin Angelo A. Cuenco        **Court Reporter:** Ana Dub

**PROCEEDINGS**

Pretrial Conference – held via Zoom Webinar.

The Court laid down the procedures and instructions for Jury Trial. The Court heard argument on pending pretrial disputes.

Pretrial deadlines are set.

Pretrial Order to issue.