Message
────────────────────────────────────────────────────────

**From:** ████████████ [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=F3AD2E9906AC4811A4286EE5A21BB81E]

**Sent:** 7/8/2023 1:42:15 AM

**To:** ████████ [████████████████████]; ████████ [████████████]; ████████████ ████████ ]

**Subject:** Message summary [{"otherUserFbId":null,"threadFbId":6277237262383547}]

**Attachments:** 358866784_652791843112788_259527410759663271_n.png; 355066433_1407905249942535_2962519378638427086_n.png; sticker.png; 359239149_980813113162335_5502202369707589645_n.png; 359159274_1034052227609736_4829844056700706889_n.png; 358521317_814491119943402_3906657160750447980_n.png; 358462934_1451330585648429_3865823776601214297_n.png; 355057605_641350787904822_157944882950209364_n.png

████████████    (7/07/2023 07:59:38 PDT):
>Alright, so only unresolved comments are on slide 16. I think its fine to leave them open until the meeting with Max and ██████ later today, as its worth noting that the teams aren't yet ready to quantify any of these.  We can resolve before shipping off to IG Leads, sound good?

████████████    (7/07/2023 08:01:39 PDT):
>Yep, that sounds good

████████████    (7/07/2023 08:02:07 PDT):
>There's one also in the appendix but I replied to ██████ so I'll resolve now

████████████    (7/07/2023 08:07:32 PDT):
>we don't have a slide for next steps so i might drop that phrase

████████████    (7/07/2023 08:08:22 PDT):
>just noticed that Slide 6 has an asterik in the body next to regulatory response framework, but we dropped the footnote.

████████████    (7/07/2023 08:08:50 PDT):
>oh the footnote is in italics

████████████    (7/07/2023 08:09:00 PDT):
>at the end of that sub-blurb

████████████    (7/07/2023 08:09:03 PDT):
>ooh i see it, at the end of the blurb

████████████    (7/07/2023 08:09:09 PDT):
>yeah, we could just move it up

████████████    (7/07/2023 08:14:45 PDT):
>do we need to add data use on slide 33?

████████████    (7/07/2023 08:24:53 PDT):
>yes we should, ill do that

████████████    (7/07/2023 08:25:50 PDT):
>Okay I'm having a radical thought -- can we scrap slide 16 altogether and replace it with a single slide stating the joint "definition of leading"?

████████████    (7/07/2023 08:25:58 PDT):
>I'm just not finding a lot of net new value in slide 16 anymore

████████████    (7/07/2023 08:26:10 PDT):
>since we go into the details of leading in the concept slides

████████████    (7/07/2023 08:28:12 PDT):
>yeah… it's not a lot of net new value, other than current state, but we're not being very explicit about the gap to close or who is leading currently since we don't have an up to date evaluation

████████████    (7/07/2023 08:28:29 PDT):
>so maybe we drop that to appendix and add the definition of leading to slide 13?

████████████    (7/07/2023 08:30:50 PDT):

HIGHLY CONFIDENTIAL (COMPETITOR)  META3047MDL_CLAWBACK_VOL016

>Yah let's do that. I don't actually think stating the YIP status and gaps to close is that helpful without more context either.

███████████  (7/07/2023 08:30:53 PDT):
>I'll move to appendix

███████████  (7/07/2023 08:33:30 PDT):
>Okay, take a look at 13

███████████  (7/07/2023 08:33:42 PDT):
>██ might want to clean it up, but I think thats a good spot for the leading definition

███████████  (7/07/2023 08:39:31 PDT):
>yep, i like it

███████████  (7/07/2023 08:41:15 PDT):
>Okay, I might wordsmith 13 a bit more later.  Something still feels off to me -- but I might overthinking.

███████████  (7/07/2023 08:41:45 PDT):
>Like for Safety -- we say we're on track to lead in 2023, should I also mention that we're already meeting YIP?

███████████  (7/07/2023 08:44:47 PDT):
>i don't know if that's necessary since we don't really have current state on the others

███████████  (7/07/2023 08:45:07 PDT):
>for the sub-content, we could have one for timeline on when to lead and a vision statement?

███████████  (7/07/2023 08:45:32 PDT):
>that could bring a little more meat back to it vs. just have the areas and timeline

███████████  (7/07/2023 08:48:10 PDT):
>okay so subcontent on 13
>a) bring back vision statement
>b) timeline for leading?

███████████  (7/07/2023 08:48:25 PDT):
>just a thought

███████████  (7/07/2023 08:48:37 PDT):
>yah ill try that. going to grab lunch and will circle back on this

███████████  (7/07/2023 08:59:15 PDT):
>Personally something I like about the current slide 16 is that it sets the stage for the following slides

███████████  (7/07/2023 08:59:39 PDT):
>it hints at the products we are showing next

███████████  (7/07/2023 09:00:41 PDT):
>But I agree it overlaps a bit with what we are saying in slide 13 and 14

███████████  (7/07/2023 09:04:35 PDT):
>Yes exactly.  When I was doing a straight read tosah thru it started to feel repetitive. And the former 16 wasn't adding much net new value. We also couldn't track down quantifiable measurements for 16, given these are too early stage

███████████  (7/07/2023 09:05:13 PDT):
>*read through today (sorry weird typos - on my phone atm)

███████████  (7/07/2023 09:10:06 PDT):
>I think these two points are pretty strong
>
>> Prioritize more private experiences for teens to meet needs and mitigate risks
>
>> Proactive approach for upcoming regulatory trends, building scalable and adaptable solutions

███████████  (7/07/2023 09:10:23 PDT):
>would love to incorporate them in the other slides if we are removing 16

███████████  (7/07/2023 09:11:00 PDT):
>oh we're keeping the current 16

███████████  (7/07/2023 09:11:14 PDT):
>Oh sorry!!

███████████  (7/07/2023 09:11:14 PDT):

HIGHLY CONFIDENTIAL (COMPETITOR)  META3047MDL_CLAWBACK_VOL016                    META3047MDL-111-00468707

>what got removed is now slide 25

███████████    (7/07/2023 09:11:19 PDT):
>OHHHH

███████████    (7/07/2023 09:11:35 PDT):
>yep

███████████    (7/07/2023 09:11:35 PDT):
>haha yeah, ██████ had already dropped it to appendix

███████████    (7/07/2023 09:11:59 PDT):
>so we're thinking about how we conslidate that with slide 13 to have that be more of the lead-in

███████████    (7/07/2023 09:13:02 PDT):
>yah the slide I was referring to (now in appendix) is this one:
https://docs.google.com/presentation/d/1ebng5qckun6vhA_CTu6F1YL1oTAAL-
y2TNu6dAE6YDQ/edit#slide=id.g2566af1810f_29_43

███████████    (7/07/2023 09:14:55 PDT):
>we could reuse the headers -- ie
>
>Supervision – Shifting from teen autonomy to helping teens and guardians collaborate on the IG experience

███████████    (7/07/2023 09:15:22 PDT):
>Im a bit worried we'd lose the nuances we have on slide 16

███████████    (7/07/2023 09:16:10 PDT):
>are you talking about the now slide 16 or slide 25?

███████████    (7/07/2023 09:16:22 PDT):
>we're not proposing droppign the "how our position has shifted" slide

███████████    (7/07/2023 09:18:13 PDT):
>are you proposing consolidating 13 with 16?

███████████    (7/07/2023 09:18:25 PDT):
>no, 13 with 25

███████████    (7/07/2023 09:18:34 PDT):
>25 used to be slide 16

███████████    (7/07/2023 09:18:38 PDT):
>GOT IT - I need a second coffee

███████████    (7/07/2023 09:18:39 PDT):
>before it dropped into appendix

███████████    (7/07/2023 09:18:43 PDT):
>apologies!

███████████    (7/07/2023 09:18:48 PDT):
>hahah it's okay, it's still early ☺

███████████    (7/07/2023 09:26:05 PDT):
>My bad, I should have waited on moving it to appendix -- confusing!

███████████    (7/07/2023 09:26:08 PDT):
>██████ is leaving more legal comments

███████████    (7/07/2023 09:26:18 PDT):
>I saw! Didn't realize she was also in the deck

███████████    (7/07/2023 09:26:34 PDT):
>one i just resolved    PRIV
  PRIV

███████████    (7/07/2023 09:26:47 PDT):
>it's slightly weird because we talk about PRIV

███████████    (7/07/2023 09:26:49 PDT):
>What does this mean    PRIV

███████████    (7/07/2023 09:26:51 PDT):
█  PRIV

███████████    (7/07/2023 09:27:20 PDT):

HIGHLY CONFIDENTIAL (COMPETITOR)  META3047MDL_CLAWBACK_VOL016

**PRIV**

████████████ (7/07/2023 09:27:43 PDT):
>oh i might have removed some numbers

████████████ (7/07/2023 09:27:49 PDT):
>it gets so wordy otherwise

████████████ (7/07/2023 09:27:53 PDT):
>my bad

████████████ (7/07/2023 09:27:57 PDT):
>yeah, i'll find a way to add them in

████████████ (7/07/2023 09:28:08 PDT):
**PRIV**

████████████ (7/07/2023 09:28:35 PDT):
>oh got it, strange choice of wording.  Thanks for translating ;)

████████████ (7/07/2023 09:30:32 PDT):
>np

████████████ (7/07/2023 09:30:41 PDT):
>of course i cited two different studies there...

████████████ (7/07/2023 09:30:44 PDT):
>one internal, one external

████████████ (7/07/2023 09:30:51 PDT):
>and the internal study just says the number of parents

████████████ (7/07/2023 09:31:00 PDT):
>13,273 parents/guardians and their teens (1,934 from US)

████████████ (7/07/2023 09:31:07 PDT):
>do we assume it's 1-1 parents to teens?

████████████ (7/07/2023 09:31:11 PDT):
>so 13k teens?

████████████ (7/07/2023 09:31:25 PDT):
>eek

████████████ (7/07/2023 09:31:54 PDT):
>oh boy, well its either 1:1 or 2:1 (two parents per each teen)

████████████ (7/07/2023 09:32:09 PDT):
>or it could be just the parent, and some teens

████████████ (7/07/2023 09:32:27 PDT):
>the ratio doesn't need to be 1:1

████████████ (7/07/2023 09:32:39 PDT):
>i know

████████████ (7/07/2023 09:33:14 PDT):
>i'll ask ████████

████████████ (7/07/2023 09:33:22 PDT):
>this wording says that 13k are def parents

████████████ (7/07/2023 09:34:02 PDT):
>shoot, she's tearing apart some of our stronger slides -- like 5

████████████ (7/07/2023 09:34:46 PDT):
>████████ says it was 1-1

████████████ (7/07/2023 09:34:47 PDT):
>oh boy

████████████ (7/07/2023 09:35:47 PDT):
>not going to lie

████████████ (7/07/2023 09:35:57 PDT):
>it's a little annoying having three different lawyers

████████████ (7/07/2023 09:36:05 PDT):

HIGHLY CONFIDENTIAL (COMPETITOR)  META3047MDL_CLAWBACK_VOL016

>i think she's softening the voice

████████████    (7/07/2023 09:36:19 PDT):
>I keep staring at that comment about the mock...

████████████    (7/07/2023 09:36:51 PDT):
>I'll just do it to unblock, we can argue when we start building things

████████████    (7/07/2023 09:36:52 PDT):
>This is my first stint in Youth world, so I'm also not calibrated on how much we have to respond to or if these can be considered suggerstions

████████████    (7/07/2023 09:37:15 PDT):
>I think they are just trying to be careful in case any slide gets leaked

████████████    (7/07/2023 09:37:31 PDT):
>yes, they are

████████████    (7/07/2023 09:37:59 PDT):
>it just doesn't come across as opinionated

████████████    (7/07/2023 09:39:32 PDT):
>The thing is, I suspect they're reading it with an eye towards leaks vs. the actual narrative we're trying to tell. Its fine, we'll figure it out, just slightly annoying. Now they're adding 2 more legal folks on the deck, so we'll have a total of 5 lawyers.

████████████    (7/07/2023 09:39:56 PDT):
>lovely

████████████    (7/07/2023 09:40:09 PDT):
PRIV

████████████    (7/07/2023 09:40:26 PDT):
>so

████████████    (7/07/2023 09:40:58 PDT):
>I suggest we wait until the lawyers lawyer          PRIV
PRIV

████████████    (7/07/2023 09:44:22 PDT):
>there's a million ppl leaving feedback

████████████    (7/07/2023 09:44:30 PDT):
>closed some non-controversial comments

████████████    (7/07/2023 09:44:34 PDT):
>updated mocks too

████████████    (7/07/2023 09:46:38 PDT):
>makes sense

████████████    (7/07/2023 09:51:01 PDT):
>and there are more people requesting access who i've never heard of

████████████    (7/07/2023 09:53:15 PDT):
>really? are they more lawyers?

████████████    (7/07/2023 09:53:22 PDT):
>yes

████████████    (7/07/2023 09:54:16 PDT):
>should we ping ██████

████████████    (7/07/2023 09:54:35 PDT):
>are you both worried the narrative is being diluted?

████████████    (7/07/2023 09:55:52 PDT):
>I think we're still in an okay place, but if we get a bunch more legal inbound it might.

████████████    (7/07/2023 09:56:12 PDT):
>that's how i feel too

████████████    (7/07/2023 09:56:40 PDT):
>Like i would rather do this after the review w/Adam before publishing on workplace.

████████████    (7/07/2023 09:56:50 PDT):
>But IG Leadership seems low-risk

HIGHLY CONFIDENTIAL (COMPETITOR)  META3047MDL_CLAWBACK_VOL016

█████████ (7/07/2023 09:56:54 PDT):
>yeah, agree

█████████ (7/07/2023 09:57:25 PDT):
>can we make that call?

█████████ (7/07/2023 09:57:26 PDT):
>basically ████ PRIV ], but honestly its pretty important to note that

█████████ (7/07/2023 09:57:37 PDT):
>and ████ over here is asking for more data

█████████ (7/07/2023 09:57:44 PDT):
>it's getting a bit out of hand with UXR too

█████████ (7/07/2023 09:57:55 PDT):
>what is UXR doing?

█████████ (7/07/2023 09:58:11 PDT):
>asking why we haven't included all their researcher, etc

█████████ (7/07/2023 09:58:17 PDT):
>Oh man

█████████ (7/07/2023 09:58:32 PDT):
>good lord

█████████ (7/07/2023 09:58:38 PDT):
>I think the deck can be watered down once published

█████████ (7/07/2023 09:58:52 PDT):
>but without any data or strong POV there's no point in going to max/adam

█████████ (7/07/2023 09:59:17 PDT):
>exactly

█████████ (7/07/2023 09:59:19 PDT):
>> Can you make sure Kristin (Hendrix) has access to the youth protections deck? I can't add her and she wasn't on the original email to IG leads

█████████ (7/07/2023 09:59:25 PDT):
>████ just pinged me this

█████████ (7/07/2023 09:59:31 PDT):
>I'll add Kristin

█████████ (7/07/2023 09:59:35 PDT):
>thx

█████████ (7/07/2023 09:59:37 PDT):
>she has it already

█████████ (7/07/2023 09:59:50 PDT):
>will reiterate

█████████ (7/07/2023 09:59:55 PDT):
>she asked me 3 times

█████████ (7/07/2023 10:00:01 PDT):

shared: 358866784_652791843112788_2595274410759663271_n.png

█████████ (7/07/2023 10:00:06 PDT):
>sned her that

█████████ (7/07/2023 10:00:17 PDT):
>receipts

█████████ (7/07/2023 10:00:30 PDT):
>> Can you also add ██████████ (UXR WB manager)

█████████ (7/07/2023 10:00:45 PDT):
>I might say no

█████████ (7/07/2023 10:00:57 PDT):
>let's jsut pick 1-2 people max per function

█████████ (7/07/2023 10:00:58 PDT):
>i just added her

█████████ (7/07/2023 10:01:00 PDT):
>We dont' need to add ████ she focuses on integrity

█████████ (7/07/2023 10:01:03 PDT):
>████ is the Youth POC

█████████ (7/07/2023 10:01:05 PDT):
>she should have had it because i shared it with IGWB

█████████ (7/07/2023 10:01:11 PDT):
>i added the distro list for IGWB

█████████ (7/07/2023 10:01:15 PDT):
>and for Trust

█████████ (7/07/2023 10:01:22 PDT):
>and if ████ asks, ██████ already has access

█████████ (7/07/2023 10:01:32 PDT):
>i am NOT giving them all edit access

█████████ (7/07/2023 10:01:38 PDT):
>because we need to manage the deck

█████████ (7/07/2023 10:02:26 PDT):
>████ do you have access to this?
https://docs.google.com/presentation/d/1FQxRPBDbFDmeFOT4MRvwx9UmOkAoywGjOaihilmQFGw/edit#slide=id.p1

█████████ (7/07/2023 10:02:29 PDT):
>it's linked on the B&H slide

█████████ (7/07/2023 10:04:28 PDT):
>yes I do

█████████ (7/07/2023 10:04:58 PDT):
>ill grab the info from it

█████████ (7/07/2023 10:13:32 PDT):
>For the B&H total participants, I have to use an educated guess here as ██████████ is no longer with
Meta, and this is his deck from 2021.

█████████ (7/07/2023 10:13:33 PDT):

shared: 355066433_1407905249942535_2962519378638427086_n.png

█████████ (7/07/2023 10:13:54 PDT):
>For the B&H target + witness sample size populations we're looking at roughly 35k users surveyed.

█████████ (7/07/2023 10:14:14 PDT):
>so I'm planning to go with ~35k

█████████ (7/07/2023 10:15:51 PDT):
>On UXR feeling left out -- have they clarified where they would have directly contributed to?  Given
these were pre-aligned areas to lead, we didn't lean too much on insights to form our POV.  ██████ and
I shared this with ██████████ this week.

█████████ (7/07/2023 10:17:05 PDT):
>I think it was mainly on why we are not using their insights, and they were not actively involved in the
deck

█████████ (7/07/2023 10:17:34 PDT):
>I explained that there will be follow-up workstreams where they'll be key partners

█████████ (7/07/2023 10:17:59 PDT):
>re slide 5

█████████ (7/07/2023 10:18:09 PDT):
>I feel the headlines are starting to become weaker

█████████ (7/07/2023 10:19:01 PDT):
>> ┆              **PRIV**              ┆
>  └──────────────────────────────────┘
>this seems obvious and is not really conveying the real concern that we are losing trust/users because
of our mechanics

███████████ (7/07/2023 10:19:41 PDT):
>> PRIV
>
>even this one

███████████ (7/07/2023 10:20:13 PDT):
>can we just have the original ones and tell ██████ we'll change right after the adam review?

███████████ (7/07/2023 10:20:31 PDT):
>So I asked ████████ PRIV
PRIV

███████ (7/07/2023 10:20:49 PDT):
>I see

███████ (7/07/2023 10:20:58 PDT):
>Yah...

███████████ (7/07/2023 10:21:03 PDT):
>complicated world for IG these days

███████████ (7/07/2023 10:33:26 PDT):
>yeah...

███████████ (7/07/2023 10:33:35 PDT):
>so for this afternoon and for the pre-read, we have to stick with their recs

███████████ (7/07/2023 10:36:08 PDT):
>is there any value for me joining?

███████████ (7/07/2023 10:36:25 PDT):
>yah, you should join

███████████ (7/07/2023 10:36:35 PDT):
>what time is it at

███████████ (7/07/2023 10:37:02 PDT):
>i'll add you to my meeting copy

███████████ (7/07/2023 10:46:28 PDT):
>So for ████████ comments on slide 5, PRIV this section then becomes pretty weak.  I suspect any other piece of internal data will be similarly scrutinized.  Suggestion could be to remove the "On IG, we must continue improving outcomes" section entirely.

███████████ (7/07/2023 10:47:10 PDT):
>She didn't catch this, but I'm guessing this doesn't fly either, "SSI/ED has a disproportionately large teen audience on IG with SSI/ED teen SWOP being ~2.5x that of adults."

███████████ (7/07/2023 10:49:10 PDT):
>what's the problem with showing actual data to leadership?

███████████ (7/07/2023 10:49:36 PDT):
>at this point i feel we are intentionally omitting stats that could help them properly assess the situation

███████████ (7/07/2023 10:50:14 PDT):
PRIV but it will be increasingly hard for adam/max to understand the severity of each space

Meagan Palatino (7/07/2023 10:50:40 PDT):
>I'm a bit confused by it as well, because I'm sure they have seen this data before. PRIV
PRIV From ████████ PRIV
PRIV

███████████ (7/07/2023 10:51:04 PDT):
>the data is something we likely voice over

███████████ (7/07/2023 10:53:57 PDT):
>grabbed time for the 3 of us just before the 1PM PT with Max so we can do a final walk-thru / clean up

███████████ (7/07/2023 10:54:07 PDT):
>I mean i get it but how can we make product decisions if we are omitting information from strategies we show them

███████████ (7/07/2023 10:54:37 PDT):
>should we have a cheat sheet ready with all the stats?

███████████ (7/07/2023 10:54:56 PDT):

**PRIV**

PRIV ⎸ which limits our ability to learn and develop the best products for them. It sucks.

▇▇▇▇▇▇▇ (7/07/2023 10:55:14 PDT):
>wonder if we should have some sort of code to indicate the severity of each space

▇▇▇▇▇▇▇ (7/07/2023 10:55:20 PDT):
>for the future

▇▇▇▇▇▇▇ (7/07/2023 10:55:36 PDT):
>Yes. I think the two major ones are:  teen non-rec prevalance 1.5x > adults and teens SSI/Ed prevalence 2.5x > adults

▇▇▇▇▇▇▇ (7/07/2023 10:56:31 PDT):
>and B&H prevalence is also 2.5 greater for teens vs. adults

▇▇▇▇▇▇▇ (7/07/2023 10:58:15 PDT):
>I mean these are pretty strong and could change the outcome of the discussions

▇▇▇▇▇▇▇ (7/07/2023 10:58:38 PDT):
>does legal not want us to share them at all?

▇▇▇▇▇▇▇ (7/07/2023 10:58:44 PDT):
>even w voice over?

▇▇▇▇▇▇▇ (7/07/2023 10:58:52 PDT):
>we should clarify, I'm not sure

▇▇▇▇▇▇▇ (7/07/2023 10:59:15 PDT):
>▢

▇▇▇▇▇▇▇ (7/07/2023 10:59:17 PDT):
>If I had to guess, they dont want a paper trail tracing this back to information visually presented to leaders that may have to testify

▇▇▇▇▇▇▇ (7/07/2023 10:59:48 PDT):
>fair - let's get creative then how we do this next time

▇▇▇▇▇▇▇ (7/07/2023 11:00:01 PDT):
>maybe we have a data that we call data readout

▇▇▇▇▇▇▇ (7/07/2023 11:00:23 PDT):
>and only have a list of topics shown in order of importance

▇▇▇▇▇▇▇ (7/07/2023 11:05:56 PDT):
>theorectically that's what SWOP is supposed to be

▇▇▇▇▇▇▇ (7/07/2023 11:06:56 PDT):
>but yeah, we need to clarify if max and adam can't even know these stats

▇▇▇▇▇▇▇ (7/07/2023 11:07:30 PDT):
>i was thinking the same thing

▇▇▇▇▇▇▇ (7/07/2023 11:08:16 PDT):
>of course that section was supposed to ground in IG data with the first one grounding in industry data

▇▇▇▇▇▇▇ (7/07/2023 11:08:43 PDT):
>but i think we just combine if we have to drop that

▇▇▇▇▇▇▇ (7/07/2023 11:10:12 PDT):
>yep agreed

▇▇▇▇▇▇▇ (7/07/2023 13:34:24 PDT):
>call?

▇▇▇▇▇▇▇ (7/07/2023 13:34:57 PDT):
>Cristina and I have to jump on a call w/ ▇▇▇▇▇▇▇ from central but after lets sync!

▇▇▇▇▇▇▇ (7/07/2023 13:35:04 PDT):
>ok perf

▇▇▇▇▇▇▇ (7/07/2023 13:58:00 PDT):
>just need to run to the restroom then i'm ready

▇▇▇▇▇▇▇ (7/07/2023 13:58:11 PDT):

shared: sticker.png

HIGHLY CONFIDENTIAL (COMPETITOR)  META3047MDL_CLAWBACK_VOL016       META3047MDL-111-00468714

███████████ (7/07/2023 13:58:12 PDT):
>me too back in 3

███████████ (7/07/2023 13:59:57 PDT):
>#fileazoom

███████████ (7/07/2023 15:00:42 PDT):
>FYI - ██████ just confirmed that we did publish a blog with the language "parents and guardians know what's best for their teens..."
>
>https://about.instagram.com/blog/announcements/introducing-family-center-and-supervision-tools

███████████ (7/07/2023 16:11:03 PDT):
>back online, FYI

███████████ (7/07/2023 16:11:23 PDT):
>oh good to know

███████████ (7/07/2023 16:11:28 PDT):
>i'll go back to that language

███████████ (7/07/2023 16:11:43 PDT):
>for that doc from ██████ do you have the data source?

███████████ (7/07/2023 16:12:02 PDT):
>oh

███████████ (7/07/2023 16:12:15 PDT):
>it's probably the same one used here:
https://docs.google.com/presentation/d/1PolSIvQkTZV7MgqiXemFNyH3iV8_4ORbwrVtoLsErx0/edit#slide=id.g245b98e1fb9_4_966

███████████ (7/07/2023 16:12:20 PDT):
>it's also 508 parents but the numbers are different

███████████ (7/07/2023 16:13:05 PDT):
>the one ██████ sent? Yes it should be from the big deck you link to^ I can find the slide

███████████ (7/07/2023 16:14:05 PDT):
>For top parental concerns, right? Its this slide:
https://docs.google.com/presentation/d/1PolSIvQkTZV7MgqiXemFNyH3iV8_4ORbwrVtoLsErx0/edit#slide=id.g1e2e46584c2_11_1581

███████████ (7/07/2023 16:18:33 PDT):
>getting some eng feedback from ██████

███████████ (7/07/2023 16:18:39 PDT):
>then will come back here

███████████ (7/07/2023 16:23:16 PDT):
>╎                                    PRIV                                    ╎
Request from legal ;)

Meagan Palatino (7/07/2023 16:37:02 PDT):
>Slide 14 reads really nicely ████████ - thank you!

███████████ (7/07/2023 16:37:51 PDT):
>okay, so ██████ feedback was basically… we're going to have to do a big audit of our systems and infra to make sure we're able to confidently make these commitments (e.g. we know who teens are and we're using the right age signals everywhere and reliably)

███████████ (7/07/2023 16:38:05 PDT):
>so i added a note about that on slide 14

███████████ (7/07/2023 16:38:27 PDT):
>and called out that as table stakes on the "where we'll meet" slide but still thinking about if we need to call it out in considerations

███████████ (7/07/2023 16:38:35 PDT):
>I saw that, was wondering what trigerred that. Who is ██████ and are they another stakeholder?

███████████ (7/07/2023 16:39:06 PDT):
>██████ is the EM for trust empowerment that covers the privacy foundation team, IG Age who owns all age infra for Meta, among other teams

███████████ (7/07/2023 16:39:18 PDT):
>Ah got it

█████████████ (7/07/2023 16:39:30 PDT):
>so basically she wanted to flag that we have to make sure we're not building on a house of cards

█████████████ (7/07/2023 16:39:46 PDT):
>she was okay having that be a big assumption that we'll make sure our systems and infra are solid and do what we want them to do

█████████████ (7/07/2023 16:40:20 PDT):
>but… they've started poking holes in it and it could need a lot of work

█████████████ (7/07/2023 16:40:27 PDT):
>oh boy

█████████████ (7/07/2023 16:40:52 PDT):
>yeah, so since the rest of the deck is very feature-focused, i thought adding it there might round it out

█████████████ (7/07/2023 16:41:19 PDT):
>alt is i could add it to the considerations slide

█████████████ (7/07/2023 16:41:24 PDT):
>but that slide is already dense

█████████████ (7/07/2023 16:41:27 PDT):
>I think its a good flag but we shouldn't over-index

█████████████ (7/07/2023 16:41:31 PDT):
>I like the idea of calling it out

█████████████ (7/07/2023 16:41:34 PDT):
>in my experience, Adam isn't interested in technical constraints

█████████████ (7/07/2023 16:41:42 PDT):
>Threads/P92 is a perfect example ;)

█████████████ (7/07/2023 16:41:55 PDT):
>yeah, it's an assumption we're making

█████████████ (7/07/2023 16:43:57 PDT):
>fuck

█████████████ (7/07/2023 16:44:02 PDT):
>i wasn't paying attention

█████████████ (7/07/2023 16:44:13 PDT):
>and lucky destroyed a tissue box literally right under my desk

█████████████ (7/07/2023 16:44:13 PDT):
>what do you mean?

█████████████ (7/07/2023 16:44:18 PDT):
>oooh hahaha

█████████████ (7/07/2023 16:44:27 PDT):
>and ripped apart the felt cover i have hahaha

█████████████ (7/07/2023 16:44:30 PDT):
>god damn

█████████████ (7/07/2023 16:44:33 PDT):
>:(

█████████████ (7/07/2023 16:44:41 PDT):
>i need to pick up all these tissue shreds before he eats them

█████████████ (7/07/2023 16:44:41 PDT):
>dogs are like toddlers, LOL

█████████████ (7/07/2023 16:44:42 PDT):
>one sec

█████████████ (7/07/2023 16:46:28 PDT):

shared: 359239149_980813113162335_5502202369707589645_n.png

█████████████ (7/07/2023 16:46:46 PDT):
>Sorry this made me laugh

██████████ (7/07/2023 16:46:52 PDT):
>I know I shouldn't

██████████ (7/07/2023 16:47:01 PDT):
>But look at him!!!!

██████████ (7/07/2023 16:47:17 PDT):
>he's such a trouble maker

██████████ (7/07/2023 17:24:33 PDT):
>deck is done?

██████████ (7/07/2023 17:27:10 PDT):
>we're just finalizing the data points for supervision but nearly there

██████████ (7/07/2023 17:27:11 PDT):
>phew

██████████ (7/07/2023 17:32:46 PDT):

shared: 359159274_1034052227609736_4829844056700706889_n.png

██████████ (7/07/2023 17:54:33 PDT):
>okay, we're done

██████████ (7/07/2023 17:54:49 PDT):
>i'll ship the pre-read

██████████ (7/07/2023 17:54:53 PDT):
>anything you need my help with?

██████████ (7/07/2023 17:54:57 PDT):
>woohoo

██████████ (7/07/2023 18:02:42 PDT):
>Woo-hoo! Great work, team!

██████████ (7/07/2023 18:12:44 PDT):
>do either of you know what the distro list is now?

██████████ (7/07/2023 18:13:07 PDT):
>i do not

██████████ (7/07/2023 18:13:20 PDT):
>████ said it in one chat but i can't find it

██████████ (7/07/2023 18:14:48 PDT):
>i'll go with IGreviews

██████████ (7/07/2023 18:15:06 PDT):
>it's got a few people who aren't on the invite like luke, ████████ eds, etc

██████████ (7/07/2023 18:16:24 PDT):
>Oh gosh I have no idea anymore. Could reply all to the invite?

██████████ (7/07/2023 18:16:41 PDT):
>And then Monday confirm with ████████ and send to others if needed?

██████████ (7/07/2023 18:17:08 PDT):
>https://fb.workplace.com/groups/igpms/permalink/7893372097378003/

██████████ (7/07/2023 18:17:21 PDT):
>PRODUCT REVIEWS:
>Moving forward, please add IGReviews@fb.com when e-mailing pre-reads for product reviews or monthly operational check-ins.

██████████ (7/07/2023 18:17:24 PDT):
>but that's from 2022

██████████ (7/07/2023 18:17:36 PDT):
>i'll keep digging, and if i can't find quickly, i'll ship it to the calendar invites

██████████ (7/07/2023 18:17:59 PDT):
>yea I'd do that and add ████████

██████████ (7/07/2023 18:18:26 PDT):
>oh and Kristin Hendrix

HIGHLY CONFIDENTIAL (COMPETITOR) META3047MDL_CLAWBACK_VOL016

███████████  (7/07/2023 18:18:34 PDT):
>she's on it

███████████  (7/07/2023 18:18:36 PDT):
>she's not in the meeting

███████████  (7/07/2023 18:18:39 PDT):
>is she?

███████████  (7/07/2023 18:18:45 PDT):
>and ████ isn't on the meeting but i'm putting her on the email

███████████  (7/07/2023 18:18:46 PDT):
>yeah, she is

███████████  (7/07/2023 18:18:54 PDT):
>I don't see her name in the hold

███████████  (7/07/2023 18:19:02 PDT):
>maybe it hasn't updated

███████████  (7/07/2023 18:19:19 PDT):

shared: 358521317_814491119943402_3906657160750447980_n.png

███████████  (7/07/2023 18:19:43 PDT):

shared: 358462934_1451330585648429_3865823776601214297_n.png

███████████  (7/07/2023 18:20:01 PDT):

shared: 355057605_641350787904822_157944882950209364_n.png

███████████  (7/07/2023 18:20:04 PDT):
>Oh I thought you were saying she was in the invite

███████████  (7/07/2023 18:20:08 PDT):
>hum weird

███████████  (7/07/2023 18:20:09 PDT):
>she is

███████████  (7/07/2023 18:20:21 PDT):
>if this looks good, i'll ship

███████████  (7/07/2023 18:20:55 PDT):
>second bullet is not hyperlinked

███████████  (7/07/2023 18:21:00 PDT):
>oh right

███████████  (7/07/2023 18:21:03 PDT):
>the (over here)

███████████  (7/07/2023 18:21:12 PDT):
>overview here*

███████████  (7/07/2023 18:21:16 PDT):
>added

███████████  (7/07/2023 18:21:40 PDT):
>ship it! thank you for doing that

███████████  (7/07/2023 18:22:56 PDT):
>okay, shipped

███████████  (7/07/2023 18:23:09 PDT):
>now i'm going to play with lucky before he starts barking at me again

███████████  (7/07/2023 18:24:27 PDT):
>delete your work apps until monday

███████████  (7/07/2023 18:41:26 PDT):
>Thank you! Have a great weekend, both!

███████████  (7/07/2023 18:42:15 PDT):
>You too! Talk on Monday :D excited for the review

HIGHLY CONFIDENTIAL (COMPETITOR)   META3047MDL_CLAWBACK_VOL016                    META3047MDL-111-00468719