[*Parties and Counsel Listed on Signature Pages*]

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>    4:23-cv-05448-YGR<br><br>**META AND THE STATE AGS' JOINT PROPOSED STATEMENT OF THE CASE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

META AND THE STATE AGS' JOINT PROPOSED STATEMENT OF THE CASE
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

Consistent with the Updated Stipulation and Order Regarding Pretrial Schedule (ECF 3139-1), Defendant Meta Platforms, Inc. and the State AGs hereby submit the following Proposed Statement of the Case for the Court's consideration:

* * *

The plaintiffs in this case are 29 States, referred to as the State Attorneys General or the AGs. This trial concerns two types of claims against Meta, which operates the Facebook and Instagram platforms.  First, 29 States claim Meta violated a federal privacy law called the Children's Online Privacy Protection Act ("COPPA") by improperly collecting personal information from children under 13 without parental consent.  Second, four of the States—California, Colorado, Kentucky, and New Jersey—claim that Meta made deceptive statements about its platforms that were likely to mislead consumers, and that Meta's actions related to features of Meta's platforms constitute unfair or unconscionable trade practices.  In response, Meta maintains it satisfied the COPPA law's requirements; denies that the statements the AGs are suing over are deceptive or were likely to mislead any consumers; and denies that its actions related to features challenged by the AGs are unfair or unconscionable trade practices.

META AND THE STATE AGS' JOINT PROPOSED STATEMENT OF THE CASE
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

Dated: July 2, 2026                    Respectfully submitted,

                                       By:  /s/ Megan O'Neill

                                       **ROB BONTA**
                                       Attorney General
                                       State of California

                                       Nicklas A. Akers (CA SBN 211222)
                                       Senior Assistant Attorney General
                                       Bernard Eskandari (SBN 244395)
                                       Emily Kalanithi (SBN 256972)
                                       Supervising Deputy Attorneys General
                                       Nayha Arora (CA SBN 350467)
                                       Megan O'Neill (CA SBN 343535)
                                       Joshua Olszewski-Jubelirer (CA SBN 336428)
                                       Brendan Ruddy (CA SBN 297896)
                                       Deputy Attorneys General
                                       California Department of Justice
                                       Office of the Attorney General
                                       455 Golden Gate Ave., Suite 11000
                                       San Francisco, CA 94102-7004
                                       Phone: (415) 510-4400
                                       Fax: (415) 703-5480
                                       Megan.Oneill@doj.ca.gov

                                       *Attorneys for Plaintiff the People of the State of California*


                                       **PHILIP J. WEISER**
                                       Attorney General
                                       State of Colorado

                                       /s/ Krista Batchelder
                                       Krista Batchelder, CO Reg. No. 45066,
                                       *pro hac vice*
                                       Deputy Solicitor General
                                       Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
                                       Solicitor General
                                       Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
                                       Assistant Attorney General
                                       Colorado Department of Law
                                       Ralph L. Carr Judicial Center
                                       Consumer Protection Section
                                       1300 Broadway, 7th Floor

3

Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.
Philip J. Weiser, Attorney General*


**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**JENNIFER DAVENPORT**
Attorney General
State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General

META AND THE STATE AGS' JOINT PROPOSED STATEMENT OF THE CASE
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

Brian F. McDonough (NJ Bar No. 026121980)
*Pro Hac Vice*
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Jennifer Davenport, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs*

META AND THE STATE AGS' JOINT PROPOSED STATEMENT OF THE CASE
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

By: */s/ Ashley M. Simonsen*

**COVINGTON & BURLING LLP**

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, *pro hac vice*
David N. Sneed, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorneys for Defendant Meta Platforms, Inc.*

META AND THE STATE AGS' JOINT PROPOSED STATEMENT OF THE CASE
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

**SIGNATURE CERTIFICATION**

Under Civ. L.R. 5-1(h)(3), I, Ashley M. Simonsen, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: July 2, 2026                              */s/ Ashley M. Simonsen*

META AND THE STATE AGS' JOINT PROPOSED STATEMENT OF THE CASE
Case Nos. 4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR