# <u>Remedy Chart 1: Penalty Calculation for Pre-Teens and Teens on Meta's Platforms</u>

## Chart 1A: Number of Pre-Teens and Teens on Meta Platforms

|  | Unique Teen Persons (IG) | Unique Teen Persons (FB) | Unique Under-13 Persons (IG) | Unique Under-13 Persons (FB) |
|---|---|---|---|---|
| California | 6,512,629 | 4,633,849 | 3,193,892 | 2,381,725 |
| Colorado | 935,915 | 705,729 | 403,586 | 529,155 |
| Kentucky | 787,424 | 637,880 | 342,203 | 471,720 |
| New Jersey | 1,496,565 | 938,097 | 710,183 | 524,353 |
| **Total** | 9,732,533 | 6,915,555 | 4,649,864 | 3,906,953 |

Source: Saba Opening Report, 11.21.2025, ¶¶ 238, 265
Calculation Period for Teens: Jan. 1, 2012-March 31, 2024
Calculation Period for Under-13s: Jan. 1, 2012-Dec. 31, 2023

## Chart 1B: Penalty Limit Per Violation

|  | Amount per Violation | Statute |
|---|---|---|
| California | $2,500 | Cal. Bus. & Prof. Code § 17206 |
| California | $2,500 | Cal. Bus. & Prof. Code § 17536 |
| Colorado | $20,000 | CRS 6-1-112(1)(a) |
| Kentucky | $2,000 | Ky. Rev. Stat. § 367.990 |
| New Jersey | $20,000* | N.J. Stat. Ann. § 56:8-13 |

*$10,000 for the first violation; $20,000 for each subsequent violation

## Chart 1C: Penalties for One Violation for Each Pre-Teen or Teen

|  | Unique Teen Persons (IG) | Unique Teen Persons (FB) | Unique Under-13 Persons (IG) | Unique Under-13 Persons (FB) |
|---|---|---|---|---|
| California | $32,563,145,000 | $23,169,245,000 | $15,969,460,000 | $11,908,625,000 |
| Colorado** | $12,854,120,000 | $6,275,220,000 | $5,719,360,000 | $6,798,460,000 |
| Kentucky | $1,574,848,000 | $1,275,760,000 | $684,406,000 | $943,440,000 |
| New Jersey | $29,931,290,000 | $18,761,930,000 | $14,203,650,000 | $10,487,050,000 |
| **Total** | $76,923,403,000 | $49,482,155,000 | $36,576,876,000 | $30,137,575,000 |

**Additional sources used to adjust for Colorado's statutory change as to penalty calculation (CO HOUSE BILL 19-1289): Saba Opening Report, 11.21.2025, Schedules 6.3.3, 6.3.5, 7.2