**States v. Meta**

Instagram Time Spent Instances, Revenue, and Gross Profit Summary 2018 - 2024

| State | Monthly Instances of IG Teen MAUs Exceeding Daily Average of: | | | | | |
|---|---|---|---|---|---|---|
| | 0.5 Hour | 1 Hour | 2 Hours | 3 Hours | 4 Hours | 5 Hours |
| California | 117,755,444 | 67,079,543 | 22,352,643 | 9,353,357 | 2,204,021 | - |
| Colorado | 8,847,960 | 3,883,154 | 1,041,306 | 129,687 | - | - |
| Connecticut | 7,114,897 | 3,222,683 | 858,538 | 139,710 | - | - |
| Delaware | 2,540,917 | 1,485,674 | 549,997 | 247,877 | 75,952 | 9,089 |
| Illinois | 22,455,395 | 9,962,935 | 2,945,141 | 548,368 | 27,337 | - |
| Indiana | 12,974,186 | 6,383,079 | 2,072,675 | 818,848 | 88,915 | - |
| Kansas | 4,265,257 | 1,705,613 | 460,063 | 45,813 | - | - |
| Kentucky | 8,445,757 | 4,049,271 | 1,304,462 | 404,539 | 9,035 | - |
| Louisiana | 10,903,788 | 6,462,619 | 2,607,480 | 1,234,452 | 435,950 | 51,327 |
| Minnesota | 8,144,709 | 3,165,912 | 739,152 | 47,322 | - | - |
| Nebraska | 3,262,546 | 1,411,082 | 467,978 | 109,738 | 11,793 | - |
| New Jersey | 21,986,042 | 11,059,480 | 3,346,935 | 1,244,539 | 155,813 | - |
| New York | 38,392,348 | 18,804,396 | 5,457,631 | 1,283,139 | 155,498 | - |
| North Carolina | 26,082,047 | 14,208,266 | 4,850,532 | 2,147,005 | 417,316 | - |
| Pennsylvania | 24,859,936 | 12,479,857 | 4,241,270 | 1,809,522 | 327,432 | 11,300 |
| South Carolina | 10,279,147 | 5,337,696 | 1,781,614 | 784,216 | 134,556 | - |
| Virginia | 19,010,476 | 10,066,591 | 3,453,614 | 1,499,750 | 264,911 | - |
| Wisconsin | 8,066,977 | 3,262,933 | 891,367 | 159,311 | 14,427 | - |
| **Total (2018-02 to 2024-03)** | **355,387,829** | **184,030,786** | **59,422,398** | **22,007,195** | **4,322,957** | **71,716** |

**Source and Notes**

Schedule 2.9.2S.

Highly Confidential - Pursuant to Protective Order

HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS