Expert Report – Highly Confidential

| Month | Total Enforcements | Number of Hard-link Enforcements | Est. Number of Hard-link Enforcements | % Hard-link Enforcements |
|---|---|---|---|---|
| 2021-04-01 | 20,222 | | 211 | |
| 2021-05-01 | 25,770 | | 269 | |
| 2021-06-01 | 33,344 | | 348 | |
| 2021-07-01 | 52,135 | | 544 | |
| 2021-08-01 | 34,860 | | 364 | |
| 2021-09-01 | 31,596 | | 329 | |
| 2021-10-01 | 31,660 | | 330 | |
| 2021-11-01 | 17,353 | 111 | | 0.6% |
| 2021-12-01 | 10,628 | 111 | | 1.0% |
| 2022-01-01 | 10,537 | 142 | | 1.3% |
| 2022-02-01 | 10,690 | 100 | | 0.9% |
| 2022-03-01 | 29,821 | 241 | | 0.8% |
| 2022-04-01 | 21,649 | 69 | | 0.3% |
| 2022-05-01 | 128,304 | 118 | | 0.1% |
| 2022-06-01 | 79,854 | 530 | | 0.7% |
| 2022-07-01 | 35,057 | 407 | | 1.2% |
| 2022-08-01 | 28,636 | 178 | | 0.6% |
| 2022-09-01 | 42,848 | 196 | | 0.5% |
| 2022-10-01 | 35,176 | 15 | | <0.1% |
| 2022-11-01 | 60,005 | | 626 | |
| 2022-12-01 | 22,196 | | 231 | |
| 2023-01-01 | 12,328 | | 128 | |
| 2023-02-01 | 4,118 | | 43 | |
| 2023-03-01 | 3,705 | | 38 | |
| 2023-04-01 | 1,523 | | 15 | |
| 2023-05-01 | 131,675 | 554 | | 0.4% |
| 2023-06-01 | 29,230 | 514 | | 1.8% |
| 2023-07-01 | 32,447 | 469 | | 1.4% |
| 2023-08-01 | 31,388 | 383 | | 1.2% |
| 2023-09-01 | 15,970 | 319 | | 2.0% |
| 2023-10-01 | 16,489 | 345 | | 2.1% |
| 2023-11-01 | 36,871 | 353 | | 1.0% |
| 2023-12-01 | 28,333 | 324 | | 1.1% |
| 2024-01-01 | 26,939 | 416 | | 1.5% |
| 2024-02-01 | 24,005 | 475 | | 2.0% |
| 2024-03-01 | 103 | 4 | | 3.9% |
| Totals: | 1,476,139 | 6,374 | 6,798 | Median %: 1.0% |

**Table 54 - Estimated Number of Hard-Linked Disables by Month**

| Month | Total Enforcements | Number of Hard-link Enforcements | Est. Number of Hard-link Enforcements | % Hard-link Enforcements |
|---|---|---|---|---|
| 2017-10-01 | 1,258 | 192 | 32 | |
| 2017-11-01 | 2,431 | 331 | 103 | |
| 2017-12-01 | 57 | 8 | 2 | |
| 2018-01-01 | 50 | 5 | 3 | |
| 2018-02-01 | 61 | 4 | 6 | |
| 2018-03-01 | 112 | 2 | 18 | |
| 2018-04-01 | 164 | 8 | 21 | |
| 2018-05-01 | 161 | 12 | 16 | |
| 2018-06-01 | 16,630 | 12 | 2,960 | |
| 2018-07-01 | 368 | 4 | 61 | |
| 2018-08-01 | 302 | 14 | 39 | |
| 2018-09-01 | 341 | 6 | 54 | |
| 2018-10-01 | 294 | 9 | 43 | |
| 2018-11-01 | 479 | 9 | 76 | |
| 2018-12-01 | 677 | 17 | 103 | |
| 2019-01-01 | 602 | 9 | 98 | |

Expert Report – Highly Confidential

| | | | | |
|---|---|---|---|---|
| 2019-02-01 | 674 | 23 | 97 | |
| 2019-03-01 | 2,140 | 10 | 372 | |
| 2019-04-01 | 1,446 | 23 | 235 | |
| 2019-05-01 | 1,514 | 3 | 267 | |
| 2019-06-01 | 1,772 | 9 | 307 | |
| 2019-07-01 | 2,586 | 13 | 449 | |
| 2019-08-01 | 2,936 | 6 | 518 | |
| 2019-09-01 | 1,949 | 31 | 317 | |
| 2019-10-01 | 2,109 | 12 | 364 | |
| 2019-11-01 | 2,934 | 19 | 505 | |
| 2019-12-01 | 3,839 | 55 | 631 | |
| 2020-01-01 | 5,753 | 38 | 990 | |
| 2020-02-01 | 7,166 | 22 | 1,258 | |
| 2020-03-01 | 19,729 | 12 | 3,513 | |
| 2020-04-01 | 12,051 | 21 | 2,132 | |
| 2020-05-01 | 13,914 | 22 | 2,464 | |
| 2020-06-01 | 12,648 | 29 | 2,231 | |
| 2020-07-01 | 11,993 | 44 | 2,099 | |
| 2020-08-01 | 10,534 | 54 | 1,828 | |
| 2020-09-01 | 9,684 | 40 | 1,690 | |
| 2020-10-01 | 44,247 | 56 | 7,851 | |
| 2020-11-01 | 6,862 | 64 | 1,162 | |
| 2020-12-01 | 30,739 | 67 | 5,426 | |
| 2021-01-01 | 34,453 | 101 | 6,056 | |
| 2021-02-01 | 39,960 | 2,057 | 5,084 | |
| 2021-03-01 | 48,618 | 13,051 | 0 | |
| 2021-04-01 | 31,562 | 4,352 | 1,288 | |
| 2021-05-01 | 23,908 | 91 | 4,181 | |
| 2021-06-01 | 26,932 | 70 | 4,743 | |
| 2021-07-01 | 46,378 | 83 | 8,205 | |
| 2021-08-01 | 90,693 | 72 | 16,136 | |
| 2021-09-01 | 86,429 | 91 | 15,355 | |
| 2021-10-01 | 45,179 | 1,125 | | 2.5% |
| 2021-11-01 | 42,529 | 3,922 | | 9.2% |
| 2021-12-01 | 35,348 | 4,745 | | 13.4% |
| 2022-01-01 | 28,141 | 5,223 | | 18.6% |
| 2022-02-01 | 39,794 | 4,991 | | 12.5% |
| 2022-03-01 | 65,126 | 5,077 | | 7.8% |
| 2022-04-01 | 52,095 | 5,070 | | 9.7% |
| 2022-05-01 | 175,801 | 6,046 | | 3.4% |
| 2022-06-01 | 561,345 | 6,349 | | 1.1% |
| 2022-07-01 | 106,006 | 5,279 | | 5.0% |
| 2022-08-01 | 92,911 | 8,484 | | 9.1% |
| 2022-09-01 | 64,315 | 7,152 | | 11.1% |
| 2022-10-01 | 77,752 | 7,476 | | 9.6% |
| 2022-11-01 | 52,925 | 6,269 | | 11.8% |
| 2022-12-01 | 84,229 | 8,110 | | 9.6% |
| 2023-01-01 | 54,158 | 8,747 | | 16.2% |
| 2023-02-01 | 44,604 | 10,136 | | 22.7% |
| 2023-03-01 | 35,620 | 7,614 | | 21.4% |
| 2023-04-01 | 35,158 | 11,369 | | 32.3% |
| 2023-05-01 | 49,713 | 17,532 | | 35.3% |
| 2023-06-01 | 44,567 | 5,382 | | 12.1% |
| 2023-07-01 | 45,649 | 4,948 | | 10.8% |
| 2023-08-01 | 29,974 | 5,877 | | 19.6% |
| 2023-09-01 | 21,788 | 3,970 | | 18.2% |
| 2023-10-01 | 91,091 | 3,211 | | 3.5% |
| 2023-11-01 | 28,387 | 3,417 | | 12.0% |
| 2023-12-01 | 38,384 | 4,577 | | 11.9% |

Expert Report – Highly Confidential

| | | | | |
|---|---|---|---|---|
| 2024-01-01 | 42,163 | 9,864 | | 23.4% |
| 2024-02-01 | 48,196 | 11,832 | | 24.5% |
| 2024-03-01 | 47,081 | 8,250 | | 17.5% |
| 2024-04-01 | 11,434 | 2,394 | | 20.9% |
| 2024-05-01 | 10,116 | 2,377 | | 23.5% |
| 2024-06-01 | 12,132 | 4,031 | | 33.2% |
| 2024-07-01 | 26,353 | 6,298 | | 23.9% |
| 2024-08-01 | 40,098 | 21,903 | | 54.6% |
| 2024-09-01 | 41,618 | 23,143 | | 55.6% |
| 2024-10-01 | 25,054 | 10,284 | | 41.0% |
| 2024-11-01 | 25,742 | 7,750 | | 30.1% |
| 2024-12-01 | 24,117 | 7,067 | | 29.3% |
| 2025-01-01 | 19,016 | 6,528 | | 34.3% |
| 2025-02-01 | 11,987 | 4,268 | | 35.6% |
| 2025-03-01 | 3,592 | 1,421 | | 39.6% |
| Totals: | 3,093,427 | 320,791 | 101,389 | Median %: 17.9% |

**Table 56.1 - Estimated Number of Hard-Linked Enforcements by Month**

181. This analysis suggests that Meta could have detected substantial numbers of additional underage accounts, had Meta started performing hard-link enforcements (or fixed its system) earlier. Notably, Meta has used hard-links for disabling accounts for other types of policy violations since at least mid-2018,[216] and has long allowed users to affirmatively connect their accounts through hard-linking.[217]

## 5.5.6 Results on Estimation of Underage Soft-Match Enforcements

182. This analysis of Meta's productions focuses on US users that (potentially) should be enforced against for being "soft-matched" (which I discuss in Section 4) to an account that was checkpointed or disabled for being underage. Here, I estimate the number of soft-match enforcements Meta may have actioned if they implemented this feature. This section relies on FB-to-

---

[216] META3047MDL-040-00350729.

[217] META3047MDL-072-00151844 (October 2017 discussion of proposal to use data from "Hard-Matched" Instagram and Facebook accounts).

Expert Report of Ryan Sheatsley                                    105