**States v. Meta**
Summary of Instagram and Facebook Gross Profit from Year Turned 18 to March 31, 2024

Schedule 4.1.3S

## Instagram Aged-Up Teen Gross Profits, 2013 to 2017 [1]

| | 2013 - 2017 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **Average Daily Time Spent** | | | | | |
| | Over 0.5 Hours | Over 1 Hour | Over 2 Hours | Over 3 Hours | Over 4 Hours | Over 5 Hours |
| California | $151,384,819 | $71,239,915 | $22,262,473 | $4,452,495 | | |
| Colorado | $16,937,812 | $7,970,735 | $2,490,855 | $498,171 | | |
| Connecticut | $12,008,504 | $5,651,061 | $1,765,956 | $353,191 | | |
| Delaware | $3,349,414 | $1,576,195 | $492,561 | $98,512 | | |
| Illinois | $43,661,328 | $20,546,508 | $6,420,784 | $1,284,157 | | |
| Indiana | $24,376,465 | $11,471,278 | $3,584,774 | $716,955 | | |
| Kansas | $9,294,262 | $4,373,771 | $1,366,803 | $273,361 | | |
| Kentucky | $17,024,710 | $8,011,628 | $2,503,634 | $500,727 | | |
| Louisiana | $15,886,967 | $7,476,220 | $2,336,319 | $467,264 | | |
| Minnesota | $17,395,707 | $8,186,215 | $2,558,192 | $511,638 | | |
| Nebraska | $6,786,944 | $3,193,856 | $998,080 | $199,616 | | |
| New Jersey | $32,914,815 | $15,489,325 | $4,840,414 | $968,083 | | |
| New York | $63,907,004 | $30,073,884 | $9,398,089 | $1,879,618 | | |
| North Carolina | $39,211,867 | $18,452,643 | $5,766,451 | $1,153,290 | | |
| Pennsylvania | $44,130,800 | $20,767,435 | $6,489,823 | $1,297,965 | | |
| South Carolina | $17,713,562 | $8,335,794 | $2,604,936 | $520,987 | | |
| Virginia | $29,686,101 | $13,969,930 | $4,365,603 | $873,121 | | |
| Wisconsin | $18,177,133 | $8,553,945 | $2,673,108 | $534,622 | | |
| **Total** | **$563,848,215** | **$265,340,336** | **$82,918,855** | **$16,583,771** | | |

## Instagram Aged-Up Teen Gross Profits, 2018 to Q1 2024 [2]

| | 2018 - Q1 2024 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **Average Daily Time Spent** | | | | | |
| | Over 0.5 Hours | Over 1 Hour | Over 2 Hours | Over 3 Hours | Over 4 Hours | Over 5 Hours |
| California | $137,377,148 | $75,441,239 | $22,176,433 | $9,061,489 | $3,149,282 | $0 |
| Colorado | $10,680,069 | $4,420,560 | $1,003,404 | $103,050 | $0 | $0 |
| Connecticut | $9,561,489 | $4,232,239 | $964,934 | $196,589 | $0 | $0 |
| Delaware | $3,065,230 | $1,774,889 | $646,214 | $276,515 | $131,003 | $17,783 |
| Illinois | $27,672,399 | $11,249,817 | $2,752,737 | $381,089 | $15,511 | $0 |
| Indiana | $16,365,897 | $7,537,296 | $2,129,230 | $983,132 | $143,461 | $0 |
| Kansas | $5,202,575 | $1,948,512 | $445,931 | $5,405 | $0 | $0 |
| Kentucky | $11,262,959 | $5,212,456 | $1,475,273 | $650,582 | $76,172 | $0 |
| Louisiana | $12,249,047 | $6,912,698 | $2,659,020 | $1,234,330 | $678,946 | $229,896 |
| Minnesota | $10,456,894 | $3,856,531 | $799,543 | $8,055 | $0 | $0 |
| Nebraska | $4,132,090 | $1,618,892 | $462,272 | $126,273 | $3,137 | $0 |
| New Jersey | $28,090,657 | $13,610,299 | $3,530,649 | $1,419,315 | $181,931 | $0 |
| New York | $50,038,459 | $23,134,937 | $5,579,126 | $1,526,707 | $34,986 | $0 |
| North Carolina | $31,111,277 | $16,198,021 | $5,060,277 | $2,312,778 | $760,495 | $0 |
| Pennsylvania | $32,944,320 | $16,031,792 | $5,067,713 | $2,457,494 | $831,259 | $197,044 |
| South Carolina | $12,107,408 | $5,894,812 | $1,705,615 | $785,616 | $162,166 | $0 |
| Virginia | $24,087,662 | $12,331,389 | $3,927,963 | $1,825,295 | $601,536 | $0 |
| Wisconsin | $10,226,593 | $3,693,235 | $877,074 | $45,768 | $6,420 | $0 |
| **Total** | **$436,632,173** | **$215,099,616** | **$61,263,407** | **$23,399,482** | **$6,776,306** | **$444,723** |

## Instagram Aged-Up Teen Gross Profits, 2013 to Q1 2024 [3]

| | 2013 - Q1 2024 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **Average Daily Time Spent** | | | | | |
| | Over 0.5 Hours | Over 1 Hour | Over 2 Hours | Over 3 Hours | Over 4 Hours | Over 5 Hours |
| California | $288,761,967 | $146,681,154 | $44,438,906 | $13,513,984 | $3,149,282 | $0 |
| Colorado | $27,617,881 | $12,391,295 | $3,494,259 | $601,221 | $0 | $0 |
| Connecticut | $21,569,992 | $9,883,300 | $2,730,891 | $549,781 | $0 | $0 |
| Delaware | $6,414,644 | $3,351,084 | $1,138,775 | $375,027 | $131,003 | $17,783 |
| Illinois | $71,333,727 | $31,796,325 | $9,173,520 | $1,665,246 | $15,511 | $0 |
| Indiana | $40,742,362 | $19,008,574 | $5,714,004 | $1,700,087 | $143,461 | $0 |
| Kansas | $14,496,838 | $6,322,282 | $1,812,734 | $278,765 | $0 | $0 |
| Kentucky | $28,287,669 | $13,224,084 | $3,978,907 | $1,151,309 | $76,172 | $0 |
| Louisiana | $28,136,014 | $14,388,918 | $4,995,338 | $1,701,594 | $678,946 | $229,896 |
| Minnesota | $27,852,601 | $12,042,746 | $3,357,736 | $519,693 | $0 | $0 |
| Nebraska | $10,919,034 | $4,812,748 | $1,460,352 | $325,889 | $3,137 | $0 |
| New Jersey | $61,005,472 | $29,099,624 | $8,371,063 | $2,387,397 | $181,931 | $0 |
| New York | $113,945,463 | $53,208,822 | $14,977,214 | $3,406,325 | $34,986 | $0 |
| North Carolina | $70,323,143 | $34,650,664 | $10,826,728 | $3,466,069 | $760,495 | $0 |
| Pennsylvania | $77,075,119 | $36,799,227 | $11,557,536 | $3,755,458 | $831,259 | $197,044 |
| South Carolina | $29,820,970 | $14,230,606 | $4,310,551 | $1,306,603 | $162,166 | $0 |
| Virginia | $53,773,764 | $26,301,320 | $8,293,567 | $2,698,416 | $601,536 | $0 |
| Wisconsin | $28,403,726 | $12,247,180 | $3,550,182 | $580,390 | $6,420 | $0 |
| **Total** | **$1,000,480,388** | **$480,439,952** | **$144,182,262** | **$39,983,253** | **$6,776,306** | **$444,723** |

## Facebook Aged-Up Teen Gross Profits, 2013 to Q1 2024 [4]

| | 2013 - Q1 2024 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **Average Daily Time Spent** | | | | | |
| | Over 0.5 Hours | Over 1 Hour | Over 2 Hours | Over 3 Hours | Over 4 Hours | Over 5 Hours |
| California | $57,329,380 | $26,692,850 | $8,020,272 | $2,425,499 | -$127,895 | $0 |
| Colorado | $11,717,216 | $5,839,869 | $1,867,184 | $784,935 | $215,027 | $19,461 |
| Connecticut | $3,998,364 | $1,666,465 | $574,001 | $177,677 | $53,177 | $0 |
| Delaware | $798,298 | $351,909 | $120,704 | $29,174 | $14,451 | $0 |
| Illinois | $23,911,390 | $11,958,715 | $3,987,028 | $1,883,414 | $591,200 | $209,664 |
| Indiana | $9,616,707 | $4,697,371 | $1,506,555 | $535,947 | $208,408 | $104,844 |
| Kansas | $4,487,284 | $2,205,048 | $720,212 | $245,346 | $48,001 | $3,626 |
| Kentucky | $5,547,670 | $2,550,358 | $724,760 | $207,046 | $20,303 | -$17,074 |
| Louisiana | $4,103,363 | $1,778,893 | $583,936 | $198,978 | $55,690 | $0 |
| Minnesota | $7,102,297 | $3,154,084 | $1,055,101 | $332,616 | $112,336 | -$7,233 |
| Nebraska | $3,003,530 | $1,393,585 | $423,592 | $150,268 | $36,767 | $6,613 |
| New Jersey | $8,990,940 | $3,970,646 | $1,422,394 | $430,657 | $116,968 | $0 |
| New York | $33,201,988 | $17,560,798 | $6,062,449 | $2,785,011 | $647,725 | $205,437 |
| North Carolina | $11,847,012 | $5,537,696 | $1,743,969 | $638,148 | $195,180 | $51,568 |
| Pennsylvania | $16,336,858 | $7,670,587 | $2,497,458 | $878,477 | $326,233 | $6,927 |
| South Carolina | $6,383,731 | $3,135,708 | $1,055,404 | $370,582 | $184,094 | $88,125 |
| Virginia | $9,228,792 | $4,182,178 | $1,350,881 | $462,061 | $140,285 | $0 |
| Wisconsin | $10,109,303 | $4,637,303 | $1,445,674 | $660,461 | $207,558 | $67,421 |
| **Total** | **$227,714,125** | **$108,984,063** | **$35,161,574** | **$13,196,296** | **$3,045,508** | **$739,378** |

## Instagram and Facebook Gross Profits From Aged-Up Teens by State, 2013 to Q1 2024

| | 2013 - Q1 2024 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **Average Daily Time Spent** | | | | | |
| | Over 0.5 Hours | Over 1 Hour | Over 2 Hours | Over 3 Hours | Over 4 Hours | Over 5 Hours |
| California | $346,091,347 | $173,374,004 | $52,459,178 | $15,939,483 | $3,021,388 | $0 |
| Colorado | $39,335,097 | $18,231,163 | $5,361,442 | $1,386,155 | $215,027 | $19,461 |
| Connecticut | $25,568,356 | $11,549,765 | $3,304,892 | $727,457 | $53,177 | $0 |
| Delaware | $7,212,941 | $3,702,993 | $1,259,479 | $404,201 | $145,454 | $17,783 |
| Illinois | $95,245,117 | $43,755,040 | $13,160,548 | $3,548,660 | $606,712 | $209,664 |
| Indiana | $50,359,069 | $23,705,945 | $7,220,559 | $2,236,034 | $351,869 | $104,844 |
| Kansas | $18,984,122 | $8,527,330 | $2,532,947 | $524,111 | $48,001 | $3,626 |
| Kentucky | $33,835,339 | $15,774,442 | $4,703,667 | $1,358,355 | $96,475 | -$17,074 |
| Louisiana | $32,239,377 | $16,167,811 | $5,579,274 | $1,900,572 | $734,636 | $229,896 |
| Minnesota | $34,954,898 | $15,196,830 | $4,412,837 | $852,309 | $112,336 | -$7,233 |
| Nebraska | $13,922,565 | $6,206,333 | $1,883,943 | $476,157 | $39,904 | $6,613 |
| New Jersey | $69,996,412 | $33,070,270 | $9,793,457 | $2,818,055 | $298,900 | $0 |
| New York | $147,147,452 | $70,769,620 | $21,039,663 | $6,191,336 | $682,711 | $205,437 |
| North Carolina | $82,170,155 | $40,188,360 | $12,570,696 | $4,104,217 | $955,675 | $51,568 |
| Pennsylvania | $93,411,978 | $44,469,815 | $14,054,994 | $4,633,935 | $1,157,492 | $203,970 |
| South Carolina | $36,204,702 | $17,366,314 | $5,365,954 | $1,677,185 | $346,259 | $88,125 |
| Virginia | $63,002,556 | $30,483,498 | $9,644,448 | $3,160,477 | $741,821 | $0 |
| Wisconsin | $38,513,030 | $16,884,483 | $4,995,856 | $1,240,851 | $213,979 | $67,421 |
| **Total** | **$1,228,194,513** | **$589,424,015** | **$179,343,836** | **$53,179,550** | **$9,821,814** | **$1,184,101** |

## Summary of Instagram and Facebook Gross Profits From Aged-Up Teens, 2013 to Q1 2024

| | | **Average Daily Time Spent** | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Over 0.5 Hours | Over 1 Hour | Over 2 Hours | Over 3 Hours | Over 4 Hours | Over 5 Hours |
| **Instagram** | | | | | | | |
| [1] | 2013 - 2017 | $563,848,215 | $265,340,336 | $82,918,855 | $16,583,771 | | |
| [2] | 2018 - Q1 2024 | $436,632,173 | $215,099,616 | $61,263,407 | $23,399,482 | $6,776,306 | $444,723 |
| | 2013 - Q1 2024 | $1,000,480,388 | $480,439,952 | $144,182,262 | $39,983,253 | $6,776,306 | $444,723 |
| **Facebook** | | | | | | | |
| [4] | 2013 - Q1 2024 | $227,714,125 | $108,984,063 | $35,161,574 | $13,196,296 | $3,045,508 | $739,378 |
| | **Total** | **$1,228,194,513** | **$589,424,015** | **$179,343,836** | **$53,179,550** | **$9,821,814** | **$1,184,101** |

| | | **Average Daily Time Spent** | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Over 0.5 and Less than 1 Hour | Over 1 and Less than 2 Hours | Over 2 and Less than 3 Hours | Over 3 and Less than 4 Hours | Over 4 and Less than 5 Hours | Over 5 Hours |
| **Instagram** | | | | | | | |
| [1] | 2013 - 2017 | $298,507,878 | $182,421,481 | $66,335,084 | $16,583,771 | | |
| [2] | 2018 - Q1 2024 | $221,532,557 | $153,836,209 | $37,863,925 | $16,623,176 | $6,331,584 | $444,723 |
| | 2013 - Q1 2024 | $520,040,436 | $336,257,690 | $104,199,009 | $33,206,947 | $6,331,584 | $444,723 |
| **Facebook** | | | | | | | |
| [4] | 2013 - Q1 2024 | $118,730,063 | $73,822,489 | $21,965,277 | $10,150,788 | $2,306,130 | $739,378 |
| | **Total** | **$638,770,498** | **$410,080,179** | **$126,164,286** | **$43,357,735** | **$8,637,713** | **$1,184,101** |

**Sources and Notes**
[1] Schedule 4.5.1S.
[2] Schedule 4.1.1S.
[3] Sum of information shown at [1] and [2].
[4] Schedule 4.1.1S.
[5] Sum of information shown at [3] and [4].


**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

Highly Confidential - Pursuant to Protective Order