States v. Meta
Instagram Teen ARPU

Schedule 2.8.GS



Sources and Notes
[1] Vol 209 (2018-2024), Vol 170 (2013-2017)
[2] Vol 18880

HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

Highly Confidential - Pursuant to Protective Order