**States v. Meta**
Instagram Time Spent Instances, Revenues, and Gross Profit 2013

Schedule 2.8.1S

### % of Total Teens [5]

|  | State % of MAU (2018-2021) [1] | Teen Annual ARPU per MAU [2] | Total Teen MAU [3] | Users / Persons Multiplier [4] | Total Teen MAU | Teen MAU over 0.5 Hours (34%) | Teen MAU over 1 Hours (16%) | Teen MAU over 2 Hours (5%) | Teen MAU over 3 Hours (1%) | Teen MAU >0.5 < 1.0 Hour | Teen MAU >1.0 < 2.0 Hour | Teen MAU >2.0 < 3.0 Hour | Teen MAU > 3.0 Hour | Average Teen Daily Time Spent (Seconds, 2018-2021) [6] | Teen Revenue >0.5 < 1.0 Hour (1.4) | Teen Revenue >1.0 < 2.0 Hour (2.7) | Teen Revenue >2.0 < 3.0 Hour (4.5) | Teen Revenue > 3.0 Hour (5.4) | Total COGS [7] | Total MAU [8] | Annual COGS / MAU | Weighted Average Daily Time Spent (Seconds, 2018-2021) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 - Total U.S. | | $ 0.01 | 9,066,667 | 1.35 | 12,240,000 | 4,161,600 | 1,958,400 | 612,000 | 122,400 | 2,203,200 | 1,346,400 | 489,600 | 122,400 | 1,988 | $ 27,542 | $ 33,662 | $ 20,401 | 6,120 | $ 563,694 | 34,062,679 | $ 0.02 | 1,444 |
| California | 13.0% | | | | 1,587,421 | 539,723 | 253,987 | 79,371 | 15,874 | 285,736 | 174,616 | 63,497 | 15,874 | | 3,572 | 4,366 | 2,646 | 794 | | | | |
| Colorado | 1.5% | | | | 177,610 | 60,387 | 28,418 | 8,880 | 1,776 | 31,970 | 19,537 | 7,104 | 1,776 | | 400 | 488 | 296 | 89 | | | | |
| Connecticut | 1.0% | | | | 125,921 | 42,813 | 20,147 | 6,296 | 1,259 | 22,666 | 13,851 | 5,037 | 1,259 | | 283 | 346 | 210 | 63 | | | | |
| Delaware | 0.3% | | | | 35,122 | 11,941 | 5,620 | 1,756 | 351 | 6,322 | 3,863 | 1,405 | 351 | | 79 | 97 | 59 | 18 | | | | |
| Illinois | 3.7% | | | | 457,833 | 155,663 | 73,253 | 22,892 | 4,578 | 82,410 | 50,362 | 18,313 | 4,578 | | 1,030 | 1,259 | 763 | 229 | | | | |
| Indiana | 2.1% | | | | 255,612 | 86,908 | 40,898 | 12,781 | 2,556 | 46,010 | 28,117 | 10,224 | 2,556 | | 575 | 703 | 426 | 128 | | | | |
| Kansas | 0.8% | | | | 97,460 | 33,136 | 15,594 | 4,873 | 975 | 17,543 | 10,721 | 3,898 | 975 | | 219 | 268 | 162 | 49 | | | | |
| Kentucky | 1.5% | | | | 178,521 | 60,697 | 28,563 | 8,926 | 1,785 | 32,134 | 19,637 | 7,141 | 1,785 | | 402 | 491 | 298 | 89 | | Adult MAU | Adult Average Daily Time Spent (Seconds, 2018-2021) [9] | Annual Adult COGS / MAU |
| Louisiana | 1.4% | | | | 166,591 | 56,641 | 26,655 | 8,330 | 1,666 | 29,986 | 18,325 | 6,664 | 1,666 | | 375 | 458 | 278 | 83 | | 21,822,679 | 1,138 | $ 0.01 |
| Minnesota | 1.5% | | | | 182,411 | 62,020 | 29,186 | 9,121 | 1,824 | 32,834 | 20,065 | 7,296 | 1,824 | | 410 | 502 | 304 | 91 | | | | |
| Nebraska | 0.6% | | | | 71,168 | 24,197 | 11,387 | 3,558 | 712 | 12,810 | 7,828 | 2,847 | 712 | | 160 | 196 | 119 | 36 | | | | |
| New Jersey | 2.8% | | | | 345,145 | 117,349 | 55,223 | 17,257 | 3,451 | 62,126 | 37,966 | 13,806 | 3,451 | | 777 | 949 | 575 | 173 | | | | |
| New York | 5.5% | | | | 670,129 | 227,844 | 107,221 | 33,506 | 6,701 | 120,623 | 73,714 | 26,805 | 6,701 | | 1,508 | 1,843 | 1,117 | 335 | | | | |
| North Carolina | 3.4% | | | | 411,176 | 139,800 | 65,788 | 20,559 | 4,112 | 74,012 | 45,229 | 16,447 | 4,112 | | 925 | 1,131 | 685 | 206 | | | | |
| Pennsylvania | 3.8% | | | | 462,756 | 157,337 | 74,041 | 23,138 | 4,628 | 83,296 | 50,903 | 18,510 | 4,628 | | 1,041 | 1,273 | 771 | 231 | | | | |
| South Carolina | 1.5% | | | | 185,744 | 63,153 | 29,719 | 9,287 | 1,857 | 33,434 | 20,432 | 7,430 | 1,857 | | 418 | 511 | 310 | 93 | | | | |
| Virginia | 2.5% | | | | 311,288 | 105,838 | 49,806 | 15,564 | 3,113 | 56,032 | 34,242 | 12,452 | 3,113 | | 700 | 856 | 519 | 156 | | | | |
| Wisconsin | 1.6% | | | | 190,605 | 64,806 | 30,497 | 9,530 | 1,906 | 34,309 | 20,967 | 7,624 | 1,906 | | 429 | 524 | 318 | 95 | | | | |
| **Total UDAP States** | 48.3% | | | | 5,912,512 | **2,010,254** | **946,002** | **295,626** | **59,125** | **1,064,252** | **650,376** | **236,500** | **59,125** | | $ 13,304 | $ 16,261 | $ 9,855 | $ 2,956 | | | | |

### Time Adjustment Factor

|  | Monthly Instances of Average Daily Time Spent Over Thresholds | Instances Over 0.5 Hours | Instances over 1 Hour | Instances over 2 Hours | Instances over 3 Hours | Instances >0.5 < 1.0 Hour | Instances >1.0 < 2.0 Hour | Instances >2.0 < 3.0 Hour | Instances > 3.0 Hour | Teen COGS >0.5 < 1.0 Hour (1.9) | Teen COGS >1.0 < 2.0 Hour (3.7) | Teen COGS >2.0 < 3.0 Hour (6.2) | Teen COGS > 3.0 Hour (7.5) | Teen Gross Profit >0.5 < 1.0 Hour | Teen Gross Profit >1.0 < 2.0 Hour | Teen Gross Profit >2.0 < 3.0 Hour | Teen Gross Profit > 3.0 Hour |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 - Total U.S. | | | | | | | | | | $ 68,196 | $ 83,350 | $ 50,515 | $ 15,155 | $ (40,654) | $ (49,688) | $ (30,114) | $ (9,034) |
| California | | 6,476,678 | 3,047,849 | 952,453 | 190,491 | 3,428,830 | 2,095,396 | 761,962 | 190,491 | 8,844 | 10,810 | 6,551 | 1,965 | (5,272) | (6,444) | (3,906) | (1,172) |
| Colorado | | 724,648 | 341,011 | 106,566 | 21,313 | 383,637 | 234,445 | 85,253 | 21,313 | 990 | 1,209 | 733 | 220 | (590) | (721) | (437) | (131) |
| Connecticut | | 513,758 | 241,769 | 75,553 | 15,111 | 271,990 | 166,216 | 60,442 | 15,111 | 702 | 857 | 520 | 156 | (418) | (511) | (310) | (93) |
| Delaware | | 143,298 | 67,434 | 21,073 | 4,215 | 75,863 | 46,361 | 16,859 | 4,215 | 196 | 239 | 145 | 43 | (117) | (143) | (86) | (26) |
| Illinois | | 1,867,957 | 879,039 | 274,700 | 54,940 | 988,919 | 604,339 | 219,760 | 54,940 | 2,551 | 3,118 | 1,890 | 567 | (1,521) | (1,859) | (1,126) | (338) |
| Indiana | | 1,042,895 | 490,774 | 153,367 | 30,673 | 552,121 | 337,407 | 122,694 | 30,673 | 1,424 | 1,741 | 1,055 | 316 | (849) | (1,038) | (629) | (189) |
| Kansas | | 397,635 | 187,122 | 58,476 | 11,695 | 210,513 | 128,647 | 46,781 | 11,695 | 543 | 664 | 402 | 121 | (324) | (396) | (240) | (72) |
| Kentucky | | 728,366 | 342,760 | 107,113 | 21,423 | 385,606 | 235,648 | 85,690 | 21,423 | 995 | 1,216 | 737 | 221 | (593) | (725) | (439) | (132) |
| Louisiana | | 679,690 | 319,854 | 99,954 | 19,991 | 359,836 | 219,900 | 79,964 | 19,991 | 928 | 1,134 | 688 | 206 | (553) | (676) | (410) | (123) |
| Minnesota | | 744,238 | 350,230 | 109,447 | 21,889 | 394,009 | 240,783 | 87,557 | 21,889 | 1,016 | 1,242 | 753 | 226 | (606) | (740) | (449) | (135) |
| Nebraska | | 290,365 | 136,642 | 42,701 | 8,540 | 153,723 | 93,942 | 34,161 | 8,540 | 397 | 485 | 294 | 88 | (236) | (289) | (175) | (53) |
| New Jersey | | 1,408,190 | 662,678 | 207,087 | 41,417 | 745,513 | 455,591 | 165,669 | 41,417 | 1,923 | 2,350 | 1,424 | 427 | (1,146) | (1,401) | (849) | (255) |
| New York | | 2,734,126 | 1,286,647 | 402,077 | 80,415 | 1,447,478 | 884,570 | 321,662 | 80,415 | 3,734 | 4,563 | 2,766 | 830 | (2,226) | (2,720) | (1,649) | (495) |
| North Carolina | | 1,677,596 | 789,457 | 246,705 | 49,341 | 888,139 | 542,752 | 197,364 | 49,341 | 2,291 | 2,800 | 1,697 | 509 | (1,366) | (1,669) | (1,012) | (303) |
| Pennsylvania | | 1,888,043 | 888,491 | 277,653 | 55,531 | 999,552 | 610,837 | 222,123 | 55,531 | 2,578 | 3,151 | 1,910 | 573 | (1,537) | (1,879) | (1,139) | (342) |
| South Carolina | | 757,837 | 356,629 | 111,447 | 22,289 | 401,208 | 245,183 | 89,157 | 22,289 | 1,035 | 1,265 | 767 | 230 | (617) | (754) | (457) | (137) |
| Virginia | | 1,270,057 | 597,674 | 186,773 | 37,355 | 672,383 | 410,901 | 149,418 | 37,355 | 1,734 | 2,120 | 1,285 | 385 | (1,034) | (1,264) | (766) | (230) |
| Wisconsin | | 777,670 | 365,962 | 114,363 | 22,873 | 411,708 | 251,599 | 91,491 | 22,873 | 1,062 | 1,298 | 787 | 236 | (633) | (774) | (469) | (141) |
| | | **24,123,049** | **11,352,023** | **3,547,507** | **709,501** | **12,771,026** | **7,804,516** | **2,838,006** | **709,501** | $ 32,942 | $ 40,262 | $ 24,401 | $ 7,320 | $ (19,638) | $ (24,002) | $ (14,546) | $ (4,364) |

$ (62,550)

**Sources and Notes**
[1] Schedule 2.6.
[2] Schedule 2.8.6.
[3] Schedule 2.5.
[4] Schedule 2.7.
[5] Based on average percentage of MAU exceeding time-spent threshold across MDL states. Above 3-Hours threshold MAU percentage is rounded up to 1%.
[6] Schedule 3.2.
[7] Schedule 3.1.
[8] Schedule 2.8.6.
[9] Schedule 3.3


**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

Highly Confidential - Pursuant to Protective Order