**States v. Meta**
Instagram Time Spent Instances, Revenues, and Gross Profit 2014

Schedule 2.8.2S

### Upper Table

| | State % of MAU (2018-2021) [1] | Teen Annual ARPU per MAU [2] | Total Teen MAP [3] | Users / Persons Multiplier [4] | Total Teen MAU | Teen MAU over 0.5 Hours (34%) | Teen MAU over 1 Hours (16%) | Teen MAU over 2 Hours (5%) | Teen MAU over 3 Hours (1%) | Teen MAU >0.5 < 1.0 Hour | Teen MAU >1.0 < 2.0 Hour | Teen MAU >2.0 < 3.0 Hour | Teen MAU > 3.0 Hour | Average Teen Daily Time Spent (Seconds, 2018-2021) [6] | Teen Revenue >0.5 < 1.0 Hour (1.4) | Teen Revenue >1.0 < 2.0 Hour (2.7) | Teen Revenue >2.0 < 3.0 Hour (4.5) | Teen Revenue > 3.0 Hour (5.4) | Total COGS [7] | Total MAU [8] | Annual COGS / MAU | Weighted Average Daily Time Spent (Seconds, 2018-2021) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 - Total U.S. | | $ 0.12 | 14,616,667 | 1.35 | 19,732,500 | 6,709,050 | 3,157,200 | 986,625 | 197,325 | 3,551,850 | 2,170,575 | 789,300 | 197,325 | 1,988 | $ 579,719 | $ 708,546 | $ 429,422 | $ 128,827 | $ 22,292,543 | 63,137,388 | $ 0.35 | 1,404 |
| California | 13.0% | | | | 2,559,133 | 870,105 | 409,461 | 127,957 | 25,591 | 460,644 | 281,505 | 102,365 | 25,591 | | 75,185 | 91,892 | 55,692 | 16,708 | | | | |
| Colorado | 1.5% | | | | 286,331 | 97,352 | 45,813 | 14,317 | 2,863 | 51,540 | 31,496 | 11,453 | 2,863 | | 8,412 | 10,281 | 6,231 | 1,869 | | | | |
| Connecticut | 1.0% | | | | 203,002 | 69,021 | 32,480 | 10,150 | 2,030 | 36,540 | 22,330 | 8,120 | 2,030 | | 5,964 | 7,289 | 4,418 | 1,325 | | | | |
| Delaware | 0.3% | | | | 56,621 | 19,251 | 9,059 | 2,831 | 566 | 10,192 | 6,228 | 2,265 | 566 | | 1,663 | 2,033 | 1,232 | 370 | | | | |
| Illinois | 3.7% | | | | 738,087 | 250,950 | 118,094 | 36,904 | 7,381 | 132,856 | 81,190 | 29,523 | 7,381 | | 21,684 | 26,503 | 16,062 | 4,819 | | | | |
| Indiana | 2.1% | | | | 412,080 | 140,107 | 65,933 | 20,604 | 4,121 | 74,174 | 45,329 | 16,483 | 4,121 | | 12,106 | 14,797 | 8,968 | 2,690 | | | | |
| Kansas | 0.8% | | | | 157,118 | 53,420 | 25,139 | 7,856 | 1,571 | 28,281 | 17,283 | 6,285 | 1,571 | | 4,616 | 5,642 | 3,419 | 1,026 | | | Adult Average Daily Time Spent (Seconds, 2018-2021) [9] | Annual Adult COGS / MAU |
| Kentucky | 1.5% | | | | 287,800 | 97,852 | 46,048 | 14,390 | 2,878 | 51,804 | 31,658 | 11,512 | 2,878 | | 8,455 | 10,334 | 6,263 | 1,879 | | **Adult MAU** | | |
| Louisiana | 1.4% | | | | 268,566 | 91,313 | 42,971 | 13,428 | 2,686 | 48,342 | 29,542 | 10,743 | 2,686 | | 7,890 | 9,644 | 5,845 | 1,753 | | 43,404,888 | 1,138 | $ 0.29 |
| Minnesota | 1.5% | | | | 294,071 | 99,984 | 47,051 | 14,704 | 2,941 | 52,933 | 32,348 | 11,763 | 2,941 | | 8,639 | 10,559 | 6,400 | 1,920 | | | | |
| Nebraska | 0.6% | | | | 114,732 | 39,009 | 18,357 | 5,737 | 1,147 | 20,652 | 12,621 | 4,589 | 1,147 | | 3,371 | 4,120 | 2,497 | 749 | | | | |
| New Jersey | 2.8% | | | | 556,419 | 189,182 | 89,027 | 27,821 | 5,564 | 100,155 | 61,206 | 22,257 | 5,564 | | 16,347 | 19,980 | 12,109 | 3,633 | | | | |
| New York | 5.5% | | | | 1,080,336 | 367,314 | 172,854 | 54,017 | 10,803 | 194,461 | 118,837 | 43,213 | 10,803 | | 31,739 | 38,792 | 23,510 | 7,053 | | | | |
| North Carolina | 3.4% | | | | 662,869 | 225,376 | 106,059 | 33,143 | 6,629 | 119,317 | 72,916 | 26,515 | 6,629 | | 19,474 | 23,802 | 14,425 | 4,328 | | | | |
| Pennsylvania | 3.8% | | | | 746,023 | 253,648 | 119,364 | 37,301 | 7,460 | 134,284 | 82,063 | 29,841 | 7,460 | | 21,917 | 26,788 | 16,235 | 4,871 | | | | |
| South Carolina | 1.5% | | | | 299,445 | 101,811 | 47,911 | 14,972 | 2,994 | 53,900 | 32,939 | 11,978 | 2,994 | | 8,797 | 10,752 | 6,517 | 1,955 | | | | |
| Virginia | 2.5% | | | | 501,838 | 170,625 | 80,294 | 25,092 | 5,018 | 90,331 | 55,202 | 20,074 | 5,018 | | 14,743 | 18,020 | 10,921 | 3,276 | | | | |
| Wisconsin | 1.6% | | | | 307,281 | 104,476 | 49,165 | 15,364 | 3,073 | 55,311 | 33,801 | 12,291 | 3,073 | | 9,028 | 11,034 | 6,687 | 2,006 | | | | |
| **Total UDAP States** | **48.3%** | | | | **9,531,752** | **3,240,796** | **1,525,080** | **476,588** | **95,318** | **1,715,715** | **1,048,493** | **381,270** | **95,318** | | **$ 280,032** | **$ 342,262** | **$ 207,431** | **$ 62,229** | | | | |

### Lower Table

| | Monthly Instances of Average Daily Time Spent Over Thresholds | Instances Over 0.5 Hours | Instances over 1 Hour | Instances over 2 Hours | Instances over 3 Hours | Instances >0.5 < 1.0 Hour | Instances >1.0 < 2.0 Hour | Instances >2.0 < 3.0 Hour | Instances > 3.0 Hour | Teen COGS >0.5 < 1.0 Hour (1.9) | Teen COGS >1.0 < 2.0 Hour (3.8) | Teen COGS >2.0 < 3.0 Hour (6.4) | Teen COGS > 3.0 Hour (7.7) | Teen Gross Profit >0.5 < 1.0 Hour | Teen Gross Profit >1.0 < 2.0 Hour | Teen Gross Profit >2.0 < 3.0 Hour | Teen Gross Profit > 3.0 Hour |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 - Total U.S. | | | | | | | | | | $2,412,153 | $ 2,948,187 | $1,786,780 | $ 536,034 | $ (1,832,434) | $ (2,239,642) | $ (1,357,359) | $ (407,208) |
| California | | 10,441,262 | 4,913,535 | 1,535,480 | 307,096 | 5,527,727 | 3,378,055 | 1,228,384 | 307,096 | 312,835 | 382,354 | 231,730 | 69,519 | (237,651) | (290,462) | (176,038) | (52,811) |
| Colorado | | 1,168,229 | 549,755 | 171,798 | 34,360 | 618,474 | 377,956 | 137,439 | 34,360 | 35,002 | 42,780 | 25,927 | 7,778 | (26,590) | (32,499) | (19,696) | (5,909) |
| Connecticut | | 828,246 | 389,763 | 121,801 | 24,360 | 438,483 | 267,962 | 97,441 | 24,360 | 24,815 | 30,330 | 18,382 | 5,515 | (18,851) | (23,041) | (13,964) | (4,189) |
| Delaware | | 231,015 | 108,713 | 33,973 | 6,795 | 122,302 | 74,740 | 27,178 | 6,795 | 6,922 | 8,460 | 5,127 | 1,538 | (5,258) | (6,427) | (3,895) | (1,168) |
| Illinois | | 3,011,394 | 1,417,127 | 442,852 | 88,570 | 1,594,268 | 974,275 | 354,282 | 88,570 | 90,226 | 110,276 | 66,834 | 20,050 | (68,542) | (83,773) | (50,771) | (15,231) |
| Indiana | | 1,681,285 | 791,193 | 247,248 | 49,450 | 890,092 | 543,945 | 197,798 | 49,450 | 50,374 | 61,568 | 37,314 | 11,194 | (38,267) | (46,771) | (28,346) | (8,504) |
| Kansas | | 641,041 | 301,666 | 94,271 | 18,854 | 339,374 | 207,396 | 75,417 | 18,854 | 19,207 | 23,475 | 14,227 | 4,268 | (14,591) | (17,833) | (10,808) | (3,242) |
| Kentucky | | 1,174,222 | 552,575 | 172,680 | 34,536 | 621,647 | 379,896 | 138,144 | 34,536 | 35,181 | 42,999 | 26,060 | 7,818 | (26,726) | (32,665) | (19,797) | (5,939) |
| Louisiana | | 1,095,750 | 515,647 | 161,140 | 32,228 | 580,103 | 354,508 | 128,912 | 32,228 | 32,830 | 40,126 | 24,319 | 7,296 | (24,940) | (30,482) | (18,474) | (5,542) |
| Minnesota | | 1,199,811 | 564,617 | 176,443 | 35,289 | 635,194 | 388,174 | 141,154 | 35,289 | 35,948 | 43,937 | 26,628 | 7,988 | (27,309) | (33,377) | (20,229) | (6,069) |
| Nebraska | | 468,107 | 220,286 | 68,839 | 13,768 | 247,821 | 151,446 | 55,071 | 13,768 | 14,025 | 17,142 | 10,389 | 3,117 | (10,654) | (13,022) | (7,892) | (2,368) |
| New Jersey | | 2,270,189 | 1,068,324 | 333,851 | 66,770 | 1,201,865 | 734,473 | 267,081 | 66,770 | 68,018 | 83,133 | 50,384 | 15,115 | (51,671) | (63,154) | (38,275) | (11,482) |
| New York | | 4,407,772 | 2,074,246 | 648,202 | 129,640 | 2,333,526 | 1,426,044 | 518,561 | 129,640 | 132,063 | 161,411 | 97,825 | 29,347 | (100,324) | (122,618) | (74,314) | (22,294) |
| North Carolina | | 2,704,508 | 1,272,709 | 397,722 | 79,544 | 1,431,798 | 874,988 | 318,177 | 79,544 | 81,031 | 99,038 | 60,023 | 18,007 | (61,557) | (75,236) | (45,597) | (13,679) |
| Pennsylvania | | 3,043,775 | 1,432,364 | 447,614 | 89,523 | 1,611,410 | 984,751 | 358,091 | 89,523 | 91,196 | 111,462 | 67,552 | 20,266 | (69,279) | (84,674) | (51,317) | (15,395) |
| South Carolina | | 1,221,734 | 574,934 | 179,667 | 35,933 | 646,800 | 395,267 | 143,733 | 35,933 | 36,605 | 44,739 | 27,115 | 8,134 | (27,808) | (33,987) | (20,598) | (6,179) |
| Virginia | | 2,047,500 | 963,529 | 301,103 | 60,221 | 1,083,970 | 662,426 | 240,882 | 60,221 | 61,346 | 74,978 | 45,442 | 13,632 | (46,603) | (56,959) | (34,520) | (10,356) |
| Wisconsin | | 1,253,707 | 589,980 | 184,369 | 36,874 | 663,727 | 405,611 | 147,495 | 36,874 | 37,563 | 45,910 | 27,824 | 8,347 | (28,535) | (34,876) | (21,137) | (6,341) |
| | | **38,889,547** | **18,300,963** | **5,719,051** | **1,143,810** | **20,588,584** | **12,581,912** | **4,575,241** | **1,143,810** | **$1,165,187** | **$ 1,424,117** | **$ 863,101** | **$ 258,930** | **$ (885,154)** | **$ (1,081,855)** | **$ (655,670)** | **$ (196,701)** |

$ (2,819,380)

**Sources and Notes**
[1] Schedule 2.6.
[2] Schedule 2.8.6.
[3] Schedule 2.5.
[4] Schedule 2.7.
[5] Based on average percentage of MAU exceeding time-spent threshold across MDL states. Above 3-Hours threshold MAU percentage is rounded up to 1%.
[6] Schedule 3.2.
[7] Schedule 3.1.
[8] Schedule 2.8.6.
[9] Schedule 3.3

HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

Highly Confidential - Pursuant to Protective Order