**States v. Meta**
Instagram Time Spent Instances, Revenues, and Gross Profit 2015

Schedule 2.8.3S

| | State % of MAU (2018-2021) [1] | Teen Annual ARPU per MAU [2] | Total Teen MAP [3] | Users / Persons Multiplier [4] | Total Teen MAU | Teen MAU over 0.5 Hours (34%) | Teen MAU over 1 Hours (16%) | Teen MAU over 2 Hours (5%) | Teen MAU over 3 Hours (1%) | Teen MAU >0.5 < 1.0 Hour | Teen MAU >1.0 < 2.0 Hour | Teen MAU >2.0 < 3.0 Hour | Teen MAU > 3.0 Hour | Average Teen Daily Time Spent (Seconds, 2018-2021) [6] | Teen Revenue >0.5 < 1.0 Hour (1.4) | Teen Revenue >1.0 < 2.0 Hour (2.7) | Teen Revenue >2.0 < 3.0 Hour (4.5) | Teen Revenue > 3.0 Hour (5.4) | Total COGS [7] | Total MAU [8] | Annual COGS / MAU | Weighted Average Daily Time Spent (Seconds, 2018-2021) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2015 - Total U.S.** | | $ 0.63 | 15,900,000 | 1.35 | 21,465,000 | 7,298,100 | 3,434,400 | 1,073,250 | 214,650 | 3,863,700 | 2,361,150 | 858,600 | 214,650 | 1,988 | $ 3,308,872 | $ 4,044,177 | $ 2,451,017 | $ 735,305 | $ 62,609,658 | 91,352,785 | $ 0.69 | 1,338 |
| California | 13.0% | | | | 2,783,823 | 946,500 | 445,412 | 139,191 | 27,838 | 501,088 | 306,221 | 111,353 | 27,838 | | 429,132 | 524,494 | 317,875 | 95,363 | | | | |
| Colorado | 1.5% | | | | 311,470 | 105,900 | 49,835 | 15,574 | 3,115 | 56,065 | 34,262 | 12,459 | 3,115 | | 48,014 | 58,683 | 35,566 | 10,670 | | | | |
| Connecticut | 1.0% | | | | 220,825 | 75,080 | 35,332 | 11,041 | 2,208 | 39,748 | 24,291 | 8,833 | 2,208 | | 34,041 | 41,605 | 25,215 | 7,565 | | | | |
| Delaware | 0.3% | | | | 61,593 | 20,941 | 9,855 | 3,080 | 616 | 11,087 | 6,775 | 2,464 | 616 | | 9,495 | 11,605 | 7,033 | 2,110 | | | | |
| Illinois | 3.7% | | | | 802,890 | 272,983 | 128,462 | 40,145 | 8,029 | 144,520 | 88,318 | 32,116 | 8,029 | | 123,767 | 151,271 | 91,679 | 27,504 | | | | |
| Indiana | 2.1% | | | | 448,260 | 152,408 | 71,722 | 22,413 | 4,483 | 80,687 | 49,309 | 17,930 | 4,483 | | 69,100 | 84,456 | 51,185 | 15,356 | | | | |
| Kansas | 0.8% | | | | 170,913 | 58,110 | 27,346 | 8,546 | 1,709 | 30,764 | 18,800 | 6,837 | 1,709 | | 26,347 | 32,201 | 19,516 | 5,855 | | | | |
| Kentucky | 1.5% | | | | 313,068 | 106,443 | 50,091 | 15,653 | 3,131 | 56,352 | 34,438 | 12,523 | 3,131 | | 48,260 | 58,985 | 35,748 | 10,724 | | | | |
| Louisiana | 1.4% | | | | 292,146 | 99,330 | 46,743 | 14,607 | 2,921 | 52,586 | 32,136 | 11,686 | 2,921 | | 45,035 | 55,043 | 33,359 | 10,008 | | | | |
| Minnesota | 1.5% | | | | 319,891 | 108,763 | 51,182 | 15,995 | 3,199 | 57,580 | 35,188 | 12,796 | 3,199 | | 49,312 | 60,270 | 36,527 | 10,958 | | | | |
| Nebraska | 0.6% | | | | 124,863 | 42,434 | 19,969 | 6,240 | 1,248 | 22,465 | 13,729 | 4,992 | 1,248 | | 19,239 | 23,514 | 14,251 | 4,275 | | | | |
| New Jersey | 2.8% | | | | 605,272 | 205,793 | 96,844 | 30,264 | 6,053 | 108,949 | 66,580 | 24,211 | 6,053 | | 93,304 | 114,038 | 69,114 | 20,734 | | | | |
| New York | 5.5% | | | | 1,175,189 | 399,564 | 188,030 | 58,759 | 11,752 | 211,534 | 129,271 | 47,008 | 11,752 | | 181,158 | 221,415 | 134,191 | 40,257 | | | | |
| North Carolina | 3.4% | | | | 721,069 | 245,163 | 115,371 | 36,053 | 7,211 | 129,792 | 79,318 | 28,843 | 7,211 | | 111,154 | 135,855 | 82,336 | 24,701 | | | | |
| Pennsylvania | 3.8% | | | | 811,523 | 275,918 | 129,844 | 40,576 | 8,115 | 146,074 | 89,268 | 32,461 | 8,115 | | 125,098 | 152,898 | 92,665 | 27,800 | | | | |
| South Carolina | 1.5% | | | | 325,736 | 110,750 | 52,118 | 16,287 | 3,257 | 58,632 | 35,831 | 13,029 | 3,257 | | 50,213 | 61,371 | 37,195 | 11,158 | | | | |
| Virginia | 2.5% | | | | 545,899 | 185,606 | 87,344 | 27,295 | 5,459 | 98,262 | 60,049 | 21,836 | 5,459 | | 84,151 | 102,852 | 62,334 | 18,700 | | | | |
| Wisconsin | 1.6% | | | | 334,260 | 113,648 | 53,482 | 16,713 | 3,343 | 60,167 | 36,769 | 13,370 | 3,343 | | 51,527 | 62,977 | 38,168 | 11,450 | | | | |
| **Total UDAP States** | 48.3% | | | | 10,368,633 | 3,525,335 | 1,658,981 | 518,432 | 103,686 | 1,866,354 | 1,140,550 | 414,745 | 103,686 | | $ 1,598,345 | $ 1,953,533 | $ 1,183,960 | $ 355,188 | | | | |

| Adult MAU | Adult Average Daily Time Spent (Seconds, 2018-2021) [9] | Annual Adult COGS / MAU |
|---|---|---|
| 69,887,785 | 1,138 | $ 0.58 |

| | Monthly Instances of Average Daily Time Spent Over Thresholds | Instances Over 0.5 Hours | Instances over 1 Hour | Instances over 2 Hours | Instances over 3 Hours | Instances >0.5 < 1.0 Hour | Instances >1.0 < 2.0 Hour | Instances >2.0 < 3.0 Hour | Instances > 3.0 Hour | Teen COGS >0.5 < 1.0 Hour (2.0) | Teen COGS >1.0 < 2.0 Hour (4.0) | Teen COGS >2.0 < 3.0 Hour (6.7) | Teen COGS > 3.0 Hour (8.1) | Teen Gross Profit >0.5 < 1.0 Hour | Teen Gross Profit >1.0 < 2.0 Hour | Teen Gross Profit >2.0 < 3.0 Hour | Teen Gross Profit > 3.0 Hour |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2015 - Total U.S.** | | | | | | | | | | $ 5,344,347 | $ 6,531,979 | $ 3,958,775 | $ 1,187,633 | $ (2,035,474) | $ (2,487,802) | $ (1,507,759) | $ (452,328) |
| California | | 11,357,998 | 5,344,940 | 1,670,294 | 334,059 | 6,013,058 | 3,674,646 | 1,336,235 | 334,059 | 693,115 | 847,141 | 513,419 | 154,026 | (263,983) | (322,646) | (195,543) | (58,663) |
| Colorado | | 1,270,799 | 598,023 | 186,882 | 37,376 | 672,776 | 411,141 | 149,506 | 37,376 | 77,550 | 94,783 | 57,444 | 17,233 | (29,536) | (36,100) | (21,878) | (6,564) |
| Connecticut | | 900,966 | 423,984 | 132,495 | 26,499 | 476,982 | 291,489 | 105,996 | 26,499 | 54,981 | 67,199 | 40,727 | 12,218 | (20,940) | (25,594) | (15,511) | (4,653) |
| Delaware | | 251,298 | 118,258 | 36,956 | 7,391 | 133,040 | 81,302 | 29,564 | 7,391 | 15,335 | 18,743 | 11,359 | 3,408 | (5,841) | (7,139) | (4,326) | (1,298) |
| Illinois | | 3,275,793 | 1,541,549 | 481,734 | 96,347 | 1,734,243 | 1,059,815 | 385,387 | 96,347 | 199,903 | 244,326 | 148,077 | 44,423 | (76,136) | (93,055) | (56,397) | (16,919) |
| Indiana | | 1,828,901 | 860,659 | 268,956 | 53,791 | 968,242 | 591,703 | 215,165 | 53,791 | 111,608 | 136,409 | 82,672 | 24,802 | (42,507) | (51,954) | (31,487) | (9,446) |
| Kansas | | 697,324 | 328,152 | 102,548 | 20,510 | 369,171 | 225,605 | 82,038 | 20,510 | 42,554 | 52,010 | 31,521 | 9,456 | (16,207) | (19,809) | (12,005) | (3,602) |
| Kentucky | | 1,277,318 | 601,091 | 187,841 | 37,568 | 676,227 | 413,250 | 150,273 | 37,568 | 77,948 | 95,269 | 57,739 | 17,322 | (29,688) | (36,285) | (21,991) | (6,597) |
| Louisiana | | 1,191,957 | 560,921 | 175,288 | 35,058 | 631,036 | 385,633 | 140,230 | 35,058 | 72,738 | 88,903 | 53,880 | 16,164 | (27,704) | (33,860) | (20,521) | (6,156) |
| Minnesota | | 1,305,153 | 614,190 | 191,934 | 38,387 | 690,964 | 422,256 | 153,547 | 38,387 | 79,646 | 97,345 | 58,997 | 17,699 | (30,334) | (37,075) | (22,470) | (6,741) |
| Nebraska | | 509,206 | 239,626 | 74,883 | 14,977 | 269,580 | 164,743 | 59,907 | 14,977 | 31,074 | 37,979 | 23,018 | 6,905 | (11,835) | (14,465) | (8,767) | (2,630) |
| New Jersey | | 2,469,511 | 1,162,123 | 363,163 | 72,633 | 1,307,388 | 798,959 | 290,531 | 72,633 | 150,700 | 184,189 | 111,630 | 33,489 | (57,397) | (70,151) | (42,516) | (12,755) |
| New York | | 4,794,772 | 2,256,363 | 705,113 | 141,023 | 2,538,408 | 1,551,250 | 564,091 | 141,023 | 292,598 | 357,620 | 216,739 | 65,022 | (111,440) | (136,205) | (82,548) | (24,765) |
| North Carolina | | 2,941,961 | 1,384,452 | 432,641 | 86,528 | 1,557,509 | 951,811 | 346,113 | 86,528 | 179,531 | 219,427 | 132,986 | 39,896 | (68,377) | (83,572) | (50,650) | (15,195) |
| Pennsylvania | | 3,311,016 | 1,558,125 | 486,914 | 97,383 | 1,752,891 | 1,071,211 | 389,531 | 97,383 | 202,053 | 246,953 | 149,669 | 44,901 | (76,955) | (94,056) | (57,004) | (17,101) |
| South Carolina | | 1,329,001 | 625,412 | 195,441 | 39,088 | 703,589 | 429,971 | 156,353 | 39,088 | 81,102 | 99,124 | 60,075 | 18,023 | (30,889) | (37,753) | (22,881) | (6,864) |
| Virginia | | 2,227,269 | 1,048,126 | 327,540 | 65,508 | 1,179,142 | 720,587 | 262,032 | 65,508 | 135,918 | 166,122 | 100,680 | 30,204 | (51,766) | (63,270) | (38,345) | (11,504) |
| Wisconsin | | 1,363,782 | 641,780 | 200,556 | 40,111 | 722,002 | 441,223 | 160,445 | 40,111 | 83,224 | 101,718 | 61,647 | 18,494 | (31,697) | (38,741) | (23,479) | (7,044) |
| | | 42,304,023 | 19,907,776 | 6,221,180 | 1,244,236 | 22,396,248 | 13,686,596 | 4,976,944 | 1,244,236 | $ 2,581,578 | $ 3,155,262 | $ 1,912,280 | $ 573,684 | $ (983,232) | $ (1,201,729) | $ (728,320) | $ (218,496) |

$ (3,131,778)

**Sources and Notes**
[1] Schedule 2.6.
[2] Schedule 2.8.6.
[3] Schedule 2.5.
[4] Schedule 2.7.
[5] Based on average percentage of MAU exceeding time-spent threshold across MDL states. Above 3-Hours threshold MAU percentage is rounded up to 1%.
[6] Schedule 3.2.
[7] Schedule 3.1.
[8] Schedule 2.8.6.
[9] Schedule 3.3

HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

Highly Confidential - Pursuant to Protective Order