**States v. Meta**
Instagram Time Spent Instances, Revenues, and Gross Profit 2017

Schedule 2.8.5S

| | State % of MAU (2018-2021) [1] | Teen Annual ARPU per MAU [2] | Total Teen MAP [3] | Users / Persons Multiplier [4] | Total Teen MAU | Teen MAU over 0.5 Hours | Teen MAU over 1 Hours | Teen MAU over 2 Hours | Teen MAU over 3 Hours | Teen MAU >0.5 < 1.0 Hour | Teen MAU >1.0 < 2.0 Hour | Teen MAU >2.0 < 3.0 Hour | Teen MAU > 3.0 Hour | Average Teen Daily Time Spent (Seconds, 2018-2021) [6] | Teen Revenue >0.5 < 1.0 Hour | Teen Revenue >1.0 < 2.0 Hour | Teen Revenue >2.0 < 3.0 Hour | Teen Revenue > 3.0 Hour | Total COGS [7] | Total MAU [8] | Annual COGS / MAU | Weighted Average Daily Time Spent (Seconds, 2018-2021) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **% of Total Teens [5]** | | | | | **Time Adjustment Factor** | | | | | | | | | | | |
| | | | | | | 34% | 16% | 5% | 1% | | 1.4 | 2.7 | 4.5 | 5.4 | | | | | | | | |
| **2017 - Total U.S.** | | $ 4.03 | 16,600,000 | 1.35 | 22,410,000 | 7,619,400 | 3,585,600 | 1,120,500 | 224,100 | 4,033,800 | 2,465,100 | 896,400 | 224,100 | 1,988 | $ 22,057,898 | $ 26,959,653 | $ 16,339,183 | $ 4,901,755 | $ 464,450,693 | 122,832,944 | $ 3.78 | 1,293 |
| California | 13.0% | | | | 2,906,381 | 988,170 | 465,021 | 145,319 | 29,064 | 523,149 | 319,702 | 116,255 | 29,064 | | 2,860,717 | 3,496,431 | 2,119,049 | 635,715 | | | | |
| Colorado | 1.5% | | | | 325,183 | 110,562 | 52,029 | 16,259 | 3,252 | 58,533 | 35,770 | 13,007 | 3,252 | | 320,074 | 391,201 | 237,092 | 71,127 | | | | |
| Connecticut | 1.0% | | | | 230,547 | 78,386 | 36,887 | 11,527 | 2,305 | 41,498 | 25,360 | 9,222 | 2,305 | | 226,925 | 277,352 | 168,092 | 50,428 | | | | |
| Delaware | 0.3% | | | | 64,304 | 21,863 | 10,289 | 3,215 | 643 | 11,575 | 7,073 | 2,572 | 643 | | 63,294 | 77,359 | 46,884 | 14,065 | | | | |
| Illinois | 3.7% | | | | 838,238 | 285,001 | 134,118 | 41,912 | 8,382 | 150,883 | 92,206 | 33,530 | 8,382 | | 825,067 | 1,008,416 | 611,161 | 183,348 | | | | |
| Indiana | 2.1% | | | | 467,995 | 159,118 | 74,879 | 23,400 | 4,680 | 84,239 | 51,479 | 18,720 | 4,680 | | 460,642 | 563,007 | 341,216 | 102,365 | | | | |
| Kansas | 0.8% | | | | 178,437 | 60,669 | 28,550 | 8,922 | 1,784 | 32,119 | 19,628 | 7,137 | 1,784 | | 175,634 | 214,663 | 130,099 | 39,030 | | | | |
| Kentucky | 1.5% | | | | 326,851 | 111,129 | 52,296 | 16,343 | 3,269 | 58,833 | 35,954 | 13,074 | 3,269 | | 321,716 | 393,208 | 238,308 | 71,492 | | | | |
| Louisiana | 1.4% | | | | 305,008 | 103,703 | 48,801 | 15,250 | 3,050 | 54,901 | 33,551 | 12,200 | 3,050 | | 300,216 | 366,930 | 222,382 | 66,715 | | | | |
| Minnesota | 1.5% | | | | 333,974 | 113,551 | 53,436 | 16,699 | 3,340 | 60,115 | 36,737 | 13,359 | 3,340 | | 328,726 | 401,777 | 243,501 | 73,050 | | | | |
| Nebraska | 0.6% | | | | 130,300 | 44,302 | 20,848 | 6,515 | 1,303 | 23,454 | 14,333 | 5,212 | 1,303 | | 128,253 | 156,753 | 95,002 | 28,501 | | | | |
| New Jersey | 2.8% | | | | 631,919 | 214,853 | 101,107 | 31,596 | 6,319 | 113,745 | 69,511 | 25,277 | 6,319 | | 621,991 | 760,211 | 460,734 | 138,220 | | | | |
| New York | 5.5% | | | | 1,226,927 | 417,155 | 196,308 | 61,346 | 12,269 | 220,847 | 134,962 | 49,077 | 12,269 | | 1,207,650 | 1,476,016 | 894,555 | 268,367 | | | | |
| North Carolina | 3.4% | | | | 752,814 | 255,957 | 120,450 | 37,641 | 7,528 | 135,507 | 82,810 | 30,113 | 7,528 | | 740,986 | 905,650 | 548,879 | 164,664 | | | | |
| Pennsylvania | 3.8% | | | | 847,251 | 288,065 | 135,560 | 42,363 | 8,473 | 152,505 | 93,198 | 33,890 | 8,473 | | 833,939 | 1,019,259 | 617,733 | 185,320 | | | | |
| South Carolina | 1.5% | | | | 340,076 | 115,626 | 54,412 | 17,004 | 3,401 | 61,214 | 37,408 | 13,603 | 3,401 | | 334,733 | 409,118 | 247,950 | 74,385 | | | | |
| Virginia | 2.5% | | | | 569,933 | 193,777 | 91,189 | 28,497 | 5,699 | 102,588 | 62,693 | 22,797 | 5,699 | | 560,978 | 685,640 | 415,539 | 124,662 | | | | |
| Wisconsin | 1.6% | | | | 348,976 | 118,652 | 55,836 | 17,449 | 3,490 | 62,816 | 38,387 | 13,959 | 3,490 | | 343,493 | 419,825 | 254,439 | 76,332 | | | | |
| **Total UDAP States** | 48.3% | | | | 10,825,114 | 3,680,539 | 1,732,018 | 541,256 | 108,251 | 1,948,520 | 1,190,763 | 433,005 | 108,251 | | $ 10,655,031 | $ 13,022,816 | $ 7,892,616 | $ 2,367,785 | | | | |

| | Adult MAU | Adult Average Daily Time Spent (Seconds, 2018-2021) [9] | Annual Adult COGS / MAU |
|---|---|---|---|
| | 100,422,944 | 1,138 | $ 3.33 |

| | Monthly Instances of Average Daily Time Spent Over Thresholds | Instances Over 0.5 Hours | Instances over 1 Hour | Instances over 2 Hours | Instances over 3 Hours | Instances >0.5 < 1.0 Hour | Instances >1.0 < 2.0 Hour | Instances >2.0 < 3.0 Hour | Instances > 3.0 Hour | Teen COGS >0.5 < 1.0 Hour | Teen COGS >1.0 < 2.0 Hour | Teen COGS >2.0 < 3.0 Hour | Teen COGS > 3.0 Hour | Teen Gross Profit >0.5 < 1.0 Hour | Teen Gross Profit >1.0 < 2.0 Hour | Teen Gross Profit >2.0 < 3.0 Hour | Teen Gross Profit > 3.0 Hour |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **Time Adjustment Factor** | | | | | | | | | | |
| | | | | | | 2.1 | 4.2 | 7.0 | 8.4 | | | | | | | | |
| **2017 - Total U.S.** | | | | | | | | | | $ 31,845,892 | $ 38,922,757 | $ 23,589,549 | $ 7,076,865 | $ (9,787,994) | $ (11,963,104) | $ (7,250,366) | $ (2,175,110) |
| California | 11,858,036 | 5,580,252 | 1,743,829 | 348,766 | 6,277,784 | 3,836,423 | 1,395,063 | 348,766 | 4,130,134 | 5,047,942 | 3,059,359 | 917,808 | (1,269,417) | (1,551,510) | (940,309) | (282,093) |
| Colorado | 1,326,746 | 624,351 | 195,110 | 39,022 | 702,395 | 429,241 | 156,088 | 39,022 | 462,103 | 564,793 | 342,299 | 102,690 | (142,030) | (173,592) | (105,207) | (31,562) |
| Connecticut | 940,631 | 442,650 | 138,328 | 27,666 | 497,981 | 304,322 | 110,662 | 27,666 | 327,620 | 400,425 | 242,682 | 72,804 | (100,696) | (123,073) | (74,589) | (22,377) |
| Delaware | 262,361 | 123,464 | 38,582 | 7,716 | 138,897 | 84,881 | 30,866 | 7,716 | 91,380 | 111,687 | 67,689 | 20,307 | (28,086) | (34,327) | (20,804) | (6,241) |
| Illinois | 3,420,010 | 1,609,416 | 502,943 | 100,589 | 1,810,594 | 1,106,474 | 402,354 | 100,589 | 1,191,184 | 1,455,891 | 882,358 | 264,708 | (366,116) | (447,475) | (271,197) | (81,359) |
| Indiana | 1,909,419 | 898,550 | 280,797 | 56,159 | 1,010,869 | 617,753 | 224,637 | 56,159 | 665,047 | 812,836 | 492,628 | 147,788 | (204,406) | (249,829) | (151,412) | (45,423) |
| Kansas | 728,023 | 342,599 | 107,062 | 21,412 | 385,424 | 235,537 | 85,650 | 21,412 | 253,569 | 309,918 | 187,829 | 56,349 | (77,936) | (95,255) | (57,730) | (17,319) |
| Kentucky | 1,333,553 | 627,554 | 196,111 | 39,222 | 705,998 | 431,443 | 156,889 | 39,222 | 464,474 | 567,691 | 344,055 | 103,216 | (142,758) | (174,483) | (105,747) | (31,724) |
| Louisiana | 1,244,433 | 585,615 | 183,005 | 36,601 | 658,817 | 402,611 | 146,404 | 36,601 | 433,434 | 529,752 | 321,062 | 96,319 | (133,218) | (162,822) | (98,680) | (29,604) |
| Minnesota | 1,362,613 | 641,230 | 200,384 | 40,077 | 721,383 | 440,845 | 160,307 | 40,077 | 474,596 | 580,062 | 351,552 | 105,466 | (145,869) | (178,285) | (108,051) | (32,415) |
| Nebraska | 531,624 | 250,176 | 78,180 | 15,636 | 281,448 | 171,996 | 62,544 | 15,636 | 185,164 | 226,311 | 137,158 | 41,148 | (56,911) | (69,558) | (42,156) | (12,647) |
| New Jersey | 2,578,231 | 1,213,285 | 379,152 | 75,830 | 1,364,946 | 834,134 | 303,321 | 75,830 | 897,994 | 1,097,548 | 665,180 | 199,554 | (276,003) | (337,337) | (204,447) | (61,334) |
| New York | 5,005,862 | 2,355,700 | 736,156 | 147,231 | 2,650,162 | 1,619,544 | 588,925 | 147,231 | 1,743,533 | 2,130,985 | 1,291,506 | 387,452 | (535,884) | (654,969) | (396,951) | (119,085) |
| North Carolina | 3,071,482 | 1,445,403 | 451,688 | 90,338 | 1,626,079 | 993,715 | 361,351 | 90,338 | 1,069,792 | 1,307,524 | 792,438 | 237,732 | (328,806) | (401,874) | (243,560) | (73,068) |
| Pennsylvania | 3,456,784 | 1,626,722 | 508,351 | 101,670 | 1,830,062 | 1,118,371 | 406,680 | 101,670 | 1,203,992 | 1,471,546 | 891,846 | 267,554 | (370,053) | (452,287) | (274,113) | (82,234) |
| South Carolina | 1,387,511 | 652,946 | 204,046 | 40,809 | 734,564 | 448,901 | 163,237 | 40,809 | 483,268 | 590,660 | 357,976 | 107,393 | (148,535) | (181,542) | (110,026) | (33,008) |
| Virginia | 2,325,325 | 1,094,270 | 341,960 | 68,392 | 1,231,054 | 752,311 | 273,568 | 68,392 | 809,907 | 989,886 | 599,931 | 179,979 | (248,929) | (304,246) | (184,392) | (55,318) |
| Wisconsin | 1,423,822 | 670,034 | 209,386 | 41,877 | 753,788 | 460,648 | 167,509 | 41,877 | 495,915 | 606,118 | 367,344 | 110,203 | (152,422) | (186,293) | (112,905) | (33,872) |
| | 44,166,464 | 20,784,219 | 6,495,068 | 1,299,014 | 23,382,246 | 14,289,150 | 5,196,055 | 1,299,014 | $ 15,383,106 | $ 18,801,574 | $ 11,394,893 | $ 3,418,468 | $ (4,728,075) | $ (5,778,758) | $ (3,502,277) | $ (1,050,683) |

$ (15,059,793)

Sources and Notes
[1] Schedule 2.6.
[2] Schedule 2.8.6.
[3] Schedule 2.5.
[4] Schedule 2.7.
[5] Based on average percentage of MAU exceeding time-spent threshold across MDL states. Above 3-Hours threshold MAU percentage is rounded up to 1%.
[6] Schedule 3.2.
[7] Schedule 3.1.
[8] Schedule 2.8.6.
[9] Schedule 3.3

HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

Highly Confidential - Pursuant to Protective Order