# Exhibit 6

CONFIDENTIAL

Page 447

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ) MDL No.
ADDICTION/PERSONAL INJURY      ) 4:22-md-3047-YGR
PRODUCTS LIABILITY LITIGATION  )
_____ )
  SUPERIOR COURT OF THE STATE OF CALIFORNIA
         FOR THE COUNTY OF LOS ANGELES
              SPRING STREET COURTHOUSE
COORDINATION PROCEEDING          )
SPECIAL TITLE [RULE 3.400]       ) Lead Case No.
                                 ) 22STCV21355
SOCIAL MEDIA CASES               )
_____ )
                                 )
This Document Relates to:        )
                                 )
STATE OF TENNESSEE,              )
ex rel. JONATHAN SKRMETTI,       )
ATTORNEY GENERAL and REPORTER,   )
v.                               )
META PLATFORMS, INC., and        )
INSTAGRAM, LLC,                  )
Case No. 23-1364-IV              )
_____ )

Tuesday, March 18, 2025
CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
Continuing Video-Recorded Oral
Deposition of ADAM S. MOSSERI, VOLUME 2, held
at the offices of Covington & Burling LLP,
Salesforce Tower, 415 Mission Street, Suite
5400, San Francisco, California, commencing
at 9:35 a.m. PST on the above date, before
Michael E. Miller, Fellow of the Academy of
Professional Reporters, Certified Court
Reporter, Registered Diplomate Reporter,
Certified Realtime Reporter and California
CSR #13649.
GOLKOW - VERITEXT
877.370.DEPS | fax 917.591.5672
deps@golkow.com

CONFIDENTIAL

Page 907

address age-appropriate content, like the recommendations -- sorry, the Sensitive Content Control.

There are things here trying to address self-harm, like sensitivity screens. And there are lots of things here that try to address bullying, like limited interactions and Hidden Words and Restrict.

So some of these tools actually try to address multiple problems. Some are very squarely focused on individual problems. We've launched a lot of things, a number of things over the years, and we will continue to do so.

BY MS. JONES:

Q.    And that was actually going to be my next question, Mr. Mosseri.

Has the company, over time, continued to focus on the development of tools and features for people, but also specifically, for teens who use Instagram?

MR. PHELPS:  Objection, form.

A.    Yes.  We have and we will continue to develop tools and features to try and make Instagram a more positive place,

CONFIDENTIAL

Page 908

both safer and also just a more comfortable place for people to use.

We're going to continue to focus a lot of these tools particularly on teens' needs, because we know that teens have their own set of risks that are uniquely important for a variety of reasons, and we want to make sure that we're doing everything we can to make sure that they have a good experience as well.

BY MS. JONES:

Q.    And you were asked a number of questions yesterday -- I'm losing track of my days -- yesterday about the timing of when certain features or tools were introduced by the company.

Do you recall some of those questions?

MR. PHELPS:  Objection, vague.

A.    Yes.  There were a number of different questions about certain features and what time they launched.  Actually, a lot of these features have launched multiple times as we've iterated on them, so we've improved them and launched new versions of