# Exhibit C



Bad Experiences and Encounters Framework (BEEF) Survey

Data collection: June 27-July 8, 2021

Kyle Andrews (UXR)
Signals and Insights Platform

Meta-Andrews-14

11/19/2024

Jenny L. Griffin, CSR

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-004-00015029
METATNAG-003-00207366

# Issue rates, full dataset

*Improvements in perceived violence and usability action, but a decline in perceived data privacy*

The issues in the table to the right are ranked by the percentage of respondents in the full dataset who selected *"Yes, during the last 7 days."* Other response options were *"Yes, but more than 7 days ago"* and *"No."* Those responses are not displayed here for space reasons. Production refers to respondents in the production version of IG, while Holdout refers to respondents in the Community Pillar holdout group in H1. If an IG team was not actively working on an issue in H1, the survey question was only asked to the production condition.

Statistical tests for differences in column proportions between the production and holdout groups were conducted, with and without a Bonferroni correction for alpha error inflation (no difference in results).

There was a statistically significant improvement in perceptions of violence (*"Have you ever seen any violent, bloody, or disturbing images on Instagram that bothered you?"*) and usability action (*"Have you ever had difficulty posting a picture or video to Instagram?"*) between production and holdout.

There was also a statistically significant decline in perceptions of data privacy (*"Have you ever had concerns about the way Instagram might use data and information about you?"*) between production and holdout.

| | Overall | | Production | | Holdout | |
|---|---|---|---|---|---|---|
| | Column N % | n | Column N % | n | Column N % | n |
| commerciality | 48.2% | 11,493 | 48.2%a | 11,493 | -- | |
| misinfo | 30.3% | 19,879 | 30.6%a | 8,253 | 30.1%a | 11,626 |
| bully witness | 28.3% | 16,567 | 28.1%a | 6,685 | 28.5%a | 9,882 |
| audience limitation | 26.8% | 19,545 | 26.8%a | 8,058 | 26.8%a | 11,488 |
| usability passive | 25.5% | 17,344 | 25.6%a | 7,626 | 25.5%a | 9,718 |
| hate witness | 25.3% | 13,710 | 25.1%a | 5,511 | 25.5%a | 8,199 |
| data privacy | 24.4% | 17,293 | 24.8%b | 7,277 | 24.1%a | 10,016 |
| perceived control | 23.9% | 5,904 | 23.9%a | 5,904 | -- | |
| fake acct 1st | 21.8% | 7,417 | 21.8%a | 7,417 | -- | |
| negative comparison | 19.2% | 10,549 | 19.3%a | 4,311 | 19.2%a | 6,237 |
| transparency | 17.5% | 11,931 | 17.5%a | 4,896 | 17.5%a | 7,036 |
| political posts | 17.0% | 4,779 | 17.0%a | 4,779 | -- | |
| nudity | 16.3% | 6,751 | 16.2%a | 2,688 | 16.4%a | 4,063 |
| over enforcement | 14.8% | 10,206 | 14.8%a | 4,239 | 14.7%a | 5,967 |
| violence | 12.8% | 4,580 | 12.3%b | 1,764 | 13.2%a | 2,816 |
| unwanted advances | 11.9% | 8,364 | 12.0%a | 3,486 | 11.8%a | 4,878 |
| usability action | 10.7% | 6,208 | 10.4%b | 2,481 | 10.9%a | 3,727 |
| bully target | 8.1% | 2,055 | 7.8%a | 802 | 8.2%a | 1,254 |
| self harm | 6.7% | 894 | 6.7%a | 894 | -- | |
| acct security | 3.9% | 880 | 3.9%a | 880 | -- | |
| drugs | 3.9% | 494 | 4.0%a | 201 | 3.9%a | 292 |
| impersonation 1st | 3.7% | 178 | 3.7%a | 178 | -- | |

Note: Values in the same row and subtable not sharing the same subscript are significantly different at p< 0.05 in the two-sided test of equality for column proportions. Cells with no subscript are not included in the test. Tests assume equal variances. All significant findings remain significant when using a Bonferroni correction for alpha error inflation.

*An expanded table with 95% confidence intervals can be found here.*

10

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-004-00015038
META-NAG-003-00207375