# Exhibit D



Community Standards Enforcement Report Q3 2021

META3047MDL_REPROD_VOL009

META3047MDL-003-00079927



We are developing metrics not shown here and will share them as soon as meaningful and accurate measures and related data are available.

Note: Due to a temporary reduction in our content review capacity as a result of COVID-19, our ability to offer users the option to appeal and measure prevalence was impacted in some areas beginning Q2 2020.

■ Restored without appeal
■ Restored after appeal

META3047MDL_REPROD_VOL009
META3047MDL-003-00079928





We are developing metrics not shown here and will share them as soon as meaningful and accurate measures and related data are available.

Note: Due to a temporary reduction in our content review capacity as a result of COVID-19, our ability to offer users the option to appeal and measure prevalence was impacted in some areas beginning Q2 2020.