# Exhibit B

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


IN RE: SOCIAL MEDIA              )

ADOLESCENT ADDICTION/            ) Case No.

PERSONAL INJURY PRODUCTS         ) 4:23-MD-03047-YGR

LIABILITY LITIGATION             ) MDL No. 3047

_____ )

THIS DOCUMENT RELATES TO: ) CONTAINS CONFIDENTIAL

ALL ACTIONS                      ) INFORMATION

_____ )












V O L U M E   I

VIDEOTAPED DEPOSITION OF JEAN M. TWENGE, Ph.D.

SEPTEMBER 17, 2025

9:12 A.M.




Job No. MDLG7525839

Reported by: Leslie A. Todd, CSR No. 5129 and RPR

CONFIDENTIAL

Page 2

Videotaped deposition of JEAN M. TWENGE, Ph.D., held pursuant to notice, before Leslie Anne Todd, California Certified Shorthand Reporter in and for the State of California, who officiated in administering the oath to the witness, at the:

COURTYARD SAN DIEGO RANCHO BERNARDO

LAKESIDE ROOM

11611 Bernardo Plaza Court

San Diego, California 92182

(858) 613-2000

CONFIDENTIAL

Page 130

mechanism by which dog videos like that -- cute dog videos cause suicidality?

MS. McNABB:  Objection.  Form.

THE WITNESS:  Well, I didn't say that they did cause that.  I said with my previous answer, that if someone spent hours and hours and hours a day of, say, eight to ten hours a day being one example, that that would have effects.

That, for example, if then they were not getting enough sleep, not getting enough sleep is a very strong risk factor for suicidality.

BY MS. LEHMAN:

Q.    All right.  And so I just want to make sure I understand.  You think if someone watched ten hours a day of those cute dogs, that that could lead them to stop sleeping, and then that they would have suicidality.  Is that correct or is that not correct?

MS. McNABB:  Objection.  Form.

THE WITNESS:  That's not what I said.

BY MS. LEHMAN:

CONFIDENTIAL

Page 131

Q.    Okay.

A.    So that if at -- especially those very high levels of use, if that child is also going to school, and eating and surviving, then -- then spending ten hours a day is going to crowd out time for sleep. They will not sleep enough. And that is a risk factor for mood disorders and suicidality.

Q.    Okay. Well, so other than the extreme situation of someone watching ten hours a day of dog videos, is it your opinion that dog videos like that cause suicidality?

MS. McNABB:  Objection. Form.

THE WITNESS:  So what I was charged to do in the report was to look primarily at time spent, and then how that predicts mental health disorders. And that is agnostic to content.

BY MS. LEHMAN:

Q.    Okay, but my question is more specific. So if someone watches dog videos like that on TikTok for two hours a day, does that cause suicidality?

CONFIDENTIAL

Page 132

MS. McNABB:  Objection.  Form.

THE WITNESS:  So we'd have to go back to the research literature, and look to see what links we would find.  Now, suicidality, if we're going to say depressive symptoms, we're going to take those two interchangeably, then, yes, especially at younger ages, there is a connection to spending two hours a day on social media, having -- it leading to an increase in depressive symptoms, low life satisfaction, and so on.

BY MS. LEHMAN:

Q.    Okay.  Well, I -- I want to make sure that we're being clear, because I have not asked about depressive symptoms or low life satisfaction.  I have asked if watching two hours of dog videos causes suicidality.

MS. McNABB:  Objection.  Form. Asked and answered many times.

THE WITNESS:  So I would, again, go back to the research literature, and say in the time series data, that at the time that, say,

CONFIDENTIAL

Page 133

watching videos online became more popular, that suicidality went up.

That in the correlation on cross-sectional studies, that the Youth Risk Behavior Surveillance Survey, for example, asks about general screen time, and links to suicidality. And does find a fairly linear increase. So that's how I would answer that. It was to try to go back to the research literature about time spent.

BY MS. LEHMAN:

Q. Okay. And does any of the research literature that you have looked at, and that you're pointing me to, look at the type of material that someone is looking at?

MS. McNABB: Objection. Form.

THE WITNESS: What I reviewed, for the most part, no. What I reviewed looked at time spent, which is agnostic to content. Now, there's may be other research on content, but I was mostly looking at time spent.

BY MS. LEHMAN:

CONFIDENTIAL

Page 134

Q.    And would your answer be the same if I asked you these questions about not suicidality, but instead self-harm, depression, unhappiness, low psychological well-being?

A.    Yes, my answer would be the same.

Q.    Would your answer be the same if I asked you the same questions about loneliness and low self-esteem?

A.    Self-esteem, yes.  Loneliness is a little more complicated.

Q.    Okay.  How is loneliness different?

A.    You would have to make sure -- I mean, it's always a good idea, but especially for loneliness, to control for levels and frequency of in-person social interaction.

Q.    Okay.  All right.  Are you familiar with the AI videos of interviews with babies that are on TikTok?

A.    Yes.  Well, let me amend that. I've seen them on X.

Q.    Okay.  All right.  So I want to make sure that you and I are talking about the

CONFIDENTIAL

Page 139

MS. McNABB:  Objection.  Form.

THE WITNESS:  I have not researched and don't discuss in this report research on content.  The focus is on time spent, which is agnostic to content.

BY MS. LEHMAN:

Q.    Okay.  And so, then, is it correct, since you have not researched the impact of content, you are completely unable to offer an opinion about the impact of content on people?

MS. McNABB:  Objection.  Form.

THE WITNESS:  What do you mean by impact?

BY MS. LEHMAN:

Q.    I mean impact.  Like, does it cause, does it contribute to any of the mental health conditions that you have talked to?  And by that, I mean, suicidality, self-harm, depression, unhappiness, loneliness, low psychological well-being, and low self-esteem?

MS. McNABB:  Objection.  Form.

THE WITNESS:  I think what the literature shows is that content plays

CONFIDENTIAL

Page 140

a role, but so does time spent, and thus, the feature of these platforms.

BY MS. LEHMAN:

Q.    Okay.  And are you able to tell me what percentage is related to content versus what percentage is not related to content?

MS. McNABB:  Objection.  Form.

THE WITNESS:  That's not how these studies work.  I can tell you that time spent, agnostic to content, has a causative relationship to mental health.

BY MS. LEHMAN:

Q.    All right.  And what study are you referring to that has completely controlled for content, that shows that there is a causative relationship to mental health?

MS. McNABB:  Objection.  Form.

THE WITNESS:  So the experimental studies, for example, that ask people to cut back the time they spend on social media, or give it up entirely.  Because the content that individual people are watching is

CONFIDENTIAL

Page 141

going to differ, that is agnostic to content.  And those experiments show that when people cut back or give up social media, their mental health improves.

BY MS. LEHMAN:

Q.    Okay.  And which study are you referring to?

A.    All the ones in my report that use an experimental design.

Q.    So you believe that every single experimental study that you cite in your report that asks people to cut back on the time they spend on social media, or give it up entirely, controls for content?

A.    That's not what I said.  I said that many of the experimental studies show that when people give up or cut back on social media, that their mental health improves.

Q.    Okay.  My question is a little bit different, so I want to make sure that we're on the same page.

Please tell me the name of any study you're referring to that completely controls for content, that shows that there is