# Exhibit 24



CONFIDENTIAL

META3047MDL-294-00103869



Teens reporting low attention (aspect of low control) report 25% higher life interference (Davis & ⬛⬛⬛, 2023)

META3047MDL-294-00103877