# Filed Under Seal


# Exhibit F

# AR Beauty Effects: Stakeholder Engagement

## Questions to Guide Outreach

### Background

**Goal**: Scope out and align on a policy proposal for third party beauty effects in Spark AR to escalate to leadership of stakeholder teams and then escalate to executives (likely Adam Moserri and Margaret Stewart).

**Why this is important, *right now***: After opening the SparkAR product globally to third party creators, we've seen a rise in beauty related filters, both in creation and use [DATA]. This has reinvigorated a conversation about our policies (both internal and external) on beauty effects and the stance that Facebook and Instagram should take on how those filters relate to body image, mental health, and wellbeing. This is especially sensitive for its potential impact on our younger users who are also the biggest demographic to use our Spark effects. [VERIFY].

While we can always change our policies, it's important that we tackle this question as soon as possible so we can seed a strong, positive narrative around Spark and FB/IG filters, especially in light of regulatory oversight from third parties, including the UK government.

**In-scope**: Third party effects or filters that changes someone's face for cosmetic purposes, including adding makeup, enlarging eyes/lips, changing skin tone, slimming chin/nose, etc.

~~**Out-of-scope**: First party beauty effects, sticky camera effect settings~~

## Product/Business Policy Research

 **Docs**

**Policy work stream — game plan**: https://docs.google.com/spreadsheets/d/1XO2gT6LTVn4WTpOxsAqhi7NFbPSY0QBPqyTV83CQdEc/edit#gid=0

**Working doc**: https://docs.google.com/document/d/15vmOefcoGmO6ph8DN0pBorC7BjpZW-nI_GN8HPe-nOk/edit#

**Examples**: https://docs.google.com/document/d/15vmOefcoGmO6ph8DN0pBorC7BjpZW-nI_GN8HPe-nOk/edit#

**Key Questions:**

- How do beauty effects influence well being, esp for youth
- How do effects span cultures?
- What's the bigger issue with these effects?
- How do comparative body image issues play out where it is not clear a filter has been used?
    - Should filters be flagged to show use?
- And what about the person using the filter — how will I try to attain unattainable beauty ideals?
- Where is the danger? For user? For recipient? Just for youth?
- Will age-gating solve the problem? Will watermarks solve the problem?

## Feedback Summary

- Generally, stakeholders support making a distinction between effects achieved via makeup versus those that can only be achieved via cosmetic surgery, though no line will be perfect.
- These extreme beauty effects can have severe impacts on both the individuals using the effects and those viewing the images.
- Stakeholders were split on the use of watermarks. Some felt they were an appropriate intervention that prioritized informing and educating users on new technology. Others noted watermarks can have the opposite of the intended effect, as was seen with the "boomerang effect" of photoshop disclosures.
- Children are particularly vulnerable, however many others are vulnerable as well: those with a history of mental health challenges, eating disorders, etc.

META3047MDL-040-00337135

## Summary for Boz email:

We spoke with 18 experts including psychologists, researchers, body image activists, and AR professionals. We made sure to focus our outreach on experts who could provide research insights and findings about the impact of social media and internet technologies on youth identity development, body image, including Body Dysmorphic Disorder (colloquially known as "Snapchat dysmorphia"), and mental health. A large majority, including individuals in the AR field, recommended prohibiting these filters, citing known impacts to body image and mental health of other forms of media that idealize unrealistic beauty standards. We discussed corrective actions that were less prohibitive, including limiting cosmetic surgery filters to adults and/or utilizing watermarks, however these actions were not viewed as sufficient protections because (1) the universe of users who are vulnerable to negative impacts from such filters is much broader than those ages 13-17, and (2) past research on labeling photoshopped imagery found that they do not insulate viewers from its negative effects. There was agreement in our conversations that we should be careful to limit cosmetic filters even when used in conjunction with a costume, animal features, fantasy effects, and accessories especially because these are often most popular with our youngest users who are attracted to the fun/imaginary play aspect of these filters but are gradually exposed, and increasingly grow accustomed to their idealized face over their real one.

The one stakeholder that advocated for allowing cosmetic surgery filters unrestricted did so on the basis that platforms for AR filters abound, and any actions taken by FB/IG here would be a drop in the bucket, comparatively, which is not a values-based policy rationale.

## Outreach List / Progress

| | Region | Name, Affiliation | Country | Perspective Represented | Status | E |
|---|---|---|---|---|---|---|
| 1 | ROUND 2 OUTREACH - Focus on MENA, SSA, APAC, India | | | | | |
| 2 | Global | The ARVR Assn: https://www.thevrara.com/team/ | | | | |
| 3 | India | Stafford Michahial and Ramesh Verma, ARVRA | India | ARVR professionals | Email sent | |
| 4 | India | Dr. Itisha Nagar | India | Mental health and body image | Email sent | |
| 5 | India | Dr. Samid Parikh | India | Mental health and body image | Email sent | |
| 6 | MENA | Dr. Sana Farid | UAE | ARVR professional | Email sent | |
| 7 | MENA | Prof. Linda Abou Abbas, Lebanon University | Lebanon | Mental health and body image | Email sent | |
| 8 | MENA | Omnia salah Egala | Egypt | Art and tech professional | Email sent | |
| 9 | MENA | Dr. Kanafani, Human Relations Institute & Clinics | UAE | Mental health and body image | Complete | 1 |
| 10 | MENA | Shaden Adel, Maudsley Health Abu Dhabi | UAE | Mental health and body image | Looking for email | |
| 11 | MENA | CARINE EL KHAZEN HADATI, psychologist | Lebanon | Mental health and body image | Looking for email | |
| 12 | MENA | Dr. Lemia Shaban | Kuwait | Mental health and body image | Email sent | |
| 13 | APAC | Justin Jobity | Thailand/Singapore | ARVR professional | Email sent | |
| 14 | APAC | Dr. Jamie Chiu | Hong Kong | Psychotherapist focused on body dysmorphia | Complete | D |
| 15 | APAC | Prof. Jiro Tanaka | Japan | AR expert | Email sent | |
| 16 | APAC | Yoon Myung | Korea | Secretary General, Consumers Korea (Consumers International Member and NGO member of UNECOSOC) | Complete | 1 |
| 17 | APAC | Zehra Khamal | Pakistan | Clinical Psychologist and Board Chair, Rozan (suicide prevention organisation) | Complete | 1 |
| 18 | APAC | Lisa Moore | Hong Kong | Research and Advocacy Manager, The Women's Foundation HK | Complete | 1 |
| 19 | SSA | Chenai Chair | Zimbabwe | Gender Expert | Complete | 2 N |
| 20 | SSA | Judith Okonkwo | Nigeria | AR expert | Complete | D |
| 21 | India | Rajana Kumari, Centre for Social Research | India | Safety board member | Complete | |

HIGHLY CONFIDENTIAL (COMPETITOR)

| | | | | | |
|---|---|---|---|---|---|
| US & Canada | | | | | |
| US & Canada | Neelam Vashi, MD, Boston U. | US | Dermatologist and expert in BDD | Complete | l |
| US & Canada | Renee Engeln, Prof. of Psychology, Northwestern U. | US | Specialist in body image issues | Declined / No response | |
| US & Canada | Julie Young, group admin for Women in AR/VR | US | FB power user and admin for prominent group | Declined / No response | |
| US & Canada | AR VR Academy | US | Non-profit focused on access to and inclusion in ARVR | Declined / No response | |
| US & Canada | Prof. Brenda Laurel | US | gender & interactive media | Declined / No response | fo<br>l |
| US & Canada | NEDA | US | Eating disorders | Complete | l |
| US & Canada | Kimberlyn Leary | US | White House level policy perspective on impact of social media on young girls' sense of body image. Harvard Kennedy School Associate Professor of Psychology, HMS; Associate Professor in the Department of Health Policy and Management, For two years, Leary served as an advisor to the White House during the Obama Administration on improving life outcomes for women and girls of color. | Complete | re<br>c<br>m<br>in<br>m |
| US & Canada | Janis Whitlock | US | Expert on non-suicidal self-injury in adolescence and young adulthood, social media, and mental health; Primary research focus includes development of early detection and intervention in mental health and wellbeing using social media and other technology; currently a research scientist and Director of the Cornell Research Program on Self-Injury and Recovery. | Complete | l |
| US & Canada | Movemeant.org | US | Non-profit focused on providing girls and women with resources, opportunities, and experiences to use physical movement to build confidence and self-worth to combat the bombardment of images and message to girls that glorify perfection. | Declined / No response | |
| US & Canada | Bryn Austin | US | Leading academic (she is also the director of the Strategic Training Initiative for the Prevention of Eating Disorders the Harvard T.H. Chan School of Public Health) | Complete | l |
| | Dr. Katie Davis | US | Dr. Davis is an Associate Professor at the University of Washington Information School, Adjunct Assistant Professor in the UW College of Education, and a founding member and Co-Director of the UW Digital Youth Lab. Her research explores the role of new media technologies in young people's personal, social, and academic lives, with a particular focus on the intersection between technology and identity development during adolescence and emerging adulthood. Katie holds two master's degrees and a doctorate in Human Development and Education from Harvard Graduate School of Education. She was named a 2015 Rising Star by the Association for Psychological Science, an honor that recognizes outstanding psychological scientists in the earliest stages of their research career post-PhD. She is also the recipient of a 2015 National Science Foundation Early Career Development Award to support her research investigating how networked technologies can be leveraged to develop learners' STEM identities and connect their STEM learning across informal and formal contexts. Prior to joining the faculty at the UW iSchool, Katie worked with Howard Gardner and colleagues as a Project Manager at Harvard Project Zero, where she was a member of the GoodPlay | Complete | l |

HIGHLY CONFIDENTIAL (COMPETITOR)

| | | | Project and Developing Minds and Digital Media Project research teams. In addition to publishing and presenting her research in scholarly venues, Katie regularly shares her work with parents, teachers, business leaders, and policymakers in an effort to build connections between research and practice. Katie is the co-author with Howard Gardner of "The App Generation: How Today's Youth Navigate Identity, Intimacy, and Imagination in a Digital World" (2013, Yale University Press). | | |
|---|---|---|---|---|---|
| 35 | US & Canada | Dr. Helen Papagiannis | US | AR expert -- @Kim to reach out | Declined / No response | |
| 36 | US & Canada | Erica Pelavin, My Digital TAT2 | US | Incorporating digital technology into everyday life | Declined / No response | |
| 37 | US & Canada | Justin Baker | US | Runs the Institute for Technology in Psychiatry at McLean Hospital | Email sent | |
| 38 | US & Canada | Dr. Rachel Rodgers | US | Academic researcher on media impact on self image | Complete | 1 |
| 39 | US & Canada | Claudia Hart, artist | US | Artist using AR | Declined / No response | |
| 40 | US & Canada | Nicole Roggelio | US | Artist using AR | Complete | |
| 41 | US & Canada | Siciliana Trevino | US | AR designer/developer, Oculus fellow | Complete | 1 |
| 42 | US & Canada | Tish Shute, AR.org | US | AR advocate | Email sent | |
| 43 | US & Canada | Sonalee @thefatsextherapist | US | body image advocate | Complete | 1 |
| 44 | US & Canada | Cathy Hackl, Latin@s in VR/AR | US | ARVR advocate | Email sent | |
| 45 | EMEA | | | | | |
| 46 | EMEA | Dr. Tijion Esho | UK | Plastic surgeon, coined term "Snapchat dysmorphia'"; quoted in Guardian article-- https://www.theguardian.com/lifeandstyle/2019/jan/23/faking-it-how-selfie-dysmorphia-is-driving-people-to-seek-surgery | No email | |
| 47 | EMEA | Kitty Wallace, BDD Foundation | UK | http://www.veale.co.uk; keynote speaker at mtg of Body Disorder Dysmorphia Foundation Mtg — https://bddfoundation.org/conference-2019/ | Complete | 1 |
| 48 | EMEA | Dr. Cecile Chevalier | France | Interdisciplinary work that is a great fit for this: http://cecilechevalier.net/ | Email sent | |
| 49 | EMEA | Gudrun Klinker | Germany | | Email sent | fo l |
| 50 | EMEA | Patti M. Valkenburg | Netherlands | Patti M. Valkenburg is a University Distinguished Professor at the University of Amsterdam. Her research interests include the cognitive, emotional, and social effects of media and technologies on children, adolescents, and adults. She received her MSc (1990, cum laude) and PhD (1995, cum laude) from Leiden University. | Email sent | |
| 51 | EMEA | Tijana Milosevic | Norway | Researcher at the Department of Media and Communication at the University of Oslo, Norway, and a member of the EU Kids Online research network (more than 33 European countries and 150 researchers studying youth and digital media). | Email sent | |
| 52 | EMEA | Dr. Laura Vandenbosch | Netherlands | Dr. Vandenbosch (Ph.D, 2013) is a postdoctoral researcher at the Center for research on Children, Adolescents, and the Media (CcaM) at the University of Amsterdam. The relationship between media and well-being is the core subject of her research, leading to publications in several fields including developmental psychology, sexology, body image, social relationships and communication theory. Her PhD project 'Self-objectification and sexual effects of the media: an exploratory study in adolescence' aimed to contribute to our knowledge of the processes through which exposure to media may affect adolescents' sexual attitudes and behaviors. | Complete | 1 |
| 53 | EMEA | | UK | Sonia Livingstone is Professor of Social Psychology | Email sent | |

HIGHLY CONFIDENTIAL (COMPETITOR)

| | | | | in the Department of Media and Communications at LSE. She has published twenty books on media audiences, media literacy and media regulation, with a particular focus on the opportunities and risks of digital media use in the everyday lives of children and young people. | | |
|---|---|---|---|---|---|---|
| | | Sonia Livingston | | | | |
| 54 | EMEA | Steven Eggermont | Belgium | Steven Eggermont is interested the relationship between media use patterns and developmental processes in the life span and in the media's effects on emotional, mental, and physical health in young people. | Email sent | |
| 55 | EMEA | Fiona Lacey from Young Minds | UK | | Complete | 1 |
| 56 | EMEA | Women in Immersive Tech | Belgium | Developers & advocates; leen@lucidweb.io | Complete | 1 |
| 57 | EMEA | Stéphanie Nassenstein-Zacchi | Switzerland | Member of GE Forum | Email sent | fo 1 |
| 58 | EMEA | Sara Lisa Vogl | Germany | ARVR expert | Duplicative with WIIT | 1 |
| 59 | SSA | Tessa Dooms | South Africa | Sociologist | Complete | 1 |
| 60 | LATAM | | | | | |
| 61 | LATAM | Myra Maymone, trained in Brazil, currently at BU | BR | Co-authored article on BDD and her research focuses on hyperpigmentation disorders | No email | |
| 62 | LATAM | Florenica Solari | Argentina | Developer, see blog: https://medium.com/@3xochi/is-it-over-for-freedom-on-the-internet-96d6d545983b | Not reaching out but we have her opinion | |
| 63 | | Lionel Brossi | Chile | Lionel Brossi is Director of International Relations and Assistant Professor at the Institute of Communication and Image of the University of Chile, where he teaches and researches in the fields of digital journalism, interpersonal and intercultural communication and the role of technologies in education. the youths, with focus on Artificial Intelligence and disruptive technologies. He is Faculty Associate of the Berkman Klein Center for Internet and Society of Harvard University, collaborator of the Youth and Media project , and member of the management team of the Conectados al Sur network. | Complete | |
| 64 | LATAM | Juliana Cunha (Palak from IG to reach out) | Brazil | Juliana is a Director at SaferNet, an organization focused on online safety and well-being. Her work specializes in counter-narratives. | Email sent | |
| 65 | LATAM | Fernando Valadés, Mersive / | Mexico | AR developers - business and society immersive solutions | | |
| 66 | LATAM | Rodrigo Padilla / contact@happinss.com | Mexico | AR developers - stress relief and mental health | Complete | 1 |
| 67 | LATAM | Maria Elvira Tobón, El cuerpo que somos / elcuerpoquesomos@gmail.com | Colombia | Psychologist, body+wellbeing | Email sent | |
| 68 | APAC | | | | | |
| 69 | | Peter has reached out to Saaya from Japan PP -- they are considering | Japan PP said no good options -- @Sarah, any options for Safety? | | | |
| 70 | APAC | Prof. Jung Yeoju | Korea | Korea National University of Education | Complete | 1 |
| 71 | India | Dr. Ranjana Kumari | India | Safety | Complete | 0 |
| 72 | | | | India CP says this is not relevant | | |
| 73 | | | | | | |

## Notes from Outreach Contacts

HIGHLY CONFIDENTIAL (COMPETITOR)

## Dr. Kanafani, Human Relations Institute & Clinics

- These filters create unrealistic version of the user's self
  - Filters make us feel worse about what we do look like
  - May cause an initial endorphin rush to see ourselves changed (minute sense of happiness)
- Comments that people may get on these photos can reinforce the impacts
- Watermark is helpful to third parties but doesn't address first-party impacts
- Age-gating – age is too manipulated/faked to use
- Makeup vs cosmetic surgery – yes, meaningful to draw line
- Agrees with allowing characters when the effect is exaggerated, not physically possible, etc.
  - Cosmetic changes created in a realistic manner with any accessories shouldn't be allowed
  - The further you get from reality, the lesser the impact
  - The more cartoonish, the better

### Tessa DOOMS, Director , Youth Lab, South Africa

Tessa Dooms is the managing director of Youth Lab, a dynamic youth-led policy think tank that mainstreams youth perspectives on policy issues through interaction, knowledge sharing, and capacity development. Tessa's role at Youth Lab includes providing strategic direction, finding funding and consultancy opportunities, and stakeholder relations management. In 2015 Tessa was appointed a national planning commissioner tasked with guiding the implementation of the National Development Plan in South Africa. Upon returning to South Africa, Tessa will apply what she learns through the Fellowship to improve the quality of her contributions to policy advocacy and implementation. Tessa has lectured undergraduate and graduate students at three South African universities. She is internationally published and her strengths lie in training, research, communications, and strategic development. Tessa holds a Master of Arts with distinction in Sociology from the University of the Witwatersrand.

- In SSA body contours filters are more used than facial features. Pressure is around looking a particular shape and size so below the face features should also be questioned as they have a bigger effect in SSA.
- Strongly recommends rejecting commercial surgery filters (Option 1)
- Lightening filters do not work in both directions as looking darker is not an augmentation option.
- The issue goes beyond racism and is more on shadism when we think to POC. Lighting matters and filters that achieve a lighter shade are a problem. Filters have an inbuilt bias for caucasian skin. e.g inbuilt bias in warmer and cooler settings in the lighting features in photography work against dark skinned individuals. White skin can be tanned but black skin is made unrealistically blacker.
- There are things that can be achieved by makeup that make you look like you have undergone cosmetic surgery. E.g Nigerian make up artists can make noses look thinner and smaller.
- Limiting such filters to IG profile use does not limit the negative effects since IG usage is centred around beauty features.
- The watermark is not a deterrent and can also be a policing tool.
- We should go for the hardest line on this one as the unintended consequences on self worth and well being are not worth considering.
- Consider the effects of AR/VR and the ability to make things that are not possible to become possible, even though this cannot be achieved in reality. What beauty standards does this technology create and what are the effects of this.

### Chenai Chair- Web Foundation

- Young people in Africa are more concerned about body image as cosmetic surgery is not easily accessible to this group.
- Not totally against use of AR filters as they can be creatively used in amplifying advocacy for Transgender and other minority groups.
- How about features that make characters look darker? Is this something that we would allow? Skin lightening in SSA goes beyond race and we should look at shadism.
- Need to undertake more research in the region to better understand the effect of AR on mental health and well being of young people.
- Supports the option of age gating the filter which will prevent minors from accessing it and maintain use by creatives.

### Judith Okonkwo

- Filters can be used for good or bad
- Extreme caution would be advised in dealing with these filters
- FB is in a really delicate position in terms of where they police content and where they don't. Consistency is important.
- She likes watermarks for a couple reasons

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00337140

- They are a form of digital literacy
- Removing the filters won't solve the problem as they can be accessed elsewhere
- Problem is, we can't
- Generally, she wants us to give people the tools to better assess the content they see
  - Even the knowledge that *everything* is altered would be helpful
  - She thinks everyone would be behind this
- Re: character transformations, the category is so broad that policing it becomes near impossible
  - Where it's very clear that it's not you but a character, we should allow
- Engage more with the researchers to understand where the breaking point between yourself and a character is. When do you not hold yourself to unrealistic standards? What is at the end of the bell curve?

## Dr. Jamie Chiu

- supports distinction between makeup vs cosmetic surgery
- Youth are more vulnerable to the impacts
  - eg, they don't want to store photos of themselves on their phones that are non filtered
  - Leads to incessant "checking" behaviors - constantly looking at their images, likes, etc.
- She likes the watermark idea, but only if we can watermark all imagery using these types of filters
  - The way in which we could deploy a watermark would be easily gamed by going off-platform for filters
- Part of the goal should be to enhance media literacy
  - eg, every time you open the app, a notification that photos may be altered
- Removing filters altogether might not be realistic. Could just cause ppl to go off FB/IG
- She supports allowing theatrical/fantastical effects
  - Effects that are most damaging are those that tell people this is what you should look like

## Dr. Neelam Vashi, Boston U

- Cosmetic surgery is the right term: Invasive or non-invasive including lip fillers
- Agrees with disallowing these filters
- Would guidance that we disallow cosmetic surgery impacts even in characters
  - This will be an evolving process - you should start on the more conservative end
  - Think about the people that go so far as to try to look like Barbie, ken
  - Cartoons are made to be caricature reflections of beauty -- big eyes, big lips
  - There are people who spend hours and hours trying to achieve those looks
- If you turn blue and look like avatar, that's fine
- When things become more realistic and attainable it becomes something people think they could achieve (eg a Maleficent filter might negatively impact someone more than a fish filter, even if both have face shape altering)
- Having young kids access even character filters could result in them making sexualized versions of themselves

## Leen Segers, Women in Immersive Tech

- What I personally feel doesn't matter - would like to poll WIIT FB group
  - This is an opportunity to ask her community
- How to practically ask a question here?
- Perhaps webinar instead
- This is a continuation of how women have been portrayed in MSM and VR - sexualized, etc.

## Nicole ruggerio, ar artist

- "Good you guys are being cautious"
- For me personally, this stuff is fun, but I know women have been impacted by beauty standards for a long time
  - Women can lose themselves in this influence
- Generally, she is concerned with how FB/IG censorship applies to art
  - Much of nudity is not sexual, for instance. Policies and enforcement are too blunt.
- What if the filter is actually commentary on plastic surgery?
- Maybe require an extra step for creators
  - *context* is key-- ask for more context
- Filters that transform should be allowed

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00337141

- Provide examples of what is allowed or isn't?
- No blanket statement on whether something can or can't be approved will be apt
- Need to create a discourse with the artist -- understand reason for the filter, make decision based on context
    - I explained why that kind of subjective assessment is not possible given need for consistency

## Wang-Tsu Liu, Happinss

- Happinss uses VR natural settings to calm people
- How can you use tech to help people to improve lives?
- Negative impacts of media are increased with social media
- There is not enough research on the impact of filters
- Spectrum of human behavior is huge -- some people relax to jazz, some to metal
- We need to know users more, personalize experiences more
- Invest in neuroscience

## Sonalee Rashatwar, body positivity activist

- Recommends we remove cosmetic surgery filters, but allow theatrical and fantastical applications
- Really admire the push to allow fad diet products, sees this as similar
- Skin bleaching is on snapchat - it's very stark that we don't allow
- These filters do fuel body dysmorphia

## Siciliana trevino, arvr women & allies

- Co-chair of ARVR Women & Allies
- This is really tough!
- She has created snapchat filters
- Expression & creativity -- how do you tell people their creation isn't allowed?
    - How could you operationalize?
- You risk pushing people off of your platform
- What about a notification? -- watermark both for creators & users: "We care about your safety." "This is an exaggerated version of this person's face."
- Make people who create these filters read or watch a video on harms-make it personal
    - Re-direct users to safety center
    - like the VR caution -- do not use while walking, etc
- Still, she recognizes it is important to set boundaries
- This is zero sum -- there is a cost on the creative side
- How you communicate policy will be critical.  Focus on the why
- There are a lot of diff platforms out there where filters are allowed
- Transparency, community, feedback
- She doesn't like the strategy on differentiating beauty filters with accessories from transformations. Recognizable characters would have an advantage over new creations
- "Beautification" is not apt -- "plastic surgery techniques" or "exaggeration"
    - Need to define the terms

**DR. LAURA VANDENBOSCH,** Netherlands, University of Amsterdam
Dr. Vandenbosch (Ph.D, 2013) is a postdoctoral researcher at the Center for research on Children, Adolescents, and the Media (CcaM) at the University of Amsterdam. The relationship between media and well-being is the core subject of her research, leading to publications in several fields including developmental psychology, sexology, body image, social relationships and communication theory. Her PhD project 'Self-objectification and sexual effects of the media: an exploratory study in adolescence' aimed to contribute to our knowledge of the processes through which exposure to media may affect adolescents' sexual attitudes and behaviors.

High-level: The age groups using these filters most are all under 25 years old so if we really, genuinely want to have positive impact, age-gating shouldn't be the solution b/c we all know kids lie about their age and it'll be hard to implement an age cut off anywhere over 18. Instead, we should focus on product solutions. Yes to watermarks. Integrating plastic beauty effects within fantastical character effects should not be allowed. This is especially dangerous for young children for whom fantastical character effects may be what attracts them to the app in the first place b/c it's fun/funny but serves as a gateway to focus more on their appearance and slide towards a negative and distorted self-image as they are more and more exposed to their 'new face' -- images of themselves fitting a certain beauty ideal even

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00337142

with bunny ears on.

- She conducts research into self posting behaviors, i.e. what light do I look best in? Which are focused on showing yourself as "pretty"; and then there are the more passive behaviors, the scrolling behaviors, and all of this relates differently to body image. She also thinks about what Protective factors exist, i.e. high self-esteem, to negate/protect someone in this space. Also, important to note that there's been so much focus on girls when boys are impacted as well. IG impact on anabolic memes amongst boys for example. FB will likely get growing criticisms about this - that they are a platform for encouraging this kind of behavior amongst boys too and contributing to body image/self-esteem amongst young boys.

- Studies are pretty robust that social media and wellness are very much connected

- Must disentangle specific behaviors

- Direct increase / gap between online self and real self makes one look for ways to close to gap in real life.

- Watermark —— studies have shown that this helps. Two studies that show that women indeed don't like to use it but it is positive b/c it increases awareness of the effect, that it's unnatural and that we should be critical of it. Especially with body image, things like signs and warnings that they have altered don't *directly* increase body satisfaction. It's a slower process but we should see it as an investment in the future and the effects will show up gradually. Same with body positivity, it's not instant but it's putting things into perspective and eventually this knowledge will help.

- Studies on body positivity can be a resilience measure against all the negative effects; some studies have shown that body positivity quotes, not the fitness focused ones, but the really broad interpretations of beauty, i.e. #nomakeup, #nofilter approaches, show some positive impact. Important to do this amongst peers. This actually helps them feel more satisfied about who they are.

- Definitely would help to distinguish filters makeup vs. plastic surgery, and especially take out those "within reach" - the affordable plastic surgery like lip fillers b/c it's so achievable

- Think about rewarding images that have not been modified. Demotion/Promotion measures. Thinspiration models demoted vs. promoting naturalbeauty/body-positive influencers? If they know that body positivity is rewarded by the company and can help them achieve more followers, this might motivate them to change their posting behaviors.
    - Add an automatic hashtag that have been modified when it's unnatural to further indicate that it's a modified image. Not sure how this will change cognition b/c studies have shown that people who watch TV shows about plastic surgery can still want them.
    - Take away likes / reduce or take away visibility of the likes, not to reward that behavior
    - Add an automatic hashtag to body positive images to promote this content?
        - But it's challenging to detect the truly body positive images

- A new trend we see are celebrities showing their plastic surgery process and even collaborating with plastic surgeons to promote their procedures, taking it out of taboo sphere. Same thing with reality TV which normalizes these procedures.

- Don't agree with simply allowing fantastical characters to integrate plastic surgery effects. I would say it's even more damaging b/c it gives them even more reason to engage in this behavior, b/c it's perceived as "fun" or provides a convenient way around the rules, make them a bunny but don't allow the digital modifications that comply with conventional/unrealistic beauty ideals.

- For children this is especially dangerous. They're attracted to the bunny and accessories but they gradually become socialized to this "new face" —— for the youngest group, this is very dangerous, at first it's fun but generally they become more focused on the appearance.

- Age limit is really just meant to please policy makers as a "politeness" measure, we all know it doesn't really do much. The apps are most popular amongst the age groups that are most vulnerable so if you really want to do something, an age limit is not a real solution.

**Kitty Wallace, BDD Foundation**
High level: Disallow these filters. Put watermarks on makeup filters.

- why do people want to create these filters?
    - most people are trying to do this to make themselves feel better
    - the use of these filters, reinforces that you aren't good enough
    - that image then goes out to
- particularly for young people, hard to know what is normal, acceptable, etc.
- harder and harder for people to feel like it is ok to be themselves
- these apps perpetuate the view that there are certainly
- defensible to make a distinction between makeup vs cosmetic surgery
    - lot more danger involved in botched cosmetic surgery
    - no matter how hard you try, a vulnerable person will be impacted by it
- from a BD POV, cosmetics can be used as a form of camouflage - not being used in the same way others would use it
- to change your mindset, that needs to come from the inside, from education, etc.
    - need to teach people to be skeptical

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00337143

- should not allow the cosmetic surgery filters altogether
- filters should be fun - this is not fun
- watermarks - can these be undermined, cropped out?
- BDD has the highest suicide rate of all mental health disorders
- it's not about being paternalistic, it's about supporting mental health
    - we're about community & support
- What is the rationale for FB & IG *allowing* these filters?

**NEDA**

High level: Strong support for watermark as a form of education, but on all beauty filters. Recommend we disallow cosmetic surgery effects.

- MA bill considering regulating this area - comes from Harbord Striped program, CA considering similar bill
- people with dysmorphia and body image issues will be disproportionately drawn to the use of these filters
- likes the watermark feature a lot, but it should be on all beauty filters, not just those that can only be caused by cosmetic surgery
    - there may be more of a rationale for applying a watermark to makeup effects since those are harder for the naked eye to detect
- we collectively know so much about impact of this kind of thing on mental health and body image
- there should be a watermark on any images- not just those that can be caused by cosmetic surgery, the makeup ones may be even more concerning
- real opportunity to influence and educate consumers
- when you do too much protecting (by removing), they will find a way to do this anyways
    - eg monitoring hashtags for eating disorders
- when we start getting into filters that affect body size
- watermark could take a mental load off of the individual using them - they may be less likely to hold themselves to unreasonable standards
- cosmetic surgery effects - hard to see how that could produce positives - should just disallow
    - allowing is taking a step back from the direction in which we're headed
- I would be shocked if you found a counter perspective to ours
- clear rationale for treating age differently
- body of evidence is there to support restricting these effects

## Rachel Rodgers, Northeastern University

- Researches media influences on body image
- Interactive component of social media is a different type of influence from print media
- She does research with the goal of helping individuals to cope, learning how best to inform
- Viewing images of attractive people makes others feel less attractive, more likely to engage in harmful behaviors
- The more images depart from the norm, the greater impact they can have on mental health of viewers
- Not a hard line between makeup effects and surgery effects -- what is cosmetic surgery?
    - Though there is merit to the idea that there there is a spectrum
- Knowing it is fake
    - "Knowing that something is fake does not protect you from the emotional impact"
    - That imagery still sets the standard, normalizes
    - For example, in Korea, eye shape
        - They know that the eye shapes they are seeing aren't natural, but it doesn't reduce their desire to have the surgery
- Beauty ideals are increasingly globalized
- Not interested in watermark
    - Meta analysis of the French law on requiring photoshopped imagery to be marked as such: "it in no way buffers people"
- First person impact: If you continuously self-present in a way that is discrepant with your actual presentation, that would likely to make you more reticent to engage in social activities, etc.
- Re: other side of the coin, there is always an argument to something being paternalistic when decisions are being made on womens' behalf
- Look into feminist mobile tech development for another perspective

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00337144

- She agrees a future in which this tech could be used in ads is extremely concerning
- Age is a always useful differentiator and one that is relatively easy to justify (eg, indoor tanning, cosmetic surgery)
- She is interested in strategic research – do we sponsor any research along these lines?

**BRYN AUSTIN, Harvard Medical School**

- Director of Fellowship Research Training in the Division of Adolescent and Young Adult Medicine at **Children's Hospital Boston** and Director of the Strategic Training Initiative for the Prevention of Eating Disorders: A Public Health Incubator at the **Harvard School of Public Health and Children's Hospital Boston.**

- 20 years of field experience, speciality in LGBTQ youth, eating disorders, policy solutions and approaches to prevent eating disorders. Lead STRIPES, eating disorder prevention, and public policy re: social media/advertising of diet and weight loss supplements.

Talking Points:

- We reached out because your research into the impact of the social and physical environment on disordered eating, early adolescence, and body dissatisfaction would be invaluable to the conversation we're having about products and developer tools created by FB that filter, change, and alter appearances as "beauty" effects.
- Some of these effects achieve what a simple makeup job would achieve: smoother skin, lengthened eyelashes, contouring of the cheekbones, etc.
- Others achieve selfies/self-portraits that dramatically alter one's appearance and could only be achieved via plastic surgery in real life, for example, slimming of the nose, enlarging of the lips, etc.

High level take-aways:

- There is a great deal of research on harmful beauty norms established through TV, magazines, etc, but less research on newer modalities like AR.
- Water marks/Warning labels are not effective and may cause more harm ▮▮▮▮▮ to follow up for specific references to studies; follow up email sent same day as interview. 10/11/19]
    - o ▮▮▮ example of research: https://www.psychologytoday.com/us/blog/beauty-sick/201908/warnings-images-are-digitally-altered-don-t-bother
    - o Bryn called this an unanticipated "boomerang" effect
- Makeup v. Plastic Surgery may not be a useful framework if we're concerned about protecting the most vulnerable populations on FB. We should be more evidence based and think about how to operationalize a framework based on characteristics that are targeted for discrimination. Ask: is there evidence to show that people discriminate based on hair texture, skin tone, etc.? As a result, we would have more measurable harms to evaluate versus "beauty ideals."
    - o For example, are people discriminated against b/c of their weight? If so, don't allow "slimming" filters.
- Not permitting skin tone changes is the right call because there is plenty of evidence to show that "colorism" exists outside of "racism."
- One suggestion to think about is how we could leverage behavioral signals, i.e. frequent use of filters, to surface resources for someone who may be vulnerable to developing an eating disorder or other less severe but still unhealthy behaviors?

Questions:

- What can you share with us from your research and training about how these beauty effects could impact young adolescents and their development, specifically around their self-image, body-image, and mental health?
    - o Can lead to body image pressure b/c status is conferred on certain kinds of looks, and lead to ostracization, harassment, structural discrimination of those that don't find the mold
    - o Colorism (Status based on skin tone) exists outside of racism, used to value certain tones more than others; lighter tones are more valued in systems like this; occurs in the US independent of frank racism; studies show that even amongst people of similar race and similar opportunities, people of darker complexion will be treated more harshly for example, in school discipline proceedings.
    - o Emphasized importance of weight, which leads to stigma and discrimination, high levels of pressures on young people to be thin at any cost.
    - o Concerned about the use of social media and games to promote and normalize cosmetic surgery, i.e. Amazon's game that invites you to see what you would look like post-cosmetic surgery procedures.
    - o Don't see that there's much to gain here unless it's purely in play/theater/costume, instead of curating your appearance in the world to conform to beauty norms, racial norms.
    - o Exposure to harmful beauty norms in magazines and other media, worsening of body satisfaction - tons of studies on that - not sure how much research is out there on how self-alteration images are impacting psychological wellbeing.

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-040-00337145

- Are there any useful frameworks or principles we should use to guide our policies and product development?
- To you, is there a meaningful difference in the distinction we're drawing between beauty effects that can be achieved via makeup vs. plastic surgery?
  - May have less to do with makeup per se but whether it is a characteristic that's loaded with frank discrimination, either b/c it's fanciful or allowed to be diverse in society without structural discrimination, but skin tone is, weight is.
  - You do see discrimination for "visible difference" ie cleft pallet, or burn marks and scars. Another reason why media when they want to have a really bad character, like an injury/deformity/mark.
  - Makeup maybe shouldn't be the litmus test. They're vulnerable b/c they're targeted. Perhaps that's the litmus test — is there evidence to show that there's discrimination for skin tone, natural hair styles, weight? Can be more evidence based.
- Do you think 'fantastical effects', i.e. ones that turn you into fictional/fantastical characters like the Queen of Hearts, function more like costumes or have any other unique impact on youth we should think about?
  - No concerns here
- What are your thoughts about restricting access to these beauty effects by age?
  - 13-17 is a very vulnerable group; 18 is the age of majority, sure, but may not be that meaningful b/c in terms of vulnerability, 18-25 are still very much exposed/vulnerable.
- Would notifications of some kind, for example, water marks to indicate that an image has been produced using an AR effect, help in your opinion?
  - Becomes passive consumption of media if they don't know that the image has been altered.
  - And while warning labels are used all over private industry and regulated goods and evidence suggests that warning labels can be useful, there are psychology studies that show that warning labels for beauty conformity can have a boomerang effect. The message people get is that even this model isn't perfect, I need to be more perfect, or they have feelings of hopelessness, and so in the public health space, we do not recommend warning labels b/c they're not achieving the goal. For most readers, it does nothing for them and then for the vulnerable ones, it can be harmful. [FOLLOW UP for references/studies to incorporate]
  - Consumers respond more positively and experience more positive body satisfaction response when they see diverse images - but they have to be diverse images in media where it's not tagged/commented upon with fat shaming, and misogynistic comments.
  - Are there ways for FB to use a person's frequent use of this filter to signal problematic behavior/eating disorder danger? And surface resources similar to the way we do this for SSI?
- Default/sticky settings.
  - I think the idea of how you set the default is tried and true and is certainly used in public health a lot, make the default the healthier option and make the less healthy more expensive, more arduous to access (like added taxes on sugar, sweets, and beverages), added tax on diet pills, or access to stairs, choice architecture - how does the choice architecture to the more healthy/pro-social choice. They have to go way out of their way to alter their appearance. The default is the way you are.

Relevant publications:

- Austin SB, Rich M. Consumerism: its impact on the health of adolescents. In: Brown R, Alderman E, eds. Adolesc Med: State of the Art Reviews; Adolescents, Families, and Society in the New Millennium. 2001; 12(3):389-409. View abstract

- Austin SB, Gordon AR, Kennedy GA, Sonneville KR, Blossom J, Blood EA. Spatial distribution of cosmetic-procedure businesses in two U.S. cities: a pilot mapping and validation study. Int J Environ Res Public Health. 2013 Dec 06; 10 (12):6832-62. View abstract
- Hadland SE, Austin SB, Goodenow CS, Calzo JP. Weight misperception and unhealthy weight control behaviors among sexual minorities in the general adolescent population. J Adolesc Health. 2014 Mar; 54(3):296-303. View abstract
- Calzo JP, Sonneville KR, Haines J, Blood EA, Field AE, Austin SB. The development of associations among body mass index, body dissatisfaction, and weight and shape concern in adolescent boys and girls. J Adolesc Health. 2012 Nov; 51 (5):517-23. View abstract

## Dr. Katie Davis

High-level takeaway: Young teens are most vulnerable and we should be shaping our policies with them in mind. The line to distinguish effects achievable via makeup versus those only possible with plastic surgery is a meaningful one and we should age-gate at 18+. Watermarks might be useful so that teens feel less pressured to uphold unrealistic ideals.

- We reached out because your research into the impact of the social and physical environment on disordered eating, early adolescence, and body dissatisfaction would be invaluable to the conversation we're having about products and developer tools created by FB that filter, change, and alter appearances as "beauty" effects.
- Some of these effects achieve what a simple makeup job would achieve: smoother skin, lengthened eyelashes, contouring of the cheekbones, etc.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00337146

- Others achieve selfies/self-portraits that dramatically alter one's appearance and could only be achieved via plastic surgery in real life, for example, slimming of the nose, enlarging of the lips, etc.

QUESTIONS:

- What can you share with us from your research and training about how these beauty effects could impact young adolescents and their development, specifically around their self-image, body-image, and mental health?
  - Need to conduct research on these tools with special attention paid to the most vulnerable audience — girls who are already prone to suffer from body image concerns.
  - Pre-existing mental health issues are a major factor but the other is age: self-esteem issues associated with body image are much more impactful on a teen than an adult.
  - There may be two use cases that she might be most concerned about: 1) the girl who's really not feeling good about herself and using these effects by herself and spiraling and another is 2) a group of teens using this together to make someone else look different and somehow using this as a way of harassment/bullying.
  - A colleague of hers did her Harvard PhD on women's body concerns, she found that women who had plastic surgery stopped being worried or being focused on their body image. Would this be a stepping stone towards that? Or it could just be a fun tool. [FOLLOW UP on STUDY For citation] Wonder if this will exacerbate the gap between real self and ideal self

- To you, is there a meaningful difference in the distinction we're drawing between beauty effects that can be achieved via makeup vs. plastic surgery?
  - I do think this is a meaningful difference. There are tons of teens who watch makeup videos on YouTube. A makeup effect would be different than something that drastically change your image.

- Do you think "fantastical effects", i.e. ones that turn you into fictional/fantastical characters like the Queen of Hearts, function more like costumes or have any other unique impact on youth we should think about?

- What are your thoughts about restricting access to these beauty effects by age?
  - Makeup effects are fine but for the more dramatic ones should be 18+

- Would notifications of some kind, for example, water marks to indicate that an image has been produced using an AR effect, help in your opinion?
  - Really like that idea, b/c if teens start to present themselves just by their AR enhanced image, they may feel a pressure to uphold that image. If marked to indicate it's been altered, it has less weight and less tied to how their actual self. My instinct is that this might be good.

- FOLLOW UP: with screenshots of flow to get to SparkAR effects in IG right now or at least, examples of the altered images.

- Hi ▮▮▮▮

- Honestly, all of these examples trouble me. To me, the fantastical features do nothing to minimize the effects of the other distortions. As I noted on our call, I cannot say definitively (nor can any other expert you speak to, for that matter) what impact these filters will have on teens without conducting research that directly addresses this question. I have not conducted such research. I appreciate that Facebook is reaching out to experts for guidance, but I also caution you that unless we have carried out research that addresses this topic (or are very knowledgeable of existing research), we really can't do more than offer an informed opinion.

- Best,

- Katie

## Janis Whitlock

Expert on non-suicidal self-injury in adolescence and young adulthood, social media, and mental health; Primary research focus includes development of early detection and intervention in mental health and wellbeing using social media and other technology; currently a research scientist and Director of the Cornell Research Program on Self-Injury and Recovery.

High-level takeaways: There is validation that beauty effects can negatively impact mental health, especially in young teens and girls who are already prone to suffer from self-esteem issues so please don't release them without careful thought and consideration.

QUESTIONS:

- What can you share with us from your research and training about how these beauty effects could impact young adolescents and their development, specifically around their self-image, body-image, and mental health?
  - There is validation that this happens - that idealized self leads to problems, FOLLOW-UP for articles that her research assistant found (add Palak to this thread, and ask for the Merrill study).
  - The dominant message is there's nothing that I can imagine that would ever be, if-then simple causality, there are really predispositions to certain ways of being/thinking that are triggered. Young women, for example, who are already vulnerable to problematic ways of thinking re: the image or, maybe opportunities for education to consumers on the platform for counter-messaging.

HIGHLY CONFIDENTIAL (COMPETITOR)                                          META3047MDL-040-00337147

- Watermark?
  - Great idea to put a watermark/indicator on the image that it has been altered. What's interesting about visuals is that we always say that we can tell what's real and not real but the emotional/social imprint is much more nuanced, the brain really can't tell the difference. That's why the social learning model is important — you can learn something very deeply by just watching other people do it if you have a connection to them, it's part of what makes marketing so effective.
  - The filters can effect self perception. There can be negative comparison, maybe;
  - Would be great to measure what's very troubling - b/c you have the data and can have researchers look for patterns and use that to push out intervention/education to users/re-direct messages
  - Could do research on what's the balance to strike with 3rd party?
    - For example, do you see differences in use? by imposing standards on one group or at different times.
    - The outcomes could be differences in uptick? What's a pattern of use that's concerning? You could chart users who are using these filters at X frequency, these are probably your more problematic users.
- Yes, this impacts minors differently than adults; the older users, once they hit young adult range, they use instagram more strategically.
  - ▮▮▮▮▮▮▮ instagram; get research
- Please don't just put out beauty filters.
- Follow up: make guidance for creators to encourage more diversity in creation, not just "sexification" of X. Don't create a "sexy bunny" but also create 5 other options for a bunny look! And then educate users, include this in parent education resources, to think more critically about these filters and their choices.

## LIONEL BROSSI and ANA MARIA CASTILLO, Journalist and PhD in Communications in Journalism

Lionel Brossi is Director of International Relations and Assistant Professor at the Institute of Communication and Image of the University of Chile, where he teaches and researches in the fields of digital journalism, interpersonal and intercultural communication and the role of technologies in education. the youths, with focus on Artificial Intelligence and disruptive technologies. He is Faculty Associate of the Berkman Klein Center for Internet and Society of Harvard University, collaborator of the Youth and Media project , and member of the management team of the Conectados al Sur network.

High-level takeaways: Concerned that beauty effects will add to the current "war for attention" currently impacting children who are being socialized to seek social rewards for self-representation online. Age gating would be good.

- Lionel: more concerned about issues, children who are waiting for social rewards, war of attention, algorithm's effect writing for or predicting attractiveness, what are the best rated for others, algorithms will promote this kind of filters, this will change the way they perform self-representation online, the way they perceive their own body without filters can lead to self-esteem injury.
- Attractiveness scores - self-fulfilling feedback loop of getting more praise or positive attention with the use of filters b/c it implies that their real self, their unaltered self is not good enough
- Age limit/age gating: it can help but this won't solve the issue of body image b/c adult women are susceptible to this as well
- Age limit is good
- One of the dangers of this kind of effect can endorse fake perception or unattainable, need a pluralistic, diverse way to develop diverse ideas of beauty, i.e. make sure the filters don't create one skin tone or one shape/size of a beauty standard - think of a more proactive requirement/ enforcement mechanism
- What about promoting all different types of bodies/faces? redirection method from FB/IG, to counter and redirect users to non-dominant standards of beauty
- We have research ongoing with youth and their interactions with digital media, i.e. filters, in 5 different countries with the goal of building a digital literacy curriculum. We're finding that adults are totally biased about how we think about children interact with digital media. Example, 14-17 years old were using Grndr with fake profiles and filters on their own faces to sell drugs so there is so much to learn from interacting with minors about how they're using these applications. They tell us their "friends" that sell CEI pictures that doesn't show their faces but we could see a world in which faces can be so altered that they can be used to facilitate the trafficking of CEI. Sometimes parents are also managing their kid's accounts. It should be mandatory to do a youth centered study.
- Aside: Privacy of the data in terms of facial recognition, promoting the use of these filters will be more data.

### PROFESSOR JUNG YEOJU
Professor at Korea National University of Education in counseling psychology. Her recent work focuses on the psychological effects of social media networks and the Internet. Last year, she also completed research on women's body image on SNS and this would be a great opportunity for us to get her insight.

HIGHLY CONFIDENTIAL (COMPETITOR)

High-level takeaway: In South Korea, the market is already saturated with similar apps as well as other apps that take body/facial transformation to even more extremes that SparkAR will have minimal impact. Professor Jung pointed out that in markets like South Korea where plastic surgery is not stigmatized and commonplace, apps like SparkAR give consumers outlets to explore alternative selves through filters. She did agree that for the most vulnerable—youth who are prone to suffer from low self-esteem, bullying, or depression—this kind of social media use can become problematic without reinforcement from others to support a strong sense of real self. She suggested deploying educational/re-direction campaigns and tools to target users whose SparkAR use suggests problematic use, i.e. excessive or extreme use. She shared that many social media sites in South Korea use such methods with guidance from the government regulators.

**LISA MOORE, The Women's Foundation HK**
Recent research in HK last year compared 2 different age-group's relationship to beauty effect filters

25-34 year olds had a positive well-being/satisfaction correlation with filters because they saw the photos as marking moments, or creating memories in their life that was more for them than anyone else. 16-24 year olds had a negative correlation between well-being and filter use; primarily because they are posting generally for the feedback from others. Over 50% in both groups edit their photos in the normal course of posting. Most common thing to edit is skin tone/nose/quality of skin. People who spend more time editing are those who are least satisfied with their appearance in person.

HK has one of lowest rankings for mental health in the developed world anyway. Worth noting that this is true on suicide rates in Japan/Korea as well. Part of it in HK is a sense of competition which can be in academic/professional spheres but the 'ranking' also extends into the social sphere. There is a preoccupation with perfectionism which the filters indulge which can be damaging. As background in 2015 – 11% of upper secondary students weren't attending classes/social activities due to the way they look, filters like this won't improve that.

Many girls don't associate filters with 'editing' photos. They think because the filter is built in they are not photo editing – when that becomes your reality it is even more problematic – even if just make-up effects, it is damaging self-esteem and well-being in the long-run. While watermarks could be used, they would be insufficient to negate negative impact. Age-gating would be a better step as teens are the most vulnerable group. Much evidence that eating disorders and self-harm stem from low self-esteem around image for teens. Lack of appropriate critical thinking/education about technology and social media in the HK system means they are even more vulnerable locally.

Fantastical/animal filters aren't so bad. More fun. Everyone is clear it is not real and it doesn't have the same impact.

**Zehra Khamal, Clinical psychologist and Board Chair of Rozan (suicide prevention org), Pakistan**
In Pakistan no research available yet. We should consider doing surveys through the platform. Feedback is based on those they see in the clinic, not sure broadly how it impacts the population across geo location and socio-eco class. However, the trend is that usage would happen in more educated class, with affluent backgrounds amongst both teens and particularly middle-aged women. Generally speaking there is a danger in using filters that change appearance to the extent of cosmetic surgery – not only would it be harmful by setting an unattainable standard for those with particular vulnerabilities to body image and eating disorder issues already, it contributes to general societal pressure to look a certain way which can increase the instances of vulnerability generally. People will aim for skin whitening and other drastic changes that is increasing use of whitening creams and cosmetic surgery, a lot of which goods are unregulated so unreliable in terms of quality/outcome. Self-esteem or other issues are in the end compounded by what seems like a fun thing in photoshopped/filtered images, those who are prolific users of these and appear fine and happy and as though they are having fun with it, in her experience, have also been suicidal (for multiple reasons but this is not net helpful). Given there is negative impact and high usage among middle aged women too, age-gating will not work. Watermarks could be helpful to really change the import/way people relate to these images by allowing them to know the image is enhanced BUT dubious whether this would mean they aren't used much at all. Fantastical/animal costumes and effects are in a different category as they are obviously not meant to be real at all and so shouldn't be restricted in the same way.

**Myung Yoon, Secretary General Consumers Korea**

Filters with beauty effects can be good but not for all ages. Especially concerned about teen users – they are very sensitive toward social media and it is emphasizing beauty rather than content itself. She has witnessed 2 distinct approaches among groups of teens using filters. First group starts using beauty effects for curiosity and gets bored and stops. The second admire themselves/wish to keep using that kind of filter because they are now trying to attain a new standard. This has a negative impact on health and well-being and is contributing to rise in cosmetic surgery. This then encourages teens to buy more beauty products and diet pills – which can be risky/unsafe consumer behavior.
Filters that are not made explicit are particularly problematic as they really encourage an unattainable standard. The greatest impact is on the user/poster of filtered image who are basing their self-worth on how people react and comment. But those who view the image are also impacted as it changes the general societal standard to something unattainable.
She is doubtful that age-gating could work. Beauty effects are most used by teenagers anyway so they would circumvent it. In this space, watermarks wouldn't work in practice, people won't post their pictures if they are watermarked.
What is important is HOW much exaggeration the filters will bring – if it is makeup that is ok. Not to the cosmetic surgery extent. The obvious fantastical filters (dogs/flowers etc) are fine because they emphasise fun and  the impact is less problematic.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00337149

**Dr. Rajana Kumari, Centre for Social Research and on the Global Safety Advisory Board for Facebook**

Women are under a lot of pressure to look a certain way, this is especially true for countries like India where there are so many rigid perceptions of beauty -- like fair is beautiful. While it can be fun, like animal filters etc, cosmetic changes may lead to self-image issues, and this may impact wellbeing. The other thing to consider is bullying and harassment, while its possible for other filters as well, cosmetic changes is one such filter that can lead to bullying and harassment of women esp young girls and teens and then in addition to well being, it also becomes a safety issue. Not having cosmetic filters would be the right approach.  The other types of filters are fun and obviously there is no concern on having those available, but the cosmetic filters would be problematic even if the intention is just fun and games, it could have serious impact on others well being and safety.

## Outreach email

Dear _____

I hope this message finds you well. I'm on the Facebook Product Policy team, the group that creates our Community Standards. In developing our policies we frequently reach out to external experts in order to get the best expertise and provide visibility into the work we're doing.

We're currently considering how we should frame rules for augmented reality (AR) effects in the area of beautification. This issue arises because FB and Instagram have announced a Spark AR Platform that will allow users to create certain effects; our policies will govern which effects are allowed. We'd very much like to speak with you about our policies in this area.

We are focusing on AR effects that promote beauty standards attainable only through plastic surgery. We're seeing a rise in the popularity of such beauty effects, which has led to a conversation on the stance that Facebook and Instagram should take on how those filters relate to body image, mental health, and well-being, especially in the case of younger users. We want our policies to be informed by expert opinion.

[We've read your work with interest and would be glad to get your insights.] Would you be willing to speak with us about this? If so we'll find a convenient time to speak by video conference or phone.

Thanks and best regards,

## Policy Proposals Stemming From These Conversations

Contact Support

# Conversation History

**Quipbot#03** left the thread *Aug 22 at 3:48 am*

————

**Quipbot#03** *Aug 22 at 3:42 am*

=====IMPORTANT=====

This Quip file has been copied to Google Workspace (https://docs.google.com/document...) as part of the Quip2Google migration efforts. Quip is moving to **Read-Only**. Please work in the new Google file moving forward.

**Learn more**

https://fb.workplace.com/groups...

**Questions?**

Visit the Quip2Google Migration Feedback Group (https://fb.workplace.com/groups...).

**Note**

New edits in this Quip file will NOT be automatically synced to Google Workspace.

————

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00337150

**Quipbot#03** added Quipbot#03 to the thread *Aug 22 at 3:47 am*

―――――

**Quipbot#03** added you to a document *Aug 22 at 3:42 am*

―――――

███████ edited *Aug 6, 2020 at 3:23 pm*

―――――

███████ dited *Aug 6, 2020 at 3:43 am*

―――――

███████ dited *Aug 5, 2020 at 9:25 pm*

―――――

**Vaishnavi J** opened your conversation with ███████████████, Dayna Geldwert, Karina Newton, █████████████ and ████████ on a phone *Aug 5, 2020 at 9:18 pm*

―――――

███████ added Vaishnavi J to the thread *Aug 5, 2020 at 9:23 pm*

―――――

███████ added you to a document *Aug 5, 2020 at 9:18 pm*

―――――

███████ edited *Mar 25, 2020 at 6:33 pm*

- Age-gating – age is too manipulated/faked to use

―――――

███████ dited *Dec 16, 2019 at 7:21 pm*

## Dr. Kanafani, Human Relations Institute & Clinics

- These filters create unrealistic version of the user's self
  - Filters make us feel worse about what we do look like
  - May cause an initial endorphin rush to see ourselves changed (minute sense of happiness)
- Comments that people may get on these photos can reinforce the impacts
- Watermark is helpful to third parties but doesn't address first-party impacts
- Age-gating – too manipulated/faked to use
- Makeup vs cosmetic surgery – yes, meaningful to draw line
- Agrees with allowing characters when the effect is exaggerated, not physically possible, etc.
  - Cosmetic changes created in a realistic manner with any accessories shouldn't be allowed
  - The further you get from reality, the lesser the impact
  - The more cartoonish, the better

―――――

███████ opened your conversation with ████████████ Dayna Geldwert, Karina Newton, ████████████ ████████ (Policy), Vaishnavi J, ███████████ and ████████ *Dec 10, 2019 at 9:13 am*

―――――

**Sarah Ryan** added Monica Kang to the thread *Dec 9, 2019 at 11:51 pm*

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00337151

 added you to a document *Dec 9, 2019 at 11:45 pm*

edited *Dec 9, 2019 at 9:52 pm*

dited *Dec 9, 2019 at 8:56 pm*

Chenai Chair- Web Foundation

- Young people in Africa are more concerned about body image as cosmetic surgery is not easily accessible to this group.
- Not totally against use of AR filters as they can be creatively used in amplifying advocacy for Transgender and other minority groups.
- How about features that make characters look darker? Is this something that we would allow? Skin lightening in SSA goes beyond race and we should look at shadism.
- Need to undertake more research in the region to better understand the effect of AR on mental health and well being of young people.
- Supports the option of age gating the filter which will prevent minors from accessing it and maintain use by creatives.

edited *Dec 9, 2019 at 7:05 pm*

Dec 5, 2019 at 3:27 am

Do you know who engaged this expert? I don't see their notes here and I don't think it was someone on Safety Policy?

edited *Dec 5, 2019 at 3:27 am*

edited *Dec 5, 2019 at 12:09 am*

- What about satire, eg bad botox filter?
- Filter Filters can be used for good or bad
- supports distinction bnetween between makeup vs cosmetic surgery

 opened your conversation with S⬛⬛⬛⬛⬛⬛⬛⬛⬛ Dayna Geldwert, Karina Newton, ⬛⬛⬛⬛⬛ (Policy), Vaishnavi J, ⬛⬛⬛⬛⬛⬛⬛⬛ and ⬛⬛⬛⬛⬛ *Dec 4, 2019 at 6:18 pm*

edited *Dec 4, 2019 at 6:43 pm*

Dr. Rajana Kumari, Centre for Social Research and on the Global Safety Advisory Board for Facebook

Women are under a lot of pressure to look a certain way, this is especially true for countries like India where there are so many rigid perceptions of beauty – like fair is beautiful. While it can be fun, like animal filters etc, cosmetic changes may lead to self-image issues, and this may impact wellbeing. The other thing to consider is bullying and harassment, while its possible for other filters as well, cosmetic

HIGHLY CONFIDENTIAL (COMPETITOR)

changes is one such filter that can lead to bullying and harassment of women esp young girls and teens and then in addition to well being, it also becomes a safety issue. Not having cosmetic filters would be the right approach. The other types of filters are fun and obviously there is no concern on having those available, but the cosmetic filters would be problematic even if the intention is just fun and games, it could have serious impact on others well being and safety.

---

████████ edited *Dec 4, 2019 at 6:49 pm*

## Judith Okonkwo

- Filter can be used for good or bad
- Extreme caution would be advised in dealing with these filters
- FB is in a really delicate position in terms of where they police content and where they don't. Consistency is important.
- She likes watermarks for a couple reasons
    - They are a form of digital literacy
    - Removing the filters won't solve the problem as they can be accessed elsewhere
    - Problem is, we can't
- Generally, she wants us to give people the tools to better assess the content they see
    - Even the knowledge that *everything* is altered would be helpful
    - She thinks everyone would be behind this
- Re: character transformations, the category is so broad that policing it becomes near impossible
    - Where it's very clear that it's not you but a character, we should allow
- Engage more with the researchers to understand where the breaking point between yourself and a character is. When do you not hold yourself to unrealistic standards? What is at the end of the bell curve?

---

████████ edited *Dec 4, 2019 at 11:35 am*

---

████████ edited *Dec 4, 2019 at 5:49 am*

## Dr. Jamie Chiu

- supports distinction bnetween makeup vs cosmetic surgery
- Youth are more vulnerable to the impacts
    - eg, they don't want to store photos of themselves on their phones that are non filtered
    - Leads to incessant "checking" behaviors - constantly looking at their images, likes, etc.
- She likes the watermark idea, but only if we can watermark all imagery using these types of filters
    - The way in which we could deploy a watermark would be easily gamed by going off-platform for filters
- Part of the goal should be to enhance media literacy
    - eg, every time you open the app, a notification that photos may be altered
- Removing filters altogether might not be realistic. Could just cause ppl to go off FB/IG
- She supports allowing theatrical/fantastical effects
    - Effects that are most damaging are those that tell people this is what you should look like

---

████████ edited *Dec 2, 2019 at 11:28 pm*

---

████████ edited *Dec 2, 2019 at 6:48 pm*

---

████████ edited *Dec 2, 2019 at 2:46 pm*

25-34 year olds had a positive well-being/satisfaction correlation with filters because they saw the photos as marking moments, or creating memories in their life that was more for them than anyone else. 16-24 year olds had a negative correlation between and well-being and filter use; primarily because they are posting generally for the feedback from others. Over 50% in both groups edit their

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00337153

photos normally in the normal course of posting. Most normal common thing to edit is skin tone/nose/quality of skin. People who spend more time editing are those who are least satisfied with their appearance in person.

HK has one of lowest rankings for mental health in the developed world anyway. Worth noting that this is true on suicide rates in… which can be damaging. As background in 2015 – 11% of upper secondary students weren't attending classes/social activities due to the way they look, fiters filters like this won't improve that.

Fantastical/animal filters aren't so bad. More fun. Everyone is clear it is not a human filter/it real and it doesn't have the same impact.

### Zehra Khamal, Clinical psychologist and Board Chair of Rozan (suicide prevention org), Pakistan

In Pakistan no research available yet. We should consider doing surveys through the platform. Feedback is based on those they see in the clinic, not sure broadly how it impacts the population across geo location and socio-eco class. However, the trend is that usage would happen in more educated class, with affluent backgrounds amongst both teens and particularly middle-aged women. Generally speaking there is a danger in using filters that change appearance to the extent of cosmetic surgery – not only would it be harmful by setting an unattainable standard for those with particular vulnerabilities to body image and eating disorder issues already, it contributes to general societal pressure to look a certain way which can increase the instances of vulnerability generally. People will aim for skin whitening and other drastic changes that is increasing use of whitening creams and cosmetic surgery, a lot of which goods are unregulated so unreliable in terms of quality/outcome. Self-esteem or other issues are in the end compounded by what seems like a fun thing in photoshopped/filtered images, those who are prolific users of these and appear fine and happy and as though they are having fun with it, in her experience, have also been suicidal (for multiple reasons but this is not net helpful). Given there is negative impact and high usage among middle aged women too, age-gating will not work. Watermarks could be helpful to really change the import/way people relate to these images by allowing them to know the image is enhanced BUT dubious whether this would mean they aren't used much at all. Fantastical/animal costumes and effects are in a different category as they are obviously not meant to be real at all and so shouldn't be restricted in the same way.

### Myung Yoon, Secretary General Consumers Korea

Filters with beauty effects can be good but not for all ages. Especially concerned about teen users – they are very sensitive toward social media and it is emphasizing beauty rather than content itself. She has witnessed 2 distinct approaches among groups of teens using filters. First group starts using beauty effects for curiosity and gets bored and stops. The second admire themselves/wish to keep using that kind of filter because they are now trying to attain a new standard. This has a negative impact on health and well-being and is contributing to rise in cosmetic surgery. This then encourages teens to buy more beauty products and diet pills – which can be risky/unsafe consumer behavior.

Filters that are not made explicit are particularly problematic as they really encourage an unattainable standard. The greatest impact is on the user/poster of filtered image who are basing their self-worth on how people react and comment. But those who view the image are also impacted as it changes the general societal standard to something unattainable.

She is doubtful that age-gating could work. Beauty effects are most used by teenagers anyway so they would circumvent it. In this space, watermarks wouldn't work in practice, people won't post their pictures if they are watermarked.

What is important is HOW much exaggeration the filters will bring – if it is makeup that is ok. Not to the cosmetic surgery extent. The obvious fantastical filters (dogs/flowers etc) are fine because they emphasise fun and the impact is less problematic.

---

█████████████ edited *Dec 2, 2019 at 11:33 am*
### Tessa DOOMS, Director , Youth Lab, South Africa

Tessa Dooms is the managing director of Youth Lab, a dynamic youth-led policy think tank that mainstreams youth perspectives on policy issues through interaction, knowledge sharing, and capacity development. Tessa's role at Youth Lab includes providing strategic direction, finding funding and consultancy opportunities, and stakeholder relations management. In 2015 Tessa was appointed a national planning commissioner tasked with guiding the implementation of the National Development Plan in South Africa. Upon returning to South Africa, Tessa will apply what she learns through the Fellowship to improve the quality of her contributions to policy advocacy and implementation. Tessa has lectured undergraduate and graduate students at three South African universities. She is internationally published and her strengths lie in training, research, communications, and strategic development. Tessa holds a Master of Arts with distinction in Sociology from the University of the Witwatersrand.

- In SSA body contours filters are more used than facial features. Pressure is around looking a particular shape and size so below the face features should also be questioned as they have a bigger effect in SSA.

- Strongly recommends rejecting commercial surgery filters (Option 1)

- Lightening filters do not work in both directions as looking darker is not an augmentation option.

- The issue goes beyond racism and is more on shadism when we think to POC. Lighting matters and filters that achieve a lighter shade are a problem. Filters have an inbuilt bias for caucasian skin. e.g inbuilt bias in warmer and cooler settings in the lighting features in photography work against dark skinned individuals. White skin can be tanned but black skin is made unrealistically blacker.

- There are things that can be achieved by makeup that make you look like you have undergone cosmetic surgery. E.g Nigerian make up artists can make noses look thinner and smaller.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00337154

- Limiting such filters to IG profile use does not limit the negative effects since IG usage is centred around beauty features.
- The watermark is not a deterrent and can also be a policing tool.
- We should go for the hardest line on this one as the unintended consequences on self worth and well being are not worth considering.
- Consider the effects of AR/VR and the ability to make things that are not possible to become possible, even though this cannot be achieved in reality. What beauty standards does this technology create and what are the effects of this.

———

███████████ edited *Dec 2, 2019 at 9:00 am*

**LISA MOORE, The Women's Foundation HK**

Recent research in HK last year compared 2 different age-group's relationship to beauty effect filters

25-34 year olds had a positive well-being/satisfaction correlation with filters because they saw the photos as marking moments, or creating memories in their life that was more for them than anyone else. 16-24 year olds had a negative correlation between and well-being and filter use; primarily because they are posting generally for the feedback. Over 50% in both groups edit their photos normally. Most normal thing to edit is skin tone/nose/quality of skin. People who spend more time editing are those who are least satisfied with their appearance in person.

HK has one of lowest rankings for mental health in the developed world anyway. Worth noting that this is true on suicide rates in Japan/Korea as well. Part of it in HK is a sense of competition which can be in academic/professional spheres but the 'ranking' also extends into the social sphere. There is a preoccupation with perfectionism which the filters indulge which can be damaging. As background in 2015 – 11% of upper secondary students weren't attending classes/social activities due to the way they look, fiters like this won't improve that.

Many girls don't associate filters with 'editing' photos. They think because the filter is built in they are not photo editing – when that becomes your reality it is even more problematic – even if just make-up effects, it is damaging self-esteem and well-being in the long-run. While watermarks could be used, they would be insufficient to negate negative impact. Age-gating would be a better step as teens are the most vulnerable group. Much evidence that eating disorders and self-harm stem from low self-esteem around image for teens. Lack of appropriate critical thinking/education about technology and social media in the HK system means they are even more vulnerable locally.

Fantastical/animal filters aren't so bad. More fun. Everyone is clear it is not a human filter/it doesn't have the same impact.

———



████████ opened your conversation with █████ Dayna Geldwert, Karina Newton, ███████████
██████████████████████████████████████████████████████████████
███████(Policy), Vaishnavi J, █████████████████████ *Nov 26, 2019 at 2:22 pm*

———

████████ edited *Nov 26, 2019 at 2:22 pm*

———

████████ added █████ and ██████ to the thread *Nov 25, 2019 at 7:14 pm*

———

████████ added you to a document *Nov 25, 2019 at 7:09 pm*

———

████████ added you to a document *Nov 25, 2019 at 7:09 pm*

———

████████ edited *Nov 25, 2019 at 5:47 pm*

———

████████ edited *Nov 22, 2019 at 12:50 am*

———

████████ edited *Nov 21, 2019 at 7:17 pm*

———

████████ edited *Nov 21, 2019 at 4:45 am*

———

████████ edited *Nov 21, 2019 at 12:59 am*

———

████████ edited *Nov 20, 2019 at 8:18 pm*

———

████████ edited *Nov 19, 2019 at 11:55 pm*

———

**Karina Newton** opened your conversation with █████████████████Dayna Geldwert, ███████████
██████████████████████████████████████████████████████████████
███████(Policy), Vaishnavi J, █████████████████████ *Nov 18, 2019 at 2:51 pm*

———

████████ edited *Nov 14, 2019 at 6:36 pm*

- Hi █████
- Honestly, all of these examples trouble me. To me, the fantastical features do nothing to minimize the effects of the other distortions. As I noted on our call, I cannot say definitively (nor can any other expert you speak to, for that matter) what impact these filters will have on teens without conducting research that directly addresses this question. I have not conducted such research. I appreciate that Facebook is reaching out to experts for guidance, but I also caution you that unless we have carried out research that addresses this topic (or are very knowledgeable of existing research), we really can't do more than offer an informed opinion.
- Best,
- Katie

HIGHLY CONFIDENTIAL (COMPETITOR)

---

█████████ edited *Nov 14, 2019 at 5:49 pm*

---

█████████ edited *Nov 13, 2019 at 5:36 am*

We spoke with 18 experts including psychologists, researchers – particularly those with work on Snapchat dysmorphia, body image activists, and AR professionals. We made sure to focus our outreach on experts who could provide research insights and findings about the impact of social media and internet technologies on youth identity development, body image, including Body Dysmorphic Disorder (colloquially known as "Snapchat dysmorphia"), and mental health. A large majority, including individuals in the AR field, recommended disallowing prohibiting these filters, citing known impacts to body image and mental health of similar filters and related other forms of media that idealize unrealistic beauty standards. We discussed lesser corrective actions that were less prohibitive, including limiting cosmetic surgery filters to adults and/or utilizing watermarks, however these actions were not viewed as sufficient protections given that one, because (1) the universe of users that who are vulnerable to negative impacts from such filters is much broader than those ages 13-17, and two, (2) past research on labeling photoshopped imagery indicates such notice does not found that they do not insulate viewers from its negative effects. There was agreement in our conversations that we should be careful to limit cosmetic filters even when used in conjunction with a costume, animal features, fantasy effects, and accessories especially because these are often most popular with our youngest users who are attracted to the fun/imaginary play aspect of these filters but are gradually exposed, and increasingly grow accustomed to their idealized face over their real one.

---

█████████ edited *Nov 13, 2019 at 12:55 am*

## Summary for Boz email:

We spoke with 18 experts including psychologists, researchers – particularly those with work on Snapchat dysmorphia, body image activists, and AR professionals. A large majority, including individuals in the AR field, recommended disallowing these filters, citing known impacts to body image and mental health of similar filters and related media. We discussed lesser actions including limiting cosmetic surgery filters to adults and/or utilizing watermarks, however these actions were not viewed as sufficient protections given that one, the universe of users that are vulnerable to negative impacts from such filters is much broader than those ages 13-17, and two, research on labeling photoshopped imagery indicates such notice does not insulate viewers from negative effects.

The one stakeholder that advocated for allowing cosmetic surgery filters unrestricted did so on the basis that platforms for AR filters abound, and any actions taken by FB/IG here would be a drop in the bucket, comparatively, which is not a values-based policy rationale.

## Dr. Neelam Vashi, Boston U

- Cosmetic surgery is the right term: Invasive or non-invasive including lip fillers
- Agrees with disallowing these filters
- Would guidance that we disallow cosmetic surgery impacts even in characters
    - This will be an evolving process – you should start on the more conservative end
    - Think about the people that go so far as to try to look like Barbie, ken
    - Cartoons are made to be caricature reflections of beauty – big eyes, big lips
    - There are people who spend hours and hours trying to achieve those looks
- If you turn blue and look like avatar, that's fine
- When things become more realistic and attainable it becomes something people think they could achieve (eg a Maleficent filter might negatively impact someone more than a fish filter, even if both have face shape altering)
- Having young kids access even character filters could result in them making sexualized versions of themselves

---

█████████ edited *Nov 12, 2019 at 6:14 pm*

## Leen Segers, Women in Immersive Tech

- What I personally feel doesn't matter - would like to poll WIIT FB group
    - This is an opportunity to ask her community
- How to practically ask a question here?
- Perhaps webinar instead
- This is a continuation of how women have been portrayed in MSM and VR - sexualized, etc.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00337157

███████████ dited *Nov 12, 2019 at 12:01 am*

███████████ xdited *Nov 8, 2019 at 8:14 pm*

## Name Nicole ruggerio, affiliation ar artist

High level:

- More detailed feedback
- "Good you guys are being cautious"
- For me personally, this stuff is fun, but I know women have been impacted by beauty standards for a long time
  - Women can lose themselves in this influence
- Generally, she is concerned with how FB/IG censorship applies to art
  - Much of nudity is not sexual, for instance. Policies and enforcement are too blunt.
- What if the filter is actually commentary on plastic surgery?
- Maybe require an extra step for creators
  - *context* is key-- ask for more context
- Filters that transform should be allowed
- Provide examples of what is allowed or isn't?
- No blanket statement on whether something can or can't be approved will be apt
- Need to create a discourse with the artist – understand reason for the filter, make decision based on context
  - I explained why that kind of subjective assessment is not possible given need for consistency

## Sonalee Rashawar Rashatwar, body positivity activist

███████████ edited *Nov 8, 2019 at 3:59 pm*

- Follow up: make guidance for creators to encourage more diversity in creation, not just "sexification" of X. Don't create a "sexy bunny" but also create 5 other options for a bunny look! And then educate users, include this in parent education resources, to think more critically about these filters and their choices.

███████████ edited *Nov 7, 2019 at 11:47 pm*

## Wang-Tsu Liu, Happinss

- Happinss uses VR natural settings to calm people
- How can you use tech to help people to improve lives?
- Negative impacts of media are increased with social media
- There is not enough research on the impact of filters
- Spectrum of human behavior is huge – some people relax to jazz, some to metal
- We need to know users more, personalize experiences more
- Invest in neuroscience

## Sonalee Rashawar, body positivity activist

- Recommends we remove cosmetic surgery filters, but allow theatrical and fantastical applications
- Really admire the push to allow fad diet products, sees this as similar
- Skin bleaching is on snapchat - it's very stark that we don't allow
- These filters do fuel body dysmorphia

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00337158

█████████ dited *Nov 6, 2019 at 5:02 am*

**DR. LAURA VANDEBOSCH VANDENBOSCH,** Netherlands, University of Amsterdam

- For children this is especially dangerous. They're not attracted to the bunny and accessories but they gradually become socialized to this "new face" — for the youngest group, this is very dangerous, at first it's fun but generally they become more focused on the appearance.

———

█████████ dited *Nov 6, 2019 at 2:58 am*

### Siciliana trevino, arvr women & allies

- Co-chair of ARVR Women & Allies
- This is really tough!
- She has created snapchat filters
- Expression & creativity — how do you tell people their creation isn't allowed?
  - How could you operationalize?
- You risk pushing people off of your platform
- What about a notification? — watermark both for creators & users: "We care about your safety." "This is an exaggerated version of this person's face."
- Make people who create these filters read or watch a video on harms-make it personal
  - Re-direct users to safety center
  - like the VR caution — do not use while walking, etc
- Still, she recognizes it is important to set boundaries
- This is zero sum — there is a cost on the creative side
- How you communicate policy will be critical. Focus on the why
- There are a lot of diff platforms out there where filters are allowed
- Transparency, community, feedback
- She doesn't like the strategy on differentiating beauty filters with accessories from transformations. Recognizable characters would have an advantage over new creations
- "Beautification" is not apt — "plastic surgery techniques" or "exaggeration"
  - Need to define the terms

———

█████████ dited *Nov 5, 2019 at 5:59 pm*

**DR. LAURA VANDEBOSCH,** Netherlands, University of Amsterdam

Dr. Vandenbosch (Ph.D, 2013) is a postdoctoral researcher at the Center for research on Children, Adolescents, and the Media (CcaM) at the University of Amsterdam. The relationship between media and well-being is the core subject of her research, leading to publications in several fields including developmental psychology, sexology, body image, social relationships and communication theory. Her PhD project 'Self-objectification and sexual effects of the media: an exploratory study in adolescence' aimed to contribute to our knowledge of the processes through which exposure to media may affect adolescents' sexual attitudes and behaviors.

High-level: The age groups using these filters most are all under 25 years old so if we really, genuinely want to have positive impact, age-gating shouldn't be the solution b/c we all know kids lie about their age and it'll be hard to implement an age cut off anywhere over 18. Instead, we should focus on product solutions. Yes to watermarks. Integrating plastic beauty effects within fantastical character effects should not be allowed. This is especially dangerous for young children for whom fantastical character effects may be what attracts them to the app in the first place b/c it's fun/funny but serves as a gateway to focus more on their appearance and slide towards a negative and distorted self-image as they are more and more exposed to their "new face" -- images of themselves fitting a certain beauty ideal even with bunny ears on.

- She conducts research into self posting behaviors, i.e. what light do I look best in? Which are focused on showing yourself as "pretty"; and then there are the more passive behaviors, the scrolling behaviors, and all of this relates differently to body image. She also thinks about what Protective factors exist, i.e. high self-esteem, to negate/protect someone in this space. Also, important to note that there's been so much focus on girls when boys are impacted as well. IG impact on anabolic memes amongst boys for example. FB will likely get growing criticisms about this - that they are a platform for encouraging this kind of behavior amongst boys too and contributing to body image/self-esteem amongst young boys.
- Studies are pretty robust that social media and wellness are very much connected

HIGHLY CONFIDENTIAL (COMPETITOR)

- Must disentangle specific behaviors
- Direct increase / gap between online self and real self makes one look for ways to close to gap in real life.
- Watermark — studies have shown that this helps. Two studies that show that women indeed don't like to use it but it is positive b/c it increases awareness of the effect, that it's unnatural and that we should be critical of it. Especially with body image, things like signs and warnings that they have altered don't *directly* increase body satisfaction. It's a slower process...
    - or take away visibility of the likes, not to reward that behavior
    - Add an automatic hashtag to body positive images to promote this content?
        - But it's challenging to detect the truly body positive images
- A new trend we see are celebrities showing their plastic surgery process and even collaborating with plastic surgeons to promote their procedures, taking it out of taboo sphere. Same thing with reality TV which normalizes these procedures.
- Don't agree with simply allowing fantastical characters to integrate plastic surgery effects. I would say it's even more damaging b/c it gives them even more reason to engage in this behavior, b/c it's perceived as "fun" or provides a convenient way around the rules, make them a bunny but don't allow the digital modifications that comply with conventional/unrealistic beauty ideals.
- For children this is especially dangerous. They're not attracted to the bunny and accessories but they gradually become socialized to this "new face" — for the youngest group, this is very dangerous, at first it's fun but generally they become more focused on the appearance.
- Age limit is really just meant to please policy makers as a "politeness" measure, we all know it doesn't really do much. The apps are most popular amongst the age groups that are most vulnerable so if you really want to do something, an age limit is not a real solution.

———

████████ edited *Nov 5, 2019 at 5:13 pm*

———

████████ edited *Nov 5, 2019 at 12:48 am*

———

████████ edited *Nov 4, 2019 at 7:48 pm*

## Key Questions

**Key Questions:**

- How do beauty effects influence well being, esp for youth
- esp youth
- How do effects span cultures?
- What's the bigger issue with these effects?
- How do comparative body image issues play out
- ——
- where it is not clear a filter has been used?
    - Should filters be flagged to show use?
- And what about the person using the filter — how will I try to attain unattainable ideal beauty ideals?
- Where is the danger? For user? For recipient? Just for youth?
- Will age-gating solve the problem? Will watermarks solve the problem?
- We currently don't allow plastic surgery effects

———

████████ edited *Nov 1, 2019 at 8:57 pm*

———

████████ edited *Oct 30, 2019 at 10:10 pm*

———

HIGHLY CONFIDENTIAL (COMPETITOR)            META3047MDL-040-00337160

████████ opened your conversation with ████████████ Dayna Geldwert, Karina Newton, █████████████████████████ Policy), Vaishnavi J, ████████████ and ████████ *Oct 30, 2019 at 4:07 pm*

_____

████████ edited *Oct 29, 2019 at 8:21 am*

High-level takeaways: Concerned that beauty effects will add to the current "war for attention" currently impacting children who are being socialized to seek social rewards for self-representation online. Age gating would be good.

**PROFESSOR JUNG YEOJU**

Professor at Korea National University of Education in counseling psychology. Her recent work focuses on the psychological effects of social media networks and the Internet. Last year, she also completed research on women's body image on SNS and this would be a great opportunity for us to get her insight.

High-level takeaway: In South Korea, the market is already saturated with similar apps as well as other apps that take body/facial transformation to even more extremes that SparkAR will have minimal impact. Professor Jung pointed out that in markets like South Korea where plastic surgery is not stigmatized and commonplace, apps like SparkAR give consumers outlets to explore alternative selves through filters. She did agree that for the most vulnerable—youth who are prone to suffer from low self-esteem, bullying, or depression—this kind of social media use can become problematic without reinforcement from others to support a strong sense of real self. She suggested deploying educational/re-direction campaigns and tools to target users whose SparkAR use suggests problematic use, i.e. excessive or extreme use. She shared that many social media sites in South Korea use such methods with guidance from the government regulators.

_____

████████ *Oct 28, 2019 at 11:48 pm*

Great point. Agreed!

_____

████████ edited *Oct 29, 2019 at 12:24 am*

- Body Can lead to body image pressure b/c status is conferred on certain kinds of looks, and lead to ostracization, harassment, structural discrimination of those that don't find the mold
- Status conferred on certain kinds of looks
- Can lead to ostracization, harassment, structural discrimination

High-level takeaway: Young teens are most vulnerable and we should be shaping our policies with them in mind. The line to distinguish effects achievable via makeup versus those only possible with plastic surgery is a meaningful one and we should age-gate at 18+. Watermarks might be useful so that teens feel less pressured to uphold unrealistic ideals.

- Need to conduct research on these tools with special attention paid to the most vulnerable audience — girls who are already prone to suffer from body image concerns.
- Pre-existing mental health issues are a major factor but the other is age: self-esteem issues associated with body image are much more impactful on a teen than an adult.
- There may be two use cases that she might be most concerned about: 1) the girl who's really not feeling good about herself and using these effects by herself and spiraling and another is 2) a group of teens using this together to make someone else look different and somehow using this as a way of harassment/bullying.
- A colleague of hers did her Harvard PhD on women's body concerns, she found that women who had plastic surgery stopped being worried or being focused on their body image. Would this be a stepping stone towards that? Or it could just be a fun tool. [FOLLOW UP on STUDY For citation] Wonder if this will exacerbate the gap between real self and ideal self

Need to conduct research on these tools. One thing I can think of is generally when you look at adolescents and emerging adults. Geared towards girls, I assume, there are a subset of girls who are more prone to body image concerns. Whatever impact you're looking, youd want to look at what subset of girls who already have body issues, self esteem effects, the way they use these effects will be very different according to their vulnerability.

The major factor is mental health but within that specifically body image, self esteem issues associated with body image, and then within that, one is an adult and one is a teen, it would impact the teen even more. Self esteem, then age/developmental stage.

There may be two use cases that I might be concerned about: 1) the girl who's really not feeling good about herself and using these effects by herself and spiraling and another is 2) a group of teens using this together to make someone else look different and somehow using this as a way of harassment/bullying. Acolleague of mine did her HArvard phD on women's vody concerns, she found that women who had plastic surgery stopped being worried or being focused on their body image. Would this be a stepping stone towards that? Or

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00337161

it could just be a fun tool.
Wonder if this will exacerbate the gap between real self and ideal self

Are there any useful frameworks or principles we should use to guide our policies and product development?

- Would want to interact with these effects themselves

- To you, is there a meaningful difference in the distinction we're drawing between beauty effects that can be achieved via makeup vs. plastic surgery?
    - I do think this is a meaningful difference. There are tons of teens who watch makeup videos on YouTube. A makeup effect would be different than something that drastically change your image.

I do think this is a meaningful difference. There are tons of teens who watch makeup videos on YouTube. A makeup effect would be different than something that drastically change your image.

    - 18+
    - Makeup effects are fine but for the more dramatic ones should be 18+
- Would notifications of some kind, for example, water marks to indicate that an image has been produced using an AR effect, help in your opinion?
    - REally Really like that idea, b/c if teens start to present themselves just by their AR enhanced image. They , they may feel a pressure to uphold that image. If marked to indicate it's been altered, it has less weight and less tied to how their actual self. My instinct is that this might be good.

Expert on non-suicidal self-injury in adolescence and young adulthood, social media, and mental health; Primary research focus includes development of early detection and intervention in mental health and wellbeing using social media and other technology; currently a research scientist and Director of the Cornell Research Program on Self-Injury and Recovery.

High-level takeaways: There is validation that beauty effects can negatively impact mental health, especially in young teens and girls who are already prone to suffer from self-esteem issues so please don't release them without careful thought and consideration.

What can you share with us from your research and training about how these beauty effects could impact young adolescents and their development, specifically around their self-image, body-image, and mental health? QUESTIONS:

- What can you share with us from your research and training about how these beauty effects could impact young adolescents and their development, specifically around their self-image, body-image, and mental health?
    - There is validation that this happens - that idealized self leads to problems, FOLLOW-UP for articles that her research assistant found (add ▮ to this thread, and ask for the Merrill study).
    - The dominant message is there's nothing that I can imagine that would ever be, if-then simple causality, there are really predispositions to certain ways of being/thinking that are triggered. Young women, for example, who are already vulnerable to problematic ways of thinking re: the image or, maybe opportunities for education to consumers on the platform for counter-messaging.
- Watermark?
    - Great idea to put a watermark/indicator on the image that it has been altered. What's interesting about visuals is that we always say that we can tell what's real and not real but the emotional/social imprint is much more nuanced, the brain really can't tell the difference. That's why the social learning model is important — you can learn something very deeply by just watching other people do it if you have a connection to them, it's part of what makes marketing so effective.
    - The filters can effect self perception. There can be negative comparison, maybe;
    - Would be great to measure what's very troubling - b/c you have the data and can have researchers look for patterns and use that to push out intervention/education to users/re-direct messages
    - Could do research on what's the balance to strike with 3rd party?
        - For example, do you see differences in use? by imposing standards on one group or at different times.
        - The outcomes could be differences in uptick? What's a pattern of use that's concerning? You could chart users who are using these filters at X frequency, these are probably your more problematic users.
- Yes, this impacts minors differently than adults; the older users, once they hit young adult range, they use instagram more strategically.
    - ▮nstagram; get research
- Please don't just put out beauty filters.

META3047MDL-040-00337162

High-level takeaways:

————

███████████ opened your conversation with ███████████████ Dayna Geldwert, Karina Newton, ████████████
████████████████████ (Policy), Vaishnavi J, ████████████████████ *Oct 28, 2019 at 10:26 pm*

————

████████████ opened your conversation with █████████████████ Dayna Geldwert, Karina Newton, ████████████
████████████████████████████████████████████████████████
████████ (Policy), Vaishnavi J, ████████████████ *Oct 28, 2019 at 10:25 pm*

————

███████████ added ██████████████████████████ and █████████ to the thread *Oct 28, 2019 at 10:28 pm*

————

███████████ added you to a document *Oct 28, 2019 at 10:16 pm*

————

███████████ added you to a document *Oct 28, 2019 at 10:16 pm*

————

███████████ added you to a document *Oct 28, 2019 at 10:16 pm*

————

███████████ added you to a document *Oct 28, 2019 at 10:16 pm*

————

███████████ edited *Oct 29, 2019 at 1:13 am*

————

███████████ edited *Oct 26, 2019 at 12:24 am*

- What about satire, eg bad botox filter?

————

███████████ edited *Oct 25, 2019 at 9:41 pm*

————

███████████ edited *Oct 25, 2019 at 9:04 pm*

————

███████████ *Oct 25, 2019 at 5:27 pm*

I'm e-mailing Jen, founder of Movemeant.org on 10/25/19

————

███████████ edited *Oct 25, 2019 at 12:17 am*

————

███████████ **(Policy)** opened your conversation with █████████████████ Dayna Geldwert, Karina Newton, ████████

HIGHLY CONFIDENTIAL (COMPETITOR)



Vaishnavi J,                      and              Oct 24, 2019 at 9:54 pm

————

(Policy) edited *Oct 24, 2019 at 10:09 pm*

————

edited *Oct 24, 2019 at 9:23 pm*

- Generally, stakeholders support making a distinction between effects achieved via makeup versus those that can only be achieved via cosmetic surgery, though no line will be perfect.
- Watermarks Stakeholders were split on the use of watermarks. Some felt they were an appropriate intervention that prioritized informing and educating users on new technology. Others noted watermarks can have the opposite of the intended effect, as was seen with the "boomerang effect" of photoshop disclosures.
- Children are particularly vulnerable, however many others are vulnerable as well: those with a history of mental health challenges, eating disorders, etc.
- The distinction between makeup effects and plastic surgery effects is an imprecise but nonetheless defensible distinction.

### Kitty Wallace, BDD Foundation

High level: Disallow these filters. Put watermarks on makeup filters.

- why do people want to create these filters?
    - most people are trying to do this to make themselves feel better
    - the use of these filters, reinforces that you aren't good enough
    - that image then goes out to
- particularly for young people, hard to know what is normal, acceptable, etc.
- harder and harder for people to feel like it is ok to be themselves
- these apps perpetuate the view that there are certainly
- defensible to make a distinction between makeup vs cosmetic surgery
    - lot more danger involved in botched cosmetic surgery
    - no matter how hard you try, a vulnerable person will be impacted by it
- from a BD POV, cosmetics can be used as a form of camouflage - not being used in the same way others would use it
- to change your mindset, that needs to come from the inside, from education, etc.
    - need to teach people to be skeptical
- should not allow the cosmetic surgery filters altogether
- filters should be fun - this is not fun
- watermarks - can these be undermined, cropped out?
- BDD has the highest suicide rate of all mental health disorders
- it's not about being paternalistic, it's about supporting mental health
    - we're about community & support
- What is the rationale for FB & IG *allowing* these filters?

### NEDA

High level: Strong support for watermark as a form of education, but on all beauty filters. Recommend we disallow cosmetic surgery effects.

- MA bill considering regulating this area - comes from Harbord Striped program, CA considering similar bill
- people with dysmorphia and body image issues will be disproportionately drawn to the use of these filters
- likes the watermark feature a lot, but it should be on all beauty filters, not just those that can only be caused by cosmetic surgery
    - there may be more of a rationale for applying a watermark to makeup effects since those are harder for the naked eye to detect
- we collectively know so much about impact of this kind of thing on mental health and body image
- there should be a watermark on any images- not just those that can be caused by cosmetic surgery, the makeup ones may be even more concerning
- real opportunity to influence and educate consumers

HIGHLY CONFIDENTIAL (COMPETITOR)

- when you do too much protecting (by removing), they will find a way to do this anyways
    - eg monitoring hashtags for eating disorders
- when we start getting into filters that affect body size
- watermark could take a mental load off of the individual using them -- they may be less likely to hold themselves to unreasonable standards
- cosmetic surgery effects -- hard to see how that could produce positives -- should just disallow
    - allowing is taking a step back from the direction in which we're headed
- I would be shocked if you found a counter perspective to ours
- clear rationale for treating age differently
- body of evidence is there to support restricting these effects

————

████████ *Oct 23, 2019 at 8:21 pm*

████ ust seeing this. Claire Mysko, Chevese Turner, Lauren Smolar. Call is tomorrow at 9:30am PT. Would you like to join?

————

████████ edited *Oct 24, 2019 at 12:09 am*

- 
- These extreme beauty effects can have severe impacts on both the individuals using the effects and those viewing the images.
- Watermarks can have the opposite of the intended effect, as was seen with the "boomerang effect" of photoshop disclosures.
- Children are particularly vulnerable, however many others are vulnerable as well: those with a history of mental health challenges, eating disorders, etc.
- The distinction between makeup effects and plastic surgery effects is an imprecise but nonetheless defensible distinction.

## Rachel Rodgers, Northeastern University

- Media Researches media influences on body image
- Interactive component, of social media is a different type of influence from print media
- Help She does research with the goal of helping individuals to cope, learning how best to inform
- Viewing images of attractive people makes others feel less attractive, more likely to engage in harmful behaviors
- The more images depart from the norm, the greater impact they can have on imagery mental health of viewers
- Not a hard line between makeup effects and surgery effects – what is cosmetic surgery?
- Merit
    - Though there is merit to the idea that there there
- are some
    - is a spectrum
- Knowing it is fake
    - "Knowing that something is fake does not protect you from the emotional impact"
    - People do know,
    - Sets That imagery still sets the standard, normalizes,
    - For example, in Korea – , eye shape
        - They know that the eye shapes they are seeing aren't natural, but it doesn't impact reduce their desire to see them have the surgery
- Geographically – impossible to
- Beauty ideals are increasingly globalized
- Not interested in watermark
    - French law – meta Meta analysis of the French law on requiring photoshopped imagery to be marked as such: "it in no way buffers people"
    - "it in no way buffers people"
- Both are important
- First person impact: If you

META3047MDL-040-00337165

- conuously
- continuously self-present in a way that is discrepant with your actual presentation, that would likely to make you more reticent to engage in social activities, etc.
    - Likely to make you more reticent to engage in
- spatulating
- Re: other side of the coin, there is always an argument to something being paternalistic when decisions are being made on womens womens' behalf
- Feminist Look into feminist mobile tech development -- look into for another perspective
- Choice- false choice –
- Elective procedures – weighing
- Ads? She agrees a future in which this tech could be used in ads is extremely concerning
- Age is a always useful
- – whether it needs
- differentiator and one that is relatively easy to justify (eg, indoor tanning, cosmetic surgery)
    - One that is relatively easy to justify (indoor tanning, cosmetic surgery)
    - Strategic
- She is interested in strategic research –
    - RFP
- do we sponsor any research along these lines?

---

██████████ edited *Oct 21, 2019 at 1:49 am*

Rachel Rodgers,

- Media influences on body image
- Interactive component, different type of influence
- Help individuals to cope, how to inform
- Viewing images of attractive people makes others feel less attractive, more likely to engage in harmful behaviors
- The more images depart from the norm, the greater impact they can have on imagery
- Not a hard line – what is cosmetic surgery?
- Merit to the idea that there there are some
- Knowing it is fake
    - "Knowing that something is fake does not protect you from the emotional impact"
    - People do know,
    - Sets the standard, normalizes,
    - Korea – eye shape
        - They know that the eye shapes they are seeing aren't natural, but it doesn't impact their desire to see them
- Geographically – impossible to
- Beauty ideals are increasingly globalized
- Not interested in watermark
    - French law – meta analysis of the French law
    - "it in no way buffers people"
- Both are important
- If you conuously self-present in a way that is discrepant with your
    - Likely to make you more reticent to engage in
- spatulating
- always an argument to something being paternalistic when decisions are being made on womens behalf
- Feminist mobile tech development – look into
- Choice- false choice –
- Elective procedures – weighing
- Ads?
- Age always useful – whether it needs

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00337166

○ One that is relatively easy to justify (indoor tanning, cosmetic surgery)

○ Strategic research – RFP

_____

██████████ edited *Oct 18, 2019 at 9:23 pm*

Janis Whitlock

What can you share with us from your research and training about how these beauty effects could impact young adolescents and their development, specifically around their self-image, body-image, and mental health?

- There is validation that this happens - that idealized self leads to problems, FOLLOW-UP for articles that her research assistant found (add ██████ to this thread, and ask for the Merrill study).
- The dominant message is there's nothing that I can imagine that would ever be, if-then simple causality, there are really predispositions to certain ways of being/thinking that are triggered. YOung women, for example, who are already vulnerable to problematic ways of thinking re: the image or, maybe opportunities for education to consumers on the platform for counter-messaging.
- Great idea to put a watermark/indicator on the image that it has been altered. What's interesting about visuals - is that we always say that we can tell what's real and not real 0 but the emotional/social imprint is much more nuanced, the brain really can't tell the difference. That's why the social learning model is important ─── you can learn something very deeply by just watching other people do it if you have a connection to them, it's part of what makes marketing so effective.
- The filters can effect self perception. There can be negative comparison, maybe;
- Would be great to measure what's very troubling - b/c you have the data and can have researchers look for patterns and use that to push out intervention/education to users/re-direct messages
    ○ Could do research on what's the balance to strike with 3rd party?
        ▪ For example, do you see differences in use? by imposing standards on one group or at different times.
        ▪ The outcomes could be differences in uptick? What's a pattern of use that's concerning? YOu could chart users who are using these filters at X frequency, these are probably your more problematic users.
- Yes, this impacts minors differently than adults; the older users, once they hit young adult range, they use instagram more strategically.
    ○ ██████████ instagram; get research
- PLease dont just put out beauty filters, it disproportionately put out filters

LIONEL BROSSI and ANA MARIA CASTILLO, Journalist and PhD in Communications in Journalism

Lionel Brossi is Director of International Relations and Assistant Professor at the Institute of Communication and Image of the University of Chile, where he teaches and researches in the fields of digital journalism, interpersonal and intercultural communication and the role of technologies in education. the youths, with focus on Artificial Intelligence and disruptive technologies. He is Faculty Associate of the Berkman Klein Center for Internet and Society of Harvard University, collaborator of the Youth and Media project , and member of the management team of the Conectados al Sur network.

- Lionel: more concerned about issues, children who are waiting for social rewards, war of attention, algorithm's effect writing for or predicting attractiveness, what are the best rated for others, algorithms will promote this kind of filters, this will change the way they perform self-representation online, the way they perceive their own body without filters can lead to self-esteem injury.
- Attractiveness scores - self-fulfilling feedback loop of getting more praise or positive attention with the use of filters b/c it implies that their real self, their unaltered self is not good enough
- Age limit/age gating: it can help but this won't solve the issue of body image b/c adult women are susceptible to this as well
- Age limit is good
- One of the dangers of this kind of effect can endorse fake perception or unattainable, need a pluralistic, diverse way to develop diverse ideas of beauty, i.e. make sure the filters don't create one skin tone or one shape/size of a beauty standard - think of a more proactive requirement/ enforcement mechanism
- What about promoting all different types of bodies/faces? redirection method from FB/IG, to counter and redirect users to non-dominant standards of beauty
- We have research ongoing with youth and their interactions with digital media, i.e. filters, in 5 different countries with the goal of building a digital literacy curriculum. We're finding that adults are totally biased about how we think about children interact with digital media. Example, 14-17 years old were using Grndr with fake profiles and filters on their own faces to sell drugs so there is so much to learn from interacting with minors about how they're using these applications. They tell us

HIGHLY CONFIDENTIAL (COMPETITOR)

their "friends" that sell CEI pictures that doesn't show their faces but we could see a world in which faces can be so altered that they can be used to facilitate the trafficking of CEI. Sometimes parents are also managing their kid's accounts. It should be mandatory to do a youth centered study.

- Aside: Privacy of the data in terms of facial recognition, promoting the use of these filters will be more data.

———————

█████████ edited *Oct 18, 2019 at 4:24 pm*

- We currently don't allow plastic surg surgery effects

———————

█████████ edited *Oct 18, 2019 at 4:36 pm*
Dr. Katie Davis

- We reached out because your research into the impact of the social and physical environment on disordered eating, early adolescence, and body dissatisfaction would be invaluable to the conversation we're having about products and developer tools created by FB that filter, change, and alter appearances as "beauty" effects.
- Some of these effects achieve what a simple makeup job would achieve: smoother skin, lengthened eyelashes, contouring of the cheekbones, etc.
- Others achieve selfies/self-portraits that dramatically alter one's appearance and could only be achieved via plastic surgery in real life, for example, slimming of the nose, enlarging of the lips, etc.

QUESTIONS:

- What can you share with us from your research and training about how these beauty effects could impact young adolescents and their development, specifically around their self-image, body-image, and mental health?

Need to conduct research on these tools. One thing I can think of is generally when you look at adolescents and emerging adults. Geared towards girls, I assume, there are a subset of girls who are more prone to body image concerns. Whatever impact you're looking, youd want to look at what subset of girls who already have body issues, self esteem effects, the way they use these effects will be very different according to their vulnerability.
The major factor is mental health but within that specifically body image, self esteem issues associated with body image, and then within that, one is an adult and one is a teen, it would impact the teen even more. Self esteem, then age/developmental stage.
There may be two use cases that I might be concerned about: 1) the girl who's really not feeling good about herself and using these effects by herself and spiraling and another is 2) a group of teens using this together to make someone else look different and somehow using this as a way of harassment/bullying. Acolleague of mine did her HArvard phD on women's vody concerns, she found that women who had plastic surgery stopped being worried or being focused on their body image. Would this be a stepping stone towards that? Or it could just be a fun tool.
Wonder if this will exacerbate the gap between real self and ideal self

Are there any useful frameworks or principles we should use to guide our policies and product development?

- Would want to interact with these effects themselves

To you, is there a meaningful difference in the distinction we're drawing between beauty effects that can be achieved via makeup vs. plastic surgery?
I do think this is a meaningful difference. There are tons of teens who watch makeup videos on YouTube. A makeup effect would be different than something that drastically change your image.

- Do you think "fantastical effects", i.e. ones that turn you into fictional/fantastical characters like the Queen of Hearts, function more like costumes or have any other unique impact on youth we should think about?
- What are your thoughts about restricting access to these beauty effects by age?
    - 18+
    - Makeup effects are fine but for the more dramatic ones should be
- Would notifications of some kind, for example, water marks to indicate that an image has been produced using an AR effect, help in your opinion?
    - REally like that idea, b/c if teens start to present themselves just by their AR enhanced image. They may feel a

META3047MDL-040-00337168

pressure to uphold that image. If marked to indicate it's been altered, it has less weight and less tied to how their actual self. My instinct is that this might be good.

- FOLLOW UP: with screenshots of flow to get to SparkAR effects in IG right now or at least, examples of the altered images.

———

▌edited *Oct 16, 2019 at 12:23 am*

———

▌*Oct 15, 2019 at 12:40 am*

▌may be late on this but Daniele Kleiner Fontes works closely with SaferNet

———

▌edited *Oct 15, 2019 at 12:40 am*

———

▌edited *Oct 15, 2019 at 12:37 am*

———

▌*Oct 14, 2019 at 8:25 pm*

Who are we meeting with from NEDA?

———

▌*Oct 14, 2019 at 7:20 pm*

Who sent this email and who was it sent to? I know the founder and can help assist if needed.

———

▌edited *Oct 14, 2019 at 8:25 pm*

———

▌*Oct 12, 2019 at 10:26 pm*

In other words, it is a great frame, but under-inclusive for this exercise.

———

▌*Oct 12, 2019 at 10:21 pm*

▌I felt like this suggestion missed the mark – we should absolutely be concerned about features that are the subject/target of discrimination, however when looking at it from a mental health perspective, the features we need to consider are broader.

———

▌edited *Oct 12, 2019 at 10:25 pm*

———

▌edited *Oct 11, 2019 at 11:37 pm*

———

▌edited *Oct 11, 2019 at 5:40 pm*

HIGHLY CONFIDENTIAL (COMPETITOR)

████████ edited *Oct 11, 2019 at 3:46 am*

████████ edited *Oct 11, 2019 at 1:00 am*

████████ edited *Oct 10, 2019 at 2:34 pm*

████████ edited *Oct 9, 2019 at 9:34 pm*

████████ edited *Oct 9, 2019 at 1:31 am*

████████ *Oct 8, 2019 at 4:36 pm*

Sure. We are still gathering names of external stakeholders that we've worked with that would be key to engage in this conversation. I'll populate the table above with those partners.

████████ edited *Oct 4, 2019 at 8:45 pm*

████████ edited *Oct 4, 2019 at 7:04 pm*

████████ edited *Oct 3, 2019 at 11:06 pm*

████████ edited *Oct 3, 2019 at 3:53 am*

████████ *Oct 2, 2019 at 9:15 pm*

Hi ████████ done! Could you please loop us in on scheduling conversations with your contacts? My team will be responsible for collating and organizing the feedback and applying it to policy recommendaitions, so it's quite important that we join the calls. Thanks.

████████ *Oct 2, 2019 at 9:09 pm*

Can we include the outreach email language here?

████████ edited *Oct 2, 2019 at 9:26 pm*

**Dayna Geldwert** opened your conversation with ████████, Karina Newton, ████████ ████████ (Policy), Vaishnavi J, ████████ *Oct 2, 2019 at 8:26 pm*

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00337170

██████ opened your conversation with ██████████████ Dayna Geldwert, Karina Newton, ████████████████████████ (Policy), Vaishnavi J, ████████████████████ *Oct 2, 2019 at 8:21 pm*

———

████████ edited *Oct 2, 2019 at 9:23 pm*

———

████████ added you to a document *Oct 2, 2019 at 8:16 pm*

———

████████ added Dayna Geldwert, Karina Newton and ████████ to the thread *Oct 2, 2019 at 8:21 pm*

———

████████ added you to a document *Oct 2, 2019 at 8:16 pm*

———

████████ added you to a document *Oct 2, 2019 at 8:16 pm*

———

████████ edited *Oct 1, 2019 at 12:00 am*

———

████████ opened your conversation with ██████████████ Dayna Geldwert, Karina Newton, ████████████████ (Policy), Vaishnavi J, ██████████████████ *Sep 30, 2019 at 10:49 pm*

———

████████ edited *Sep 30, 2019 at 11:00 pm*

———

████████ edited *Sep 30, 2019 at 12:08 am*

———

████████ edited *Sep 29, 2019 at 11:56 pm*

———

████████ opened your conversation with ██████████ Dayna Geldwert, Karina Newton, ██████████████████ (Policy), Vaishnavi J, ████████████████ *Sep 27, 2019 at 2:19 am*

———

████████ added ██████████ and ████████ to the thread *Sep 26, 2019 at 11:26 pm*

———

████████ added you to a document *Sep 26, 2019 at 11:20 pm*

———

████████ added you to a document *Sep 26, 2019 at 11:20 pm*

———

████████ edited *Sep 26, 2019 at 11:23 pm*

———

HIGHLY CONFIDENTIAL (COMPETITOR)



opened your conversation with ▮▮▮ Dayna Geldwert, Karina Newton, ▮▮▮ (Policy), Vaishnavi J, ▮▮▮ , and ▮▮▮ *Sep 25, 2019 at 6:55 pm*

———

edited *Sep 25, 2019 at 7:10 pm*

———

edited *Sep 25, 2019 at 12:27 am*

———

enabled link sharing · View/Edit *Sep 24, 2019 at 11:32 pm*

———

edited *Sep 24, 2019 at 8:38 pm*

———

created the document *Sep 24, 2019 at 8:39 pm*

———

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00337172

# DOCUMENT SLIPSHEET

**Bates Number:** META3047MDL-040-00337135-META3047MDL-040-00337172

**BEGATTACH:** META3047MDL-040-00337135

**ENDATTACH:** META3047MDL-040-00337172

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**Create Date:** 9/24/2019 12:00 AM

**Last Modified Date:** 2/4/2024 12:00 AM

**Custodian:** ▓▓▓▓▓▓▓▓; GELDWERT_DAYNA; JAYAKUMAR_VAISHNAVI; NEWTON_KARINA

**Title:** AR BEAUTY EFFECTS: STAKEHOLDER ENGAGEMENT

**Author:** ▓▓▓▓▓▓▓

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**META_Pointer:** META3047MDL-004-00002170; META3047MDL-004-00002225

**META_Pointee:**