Filed Under Seal

# Exhibit H

Message
_____

**From:**       Naomi Gleit [/O=THEFACEBOOK/OU=EXTERNAL
               (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=██████████████████
**Sent:**       5/8/2020 9:30:22 PM
**To:**         Andrea Besmehn ██@fb.com]
**Subject:**    Re: Pre-read on Cosmetic Surgery AR Effects (next Thursday)


Yayyyyyyy

1-2 week – we can work with that!

_____

**From:** Andrea Besmehn <██@fb.com>
**Date:** Friday, May 8, 2020 at 2:29 PM
**To:** Naomi Gleit <██@fb.com>
**Subject:** FW: Pre-read on Cosmetic Surgery AR Effects (next Thursday)

YES!

_____

**From:** Mark Zuckerberg <██@fb.com>
**Sent:** Friday, May 8, 2020 2:29 PM
**To:** Sue Young <██@fb.com>; Nick Clegg <██@fb.com>; Monika Bickert <██@fb.com>; Naomi Gleit <██@fb.com>; Andy O'Connell <██@fb.com>; Mike Schroepfer <██@fb.com>; Javier Olivan <██@fb.com>; Andrew Bosworth <██@fb.com>; Stan Chudnovsky ██@fb.com>; Adam Mosseri <██@fb.com>; Will Cathcart <██@fb.com>; Fidji Simo <██@fb.com>; Alex Schultz <██@fb.com>; Pratiti Raychoudhury <██@fb.com>; Joel Kaplan <██@fb.com>; Margaret Stewart <██@fb.com>; John Pinette <██@fb.com>; Elisabeth Diana <██@fb.com>; Sheryl Sandberg <██@fb.com>
**Cc:** ██@fb.com>; ██@fb.com>; mzprereads <██@fb.com>
**Subject:** Re: Pre-read on Cosmetic Surgery AR Effects (next Thursday)

I'm supportive of moving forward with option 2 (lifting restrictions but not promoting on IG). I don't think this is urgent to resolve, so I'm certainly willing to take a longer path to roll this out if it will help us land it better. I don't have strong opinions on other implementation details so I'll leave you to figure those out.

_____

**From:** Sue Young <██@fb.com>
**Sent:** Thursday, April 16, 2020 6:28 PM
**To:** Nick Clegg ██@fb.com>; Monika Bickert <██@fb.com>; Mark Zuckerberg <██@fb.com>; Naomi Gleit <██@fb.com>; Andy O'Connell <██@fb.com>; Mike Schroepfer ██@fb.com>; Javier Olivan <██@fb.com>; Andrew Bosworth <██@fb.com>; Stan Chudnovsky <██@fb.com>; Adam Mosseri <██@fb.com>; Will Cathcart <██@fb.com>; Fidji Simo <██@fb.com>; Alex Schultz ██@fb.com>; Pratiti Raychoudhury <██@fb.com>; Joel Kaplan <██@fb.com>; Margaret Stewart <██@fb.com>; John Pinette <██@fb.com>; Elisabeth Diana <██@fb.com>; Sheryl Sandberg <██@fb.com>
**Cc:** ██@fb.com>; ██@fb.com>; mzprereads ██@fb.com>
**Subject:** Re: Pre-read on Cosmetic Surgery AR Effects (next Thursday)

Hi @Mark – bumping because the team would love your feedback on next steps.

I've attached the original decision doc as well as the product/comms follow-up.

Thanks,
sue

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-006-00009683
META3047MDL-022-00009683

**From:** Nick Clegg <████@fb.com>
**Date:** Wednesday, April 8, 2020 at 9:42 PM
**To:** Sue Young <████@fb.com>, Monika Bickert ████@fb.com>, Mark Zuckerberg ████@fb.com>, Naomi Gleit <████@fb.com>, Andy O'Connell <████@fb.com>, Mike Schroepfer ████@fb.com>, Javier Olivan <████@fb.com>, Andrew Bosworth <███@fb.com>, Stan Chudnovsky ███@fb.com>, Adam Mosseri ████@fb.com>, Will Cathcart <████@fb.com>, Fidji Simo <████@fb.com>, Alex Schultz <████@fb.com>, Pratiti Raychoudhury ████@fb.com>, Joel Kaplan <████@fb.com>, Margaret Stewart <████@fb.com>, John Pinette ████@fb.com>, Elisabeth Diana ████@fb.com>, Sheryl Sandberg <████@fb.com>
**Cc:** ████@fb.com>, ████@fb.com>, mzprereads <████@fb.com>
**Subject:** Re: Pre-read on Cosmetic Surgery AR Effects (next Thursday)

+ Sheryl

---

**From:** Sue Young <███@fb.com>
**Date:** Wednesday, April 8, 2020 at 8:51 PM
**To:** Monika Bickert <████@fb.com>, Mark Zuckerberg ███@fb.com>, Naomi Gleit <████@fb.com>, Andy O'Connell <████@fb.com>, Mike Schroepfer ████@fb.com>, Javier Olivan <████@fb.com>, Andrew Bosworth <███@fb.com>, Stan Chudnovsky <███@fb.com>, Adam Mosseri <████@fb.com>, Will Cathcart <████@fb.com>, Fidji Simo <████@fb.com>, Alex Schultz <████@fb.com>, Pratiti Raychoudhury ████@fb.com>, Nick Clegg <████@fb.com>, Joel Kaplan <████@fb.com>, Margaret Stewart <████@fb.com>, John Pinette ████@fb.com>, Elisabeth Diana <████@fb.com>
**Cc:** ████@fb.com>, ████@fb.com>, mzprereads <████@fb.com>
**Subject:** Re: Pre-read on Cosmetic Surgery AR Effects (next Thursday)

+ @John Pinette @Elisabeth Diana

Hi Mark - Attached is our product/comms plan to lift the ban on Cosmetic Surgery AR Effects. Let us know if you need any more information to decide whether we should continue, modify, or lift the temporary ban.

Thanks
sue

---

**From:** Monika Bickert ████@fb.com>
**Date:** Wednesday, April 1, 2020 at 3:03 PM
**To:** Mark Zuckerberg <███@fb.com>, Naomi Gleit <████@fb.com>, Andy O'Connell <████@fb.com>, Mike Schroepfer ████@fb.com>, Javier Olivan ████@fb.com>, Andrew Bosworth <███@fb.com>, Stan Chudnovsky <███@fb.com>, Adam Mosseri <████@fb.com>, Will Cathcart <████@fb.com>, Fidji Simo <████@fb.com>, Alex Schultz ████@fb.com>, Pratiti Raychoudhury <████@fb.com>, Nick Clegg <████@fb.com>, Joel Kaplan ████@fb.com>, Margaret Stewart <████@fb.com>, Sue Young ████@fb.com>
**Cc:** ████@fb.com>, ████@fb.com>, mzprereads <████@fb.com>
**Subject:** Re: Pre-read on Cosmetic Surgery AR Effects (next Thursday)

Thanks, Mark. We will work on a plan and come back to you soon.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-006-00009684
META3047MDL-022-00009684

**From:** Mark Zuckerberg <█████@fb.com>
**Date:** Wednesday, April 1, 2020 at 2:00 PM
**To:** Naomi Gleit <███████@fb.com>, Andy O'Connell <████████████@fb.com>, Mike Schroepfer <████████@fb.com>, Javier Olivan <███████@fb.com>, Andrew Bosworth <████@fb.com>, Stan Chudnovsky <████@fb.com>, Adam Mosseri <██████@fb.com>, Will Cathcart <████████@fb.com>, Fidji Simo <████████@fb.com>, Alex Schultz <███████@fb.com>, Pratiti Raychoudhury <████████@fb.com>, Nick Clegg <██████@fb.com>, Joel Kaplan <█████████@fb.com>, Monika Bickert <███████@fb.com>, Margaret Stewart <██████████@fb.com>, Sue Young <████@fb.com>
**Cc:** █████████████@fb.com>, ████████████████████@fb.com>, mzprereads <█████████@fb.com>
**Subject:** Re: Pre-read on Cosmetic Surgery AR Effects (next Thursday)

It has always felt paternalistic to me that we've limited people's ability to present themselves in these ways, especially when there's no data I've seen that suggests doing so is helpful or not doing so is harmful, and that there's clearly demand for this type of expression. I'm generally supportive of finding a way to relax or lift these bans. That said, I'm not sure I was involved with how we got to this point, and it may be very difficult to relax restrictions from where we are now. I'm interested in seeing our best plan to do so, and then I can make a call on whether this something it makes sense to prioritize doing right now.

---

**From:** Naomi Gleit <██████@fb.com>
**Sent:** Wednesday, April 1, 2020 12:07 PM
**To:** Andy O'Connell <████████████@fb.com>; Mark Zuckerberg <████@fb.com>; Mike Schroepfer <██████@fb.com>; Javier Olivan <███████@fb.com>; Andrew Bosworth <████@fb.com>; Stan Chudnovsky <████@fb.com>; Adam Mosseri <██████@fb.com>; Will Cathcart <████████@fb.com>; Fidji Simo <████████@fb.com>; Alex Schultz <███████@fb.com>; Pratiti Raychoudhury <████████@fb.com>; Nick Clegg <██████@fb.com>; Joel Kaplan <█████████@fb.com>; Monika Bickert <███████@fb.com>; Margaret Stewart <██████████@fb.com>; Sue Young <████@fb.com>
**Cc:** █████████████@fb.com>; ████████████████████@fb.com>; mzprereads <█████████@fb.com>
**Subject:** Re: Pre-read on Cosmetic Surgery AR Effects (next Thursday)

Hi this meeting was cancelled for tomorrow – @Mark is it possible to resolve this over email so we can save you the meeting time?

---

**From:** Andy O'Connell <██████████@fb.com>
**Date:** Thursday, March 26, 2020 at 4:11 PM
**To:** Mark Zuckerberg <████@fb.com>, Mike Schroepfer <████████@fb.com>, Javier Olivan <███████@fb.com>, Andrew Bosworth <████@fb.com>, Stan Chudnovsky <████@fb.com>, Adam Mosseri <██████@fb.com>, Will Cathcart <████████@fb.com>, Fidji Simo <████████@fb.com>, Alex Schultz <███████@fb.com>, Naomi Gleit <███████@fb.com>, Pratiti Raychoudhury <████████@fb.com>, Nick Clegg <██████@fb.com>, Joel Kaplan <█████████@fb.com>, Monika Bickert <███████@fb.com>, Margaret Stewart <██████████@fb.com>, Sue Young <████@fb.com>
**Cc:** █████████████@fb.com>, ████████████████████@fb.com>, mzprereads <█████████@fb.com>
**Subject:** Pre-read on Cosmetic Surgery AR Effects (next Thursday)

Mark- Next Thursday we are meeting to decide whether we should continue, modify, or lift the temporary ban on Cosmetic Surgery AR Effects that we instituted in October 2019 in response to expert and press concerns about potential negative wellbeing impacts (especially on minors). The pre-read is attached.

Thanks,
Andy

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL (COMPETITOR)

METATNAG-006-00009685
META3047MDL-022-00009685