# Exhibit E

Message

EXHIBIT 13
WIT: Bickert
DATE: 5|1|25
Maureen O. Pollard, RDR

**From:** Guy Rosen [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=███████████████████]

**Sent:** 1/27/2019 7:22:32 PM

**To:** Sheryl Sandberg ████@fb.com]

**CC:** Monika Bickert ████@fb.com]; John DeVine ████@fb.com]; Joel Kaplan ████@fb.com]; Justin Osofsky ████@fb.com]; Nick Clegg ████@fb.com]; Molly Cutler ████@fb.com]; Caryn Marooney ████@fb.com]; ████████████ ████@fb.com]

**Subject:** Re: Urgent - Sunday Times splash - action needed

We'll get together soon - the best way to review is to bring the integrity maturity framework from the last H1/H2 review, which shows our level of readiness across integrity problems and the prioritization of work.

While I'd love to say we have no open risks, there's enough at "risk" maturity to keep me up at night (especially as we look across the family of apps) - and we should have our eyes wide open. I will keep banging the drum to remind us that we have to be focused on managing the fires so that we don't distract the long-term product work that will eventually prevent fires. The teams have caught up nicely over the past year, and we need to keep the momentum going into H1.

We'll put this together and will talk soon.

On Jan 26, 2019, at 6:12 PM, Sheryl Sandberg <████@fb.com> wrote:

If these are the right things to do, we should not need an article to push us to do them. We have reviewed our policies and enforcement in areas like this over and over with this in mind - and then we always find more to do. I am really alarmed by this.

We absolutely have to solve this problem. In obvious areas of concern (guns, opiots, harm, etc) we should be ahead of all of this.

Monika, Guy and John - schedule time with me when you are ready (but soon) so we can go through the roadmap and possible hot issues again. We need a new approach and another scrub. We should also review the red team - we should be able to find things before any journalist or kid on our platform.

And thanks for working on this over the weekend as well. I know a lot has gone into the improvements we have already made.

Get Outlook for iOS

**From:** ████████████ <████@fb.com>
**Sent:** Saturday, January 26, 2019 5:33 PM
**To:** Debbie Frost; Caryn Marooney; Sheryl Sandberg; Joel Kaplan; Chris Cox
**Cc:** Karina Newton; Chris Norton; Monika Bickert; Nick Clegg; Adam Mosseri; John DeVine; ████████████ Lena Pietsch; ████████; ████████ ████████ Antigone Davis; Molly Cutler; Tucker Bounds
**Subject:** Re: Urgent - Sunday Times splash - action needed

In addition to the statement Tucker will circulate, here's the summary of facts and recommendations from the working team — let us know your reactions/questions.
- Based on our current policy:
  - We remove content that promotes, encourages, supports, or provides instructions for suicide and self-injury
  - We allow content where someone is admitting to self-injury, suicide attempts, or ideation. **PRIV**

CONFIDENTIAL

META3047MDL-050-00334656