# Exhibit H

Message
_____

**From:** ███████████ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN████████████████
**Sent:** 2/18/2019 8:36:05 PM
**To:** Nick Clegg ███████@fb.com]
**Subject:** Re: Summary of Adam's UK trip addressing SSI
**Attachments:** image001.png

Mortified..i thought I had replied to you but just found the email unsent in my inbox. I'm struggling with my very cool looking Mac.

I'd love to come over for drinks/supper and see Miriam and I will have to do Facetime with Miguel. Anna is so jealous that he has a pool now. She has requested a drive way with a fountain for us at ████████████. Let's see how the residents cope with that planning application.

Hopefully by the time I see you I'll understand IG a lot more.

T.

 | Instagram

████████
Head of Public Policy, EMEA
████████@instagram.com
📷 ████████████████

_____

**From:** Nick Clegg <███████@fb.com>
**Date:** Sunday, February 10, 2019 at 7:20 PM
**To:** ████████████ <███████@instagram.com>
**Subject:** Re: Summary of Adam's UK trip addressing SSI

Hi ████

I have reported you to senior management for such an egregious breach of hierarchy and protocol. You will soon be shown off the premises.

In the meantime, you are dead right - on all counts.

When I see you in mid March - will you come over to our place for a drink, supper? - I'll tell you the full story. I pretty well had to yell at a room full of senior FB folk before we got some movement.
I think it would be especially useful if you could press people hard on the NGO/expert point - we need to structure the relationships better so that they actually bother to defend us (next time).

Hope all's well with the family - say hola to Steve.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-004-00025195