# Exhibit D

AGENDA AND JOINT STATEMENT FOR JULY 17, 2026 FINAL
PRETRIAL CONFERENCE (MDL AG ACTION)

☰  ∞Meta                                                                    Login    🔍

October 5, 2018

# Camera Effects Platform is now Spark AR

By Nikhil Chandhok



When we launched the Camera Effects Platform, we put the power of augmented reality into the hands of all developers and creators allowing them to reach 1.5 billion people on Facebook. In the last 18 months our community of creators and developers has inspired us by building innovative experiences for the Facebook camera that go beyond animations, masks, and playful effects — pushing the boundary of what's possible in AR. To better encompass our current capabilities as well as our long-term vision, today we're renaming Camera Effects Platform to Spark AR. This new name reflects the growth we've seen in the platform so far, and encompasses our ambitions for the incredible growth still ahead.

## Expanding Spark AR To Instagram

As we announced at F8 earlier this year, we're continuing to expand Spark AR beyond the Facebook app, so you can distribute your content to more people across new surfaces. Today, we're accepting applications for an expanded closed beta for Spark AR on Instagram. Accounts like Kylie Jenner, NBA, Ariana Grande, and Gucci have created effects for their followers in our early closed beta – and we want to put the power of Spark AR on Instagram in the hands of a wider variety of individual developers. Beta participants will be able to use Spark AR Studio to design immersive, interactive experiences and make them available to their followers on Instagram. Submit your application to be considered for this closed beta.

Spark AR Studio for Mac OS is available today for creators and developers worldwide. For more information, visit our newly-launched website: https://www.SparkAR.com and join our Spark AR Community Facebook Group.

∞ Meta                                                              Login    🔍

# Explore more



May 1, 2018

## AR Studio: Create and Distribute New, Rich A… Experiences with Ease



August 13, 2019

## Creativity for all: Facebook's Spark AR… now lets anyone build

October 31, 2018

## Instagram Graph API: Hashtag Search Launch

## Get our newsletter

Sign up for monthly updates from Meta for Developers.

**Sign up**