Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc. and Instagram, LLC*

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br> *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-MD-03047-YGR-PHK<br>       4:23-cv-05448-YGR<br><br>**META DEFENDANTS' PRIORITY EXHIBIT LIST**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Pretrial Order No. 6 Re: Pretrial Conference ("Pretrial Order No. 6"), Dkt. No. 485 (3284), Defendants provide this priority list of exhibits, attached as **Exhibit A.** This priority exhibit list does not include documents to be used solely for purposes of impeachment or rebuttal, nor does it include every document Defendants may seek to use in their case.

Defendants' priority list is based on the information reasonably available to them at this time. Inclusion of any exhibit on this list is not a representation that a document is admissible. Defendants reserve the right to amend, supplement, or modify this list, including in response to the Court's rulings and other developments before or during trial.

DATED: July 27, 2026

Respectfully submitted,


By:    */s/ Ashley M. Simonsen*

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Paul W. Schmidt (*pro hac vice*)
Timothy C. Hester (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc. and Instagram, LLC*

META DEFENDANTS' PRIORITY EXHIBIT LIST
4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR