# EXHIBIT 1



# STATE OF TENNESSEE
## OFFICE OF THE ATTORNEY GENERAL AND REPORTER

## REQUEST FOR INFORMATION
### Issued Pursuant to Tenn. Code Ann. § 47-18-106

### PENALTIES FOR NON-COMPLIANCE

### IN RE INVESTIGATION OF META PLATFORMS, INC.

**TO:**        **Arturo Bejar**

**SERVE:**    **Michael Ward**
**1001 Page Mill Rd. Building One, Suite 2**
**Palo Alto, CA 94304**

**ISSUED:**              April 27, 2023

**YOU ARE REQUIRED**, pursuant to Tenn. Code Ann. § 47-18-106(a)(1), to respond to the attached Requests for Production of Documents. Your response must be made in accordance with the attached definitions and instructions and must be made under oath by completing the attached Affidavit of Compliance. **Your response must be received by 5:00 PM CT on Tuesday, May 2, 2023**.

**YOU ARE REQUIRED**, pursuant to Tenn. Code Ann. § 47-18-106(a)(2), to provide sworn testimony about Meta Platforms, Inc.'s business practices **at 11:00 AM CT on Tuesday, May 16, 2023**. The sworn testimony shall continue as necessary until completion. The witness shall appear for this sworn testimony at the Office of the Tennessee Attorney General, UBS Tower, 20th Floor, 315 Deaderick Street, Nashville, Tennessee 37243, or at a time and place mutually agreed upon by the parties.

CONFIDENTIAL

BEJAR0000470

Unless otherwise agreed, your response must be either hand delivered or mailed to:

Chris Dunbar, Assistant Attorney General
Telephone: (615) 741-3519
Email: Chris.Dunbar@ag.tn.gov

*Hand Delivery of Courier:*
Office of the Tennessee Attorney General
Consumer Protection Division
UBS Tower, 20th Floor
315 Deaderick Street
Nashville, Tennessee 37243

*U.S. Mail:*
Office of the Tennessee Attorney General
Consumer Protection Division
P.O. Box 20207
Nashville, Tennessee 37202

This Request for Information is made pursuant to Tenn. Code Ann. § 47-18-106 in connection with an investigation by the State of Tennessee, through Jonathan Skrmetti, Attorney General and Reporter (the State). The State has reason to believe Meta Platforms, Inc. is violating, or is about to violate, the Tennessee Consumer Protection Act, Tenn. Code Ann. § 47-18-104 *et seq.* The definitions that follow are incorporated in this Request for Information by reference.

**Please read** Tenn. Code Ann. § 47-18-106 carefully. Any petitions filed pursuant to Tenn. Code Ann. § 47-18-106(b) must be filed within 10 days of receipt of this Request for Information and served in accordance with state law. Responses to this Request for Information are confidential pursuant to Tenn. Code Ann. § 47-18-106(g).

**NOTICE OF PRESERVATION DUTY:** This Request for Information shall serve as notice to you that documents and information that may be relevant to this investigation, including the documents and information requested below, should be preserved during the pendency of this investigation and during any resulting enforcement action. Failure to preserve relevant documents may result in a civil penalty, in addition to any other appropriate sanction.

**Please take notice** that under Tenn. Code Ann. § 47-18-106, you are required to produce the requested documents on or before the date specified above.

**Failure to comply with this Request for Information may result in a court action against you.**

JONATHAN SKRMETTI *w/ permission*
Attorney General and Reporter

BEJAR0000471

## I.    DEFINITIONS

For the purpose of this Request for Information, the following words or terms have the following definitions:

1.      "Document" means writings, emails, recordings, drawings, graphs, charts, photographs, sound recordings, images, slide decks, calendars, and other data or data compilations, stored in any medium from which information can be obtained. For the purpose of this definition, a Document does not include any material You are prohibited from disclosing pursuant to a court order or shared interest agreement.

2.      "Meta" means and includes the affiliates of Meta Platforms, Inc., its predecessors, successors, officers, directors, employees, agents, consultants, attorneys, affiliated entities or other affiliates, subdivisions, subsidiaries, and all other persons or entities acting or purporting to act on behalf of or under the control of each of the foregoing.

3.      "Minor" means a Person that You know or have reason to know is under 18 years of age.

4.      "Person" means a natural person and includes Young Users.

5.      "Product" means the online or mobile features, platforms, products, or services operated by Meta.

6.      "User" means a Person who operates one or more accounts on a Meta Product.

7.      "You" and "Your" refers to Arturo Bejar.

8.      "Young User" refers to Users who are either Minors or Young Adults.

9.      "Young Adult" means a Person that You know or have reason to know is 18 years of age or older but under the age of 24.

BEJAR0000472

## II.    INSTRUCTIONS

1.    **Time Period.** Unless otherwise indicated, documents to be produced pursuant to this Request for Information include each and every document prepared, sent, dated, received, in effect, or that otherwise came into existence during the period from January 1, 2009 to the date of the production of the documents.

2.    **Maintaining Organization of Documents.** Produce all documents in accordance with and as they are kept in the usual course of business, keeping all document families together, and in accordance with Instruction No. 3 below.

3.    **Identifying Responses.** When providing your responses, identify each Request to which the document or information is responsive. In addition to listing the information included under the definition of "identify," provide the Bates number or other sequential notation of the responsive document(s). If you believe that responsive documents or information have already been produced by you, specify by Bates number or other sequential notation which documents or information are responsive to which specific Requests.

4.    **Providing All Document Versions.** For each document that you produce, produce the current version along with all earlier editions, versions, or predecessor documents during the relevant time period, even though the title of earlier documents may differ from current versions.

5.    **No Responsive Documents or Information.** If you do not have any documents or information responsive to a particular request, state this fact within your response.

6.    **Privilege.** If you assert a privilege in response to a document request, you must state the privilege and the basis for the privilege. In addition, identify the communication or document or portion thereof to which the privilege is asserted. For any document to which a privilege is asserted, state:

a.    The type of document (*e.g.*, letter, memorandum, contract, etc.), the date of the document, and the subject matter of the same;

b.    The name, address, and position of the author of the document and of any person who assisted in its preparation;

c.    The name, address, and position of each addressee or recipient of the document or any copies of it; and

d.    The present location of the document and the identity of the person who has custody of it.

Such information must be supplied in sufficient detail to permit the State to assess the applicability of the privilege claimed. All responsive documents that are subject to an asserted privilege shall not be destroyed, mutilated, or otherwise altered, shall be maintained in their original format, and are subject to the provisions of Tenn. Code Ann. § 47-18-106(e).

CONFIDENTIAL

BEJAR0000473

7.    **Continuing Obligation to Produce.** If you obtain documents or information responsive to any Request after you have submitted your production, you should supplement your production with any new and/or different documents or information that become available to you.

8.    **Document Production Format.** Produce all documents unless otherwise specified or agreed to by the Office of the Attorney General. Any questions regarding electronic document production should be directed to the attorney whose contact information is listed on the front page of this Request for Information.

9.    **Exclusion of Certain Documents.** Documents to be produced pursuant to this Request for Information exclude documents related to any advisory work you may have performed for Meta's Oversight Board (aka Facebook's Oversight Board).

10.    **Affidavit of Compliance.** All documents shall be produced along with the attached Affidavit of Compliance by the person(s) responsible for compiling your response.

CONFIDENTIAL

BEJAR0000474

### III.  REQUESTS FOR PRODUCTION OF DOCUMENTS

In accordance with the requirements set forth in the "Definitions" and "Instructions" sections of this Request for Information, you are specifically required to produce responsive documents within the time frame set forth above:

1.      All Documents related to Your employment at Meta.

2.      All Documents related to Your consulting work at Meta.

3.      All Documents You sent to or received from Meta related to potential harms to Young Users.

4.      All Documents generated by Meta related to potential harms to Young Users.

5.      All Documents generated by Meta that demonstrate Meta's ability to implement measures that may mitigate potential harms to Young Users.

6.      All Documents related to the termination of your employment and/or consulting relationship with Meta.

7.      Your current *résumé* or *curriculum vitae*.

8.      Any other Documents that may be relevant to the State's investigation into Meta's potential violations of the Tennessee Consumer Protection Act.

BEJAR0000475



**STATE OF TENNESSEE**
**OFFICE OF THE ATTORNEY GENERAL AND REPORTER**

---

## AFFIDAVIT OF COMPLIANCE

---

**IN RE INVESTIGATION OF META PLATFORMS, INC.**

---

State of _____
County of _____

     I, _____, being duly sworn, state as follows:

1.  I am employed by _____ in the position of _____.

2.  The enclosed production of documents and responses to the Request for Information of the Office of the Attorney General, dated _____, were prepared and assembled under my personal supervision.

3.  I made or caused to be made a diligent, complete, and comprehensive search for all documents and information requested by the Request for Information, in full accordance with its definitions and instructions.

4.  The enclosed responses and production of documents to the Request for Information are complete and correct to the best of my knowledge and belief, and they are in no way misleading or calculated to withhold information that is available to me and is requested.

5.  No documents or information responsive to the Request for Information has been withheld from this production and response, other than responsive documents or information withheld on the basis of a legal privilege.

6.  All responsive documents or information withheld on the basis of a legal privilege have been identified on a privilege log composed and produced in accordance with the instructions in the Request for Information.

7.  The documents contained in these productions and responses to the Request for Information are authentic, genuine, and what they purport to be.

Initials _____

CONFIDENTIAL

BEJAR0000476

8. No documents or information in the possession, custody, or control of _____ have been concealed, withheld, mutilated, falsified, or by any other means altered, nor has Tenn. Code Ann. § 47-18-106(e) been violated.

9. Attached is a true and accurate record of all persons who prepared and assembled any productions and responses to the Request for Information, all persons under whose personal supervision the preparation and assembly of productions and responses to the Request for Information occurred, and all persons able competently to testify: (a) that such productions and responses are complete and correct to the best of such person's knowledge and belief; and (b) that any documents produced are authentic, genuine, and what they purport to be.

_____     _____
Signature of Affiant                Date

_____
Printed Name of Affiant

_____
Street Address/City/State/Zip Code

_____
Telephone

_____
Email address

Subscribed and sworn to before me
on _____, 2023.

_____
Notary Public

My Commission Expires: _____

Initials _____

CONFIDENTIAL
BEJAR0000477