CONFIDENTIAL

Page 250

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

- - -

IN RE: SOCIAL MEDIA        : Case No.
ADOLESCENT ADDICTION/      : 4:22:MD-03047-YGR
PERSONAL INJURY PRODUCTS:  (PHK)
LIABILITY LITIGATION       :
                           : MDL No. 3047
THIS DOCUMENT RELATES      :
TO: People of the State    :
of California, et al. v.:
Meta Platforms, Inc.       :
et al., Case No.:          :
4:23-cv-05448              :

- - -

JULY 31, 206
VOLUME II

- - -

Continued Videotape deposition of ANNA ILARIA, taken pursuant to notice, was held at 33 Washington Street, Ninth Floor, Conference Room 6, Newark, New Jersey 07102, commencing at 9:09 a.m., on the above date, before Amanda Dee Maslynsky-Miller, a Realtime Reporter and Certified Court Reporter in and for the State of New Jersey.

- - -

GOLKOW TECHNOLOGIES, A VERITEXT DIVISION
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

CONFIDENTIAL

Page 406

from the New Jersey Department of Children and Families?

A.    Yes.

Q.    Do you see that this involves Sesame Street characters?

A.    Yes.

Q.    And the caption is, Muppets from Sesame workshop help explain opioid addiction to young children.

Do you see that?

A.    Yes.

Q.    Does the Attorney General's Office believe that Exhibits-22 and 23 are directed to children because in the one it includes pictures of children under 13 and in the other it includes Sesame Street Muppets?

ATTORNEY MISALE:  Objection to form.  Calls for a legal conclusion.

THE WITNESS:  Again, the intention of direction would be best directed at those departments that posted these.

CONFIDENTIAL

Page 407

BY ATTORNEY SCHMIDT:

Q.    Okay.  And let me just ask that question more broadly, because you said something similar before.

To determine whether postings that have either overt under-13 children in them, like Exhibits-22 and 21, or child-oriented content, like Sesame Street in Exhibit-23, are, in fact, directed to children, is it the AG's position that we would have to talk to whoever posted it to determine if they were, in fact, directed to children?

ATTORNEY MISALE:  Objection to form.  And calls for a legal conclusion.

THE WITNESS:  Again, the AG's position is that whether or not it was intended to be directed at children would be best answered by the agency that had posted it.

BY ATTORNEY SCHMIDT:

Q.    And that would be true even if it wasn't an agency posting it?  If

CONFIDENTIAL

Page 408

you wanted to know something -- whether something was directed at children, you would ask whoever posted it, whether it was an agency or someone else, correct?

ATTORNEY MISALE:  Same objections.

THE WITNESS:  For their intent, yes, I would imagine so.

BY ATTORNEY SCHMIDT:

Q.    And let's look at 23 again, the Sesame Street one.

Do you see where it says under the posting, Some children have parents that are suffering from opioid addiction?

Do you see that?

A.    Yes.

Q.    And then if you skip a sentence, it says, These stories can be extremely helpful for parents and resource families looking for ways to introduce this conversation with youth in their care.

And then it has a heart, Get

CONFIDENTIAL

Page 409

the conversation started.

Do you see that?

A.    Yes, I do.

Q.    Does the State of New Jersey recognize that people and entities, including New Jersey entities, sometimes post material on services like Instagram and Facebook that may be viewed by children under 13, where the intention is that they would actually be useful for the parents to share with their under-13 kids?

ATTORNEY MISALE:  Objection to form.

THE WITNESS:  The Office of the Attorney General recognizes that posts may be directed at parents.

BY ATTORNEY SCHMIDT:

Q.    Even when they have content intended for under-13 users, right?

ATTORNEY MISALE:  Objection to form.

THE WITNESS:  I'm not sure I

CONFIDENTIAL

Page 437

CERTIFICATE

I HEREBY CERTIFY that the witness was duly sworn by me and that the deposition is a true record of the testimony given by the witness.

*Amanda Miller*

Amanda Maslynsky-Miller
Certified Realtime Reporter
Dated:  August 2, 2026

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)