# Exhibit A

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____Jordan Bekier_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ___August 10, 2026___, 2026.

Signature: _Jordan Bekier_____

Signed by:
903C56EF564F410...

Printed Name: ___Jordan Bekier_____

Title: ___Associate General Counsel_____

Firm/Employer: ___Meta Platforms Inc._____

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, ___Wesley Chao_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.


Dated: ___August 6___, 2026.          Signature: _____

Printed Name: __Wesley Chao_____

Title: ___Lead Counsel_____

Firm/Employer: __Meta Platforms, Inc.___

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____ Stacy Chen _____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____ August 9, 2026 _____, 2026.

Signature: _____

Printed Name: _____ Stacy Chen _____

Title: _____ Director, Strategic Counsel _____

Firm/Employer: _____ Meta _____

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____Einat Clarke_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ___August 9, 2026___, 2026.

Signature: _Einat Clarke_
Signed by:
03B88B00A611437...

Printed Name: _Einat Clarke_

Title: _Director and Associate General Counsel_

Firm/Employer: _Meta_

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____Shaun deLacy_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: _____August 9, 2026_____, 2026.

Signature: _Shaun deLacy_
Signed by:
83CD309DA68A4DF...

Printed Name: __Shaun deLacy__

Title: __Associate General Counsel__

Firm/Employer: __Meta Platforms, Inc.__

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____ Brady Freeman _____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ___ August 9, 2026 ___, 2026.

Signature: *Brady Freeman*
Signed by:
25592109E0BA4BD...

Printed Name: ___ Brady Freeman ___

Title: ___ Director & Assoc. General Counsel, Litigation ___

Firm/Employer: ___ Meta Platforms, Inc. ___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Mel Howard_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ___August 9, 2026___, 2026.

Signature: _____
Signed by:
87D248F7A30D400...

Printed Name: _Mel Howard_____

Title: _Director & Head of Legal, Instagram_

Firm/Employer: _Meta_____

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _Sylvia Huang_ , hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _8 / 4_ , 2026.

Signature: _____

Printed Name: _Sylvia Huang_

Title: _Associate General Counsel_

Firm/Employer: _Meta Platforms, Inc._

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____CJ Majoney_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ____August 10, 2026____, 2026.

Signature: _CJ Majoney_
Signed by:
C8AC15F58EDE4B7...

Printed Name: CJ Majoney

Title: Chief Legal Officer

Firm/Employer: Meta

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _Gabriella Orem_ , hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _July 31_ , 2026. Signature: _Halwell_ Printed Name: _Gabriella Orem_

Title: _Lead Counsel_

Firm/Employer: _Meta Platforms, Inc._

# ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _TYLER SMITH_, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _8/5_, 2026.

Signature: _Tyler Smith_

Printed Name: _TYLER SMITH_

Title: _Associate General Counsel, Meta_

Firm/Employer: _Meta Platforms Inc._

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____Scott Tucker_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ___August 10, 2026___, 2026.          Signature: _Scott Tucker_____
                                                    DocuSigned by: 8EAFB88A61B0451...

Printed Name: Scott Tucker_____

Title: Vice President and Head of Litigation_____

Firm/Employer: Meta_____

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _Michelle Woodhouse_, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _July 29_, 2026.

Signature: _Michelle Woodhouse_

Printed Name: _Michelle Woodhouse_

Title: _Director & Associate General Counsel_

Firm/Employer: _Meta_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Hassan Ahmad_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 30_____, 2026.        Signature: _____

Printed Name: _____Hassan Ahmad_____

Title: _____Associate_____

Firm/Employer: Covington & Burling LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Daniel Auten_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____August 6_____, 2026.

Signature: _Daniel Auten_

Printed Name: _Daniel Auten_

Title: _Associate_

Firm/Employer: _Covington & Burling_

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____ Lindsey Barnhart _____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ____ August 10, 2026 ____, 2026.

Signature: _Lindsey Barnhart_

DocuSigned by:
4FC25EA330714E6...

Printed Name: Lindsey Barnhart

Title: Partner

Firm/Employer: Covington & Burling LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _Ashlie Bell_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _Aug. 10_____, 2026.

Signature: _Ashlie Bell_____

Printed Name: _Ashlie Bell_____

Title: _Technical Support Specialist, Core Legal Concepts_

Firm/Employer: _Covington & Burling, LLP_____

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Cecilia Bobbitt_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ___August 4_____, 2026.

Signature: _*Cecilia Bobbitt*_____

Printed Name: __Cecilia Bobbitt_____

Title: __Associate_____

Firm/Employer: __Covington & Burling LLP__

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Julia Bochenek_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 31_____, 2026.    Signature: _____*Julia Bochenek*_____

Printed Name: ___Julia Bochenek_____

Title: _____Paralegal_____

Firm/Employer: Covington & Burling LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _Kendall Burchard_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _August 5_____, 2026.        Signature: _Kendall Burchard_____

                                                Printed Name: _Kendall Burchard_____

                                                Title: _Associate_____

                                                  Firm/Employer: _Covington & Burling LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, <u>Jeffrey Chabot</u>, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: <u>August 5</u>, 2026.

Signature: _____

Printed Name: <u>Jeffrey Chabot, Core Legal Concepts</u>

Title: <u>Graphic Consultant</u>

Firm/Employer: <u>Covington & Burling LLP</u>

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Isaac D. Chaput_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ___August 10, 2026___, 2026.

Signature: ⎣ *Isaac D. Chaput* _____
Signed by:
B89D0F2006DE48A...

Printed Name: Isaac D. Chaput _____

Title: Partner _____

Firm/Employer: Covington & Burling LLP _____

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _Karla Colley_, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _August 3_, 2026.

Signature: _K. Colley_

Printed Name: _Karla Colley_

Title: _Associate_

Firm/Employer: _Covington & Burling_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Zora Franicevic_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 30_____, 2026.        Signature: _____

Printed Name: _Zora Franicevic_____

Title: _Associate_____

Firm/Employer: _Covington & Burling LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _Angela Gasca_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: __July 31_____, 2026.

Signature: _Am.Gasca_____

Printed Name: _Angela Gasca_____

Title: _Associate_____

Firm/Employer: _Covington & Burling LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, __Alice Greenhill_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: __July 30_____, 2026.

Signature: _Alice Greenhill_____

Printed Name: __Alice Greenhill_____

Title: __Associate_____

Firm/Employer: __Covington & Burling LLP__

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____James Groner_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ___August 6th___, 2026.

Signature: _____

Printed Name: ___James Groner___

Title: ___Technical Support Specialist___

Firm/Employer: ___Covington & Burling LLP___

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _Gregory L Halperin_, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _7/30_, 2026.

Signature: _____

Printed Name: _Gregory L. Halperin_

Title: _Partner_

Firm/Employer: _Covington & Burling LLP_

ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, Timothy C. Hester, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in People of the State of California, et al. v. Meta Platforms, Inc., et al. (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: August 7, 2026.

Signature:

*Timothy C Hester*

Printed Name: Timothy C. Hester
Title: Senior Counsel
Firm/Employer: Covington & Burling LLP

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____Samuel Howe_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____August 10, 2026_____, 2026.

Signature: Signed by: *Samuel Howe*
3F03BBB05A9E49F...

Printed Name: Samuel Howe

Title: Associate

Firm/Employer: Covington & Burling

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Michael Imbroscio_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ____August 4____, 2026.

Signature: _Michael Imbroscio_
Signed by:
907DF52EC456431...

Printed Name: _Michael Imbroscio_

Title: _Partner_

Firm/Employer: _Covington & Burling_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, ___Emma Marcela Interiano___, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ___August 4___, 2026.          Signature: _____

                                       Printed Name: _Emma Marcela Interiano_

                                       Title: _Associate_____

                                       Firm/Employer: _Covington & Burling_

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____Gavin Jackson_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: _____August 10, 2026_____, 2026.

Signature: Signed by: *Gavin Jackson*
68424FDAA89D40E...

Printed Name: Gavin Jackson

Title: Associate

Firm/Employer: Covington & Burling LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _Michael N. Kennedy_, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _8-4-_ , 2026.

Signature: _____

Printed Name: _Michael N. Kennedy_

Title: _Partner_

Firm/Employer: _Carlton & Bully LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _Isaac LaGrand_, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _August 2_, 2026.

Signature: _Isaac LaGrand_

Printed Name: _Isaac LaGrand_

Title: _Associate_

Firm/Employer: _Covington and Burling_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____*Stefanie Leija*_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ___August 5___, 2026.

Signature: ___*Stefanie Leija*___

Printed Name: ___Stefanie Leija___

Title: ___Design Consultant, Core Legal Concepts___

Firm/Employer: ___Covington & Burling LLP___

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _David Luttinger_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: _7/31_____, 2026.

Signature: _David Luttinger_____

Printed Name: _David Luttinger_

Title: _Partner_____

Firm/Employer: _Covington & Burling LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Katie MacInnes , hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: August 5 , 2026.

Signature: *Katie MacInnes*

Printed Name: Katie MacInnes

Title: Director , Core Legal Concepts

Firm/Employer: Covington & Burling LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Jade Mackie_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: _____July 30_____, 2026.     Signature: ___*Jade Mackie*___

Printed Name: __Jade Mackie_____

Title: _____Paralegal_____

Firm/Employer: _Covington & Burling LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Megan Mers_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____August 3_, 2026.          Signature: _____*Megan J Mers*_____

                                      Printed Name: _Megan Mers_

                                      Title: _Associate_

                                      Firm/Employer: _Covington & Burling LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Alex Miller_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ____8/5/26_____, 2026.

Signature: _____

Printed Name: ___Alex Miller_____

Title: ___Director, Core Legal Concepts____

Firm/Employer: ___Covington & Burling LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Jordan Morris_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: _____August 3_____, 2026.

Signature: _____ Type text here

Printed Name: Jordan Morris

Title: Associate

Firm/Employer: Covington & Burling LLP

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

1. _Mark W. Mosier_ , hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _July 31_, 2026.

Signature: _____

Printed Name: _Mark Mosier_

Title: _Partner_

Firm/Employer: _Covington & Burling LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Samuel Olsson , hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: July 30 , 2026.

Signature: *Samuel A. Olsson*

Printed Name: Samuel Olsson

Title: Associate

Firm/Employer: Covington & Burling LLP

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _Jonah Panilkar_, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _July 30_, 2026.

Signature: _____

Printed Name: _Jonah Panilkar_

Title: _Attorney_

Firm/Employer: _Covington + Burling LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Lauren Paterson, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 30, 2026.                  Signature: _____

                                        Printed Name: ___Lauren Paterson___

                                        Title: _____Paralegal_____

                                        Firm/Employer: Covington & Burling, LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Stephen Petkis_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____August 4_____, 2026.

Signature: _____

Printed Name: _____Stephen Petkis_____

Title: _____Partner_____

Firm/Employer: _____Covington & Burling LLP_____

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____Christian Pistilli_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ___August 10, 2026___, 2026.

Signature: ┌─ DocuSigned by:
           | *Christian Pistilli*
           └─ 7654E92F215B4BA...

Printed Name: Christian Pistilli

Title: Partner

Firm/Employer: Covington

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Abigail Porter_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ___July 30___, 2026.

Signature: _Abigail M. Porter_

Printed Name: _Abigail Porter_

Title: _Associate_

Firm/Employer: _Covington & Burling LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I,  Chris Reynolds , hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated:  August 8, 2026.

Signature:  *Chris Reynolds*

Printed Name:  Chris Reynolds

Title:  Consultant, Core Legal Concepts

Firm/Employer:  Covington & Burling

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Elias Rivas_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ___August 3_____, 2026.    Signature: ___*Elias Rivas*_____

    Printed Name: __Elias Rivas_____

    Title: ___Attorney_____

    Firm/Employer: ___Covington & Burling LLP

# ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, __Megan Rodgers__ , hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: __8/4/24__ , 2026.

Signature: __M____

Printed Name: __Megan Rodgers__

Title: __Partner__

Firm/Employer: __Covington + Burling__

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, ___Jeffrey E Sandberg___, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ___August 1___, 2026.

Signature: _____

Printed Name: ___Jeffrey E. Sandberg___

Title: ___Of Counsel___

Firm/Employer: ___Covington + Burling LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I,  Nancy Schlaifer, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  August 5, 2026.

Signature:  __ *Nancy Schlaifer* _____

Printed Name:  ___Nancy Schlaifer___

Title:  ____Technology Consultant, Core

Legal Concepts

Firm/Employer: Covington & Burling LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, __Paul Schmidt_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _August 6_____, 2026.          Signature: _____

                                          Printed Name: _Paul Schmidt_____

                                          Title: Partner_____

                                          Firm/Employer: _Covington & Burling__

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Maya Sharp_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: _____July 30_____, 2026.

Signature: ___*Maya Sharp*_____

Printed Name: _____Maya Sharp_____

Title: _____Associate_____

Firm/Employer: _____Covington & Burling LLP____

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Ashley Simonsen_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ___July 30_____, 2026.          Signature: _____

Printed Name: __Ashley Simonsen____

Title: ___Partner_____

Firm/Employer: __Covington & Burling LLP__

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____David Sneed_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ___July 30_____, 2026.

Signature: _____

Printed Name: __David Sneed_____

Title: __Partner_____

Firm/Employer: _Covington and Burling_

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _Nicholas John Xanakis_, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _July 30_, 2026.

Signature: _____

Printed Name: _Nicholas John Xanakis_

Title: _Of Counsel_

Firm/Employer: _Covington and Burling LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _Calanthe Arat_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated:  ___July 30___, 2026.          Signature: _____

                                      Printed Name: __Calanthe Arat_____

                                      Title: __Partner_____

                                      Firm/Employer: _Wilkinson Stekloff LLP__

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____Ken Arnold_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _7/31_____, 2026.

Signature: _Ken Arnold_____

Printed Name: _Ken Arnold_____

Title: _Partner_____

Firm/Employer: _Wilkinson Stekloff_____

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Jen Beach, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  August 4, 2026.                   Signature: __*Jen Beach*__

                                          Printed Name: Jen Beach

                                          Title: Technical Senior Legal Assistant

                                          Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Joe Bladel, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  August 3, 2026.                    Signature: _Joe Bladel_

                                          Printed Name: Joe Bladel

                                          Title: Litigation Paralegal

                                          Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Cassandra Chee, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 31, 2026.                    Signature: *Cassandra Chee*

                                   Printed Name: Cassandra Chee

                                   Title: Associate

                                   Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Luke Churchhill, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: July 31, 2026.                     Signature: _Luke Churchill_

Printed Name: Luke Churchill

Title: Associate

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Theo Clement, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  August 3, 2026.              Signature: *Theo Clement*

                                    Printed Name: Theo Clement

                                    Title: Summer Associate

                                    Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Daniel Cook hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 30, 2026.                      Signature: _Daniel Cook_____

                                           Printed Name: Daniel Cook

                                           Title: Associate

                                           Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Grace Driggers, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 31, 2026.                   Signature: *Grace Driggers*

Printed Name: Grace Driggers

Title: Associate

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Guus Duindam, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 31, 2026.                          Signature: *Guus Duindam*

                                                Printed Name: Guus Duindam

                                                Title: Associate

                                                Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, David Friedman, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: July 31, 2026.                    Signature: *David Friedman*

Printed Name: David Friedman

Title: Counsel

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Owen Gallogly hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 30, 2026.                     Signature *Owen W. Gallogly*:

                                           Printed Name: Owen Gallogly

                                           Title: Associate

                                           Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, William Geraghty, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 31, 2026.                     Signature: _____

                                              Printed Name: William Geraghty

                                              Title: Partner

                                              Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Connie Gong_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ___August 3___, 2026.          Signature: _____

Printed Name: __Connie Gong__

Title: __Associate__

Firm/Employer: __Wilkinson Stekloff__

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, Aliyah Graves-Brown hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated:  July 30, 2026.                    Signature: *Aliyah Graves-Brown*

Printed Name: Aliyah Graves-Brown

Title: Associate

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Mason Grist hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 30, 2026.              Signature: *Mason Grist*

Printed Name: Mason Grist

Title: Associate

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Roxana Guidero, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 31, 2026.                    Signature: _____

                                         Printed Name: Roxana Guidero

                                         Title: Partner

                                         Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Cindy Guo, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  August 3, 2026.                    Signature: *Cindy Guo*

                                           Printed Name: Cindy Guo

                                           Title: Summer Associate

                                           Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Connor Haaland, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated:  July 31, 2026.                   Signature: _Connor Haaland_

                        Printed Name: Connor Haaland

                        Title: Associate

                        Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, William Krag, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  August 3, 2026.                    Signature: _William Krag_____

                                            Printed Name: William Krag

                                            Title: Summer Associate

                                            Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Tania Martinez_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: _July 30_____, 2026.        Signature: ___*Tania Martinez*_____

Printed Name: __Tania Martinez_____

Title: ____Associate_____

Firm/Employer: ___Wilkinson Stekloff

_____

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, Orlando Onofre, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  August 4, 2026.                Signature: _Orlando Onofre_

Printed Name: Orlando Onofre

Title: Technical Support Specialist

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Dhruti Patel, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 30, 2026.                    Signature:  _____

                                   Printed Name: Dhruti Patel

                                   Title: Associate

                                   Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Moira Penza, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 31, 2026.                    Signature:  _____

                                          Printed Name: Moira Penza

                                          Title: Partner

                                          Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Ralia Polechronis, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 31, 2026.                                Signature: _Ralia E. Polechronis_

Printed Name: Ralia Polechronis

Title: Partner

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Ashley Raynor, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  August 3, 2026.                    Signature: *Ashley Raynor*

                                           Printed Name: Ashley Raynor

                                           Title: Litigation Paralegal

                                           Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Erica Schmitt, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated:  August 3, 2026.              Signature: _Erica Schmitt_____

                                                         Printed Name: Erica Schmitt

                                                              Title: Legal Assistant

                                                Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Matthew Skanchy, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 30, 2026.                    Signature:  _____

                                          Printed Name: Matthew Skanchy

                                          Title: Counsel

                                          Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Tyrell Smith, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  August 4, 2026.                    Signature: _Tyrell Smith_____

                                            Printed Name: Tyrell Smith

                                            Title: Technical Support Specialist

                                            Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Brian Stekloff, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  July 31, 2026.                    Signature: _Beth GW_

                                             Printed Name: Brian Stekloff

                                                      Title: Partner

                                   Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Remington Thames, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  August 3, 2026.                    Signature: *Remington Thames*

Printed Name: Remington Thames

Title: Case Manager

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Max Warren, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated:  July 31, 2026.                    Signature: _____

                                                    Printed Name: Max Warren

                                                    Title: Counsel

                                                    Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Kaitlyn Wesneski, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated:  August 3, 2026.                    Signature: *Kaitlyn Wesneski*

Printed Name: Kaitlyn Wesneski

Title: Legal Assistant

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, Ethan Wong, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated:  August 3, 2026.                    Signature: _Ethan Wong_____

Printed Name: Ethan Wong

Title: Litigation Paralegal

Firm/Employer: Wilkinson Stekloff LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, ___Gabriel Egli_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated:  ___August 4___, 2026.    Signature: _____

Printed Name: ___Gabriel Egli_____

Title: ___Attorney / Partner_____

Firm/Employer: ___Shook, Hardy & Bacon LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____**Megan Egli**_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: _____**August 4**_____, 2026.    Signature: _____

Printed Name: _____**Megan M. Egli**_____

Title: _____**Partner**_____

Firm/Employer: _____**Shook, Hardy & Bacon**_____

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, ____Christopher P. Gramling_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ____August 4_____, 2026.          Signature: _____

                                            Printed Name: __Christopher P. Gramling_____

                                            Title: ___Partner_____

                                            Firm/Employer: _Shook, Hardy & Bacon L.L.P.__

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _Jennifer Blues Kenyon_, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: _July 30_, 2026.

Signature: _____

Printed Name: _Jennifer Blues Kenyon_

Title: _Attorney_

Firm/Employer: _Shook, Hardy & Bacon_

## ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL

I, _____Russell J. Shankland_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____August 4_____, 2026.

Signature: _____

Printed Name: _____Russell J. Shankland_____

Title: _____Partner_____

Firm/Employer: _____Shook, Hardy & Bacon L.L.P._____

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Kaitlin Campanini_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 31_____, 2026.

Signature: ___/s/ Kaitlin Campanini___

Printed Name: ___Kaitlin Campanini___

Title: ___Associate___

Firm/Employer: ___Davis Polk & Wardwell LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Kelsey Clark_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 31_____, 2026.

Signature: ___/s/ Kelsey Clark_____

Printed Name: ___Kelsey Clark_____

Title: _____Associate_____

Firm/Employer: ___Davis Polk & Wardwell LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, ___Crystal Cummings_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: ___August 1_____, 2026.

Signature: ___/s/ Crystal Cummings_____

Printed Name: __Crystal Cummings_____

Title: __Associate_____

Firm/Employer: Davis Polk & Wardwell LLP

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Christina Davis_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____August 2_____, 2026.

Signature: _*Christina Davis*_

Printed Name: _Christina Davis_

Title: _Associate_

Firm/Employer: _Davis Polk & Wardwell LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Anna Fish_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 31_____, 2026.

Signature: ____/s/ Anna Fish____

Printed Name: ___Anna Fish___

Title: ___Associate___

Firm/Employer: ___Davis Polk & Wardwell LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Jonathan Gerstell_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: ____July 31____, 2026.

Signature: ___/s/ Jonathan Gerstell___

Printed Name: ___Jonathan Gerstell___

Title: ___Associate___

Firm/Employer: ___Davis Polk & Wardwell LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Jordan Halper_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 31_____, 2026.

Signature: ____/s/ Jordan Halper____

Printed Name: ____Jordan Halper____

Title: ____Associate____

Firm/Employer: ____Davis Polk & Wardwell LLP____

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Meredith Manda_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 31_____, 2026.

Signature: ___/s/ Meredith Manda___

Printed Name: ___Meredith Manda___

Title: ___Associate___

Firm/Employer: ___Davis Polk & Wardwell LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Corey Meyer_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: _____July 31_____, 2026.

Signature: ____/s/ Corey Meyer____

Printed Name: ____Corey Meyer____

Title: ____Associate____

Firm/Employer: ____Davis Polk & Wardwell LLP____

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _Tim Morgan_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: _August 1_____, 2026.

Signature: _Tim Morgan_____

Printed Name: _Tim Morgan_____

Title: _Associate_____

Firm/Employer: _Davis Polk & Wardwell LLP_

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Daniel Moubayed_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 31_____, 2026.

Signature: ___/s/ Daniel Moubayed___

Printed Name: ___Daniel Moubayed___

Title: ___Associate___

Firm/Employer: ___Davis Polk & Wardwell LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Antonio Perez-Marques_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 31_____, 2026.

Signature: ___/s/ Antonio Perez-Marques___

Printed Name: ___Antonio Perez-Marques___

Title: ___Partner___

Firm/Employer: ___Davis Polk & Wardwell LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____James Rouhandeh_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 31_____, 2026.      Signature: ____/s/ James Rouhandeh____

Printed Name: ___James Rouhandeh___

Title: _____Partner_____

Firm/Employer: ___Davis Polk & Wardwell LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Sean Stefanik_____, hereby attest as follows:

1.  I represent and/or serve as counsel to Meta Platforms, Inc.

2.  I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3.  I will not share the remote audiovisual access link with any person.

Dated: _____July 31_____, 2026.

Signature: ___/s/ Sean Stefanik_____

Printed Name: ___Sean Stefanik_____

Title: _____Counsel_____

Firm/Employer: ___Davis Polk & Wardwell LLP___

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Caroline Stern_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 30_____, 2026.

Signature: __/s/ Caroline Stern_____

Printed Name: __Caroline Stern_____

Title: __Counsel_____

Firm/Employer: __Davis Polk & Wardwell LLP__

**ATTESTATION REGARDING REMOTE AUDIOVISUAL ACCESS TO TRIAL**

I, _____Nikolaus Williams_____, hereby attest as follows:

1. I represent and/or serve as counsel to Meta Platforms, Inc.

2. I understand that access to the remote audiovisual link for the trial in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (4:23-cv-05448-YGR) is restricted to authorized counsel who have filed this attestation with the Court.

3. I will not share the remote audiovisual access link with any person.

Dated: _____July 31_____, 2026.

Signature: ___/s/ Nikolaus Williams___

Printed Name: ___Nikolaus Williams___

Title: ___Counsel___

Firm/Employer: ___Davis Polk & Wardwell LLP___