# Exhibit F

MARICOPA REPORTING

# Day Four of Trial Proceedings

**Date:** February 10, 2026

**Case:** State of New Mexico, Ex Rel., Torrez v. Meta Platforms, Inc.,
**Case** #:D-101-CV-2023-02838

Maricopa Reporting, Inc.
https://www.maricopareporting.com/
Phone: (480) 597-4744
scheduling@MaricopaReporting.com

STATE OF NEW MEXICO

COUNTY OF SANTA FE

FIRST JUDICIAL DISTRICT COURT

STATE OF NEW MEXICO, EX REL., RAUL TORREZ, ATTORNEY GENERAL,

Plaintiff,

No. D-101-CV-2023-02838

v.

META PLATFORMS, INC.,

Defendant.

~~~~~~~~~~~~~~~~~~~~~~~~~~~

BEFORE HONORABLE BRYAN BIEDSCHEID

DAY 4 TRIAL PROCEEDINGS

(PAGES 1441 THROUGH 1880)

FEBRUARY 10, 2026

8:33 A.M.

REPORTED BY:
Sommer E. Greene, RPR, CRR
Certified Court Reporter
Certificate No. 541

MARICOPA REPORTING, INC.
701 Camino de la Familia
Suite 214
Santa Fe, New Mexico
(480) 597.4744
~~~~~~~~~~~~~~~~~~~~~~~~~~~

keep on doing it? 09:43:41

And she's like, Well, you know, you just block them, and they laugh it off and they move on to the next person. 09:43:42 09:43:45 09:43:47

So that was my first indication of that. As time progressed, she developed an interest in cars, created a public account with my support and understanding, and then she started getting really sort of awful comments, awful messages, all these things that were deeply upsetting to her. 09:43:48 09:43:51 09:43:55 09:43:57 09:43:59 09:44:02

And I didn't want to be one of those people that kind of sat on the outside and just criticized Meta or Instagram. My experience with them had been that they cared about this issue. So I was really -- I did not understand why my daughter was experiencing that and why she wouldn't have the tools to help her to deal with these things. So I decided is to roll up my sleeves and go back in to work with the Well-being team. 09:44:06 09:44:07 09:44:11 09:44:14 09:44:17 09:44:19 09:44:21 09:44:23 09:44:26

They messaged me being like "We need you," somebody that I had worked with there. So I went back to see what was going on and that was the beginning of my second time there. 09:44:27 09:44:32 09:44:34 09:44:37

Q. And I think you said earlier. What was your status with Instagram when you returned? 09:44:40 09:44:43

that's why it's absolutely critical that the safety 10:01:53 team is able to ideate and deploy things that 10:01:55 actually reduce harm; right? And because in order 10:01:58 to -- I'll stop there. 10:02:04

Q. And you mentioned in the context of your 10:02:05 answer introducing kids to bad people. How does the 10:02:08 algorithm play a role in that? 10:02:11

A. Yeah. So an example of that that I lived 10:02:16 through was when my daughter created a public 10:02:19 account, she loves cars, she loves wrenching in cars, 10:02:20 we did it together, and it became a passion for her. 10:02:24

So she would like post videos of the 10:02:27 engine she was working on and talking about cars and 10:02:29 car adventures, and that video would get delivered to 10:02:33 people that then would come in and comment on her 10:02:46 body, would send her messages, extremely 10:02:48 inappropriate, like sexual propositions. And so what 10:02:50 was happening there is the way that her -- the stuff 10:02:53 that she was making got pushed out to people that 10:02:55 then did unwanted sexual advances, inappropriate 10:03:00 contact, harassment, and that was not about the 10:03:03 content, but it's about the product design that takes 10:03:06 something a kid makes and pushes it out to people 10:03:09 that then might do harm or would do harm, and I saw a 10:03:14 lot of that. And it's, unfortunately, tragically 10:03:19

So that was not my experience in the two years I was working at Instagram here. 14:57:45 14:57:47

Q. And the fourth paragraph down, first sentence, "At the heart of these accusations is the idea we prioritize profit over safety and well-being. That's just not true." 14:57:48 14:57:50 14:57:53 14:57:56

You see where I'm reading? 14:57:58

A. Yeah. 14:58:00

Q. Based on your experience at Meta from 2019 to 2021, what did Meta prioritize? 14:58:02 14:58:04

A. Meta prioritized competing with like TikTok and Snap and create all these different things quickly, directing resources to them, whatever was a priority at the moment. And it was doing it on many different fronts. And they were not investing appropriately or prioritizing safety and well-being, as they should, given the range of the harms. 14:58:15 14:58:19 14:58:22 14:58:25 14:58:27 14:58:30 14:58:33

Q. The last paragraph Mark Zuckerberg wrote, "I'm particularly focused on the questions raised about our work with kids. I spent a lot of time reflecting on the kinds of experiences I want my kids and others to have online, and it's very important to me that everything we build is safe and good for kids." 14:58:40 14:58:41 14:58:43 14:58:47 14:58:49 14:58:51 14:58:56

Based on your experience, was Instagram 14:58:56

tremendous amount of preventible harm. And we shouldn't treat that harm as acceptable. 15:00:20 15:00:27

And so I didn't see on the ground evidence that all these things that we're building were safe and good for kids. 15:00:28 15:00:30 15:00:33

Q. And then hopefully we can find it, but Mr. Zuckerberg also wrote, "When it comes to young people's health or well-being, every negative experience matters." 15:00:40 15:00:42 15:00:43 15:00:46

A. Yeah. It's in the next-to-last paragraph. I saw it just now. 15:00:47 15:00:50

Q. Based on your experience and observations at Meta, is that factually accurate? 15:00:53 15:00:55

A. Absolutely not. 15:00:58

Q. And why do you say that? 15:00:59

A. I say that -- this is just so dangerously misleading to say that, right, to all employees and to the world. 15:01:01 15:01:13 15:01:18

Because if every negative experience mattered, you would do the work to understand those negative experiences, and you would do the work to figure out an appropriate way of making them better. And -- okay. 15:01:21 15:01:24 15:01:29 15:01:33 15:01:36

And the next sentence after that -- 15:01:45

Q. Go ahead. 15:01:47

A. No, they were not. 15:46:01
Q. And did you observe between 2019 and 2021 15:46:03
whether Meta made changes to how research or other 15:46:07
information was shared? 15:46:10
A. Yes. There were profound changes. 15:46:12
Q. And what were those changes? 15:46:15
A. Definitely very little of the internal 15:46:16
research was shared externally with the public. And 15:46:24
that also changed dramatically around the time that, 15:46:32
sort of like 2021, where they started locking down 15:46:37
the research groups so that only the people working 15:46:41
on the research could see it, which I -- I found very 15:46:43
surprising because one of the things that Facebook 15:46:49
prided itself on was its transparency to its 15:46:55
employees about all of the research and the different 15:47:00
things the company was working on. 15:47:03
And in the case of the sort of like 15:47:04
safety issues, at least during my first time, we took 15:47:06
pride in sharing the research and the real numbers 15:47:10
outside because we knew that they had great value for 15:47:13
society. 15:47:16
Q. And so how does this experience make you 15:47:17
assess the comments we talked about before the break 15:47:21
about Mr. Zuckerberg posting about Meta's commitment 15:47:23
to research and transparency? 15:47:28

A. I mean, I think the comment is profoundly misleading, right, that there was internal research talking about harm, and that it was not being made public or shared with people that were affected by that harm, like the parents or the kids. 15:47:30 15:47:32 15:47:37 15:47:39 15:47:41

It would have made a lot of people make sense of things that they were seeing and experiencing and seeing with their kids. 15:47:44 15:47:46 15:47:48

And -- and I think to be sort of so proactive and so, like, yeah, this is what we do. It's crazy to think that we would do otherwise. Why would we hire this world class team if we weren't intending to act on it? It felt to be profoundly misleading. 15:47:52 15:47:56 15:47:58 15:48:02 15:48:05 15:48:09

Q. All right. In terms of transparency, let's talk about Meta's community standards enforcement reports. 15:48:09 15:48:11 15:48:14

Do you also know those by an acronym? 15:48:15

A. Yeah. CSER. 15:48:18

Q. Okay. And are you aware of whether Meta has a website where it posts its safety data? 15:48:21 15:48:23

A. Yes. I am. 15:48:26

Q. And do you have familiarity with this website? 15:48:28 15:48:36

A. Yes. I'm very familiar with that 15:48:36

sort of very unambiguous. And so while you might not be able to see -- a good way of talking about it is "bits," like private parts, that you might see a video that -- I mean, to any of you, it illustrates somebody performing a sexual act with somebody else very clearly. 15:52:29 15:52:32 15:52:37 15:52:40 15:52:44 15:52:46

But, again, in the world of like adults and stuff like that, you wouldn't take that down. It's a whole other world, but in the world of like teens, I think that content is sort of a good example of the kind of content that BEEF was able to -- the kind of experience that BEEF was able to identify. 15:52:46 15:52:50 15:52:53 15:52:56 15:53:00 15:53:05

Q. And was it your experience at Meta that the prevalence data in CSERs fairly represents the harms on Meta's platforms? 15:53:08 15:53:10 15:53:15

A. No, absolutely not. I think it misrepresents the harm on Meta's platforms. 15:53:17 15:53:19

Q. And why is that? 15:53:21

A. Because when you look at sort of the actual sort of definitions of these things, what takes -- what is considered a credible threat or what is something that would get removed as a suicide content, the -- the -- there's a definition that has to be unambiguous so that someone looking at it or a system evaluating the piece of content can say, This 15:53:22 15:53:33 15:53:36 15:53:40 15:53:43 15:53:54 15:53:57

community standards and compared them to BEEF. 16:20:14
Based on your evaluation of this data and 16:20:17
your experience, are the community standards 16:20:20
enforcement reports disclosure and transparency or 16:20:21
are they deception? 16:20:25
A. They are deception. 16:20:28
MS. SINGER: Okay. We can take this one 16:20:35
down. 16:20:37
Q. BY MS. SINGER: When you stopped working 16:20:37
with Meta as a consultant in 2021, did you 16:20:38
immediately go public with your concerns? 16:20:44
A. I did not. 16:20:46
Q. Did there came a time when you felt that 16:20:47
you had to speak out? 16:20:50
A. Yes, I did. 16:20:51
Q. And what happened to prompt that? 16:20:51
A. Just a moment. So I got an e-mail, I 16:20:54
believe it was from Meta asking me to testify on -- 16:21:00
on a lawsuit about the FTC, and as part of the -- of 16:21:06
that lawsuit, I saw for the first time, like a little 16:21:14
bit over a year, the e-mail I had sent to Mark 16:21:21
Zuckerberg about all of these issues. And when I saw 16:21:24
that e-mail again, and I looked at all of the numbers 16:21:28
and I remembered all of the other numbers in BEEF -- 16:21:33
sorry, I'm a little tired -- it became really clear 16:21:37

CERTIFICATE

I, Sommer E. Greene, Certified Court Reporter for the State of New Mexico, certify:

That the foregoing proceedings were taken by me; that I am authorized to administer an oath; that the witness, before testifying, was duly sworn by me to testify to the whole truth; that the questions propounded by counsel and the answers of the witness were taken down by me in shorthand and thereafter reduced to print by computer-aided transcription under my direction; that review and signature was requested; that the foregoing pages are a full, true, and accurate transcript of all proceedings and testimony had upon the taking of said proceedings, all to the best of my skill and ability.

I FURTHER CERTIFY that I am in no way related to nor employed by any of the parties hereto nor am I in any way interested in the outcome hereof.

DATED this 10th day of February, 2026.

______________________________
Sommer E. Greene
Certified Court Reporter No. 541
For the State of New Mexico