Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendant Meta Platforms, Inc. f/k/a Facebook, Inc.*

[*Additional counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

This Document Relates To:

*People of the State of California, et al. v. Meta Platforms, Inc., et al.*

MDL No. 3047

Case Nos. 4:22-MD-03047-YGR-PHK
4:23-cv-05448-YGR

**META DEFENDANTS' THIRD UPDATED EXHIBIT LIST**

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

Defendants provide this updated list of exhibits that may be utilized in their case, attached as **Exhibit A.** Defendants submit this to update descriptions or sponsoring witness information on, and add a limited number of exhibits to, Meta Defendants' most recent Exhibit List, Dkt. No. 524.1 (3366.1). All changes to the previous list are reflected in red. This list does not include documents to be used solely for purposes of impeachment or rebuttal.

Defendants' list is based on the information reasonably available to them at this time. Inclusion of any exhibit on this list is not a representation that a document is admissible. Defendants reserve the right to amend, supplement, or modify this list, including in response to the Court's rulings and other developments before or during trial.

DATED: August 18, 2026

Respectfully submitted,

By: *\/s\/ Ashley M. Simonsen*

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Paul W. Schmidt (*pro hac vice*)
Timothy C. Hester (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendant Meta Platforms, Inc. f/k/a Facebook, Inc.*