***People of the State of California, et al. v. Meta Platforms, Inc., et al.***

**4:22-md-03047-YGR | 4:23-cv-05448-YGR**

# PRIVILEGED MATERIAL: DOCUMENT FOR *IN-CAMERA* REVIEW

The contents of this document are privileged. The contents relate to Meta's Motion to Preclude Testimony on Attorney-Client Privileged Communications by Former Employee Jason Sattizahn. The document is being provided to Chambers for confidential *in-camera* inspection by the Court pursuant to the Court's August 13, 2026 oral ruling.

# Exhibit 12