# Exhibit A

| | |
|---|---|
| **From:** | August, John J |
| **To:** | Simonsen, Ashley M; SM.MDLAGLeads@coag.gov; Megan.Oneill@doj.ca.gov; David.Sloves@law.njoag.gov; daniel.keiser@ky.gov; Christian.Lewis@ky.gov; Thomas.Huynh@law.njoag.gov; Liza.Atkinson@coag.gov; Dana.LoPorto-Kiss@coag.gov; SCA0001@epiqglobal.com |
| **Cc:** | Rice, Dale; Kresse, Joseph; Georges, Maria; Schmidt, Paul; Mers, Megan; Howe, Samuel; Brian Stekloff; Perez-Marques, Antonio J.; Clark, Kelsey; Meyer, Corey M. |
| **Subject:** | RE: MDL No. 3047 (4:23-cv-05448-YGR) - Meta Overlay Production (Rolling) Pursuant to ECF 3361 |
| **Date:** | Thursday, August 13, 2026 8:19:30 PM |
| **Attachments:** | Meta TMH - Overlay for ECF 3361 (08.13.26 Suppl.).xlsx<br>image001.png |

Counsel,

Pursuant to Magistrate Judge Kang's August 10, 2026 Order (ECF 3361) requiring Meta to produce, on a rolling basis starting on August 11, 2026, metadata overlays containing GSuite "Collaborator" and "Viewer" metadata fields for exhibits on the State AGs' July 27, 2026 priority exhibit list that are stored in Google Drive, that identify only "Meta Platforms" as the custodian in the previously-produced metadata, and that also lack identification of any Meta employees in the contents of such documents, please find attached metadata overlay.

The attached overlay contains information about the twenty-eight total exhibits on the AGs' July 27, 2026 priority exhibit list and the AGs' August 7, 2026 amended priority exhibit list which have only "Meta Platforms," "Facebook," or "Meta" as the sole custodian. The overlay identifies whether the exhibits are Google Documents and whether the exhibits identify Meta employees on their face. Six of the twenty-eight Meta Platforms-only exhibits are Google Documents. Only one of the twenty-eight exhibits (META3047MDL-294-00138688) does not contain identifying information for Meta employees on the face of the document. Meta previously produced the GSuite "Collaborator" and "Viewer" metadata fields for META3047MDL-294-00138688 on August 11. Now, as a courtesy, Meta is producing a metadata overlay with GSuite "Collaborator" and "Viewer" metadata fields for all six exhibits which are Google Documents with "Meta Platforms," "Facebook," or "Meta" as the sole custodian.

Finally, our eDiscovery vendor has informed us that the overlay produced on August 11 for META3047MDL-294-00138688 inadvertently truncated the GSuite Collaborator field for META3047MDL-294-00138688. Today's overlay includes the complete GSuite Collaborator field data for META3047MDL-294-00138688.

Regards,
John

**John August**
He/Him and They/Them

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T +1 212 841 1006 | jaugust@cov.com

www.cov.com

---

**From:** Simonsen, Ashley M <asimonsen@cov.com>
**Sent:** Wednesday, August 12, 2026 1:34 AM
**To:** SM.MDLAGLeads@coag.gov; Megan.Oneill@doj.ca.gov; David.Sloves@law.njoag.gov; daniel.keiser@ky.gov; Christian.Lewis@ky.gov; Thomas.Huynh@law.njoag.gov; Liza.Atkinson@coag.gov; Dana.LoPorto-Kiss@coag.gov; SCA0001@epiqglobal.com
**Cc:** Rice, Dale <drice@cov.com>; Kresse, Joseph <jkresse@cov.com>; Georges, Maria <mgeorges@cov.com>; August, John J <JAugust@cov.com>; Schmidt, Paul <pschmidt@cov.com>; Mers, Megan <mmers@cov.com>; Howe, Samuel <SHowe@cov.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Perez-Marques, Antonio J. <antonio.perez@davispolk.com>; Clark, Kelsey <kelsey.clark@davispolk.com>; Meyer, Corey M. <corey.meyer@davispolk.com>
**Subject:** MDL No. 3047 (4:23-cv-05448-YGR) - Meta Overlay Production (Rolling) Pursuant to ECF 3361

Counsel,

Pursuant to Magistrate Judge Kang's August 10, 2026 Order (ECF 3361) requiring Meta to produce, on a rolling basis starting on August 11, 2026, metadata overlays containing GSuite "Collaborator" and "Viewer" metadata fields for exhibits on the State AGs' July 27, 2026 priority exhibit list that are stored in Google Drive, that identify only "Meta Platforms" as the custodian in the previously-produced metadata, and that also lack identification of any Meta employees in the contents of such documents, please find attached metadata overlay.

Regards,

**Ashley Simonsen**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4782 | asimonsen@cov.com
www.cov.com