UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## JUROR QUESTIONS FOR CIVIL CASES

CASE NAME: STATE ATTORNEYS GENERAL V. META PLATFORMS INC ET AL

CASE NUMBER: 23-CV-5448-YGR

**A question for a witness may be submitted to the Court through the clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.**

FROM: Barrios

---

Mr. Fogu why do you feel comfortable answering questions about your coworker's chat comments when it comes to pvir boxes, but not your own? Is context not required with them??

RECEIVED

AUG 25 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATE AND TIME RECEIVED: 11:40 AM