UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 1 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA; et al.,<br><br>Plaintiffs - Appellees,<br><br>STATE OF NORTH DAKOTA, ex rel. Drew H. Wrigley and STATE OF GEORGIA, ex rel. Christopher M. Carr,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.; et al.,<br><br>Defendants - Appellants. | No. 24-7032<br><br>D.C. Nos.<br>4:23-cv-05448-YGR<br>4:22-md-03047-YGR<br><br>Northern District of California, Oakland<br><br>MANDATE |
| PERSONAL INJURY PLAINTIFFS; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>META PLATFORMS, INC., f/k/a Facebook, Inc.; et al.,<br><br>Defendants - Appellants,<br><br>SNAP INC.; et al.,<br><br>Defendants. | No. 24-7037<br><br>D.C. No.<br>4:22-md-03047-YGR<br><br>Northern District of California, Oakland |
| STATE OF COLORADO, | No. 24-7265 |

| | |
|---|---|
| Plaintiff - Appellant,<br><br>PEOPLE OF THE STATE OF CALIFORNIA; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.; et al.,<br><br>Defendants - Appellees. | D.C. No. 4:23-cv-05448-YGR<br><br>Northern District of California, Oakland |
| PERSONAL INJURY PLAINTIFFS; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>BYTEDANCE, LTD.; et al.,<br><br>Defendants - Appellants,<br><br>META PLATFORMS, INC.; et al.,<br><br>Defendants. | No. 24-7312<br><br>D.C. No. 4:22-md-03047-YGR<br><br>Northern District of California, Oakland |
| PERSONAL INJURY PLAINTIFFS and LOCAL GOVERNMENT AND SCHOOL DISTRICT PLAINTIFFS,<br><br>Plaintiffs - Appellants,<br><br>MULTISTATE ATTORNEY GENERAL PLAINTIFFS and FLORIDA OFFICE OF THE ATTORNEY GENERAL, | No. 24-7304<br><br>D.C. No. 4:22-md-03047-YGR<br><br>Northern District of California, Oakland |

Plaintiffs,

v.

FACEBOOK HOLDINGS, LLC; et al.,

Defendants - Appellees.

MULTISTATE ATTORNEY GENERAL PLAINTIFFS,

Plaintiff - Appellant,

PERSONAL INJURY PLAINTIFFS; et al.,

Plaintiffs,

v.

META PLATFORMS, INC.; et al.,

Defendants - Appellees,

N. B.,

Defendant.

No. 24-7300

D.C. No.
4:22-md-03047-YGR

Northern District of California, Oakland

The judgment of this Court, entered August 10, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT